**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AMERICAN SIGNATURE, INC., *et al.*,[1] | ) ) ) | Case No. 25-12105 (JKS) |
| Debtors. | ) ) ) | (Joint Administration Requested) |

**NOTICE OF FILING OF AMENDED LIST OF CREDITORS WHO HAVE
THE 30 LARGEST UNSECURED CLAIMS AND ARE NOT INSIDERS
(ON A CONSOLIDATED BASIS) (OFFICIAL FORM 204)**

**PLEASE TAKE NOTICE** that November 22, 2025, American Signature, Inc. and its affiliated debtors and debtors in possession (each, a "Debtor" and collectively, the "Debtors"), each filed a voluntary petition (each, a "Petition") for relief under chapter 11 of title 11 of the United States Code with the Clerk of the United States Bankruptcy Court for the District of Delaware. Attached to each Petition was a *List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (on a Consolidated Basis)* (Official Form 204) (the "Top 30 Creditors List"). The Debtors hereby file the attached Amended Top 30 Creditors List.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

Dated: November 23, 2025     **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*

Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
       dbertenthal@pszjlaw.com

*Proposed Counsel to the Debtors and Debtors in Possession*

**Fill in this information to identify the case:**

Debtor name: AMERICAN SIGNATURE INC., et al.

United States Bankruptcy Court for the District of Delaware (State)

Case number (If known): 25-12105 (JKS)

☒ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (on a Consolidated Basis)   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1. | MAN WAH MCO<br>EDF COMERCIAL I TAK<br>12 ANDAR D<br>RUA DE PEQUIM NO 126 MACAU | CHRIS@MANWAHGROUP.COM<br>Tel. 86-755-28630880-8011<br>Fax 86-755-28631137 | Trade Debt | | | | $14,569,745.00 |
| 2. | TARGETCAST LLC<br>ASSEMBLY ONE WORLD TRADE CENTER, 67TH FL<br>NEW YORK, NY, 10007 | AR-ASM@ASSEMBLYGLOBAL.COM<br>Tel. 727-236-7053 | Trade Debt | | | | $12,556,979.97 |
| 3. | H317 LOGISTICS LLC<br>9019 SOMERSET BAY SUITE 402<br>VERO BEACH, FL, 32963 | BRENDA.DLYNN@GMAIL.COM<br>Tel. 403-307-1621 | Trade Debt | | | | $4,975,799.87 |
| 4. | RIVERSIDE FURNITURE CORP<br>7501 JENNY LIND RD<br>FORT SMITH, AR, 72908 | SMORA@RIVERSIDE-FURNITURE.COM<br>Tel. 479-785-8232 | Trade Debt | | | | $3,992,020.00 |
| 5. | DICKSON FURNITURE INTERNATIONAL<br>DBA AVALON FURNITURE LLC<br>7015 GRAND BLVD<br>HOUSTON, TX, 77054 | MWELLS@AVALONFURNITURE.COM<br>Tel. 281-501-3477 | Trade Debt | | | | $3,912,147.97 |
| 6. | HOLLAND HOUSE<br>9420 EAST 33RD ST<br>INDIANAPOLIS, IN, 46235 | KEVIN.VANMETER@HOLLANDHOUSEFURNITURE.COM<br>Tel. 317-895-4300<br>Fax 317-895-4315 | Trade Debt | | | | $3,160,632.80 |
| 7. | NAJARIAN FURNITURE CO INC<br>17560 E ROWLAND ST<br>INDUSTRY, CA, 91748 | GN@NAJARIANFURNITURE.COM<br>Tel. 626-839-8700<br>Fax 626-839-8707 | Trade Debt | | | | $3,004,962.37 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims (on a consolidated basis)    page 1

