**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMERICAN SIGNATURE, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-12105 (JKS)<br><br>(Joint Administration Requested) |

**DECLARATION OF J. SCOTT VICTOR IN SUPPORT OF
MOTION OF THE DEBTORS FOR ENTRY OF INTERIM
AND FINAL ORDERS UNDER BANKRUPTCY CODE SECTIONS
105, 361, 362, 363, 364, 503, 506, 507, AND 552, AND BANKRUPTCY RULES
2002, 4001, 6003, 6004, AND 9014 (I) AUTHORIZING DEBTORS TO (A) OBTAIN
POSTPETITION FINANCING AND (B) USE CASH COLLATERAL, (II) GRANTING
(A) LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE
STATUS AND (B) ADEQUATE PROTECTION TO PREPETITION SECURED
CREDITORS, (III) MODIFYING AUTOMATIC STAY, (IV) SCHEDULING**

Pursuant to 28 U.S.C. § 1746, I, J. Scott Victor, declare as follows:

1. I am over the age of 18 and have personal knowledge of the matters discussed in this declaration (this "Declaration").

2. I am a Founding Member and Managing Director of SSG Advisors, LLC ("SSG"), which serves as the proposed investment banker to the debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases.

3. I make this Declaration in support of the *Motion of the Debtors for Entry of Interim and Final Orders Under Bankruptcy Code Sections 105, 361, 362, 363, 364, 503, 506, 507, and 552 and Bankruptcy Rules 2002, 4001, 6003, 6004, and 9014 (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting (A) Liens and Providing*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

*Superpriority Administrative Expense Status and (B) Adequate Protection to Prepetition Secured Creditors, (III) Modifying Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* (the "DIP Motion").[2]

## Background and Qualifications

4. I have over 40 years of restructuring experience and have closed over 300 transactions. I have served as an investment banker in more than 100 cases before this Court since 2001.

5. Specifically, I have extensive experience (a) marketing companies or their assets for sale, including companies in distress and in chapter 11; (b) raising capital for special situation transactions, including debtor-in-possession financings; and (c) restructuring companies' balance sheets both in court and out of court.

6. SSG is an internationally recognized investment banking firm. Since its founding, SSG has completed over 500 investment banking assignments. SSG's professionals have expertise in mergers and acquisitions, private placements, financial restructurings, valuations, and financial advisory services. Moreover, SSG has substantial expertise advising troubled companies, including in connection with distressed sales and DIP financing.

## SSG's DIP Marketing Efforts

7. On November 10, 2025, the Debtors retained SSG Advisors, LLC ("SSG") to, among other tasks, seek financing alternatives to address the Debtors' deteriorating financial situation.

8. SSG reached out to twelve prospective parties as part of its DIP financing efforts. One of these parties was unresponsive, and three of these parties declined to participate after initial outreach. The remaining eight parties eventually passed after thorough review and subsequent

---

[2] Capitalized terms used but not defined herein shall have the meanings set forth in the DIP Motion.

discussion(s) with SSG. Each of the eight parties acknowledged they would be unable to provide competitive or more favorable terms than proposed by the DIP Lenders / Prepetition ABL Lenders. The list of potential lenders was populated through the broad experience of the SSG team, reaching across the firm's relationships to find potential lenders who were likely to have interest in a potential transaction.

9. Ultimately, the DIP Lenders / Prepetition ABL Lenders were the only parties willing to lend money to the Debtors to bridge them through a sale process and bankruptcy filing. The proposed DIP Facility and the authorization to use Cash Collateral as offered by the DIP Lenders / Prepetition ABL Lenders are the best financing option that the Debtors could obtain under the circumstances.

10. Fully unsecured postpetition financing was not available to the Debtors. Other potential sources of debtor in possession financing for the Debtors, including on a junior secured basis, also were nonexistent. Any potential third party DIP lender would require liens that would prime the existing liens held by the Debtors' Prepetition ABL Lenders, which would be difficult to accomplish over the objection of the Prepetition ABL Lenders.

11. Based on my experience and efforts to obtain alternative DIP financing in these cases, I believe that the proposed DIP Facility is the best and only viable financing option currently available to the Debtors.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: November 23, 2025        */s/ J. Scott Victor*
                                J. Scott Victor
                                Managing Director
                                SSG Advisors, LLC