**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AMERICAN SIGNATURE, INC., *et al.*,[1] | ) ) | Case No. 25-12105 (JKS) |
| Debtors. | ) ) ) | (Joint Administration Requested) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
<u>HEARING ON NOVEMBER 25, 2025 AT 3:15 P.M. EASTERN TIME</u>[2]**

> **This proceeding will be hybrid in-person/Zoom.  Delaware counsel are expected to appear in person and all other parties are permitted to appear remotely via Zoom.  Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.  Registration is required one-hour prior to the first-day hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

1. Voluntary Petitions:

    A. ASI Elston LLC [Case No. 25-12100, Docket No. 1]

    B. ASI Thomasville LLC [Case No. 25-12101, Docket No. 1]

    C. American Signature Home Inc. [Case No. 25-12102, Docket No. 1]

    D. American Signature USA Inc. [Case No. 25-12103, Docket No. 1]

    E. American Signature Woodbridge LLC [Case No. 25-12104, Docket No. 1]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162).  The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

[2] All motions and other pleadings referenced herein are available online at the website maintained by the Debtors' proposed claims and noticing agent at https://veritaglobal.net/americansignature.  Parties may also access the filed documents through the hyperlink for a fee through the Court's website at www.deb.uscourts.gov.

F. American Signature, Inc. [Case No. 25-12105, Docket No. 1]

G. ASI – LaPorte LLC [Case No. 25-12106, Docket No. 1]

H. ASI POLARIS LLC [Case No. 25-12107, Docket No. 1]

I. ASI Pure Promise Insurance LLC [Case No. 25-12108, Docket No. 1]

J. Notice of Filing of Amended List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (on a Consolidated Basis) (Official Form 204) [Filed: 11/23/2025, Docket No. 3]

### First Day Declaration

2. Declaration of Rudolph Morando in Support of the Debtors' Chapter 11 Petitions and First Day Relief [Filed 11/23/2025, Docket No. 5]

   Status: The Debtors will ask the Court to admit the Declaration into evidence. To the extent the Court or any party in interest have questions regarding the Declaration or the factual bases for the first-day relief the Debtors seek, Mr. Morando will be available on the Zoom platform.

### Administrative Motions

3. Motion of Debtors for Entry of an Order (I) Directing Joint Administration Chapter 11 Cases and (II) Granting Related Relief [Filed 11/22/2025, Docket No. 2]

   Status: This matter will go forward.

4. Debtors' Application for Authorization to Employ and Retain Kurtzman Carson Consultants, LLC dba Verita Global as Claims and Noticing Agent Effective as of the Petition Date [Filed 11/23/2025, Docket No. 4]

   Status: This matter will go forward.

5. Motion of Debtors for Orders (I) Authorizing the Debtors to (A) File a Consolidated List of the Debtors' Creditors, and (B) Redact Commercially Sensitive or Personally Identifiable Information; (II) Approving the Notice of Commencement and Service Thereof; and (III) Granting Related Relief [Filed 11/24/2025, Docket No. 6]

   Status: This matter will go forward with respect to an interim order.

### First Day Motions Pertaining to Operations

6. Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Filed 11/24/2025, Docket No. 7]

<u>Status</u>: This matter will go forward with respect to an interim order.

7. Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, (D) Perform Intercompany Transactions, and (E) Granting Related Relief [Filed 11/24/2025, Docket No. 8]

   <u>Status</u>: This matter will go forward with respect to an interim order.

8. Motion of Debtors for Entry of Interim and Final Orders (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief [Filed 11/24/2025, Docket No. 9]

   <u>Status</u>: This matter will go forward with respect to an interim order.

9. Debtors' Motion for Entry of Interim and Final Orders: (I) Authorizing, But Not Directing, the Payment of Certain Taxes and Fees; and (II) Granting Related Relief [Filed 11/24/2025, Docket No. 10]

   <u>Status</u>: This matter will go forward with respect to an interim order.

10. Debtors' Motion for Entry of Interim and Final Orders Authorizing Debtors to Pay Prepetition Claims of Shippers and Custom Representatives [Filed 11/24/2025, Docket No. 11]

    <u>Status</u>: This matter will go forward with respect to an interim order.

11. Motion of Debtors For Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance and Surety Coverage, and Letters of Credit Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, Surety Bonds, and Letters of Credit, (C) Continue to Pay Broker Fees, and (D) Honor and Renew Their Premium Financing Agreements, and (II) Granting Related Relief [Filed 11/24/2025, Docket No. 13]

    <u>Status</u>: This matter will go forward with respect to an interim order.

12. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Honor, Maintain and Administer Customer Programs and Related Prepetition Business Practices, and (II) Granting Related Relief [Filed: 11/24/2025, Docket No. 15]

    <u>Status</u>: This matter will go forward with respect to an interim order.

**Motion for DIP Financing**

13. Motion of the Debtors for Entry of Interim and Final Orders Under Bankruptcy Code Sections 105, 361, 362, 363, 364, 503, 506, 507, and 552, and Bankruptcy Rules 2002,

4001, 6003, 6004, and 9014 (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting (A) Liens and Providing Superpriority Administrative Expense Status and (B) Adequate Protection to Prepetition Secured Creditors, (III) Modifying Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed 11/24/2025, Docket No. 14]

Related Documents:

a.   Declaration of J. Scott Victor in Support of Motion of the Debtors for Entry of Interim and Final Orders under Bankruptcy Code Sections 105, 361, 362, 363, 364, 503, 506, 507, and 552, and Bankruptcy Rules 2002, 4001, 6003, 6004, and 9014 (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting (A) Liens and Providing Superpriority Administrative Expense Status and (B) Adequate Protection to Prepetition Secured Creditors, (III) Modifying Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 11/24/2025, Docket No. 16]

Status: This matter will go forward with respect to an interim order. The Debtors will ask the Court to admit the Declaration into evidence. To the extent the Court or any party in interest have questions regarding the Declaration or the factual bases for the first-day relief the Debtors seek, Mr. Victor will be available on the Zoom platform.

## Consulting Agreement Motion

14.  Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Assume the Consulting Agreement, (B) Conduct Store Closing Sales, With Such Sales to Be Free and Clear of All Liens, Claims, and Encumbrances, and (C) Granting Related Relief [Filed: 11/24/2025, Docket No. 18]

Status: This matter will go forward with respect to an interim order.

*[Remainder of Page Left Blank]*

DE:4927-5306-4316.1 03721.00001

| | |
|---|---|
| Dated: November 24, 2025 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>David M. Bertenthal (CA Bar No. 167624)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware  19899 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:   (302) 652-4400<br>Email: ljones@pszjlaw.com<br>           dbertenthal@pszjlaw.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |