**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>AMERICAN SIGNATURE, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 25-12105 (JKS)<br><br>(Joint Administration Requested) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Maura Russell of Leichtman Law PLLC, to represent SB360 Capital Partners, LLC in the above-captioned chapter 11 cases.

Dated: November 24, 2025

*/s/ Luke Brzozowski*
Luke Brzozowski (No. 7377)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street, 16th Floor
Wilmington, DE 19801
Telephone: (302) 658-9200
Email: lbrzozowski@morrisnichols.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, the United States District Courts for the Northern, Southern, and Eastern Districts of New York, and the Western District of Michigan, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/2023. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: November 24, 2025

*/s/ Maura Russell*
Maura Russell
LEICHTMAN LAW PLLC
185 Madison Avenue, 15th Floor
New York, NY 10016
Telephone: (212) 419-5210
Email: mrussell@leichtmanlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.