**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN SIGNATURE, INC., | ) | Case No. 25-12105 (JKS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. 42-1546162 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN SIGNATURE HOME INC., | ) | Case No. 25-12102 (JKS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. 41-2048573 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN SIGNATURE USA INC., | ) | Case No. 25-12103 (JKS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. 42-1546162 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ASI PURE PROMISE INSURANCE LLC, | ) | Case No. 25-12108 (JKS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. 42-1546162 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ASI ELSTON LLC, | ) | Case No. 25-12100 (JKS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. 81-1567520 | ) | |

|  | ) |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ASI - LAPORTE LLC, | ) | Case No. 25-12106 (JKS) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. 42-1546162 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| ASI POLARIS LLC, | ) | Case No. 25-12107 (JKS) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. 42-1546162 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| ASI THOMASVILLE LLC, | ) | Case No. 25-12101 (JKS) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. 42-1546162 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| AMERICAN SIGNATURE WOODBRIDGE LLC, | ) | Case No. 25-12104 (JKS) |
|  | ) |  |
|  | ) | **Ref. Docket No. 2** |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. 42-1546162 | ) |  |

## ORDER (I) DIRECTING JOINT ADMINISTRATION
## OF CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF

Upon the motion (the "<u>Motion</u>")[1] of the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") for entry of an order (this "<u>Order</u>"):   (a) directing procedural consolidation and joint administration of these chapter 11 cases; and (b) granting related relief, all

---

[1]    Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

as more fully set forth in the Motion; and upon the First Day Declaration; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED as set forth herein.

2.      Any objections to the entry of this Order, to the extent not withdrawn or settled, are overruled.

3.     The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under the docket for American Signature, Inc., Case No. 25-12105 (JKS).

4.     The caption of the jointly administered cases should read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN SIGNATURE, INC., *et al.*,[1] | ) | Case No. 25-12105 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI - Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162).  The Debtors' address is 4300 E. 5th Avenue, Columbus, OH 43219.

5.     The foregoing caption satisfies the requirements set forth in the first sentence of section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005 and 2002(o).

6.     A docket entry, substantially similar to the following, shall be entered on the docket of each of the Debtors other than American Signature, Inc. to reflect the joint administration of these chapter 11 cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware directing joint administration for procedural purposes only of the chapter 11 cases of:  American Signature, Inc., Case No. 25-12105 (JKS); American Signature Home Inc., Case No. 25-12102 (JKS);  American Signature USA Inc., Case No. 25-12103 (JKS);   ASI Pure Promise Insurance LLC, Case No. 25-12108 (JKS);  ASI Elston LLC, Case No. 25-12100 (JKS); ASI - LaPorte LLC, Case No. 25-12106 (JKS); ASI POLARIS LLC, Case No. 25-12107 (JKS); ASI Thomasville LLC, Case No. 25-12101 (JKS); and American Signature Woodbridge LLC, Case No. 25-12101

(JKS).  The docket in Case No. 25-12105 (JKS) should be consulted
for all matters affecting this case.  All further pleadings and other
papers shall be filed in and all further docket entries shall be made
in the docket of American Signature, Inc., Case No. 25-12105
(JKS).

7.      The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court

for the District of Delaware shall keep, one consolidated docket, one file, and one consolidated

service list for these chapter 11 cases.

8.      Nothing contained in the Motion or this Order shall be deemed or construed as

directing or otherwise effecting a substantive consolidation of these chapter 11 cases, and this

Order shall be without prejudice to the Debtors' rights to seek entry of an order substantively

consolidating these cases.

9.      Notice of the Motion as provided therein shall be deemed good and sufficient notice

of the Motion, and the requirements of the Bankruptcy Rules and the Local Rules are satisfied by

such notice.

10.     The Debtors are authorized to take all actions necessary to effectuate the relief

granted in this Order in accordance with the Motion.

11.     This Court retains jurisdiction with respect to all matters arising from or related to

the implementation, interpretation, and enforcement of this Order.

**Dated: November 25th, 2025**                                    J. KATE STICKLES
**Wilmington, Delaware**                                 UNITED STATES BANKRUPTCY JUDGE