IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| AMERICAN SIGNATURE, INC., *et al.*,[1] | ) Case No. 25-12105 (JKS) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Re: Docket No. 102** |

**ORDER GRANTING DEBTORS' MOTION TO SHORTEN NOTICE
AND SCHEDULE EXPEDITED HEARING ON
DEBTORS' MOTION TO SHORTEN NOTICE AND
SCHEDULE EXPEDITED HEARING ON MOTION OF THE DEBTORS' MOTION
FOR ENTRY OF AN ORDER, PURSUANT TO SECTION 365(D)(4) OF THE
BANKRUPTCY CODE, EXTENDING TIME TO ASSUME OR REJECT UNEXPIRED
LEASES OF NONRESIDENTIAL REAL PROPERTY**

Upon consideration of the motion (the "Motion to Shorten")[2] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for the entry of an order (this "Order"): (a) shortening notice with respect to the *Motion of the Debtors' Motion for Entry of an Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property* (the "Extension Motion"); (b) setting a hearing on the Extension Motion before this Court on **December 9, 2025 at 11:00 a.m. (ET)**; and (c) granting related relief, all as more fully set forth in the Motion to Shorten; and upon consideration of the First Day Declaration; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference* from the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion to Shorten.

United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion to Shorten is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors' notice of the Motion to Shorten and opportunity for a hearing on the Motion to Shorten were appropriate under the circumstances and no other notice need be provided; and the Court having found cause for the relief requested in the Motion to Shorten pursuant to Local Rule 9006-1(e); and the Court having found that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is GRANTED as set forth herein.

2. The Extension Motion will be considered by the Court on **December 9, 2025 at 11:00 a.m. (ET)** (the "Hearing").

3. Any response or objection to the Extension Motion must be filed on or before **December 5, 2025, at 10:00 a.m. (ET)**.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

Dated: November 26th, 2025
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE