## EXHIBIT C TO SALE MOTION

**Approval Order (not filed)**

4933-8907-4042.18 03721.00001