**ASI**
**PII - Combined Schedule**

| # | Name of Interested Parties | Schedule Category |
|---|---|---|
| 1.) | Ace American Insurance Co | Insurance |
| 2.) | AG Container Transport LLC | Shippers & Distribution Centers |
| 3.) | Ahm Furniture Service LLC | Shippers & Distribution Centers |
| 4.) | Alabama Motor Express Inc | Shippers & Distribution Centers |
| 5.) | Alex Brown | Banks |
| 6.) | Ameren Illinois Company | Utilities |
| 7.) | American Alternative Insurance | Surety & Letters Of Credit |
| 8.) | American Electric Power Co. | Utilities |
| 9.) | American Express Travel | Surety & Letters Of Credit |
| 10.) | American Global Logistics LLC | Shippers & Distribution Centers |
| 11.) | American Guarantee & Liability Insurance Co | Insurance |
| 12.) | American International Reinsurance Co Ltd | Insurance |
| 13.) | American Signature Home Inc. | Debtor |
| 14.) | American Signature USA Inc. | Debtor |
| 15.) | American Signature Woodbridge LLC | Debtor |
| 16.) | American Signature, Inc. | Debtor |
| 17.) | Amwins Insurance Brokerage LLC | Insurance |
| 18.) | Andrew Vara | U.S. Trustee's Office |
| 19.) | Anthem | Employee Benefit Providers |
| 20.) | Anthem Blue Cross And Blue Shield | Employee Benefit Providers |
| 21.) | Aqua Ohio Inc | Utilities |
| 22.) | Arch Insurance Company | Insurance |
| 23.) | Artesian Water Company Inc | Utilities |
| 24.) | Ascend LLC | Shippers & Distribution Centers |
| 25.) | ASI – Laporte LLC | Debtor |
| 26.) | ASI Elston LLC | Debtor |
| 27.) | ASI Polaris LLC | Debtor |
| 28.) | ASI Pure Promise Insurance LLC | Debtor |
| 29.) | ASI Thomasville LLC | Debtor |
| 30.) | Aspen Insurance Uk Limited | Insurance |
| 31.) | Aspen Specialty Insurance Company | Insurance |
| 32.) | Athena Energy Services | Utilities |
| 33.) | Atlantic Security Ltd. | Insurance |
| 34.) | Atmos Energy Corporation | Utilities |
| 35.) | ATS Inc | Shippers & Distribution Centers |
| 36.) | AW Metering Services LLC | Utilities |
| 37.) | Axle Logistics LLC | Shippers & Distribution Centers |
| 38.) | Belmont County Water & Sewer | Utilities |
| 39.) | BenefitHub | Employee Benefit Providers |
| 40.) | Benjamin Hackman | U.S. Trustee's Office |
| 41.) | Berkeley Research Group, LLC | Debtor Professionals |
| 42.) | BGE | Utilities |
| 43.) | Brian T. Strayton | Current D&O |
| 44.) | Broadleaf Contracting Inc | Shippers & Distribution Centers |
| 45.) | Broadstone Avf Michigan, LLC | Surety & Letters Of Credit |
| 46.) | Bungii LLC | Shippers & Distribution Centers |
| 47.) | C Street Advisory Group, LLC | Debtor Professionals |
| 48.) | Carelonrx Through Anthem | Employee Benefit Providers |
| 49.) | Caseyville Township Sewer Syst | Utilities |
| 50.) | Castera Transportation | Shippers & Distribution Centers |
| 51.) | Centerpoint Energy Services | Utilities |
| 52.) | Charles County Government | Utilities |
| 53.) | Charter Township of Canton | Utilities |
| 54.) | Charter Township of Clinton | Utilities |
| 55.) | Charter Twnshp of Chesterfield | Utilities |
| 56.) | Chesterfield County VA | Utilities |
| 57.) | Chief Judge Karen B. Owens | Bankruptcy Judges |
| 58.) | Choate, Hall & Stewart LLP | Lender Professionals |
| 59.) | Christine Green | U.S. Trustee's Office |
| 60.) | Chubb Bermuda Insurance Ltd. | Insurance |
| 61.) | Cigna | Employee Benefit Providers |
| 62.) | Circle Express Inc | Shippers & Distribution Centers |
| 63.) | Citizens Gas & Coke Utility | Utilities |
| 64.) | City of Altamonte Springs | Utilities |
| 65.) | City of Calumet City | Utilities |
| 66.) | City of Charlotte | Utilities |

