In re: American Signature, Inc. et al. - Case No 25-121-5 (JKS)
Exhibit A to SB360 Declaration

**FURNITURE LIQUIDATIONS 2018 TO 2025**

| Company | Type of Case | Year | Liquidator | Fee or Guaranty | Wholesale/Retail |
|---|---|---|---|---|---|
| Heritage Home Group, LLC | Bankr. Del. 18-11736(KG) | 2018 | SB360 | 2% Retail/2.4% Wholesale Sales | Wholesale/Retail |
| Loves Furniture, Inc. | Bankr. E.D. Mich. 21-40083 | 2020 | PFP and Store Cap | 7% plus 5% commission | Retail |
| Klaussner Furniture Industries, Inc. | Receivership. Sup. Ct, NC 23-CVS-1786) | 2023 | SB360 | 5% Fee | Wholesale |
| United Furniture Industries, Inc. | Bankr. ND Mississippi 22-13422-SDM | 2023 | SB360, Hilco | 4% Fee | Wholesale |
| American Freight, LLC (Franchise Group, | Bankr. Del. 24-12480(JTD) | 2024 | Hilco | 2.0% Base Fee up to 2.5% if exceed hurdles | Retail |
| Conn's, Inc. | Bankr. SD Tex (Houston) 24-33357 (ARP) | 2024 | B. Riley | 1.75% Base Fee up to 2.25% if exceed hurdles | Retail |
| At Home Group, Inc. | Bankr. Del. 25-11120 (JKS) | 2025 | Hilco | 2.0% Base Fee up to 2.5% if exceed hurdles | Retail |

**OUT OF COURT LIQUIDATIONS**

Over the years there have been several non-public out of court furniture liquidations where SB360 (or its predecessor SB Capital) served as the liquidation consultant, in which the fees charged ranged from 5% to 9% of the gross recovery. Because the specifics of these transactions are not public, SB360 is not in a position to identify the name of the respective retailers.

**LIQUIDATOR REFERENCE CHART**

B. Riley refers to B. Riley Retail Solutions, LLC
Hilco refers to Hilco Merchant Resources, LLC
PFP refers to Planned Furniture Promotions
SB Capital refers to SB Capital Group, LLC
SB360 refers to SB360 Capital Partners, LLC
Tiger refers to Tiger Capital Group, LLC