# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AMERICAN SIGNATURE, INC., *et al.*,[1] | ) ) ) | Case No. 25-12105 (JKS) |
| Debtors. | ) ) ) | (Jointly Administered) |

## DEBTORS' WITNESS AND EXHIBIT LIST FOR HEARING ON DECEMBER 9, 2025 AT 11:00 A.M. (ET)

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby submit this witness and exhibit list in connection with the hearing scheduled for **December 9, 2025 at 11:00 a.m. (prevailing Eastern Time)** before the Honorable J. Kate Stickles at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801 (the "Hearing").

## WITNESSES

The Debtors designate the following persons as witnesses in connection with the Hearing:

(1) Rudolph Morando, Managing Director with Berkeley Research Group – The witness is expected to testify about the Debtors' business judgment in support of the proposed bidding procedures and buyer protections.

(2) J. Scott Victor, Founding Member and Managing Director of SSG Advisors, LLC – The witness is expected to testify about the reasonableness of the bidding procedures and buyer protections under the circumstances.

As of the filing of this witness and exhibit list, no other party has identified witnesses for the Hearing. To the extent that any party designates witnesses, the Debtors reserve the right to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

cross-designate all witnesses so designated and reserve the right to call any necessary rebuttal or impeachment witnesses.

## EXHIBITS

The Debtors designate the following exhibits that may be used at the Hearing:

| Exhibit No. | Document Description | Docket No. |
|---|---|---|
| 1. | Asset Purchase Agreement dated as of November 25, 2025 | 108-3 |
| 2. | Agency Agreement dated as of November 25, 2025 | 108-3 |

The Debtors reserve the right to object to the entry into evidence of any exhibit, including those listed above. The Debtors reserve the right to use any exhibit listed by any other party. The Debtors also reserve the right to amend, shorten, or supplement this witness and exhibit list prior to the Hearing.

Dated: December 5, 2025  **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware  19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@pszjlaw.com
           dbertenthal@pszjlaw.com

*Proposed Counsel to the Debtors and Debtors in Possession*