**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| AMERICAN SIGNATURE, INC., *et al.*,[1] | ) ) ) | Case No. 25-12105 (JKS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON DECEMBER 9, 2025 AT 11:00 A.M. EASTERN TIME**

> **THE BELOW LISTED MATTERS**
> **HAVE BEEN RESOLVED OR ADJOURNED.**
> **THE COURT HAS CANCELLED THE HEARING.**

**MATTERS GOING FORWARD**

1.  **365(d)(4) Extension Motion** – Debtors' Motion for Entry of an Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [Filed: 11/26/25] (Docket No. 101).

    Response Deadline:  December 5, 2025 at 10:00 a.m. Eastern Time.  Extended to December 8, 2025 for certain landlords and the Official Committee of Unsecured Creditors (the "Committee").

    Responses Received:

    a)  Informal comments from certain landlords.

    Related Documents:

    a)  Debtors' Motion to Shorten Notice and Schedule Expedited Hearing on Motion of the Debtors' Motion for Entry of an Order, Pursuant to Section 365(d)(4) of the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162).  The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

[2] **Amended items appear in bold.**

       Bankruptcy Code, Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [Filed: 11/26/25] ([Docket No. 102](#)).

   b) [Signed] Order Granting Debtors' Motion to Shorten Notice and Schedule Expedited Hearing on Debtors' Motion to Shorten Notice and Schedule Expedited Hearing on Motion of the Debtors' Motion for Entry of an Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [Filed: 11/26/25] ([Docket No. 106](#)).

   c) Notice of Hearing Regarding Debtors' Motion for Entry of an Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [Filed: 11/26/25] ([Docket No. 107](#)).

   d) **Certification of Counsel Regarding Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending the Debtors' Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [Filed: 12/8/25] ([Docket No. 155](#)).**

   Status:  **The Debtors have filed a revised proposed order under certification of counsel.  The Debtors request entry of the revised proposed order attached to the certification of counsel.  No hearing will be necessary unless the Court has any questions.**

2. **Bid Procedures Motion** – Motion of the Debtors for Entry of Orders (I)(A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter Into (I) Stalking Horse Asset Purchase Agreement and (II) Stalking Horse Agency Agreement and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Filed: 11/26/25] ([Docket No. 108](#)).

   Response Deadline:  December 5, 2025 at 10:00 a.m. Eastern Time.  Extended for the Office of the United States Trustee (the "UST"), the Committee, and certain landlords to December 8, 2025.  **Extended to December 10, 2025 for the UST, the Committee, and WPG Legacy, LLC.**

   Responses Received:

   a) Limited Objection and Reservation of Rights of Utica Park Place Owner, LLC and Canton Corners Shopping Center, L.L.C. to Motion of the Debtors for Entry of Orders (I)(A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter Into (I) Stalking Horse Asset Purchase Agreement and (II) Stalking Horse Agency Agreement and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures,

and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; (III) Granting Related Relief [Filed: 12/5/25] ([Docket No. 130](#)).

b) Informal comments from the UST.

c) Informal comments from certain landlords.

Related Documents:

a) Debtors' Witness and Exhibit List for Hearing on December 9, 2025 at 11:00 a.m. (ET) [Filed: 12/5/25] ([Docket No. 132](#)).

Status: **This matter has been continued to the hearing scheduled for December 15, 2025 at 10:30 a.m. Eastern Time.**

Dated: December 8, 2025                                  **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
          dbertenthal@pszjlaw.com

*Proposed Counsel to the Debtors and Debtors in Possession*