## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN SIGNATURE, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-12105 (JKS)<br><br>(Jointly Administered) |

### NOTICE OF 30(B)(1) DEPOSITION TO J. SCOTT VICTOR

Pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, as made applicable by Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Official Committee of Unsecured Creditors (the "Committee") of American Signature, Inc., *et al.*, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), by and through its proposed undersigned counsel, will take the deposition upon oral examination of J. Scott Victor at 9:00 a.m. (Eastern Time) on December 11, 2025, at the offices of Kelley Drye & Warren LLP, 3 World Trade Center, New York, NY 10007, or at another date, time, or location otherwise agreed to by the parties or ordered by the Court.

The deposition will be taken before a notary public or other officer authorized by law to administer oaths, will continue day to day until completed with adjournments as to time and place that may be necessary and will be recorded by audio, visual, and/or stenographic means. This deposition may be taken using a secure web-based deposition platform, by video teleconferencing services, and/or telephonically, with all parties, including the court reporter, in separate locations, as permitted by Rule 30(b)(4) of the Federal Rules of Civil Procedure.

---

[1] The Debtors in these chapter 11 cases are: American Signature, Inc.; American Signature Home Inc.; American Signature USA Inc.; ASI Pure Promise Insurance LLC; ASI Elston LLC; ASI – Laporte LLC; ASI Polaris LLC; ASI Thomasville LLC; and American Signature Woodbridge LLC.

| | |
|---|---|
| Dated: December 10, 2025<br>Wilmington, Delaware | **COLE SCHOTZ P.C.**<br><br>*/s/ Justin R. Alberto*<br>Justin R. Alberto (No. 5126)<br>Stacy L. Newman (No. 5044)<br>Carol E. Thompson (No. 6936)<br>500 Delaware Avenue, Suite 600<br>Wilmington, DE 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>Email: jalberto@coleschotz.com<br>    snewman@coleschotz.com<br>    cthompson@coleschotz.com<br><br>- and -<br><br>Seth Van Aalten (admitted *pro hac vice*)<br>Sarah A. Carnes (admitted *pro hac vice*)<br>1325 Avenue of the Americas, 19th Floor<br>New York, NY 10019<br>Telephone: 212-752-8000<br>Facsimile: 212-752-8393<br>Email: svanalten@coleschotz.com<br>    scarnes@coleschotz.com<br><br>-and-<br><br>**KELLEY DRYE & WARREN LLP**<br>Eric R. Wilson (admitted *pro hac vice*)<br>Jason R. Adams (admitted *pro hac vice*)<br>Maeghan J. McLoughlin (admitted *pro hac vice*)<br>Richard D. Gage (admitted *pro hac vice*)<br>3 World Trade Center<br>175 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 808-7800<br>Email: ewilson@kelleydrye.com<br>    jadams@kelleydrye.com<br>    mmcloughlin@kelleydrye.com<br>    rgage@kelleydrye.com<br><br>*Proposed Counsel to the Official*<br>*Committee of Unsecured Creditors* |