# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN SIGNATURE, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25–12105 (JKS)<br><br>(Jointly Administered)<br><br>Hearing Date: December 15, 2025 at 10:30 a.m. |

## OFFICIAL COMMITTEE OF UNSECURED CREDITORS' WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR DECEMBER 15, 2025, AT 10:30 A.M. (PREVAILING EASTERN TIME)

The Official Committee of Unsecured Creditors (the "Committee") of American Signature, Inc., *et al.*, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), by and through its proposed undersigned counsel, hereby files this Witness and Exhibit List, identifying the individuals the Committee may call as witnesses and the evidence it may introduce at the hearing scheduled for **December 15, 2025 at 10:30 a.m. (prevailing Eastern Time)** before the Honorable J. Kate Stickles at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801 (the "Hearing").

### Witnesses

The Committee may call the following witnesses at the Hearing:

1. Rudolph Morando, Managing Director, Berkeley Research Group;

2. Teresa C. Kohl, Managing Director, SSG Advisors, LLC;

---

[1] The Debtors in these chapter 11 cases are: American Signature, Inc.; American Signature Home Inc.; American Signature USA Inc.; ASI Pure Promise Insurance LLC; ASI Elston LLC; ASI – Laporte LLC; ASI Polaris LLC; ASI Thomasville LLC; and American Signature Woodbridge LLC.

3. Boris J. Steffen, Managing Director, Province;

4. any witness called by any other party;

5. rebuttal witnesses, as necessary or as the Committee determines to be desirable; and

6. the Committee reserves the right to cross-examine any witness called by another party.

## Exhibits

The Committee designates the following exhibits that may be used at the Hearing:

| Exhibit # | Description | Docket No. |
|---|---|---|
| 1 | Declaration of Rudolph Morando in Support of the Debtors' Chapter 11 Petitions and First Day Relief | Docket No. 5 |
| 2 | Motion of the Debtors for Entry of Orders (I)(A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter into (I) Stalking Horse Asset Purchase Agreement and (II) Stalking Horse Agency Agreement and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief | Docket No. 108 |
| 3 | Stalking Horse Asset Purchase Agreement dated as of November 25, 2025 | Docket No. 108-3 |
| 4 | Stalking Horse Agency Agreement dated as of November 25, 2025 | Docket No. 108-3 |
| 5 | Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of an Order Approving Bid Procedures and Stalking Horse Agreement | Docket No. 174 |
| 6 | Hearing Transcript, *In re JOANN Inc.,* No. 25-10068 (CTG) (Bankr. D. Del. February 14, 2025) | Docket No. 174, Ex. A |

| Exhibit # | Description | Docket No. |
|---|---|---|
| 7 | In re GigaMonster Networks, LLC, No. 23-10051 (JKS), D.I. 3, at 10 ¶ 23 (Bankr. D. Del. Jan. 16, 2023) (First-Day Declaration) | |
| 8 | In re GigaMonster Networks, LLC, No. 23-10051 (JKS), D.I. 113, at 21 ¶ 28 (Bankr. D. Del. Feb. 8, 2023) (Bidding Procedures Order) | |
| 9 | In re GigaMonster Networks, LLC, No. 23-10051 (JKS), D.I. 235, at 12 ¶ P (Bankr. D. Del. Mar. 3, 2023) (Sale Order) | |
| 10 | In re Medly Health Inc., No. 22-11257 (KBO), D.I. 3, at 12 ¶ 42 (Bankr. D. Del. Dec. 9, 2022) (First-Day Declaration) | |
| 11 | In re Medly Health Inc., No. 22-11257 (KBO), D.I. 15, at ¶¶ 10, 21, 60 (Bankr. D. Del. Dec. 9, 2022) (Bidding Procedures Motion) | |
| 12 | In re RTI Holding Co., LLC, No. 20-12456 (JTD), D.I. 3, at 8 ¶ 19 (Bankr. D. Del. Oct. 7, 2020) (First-Day Declaration) | |
| 13 | In re RTI Holding Co., LLC, No. 20-12456 (JTD), D.I. 585, at 11 ¶ 20 (Bankr. D. Del. Nov. 20, 2020) (Bidding Procedures Order) | |
| 14 | In re BL Restaurants Holding, LLC, No. 20-10156 (MFW), D.I. 4, at 9 ¶ 22 (Bankr. D. Del. Jan. 27, 2020) (First-Day Declaration) | |
| 15 | In re BL Restaurants Holding, LLC, No. 20-10156 (MFW), D.I. 17, at 6 ¶ 15 (Bankr. D. Del. Jan. 27, 2020) (Bidding Procedures Motion) | |
| 16 | In re BL Restaurants Holding, LLC, No. 20-10156 (MFW), D.I. 227, at 3 ¶ D (Bankr. D. Del. Feb. 28, 2020) (Bidding Procedures Order) | |
| 17 | In re BL Restaurants Holding, LLC, No. 20-10156 (MFW), D.I. 402, at 4 ¶ G (Bankr. D. Del. Apr. 29, 2020) (Sale Order) | |
| 18 | In re Forever 21, Inc., No. 19-12122 (KG), D.I. 802, at 3 ¶ 5 (Bankr. D. Del. Jan. 30, 2020) (Bidding Procedures Motion) | |
| 19 | In re Forever 21, Inc., No. 19-12122 (KG), D.I. 854, at ¶¶ I, 6 (Bankr. D. Del. Feb. 4, 2020) (Bidding Procedures Order) | |
| 20 | In re Consolidated Infrastructure Group, Inc., No. 19-10165 (BLS), D.I. 54, at 4 ¶ 9 (Bankr. D. Del. Feb. 12, 2019) (Asset Sale Advisor Retention Application) | |

