## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| American Signature, Inc., *et al.*,[1] | Case No. 25-12105 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 18, 104, 108, 170, 171 & 174** |

## UNITED STATES TRUSTEE'S WITNESS AND EXHIBIT LIST RELATING TO MATTERS SCHEDULED FOR HEARING ON DECEMBER 15, 2025 AT 10:30 A.M.

Andrew R. Vara, the United States Trustee for Regions Three and Nine (the "U.S. Trustee"), through his undersigned counsel, hereby submits this Witness and Exhibit List for the hearing to be held on December 15, 2025 at 10:30 a.m. (ET) (the "Hearing"):

## WITNESSES

The U.S. Trustee reserves the right to call the following witnesses:

1. Any witness listed or called by any other party;

2. Rebuttal witnesses as necessary; and

3. The U.S. Trustee reserves the right to cross-examine any witness called by any other party.

## EXHIBITS

| Exhibit | Description |
|---|---|
| 1. | *In re American Signature, Inc., et al.*, Case No. 25-12105, Transcript of Hybrid Zoom Hearing before the Honorable J. Kate Stickles on Tuesday, November 25, 2025 at 3:31 p.m. [D.I. 170-1] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

| 2. | *In re American Signature, Inc., et al.*, Case No. 25-12105, Transcript of Hybrid Zoom Hearing before the Honorable J. Kate Stickles on Wednesday, November 26, 2025 at 11:03 a.m. |
| --- | --- |
| 3. | *In re HDC Holdings II LLC*, Case No. 24-12307-TMH, D.I. 12, *Debtors' Motion for Interim and Final Orders Authorizing (I) the Debtors to Assume the Agency Agreement, (II) the Conduct of the Store Closing Sales, with Such Sales to be Free and Clear of All Liens, Claims, and Encumbrances, (III) Customary Bonuses to Employees of Closing Stores and Distribution Centers, (IV) The Debtors to Reimburse the Agent for Its Reasonable and Necessary Expenses Incurred in Connection with Conducting the Store Closing Sales, and (V) Related Relief* |

## **RESERVATION OF RIGHTS**

The U.S. Trustee reserves any and all rights to, among other things: (i) amend and/or supplement this Witness and Exhibit List at any time prior to the Hearing and to add witnesses and/or exhibits, as applicable; (ii) use additional exhibits for purposes of rebuttal or impeachment and to further supplement the foregoing Witness and Exhibit List as appropriate; and (iii) rely upon and use as evidence (a) the exhibits included on the exhibit lists of any other parties in interest, and (b) any pleading, hearing transcript or other document filed with the Court in the above-captioned matter.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: December 12, 2025 | Respectfully submitted,<br><br>**ANDREW R. VARA**<br>**UNITED STATES TRUSTEE**<br>**REGIONS 3 AND 9**<br><br>By: */s/ Malcolm M. Bates*<br>Malcolm M. Bates<br>Timothy J. Fox, Jr. (DE Bar No. 6737)<br>Trial Attorneys<br>United States Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Room 2207, Lockbox 35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br>Email:   Malcolm.M.Bates@usdoj.gov<br>            Timothy.Fox@usdoj.gov |