**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| AMERICAN SIGNATURE, INC., et al.,[1] | Case No. 25-12105 (JKS) |
| Debtors. | (Jointly Administered) |

**SB360 CAPITAL PARTNERS, LLC WITNESS**
**AND EXHIBIT LIST FOR DECEMBER 15, 2025 HEARING**

SB360 Capital Partners, LLC ("SB360") hereby submits this witness and exhibit list in connection with the hearing currently scheduled for December 15, 2025, at 10:30 a.m. (ET) (the "Hearing").

**WITNESSES**

SB360 designates the following individual as a witness whose live testimony, proffer and/or declaration may be relied upon during the Hearing:

| Name | Scope |
|---|---|
| **Robert A. Raskin**<br>Executive Managing Director and General Counsel<br>SB360 Capital Partners, LLC | Robert A. Raskin is expected to testify about SB360's retention in support of the consulting agreement and GOB store closing motion. |

SB360 also designates as witnesses, individuals, or representatives of any objecting party.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

SB360 may submit into evidence the following documents and reserves the right to supplement any declarations through live testimony of the witnesses at the Hearing:

| Exhibit # | Description of Exhibit | Docket No. | Date |
|---|---|---|---|
| 1. | *Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Assume the Consulting Agreement, (B) Conduct Store Closing Sales, With Such Sales to Be Free and Clear of All Liens, Claims, and Encumbrances, and (C) Granting Related Relief* and all exhibits thereto | D.I. 18 | November 24, 2025 |
| 2. | *Interim Order Authorizing the Debtors to (A) Assume the Consulting Agreement, (B) Conduct Store Closing Sales, With Such Sales to Be Free and Clear of All Liens, Claims, and Encumbrances, (C) Scheduling a Hearing, and (D) Granting Related Relief* and all exhibits thereto | D.I. 104 | November 26, 2025 |
| 3. | *Declaration of SB360 Capital Partners, LLC in Support of Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Assume the Consulting Agreement, (B) Conduct Store Closing Sales, With Such Sales To Be Free and Clear of All Liens, Claims, and Encumbrances, and (C) Granting Related Relief* and all exhibits thereto | D.I. 116 | December 3, 2025 |
| 4. | *In re American Signature, Inc., et al.*, Case No. 25-12105, Transcript of Hybrid Zoom Hearing before the Honorable J. Kate Stickles on Tuesday, November 25, 2025 at 3:31 p.m. | D.I. 170-1 | December 10, 2025 |
| 5. | *SB360 Capital Partners, LLC's Response in Support of the Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Assume the Consulting Agreement, (B) Conduct Store Closing Sales, With Such Sales to be Free and Clear of All Liens, Claims, and Encumbrances, and (C) Granting Related Relief, and Reply to United States Trustee's Objection Thereto* and all exhibits thereto | D.I. 182 | December 12, 2025 |

| | | | |
|---|---|---|---|
| 6. | *Debtors' Reply in Support of Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Assume the Consulting Agreement, (B) Conduct Store Closing Sales, with Such Sales to be Free and Clear of All Liens, Claims, and Encumbrances, and (C) Granting Related Relief* and all exhibits thereto | **D.I. 188** | December 12, 2025 |

## RESERVATION OF RIGHTS

SB360 reserves the right to amend or supplement the foregoing at any time prior to or during the Hearing. SB360 further reserves the right to: (i) cross-designate all witnesses and exhibits designated by any other party for the Hearing and seek to introduce any such exhibits into evidence, (ii) call any rebuttal and/or impeachment witnesses as necessary, (iii) examine or cross-examine any witness called by any other party at the Hearing, (iv) not introduce any exhibit identified herein, (v) seek to introduce all or a portion of any exhibit herein or on any other parties' exhibit list, (vi) object to the introduction into evidence of any exhibit, in whole or in part, by any party, whether or not identified herein, (vii) object to and/or seek to exclude the testimony of any witness, in whole or in part, whether or not identified herein, (viii) offer additional exhibits at the Hearing for purposes of impeachment, rebuttal or in response to evidence offered by any other party, and (ix) amend or supplement this witness and exhibit list.

| | |
|---|---|
| Dated: December 13, 2025<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Luke Brzozowski*<br>Derek C. Abbott (No. 3376)<br>Luke Brzozowski (No. 7377)<br>1201 North Market Street, 16th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: dabbott@morrisnichols.com<br>         lbrzozowski@morrisnichols.com<br><br>*- and –*<br><br>**LEICHTMAN LAW PLLC**<br>Maura Russell<br>185 Madison Avenue, 15th Floor<br>New York, NY  10016<br>Telephone: (212) 419-5210<br>Email: mrussell@leichtmanlaw.com<br><br>*Counsel to SB360 Capital Partners, LLC* |