IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN SIGNATURE, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-12105 (JKS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 194** |

**NOTICE OF WITHDRAWAL OF NOTICE OF AMENDED WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR DECEMBER 15, 2025**

**PLEASE TAKE NOTICE** that the undersigned counsel to the Official Committee of Unsecured Creditors, hereby withdraws without prejudice the *Official Committee of Unsecured Creditors' Amended Witness and Exhibit List for Hearing Scheduled for December 15, 2025, at 10:30 a.m. (Prevailing Eastern Time)* [Docket No. 194] filed on December 14, 2025.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

|  |  |
|---|---|
| Dated: December 14, 2025<br>Wilmington, Delaware | **COLE SCHOTZ P.C.**<br><br>*/s/ Carol E. Thompson*<br>Justin R. Alberto (No. 5126)<br>Stacy L. Newman (No. 5044)<br>Carol E. Thompson (No. 6936)<br>500 Delaware Avenue, Suite 600<br>Wilmington, DE 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>Email: jalberto@coleschotz.com<br>         snewman@coleschotz.com<br>         cthompson@coleschotz.com<br><br>- and -<br><br>Seth Van Aalten (admitted *pro hac vice*)<br>Sarah A. Carnes (admitted *pro hac vice*)<br>1325 Avenue of the Americas, 19th Floor<br>New York, NY 10019<br>Telephone: 212-752-8000<br>Facsimile: 212-752-8393<br>Email: svanalten@coleschotz.com<br>         scarnes@coleschotz.com<br><br>-and-<br><br>**KELLEY DRYE & WARREN LLP**<br>Eric R. Wilson (admitted *pro hac vice*)<br>Jason R. Adams (admitted *pro hac vice*)<br>Maeghan J. McLoughlin (admitted *pro hac vice*)<br>3 World Trade Center<br>175 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 808-7800<br>Email: ewilson@kelleydrye.com<br>         jadams@kelleydrye.com<br>         mmcloughlin@kelleydrye.com<br><br>*Proposed Counsel to the Official*<br>*Committee of Unsecured Creditors* |