# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN SIGNATURE, INC., *et al.*,[1] | ) | Case No. 25-12105 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## CERTIFICATE OF SERVICE

I, Matthew J. Canty, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On December 12, 2025, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Filing Proposed Final Order Authorizing the Debtors to (A) Assume the Consulting Agreement, (B) Conduct Store Closing Sales, with Such Sales to be Free and Clear of All Liens, Claims, and Encumbrances, and (C) Granting Related Relief** [Docket No. 181]

- **SB360 Capital Partners, LLC's Response in Support of the Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Assume the Consulting Agreement, (B) Conduct Store Closing Sales, with Such Sales to be Free and Clear of All Liens, Claims, and Encumbrances, and (C) Granting Related Relief, and Reply to United States Trustee's Objection Thereto** [Docket No. 182]

- **Debtors' Reply in Support of Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Assume the Consulting Agreement, (B) Conduct Store Closing Sales, with Such Sales to be Free and Clear of All Liens, Claims, and Encumbrances, and (C) Granting Related Relief** [Docket No. 188]

Furthermore, on December 12, 2025, at my direction and under my supervision, employees of Verita caused to be served the following document via Overnight Mail upon the service list attached hereto as **Exhibit B**:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43219.

- **Notice of Filing Proposed Final Order Authorizing the Debtors to (A) Assume the Consulting Agreement, (B) Conduct Store Closing Sales, with Such Sales to be Free and Clear of All Liens, Claims, and Encumbrances, and (C) Granting Related Relief** [Docket No. 181]

Furthermore, on December 12, 2025, at my direction and under my supervision, employees of Verita caused to be served the following documents via First Class Mail upon the service list attached hereto as **Exhibit C**:

- **SB360 Capital Partners, LLC's Response in Support of the Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Assume the Consulting Agreement, (B) Conduct Store Closing Sales, with Such Sales to be Free and Clear of All Liens, Claims, and Encumbrances, and (C) Granting Related Relief, and Reply to United States Trustee's Objection Thereto** [Docket No. 182]

- **Debtors' Reply in Support of Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Assume the Consulting Agreement, (B) Conduct Store Closing Sales, with Such Sales to be Free and Clear of All Liens, Claims, and Encumbrances, and (C) Granting Related Relief** [Docket No. 188]

Dated: December 16, 2025

                                                       */s/ Matthew J. Canty*
                                                       Matthew J. Canty
                                                       Verita
                                                       222 N Pacific Coast Highway, 3rd Floor
                                                       El Segundo, CA 90245
                                                       Tel 310.823.9000

