IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| AMERICAN SIGNATURE, INC., *et al.*,[1] | ) Case No. 25-12105 (JKS) |
| Debtors. | ) (Jointly Administered) |
| | ) Re: Docket No. **191** |

**ORDER GRANTING DEBTORS' MOTION FOR LEAVE TO FILE LATE REPLIES IN SUPPORT OF BID PROCEDURES MOTION AND STORE CLOSING MOTION**

Upon consideration of the Debtors' *Motion for Leave to File Late Replies in Support of Bid Procedures Motion and Store Closing Motion*, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Debtors are permitted to file late Replies and such Replies shall be deemed timely filed.

**Dated: December 16th, 2025**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

DE:4917-4307-0593.1 03721.00001