<u>**Exhibit C**</u>

**Amendola Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN SIGNATURE, INC., *et al.*,[1] | ) | Case No. 25-12105 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF EMILIO AMENDOLAIN SUPPORT OF DEBTORS'
APPLICATION FOR ENTRY OF AN ORDER (A) AUTHORIZING THE
DEBTORS TO EMPLOY AND RETAIN A&G REALTY PARTNERS, LLC AS REAL
ESTATE CONSULTANT AND ADVISOR FOR THE DEBTORS EFFECTIVE AS OF
THE PETITION DATE AND (B) WAIVING CERTAIN REPORTING REQUIREMENTS**

I, Emilio Amendola, declare under penalty of perjury as follows:

1.      I am a Co-President of A&G Realty Partners, LLC ("A&G").  I am authorized to execute and submit this declaration (this "Declaration") on behalf of A&G in support of the application (the "Application")[2] of the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") for entry of an order authorizing the employment and retention of A&G as real estate consultant and advisor for the Debtors, effective as of the Petition Date under the terms and conditions set forth in the Services Agreement, attached to the Application as Exhibit B.

2.      I submit this Declaration in accordance with section 327(a) and 328 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016(b), and Local Rules 2014-1 and 2016-1.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162).  The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

3.      The facts set forth in this Declaration are based upon my personal knowledge, information, and belief, or client matter records kept in the ordinary course of business that were reviewed by me or other employees of A&G under my supervision and direction.  If called and sworn as a witness, I could and would testify competently to the facts set forth herein.

**Qualifications of Professionals**

4.      A&G is well-suited to provide the real estate services that the Debtors require and have requested that A&G provide in these chapter 11 cases.  A&G is a reputable and diversified real estate consulting and advisory firm with offices located throughout the United States.  A&G evaluates, restructures, facilitates the acquisition of, and disposes of all types of real estate.  A&G's expertise includes asset disposition and optimization of property portfolios.  A&G's professionals have extensive experience in providing services regarding the review, analysis, restructuring, disposition, and negotiation of real property and lease agreements.

5.      A&G's principals have over fifty years combined of commercial real estate experience and significant experience in the disposition and renegotiation of leases and properties in bankruptcy.  Indeed, A&G's professionals have assisted, advised or been retained as real estate consultants in a variety of bankruptcy cases involving issues relating to the review, analysis, renegotiation, and disposition of key real property and lease agreements.  In addition, A&G has worked with the Debtors prior to this filing and has acquired extensive knowledge regarding the Debtors' and their Leases.

6.      Accordingly, I believe A&G is well-qualified to perform all of the services contemplated by the Services Agreement, and to represent the Debtors' interests in these chapter 11 cases in a cost-effective, efficient and timely manner.  I also believe that the Services are necessary to enable the Debtors to maximize the value of their Leases.

2

7.     Additionally, I believe that the Services that will be provided under the Services Agreement will be complementary rather than duplicative of the services to be performed by the Debtors' other professionals retained in these chapter 11 cases.  Furthermore, A&G will carry out its functions and will use reasonable efforts to coordinate with the Debtors and their other professionals retained in these chapter 11 cases to avoid any unnecessary duplication of services.

**Services to be Provided**

8.     As set forth more fully in the Services Agreement, A&G will provide the following services for the Debtors (collectively, the "Services"):

a.     assist the Company with real estate strategy;

b.     consult with the Company to discuss the Company's goals, objectives, and financial parameters in relation to the Leases;

c.     provide ongoing advice and guidance related to individual financial and non-financial lease restructuring opportunities;

d.     negotiate with the landlords of the Leases (collectively, the "Landlords" and, individually, a "Landlord") on behalf of the Company to obtain Lease Terminations acceptable to the Company;

e.     negotiate with the Landlords on behalf of the Company to obtain Lease Modifications acceptable to the Company;

f.     negotiate with the Landlords on behalf of the Company to obtain Early Termination Rights acceptable to the Company;

g.     if requested by the Company, market the Leases in a manner and form as determined by A&G and approved by the Company, and negotiate with the Landlords and other third parties on behalf of the Company to assist the Company in obtaining Lease Sales acceptable to the Company;

h.     if requested by the Company, negotiate with Landlords on behalf of the Company to assist the Company in obtaining Landlord Consents acceptable to the Company in its sole discretion;

i.     if requested by the Company, prepare a valuation of one or more of the        Leases (the "Valuation"); and

j.     provide regular update reports to the Company regarding the status of the Services.

