**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**
**J. CALEB BOGGS FEDERAL BUILDING**
**844 KING STREET, SUITE 2207, LOCKBOX 35**
**WILMINGTON, DELAWARE 19801**
**PHONE (302) 573-6491**

---

**ANDREW R. VARA**                                           **JOSEPH J. McMAHON, JR.**
**UNITED STATES TRUSTEE**                          **ASSISTANT U.S. TRUSTEE**

---

REQUEST BY THE UNITED STATES TRUSTEE TO THE CLERK OF BANKRUPTCY COURT TO SCHEDULE A SECTION 341(a) MEETING IN A CHAPTER 11 CASE

---

**ATTENTION: 341(a) NOTICE CLERK - CHAPTER 11**

Pursuant to Section 341(a) of the U.S. Bankruptcy Code, please schedule a meeting of creditors for the following case:

**DEBTORS**:              American Signature, Inc., *et al.*[1]

**CASE NO**:              25-12105 (JKS)

**DATE**:                    Friday, January 9, 2026

**TIME**:                    1:00 p.m. (ET)

**LOCATION**:         **The 341 meeting will be held via Zoom. Please see the *Notice of Zoom-Based Section 341 Meeting* filed on the case docket for further details.**

By: */s/ Malcolm M. Bates*
      Malcolm M. Bates, Trial Attorney

Dated: December 18, 2025

**PLEASE NOTE THAT, DUE TO SCHEDULING CONFLICTS, THE 341(a) MEETING HAS BEEN SCHEDULED FOR JANUARY 9, 2026, NOTWITHSTANDING RULE 2003, FEDERAL RULES OF BANKRUPTCY PROCEDURE.  IF YOU ARE UNABLE TO COMPLY WITH THE NOTICE REQUIREMENT OF THIS RULE, PLEASE ADVISE IMMEDIATELY.**

cc:    Laura Davis Jones, Esq. (Proposed Debtors' counsel)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235