## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN SIGNATURE, INC., *et al.*,[1] | ) Case No. 25-12105 (JKS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket No. 108** |

### NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNTS

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On November 26, 2025, the above captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of the Debtors for Entry of Orders (I)(A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter Into (I) Stalking Horse Asset Purchase Agreement and (II) Stalking Horse Agency Agreement and to Provide Bid Protections Thereunder, (C) Scheduling An Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [Docket No. 108] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

The Debtors have submitted for approval that certain *Asset Purchase Agreement*, dated as of November 25, 2025 (the "Stalking Horse APA") by and between the Debtors and ASI Purchaser LLC (and together with any applicable designee, the "Stalking Horse Buyer") and SEI, Inc. as Guarantor the accompanying *Agency Agreement*, dated as of November 25, 2025 (the "Stalking Horse Agency Agreement"), by and between the Debtors and ASI Purchaser LLC (and/or its designee(s)) (the "Stalking Horse Agent") and SEI, Inc. as Guarantor.[2] The Debtors' assets subject to the transactions contemplated under the Stalking Horse Agency Agreement, pursuant to which the Stalking Horse Bidder will act as the Debtors' agent for the purposes of liquidating their inventory, furniture, fixtures, and equipment at certain stores and distribution centers plus the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

[2] The Stalking Horse Agent and the Stalking Horse Buyer are collectively referred to as the "Stalking Horse Bidder." The Stalking Horse APA and the Stalking Horse Agency Agreement are collectively referred to as the "Stalking Horse Agreements."

assets to be sold to the Stalking Horse Bidder under the Stalking Horse APA, which include, *inter alia*, granting the Stalking Horse Bidder designation rights on substantially all of the Debtors' leases and selling to the Stalking Horse Bidder certain of the Debtors' assets, including the Debtors' owned real estate assets, the Debtors' intellectual property, and certain of the Debtors' claims and causes of action and the other assets identified in the Stalking Horse APA, are collectively referred to as the "Aggregate Assets."

On December 29, 2025, the Court entered the *Order (I) Approving Bid Procedures and Bid Protections in Connection with Motion to Approve (A) Stalking Horse Asset Purchase Agreement and (B) Stalking Horse Agency Agreement; (II) Scheduling Bid Deadlines and the Auction, (III) Approving Form and Manner of Notice Thereof, and (IV) Granting Related Relief* [Docket No. 259] (the "Bid Procedures Order"), which, among other things, approved the (a) Bid Procedures pursuant to which the Debtors will solicit and select the highest and otherwise best offer for the sale of the Aggregate Assets, (b) the form and manner of notice related to the sale of the Assets, (c) the procedures for the assumption and assignment of executory contracts and unexpired leases in connection with the sale of the Assets, including, without limitation, notice of proposed cure amounts (the "Assumption and Assignment Procedures"), and (d) scheduled the hearing (the "Sale Hearing")[3] to enter an order approving the sale of the Aggregate Assets to the Successful Bidder (the "Approval Order") for **February 4, 2026 at 10:00 a.m. (prevailing Eastern Time)**.

The Motion also provides for the potential assumption and assignment of certain of the Debtors' executory contracts and unexpired leases (each, a "Potential Assigned Agreement" and collectively, the "Potential Assigned Agreements") either to the Stalking Horse Bidder or to such other party that submits the highest and best bid for the Aggregate Assets at an Auction that is accepted by the Debtors and approved by the Bankruptcy Court (the "Successful Bidder").

The Potential Assigned Agreement(s) to which you are a counterparty and which may potentially be assumed and assigned as part of the sale of the Aggregate Assets along with any Cure Amounts, if any, necessary for the assumption and assignment of such Potential Assigned Agreement(s) is attached hereto as Schedule A. ***Each "Cure Amount" listed on Schedule A hereto represents the entire amount payable to cure all defaults pursuant to section 365(b)(1) of the Bankruptcy Code for the for the potential assumption by the Debtors and the assignment to the Successful Bidder of such Potential Assigned Agreement(s) pursuant to section 365 of the Bankruptcy Code***. For any Potential Assigned Agreement listed on Schedule A hereto, the Successful Bidder may decide to (i) assume and assign the Potential Assigned Agreement, (ii) reject the Potential Assigned Agreement, or (iii) designate the Potential Assigned Agreement (to the extent permitted)[4] for a limited period of time until the Successful Bidder determines whether such Potential Assigned Agreement should be (a) assumed and assigned or (b) rejected.

---

[3] A capitalized term used but not defined herein shall have the meaning ascribed to it in the Bid Procedures and Bid Procedures Order, as applicable.

[4] The Stalking Horse APA grants the Stalking Horse Bidder with certain designation rights (the "Designation Rights") pursuant to which the Stalking Horse Bidder may request assumption by the applicable Debtor(s) and assignment to the Stalking Horse Bidder's designee of the Debtors' Leases and Potential Assigned Agreements Primarily Related to such Lease (as these terms are defined in the Stalking Horse APA). To the extent that any Potential Assigned

**YOU ARE RECEIVING THIS NOTICE BECAUSE YOU HAVE BEEN IDENTIFIED AS A COUNTERPARTY TO A POTENTIAL ASSIGNED AGREEMENT THAT MAY BE ASSUMED AND ASSIGNED AS PART OF THE SALE OF THE AGGREGATE ASSETS**. Under the terms of the Assumption and Assignment Procedures, unless otherwise provided in the Successful Bidder's asset purchase agreement, at any time prior to the date of Closing of the sale of the Aggregate Assets, the Debtors may (a) remove a Potential Assigned Agreement for assumption and assignment, or (b) modify the previously stated Cure Amount associated with any Potential Assigned Agreement. The Successful Bidder (which may be the Stalking Horse Bidder) may also select additional Potential Assigned Agreements for assumption and assignment. *The presence of a Potential Assigned Agreement listed on Schedule A attached hereto does not constitute an admission that such Potential Assigned Agreement is an executory contract or unexpired lease or that such Potential Assigned Agreement will be assumed and assigned as part of the sale of the Aggregate Assets. The Debtors reserve all of their rights, claims and causes of action with respect to the Potential Assigned Agreements listed on Schedule A attached hereto.*

