IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AMERICAN SIGNATURE, INC., *et al.*,[1] | ) ) ) | Case No. 25-12105 (JKS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF FILING OF CORRECTED EXHIBIT TO DEBTORS' APPLICATION FOR ENTRY OF AN ORDER (A) AUTHORIZING THE DEBTORS TO EMPLOY AND RETAIN A&G REALTY PARTNERS, LLC AS REAL ESTATE CONSULTANT AND ADVISOR FOR THE DEBTORS EFFECTIVE AS OF THE PETITION DATE AND (B) WAIVING CERTAIN REPORTING REQUIREMENTS**

**PLEASE TAKE NOTICE** that on December 17, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Application for Entry of an Order (A) Authorizing the Debtors to Employ and Retain A&G Realty Partners, LLC as Real Estate Consultant and Advisor for the Debtors Effective as of the Petition Date and (B) Waiving Certain Reporting Requirements* (the "Application")[2] [Docket No. 216].

**PLEASE TAKE FURTHER NOTICE** that the Services Agreement [Docket No. 216-3] attached as Exhibit B to the Application inadvertently omitted certain supporting schedules. Attached to this Notice as **Exhibit 1** is a copy of the Services Agreement with all supporting schedules.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

Dated:  January 2, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

<u>*/s/ Laura Davis Jones*</u>
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  302-652-4100
Facsimile:   302-652-4400
Email: ljones@pszjlaw.com
          dbertenthal@pszjlaw.com

*Proposed Counsel for the
Debtors and Debtors in Possession*