# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 25-12105 (JKS) |
| AMERICAN SIGNATURE, INC., *et al.*[1], | Chapter 11 |
| Debtors. | (Jointly Administered) |

## REQUEST FOR SERVICE OF NOTICES AND PAPERS

PLEASE TAKE NOTICE that DDRTC Heritage Pavilion, LLC (referred to herein as a "CREDITOR"), hereby respectfully requests copies of all notices and pleadings pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9007. All such notices should be addressed to the following person:

>J. David Folds
>Baker Donelson Bearman, Caldwell & Berkowitz, PC
>901 K Street, NW, Suite 900
>Washington, DC 20001
>Telephone: (202) 508-3441
>Facsimile: (202) 220-2241
>Email: dfolds@bakerdonelson.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notice of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand or courier delivery, telephone, telecopy, telegraph, telex, electronically or otherwise filed with regard to the referenced cases and proceedings therein. Further, this request includes copies

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI — Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

of any disclosure statements to be submitted prior to approval and any and all plans of reorganization.

PLEASE TAKE FURTHER NOTICE that CREDITOR intends that this Notice and any later appearance, pleading, claim or suit shall not be, and shall not be deemed to be, (i) a consent to jurisdiction of, or venue in, the U.S. Bankruptcy Court for the District of Delaware and/ or (ii) a waiver of (1) any right to have final orders in non-core matters entered only after de novo review by the United States District Judge, (2) of any right ot trial by jury in any proceeding so triable in this case of any case, controversy, or proceeding related to this case, (3) of any right to have the United States District Court withdrawal, or (4) of any other rights, claims, actions, defenses, setoff, or recoupments to which CREDITOR is, or may be entitled under agreements, in law of equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

        Respectfully submitted,

        BAKER, DONELSON, BEARMAN,
        CALDWELL & BERKOWITZ, P.C.

Date: January 2, 2026        By: */s/ J. David Folds*
        J. David Folds (D.C. Bar No. 449791)
        dfolds@bakerdonelson.com
        901 K Street NW – Suite 900
        Washington, DC 20001
        Telephone:  (202) 508-3441
        Facsimile:  (202) 508.3402

***Counsel for DDRTC Heritage Pavilion, LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of January, 2026, a true and correct copy of the REQUEST FOR SERVICE OF NOTICES AND PAPERS will be served electronically by the Court's CM/ECF system upon the filing of the foregoing.

By: /s/ J. David Folds
J. David Folds (D.C. Bar No. 449791)