# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN SIGNATURE, INC., *et al.*,[1] | ) Case No. 25-12105 (JKS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Hearing Date: January 7, 2026 at 11:00 a.m. (ET)** |

## OFFICIAL COMMITTEE OF UNSECURED CREDITORS'S WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED JANUARY 7, 2026 AT 11:00 A.M. (PREVAILING EASTERN TIME)

The Official Committee of Unsecured Creditors (the "Committee") of American Signature, Inc., *et al.*, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), by and through its proposed undersigned counsel, hereby files this Witness and Exhibit List, identifying the individuals the Committee may call as witnesses and the evidence it may introduce in connection with the *Motion of the Debtors for Entry of Interim and Final Orders Under Bankruptcy Code Sections 105, 361, 362, 363, 364, 503, 506, 507, and 552, and Bankruptcy Rules 2002, 4001, 6003, 6004, and 9014 (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting (A) Liens and Providing Superpriority Administrative Expense Status and (B) Adequate Protection to Prepetition Secured Creditors, (III) Modifying Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 14] at the hearing scheduled for **January 7, 2026 at 11:00 a.m. (prevailing Eastern Time)** before

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

the Honorable J. Kate Stickles at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801 (the "Hearing").

## Witnesses

The Committee may call the following witnesses at the Hearing:

1. Rudolph Morando, Managing Director, Berkeley Research Group, LLC;

2. J. Scott Victor, Managing Director, SSG Advisors, LLC;

3. any witness called by any other party;

4. rebuttal witnesses, as necessary or as the Committee determines to be desirable; and

5. the Committee reserves the right to cross-examine any witness called by another party.

## Exhibits

The Committee designates the following exhibits that may be used at the Hearing:

| Exhibit # | Description | Docket No. |
|---|---|---|
| 1 | Declaration of Rudolph Morando in Support of the Debtors' Chapter 11 Petitions and First Day Relief | Docket No. 5 |
| 2 | Declaration of J. Scott Victor in Support of Motion of the Debtors for Entry of Interim and Final Orders Under Bankruptcy Code Sections 105, 361, 362, 363, 364, 503, 506, 507, and 552, and Bankruptcy Rules 2002, 4001, 6003, 6004, and 9014 (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting (A) Liens and Providing Superpriority Administrative Expense Status and (B) Adequate Protection to Prepetition Secured Creditors, (III) Modifying Automatic Stay, (IV) Scheduling | Docket No. 16 |
| 3 | DIP Lien Priority Annex | Docket No. 83-1 |

| Exhibit # | Description | Docket No. |
|---|---|---|
| 4 | Debtor-in-Possession Credit Agreement, by and between American Signature, Inc., as Borrower, and Second Avenue Capital Partners LLC, as Administrative and Collateral Agent | Docket No. 83-2 |
| 5 | DIP Budget | Docket No. 83-3 |
| 6 | DIP Required Milestones | Docket No. 83-4 |
| 7 | Stalking Horse Asset Purchase Agreement dated as of November 25, 2025 | Docket No. 108-3 |
| 8 | Stalking Horse Agency Agreement dated as of November 25, 2025 | Docket No. 108-3 |
|  | Any document or pleading filed in the above-captioned cases |  |
|  | Any exhibit necessary for impeachment and/or rebuttal purposes |  |
|  | Any exhibit identified or offered by any other party |  |

**Reservation of Rights**

The Committee reserves all rights, including, without limitation, the right to amend, revise, or supplement this Witness and Exhibit List and to offer additional witnesses and exhibits at the Hearing for purposes of impeachment, rebuttal, or in response to witnesses or evidence offered by any other party. As of the filing of this Witness and Exhibit List, no depositions have occurred. Accordingly, the Committee expressly reserves the right to further supplement this Witness and Exhibit List as necessary in light of these developments.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: January 5, 2026<br>Wilmington, Delaware | **COLE SCHOTZ P.C.**<br><br>*/s/ Justin R. Alberto*<br>Justin R. Alberto (No. 5126)<br>Stacy L. Newman (No. 5044)<br>Carol E. Thompson (No. 6936)<br>500 Delaware Avenue, Suite 600<br>Wilmington, DE 19801<br>Tel: (302) 652-3131<br>Fax: (302) 652-3117<br>Email: jalberto@coleschotz.com<br>snewman@coleschotz.com<br>cthompson@coleschotz.com<br><br>-and-<br><br>Seth Van Aalten (admitted *pro hac vice*)<br>Sarah A. Carnes (admitted *pro hac vice*)<br>Michael A. Solimani (admitted *pro hac vice*)<br>1325 Avenue of the Americas, 19th Floor<br>New York, NY 10019<br>Tel: (212) 752-8000<br>Fax: (212) 752-8393<br>Email: svanalten@coleschotz.com<br>scarnes@coleschotz.com<br>msolimani@coleschotz.com<br><br>-and-<br><br>**KELLEY DRYE & WARREN LLP**<br><br>Eric R. Wilson (admitted *pro hac vice*)<br>Jason R. Adams (admitted *pro hac vice*)<br>Maeghan J. McLoughlin (admitted *pro hac vice*)<br>3 World Trade Center<br>175 Greenwich Street<br>New York, New York 10007<br>Tel: (212) 808-7800<br>Fax: (212) 808-7897<br>Email: ewilson@kelleydrye.com<br>jadams@kelleydrye.com<br>mmcloughlin@kelleydrye.com<br><br>*Proposed Counsel to the Official Committee of Unsecured Creditors* |