# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AMERICAN SIGNATURE, INC., *et al.*,[1] | ) ) ) | Case No. 25-12105 (JKS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

## DEBTORS' WITNESS AND EXHIBIT LIST FOR
## HEARING ON JANUARY 7, 2026 AT 11:00 A.M. EASTERN TIME

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby submit this witness and exhibit list in connection with the hearing scheduled for **January 7, 2026 at 11:00 a.m. (prevailing Eastern Time)** before the Honorable J. Kate Stickles at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801 (the "Hearing").

## **WITNESSES**

The Debtors designate the following persons as witnesses in connection with the Hearing:

(1)  Rudolph Morando, Co-Chief Restructuring Officer – The witness is expected to testify about the Debtors' business judgment supporting the DIP financing, proposed consulting agreement, and GOB store closing motion.

As of the filing of this witness and exhibit list, no other party has identified witnesses for the Hearing. To the extent that any party designates witnesses, the Debtors reserve the right to cross-designate all witnesses so designated and reserve the right to call any necessary rebuttal or impeachment witnesses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

**EXHIBITS**

The Debtors designate the following exhibits that may be used at the Hearing:

| Exhibit No. | Document Description | Docket No. |
|---|---|---|
| 1. | Declaration of Rudolph Morando in Support of the Debtors' Chapter 11 Petitions and First Day Relief | 5 |
| 2. | Debtor-in-Possession Credit Agreement | 83-2 |
| 3. | Consulting Agreement dated as of September 19, 2025 | 18-1 |

The Debtors reserve the right to object to the entry into evidence of any exhibit, including those listed above. The Debtors reserve the right to use any exhibit listed by any other party. The Debtors also reserve the right to amend, shorten, or supplement this witness and exhibit list prior to the Hearing.

Dated: January 5, 2026                             **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware  19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@pszjlaw.com
            dbertenthal@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*