**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN SIGNATURE, INC., *et al.*, | Case No.  25-12105 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Ref. No. 122** |

**CERTIFICATION OF COUNSEL**

I, John R. Weaver Jr., counsel to SBV Holland LLC ("<u>SBV</u>") hereby certify as follows to the best of my knowledge, information, and belief:

1.   On July 13, 2023, SBV filed its Motion to Lift the Automatic Stay Pursuant to Bankruptcy Code Section 362(d) to permit SBV to proceed against and collect on a letter of credit [D.I. 122] (the "<u>Motion</u>").

2.   The Debtors and SBV engaged in good faith negotiations and resolved the Motion and SBV has prepared the order attached hereto as Exhibit "A" to memorialize the consensual resolution (the "<u>Order</u>").

3.   The Order shall be uploaded contemporaneously herewith to CM/ECF in accordance with the Court's electronic order processing procedures.

4.   No other responses or objections have been received with respect to the Motion.

5.   Accordingly, SBV respectfully requests that the Court enter the Order at its earliest convenience.

4933-2043-1494, v. 1

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 6, 2026

<div style="margin-left: 50%;">

**JOHN R. WEAVER, JR., P.A.**
**Attorney at Law**
*By: /s/ John R. Weaver, Jr.*
John R. Weaver, Jr.
2409 Lanside Drive
Wilmington, Delaware, 19801
(302) 655-7371 (direct)
jrweaverlaw@verizon.net

-and-

Joseph H. Lemkin, Esquire
**STARK & STARK, P.C.**
A Professional Corporation
100 American Metro Blvd
Hamilton, NJ 08619
(609) 896-9060 (main)
(609) 895-7395 (facsimile)
jlemkin@stark-stark.com
Attorneys for SBV Holland LLC

</div>

4933-2043-1494, v. 1

# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>AMERICAN SIGNATURE, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-12105 (JKS)<br><br>(Jointly Administered) |

**CONSENT ORDER GRANTING SBV HOLLAND LLC**
**RELIEF FROM AUTOMATIC STAY**

**THIS MATTER** having been opened to the Court on the Motion of SBV Holland LLC., by and through its attorney, John R. Weaver, Jr., Esquire, and Stark & Stark, P.C. under Bankruptcy Code 11 *U.S.C.* §362(d) for an Order Granting Relief from the Automatic Stay (the "Motion"), and the Debtor having consented to the relief set forth herein; and

**THE COURT** having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; this being a core proceeding pursuant to 28 U.S.C. § 157(b); venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and

**IT APPEARING** that due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and no objections to the Motion have been filed; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest, and that the legal

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.Case 25-12105-JKS    Doc 105    Filed 11/26/25    Page 1 of 4

and factual bases set forth in the Motion establish just cause for the relief granted herein; upon consent of the Debtors, and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED**, that the Motion is granted on a consensual basis as set forth below; and it is further

**ORDERED,** that notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice; and it is further

**ORDERED,** that pursuant to 11 *U.S.C.* §§362(d)(1), Movant is granted Relief from the Automatic Stay of 11 *U.S.C.* §362, so that it may proceed to draw on, present and receive proceeds from the letter of credit referenced in the motion based upon defaults for pre-petition rent obligations due by debtor, in accordance with the terms of the Lease, including  obligations for **2025** pre-petition tax obligations, which are due on January 31, 2026 if such tax obligations are not paid by the Debtor by or before January 31, 2026; and it is further

**ORDERED**, that Movant is authorized to exercise its rights and remedies with respect to the Letter of Credit regarding pre-petition rent and pre-petition taxes as set forth above, including presentment and payment, without further order of the Court; and it is further

**ORDERED,** nothing herein shall be deemed: (a) an adjudication of the amount of Movant's claims against the Debtors; (b) a waiver of any rights, defenses, or objections of the Debtor with respect to such claim; or (c) an allowance of any claim under section 502 of the Bankruptcy Code.

4917-3013-4918, v. 1

**ORDERED**, that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order; and it is further

**ORDERED,** that the 14-day stay imposed by FRBP 4001(a)(3) is hereby waived and this Order becomes effective immediately.

4917-3013-4918, v. 1