LA:4898-8802-7260.1 68700.001

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8. MAGNUSSEN HOME FURNISHINGS INC<br>PO BOX 8527<br>MORENO VALLEY, CA, 92552 | CREDITINFO@MAGNUSSEN.COM<br>Tel. 519-662-3040<br>Fax 519-662-3733 | Trade Debt | | | | $2,965,708.94 |
| 9. US TRANSPORT INC DBA UST LOGISTICAL SYSTEMS<br>103 N MAIN STREET SUITE 300<br>GREENVILLE, SC, 29601 | ACCOUNTSRECEIVABLE@USTE3.COM<br>Tel. 704-815-4010 | Trade Debt | | | | $2,385,442.78 |
| 10. HAPPY FURNITURE (VIETNAM) CO LTD<br>NO 5, HUU NGHI AVE<br>VSIP THING PHONG COMMUNE<br>SON TINH DISTRICT<br>QUANG NGAI PROVINCE | HAPPYFURNITURE@OUNOYA.COM<br>Tel. 86-137-5834-7955 | Trade Debt | | | | $2,306,706.17 |
| 11. SEALY MATTRESS MANUFACTURING<br>ONE OFFICE PARKWAY<br>TRINITY, NC, 27370 | SEALYAR@TEMPURSEALY.COM<br>Tel. 336-861-3506 | Trade Debt | | | | $2,194,326.69 |
| 12. EVEREST TECHNOLOGIES INC<br>1105 SCHROCK ROAD<br>SUITE #500<br>COLUMBUS, OH, 43229 | AR@EVERESTTECH.COM<br>Tel. 614-436-3120-296<br>Fax 614-436-3130 | Trade Debt | | | | $2,135,777.11 |
| 13. LFN LIMITED<br>3908 TWO EXCHANGE SQUARE<br>8 CONNAUGHT PLACE<br>CENTRAL, HONG KONG | KIMG@LIFESTYLE-US.COM<br>Tel. 336-882-7900<br>Fax 336-882-4910 | Trade Debt | | | | $2,045,758.30 |
| 14. TEMPUR-PEDIC NORTH AMERICA LLC<br>1000 TEMPUR WAY<br>LEXINGTON, KY, 40511 | ACCTS.RECEIVABLE@TEMPURPEDIC.COM<br>Tel. 336-861-3506 | Trade Debt | | | | $1,778,485.81 |
| 15. MEDITERRANEAN SHIPPING COMPANY INC<br>330 EAST MAIN ST, SUITE 1180<br>NORFOLK, VA, 23510 | Tel. 757-625-0132<br>Fax 757-625-1631 | Trade Debt | | | | $1,658,296.30 |
| 16. MANHATTAN ASSOCIATES INC<br>2300 WINDY RIDGE PARKWAY<br>SUITE 1000<br>ATLANTA, GA, 30339 | AR@MANH.COM | Trade Debt | | | | $1,611,324.25 |
| 17. STEVE SILVER COMPANY<br>1000 FM 548 NORTH<br>FORNEY, TX, 75126 | AR@STEVESILVER.COM<br>Tel. 888-400-8113<br>Fax 888-774-5837 | Trade Debt | | | | $1,586,772.77 |
| 18. SHERWOOD SOUTHEAST LLC<br>3670 8TH STREET, SUITE 300<br>ORLANDO, FL, 32827 | CVIERA@SHERWOODBED.COM<br>Tel. 251-810-5465 | Trade Debt | | | | $1,472,751.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19. CT MATTRESS BROTHER CO LTD<br>7/788 MOO6 T MAPYANGPORN A PLUAK DAENG, RAYONG 21140 | STACEY@HAILIFURNITURE.COM<br>Tel. 86-13515736447 | Trade Debt | | | | $1,248,014.87 |
| 20. MELLOW RIVER INC DBA HH2HOME<br>26245 W MAIN STREET<br>WEST POINT, MS, 39773 | MISSI@HH2HOME.COM<br>Tel. 502-810-2452 | Trade Debt | | | | $1,245,948.44 |
| 21. PALMETTO HOME LLC<br>1008 HUTTON LANE, SUITE 101<br>HIGH POINT, NC, 27262 | KERRY@PALMETTOHOME.COM<br>Tel. 336-822-2780 | Trade Debt | | | | $1,214,786.00 |