**ASI**
**PII - Combined Schedule**

| # | Name of Interested Parties | Schedule Category |
|---|---|---|
| 67.) | City of Chicago | Utilities |
| 68.) | City of Clarksville Department | Utilities |
| 69.) | City of Clarksville Tenn | Utilities |
| 70.) | City of Columbia | Utilities |
| 71.) | City of Cuyahoga Falls | Utilities |
| 72.) | City of Daytona Beach | Utilities |
| 73.) | City of Dearborn | Utilities |
| 74.) | City of East Point | Utilities |
| 75.) | City of Franklin | Utilities |
| 76.) | City of Fredericksburg | Utilities |
| 77.) | City of Grand Rapids | Utilities |
| 78.) | City of Hagerstown | Utilities |
| 79.) | City of Joliet | Utilities |
| 80.) | City of Lansing, By Its Board | Utilities |
| 81.) | City of Northlake | Utilities |
| 82.) | City of Novi | Utilities |
| 83.) | City of Portage | Utilities |
| 84.) | City of Richmond | Utilities |
| 85.) | City of Sandusky Acct Office | Utilities |
| 86.) | City of St Peters | Utilities |
| 87.) | City of Taylor Water Dept | Utilities |
| 88.) | City of Toledo | Utilities |
| 89.) | City of Traverse City | Utilities |
| 90.) | City of Utica | Utilities |
| 91.) | City of Virginia Beach | Utilities |
| 92.) | City of Westland | Utilities |
| 93.) | Cobb Place Property LLC | Utilities |
| 94.) | Cobbs Allen Capital LLC | Insurance |
| 95.) | Columbia Gas | Utilities |
| 96.) | Columbia Gas of Kentucky | Utilities |
| 97.) | Columbia Gas of Maryland | Utilities |
| 98.) | Columbia Gas of Ohio | Utilities |
| 99.) | Columbia Gas of Virginia | Utilities |
| 100.) | Columbus - City Treasurer | Utilities |
| 101.) | Commonwealth Edison Company | Utilities |
| 102.) | Constellation Energy Services | Utilities |
| 103.) | Constellation Newenergy Inc | Utilities |
| 104.) | Consumers Energy Company | Utilities |
| 105.) | Cosco Container Lines America | Shippers & Distribution Centers |
| 106.) | County of Henrico | Utilities |
| 107.) | Coyote Logistics LLC | Shippers & Distribution Centers |
| 108.) | Cranberry Township | Utilities |
| 109.) | Crc Group | Insurance |
| 110.) | Crum & Forster Specialty Insurance Company | Insurance |
| 111.) | Custom Transport Inc | Shippers & Distribution Centers |
| 112.) | Dayton Power And Light Co | Utilities |
| 113.) | Deana Carrington | Current D&O |
| 114.) | Dekalb County | Utilities |
| 115.) | Delmarva Power | Utilities |
| 116.) | Delta Charter Township | Utilities |
| 117.) | Dena Schilling | Current D&O |
| 118.) | Diane Giordano | U.S. Trustee's Office |
| 119.) | Dion Wynn | U.S. Trustee's Office |
| 120.) | Direct Energy Marketing Inc | Utilities |
| 121.) | Dolly Inc | Shippers & Distribution Centers |
| 122.) | Dominion East Ohio | Utilities |
| 123.) | Dominion Energy South | Utilities |
| 124.) | Dominion Virginia Power | Utilities |
| 125.) | Downers Grove Sanitary Distrct | Utilities |
| 126.) | DTE Energy | Utilities |
| 127.) | Duke Energy | Utilities |
| 128.) | Duquesne Light Company | Utilities |
| 129.) | Edge Properties LLC | Utilities |
| 130.) | Edith A. Serrano | U.S. Trustee's Office |
| 131.) | Elizabeth Thomas | U.S. Trustee's Office |
| 132.) | EMC Natural Gas Inc | Utilities |