| Exhibit # | Description | Docket No. |
|---|---|---|
| 21 | In re Consolidated Infrastructure Group, Inc., No. 19-10165 (BLS), D.I. 200, at 3, 8 ¶ M (Bankr. D. Del. May 29, 2019) (Sale Order) | |
| 22 | In re Hobbico, Inc., No. 18-10055 (KG), D.I. 34 at 23 ¶ 73 (Bankr. D. Del. Mar. 14, 2018) (Amended First-Day Declaration) | |
| 23 | In re Hobbico, Inc., No. 18-10055 (KG), D.I. 243, at 7 ¶ 10 (Bankr. D. Del. Mar. 14, 2018) (Bidding Procedures Order) | |
| 24 | In re Hobbico, Inc., No. 18-10055 (KG), D.I. 316-2, at 8 ¶ W (Bankr. D. Del. Apr. 2, 2018) (Sale Order) | |
| 25 | In re California Proton Treatment Center, LLC, No. 17-10477 (LSS), D.I. 77, at 4 ¶ 14 (Bankr. D. Del. Mar. 10, 2017) (Investment Banker Retention Application) | |
| 26 | In re California Proton Treatment Center, LLC, No. 17-10477 (LSS), D.I. 364, at ¶¶ Q, X (Bankr. D. Del. Sep. 27, 2017) (Sale Order) | |
| 27 | In re United Road Towing, Inc., No. 17-10249 (LSS), D.I. 2, at 8 ¶ 22 (Bankr. D. Del. Feb. 6, 2017) (First-Day Declaration) | |
| 28 | In re United Road Towing, Inc., No. 17-10249 (LSS), D.I. 66, at 4 ¶ 7 (Bankr. D. Del. Feb. 12, 2017) (Investment Banker Retention Application) | |
| 29 | In re United Road Towing, Inc., No. 17-10249 (LSS), D.I. 131, at 12 ¶ 16 (Bankr. D. Del. Mar. 6, 2017) (Bidding Procedures Motion) | |
| 30 | In re United Road Towing, Inc., No. 17-10249 (LSS), D.I. 279, at 9 ¶ N (Bankr. D. Del. Apr. 13, 2017) (Sale Order) | |
| 31 | In re Constellation Enterprises LLC, No. 16-11213 (CSS), D.I. 12, at 13 ¶ 36 (Bankr. D. Del. Jun. 17, 2016) (First-Day Declaration) | |
| 32 | In re Constellation Enterprises LLC, No. 16-11213 (CSS), D.I. 87, at 19 ¶ 22 (Bankr. D. Del. May 25, 2016) (Bidding Procedures Motion) | |
| 33 | In re Constellation Enterprises LLC, No. 16-11213 (CSS), D.I. 284, at 2 ¶ 2 (Bankr. D. Del. Jun. 21, 2016) (UCC Bidding Procedures Objection) | |
| 34 | In re Constellation Enterprises LLC, No. 16-11213 (CSS), D.I. 513, at 6 ¶ O (Bankr. D. Del. Aug. 19, 2016) (Sale Order) | |