# Exhibit A

Exhibit A
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Elston Leavitt LLC | A. M. Saccullo Legal, LLC | Anthony M. Saccullo, Mark T. Hurford, Mary E. Augustine | ams@saccullolegal.com; mark@saccullolegal.com; meg@saccullolegal.com |
| Top 30 | ALVAREZ & MARSAL CONSUMER AND RETAIL GROUP, LLC | | TREASURY@ALVAREZANDMARSAL.COM |
| Top 30 | ASHLEY HOLDINGS FL, INC | | KDRAZKOWSKI@ASHLEYFURNITURE.COM |
| Counsel to Broadstone AVF Michigan, LLC, Federal Realty OP LP, FR Montrose Crossing, LLC, Lakeview Plaza (Orland), LLC, SCF RC Funding IV LLC, and STORE SPE AVFII 2017-2, LLC | Ballard Spahr LLP | Craig S. Ganz, Michael S. Myers | ganzc@ballardspahr.com; myersm@ballardspahr.com; newellj@ballardspahr.com |
| Counsel to Broadstone AVF Michigan, LLC, Federal Realty OP LP, FR Montrose Crossing, LLC, Lakeview Plaza (Orland), LLC, SCF RC Funding IV LLC, and STORE SPE AVFII 2017-2, LLC, and Target Cast LLC d/b/a Assembly | Ballard Spahr LLP | Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper, Erin L. Williamson | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com; williamsone@ballardspahr.com |
| Counsel to Kin Properties Inc., Alisue LLC and Diajeff LLC | Bayard, P.A. | Ericka F. Johnson, Steven D. Adler | ejohnson@bayardlaw.com; sadler@bayardlaw.com |
| Counsel to the Prepetition Term Agent & PNC Bank, National Association | Blank Rome LLP | Attn Stanley B. Tarr, Regina Stango Kelbon, Lawrence R. Thomas III | regina.kelbon@blankrome.com; stanley.tarr@blankrome.com; lorenzo.thomas@blankrome.com |
| Counsel to the DIP Agent, Prepetition ABL Agent & Second Avenue Capital Partners, LLC | Choate, Hall & Stewart LLP | Attn John F. Ventola, Esq., Jonathan D. Marshall, Esq., and Lucas B. Barrett, Esq. | jventola@choate.com; jmarshall@choate.com; lbarrett@choate.com |
| Counsel to Furniture Care Protection, Inc. | Ciardi Ciardi & Astin | John D. McLaughlin, Jr. | jmclaughlin@ciardilaw.com |
| Counsel to Utica Park Place Owner, LLC and Canton Corners Shopping Center, L.L.C. | Clark Hill PLC | Audrey L. Hornisher | ahornisher@clarkhill.com |
| Counsel to Utica Park Place Owner, LLC and Canton Corners Shopping Center, L.L.C. | Clark Hill PLC | Karen M. Grivner | kgrivner@clarkhill.com |
| Counsel to Utica Park Place Owner, LLC and Canton Corners Shopping Center, L.L.C. | Clark Hill PLC | Kenny Chiaghana | kchiaghana@clarkhill.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Cole Schotz P.C. | Justin Alberto, Stacy L. Newman, Carol E. Thompson | jalberto@coleschotz.com; snewman@coleschotz.com; cthompson@coleschotz.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Cole Schotz P.C. | Seth Van Aalten, Sarah A. Carnes | svanaalten@coleschotz.com; scarnes@coleschotz.com |
| Top 30 | CT MATTRESS BROTHER CO LTD | | STACEY@HAILIFURNITURE.COM |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Department | attorney.general@state.de.us |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Top 30 | DICKSON FURNITURE INTERNATIONAL DBA AVALON FURNITURE LLC | | MWELLS@AVALONFURNITURE.COM |
| Top 30 & Committee of Unsecured Creditor | Everest Technologies, Inc. | Attn: Kapil (Bob) Malik | Ar@Everesttech.com; bmalik@everesttech.com |
| Florida Attorney General | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Counsel to Tempur World, LLC & its affiliates | Frost Brown Todd LLP | Ronald E. Gold, Esq. Erin P. Severini, Esq Joy Kleisinger, Esq. | rgold@fbtlaw.com; eseverini@fbtlaw.com; jkleisinger@fbtlaw.com |
| Georgia Attorney General | Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |
| Counsel to Tempur World, LLC & its affiliates | Gibbons P.C. | John S. Mairo, Esq. | jmairo@gibbonslaw.com |
| Counsel to Tempur World, LLC & its affiliates | Gibbons P.C. | Katharina Earle, Esq. | kearle@gibbonslaw.com |
| Counsel to the Prepetition Term Agent & PNC Bank, National Association | Goldberg Kohn Ltd. | Attn Randall L. Klein, Zachary J. Garrett, Eva D. Gadzheva | randall.klein@goldbergkohn.com; zachary.garrett@goldbergkohn.com; eva.gadzheva@goldbergkohn.com |