3

9.      Prior to the Petition Date, A&G assisted the Debtors with reviewing the real estate data provided by the Debtors with respect to their leasehold interests and with developing a go-forward disposition strategy to be implemented through these chapter 11 cases.  A&G has been extensively involved in the Debtors' plans and efforts regarding their Leases since A&G's retention, and has obtained significant knowledge of the Debtors' Leases, including their goals with respect thereto.

10.     A&G has committed significant time and resources toward analyzing and designing a plan with regards to the Debtors' Leases, and related efforts thereto.  As such, I believe A&G has the requisite knowledge and background to address many issues that may arise in these chapter 11 cases related to the Debtors' Leases.

11.     Through the aforementioned Services, A&G has gained institutional knowledge of the Debtors and their Leases.  As such, I believe that A&G is qualified and well-positioned to continue performing these Services and further assist the Debtors in these chapter 11 cases.  In addition, I believe the Services provided by A&G to the Debtors are necessary for the Debtors to maximize the value of their estates.  Therefore, I believe that A&G is able to act as the Debtors' real estate consultant and advisor in connection with the Leases in these cases.

**Professional Compensation**

12.     Subject to the Court's approval, the Debtors will compensate A&G in accordance with the terms and conditions previously agreed to and set forth in the Services Agreement, including Schedule B thereto.  It is contemplated that A&G shall be compensated as follows:

a.      Retainer.  The Company shall pay A&G a retainer (the "Retainer") in the amount of one hundred thousand dollars ($100,000) upon execution of the Services Agreement.  A&G may, but shall not be required to, apply the Retainer against invoices issued by A&G to the Company.  The Company shall replenish the Retainer to the extent applied within five (5) business days of the date of the invoice.  Furthermore, to the extent any invoice exceeds the amount of any Retainer applied, in addition to replenishing the Retainer, the Company shall pay the

4

difference between the invoice amount and the Retainer to A&G within five (5) business days of the date of the invoice.

b.     <u>Lease Terminations</u>.  For each Lease Termination obtained by A&G on behalf of the Company, A&G shall earn and be paid a fee (the "<u>Lease Termination Fee</u>" in the amount of four percent (4%) of the Occupancy Cost Savings and Gross Proceeds, per Lease (with any broker fee to be paid by A&G); *provided, however*, if a Lease Termination involves a sublease or assignment, A&G shall earn and be paid a fee in the amount of four percent (4%) of the total base rent to be paid by (a) the sublessee for the initial term of the sublease, or (b) the assignee for the entire Lease Term, including base rent for any options exercised by the sublessee or assignee upon execution of the sublease or assignment, as the case may be (collectively, the "<u>Base Lease Income</u>"); *and provided further*, that in the event a subtenant or assignee of a Lease is procured through such subtenant or assignee's broker, the Lease Termination Fee shall equal to six percent (6%) of all Base Lease Income, out of which A&G shall pay such broker's commission and retain the balance as compensation to A&G.

c.     <u>Monetary Lease Modifications</u>.  For each Monetary Lease Modification obtained by A&G on behalf of the Company, A&G shall earn and be paid a fee in the amount of four percent (4%) of the Occupancy Cost Savings, per Lease.

d.     <u>Non-Monetary Lease Modifications</u>.  For each Non-Monetary Lease Modification obtained by A&G on behalf of the Company, A&G shall earn and be paid a fee in the amount of $1,500, except that for any Lease extensions, the fee shall be the greater of $2,500 and four percent (4%) of Occupancy Cost Savings for the extended Lease term.

e.     <u>Early Termination Rights</u>.  For each Early Termination Right obtained by A&G on behalf of the Company, A&G shall earn and be paid a fee in the amount of one-half (½) of one (1) month's Gross Occupancy Cost, per Lease.