IF YOU AGREE WITH THE PROPOSED CURE AMOUNTS LISTED IN **SCHEDULE A** WITH RESPECT TO YOUR POTENTIAL ASSIGNED AGREEMENT(S) AND OTHERWISE DO NOT OBJECT TO THE ASSUMPTION AND ASSIGNMENT OF YOUR POTENTIAL ASSIGNED AGREEMENT, YOU ARE NOT REQUIRED TO TAKE ANY FURTHER ACTION WITH RESPECT TO THE CURE AMOUNT.

Pursuant to the Assumption and Assignment Procedures, objections to the proposed assumption and assignment of a Potential Assigned Agreement (an "Assumption and Assignment Objection"), including, without limitation, any objection relating to the Cure Amount or adequate assurance of the Stalking Horse Bidder's future ability to perform must (a) be in writing, (b) comply with the Bankruptcy Code, Bankruptcy Rules and Local Rules, (c) state, with specificity, the legal and factual bases thereof, including, if applicable, the Cure Amount that the Counterparty believes is required to cure defaults under the relevant Potential Assigned Agreement, (d) be filed by no later than **4:00 p.m. (prevailing Eastern Time) on January 28, 2026**, and (e) be served on (i) proposed counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19899, Attn: Laura Davis Jones, Esq. **(**ljones@pszjlaw.com**)** and David M. Bertenthal, Esq. **(**dbertenthal@pszjlaw.com**)**; (ii) proposed counsel to the Committee, (a) Kelley Drye & Warren LLP, 3 World Trade, 175 Greenwich Street, New York, NY 10007 Attn: Eric R. Wilson (ewilson@kelleydrye.com), Jason R. Adams (jadams@kelleydrye.com), and Maeghan J. McLoughlin (mmcloughlin@kelleydrye.com)), and

---

Agreement(s) for the Debtors' Leases and Potential Assigned Agreements Primarily Related to such Leases are designated by for assumption and assignment to an assignee designated by the Stalking Horse Bidder (or Successful Bidder), the Debtors will provide separate notice to the holders of Potential Assigned Agreements of any such designation of the Leases and Potential Assigned Agreements Primarily Related to such Leases to be assumed and assigned, the identity of the proposed assignee, and information concerning the proposed assignee's ability to provide adequate assurance of future performance under section 365(b)(1)(3) of the Bankruptcy Code. The Lease Assignment Notice will provide that the counterparty to the Lease will have seven (7) Business Days to file an objection to the proposed assumption and assignment of the Lease and any Potential Related Agreements Relating to such Leases.

Section 3.6 of the Stalking Horse APA also permits the Stalking Horse Bidder to add certain Contracts to the Assigned Agreements for assumption and assignment (including to its delegee) following the Closing until the Designation Deadline.

(b) Cole Schotz, 500 Delaware Avenue, Suite 600, Wilmington, DE 19801, Attn: Justin Alberto (jalberto@coleschotz.com), Seth Van Aalten (svanaalten@coleschotz.com) and Sarah Carnes (scarnes@coleschotz.com); (iii) the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware, 19801, Attn: Malcolm M. Bates, Esq. (malcolm.m.bates@usdoj.gov) (the "U.S. Trustee"); (iv) counsel to the DIP Agent and Prepetition ABL Agent, (a) Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110, Attn: John F. Ventola, Esq. (jventola@choate.com), Jonathan D. Marshall, Esq. (jmarshall@choate.com), and Lucas B. Barrett, Esq. (lbarrett@choate.com) and (b) Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801, Attn: Daniel J. DeFranceschi, Esq. (defranceschi@RLF.com), John H. Knight, Esq. (Knight@RLF.com) and Matthew P. Milana, Esq. (Milana@RLF.com); (v) counsel to the Stalking Horse Bidder (a) Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, NY 10019, Attn: Scott Charles, Esq. (SKCharles@wlrk.com) and Neil M. Snyder, Esq. (NMSnyder@wlrk.com); and (b) Morris Nichols Arsht & Tunnell, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington DE 19899-1347, Attn: Derek C. Abbott (dabbott@morrisnichols.com); (vi) counsel to the Prepetition Term Agent, (a) Goldberg Kohn, 55 East Monroe Street, Chicago, Ill 60603-5792, Attn: Randall Klein, Esq. (randall.klein@goldbergkohn.com) and Zachary Garrett, Esq. (zachary.garrett@goldbergkohn.com) and (b) Blank Rome LLP, 1201 N. Market Street, Suite 800, Wilmington, DE 19801, Attn: Stanley B. Tarr, Esq. (stanley.tarr@blankrome.com); and (vii) proposed counsel to the Conflicts Committee, (i) Goodwin Procter LLP, 620 Eighth Ave., New York, NY 10018, Attn: Kizzy L. Jarashow, Esq. (kjarashow@goodwinlaw.com) and Stacy Dasaro, Esq. (sdasaro@goodwinlaw.com) and (ii) Potter Anderson & Corroon LLP 1313 North Market Street, 6th Floor, Wilmington, Delaware 19801, Attn: L. Katherine Good, Esq. (kgood@potteranderson.com) (collectively, the "Assumption and Assignment Objection Notice Parties"). In the event that any previously stated Cure Amounts are modified, the Debtors will promptly serve a Supplemental Assumption and Assignment Notice, by overnight mail and, if known, e-mail, on the applicable Counterparty (and their counsel of record, if any).