| 22. KUKA (HK) TRADE CO LIMITED<br>ROOM 06 13A/F<br>SOUTH TOWER WORLD FINANCE CENTER<br>HARBOUR CITY<br>17 CANTON RD<br>TSK KL HONG KONG | FREYA@KUKAHOME.COM<br>Tel. 852-2206-0092<br>Fax 852-3003-0133 | Trade Debt | | | | $1,210,036.00 |
| 23. ASHLEY HOLDINGS FL, INC<br>ONE ASHLEY WAY<br>ARCADIA, WI, 54612 | KDRAZKOWSKI@ASHLEYFURNITURE.COM<br>Tel. 608-323-1859<br>Fax 608-323-6169 | Trade Debt | | | | $1,185,819.87 |
| 24. RAPID RESPONSE INC<br>155 ENTERPRISE DR<br>WENTZVILLE, MO, 63385 | AR@RAPIDRESPONSESTL.COM<br>Tel. 636-875-5038 | Trade Debt | | | | $1,181,026.79 |
| 25. INTERCON INC<br>635 NORTH BILLY MITCHELL ROAD<br>SUITE B<br>SALT LAKE CITY, UT, 84116 | TVADNAIS@INTERCON1.COM<br>Tel. 801-364-2504<br>Fax 801-289-2722 | Trade Debt | | | | $1,142,266.53 |
| 26. IDEAITALIA CONTEMPORARY FURNITURE CORP<br>1902 EMMANUEL CHURCH RD<br>CONOVER, NC, 28613 | ACCOUNTS PAYABLE<br>AP@IDEAITALIAUSA.COM | Trade Debt | | | | $1,104,998.32 |
| 27. KYNDRYL INC<br>ONE VANDERBILT AVENUE<br>15TH FLOOR<br>NEW YORK, NY, 10017 | Tel. 52-855-216-2156-6021 | Trade Debt | | | | $994,451.61 |
| 28. ALVAREZ & MARSAL CONSUMER AND RETAIL GROUP, LLC<br>540 WEST MADISON STREET<br>SUITE 1800 CHICAGO, IL 60661 | TREASURY@ALVAREZANDMARSAL.COM<br>Tel. 312-601-4220<br>Fax 312-332-4599 | Trade Debt | | | | $991,569.00 |
| 29. VOGUE HOME, LLC<br>1020 N GLOSTER ST #147<br>TUPELO, MS, 38804 | LISAW.VHF@GMAIL.COM<br>Tel. 662-841-1929<br>Fax 844-901-1980 | Trade Debt | | | | $895,480.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 30. HOME MERIDIAN GROUP LLC<br>2485 PENNY ROAD<br>HIGH POINT, NC, 27265 | BSPENCER@HOMEMERIDIAN.COM<br>Tel. 336-819-7246<br>Fax 336-819-7646 | Trade Debt | | | | $809,944.50 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims (on a consolidated basis)    page 4

LA:4898-8802-7260.1 68700.001

| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor name: **American Signature, Inc., et al.** | |
| United States Bankruptcy Court for the: DISTRICT OF DELAWARE | |
| Case number (if known): **25-12015 (JKS)** | ■ Check if this is an amended filing |

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

■ **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration   **Amended List of Creditor Who Have the 30 Largest Unsecured Claims and Are Not Insiders (on a Consolidated Baisis) (Official Form 204)**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 23, 2025**       X **/s/ Rudy Morando**
                                          Signature of individual signing on behalf of debtor

                                          **Rudy Morando**
                                          Printed name

                                          **Chief Restructuring Officer**
                                          Position or relationship to debtor