**ASI**
**PII - Combined Schedule**

| # | Name of Interested Parties | Schedule Category |
|---|---|---|
| 133.) | Endurance American Specialty Ins Co | Insurance |
| 134.) | Engie North America Inc | Utilities |
| 135.) | Eric Jackson | Current D&O |
| 136.) | Eric R. Duerksen | Current D&O |
| 137.) | Evans Delivery Co Inc | Shippers & Distribution Centers |
| 138.) | Evansville Water And Sewer | Utilities |
| 139.) | Everest Indemnity Insurance Co | Insurance |
| 140.) | Everest International Assurance Ltd. | Insurance |
| 141.) | Everest National Insurance Co | Insurance |
| 142.) | Express Scripts | Employee Benefit Providers |
| 143.) | Factory Mutual Insurance Company | Insurance |
| 144.) | Fairfax County Water Authority | Utilities |
| 145.) | Fidelity | Employee Benefit Providers |
| 146.) | Flint Township | Utilities |
| 147.) | Florence Water And Sewer | Utilities |
| 148.) | Florida Power & Light Company | Utilities |
| 149.) | Forward Air Corporation | Shippers & Distribution Centers |
| 150.) | Franklin County Sanitary | Utilities |
| 151.) | Franklin Logistics Co LLC | Shippers & Distribution Centers |
| 152.) | Freedom Specialty Insurance Co | Insurance |
| 153.) | G&I IX Empire JV DLC LLC | Utilities |
| 154.) | Gai Insurance Company Limited | Insurance |
| 155.) | Gemini Insurance Company | Insurance |
| 156.) | George Hunter | Current D&O |
| 157.) | George Vemadakis | Current D&O |
| 158.) | Georgia Power Company | Utilities |
| 159.) | Grand Traverse County Dpw | Utilities |
| 160.) | Great American Assurance Company | Insurance |
| 161.) | Greenwood Sanitation | Utilities |
| 162.) | Gwinnett County Dept of Water | Utilities |
| 163.) | Hampton Roads Sanitation Distr | Utilities |
| 164.) | Hannah M. Mccollum | U.S. Trustee's Office |
| 165.) | Hanseatic Insurance Company Ltd. | Insurance |
| 166.) | Hapag-Lloyd (America) LLC | Shippers & Distribution Centers |
| 167.) | Hawa Konde | U.S. Trustee's Office |
| 168.) | Hillsborough County Water Dept | Utilities |
| 169.) | Hinge Health | Employee Benefit Providers |
| 170.) | Holly Dice | U.S. Trustee's Office |
| 171.) | Houston Casualty Company | Insurance |
| 172.) | Huntington National Bank | Utilities |
| 173.) | Huntington Sanitary Board | Utilities |
| 174.) | IGS Ventures Inc | Utilities |
| 175.) | Incline Casualty Company | Insurance |
| 176.) | Indiana-American Water Co Inc | Utilities |
| 177.) | Indianapolis Power & Light Co | Utilities |
| 178.) | Insurance Company of the State of PA | Insurance |
| 179.) | IOA National Inc. | Insurance |
| 180.) | James R. O'malley | U.S. Trustee's Office |
| 181.) | Jane Leamy | U.S. Trustee's Office |
| 182.) | Jay L. Schottenstein | >5% Equity Holders |
| 183.) | Jay L. Schottenstein | Current D&O |
| 184.) | Jb Hunt Transport Inc | Shippers & Distribution Centers |
| 185.) | JEA | Utilities |
| 186.) | Jeffry D. Swanson | Current D&O |
| 187.) | Jim Dierker | Current D&O |
| 188.) | Jonathan Lipshie | U.S. Trustee's Office |
| 189.) | Jonathan Nyaku | U.S. Trustee's Office |
| 190.) | Joseph A. Schottenstein | Current D&O |
| 191.) | Joseph Cudia | U.S. Trustee's Office |
| 192.) | Joseph Mcmahon | U.S. Trustee's Office |
| 193.) | Judge Brendan L. Shannon | Bankruptcy Judges |
| 194.) | Judge Craig T. Goldblatt | Bankruptcy Judges |
| 195.) | Judge J. Kate Stickles | Bankruptcy Judges |
| 196.) | Judge John T. Dorsey | Bankruptcy Judges |
| 197.) | Judge Laurie Selber Silverstein | Bankruptcy Judges |
| 198.) | Judge Mary F. Walrath | Bankruptcy Judges |