| Exhibit # | Description | Docket No. |
|---|---|---|
| 35 | In re Mabvax Therapeutics Holdings, Inc., No. 19-10603 (CSS), D.I. 10, at ¶¶ 56, 62 (Bankr. D. Del. Mar. 21, 2019) (First-Day Declaration) | |
| 36 | In re Mabvax Therapeutics Holdings, Inc., No. 19-10603 (CSS), D.I. 141, at 5 ¶ H (Bankr. D. Del. May 7, 2019) (Sale Order) | |
| 37 | In re Things Remembered, Inc., No. 19-10234 (CSS), D.I. 4, at 5 ¶ 13, 24 ¶ 57 (Bankr. D. Del. Feb. 6, 2019) (First-Day Declaration) | |
| 38 | In re Things Remembered, Inc., No. 19-10234 (CSS), D.I. 292, at 9 ¶ N (Bankr. D. Del. Mar. 6, 2019) (Sale Order) | |
| 39 | In re Charlotte Russe Holding, Inc., No. 19-10210 (LSS), D.I. 3, at 13 ¶ 40 (Bankr. D. Del. Feb. 3, 2019) (First-Day Declaration) | |
| 40 | In re Charlotte Russe Holding, Inc., No. 19-10210 (LSS), D.I. 199, at 7 ¶ 15 (Bankr. D. Del. Feb. 21, 2019) (Bidding Procedures Order) | |
| 41 | In re Charlotte Russe Holding, Inc., No. 19-10210 (LSS), D.I. 319, at 8 ¶ N (Bankr. D. Del. Mar. 7, 2019) (Sale Order) | |
| 42 | In re Charlotte Russe Holding, Inc., No. 19-10210 (LSS), D.I. 367, at 4 ¶ 5 (Bankr. D. Del. Mar. 18, 2019) (Supplemental Sale Motion) | |
| 43 | In re Maurice Sporting Goods, Inc., No. 17-12481 (CSS), D.I. 2, at ¶¶ 28, 30 (Bankr. D. Del. Nov. 20, 2017) (First-Day Declaration) | |
| 44 | In re Maurice Sporting Goods, Inc., No. 17-12481 (CSS), D.I. 277, at 23 ¶ 13 (Bankr. D. Del. Dec. 28, 2017) (Sale Order) | |
| 45 | In re Golfsmith Int'l Holdings, Inc., No. 16-12033 (LSS), D.I. 3, at 29 ¶ 70 (Bankr. D. Del. Sep. 14, 2016) (First Day Declaration) | |
| 46 | In re Golfsmith Int'l Holdings, Inc., No. 16-12033 (LSS), D.I. 548, at ¶¶ E, 13 (Bankr. D. Del. Dec. 13, 2016) (Sale Order) | |

| Exhibit # | Description | Docket No. |
|---|---|---|
| 47 | Motion of the Debtors for Entry of Interim and Final Orders Under Bankruptcy Code Sections 105, 361, 362, 363, 364, 503, 506, 507, and 552 and Bankruptcy Rules 2002, 4001, 6003, 6004, and 9014 (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting (A) Liens and Providing Superpriority Administrative Expense Status and (B) Adequate Protection to Prepetition Secured Creditors, (III) Modifying Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief | Docket No. 14 |
| 48 | Interim Order Under Bankruptcy Code Sections 105, 361, 362, 363, 364, 503, 506, 507, and 552 and Bankruptcy Rules 2002, 4001, 6003, 6004, and 9014 (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting (A) Liens and Providing Superpriority Administrative Expense Status and (B) Adequate Protection to Prepetition Secured Creditors, (III) Modifying Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief | Docket No. 83 |
|  | Any document or pleading filed in the above-captioned cases |  |
|  | Any exhibit necessary for impeachment and/or rebuttal purposes |  |
|  | Any exhibit identified or offered by any other party |  |

**Reservation of Rights**

The Committee reserves all rights, including, without limitation, the right to amend, revise, or supplement this Witness and Exhibit List and to offer additional witnesses and exhibits at the Hearing for purposes of impeachment, rebuttal, or in response to witnesses or evidence offered by any other party. As of the filing of this Witness and Exhibit List: (i) the Debtors have not filed a supporting declaration in support of the Bidding Procedures Motion; and (ii) no depositions have occurred. Accordingly, the Committee expressly reserves the right to further supplement this Witness and Exhibit List as necessary in light of these developments.

| | |
|---|---|
| Dated: December 12, 2025<br>Wilmington, Delaware | **COLE SCHOTZ P.C.**<br><br>*/s/ Carol E. Thompson*<br>Justin R. Alberto (No. 5126)<br>Stacy L. Newman (No. 5044)<br>Carol E. Thompson (No. 6936)<br>500 Delaware Avenue, Suite 600<br>Wilmington, DE 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>Email: jalberto@coleschotz.com<br>    snewman@coleschotz.com<br>    cthompson@coleschotz.com<br><br>- and -<br><br>Seth Van Aalten (admitted *pro hac vice*)<br>Sarah A. Carnes (admitted *pro hac vice*)<br>1325 Avenue of the Americas, 19th Floor<br>New York, NY 10019<br>Telephone: 212-752-8000<br>Facsimile: 212-752-8393<br>Email: svanalten@coleschotz.com<br>    scarnes@coleschotz.com<br><br>-and-<br><br>**KELLEY DRYE & WARREN LLP**<br>Eric R. Wilson (admitted *pro hac vice*)<br>Jason R. Adams (admitted *pro hac vice*)<br>Maeghan J. McLoughlin (admitted *pro hac vice*)<br>3 World Trade Center<br>175 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 808-7800<br>Email: ewilson@kelleydrye.com<br>    jadams@kelleydrye.com<br>    mmcloughlin@kelleydrye.com<br><br>*Proposed Counsel to the Official Committee of Unsecured Creditors of American Signature, Inc., et al.* |