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Proposed Counsel to the Conflicts Committee | Goodwin Procter LLP | Attn Kizzy L. Jarashow, Esq. and Stacy Dasaro, Esq. | kjarashow@goodwinlaw.com; sdasaro@goodwinlaw.com |
| Top 30 & Committee of Unsecured Creditor | H317 Logistics LLC | Attn: Douglas H. Lynn, Jr. | Brenda.Dlynn@gmail.com; dlynnjr@mac.com |
| Top 30 | HAPPY FURNITURE(VIETNAM)CO LTD | | HAPPYFURNITURE@OUNOYA.COM |
| Top 30 & Committee of Unsecured Creditor | Holland House | Attn: Matthew Laux | Kevin.Vanmeter@Hollandhousefurniture.com; matt.laux@hthackney.com |
| Top 30 | HOME MERIDIAN GROUP LLC | | BSPENCER@HOMEMERIDIAN.COM |
| Top 30 | IDEAITALIA CONTEMPORARY FURNITURE CORP | | AP@IDEAITALIAUSA.COM |
| Illinois Attorney General | Illinois Attorney General | Attn Bankruptcy Department | bankruptcy_notices@ilag.gov |
| Indiana Attorney General | Indiana Attorney General | Attn Bankruptcy Department | info@atg.in.gov |
| Top 30 | INTERCON INC | | TVADNAIS@INTERCON1.COM |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Kelley Drye & Warren LLP | Eric R. Wilson, Jason R. Adams, Maeghan J. McLoughlin | ewilson@kelleydrye.com; jadams@kelleydrye.com; mmcloughlin@kelleydrye.com |
| Kentucky Attorney General | Kentucky Attorney General | Attn Bankruptcy Department | attorney.general@ag.ky.gov |
| Counsel to Kin Properties Inc., Alisue LLC and Diajeff LLC | Kin Properties Inc. | Paul B. Bernstein, General Counsel | pbernstein@kinproperties.com; Landlord@Kinproperties.com |
| Top 30 | KUKA (HK) TRADE CO LIMITED | | FREYA@KUKAHOME.COM |
| Attorneys for PREIT Services, LLC, as agent for PR Financing Limited Partnership | Kurtzman Steady, LLC | Jeffrey Kurtzman, Esquire | kurtzman@kurtzmansteady.com |
| Counsel to SB360 Capital Partners, LLC | Leichtman Law PLLC | Maura Russell | mrussell@leichtmanlaw.com |
| Top 30 | LFN LIMITED | | KIMG@LIFESTYLE-US.COM |
| Top 30 | MAGNUSSEN HOME FURNISHINGS INC | | CREDITINFO@MAGNUSSEN.COM |
| Top 30 & Committee of Unsecured Creditor | Man Wah MCO | Attn: Gabriel Natale | Chris@Manwahgroup.com; gabrielegnatale@gmail.com |
| Manatee County Tax Collectors | Manatee County Tax Collector | Ken Burton, Jr., Tax Collector, Michelle Leeson, Paralegal, Collections Specialist, CFCA | legal@taxcollector.com |
| Top 30 | MANHATTAN ASSOCIATES INC | | AR@MANH.COM |
| Maryland Attorney General | Maryland Attorney General | Attn Bankruptcy Department | oag@oag.state.md.us |
| Top 30 | MELLOW RIVER INC DBA HH2HOME | | MISSI@HH2HOME.COM |
| Miami-Dade Office of the Tax Collector | Miami-Dade Office of the Tax Collector | Legal Services Division | NikolasRogers@mdctaxcollector.gov; MDTCBKC@mdctaxcollector.gov |
| Michigan Attorney General | Michigan Attorney General | Attn Bankruptcy Department | miag@michigan.gov |
| Missouri Attorney General | Missouri Attorney General | Attn Bankruptcy Department | attorney.general@ago.mo.gov |
| Counsel to SB360 Capital Partners, LLC & ASI Purchaser LLC | Morris, Nichols, Arsht & Tunnell LLP | Derek C. Abbott, Luke Brzozowski | dabbott@morrisnichols.com; lbrzozowski@morrisnichols.com |
| Top 30 | NAJARIAN FURNITURE CO INC | | GN@NAJARIANFURNITURE.COM |
| New York Attorney General | New York Attorney General | Attn Bankruptcy Department | letitia.james@ag.ny.gov |
| North Carolina Attorney General | North Carolina Attorney General | Attn Bankruptcy Department | ncago@ncdoj.gov |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Malcolm M. Bates, Esq. | malcolm.m.bates@usdoj.gov |
| Counsel for Kimco Realty Corporation, KIR Brandon 011, LLC, Weingarten Nostat, LLC, JLPK-DALE MABRY, LLC, WRI Camp of Creek Marketplace II, LLC, Kimco of Pennsylvania Trust, & Mstreet Turner Hill, LLC | Offit Kurman, P.A. | Brian J. McLaughlin, Esquire | brian.mclaughlin@offitkurman.com |
| Ohio Attorney General | Ohio Attorney General | Attn Bankruptcy Department | Kristin.Radwanick@OhioAGO.gov |
| Top 30 | PALMETTO HOME LLC | | KERRY@PALMETTOHOME.COM |
| Pennsylvania Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |
| Proposed Counsel to the Conflicts Committee | Potter Anderson & Corroon LLP | Attn L. Katherine Good, Esq. | kgood@potteranderson.com |
| Top 30 | RAPID RESPONSE INC | | AR@RAPIDRESPONSESTL.COM |
| Committee of Unsecured Creditor | Realty Income Corp. | Attn: Mike DiGiacomo | mdigiacomo@realtyincome.com |