f.     <u>Property Sales</u>.  For each Property Sale obtained by A&G on behalf of the Company to an entity unaffiliated with the Schottenstein Property Group ("<u>SGP</u>"), A&G shall earn and be paid a fee of three percent (3%) of the Gross Proceeds thereof.  For each Property Sale obtained by A&G on behalf of the Company to an entity affiliated with SGP (an "<u>SGP Entity</u>"), A&G shall earn and be paid a minimum fee of $350,000 (the "<u>Minimum Sale Fee</u>"), *provided, however*, in the event an SGP Entity is the "stalking horse" bidder of any Property or Properties (the "Stalking Horse Bid"), competitive bidding against the Stalking Horse Bid ensues and the SGP Entity emerges as the successful bidder for the Property or Properties (the "<u>Successful Bid</u>"), A&G shall earn and be paid a fee in the amount of the Minimum Sale Fee plus three percent (3%) of the difference between the Gross Proceeds set forth in the Stalking Horse Bid and the Gross Proceeds set forth in the Successful Bid.

g. <u>Lease Sales</u>. For each Lease Sale obtained by A&G on behalf of the Company, A&G shall earn and be paid a fee in the amount of three percent (3%) of the Gross Proceeds, with a minimum fee of seven hundred fifty dollars ($750) per Lease.

h. <u>Landlord Consents</u>. If requested by the Company, for each consent obtained by A&G to extend the Company's time to assume or reject a Lease as a part of any applicable Chapter 11 case, A&G shall earn and be paid a fee in the amount of five hundred dollars ($500) per Lease.

i. <u>Valuations</u>. A&G shall earn and be paid a fee of $500 per Lease.

13. A&G also intends to seek reimbursement for its reasonable, documented out-of-pocket expenses (including, but not limited to, legal, mailing, travel and ancillary marketing expenses) incurred in connection with its retention and provision of the Services; *provided* that the Debtors shall have no obligation to reimburse A&G for outside legal fees and expenses in excess of $5,000 without prior approval. Any reimbursable expenses shall be paid to A&G within 10 business days after the Debtors' receipt of an invoice.

14. To the extent A&G uses the services of independent contractors (the "Contractors") in these chapter 11 cases pursuant to the Services Agreement, A&G shall be responsible for the performance of and payment of any fees to such Contractors independently of the Fee Structure between the Debtors and A&G. A&G will not pass through the cost of such Contractors to the Debtors and will not seek reimbursement from the Debtors. A&G will ensure that the Contractors are subject to conflict checks with respect to the parties related to their involvement in the chapter 11 cases.

15. I believe that the compensation structure described above and set forth in the Services Agreement is comparable to compensation generally charged by real estate advisors of similar stature to A&G for comparable engagements, both in and out of bankruptcy. Furthermore, the proposed compensation structure is also consistent with A&G's normal and customary billing

6

practices for cases of comparable size and complexity that require the level and scope of services to be provided in these chapter 11 cases.

## Payment of Fees and Expenses

16.     A&G understands that fees and expenses in these chapter 11 cases shall be subject to final approval of the Court upon proper application by A&G in accordance with procedures for the allowance of final compensation applicable to professionals in these chapter 11 cases, and in accordance with the requirements of the Bankruptcy Code.  However, inasmuch as A&G is being retained under section 328 of the Bankruptcy Code and A&G's compensation is results-oriented and directly related to the benefits received by the Debtors' estate as a result of the lease modifications, early termination rights and landlord consents, A&G has informed the Debtors that it is not its practice to keep detailed time records similar to those customarily kept by attorneys and other professionals who are compensated on an hourly basis.  It is standard practice in A&G's industry for professionals providing services relating to lease modifications, early termination rights, and landlord consents to be compensated on a flat fee percentage basis, rather than on an incremental hourly basis, for such services.  Consistent with industry practice, A&G intends to bill the Debtors on a flat fee percentage basis for the Services as set forth in the Services Agreement.