Adequate assurance information for any Successful Bidder or Backup Bidder other than the Stalking Horse Bidder shall be disseminated to landlords whose leases are potentially being assumed and assigned at Closing, and by email to their counsel of record, if any, no later than the earlier of (a) two (2) business days following the Auction, and (b) January 12, 2026 at 5:00 p.m. (prevailing Eastern time). If, following the Auction, the Stalking Horse Bidder is not the Successful Bidder, then the Debtors will (a) file the Notice of Auction Results, which will, among other things, include the identity of the Successful Bidder and any Backup Bidder, (b) post such notice on the Case Management Website, and (c) serve such notice on each Counterparty to a Potential Assigned Agreement. Each such Counterparty who wishes to make an Assumption and Assignment Objection with respect to the Successful Bidder must file their Assumption and Assignment Objection by **4:00 p.m. (prevailing Eastern Time) on January 28, 2026**, and serve such objection on the Assumption and Assignment Objection Notice Parties, which shall be heard at the Sale Hearing.

Any Assumption and Assignment Objection shall not constitute an objection to any of the other relief requested in the Sale Motion to be approved by the Approval Order (*e.g.*, the sale of the Aggregate Assets by the Debtors to the Successful Bidder free and clear of all liens, claims, encumbrances, and interest). Parties wishing to object to the other relief requested in the Motion (excluding the relief provided in the Bid Procedures Order) must timely file and serve a separate

objection, stating with particularity such party's grounds for objection, in accordance with the objection procedures approved and set forth in the Bid Procedures Order.

### CONSEQUENCES OF FAILING TO TIMELY ASSERT AN OBJECTION

*UNLESS YOU FILE AN OBJECTION TO THE CURE AMOUNT AND/OR THE ASSUMPTION OR ASSIGNMENT OF YOUR POTENTIAL ASSIGNED AGREEMENT IN ACCORDANCE WITH THE INSTRUCTIONS AND DEADLINES SET FORTH HEREIN, YOU SHALL BE (A) BARRED FROM OBJECTING TO THE CURE AMOUNT SET FORTH ON SCHEDULE A, (B) ESTOPPED FROM ASSERTING OR CLAIMING ANY CURE AMOUNT AGAINST THE DEBTORS, THE STALKING HORSE BIDDER OR SUCH OTHER SUCCESSFUL BIDDER THAT IS GREATER THAN THE CURE AMOUNT SET FORTH ON SCHEDULE A, AND (C) DEEMED TO HAVE CONSENTED TO THE ASSUMPTION AND/OR ASSIGNMENT OF YOUR POTENTIAL ASSIGNED AGREEMENT; PROVIDED, HOWEVER, THAT A COUNTERPARTY SHALL NOT BE BARRED FROM SEEKING ADDITIONAL AMOUNTS ON ACCOUNT OF ANY DEFAULTS OCCURRING BETWEEN THE SERVICE OF THIS NOTICE AND THE EFFECTIVE DATE OF ANY ASSUMPTION AND ASSIGNMENT OF THE APPLICABLE POTENTIAL ASSIGNED AGREEMENT.*

| | |
|---|---|
| Dated:  January 2, 2026 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ Laura Davis Jones* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | David M. Bertenthal (CA Bar No. 167624) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, Delaware  19899 (Courier 19801) |
| | Telephone:  (302) 652-4100 |
| | Facsimile:   (302) 652-4400 |
| | Email: ljones@pszjlaw.com |
| |         dbertenthal@pszjlaw.com |
| | |
| | *Proposed Counsel for the Debtors and Debtors in Possession* |

# SCHEDULE A

**Potential Assigned Leases**

| | Lease Counterparty | Lease Party | Lease Title | Cure Amount |
|---|---|---|---|---|
| 1. | SSC Market St Sandusky LLC | American Signature, Inc. | Real property lease at Store #15 in Sandusky, OH | $6,666.67 |
| 2. | SSC SRL EAST MAIN CENTER | American Signature, Inc. | Real property lease at Store #19 in Columbus, OH | $39,951.77 |
| 3. | SSC Springdale LLC | American Signature, Inc. | Real property lease at Store #25 in Springdale, OH | $32,693.48 |
| 4. | SSC Parkersburg WV LLC | American Signature, Inc. | Real property lease at Store #26 in Parkersburg, WV | $31,623.59 |
| 5. | PARKERSBURG CENTER LIMITED | American Signature, Inc. | Real property lease at Store #26 in Parkersburg, WV | $400.00 |
| 6. | RPT PRESTON PLACE LP | American Signature, Inc. | Real property lease at Store #27 in Louisville, KY | $46,314.00 |
| 7. | JLP BEAVERCREEEK LLC | American Signature, Inc. | Real property lease at Store #28 in Beavercreek, OH | $73,631.88 |
| 8. | NC CENTER FT WAYNE, LLC | American Signature, Inc. | Real property lease at Store #29 in Ft. Wayne, IN | $32,568.67 |
| 9. | JLP TOLEDO MONROE LLC | American Signature, Inc. | Real property lease at Store #31 in Toledo, OH | $36,764.58 |
| 10. | SSC MORSE RD COMPANY | American Signature, Inc. | Real property lease at Store #34 in Columbus, OH | $15,684.36 |
| 11. | SSC AKRON LLC | American Signature, Inc. | Real property lease at Store #36 in Cuyahoga Falls, OH | $21,861.01 |
| 12. | SSC TRUSS GREENWOOD IN | American Signature, Inc. | Real property lease at Store #38 in Greenwood, IN | $30,124.50 |
| 13. | THF ST CLAIRSVILLE DEVELOPMENT | American Signature, Inc. | Real property lease at Store #41 in St. Clairsville, OH | $25,753.55 |
| 14. | SSC PITTSBURGH PA LLC | American Signature, Inc. | Real property lease at Store #47 in Pittsburgh, PA | $62,938.69 |
| 15. | STERLING PONDS LLC | American Signature, Inc. | Real property lease at Store #49 in Sterling Heights, MI | $24,106.38 |
| 16. | SOUTH PARK SHOPPING CENTER LLC | American Signature, Inc. | Real property lease at Store #52 in Lexington, KY | $39,975.06 |
| 17. | BELDEN PARK DELAWARE LLC | American Signature, Inc. | Real property lease at Store #55 in Canton, OH | $105,554.75 |
| 18. | BALGOT REALTY INC | American Signature, Inc. | Real property lease at Store #57 in Huntington, WV | $12,687.86 |
| 19. | WESTVIEW CENTER ASSOCIATES LC | American Signature, Inc. | Real property lease at Store #59 in Baltimore, MD | $86,141.60 |
| 20. | 7500 BROOKPARK LLC | American Signature, Inc. | Real property lease at Store #60 in Brooklyn, OH | $26,945.03 |
| 21. | SSC BURBANK IL LLC | American Signature, Inc. | Real property lease at Store #61 in Burbank, IL | $34,742.40 |
| 22. | SSC CALAMET CITY IL LLC | American Signature, Inc. | Real property lease at Store #64 in Calumet City, IL | $31,406.33 |
| 23. | JLP NORTH LAKE LLC-#65 | American Signature, Inc. | Real property lease at Store #65 in Northlake, IL | $37,187.50 |
| 24. | NORTHLAKE DEVELOPMENT CO | American Signature, Inc. | Real property lease at Store #65 in Northlake, IL | $6,861.00 |
| 25. | SSC MONROEVILLE PA LLC | American Signature, Inc. | Real property lease at Store #66 in Monroeville, PA | $65,098.89 |