**ASI**
**PII - Combined Schedule**

| # | Name of Interested Parties | Schedule Category |
|---|---|---|
| 199.) | Judge Tomas M. Horan | Bankruptcy Judges |
| 200.) | Kelly Routhier | Current D&O |
| 201.) | Kentucky American Water Co. | Utilities |
| 202.) | Kentucky Utilities Co. | Utilities |
| 203.) | Kevin Hughes | Current D&O |
| 204.) | Keystone Lines | Shippers & Distribution Centers |
| 205.) | Kochville Township | Utilities |
| 206.) | Kroehler Corporation | Current and Former Affiliates |
| 207.) | Kroehler Furniture Mfg. Co., Inc. | Current and Former Affiliates |
| 208.) | Lake County Dept of Utilities | Utilities |
| 209.) | Landstar Inway Inc | Shippers & Distribution Centers |
| 210.) | Lark Through Anthem | Employee Benefit Providers |
| 211.) | Lauren Attix | U.S. Trustee's Office |
| 212.) | LDC Funding LLC | Utilities |
| 213.) | Legalshield | Employee Benefit Providers |
| 214.) | Lexington Fayette | Utilities |
| 215.) | Lexington Insurance Company | Insurance |
| 216.) | Liberty Insurance Underwriters Inc | Insurance |
| 217.) | Linda Casey | U.S. Trustee's Office |
| 218.) | Linda Richenderfer | U.S. Trustee's Office |
| 219.) | Louisville Gas & Electric Co | Utilities |
| 220.) | Louisville Water Co. | Utilities |
| 221.) | Lower Paxton Township | Utilities |
| 222.) | Luxury Delivery Service, Inc. | Current and Former Affiliates |
| 223.) | LV Trucking Inc | Shippers & Distribution Centers |
| 224.) | Magna Carta Insurance, Ltd | Insurance |
| 225.) | Mahoning Cty Sanitary Engineer | Utilities |
| 226.) | Malcolm M. Bates | U.S. Trustee's Office |
| 227.) | Mallory Valley Utility Distric | Utilities |
| 228.) | Manatee County Utilities Dept | Utilities |
| 229.) | Mediterranean Shipping Co(Usa) | Shippers & Distribution Centers |
| 230.) | Melita Garrett Abbey | Current D&O |
| 231.) | Merrillville Conservancy Dist | Utilities |
| 232.) | MetLife | Employee Benefit Providers |
| 233.) | Miami-Dade Water & Sewer | Utilities |
| 234.) | Michael Girello | U.S. Trustee's Office |
| 235.) | Middle Tennessee Electric | Utilities |
| 236.) | Midvale Indemnity Company | Insurance |
| 237.) | Mishawaka Utilities | Utilities |
| 238.) | Monongahela Power Company | Utilities |
| 239.) | Monroe County Water Authority | Utilities |
| 240.) | Monroeville Water Authority | Utilities |
| 241.) | Montgomery Cnty Water Services | Utilities |
| 242.) | Morgan Stanley | Banks |
| 243.) | Mountaineer Gas | Utilities |
| 244.) | MSC Per Diem Dept | Shippers & Distribution Centers |
| 245.) | Murfreesboro Water Resources | Utilities |
| 246.) | Nashville Electric | Utilities |
| 247.) | National Fuel Gas Dist Corp | Utilities |
| 248.) | National Grid | Utilities |
| 249.) | Navigators Insurance Company | Insurance |
| 250.) | Newport News Waterworks | Utilities |
| 251.) | North Shore Gas Company | Utilities |
| 252.) | Northern Illinois Gas Company | Utilities |
| 253.) | Northern Indiana Public | Utilities |
| 254.) | Nyanquoi Jones | U.S. Trustee's Office |
| 255.) | NYSEG | Utilities |
| 256.) | Ohio Bureau of Workers Compensation | Surety & Letters Of Credit |
| 257.) | Ohio Edison Company | Utilities |
| 258.) | Omada | Employee Benefit Providers |
| 259.) | Orlando Utilities Commission | Utilities |
| 260.) | Pachulski Stang Ziehl & Jones Llp | Debtor Professionals |
| 261.) | Palmetto Utilities Inc | Utilities |
| 262.) | Parkersburg Utility Board | Utilities |
| 263.) | Patrick J. Sanderson | Current D&O |
| 264.) | Pennsylvania Power Company | Utilities |