| Counsel to the DIP Agent, Prepetition ABL Agent & Second Avenue Capital Partners, LLC | Richards, Layton & Finger, P.A. | Attn Daniel J. DeFranceschi, Esq., John H. Knight, Esq., Matthew P. Milana, Esq. | defranceschi@RLF.com; Knight@RLF.com; Milana@RLF.com |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 30 & Committee of Unsecured Creditor | Riverside Furniture Corp | Attn: Beth Brown | smora@riverside-furniture.com; bbrown@riverside-furniture.com |
| Counsel to Powerhouse Retail Services, LLC and PH FM, LLC | Robinson & Cole LLP | Evan M. Lazerowitz | elazerowitz@rc.com |
| Counsel to Powerhouse Retail Services, LLC and PH FM, LLC | Robinson & Cole LLP | Jamie L. Edmonson | jedmonson@rc.com |
| Top 30 | SEALY MATTRESS MANUFACTURING | | SEALYAR@TEMPURSEALY.COM |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Top 30 | SHERWOOD SOUTHEAST LLC | | CVIERA@SHERWOODBED.COM |
| Counsel to Landlord & Interested Party, Simon Property Group, L.P. | Simon Property Group, L.P. | Catherine M. Martin, Esq. | cmartin@simon.com |
| South Carolina Attorney General | South Carolina Attorney General | Attn Bankruptcy Department | bankruptcy@scag.gov |
| Counsel to Balgot Realty Corp. | Spero Law Office | Joseph B. Spero, Esquire | sperofirm@sperolawoffice.com |
| Counsel to Etkin & Co., Lexington Realty International, SBV-Holland LLC & G&I IX Empire Thruway Plaza, LLC | Stark & Stark, P.C. | Joseph H. Lemkin, Thomas S. Onder | jlemkin@stark-stark.com; tonder@stark-stark.com |
| Top 30 | STEVE SILVER COMPANY | | AR@STEVESILVER.COM |
| Top 30 | TARGETCAST LLC | ASSEMBLY | AR-ASM@ASSEMBLYGLOBAL.COM |
| Counsel to Kin Properties Inc., Alisue LLC and Diajeff LLC | Tayman Lane Chaverri LLP | Jeffrey Rhodes | jrhodes@tlclawfirm.com |
| Top 30 & Committee of Unsecured Creditor | Tempur World, LLC | Attn: Leila O'Carra | Accts.Receivable@Tempurpedic.com; Leila.ocarra@tempursealy.com |
| Tennessee Attorney General | Tennessee Attorney General | Attn Bankruptcy Department | agattorneys@ag.tn.gov |
| Counsel to Gregory Camarco and Marcy D. Cellentani ("The Landlord") | The Rosner Law Group LLC | Frederick B. Rosner, Esq. | rosner@teamrosner.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Top 30 | US TRANSPORT INC DBA UST LOGISTICAL SYSTEMS | | ACCOUNTSRECEIVABLE@USTE3.COM |
| Virginia Attorney General | Virginia Attorney General | Attn Bankruptcy Department | mailoag@oag.state.va.us |
| Top 30 | VOGUE HOME, LLC | | LISAW.VHF@GMAIL.COM |
| Counsel to ASI Purchaser LLC | Wachtell, Lipton, Rosen & Katz | Amy R. Wolf, Emil A. Kleinhaus, Scott K. Charles, Neil M. Snyder, Angela K. Herring | ARWolf@wlrk.com; EAKleinhaus@wlrk.com; SKCharles@wlrk.com; NMSnyder@wlrk.com; AKHerring@wlrk.com |
| West Virginia Attorney General | West Virginia Attorney General | Attn Bankruptcy Department | consumer@wvago.gov |
| Counsel to Gregory Camarco and Marcy D. Cellentani ("The Landlord") | Wilentz, Goldman & Spitzer, P.A. | David H. Stein, Esq., Andrew Broome, Esq. | dstein@wilentz.com; abroome@wilentz.com |
| Counsel to The Huntington National Bank | Womble Bond Dickinson (US) LLP | Matthew P. Ward, Michael Barber | matthew.ward@wbd-us.com; michael.barber@wbd-us.com |

# Exhibit B

**Exhibit B**
**Core/2002 Service List**
**Served via Overnight Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd, Suite 100 | | | Dover | DE | 19904 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 |
| Top 30 | KYNDRYL INC | | ONE VANDERBILT AVENUE | 15TH FLOOR | | NEW YORK | NY | 10017 |
| Top 30 | MEDITERRANEAN SHIPPING COMPANY INC | | 330 EAST MAIN ST, SUITE 1180 | | | NORFOLK | VA | 23510 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Malcolm M. Bates, Esq. | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St, Suite 20-100 | | New York | NY | 10004-2616 |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard, Ste 520 | Philadelphia | PA | 19103 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 |

# Exhibit C

**Exhibit C**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd, Suite 100 | | | Dover | DE | 19904 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Top 30 | KYNDRYL INC | | ONE VANDERBILT AVENUE | 15TH FLOOR | | NEW YORK | NY | 10017 |
| Top 30 | MEDITERRANEAN SHIPPING COMPANY INC | | 330 EAST MAIN ST, SUITE 1180 | | | NORFOLK | VA | 23510 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Malcolm M. Bates, Esq. | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St, Suite 20-100 | | New York | NY | 10004-2616 |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard, Ste 520 | Philadelphia | PA | 19103 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 |