17.     Therefore, I submit that the requirement to file detailed time records and periodic fee applications in accordance with sections 330 and 331 of the Bankruptcy Code, and in compliance with Bankruptcy Rule 2016 is unnecessary and burdensome under the circumstances. I request that these requirements be waived.  A&G will, however, file a final fee application in accordance with applicable Bankruptcy Rules, the Local Rules, and any orders of this Court upon completion of their Services for review pursuant to section 328 of the Bankruptcy Code.

**Disinterestedness of Professionals**

18.     In connection with the Debtors' proposed retention of A&G in these chapter 11 cases, A&G has reviewed the list of parties in interest provided by the Debtors (the "Potential Parties in Interest").  Such parties are listed on **Schedule 1** attached hereto.  A&G undertook a comprehensive review of these parties to determine whether it has any conflicts or other relationship that might cause it to not be disinterested or to hold or represent an interest adverse to the Debtors.  There are no connections to disclose other than as follows:

a.  **Kimco**.  By way of background, A&G was formed in January 2012.  A&G is a private New York limited liability company whose majority members are me and Emilio Amendola.  One of the other members of A&G is LI Realty Investments, LLC ("LI Realty").  LI Realty became a minority member in A&G for the sole purpose of serving as a capital source for A&G, if needed, for potential real estate investment transactions.  A&G will not be tapping that financing source for any purpose in these cases.  Kimco Realty Corp. or direct or indirect affiliates ("Kimco") is one of the Debtors' landlords.  Upon information and belief, Kimco Realty Services II, Inc. ("Kimco Realty") is a minority member of LI Realty.  Upon further information and belief, Kimco Realty is an affiliate of Kimco.  No Kimco employee, principal, officer or director is an employee, principal, officer, or director of A&G, participates in A&G's management in any fashion, has access to any of A&G's systems or corporate information, or exercises any control over A&G (and vice versa).  Kimco Realty's indirect minority interest in A&G is wholly unrelated to these chapter 11 cases and A&G, on behalf of the Debtors, can be adverse to Kimco (and its affiliates) in these chapter 11 cases.

b.  **SB Capital Group LLC**.  Another minority member in LI Realty is SB Capital Group LLC.  Upon information and belief, SB Capital Group LLC is affiliated with Schottenstein Property Group, which is affiliated with Schottenstein Realty LLC. Upon further information and belief, Schottenstein Realty LLC and its subsidiaries and affiliates, including Schottenstein Property Group, owned by the Schottenstein family, are the landlords for 32 of the Debtors' retail store locations.  No SB Capital Group or Schottenstein employee, principal, officer, or director is an employee, principal, officer, or director of A&G, participates in A&G's management in any fashion, has access to any of A&G's systems or corporate information, or exercises any control over A&G, and vice versa.  SB Capital Group LLC's indirect minority interest in A&G is wholly unrelated to these chapter 11 cases and A&G, on behalf of the Debtors, can be adverse to Schottenstein (and its affiliates) in these cases.

c.  **Schottenstein Entities**.  Upon information and belief, the Debtors are, indirectly, wholly owned by the Schottenstein family, including through various trusts.  SB360 Capital Partners, LLC ("SB360"), the Debtors' consultant with respect to its current liquidation of 33 stores (and which is also expected to be delegated responsibility for conducting additional liquidation sales if the Stalking Horse Bid is successful), is wholly owned by SB360 Holdings, LLC ("Holdings").  60 percent of Holdings is owned by the Schottenstein family and the balance is owned by non-Schottenstein family interests.  Jay Schottenstein is Chairman and CEO of SB360 and was the Chairman of the Board of Directors of the Debtors prepetition.  SB360 is also affiliated with other transaction counterparties parties in these chapter 11 cases. Specifically, Second Avenue Capital Partners LLC ("SACP"), the Debtors'

9

debtor-in-possession agent and lender and the administrative agent, collateral agent, and lender under the Debtors' prepetition ABL facility, is also owned by Holdings. SB360 also holds a minority membership interest in a limited liability company that owns a minority stake in A&G. ASI Purchaser, LLC (the Stalking Horse Bidder), and SEI, Inc. (the Stalking Horse Bidder's guarantor) are, directly or indirectly, wholly owned by the Schottenstein family. In addition, certain of the Debtors' leased stores and distribution centers are owned by entities affiliated with the Schottenstein family, and additional transaction counterparties with the Debtors are beneficially owned by, or affiliated with, the Schottenstein family.