| | Lease Counterparty | Lease Party | Lease Title | Cure Amount |
|---|---|---|---|---|
| 26. | SRL CROSSINGS AT TAYLOR | American Signature, Inc. | Real property lease at Store #68 in Taylor, MI | $37,693.71 |
| 27. | SAUL HOLDINGS LTD PARTNERSHIP | American Signature, Inc. | Real property lease at Store #69 in Glen Burnie, MD | $39,490.08 |
| 28. | DECAR REALTY LLC | American Signature, Inc. | Real property lease at Store #74 in New Carrollton, MD | $103,799.46 |
| 29. | JLP FAIRVIEW HEIGHTS LLC | American Signature, Inc. | Real property lease at Store #75 in Fairview Heights, IL | $44,131.94 |
| 30. | SSC CROSSINGS AT HOBART | American Signature, Inc. | Real property lease at Store #77 in Merrillville, IN | $43,875.63 |
| 31. | SPARK REALTY SOLUTIONS, INC | American Signature, Inc. | Real property lease at Store #78 in Greece, NY | $28,125.00 |
| 32. | SSC CHARLOTTE NC LLC | American Signature, Inc. | Real property lease at Store #81 in Charlotte, NC | $38,419.50 |
| 33. | KITE REALTY GROUP LP | American Signature, Inc. | Real property lease at Store #86 in Indianapolis, IN | $36,361.68 |
| 34. | SSC ST PETERS MO LLC | American Signature, Inc. | Real property lease at Store #87 in St. Peters, MO | $33,641.50 |
| 35. | 6100 PACIFIC LLC | American Signature, Inc. | Real property lease at Store #88 in Evansville, IN | $22,921.94 |
| 36. | GSA I SPE LLC | American Signature, Inc. | Real property lease at Store #89 in Bear, DE | $32,635.65 |
| 37. | 2015 WESEL BOULEVARD LLC | American Signature, Inc. | Real property lease at Store #90 in Hagerstown, MD | $51,093.03 |
| 38. | PACIFIC SQUARE LLC | American Signature, Inc. | Real property lease at Store #91 in Aurora, IL | $37,943.76 |
| 39. | WOODBRIDGE VA JLP LLC | American Signature, Inc. | Real property lease at Store #93 in Woodbridge, VA | $25,577.00 |
| 40. | JLP YOUNGSTOWN LLC | American Signature, Inc. | Real property lease at Store #95 in Boardman, OH | $33,298.33 |
| 41. | SHOPS AT BOARDMAN PARK PTNSHIP | American Signature, Inc. | Real property lease at Store #95 in Boardman, OH | $5,997.19 |
| 42. | SSC SG MENTOR LLC | American Signature, Inc. | Real property lease at Store #97 in Mentor, OH | $24,748.67 |
| 43. | THE REAL MCKEEVER LLC | American Signature, Inc. | Real property lease at Store #98 in Henrietta, NY | $34,107.18 |
| 44. | LYNNHAVEN VC LLC | American Signature, Inc. | Real property lease at Store #99 in Virginia Beach, VA | $37,231.83 |
| 45. | CHARLES TRIANGLE LLC | American Signature, Inc. | Real property lease at Store #100 in Waldorf, MD | $23,304.68 |
| 46. | JLP BAILEYS CROSSROADS VA | American Signature, Inc. | Real property lease at Store #104 in Falls Church, VA | $99,973.68 |
| 47. | JUBILEE SAWMILL LLC | American Signature, Inc. | Real property lease at Store #105 in Columbus, OH | $48,285.50 |
| 48. | JUBILEE-CHESAPEAKE EQUITY LLC | American Signature, Inc. | Real property lease at Store #106 in Chesapeake, VA | $87,209.97 |
| 49. | JLP-Orland Park, LLC | American Signature, Inc. | Real property lease at Store #107 in Orland Park, IL | $371,829.25 |
| 50. | CTO24 CAROLINA LLC | American Signature, Inc. | Real property lease at Store #110 in Charlotte, NC | $59,803.65 |
| 51. | BRIXMOR OPERATING PARTNERSHIP | American Signature, Inc. | Real property lease at Store #112 in Charlotte, NC | $51,605.98 |
| 52. | UTICA PARK PLACE OWNER LLC | American Signature, Inc. | Real property lease at Store #113 in Utica, MI | $82,004.16 |
| 53. | PARK ASSOCIATES | American Signature, Inc. | Real property lease at Store #116 in Pittsburgh, PA | $77,562.61 |
| 54. | SIR BARTON PLACE LLC | American Signature, Inc. | Real property lease at Store #121 in Lexington, KY | $52,811.88 |