**ASI**
**PII - Combined Schedule**

| # | Name of Interested Parties | Schedule Category |
|---|---|---|
| 265.) | Pennsylvania-American | Utilities |
| 266.) | Piedmont Natural Gas Co | Utilities |
| 267.) | Pleasant Hills Authority | Utilities |
| 268.) | PNC Bank, National Association | Banks |
| 269.) | PNC Bank, National Association | Lenders & Secured Creditors |
| 270.) | Potomac Electric Power Co | Utilities |
| 271.) | PPL Electric Utilities | Utilities |
| 272.) | Prince William County Service | Utilities |
| 273.) | Profile Energy Inc | Utilities |
| 274.) | Prudential | Employee Benefit Providers |
| 275.) | Rapid Response Inc | Shippers & Distribution Centers |
| 276.) | Raymond James | Banks |
| 277.) | Richard Favata | Current D&O |
| 278.) | Richard Schepacarter | U.S. Trustee's Office |
| 279.) | Robert Bearden Inc | Shippers & Distribution Centers |
| 280.) | Rochester Gas And Electric | Utilities |
| 281.) | Rosa Sierra-Fox | U.S. Trustee's Office |
| 282.) | RSUI Indemnity Company | Insurance |
| 283.) | R-T Specialty, LLC - Burbank | Insurance |
| 284.) | Schneider National Carriers | Shippers & Distribution Centers |
| 285.) | Schottenstein Stores Corporation | >5% Equity Holders |
| 286.) | Schottenstein Stores Corporation | Current and Former Affiliates |
| 287.) | Scottsdale Insurance Company | Insurance |
| 288.) | Second Avenue Capital Partners LLC | Lenders & Secured Creditors |
| 289.) | Semco Energy Inc | Utilities |
| 290.) | Shakima L. Dortch | U.S. Trustee's Office |
| 291.) | Silvan Trucking LLC | Shippers & Distribution Centers |
| 292.) | Silver Spring Township | Utilities |
| 293.) | Site Centers Corp | Utilities |
| 294.) | South Central Power Co | Utilities |
| 295.) | South Stickney Sanitary Dist | Utilities |
| 296.) | Southern Maryland Electric | Utilities |
| 297.) | Southstar Energy Services LLC | Utilities |
| 298.) | Spire Missouri Inc | Utilities |
| 299.) | SSG Advisors, LLC | Debtor Professionals |
| 300.) | Starr Indemnity & Liability Co | Insurance |
| 301.) | Steadfast Insurance Company | Insurance |
| 302.) | Steven D. Rabe | Current D&O |
| 303.) | Suburban Natural Gas Company | Utilities |
| 304.) | Suzanne Kiggin | Current D&O |
| 305.) | Talkspace Through Anthem EAP | Employee Benefit Providers |
| 306.) | Tampa Electric Company | Utilities |
| 307.) | The Charter Oak Fire Insurance Company | Insurance |
| 308.) | The CIT Group | Surety & Letters Of Credit |
| 309.) | The City of Ann Arbor | Utilities |
| 310.) | The Cleveland Electric | Utilities |
| 311.) | The East Ohio Gas Company | Utilities |
| 312.) | The Huntington National Bank | Banks |
| 313.) | The Peoples Gas Light And Coke | Utilities |
| 314.) | The Potomac Edison Company | Utilities |
| 315.) | The Travelers Indemnity Company | Insurance |
| 316.) | The Travelers Indemnity Company | Surety & Letters Of Credit |
| 317.) | The Travelers Indemnity Company of Connecticut | Insurance |
| 318.) | Timothy J. Fox, Jr. | U.S. Trustee's Office |
| 319.) | Tod H. Friedman | Current D&O |
| 320.) | Toledo Edison | Utilities |
| 321.) | Total Transportation of Ms | Shippers & Distribution Centers |
| 322.) | Town of Henrietta | Utilities |
| 323.) | Town of Plainfield | Utilities |
| 324.) | Transport One Inc | Shippers & Distribution Centers |
| 325.) | Travelers Excess And Surplus Lines Company | Insurance |
| 326.) | Travelers Property Casualty Company of America | Insurance |
| 327.) | Treasurer of Spotsylvania | Utilities |
| 328.) | Trimont LLC | Surety & Letters Of Credit |
| 329.) | Triumph Business Capital | Shippers & Distribution Centers |
| 330.) | UGI Utilities Inc | Utilities |