19. To the best of my knowledge and belief, A&G (a) does not hold any interest materially adverse to the Debtors' estates, (b) has no connection with the Debtors, their creditors or other parties in interest herein, and (c) is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code (as modified by section 1107(b) of the Bankruptcy Code).

20. To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, A&G has not been retained to assist any entity or person other than the Debtors on matters relating to, or in direct connection with, these chapter 11 cases, except as otherwise disclosed herein. A&G will, however, continue to provide professional services to entities or persons that may be creditors of the Debtors or Potential Parties in Interest in these chapter 11 cases, *provided* that such services do not relate to, or have any direct connection with these chapter 11 cases or the Debtors.

21. Neither I nor any other professional of A&G who will work on this engagement, to the best of my knowledge after reasonable inquiry, is related or connected to any United States

10

Bankruptcy Judge for the District of Delaware, the U.S. Trustee, or any persons employed by the U.S. Trustee.

22.     As part of its diverse practice, A&G appears in numerous cases, proceedings, and transactions that involve many different professionals, including attorneys, accountants, and financial consultants, who may represent claimants and parties in interest in these chapter 11 cases. Also, A&G has performed in the past, and may perform in the future, real estate consulting and advisory services for various attorneys and law firms, and has been represented by several attorneys and law firms, some of whom may be involved in this proceeding.  In addition, A&G may have in the past, may currently, and may in the future, work with or against other professionals involved in these cases in matters unrelated to the Debtors and these chapter 11 cases.

23.     A&G is not a "creditor" with respect to any fees and expenses of the Debtors within the meaning of section 101(10) of the Bankruptcy Code.  Further, neither I nor any other member of the A&G team serving the Debtors, to the best of my knowledge, is a holder of any outstanding debt instrument of the Debtors.

24.     Consequently, to the best of my knowledge, A&G is "disinterested" as that term is defined in section 101(14) of the Bankruptcy Code as modified by section 1107(b) of the Bankruptcy Code, in that:

    a.      neither A&G nor any professional at A&G working on this engagement is or was a creditor, equity security holder or insider of the Debtors;

    b.      neither A&G nor any professional at A&G working on this engagement is or was, within two (2) years before the commencement of these Chapter 11 Cases, a director, officer, or employee of the Debtors; and

    c.      A&G has no interest materially adverse to the interests of the estate or of any class of creditors, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors.

11

25. Despite the efforts described above to identify and disclose connections with the Potential Parties in Interest in these chapter 11 cases, because the Debtors are a large enterprise with numerous creditors and other relationships, A&G is unable to state with certainty that every client representation or other connection of A&G has been disclosed. If A&G discovers additional information requiring disclosure, A&G will file supplemental disclosures with the Court as promptly as possible. A&G further understands that it has a duty to continue to check for conflicts and connections, and in the event that any new facts or relationships subsequently are discovered during the pendency of these chapter 11 cases, A&G will supplement this Declaration and file the same with the Court. This Declaration is provided in accordance with section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Dated:  December 17, 2025                      A&G Realty Partners, LLC

                                               By: */s/ Emilio Amendola*
                                               Name:  Emilio Amendola
                                               Title:   Co-President

## Schedule 1

### Potential Parties in Interest

**Debtors**
American Signature Home Inc.
American Signature USA Inc.
American Signature Woodbridge LLC
American Signature, Inc.
ASI – Laporte LLC
ASI Elston LLC
ASI Polaris LLC
ASI Pure Promise Insurance LLC
ASI Thomasville LLC

**Current and Former Affiliates**
Kroehler Corporation
Kroehler Furniture Mfg. Co., Inc.
LDS Holdings, LLC
Luxury Delivery Service, Inc.
Schottenstein Stores Corporation
Value City Furniture, Inc.