| | Lease Counterparty | Lease Party | Lease Title | Cure Amount |
|---|---|---|---|---|
| 55. | JLP PLAINFIELD LLC-#122 | American Signature, Inc. | Real property lease at Store #122 in Plainfield, IN | $103,863.98 |
| 56. | B & G PROPERTIES LTD PARTNSHP | American Signature, Inc. | Real property lease at Store #123 in North Olmsted, OH | $76,641.67 |
| 57. | JLP FLORENCE KY LLC | American Signature, Inc. | Real property lease at Store #125 in Florence, KY | $57,512.75 |
| 58. | JUBILEE-HARVARD PARK EQUITY | American Signature, Inc. | Real property lease at Store #126 in Warrensville Heights, OH | $166,480.51 |
| 59. | NNN REIT INC | American Signature, Inc. | Real property lease at Store #130 in Nottingham, MD | $0.00 |
| 60. | REALTY INCOME CORPORATION | American Signature, Inc. | Real property lease at Store #131 in Joliet, IL | $46,164.26 |
| 61. | KIMCO OF PENNSYLVANIA TRUST | American Signature, Inc. | Real property lease at Store #132 in Harrisburg, PA | $65,816.30 |
| 62. | RCC CHESAPEAKE CENTER LLC | American Signature, Inc. | Real property lease at Store #144 in Chesapeake, VA | $66,622.66 |
| 63. | US BANK NA AS TRUSTEE | American Signature, Inc. | Real property lease at Store #151 in Frederick, MD | $75,757.36 |
| 64. | JLP RICMOND LLC | American Signature, Inc. | Real property lease at Store #156 in Midlothian, VA | $32,835.75 |
| 65. | SSC SANDHILL COLUMBIA LLC | American Signature, Inc. | Real property lease at Store #158 in Columbia, SC | $15,885.18 |
| 66. | SPG ASI POLARIS LLC | American Signature, Inc. | Real property lease at Store #159 in Columbus, OH | $48,437.50 |
| 67. | MARK O'TOOLE | American Signature, Inc. | Real property lease at Store #160 in Chicago, IL | $0.00 |
| 68. | KRG TOWN AND COUNTRY MANCHESTR | American Signature, Inc. | Real property lease at Store #162 in Ballwin, MO | $54,189.13 |
| 69. | EASTON MARKET SC LLC | American Signature, Inc. | Real property lease at Store #165 in Columbus, OH | $74,363.68 |
| 70. | SCHAUMBURG ASSOCIATES LLC | American Signature, Inc. | Real property lease at Store #166 in Schaumburg, IL | $72,283.24 |
| 71. | THE NIKI GROUP LLC-NWCR1 | American Signature, Inc. | Real property lease at Store #167 in St. Ann, MO | $69,410.98 |
| 72. | FEDERAL REALTY INVSTMENT TRUST | American Signature, Inc. | Real property lease at Store #168 in Downers Grove, IL | $82,251.91 |
| 73. | SHELBYVILLE #169 | American Signature, Inc. | Real property lease at Store #169 in Louisville, KY | $54,279.60 |
| 74. | SR Columbia SC LLC | American Signature, Inc. | Real property lease at Store #170 in Columbia, SC | $58,487.25 |
| 75. | SCF RC FUNDING IV LLC | American Signature, Inc. | Real property lease at Store #178 in Westland, MI | $0.00 |
| 76. | DIAJEFF LLC C/O KIN PROPERTIES | American Signature, Inc. | Real property lease at Store #183 in Saginaw, MI | $24,432.69 |
| 77. | ALISUE LLC C/O KIN PROPERTIES | American Signature, Inc. | Real property lease at Store #183 in Saginaw, MI | $6,926.95 |
| 78. | JUBILEE-CRANBERRY EQUITY LLC | American Signature, Inc. | Real property lease at Store #184 in Cranberry Twp, PA | $30,022.28 |
| 79. | HILL MANAGEMENT SERVICES INC | American Signature, Inc. | Real property lease at Store #185 in Bel Air, MD | $44,549.91 |
| 80. | THALHIMER | American Signature, Inc. | Real property lease at Store #186 in Fredericksburg, VA | $50,132.00 |
| 81. | CANTON CORNERS FORD ROAD LLC | American Signature, Inc. | Real property lease at Store #188 in Canton, MI | $52,633.35 |
| 82. | JUBILEE COOLSPRINGS LLC | American Signature, Inc. | Real property lease at Store #400 in Franklin, TN | $65,000.34 |