**ASI**
**PII - Combined Schedule**

| # | Name of Interested Parties | Schedule Category |
|---|---|---|
| 331.) | Union Electric Company | Utilities |
| 332.) | Unique Logistics International | Shippers & Distribution Centers |
| 333.) | United Specialty Insurance Company | Insurance |
| 334.) | US Specialty Insurance Co | Insurance |
| 335.) | UST Logistical Systems | Shippers & Distribution Centers |
| 336.) | Value City Furniture, Inc. | Current and Former Affiliates |
| 337.) | Veolia Water Pennsylvania Inc | Utilities |
| 338.) | Village of Downers Grove | Utilities |
| 339.) | Village of Gurnee | Utilities |
| 340.) | Village of Orland Park | Utilities |
| 341.) | Village of Schaumburg | Utilities |
| 342.) | Virginia Natural Gas Inc | Utilities |
| 343.) | VSP | Employee Benefit Providers |
| 344.) | Washington Gas | Utilities |
| 345.) | Waste Harmonics LLC | Utilities |
| 346.) | Wells Fargo | Surety & Letters Of Credit |
| 347.) | Westchester Surplus Lines Insurance Co | Insurance |
| 348.) | Wex Bank | Shippers & Distribution Centers |
| 349.) | William R. Kugel | Current D&O |
| 350.) | Wintrust Bank, N.A. | Shippers & Distribution Centers |
| 351.) | WV-American Water Co | Utilities |
| 352.) | XL Specialty Insurance Co | Insurance |
| 353.) | Zim Shipping Finance Limited | Shippers & Distribution Centers |
| 354.) | Zim Shipping Per Diem Dept | Shippers & Distribution Centers |
| 355.) | Zurich American Ins Co of IL | Insurance |