**Current D&O**
Brian T. Strayton
Deana Carrington
Dena Schilling
Eric Jackson
Eric R. Duerksen
George Hunter
George Vemadakis
Jay L. Schottenstein
Jeffry D. Swanson
Jim Dierker
Joseph A. Schottenstein
Kelly Routhier
Kevin Hughes
Melita Garrett Abbey
Patrick J. Sanderson
Richard Favata
Steven D. Rabe
Suzanne Kiggin
Tod H. Friedman
William R. Kugel

**>5% Equity Holders**
Jay L. Schottenstein
Schottenstein Stores Corporation

**Lenders & Secured Creditors**
PNC Bank, National Association
Second Avenue Capital Partners LLC

**Lender Professionals**
Choate, Hall & Stewart LLP
Richards, Layton & Finger P.A.

**Banks**
Alex Brown
Morgan Stanley
PNC Bank, National Association
Raymond James
The Huntington National Bank

**Surety & Letters of Credit**
American Alternative Insurance
American Express Travel
Broadstone Avf Michigan, LLC
Ohio Bureau of Workers Compensation
The CIT Group
The Travelers Indemnity Company
Trimont LLC
Wells Fargo

**Debtor Professionals**
C Street Advisory Group, LLC
Goodwin Procter LLP
Kutzman Carson Consultants LLC dba
   Verita Global
Pachulski Stang Ziehl & Jones Llp
SSG Advisors, LLC

**Insurance**
Ace American Insurance Co
American Guarantee & Liability Insurance
   Co
American International Reinsurance Co Ltd

Amwins Insurance Brokerage LLC
Arch Insurance Company
Aspen Insurance Uk Limited
Aspen Specialty Insurance Company
Atlantic Security Ltd.
Chubb Bermuda Insurance Ltd.
Cobbs Allen Capital LLC
CRC Group
Crum & Forster Specialty Insurance Company
Endurance American Specialty Ins Co
Everest Indemnity Insurance Co
Everest International Assurance Ltd.
Everest National Insurance Co
Factory Mutual Insurance Company
Freedom Specialty Insurance Co
GAI Insurance Company Limited
Gemini Insurance Company
Great American Assurance Company
Hanseatic Insurance Company Ltd.
Houston Casualty Company
Incline Casualty Company
Insurance Company of the State of PA
IOA National Inc.
Lexington Insurance Company
Liberty Insurance Underwriters Inc
Magna Carta Insurance, Ltd
Midvale Indemnity Company
Navigators Insurance Company
RSUI Indemnity Company
R-T Specialty, LLC - Burbank
Scottsdale Insurance Company
Starr Indemnity & Liability Co
Steadfast Insurance Company
The Charter Oak Fire Insurance Company
The Travelers Indemnity Company
The Travelers Indemnity Company of Connecticut
Travelers Excess And Surplus Lines Company
Travelers Property Casualty Company of America
United Specialty Insurance Company
US Specialty Insurance Co
Westchester Surplus Lines Insurance Co
XL Specialty Insurance Co

Zurich American Ins Co of IL

**Landlord**
1731 Central Park, LLC
2015 Wesel Boulevard LLC
2195 Harlem Road Leasing LLC
4300 Venture 34910 LLC
6100 Pacific, LLC
7500 Brookpark LLC
AILSA 5109, LLC
Alex Hepper
ALISUE LLC
American Signature of Woodbridge, LLC
Ann M. Busby
ASI Owned
ASI Sunrise, LLC
B&G Properties Limited Partnership
Balgot Realty Corporation
Bel Air Plaza Limited Partnership
Belden Park Delaware, LLC
Blanding Partners, LLC
BRE Retail Residual NC Owner L.P.
Brian McDermott, M.D.
Brixmor Holdings 10 SPE, LLC
Brixmor Operating Partnership 2, LLC
Brixmor Property Group
Brixmor/IA Regency Park SC, LLC
Broad Street FF, LLC
Broadstone Net Lease, Inc.
BV1 Alum Creek Drive Holdings, LLC
Canton Corners Ford Road LLC
Carl T Julio, Edward V & Anna Julio PTR
Charles Triangle, LLC
Chippewa Center, LLC
Cobb Place Shops LLC
Corvair Furniture Manufacturing Co., Inc.
CPP River Falls II LLC
CPP River Falls LLC
Crossings at Hobart-I LLC
CTO24 Carolina LLC
Dabaja Fairlane North Properties LLC
DDRTC Heritage Pavilion LLC
Decar Realty, LLC
DIAJEFF LLC
Dr. Julian G. Busby, Jr.
Easton Market SC, LLC
EASTPOINT MALL