| | Lease Counterparty | Lease Party | Lease Title | Cure Amount |
|---|---|---|---|---|
| 83. | JLP MADISON LLC | American Signature, Inc. | Real property lease at Store #401 in Madison, TN | $51,331.33 |
| 84. | JLPK-DALE MABRY LLC | American Signature, Inc. | Real property lease at Store #406 in Tampa, FL | $7,060.09 |
| 85. | WEST TOWN CORNERS | American Signature, Inc. | Real property lease at Store #407 in Altamonte Springs, FL | $157,608.39 |
| 86. | TROPICAIRE DEVELOPMENT INC | American Signature, Inc. | Real property lease at Store #412 in Miami, FL | $48,110.34 |
| 87. | MARKET SQUARE OWNER LLC | American Signature, Inc. | Real property lease at Store #415 in Fort Myers, FL | $88,963.67 |
| 88. | BRIXMOR OPERATING PARTNERSHIP | American Signature, Inc. | Real property lease at Store #416 in Jacksonville, FL | $53,561.84 |
| 89. | WALDEN/DICK/WR-I FLA | American Signature, Inc. | Real property lease at Store #424 in University Park, FL | $159,758.60 |
| 90. | MARCY D CELLENTANI-CAMARCO | American Signature, Inc. | Real property lease at Store #442 in Iselin, NJ | $103.98 |
| 91. | GOVERNORS SQUARE #445 | American Signature, Inc. | Real property lease at Store #445 in Clarksville, TN | $50,968.00 |
| 92. | SR Murfreesboro TN LLC | American Signature, Inc. | Real property lease at Store #446 in Murfreesboro, TN | $67,993.46 |
| 93. | KIMCO REALTY OP LLC | American Signature, Inc. | Real property lease at Store #447 in Jacksonville, FL | $50,778.10 |
| 94. | MLRP ARMY TRAIL TRADE CENTER | American Signature, Inc. | Real property lease at Store #830 in Glendale Heights, IL | $12,304.60 |
| 95. | FRANKLIN SQUARE DRIVE LLC | American Signature, Inc. | Real property lease at Store #835 in Nottingham, MD | $72,852.19 |
| 96. | 3080 & 3232 ALUM CREEK DR LLC | American Signature, Inc. | Real property lease at Store #ALUM in Columbus, OH | $270,648.00 |
| 97. | SCHOTTENSTEIN REALTY LLC | American Signature, Inc. | Real property lease at Store #Corporate in Columbus, OH | $303,942.54 |
| 98. | EXETER CORE INDUSTRIAL CLUB | American Signature, Inc. | Real property lease at Store #VA WHSE in Ruther Glen, VA | $147,490.71 |
| 99. | R207 LLC | American Signature, Inc. | Real property lease at Store #VA WHSE in Ruther Glen, VA | $1,072.00 |
| | | **Total** | | **$5,632,697.05** |

**Potential Assigned Contracts**

|  | Contract Counterparty | Contract Party | Contract Title | Cure Amount |
|---|---|---|---|---|
| 1. | AHM FURNITURE SERVICE | American Signature, Inc. | Professional Services Contract | $16,637.50 |
| 2. | AIR FORCE ONE INC | American Signature, Inc. | HVAC Services Contract | $7,896.42 |
| 3. | AMERICAN EXPRESS INC | American Signature, Inc. | Credit Card Acceptance Contract | $0.00 |
| 4. | ATS INC | American Signature, Inc. | Imports Contract | $52,044.33 |
| 5. | BCS GROUP LLC | American Signature, Inc. | Migration Contract | $34,980.79 |
| 6. | BOOMI LP (BAYSHORE HOLDINGS 2021 LP) | American Signature, Inc. | Integration Platform Contract | $0.00 |
| 7. | BOWMAN SALES & EQUIPMENT INC | American Signature, Inc. | Liability Release and Indemnity Contract | $15,085.48 |
| 8. | BREAKTHROUGH T1D-SOUTHER AND | American Signature, Inc. | Customer Engagement Contract | $196,800.00 |
| 9. | Brink's Inc (Brink's Inc (Brink's Inc (Brink's Inc))) | American Signature, Inc. | Cash Management and Logistics Services Contract | $0.00 |
| 10. | BUCKEYE POWER SALES CO INC | American Signature, Inc. | Generator and Planned Maintenance Contract | $815.10 |
| 11. | BUNGII LLC | American Signature, Inc. | Home Delivery Services Contract | $20,930.49 |
| 12. | CANONICAL GROUP LIMITED | American Signature, Inc. | Software Products Contract | $0.00 |
| 13. | CANTEEN VENDING (CANTEEN VENDING (COMPASS GROUP USA INC)) | American Signature, Inc. | Vending Contract | $3,041.82 |
| 14. | CASTERA TRANSPORTATION | American Signature, Inc. | Home Delivery Service Contract | $527,031.26 |
| 15. | CFP FIRE PROTECTION INC | American Signature, Inc. | Inspection and Service of Fire Protection Equipment Contract | $104,326.33 |
| 16. | CINTAS CORPORATION - FIRST AID SERVICES | American Signature, Inc. | First Aid Services Contract | $358.10 |
| 17. | CLEO COMMUNICATIONS US LLC | American Signature, Inc. | IT Software Contract | $0.00 |
| 18. | COUPA SOFTWARE INC | American Signature, Inc. | Software Platform for Business Spend Management Contract | $0.00 |
| 19. | DATAFIT (IPCS MANAGEMENT COMPANY LLC) | American Signature, Inc. | IPCS Holdings LLC and PCA Contract | $28,885.00 |
| 20. | Datascan LP (Datascan LP (Contract Datascan LP)) | American Signature, Inc. | Inventory Services (equipment, software-SaaS and hardware) Contract | $0.00 |
| 21. | DELILLE OXYGEN CO. INC | American Signature, Inc. | Equipment Leasing Contract | $1,342.64 |
| 22. | DispatchTrack | American Signature, Inc. | Route Management Contract | $0.00 |
| 23. | Dolly | American Signature, Inc. | Home Delivery Service Contract | $0.00 |
| 24. | DOLLY (TASKRABBIT INC) | American Signature, Inc. | Home Delivery Service Contract | $34,505.00 |