| | |
|---|---|
| Elston Leavitt LLC | MLRP Army Trail Trade Center, LLC |
| Exeter 11266 Enterprise, LLC | Morse Road Company-I, LLC |
| Federal Realty Investment Trust | MPI Development Group LLC |
| FR Montrose Crossing LLC | NC Center Ft. Wayne, LLC |
| Franklin Square Drive, LLC | Niki Core I. LP. |
| GPT Managed Holdings. LP | Niki Delano. LP. |
| Gregory Camarco | NNN REIT, Inc. |
| GSA I SPE, LLC | PAARK Properties, LLC |
| Hill Management Services, Inc. | Pacific Square, LLC |
| Holiday Station Properties, LLC | Park Associates |
| HRE/MStreet Turner Hill, LLC | PR Financing Limited Partnership |
| JLP Beavercreek, LLC | RCC Chesapeake Center, LLC |
| JLP-Baileys Cross Roads VA LLC | Realty Four, LLP |
| JLP-BEAVERCREEK LLC | Robert L. Stark Enterprises, Inc. |
| JLP-Chesapeake LLC | Rosemont 2019, LLC |
| JLP-Cranberry, LLC | RPT Aspen Place, LP |
| JLP-FAIRVIEW HEIGHTS, LLC | Sandhill Columbia SC LLC |
| JLP-Florence KY, LLC | Saul Holdings Limited Partnership |
| JLP-Harvard Park LLC | SBV - Holland LLC |
| JLPK-Dale Mabry LLC | SCF RC Funding IV LLC |
| JLP-Madison LLC | Schaumburg Associates LLC |
| JLP-Orland Park, LLC | Schostak Brothers & Company, Inc. |
| JLP-Plainfield LLC | Schottenstein Property Group (SPG) |
| JLP-Richmond, LLC | Schottenstein Realty LLC |
| JLP-TOLEDO MONROE, LLC | SDG Dadeland Associates, Inc. |
| JLP-Youngstown, LLC | SG-Mentor, LLC |
| Jubilee Coolsprings LLC | Sir Barton Place LLC |
| Jubilee Limited Partnership | Skyline Seven Real Estate |
| Jubilee-Sawmill, LLC | Spark Realty Solutions, Inc. |
| JV Venture Pointe Decelopment LLC | SPG ASI Polaris LLC |
| Kaden T, LLC | Spirit Realty, L.P. |
| Kimco of Pennsylvania Trust | Spotsylvania Crossing DE LLC |
| Kimco Realty Corporation | SR Clarksville TN LLC |
| KRG Castleton Crossing, LLC | SR Columbia SC LLC |
| KRG Eastgate Pavilion LLC | SR Louisville KY LLC |
| KRG Town and Country Manchester LLC | SR Murfreesboro TN LLC |
| Krinsky & Castelli Properties. LLC Julian K. & Adrian C. et al | SRL Crossings at Taylor LLC |
| | SRL East Main Center LLC |
| Lakeside Capital Advisors, LP | SRLLC |
| Lakeview Plaza (Orland), LLC | SSC Akron LLC |
| Lucky JJC, Inc. | SSC Burbank IL LLC |
| Lynnhaven VC, LLC | SSC Calumet City IL LLC |
| Maple Ridge Plaza Acquisitions | SSC Charlotte NC LLC |
| Marcy D. Cellentani | SSC Market St Sandusky LLC |
| Market Square Owner, LLC | SSC Monroeville PA LLC |
| Mishawaka Investments, LLC | SSC Parkersburg WV LLC |