| | Contract Counterparty | Contract Party | Contract Title | Cure Amount |
|---|---|---|---|---|
| 25. | Ekata Inc | American Signature, Inc. | Pro Web Identity Contract | $0.00 |
| 26. | ENERVISE INCORPORATED | American Signature, Inc. | HVAC Services Contract | $40,008.33 |
| 27. | EVANS DELIVERY CO INC | American Signature, Inc. | Drayage Services Contract | $372,428.66 |
| 28. | EVEREST TECHNOLOGIES INC | American Signature, Inc. | IT Services Contract | $2,135,777.11 |
| 29. | FEDERAL EXPRESS CORP. | American Signature, Inc. | Transportation Services Contract | $24,799.21 |
| 30. | First Choice (Sewickley,PA) (First Choice (Sewickley,PA) (DAIOHS USA INC (37752))) | American Signature, Inc. | Beverage and Equipment Contract | $2,729.99 |
| 31. | FURNITURE CARE PROTECTION INC | American Signature, Inc. | Warranty Program Contract | $773,492.23 |
| 32. | GENERAL DATA COMPANY INC | American Signature, Inc. | Equipment Maintenance and Supplies Contract | $14,492.47 |
| 33. | GENESYS CLOUD SERVICES, INC | American Signature, Inc. | Call Center Technology Contract | $9,084.15 |
| 34. | Guardian Alarm Company (Guardian Alarm Company (GA Cayman Holdco LLC)) | American Signature, Inc. | Security Equipment Contract | $7,512.53 |
| 35. | GuidePoint Security (GuidePoint Security (GuidePoint Security LLC)) | American Signature, Inc. | SaaS Software Contract | $50,068.08 |
| 36. | HOGAN TRUCK LEASING INC | American Signature, Inc. | Tractor-Trailer Services Contract | $293,981.96 |
| 37. | HUNTINGTON NATIONAL BANK (THE HUNTINGTON NATIONAL BANK) | American Signature, Inc. | Treasury Management Services Contract | $46,830.51 |
| 38. | INFOCENTER.IO CORPORATION | American Signature, Inc. | Risk Exposure Management Application Contract | $52,596.72 |
| 39. | INTEGRITY TRADE SERVICES | American Signature, Inc. | Temporary Staffing Contract | $23,122.91 |
| 40. | INTERLOCK SOURCING (INTERLOCK SOURCING (LOCKE CONSOLIDATION LLC)) | American Signature, Inc. | Invoice Auditing and Analylsis Contract | $2,060.00 |
| 41. | IRON MOUNTAIN INCORPORATED | American Signature, Inc. | Records Management/Shredding Contract | $369,045.15 |
| 42. | JB HUNT TRANSPORT INC | American Signature, Inc. | Carriage Contract | $521,047.07 |
| 43. | JMJ Talent (JMJ Talent (ARA INC)) | American Signature, Inc. | Temporary Staffing Contract | $0.00 |
| 44. | Johnson Controls (Johnson Controls (Johnson Controls US Holdings)) | American Signature, Inc. | Security Equipment Contract | $10,257.70 |
| 45. | KONICA MINOLTA BUSINESS | American Signature, Inc. | Equipment Rental Contract | $132,601.99 |
| 46. | Kyndryl, Inc | American Signature, Inc. | Internet Services Contract | $994,451.61 |
| 47. | LECTRA USA INC | American Signature, Inc. | KRO Software Contract | $0.00 |
| 48. | LinkedIn Corporation | American Signature, Inc. | Social Media Service Contract | $0.00 |

| | Contract Counterparty | Contract Party | Contract Title | Cure Amount |
|---|---|---|---|---|
| 49. | Manhattan Associates | American Signature, Inc. | IT Services Contract | $1,611,324.25 |
| 50. | MAPSYS SYSTEMS & SOLUTIONS INC | American Signature, Inc. | IT Services Contract | $226,595.62 |
| 51. | Masergy Cloud Communications | American Signature, Inc. | Network, Telephone, Internet Contract | $0.00 |
| 52. | MICROSTRATEGY SERVICES CORP | American Signature, Inc. | Reporting Software Contract | $0.00 |
| 53. | Mid East Sprinkler (Mid East Sprinkler (WILLIAM L GRIFFITH)) | American Signature, Inc. | Sprinkler Maintenance Contract | $13,015.00 |
| 54. | Midwest Elevator (Midwest Elevator Company, Inc) | American Signature, Inc. | Equipment Maintenance Contract | $1,873.75 |
| 55. | MINUTEMEN HR MANAGEMENTSERVICES LLC (MINUTEMEN HR MANAGEMENTSERVICES LLC ) | American Signature, Inc. | Temporary Staffing Contract | $48,799.88 |
| 56. | MINUTEMEN-WORKERS COMP CLMS ACCT (WORKERS COMP CLAIMS ACCOUNT) | American Signature, Inc. | Temporary Staffing Contract | $21,578.56 |
| 57. | NAS Recruitment Innovations | American Signature, Inc. | Temporary Staffing Contract | $21,000.00 |
| 58. | NAVEX GLOBAL INC | American Signature, Inc. | Alert Line Contract | $0.00 |
| 59. | Nest (Nest (JOHN TYLER ENTERPRISES)) | American Signature, Inc. | Facilities Contract | $744,427.53 |
| 60. | NEW GENERATION SOFTWARE INC | American Signature, Inc. | AS400 Software Products Contract | $0.00 |
| 61. | OFFICE DEPOT INC | American Signature, Inc. | Office Supplies Contract | $12,481.64 |
| 62. | OFFICE4HIRE LLC | American Signature, Inc. | Web-Based Lease & Contract Administration Contract | $0.00 |
| 63. | ONIX NETWORKING CORPORATION | American Signature, Inc. | IT Software Contract | $3,879.91 |
| 64. | Open Text Inc | American Signature, Inc. | Software License Contract | $0.00 |
| 65. | OPTIMINE SOFTWARE INC | American Signature, Inc. | Analytics and Optimization Software Contract | $200,831.25 |
| 66. | ORKIN LLC | American Signature, Inc. | Pest Management Contract | $50,961.64 |
| 67. | Otis Elevator Company | American Signature, Inc. | Equipment Maintenance Contract | $11,148.55 |
| 68. | PENSKE TRUCK LEASING CO. INC | American Signature, Inc. | Truck Leasing Contract | $350,372.83 |
| 69. | People Driven Technology, Inc. | American Signature, Inc. | Software Products Contract | $800.00 |
| 70. | PEOPLEREADY INC | American Signature, Inc. | Temporary Staffing Contract | $16,098.00 |
| 71. | PLURIS VALUATION ADVISORS LLC | American Signature, Inc. | ARS Valuations Contract | $0.00 |
| 72. | PNC Bank | American Signature, Inc. | Treasury Management Services Contract | $0.00 |
| 73. | PNC Bank Commercial Services | American Signature, Inc. | Finance Contract | $0.00 |