SSC Pittsburgh PA LLC
SSC Springdale LLC
SSC St. Peters MO LLC
St Clairsville Main Parcel, L.L.C
Sterling Ponds LLC
Stoltz Real Estate Partners
Store SPE AVFII 2017-2, LLC
SWTC Partners, LLC
TALCA Daytona Beach, LLC
The Kroenke Group
The Real McKeever LLC
THF Management, Inc.
THF Silver Spring Development, LP
TNG Happy Valley, LLC.
Tropicaire Development, Inc.
TRP-MCB Eastpoint, LLC
Truss Greenwood IN LLC
U.S. Transport Corporation
United Properties Corp
US Transport
Utica Park Place Owner, LLC
Walden/Dick/ WR-1
Weingarten Nostat, LLC
Weingarten Realty
West Town Corners, LLC
Westview Center Associates L.C.
Woodbridge VA-JLP LLC
WRI Camp Creek Marketplace II, LP
YSJ, LLC
Zamagias Properties

**Top 30 Unsecured Creditors**
ASHLEY FURNITURE INDUSTRIES
CT MATTRESS BROTHER CO LTD
DICKSON FURNITURE
    INTERNATIONA
EVEREST TECHNOLOGIES INC
H317 LOGISTICS LLC
HACKNEY HOME FURNISHINGS INC
HAPPY FURNITURE(VIETNAM)CO LTD
HOME MERIDIAN GROUP LLC
IDEAITALIA CONTEMPORARY
INTERCON INC
KUKA (HK) TRADE CO LIMITED
KYNDRYL INC
LFN LIMITED

MAGNUSSEN HOME FURNISHINGS
    INC
MAN WAH MCO
MANHATTAN ASSOCIATES INC
Mediterranean Shipping Co(Usa)
MELLOW RIVER INC
NAJARIAN FURNITURE CO INC
PALMETTO HOME LLC
Rapid Response Inc
RIVERSIDE FURNITURE CORP
Schottenstein Property Group (SPG)
SEALY MATTRESS MANUFACTURING
SHERWOOD SOUTHEAST LLC
STEVE SILVER COMPANY
TARGETCAST LLC
TEMPUR-PEDIC NORTH AMERICA LLC
UST Logistical Systems
VOGUE HOME, LLC

**Employee Benefit Providers**
Anthem
Anthem Blue Cross And Blue Shield
BenefitHub
Carelonrx Through Anthem
Cigna
Express Scripts
Fidelity
MetLife
Prudential

**Shippers & Distribution Centers**
AG Container Transport LLC
Ahm Furniture Service LLC
Alabama Motor Express Inc
American Global Logistics LLC
Ascend LLC
ATS Inc
Axle Logistics LLC
Broadleaf Contracting Inc
Bungii LLC
Castera Transportation
Circle Express Inc
Cosco Container Lines America
Coyote Logistics LLC
Custom Transport Inc
Dolly Inc
Evans Delivery Co Inc

4

Forward Air Corporation
Franklin Logistics Co LLC
Hapag-Lloyd (America) LLC
JB Hunt Transport Inc
Keystone Lines
Landstar Inway Inc
LV Trucking Inc
Mediterranean Shipping Co(Usa)
MSC Per Diem Dept
Rapid Response Inc
Robert Bearden Inc
Schneider National Carriers
Silvan Trucking LLC
Total Transportation of Ms
Transport One Inc
Triumph Business Capital
Unique Logistics International
UST Logistical Systems
Wex Bank
Wintrust Bank, N.A.
Zim Shipping Finance Limited

**U.S. Trustee's Office**
Andrew R. Vara
Benjamin Hackman
Christine Green
Diane Giordano
Dion Wynn
Edith A. Serrano
Elizabeth Thomas
Hannah M. McCollum
Hawa Konde
Holly Dice
James R. O'Malley
Jane Leamy
Jonathan Lipshie
Jonathan Nyaku
Joseph Cudia
Joseph McMahon
Lauren Attix
Linda Casey
Linda Richenderfer
Malcolm M. Bates
Michael Girello
Nyanquoi Jones
Richard Schepacarter
Rosa Sierra-Fox

Shakima L. Dortch
Timothy J. Fox, Jr.

**Bankruptcy Judges**
Chief Judge Karen B. Owens
Judge Brendan L. Shannon
Judge Craig T. Goldblatt
Judge J. Kate Stickles
Judge John T. Dorsey
Judge Laurie Selber Silverstein
Judge Mary F. Walrath
Judge Tomas M. Horan