| | Contract Counterparty | Contract Party | Contract Title | Cure Amount |
|---|---|---|---|---|
| 74. | PNC Bank National Assoc-LETTERS OF CREDIT (PNC Bank National Assoc-LETTERS OF CREDIT (PNC Bank National Assoc)) | American Signature, Inc. | Treasury Management Services Contract | $55,827.96 |
| 75. | Progress Software Corporation | American Signature, Inc. | Software Products Contract | $16,200.00 |
| 76. | PUREVIDA WATR TECHNOLOGIES LLC | American Signature, Inc. | Beverage / Bottle Water Contract | $1,063.36 |
| 77. | QUADIENT FINANCE USA (POSTAGE) (QUADIENT FINANCE USA Inc) | American Signature, Inc. | Equipment Leasing Contract | $3,046.79 |
| 78. | Quadient Leasing USA (Quadient Leasing USA Inc) | American Signature, Inc. | Equipment Leasing Contract | $0.00 |
| 79. | RAPID RESPONSE INC | American Signature, Inc. | Home Delivery Service Contract | $1,249,182.09 |
| 80. | RAPISCAN SYSTEMS INC | American Signature, Inc. | Equipment Leasing Contract | $0.00 |
| 81. | RAYMOND LEASING CORPORATION | American Signature, Inc. | Equipment Leasing Contract | $0.00 |
| 82. | Retail Zipline (Retail Zipline, Inc.) | American Signature, Inc. | Retail Communication Software Contract | $21,600.00 |
| 83. | S&P Companies (S&P Companies, LLC) | American Signature, Inc. | Snow Plowing and Lawn Mowing Contract | $3,300.00 |
| 84. | SADA SYSTEMS INC | American Signature, Inc. | Application Programming Interface Contract | $0.00 |
| 85. | SCAFFOLDING INCORPORATED | American Signature, Inc. | Construction Contract | $0.00 |
| 86. | Scarsdale Security Systems Inc | American Signature, Inc. | Security Equipment Contract | $3,677.29 |
| 87. | SCHINDLER ELEVATOR CORP | American Signature, Inc. | Equipment Maintenance Contract | $2,604.14 |
| 88. | SCHNEIDER TRANSPORTATION MANAGEMENT (SCHNEIDER NATIONAL CARRIERS, INC.) | American Signature, Inc. | Carriage Contract | $58,275.34 |
| 89. | SECURITAS SECURITY SERVICES | American Signature, Inc. | Security Guard Staffing Contract | $175,600.26 |
| 90. | SECURITAS TECHNOLOGY CORPORATION | American Signature, Inc. | Security Equipment Contract | $107,543.25 |
| 91. | SERVICE EXPRESS INC | American Signature, Inc. | IT Equipment Contract | $0.00 |
| 92. | SHI INTERNATIONAL CORP | American Signature, Inc. | IT Equipment and Services Contract | $290,340.69 |
| 93. | SHRED-IT US HOLDCO INC | American Signature, Inc. | Records Management / Shredding Contract | $877.50 |
| 94. | SNYCHRONY BANK (SYNCHRONY BANK) | American Signature, Inc. | Finance Contract | $0.00 |
| 95. | Sonitrol Great Lakes - IL (Sonitrol Great Lakes - IL (LOSS PREVENTION ASSOCIATES INC)) | American Signature, Inc. | Security Equipment Contract | $0.00 |
| 96. | STERLING STAFFING SERVICES INC | American Signature, Inc. | Temporary Staffing Contract | $4,016.25 |
| 97. | SVS (SVS (COMDATA INC)) | American Signature, Inc. | Gift Card Services Contract | $0.00 |
| 98. | Tenerum | American Signature, Inc. | Credit Card Equipment Contract | $0.00 |

| | Contract Counterparty | Contract Party | Contract Title | Cure Amount |
|---|---|---|---|---|
| 99. | TENERUM (VALSOFT AMERICAN INC) | American Signature, Inc. | Credit Card Equipment Contract | $42,880.71 |
| 100. | Trintech Inc | American Signature, Inc. | Temporary Staffing Contract | $8,838.31 |
| 101. | UKG KRONOS SYSTEMS LLC | American Signature, Inc. | Workforce Management Software Contract | $4,688.27 |
| 102. | US TRANSPORT CORPORATION | American Signature, Inc. | Home Delivery Service Contract | $2,385,442.78 |
| 103. | VECTOR SECURITY INC | American Signature, Inc. | Security Equipment Contract | $1,913.23 |
| 104. | VERIZON BUSINESS | American Signature, Inc. | Corporate Equipment Purchasing Contract | $0.00 |
| 105. | VERIZON WIRELESS | American Signature, Inc. | Corporate Equipment Purchasing Contract | $0.00 |
| 106. | Waste Harmonics (Waste Harmonics (WH ACQUISITION LLC)) | American Signature, Inc. | Facilities Contract | $664,217.59 |
| 107. | YS LAI & CO | American Signature, Inc. | Consulting Services Contract | $3,233.00 |
| | | | **Total** | **$15,360,625.86** |