**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN SIGNATURE, INC., *et al.*,[1] | ) | Case No. 25-12105 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AMENDED SCHEDULES OF ASSETS AND LIABILITIES**
**FOR AMERICAN SIGNATURE, INC. CASE NO. 25-12105**

AMENDED HEREIN:
- Schedule A/B: Assets - Real and Personal Property
  - Part 3, questions 11a and 11b
  - Part 4, questions 21 and 22
  - Part 9, question 55
  - Part 10, question 69
  - Part 11, questions 73 and 79

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162).  The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43219.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN SIGNATURE, INC., *et al.*,[1] | ) | Case No. 25-12105 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

American Signature, Inc. and its affiliated debtors and debtors in possession (each, a "**Debtor**" and collectively, the "**Debtors**") are filing their respective Schedules of Assets and Liabilities (each, a "**Schedule**," and collectively, the "**Schedules**") and Statements of Financial Affairs (each, a "**Statement**" and collectively, the "**Statements**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These *Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") pertain to, and are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The Global Notes are in addition to the specific notes set forth below with respect to the Schedules and Statements (the "**Specific Notes**," and, together with the Global Notes, the "**Notes**"). These Notes should be referred to, and referenced in connection with, any review of the Schedules and Statements.

The Schedules and Statements are unaudited and subject to potential adjustment. In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. The Debtors have made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances; however, subsequent information or discovery may result in material changes to the Schedules and Statements and errors or omissions may exist.

The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including the right to dispute or otherwise assert offsets or defenses to any claim reflected on the Schedules and Statements as to amount, liability, classification, identity of Debtor, or to otherwise subsequently

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162).  The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

designate any claim as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases, including any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or recharacterization of contracts and leases, assumption or rejection of contracts and leases under the provisions of chapter 3 of the Bankruptcy Code, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, or any other relevant applicable laws to recover assets or avoid transfers.

## A.  Global Notes and Overview of Methodology

**The Schedules, Statements, and Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors or their affiliates.**

1.      **Description of the Chapter 11 Cases**. On November 22, 2025 (the "**Petition Date**"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code.  On November 25, 2025, the Bankruptcy Court entered an order authorizing the joint administration of the chapter 11 cases pursuant to Bankruptcy Rule 1015(b) [Docket No. 72]. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements.

2.      **Basis of Presentation**. In the ordinary course of business, the Debtors prepare consolidated financial statements for financial reporting purposes on a monthly basis. The Schedules and Statements are unaudited and are the result of the Debtors' reasonable efforts to report certain financial information of each Debtor on an unconsolidated basis. The Schedules and Statements neither purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor.  The Debtors used reasonable efforts to attribute the assets and liabilities, certain required financial information, and various cash disbursements to each particular Debtor entity. Because the Debtors' accounting systems, policies, and practices were developed for consolidated reporting purposes rather than for reporting by legal entity, however, it is possible that not all assets and liabilities have been recorded with the correct legal entity on the Schedules and Statements.

3.      **Reporting Date**. Unless otherwise noted in specific responses, the Schedules and Statements reflect the Debtors' books and records as of the close of business on November 22, 2025, or the latest available record date before then.

4.      **Current Values**. The assets and liabilities of each Debtor are listed on the basis of the book value of the asset or liability in the respective Debtor's accounting books and records. Unless otherwise noted, the carrying value on each of the Debtor's books, rather than the current market value, is reflected in the Schedules and Statements.

5.      **Confidentiality**. There may be instances when personal information was not included or was redacted due to the nature of an agreement between a Debtor and a third party or

concerns or to protect the privacy of an individual. Pursuant to the *Interim Order (I) Authorizing the Debtors to (A) File A Consolidated List of the Debtors' Creditors, and (B) Redact Commercially Sensitive or Personally Identifiable Information; (II) Approving the Notice of Commencement and Service Thereof; and (III) Granting Related Relief* [Docket No. 90], the Debtors are authorized to redact personally identifiable information from their Schedules and Statements.

6.     **Accuracy**. The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared.

7.     **Undetermined Amounts**. Claim amounts that could not readily be quantified by the Debtors are scheduled as "undetermined," "unknown," or "N/A." The description of an amount as "undetermined," "unknown," or "N/A" is not intended to reflect upon the materiality of the amount.

8.     **Liabilities**.  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.  Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

9.     **Insiders.**  For purposes of the Schedules and Statements, the Debtors define "insiders" pursuant to section 101(31) of the Bankruptcy Code as:  (a) directors; (b) officers; (c) persons in control of the Debtors; (d) relatives of the Debtors' directors, officers, or persons in control of the Debtors; and (e) debtor/non-Debtor affiliates of the foregoing.  Persons listed as "insiders" have been included for informational purposes only and by including them in the Schedules, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code.  Moreover, the Debtors do not take any position with respect to: (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose. The listing of a party as an "insider" is not intended to be nor should be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, Claim, right, or defense, and all such rights, Claims, and defenses are hereby expressly reserved.

10.     **Totals**. All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "unknown" or "undetermined." If there are unknown or undetermined amounts, the actual totals may be materially different from the listed totals.

11.     **Currency**. All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated.

12. **Payment of Prepetition Claims Pursuant to First Day Orders**. The Debtors have requested authority to pay certain outstanding prepetition claims pursuant to orders entered by this court after the initial hearing in these cases (collectively, the "**First Day Orders**"). The Schedules and Statements reflect the Debtors' outstanding liabilities in their amounts owed as of the Petition Date without reducing liabilities on account of any payments authorized under the First Day Orders. If liabilities on account of prepetition wages and benefits have been satisfied in full, they are not listed on the Schedules and Statements unless otherwise noted.

13. **Other Paid Claims**. If the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Schedules and Statements, and shall be enforceable by all parties.

14. **Setoffs**. The Debtors routinely incurred certain setoffs from customers and suppliers in the ordinary course of business. Setoffs in the ordinary course can result from various items including pricing discrepancies, customer programs, returns, and other disputes between the Debtors and their customers or suppliers. In the ordinary course of business, the Debtors would setoff invoices with credit memos. These routine setoffs were consistent with the ordinary course of business in the Debtors' industry, and, therefore, were particularly voluminous, unduly burdensome, and costly for the Debtors to regularly document. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not always independently accounted for, and may be excluded from the Schedules and Statements.

15. **Debtors' Reservation of Rights**. Nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of rights with respect to these chapter 11 cases, including the following:

   a. Any failure to designate a claim listed on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated." The Debtors reserve the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on the Schedules as to amount, liability, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

   b. Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtors thus reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

   c. The listing of a claim or agreement (i) on Schedule D as "secured," (ii) on Schedule E/F (Part 1) as "priority," (iii) on Schedule E/F (Part 2) as "unsecured," or (iv) on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant, the

executory nature of the agreement under section 365 of the Bankruptcy Code, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or agreement pursuant to a schedule amendment, claim objection or otherwise. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security interest has been undertaken. Except as provided in an order of the Bankruptcy Court, the Debtors reserve all rights to dispute and challenge the secured nature or amount of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.

d. In the ordinary course of their businesses, the Debtors leased equipment and other assets from certain third-party lessors for use in their daily operations. The Debtors have made commercially reasonable efforts to list any such leases in Schedule G, and any current amounts due under such leases that were outstanding as of the Petition Date are listed on Schedule E/F. Except as otherwise noted herein, the property subject to any such lease is not reflected in Schedule A/B as either owned property or an asset of the Debtors, and neither is such property or assets of third parties within the control of the Debtors Nothing in the Schedules is or shall be construed as an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to any of such issues, including the recharacterization thereof.

e. The claims of individual creditors for, among other things, goods, products, services or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances and other adjustments, including the right to assert claims objections or setoffs with respect to the same.

f. Although the Debtors have exercised their reasonable efforts to ensure the accuracy of their Schedules and Statements, they nevertheless may contain errors and omissions. The Debtors hereby reserve all of their rights to dispute the validity, status, and enforceability of any contracts, agreements, and leases identified in the Schedules and Statements, and to amend and supplement the Schedules and Statements as necessary.

g. The Debtors further reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on the Schedules and Statements, including the right to dispute and challenge the characterization or the structure of any transaction, document, and instrument related to a creditor's claim.

h. The Debtors exercised their reasonable efforts to locate and identify guarantees and other secondary liability claims (the "**Guarantees**") in their executory contracts, unexpired leases, secured financings, debt instruments, and other agreements. If such Guarantees have been identified, they are included in the

relevant Schedules and Statements. Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements may have been omitted inadvertently. Thus, the Debtors reserve their rights to amend and supplement the Schedules and Statements if additional Guarantees are identified. In addition, the Debtors reserve the right to amend the Schedules and Statements to re-characterize and reclassify any such contract or claim.

16.     **Global Notes Control**. If the Schedules or Statements differ from any of the foregoing Global Notes, the Global Notes shall control.

### B. Specific Notes for Schedules

1.     **Schedule A/B.**

   a.   **A/B.2**. The values reported in A/B 2 are as of November 29, 2025

   b.   **A/B.3**. The values provided for in Schedule A/B, Item 3 for each account for a given Debtor reflects the ending cash balance of such account as of the Petition Date.

   c.   **A/B.7**. Deposits listed are potentially subject to offset by counterparty.

   d.   **A/B.70–77**. Despite exercising commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules. The values reported in AB 71 are as of November 22- 29, 2025. Regarding AB 73, Insurance Policies are listed in the insurance motion.

2.     **Schedule D**.  Certain of the claims listed on Schedule D, as well as the Guarantees of those claims listed on Schedule H, arose and were incurred on various dates; a determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all of these dates are included for each such claim. To the best of the Debtors' knowledge, all claims listed on Schedule D arose or were incurred before the Petition Date. The amounts in Schedule D are consistent with the Debtors' stipulations set forth in the *Motion of the Debtors for Entry of Interim and Final Orders Under Bankruptcy Code Sections 105, 361, 362, 363, 364, 503, 506, 507, and 552, and Bankruptcy Rules 2002, 4001, 6003, 6004, and 9014 (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting (A) Liens and Providing Superpriority Administrative Expense Status and (B) Adequate Protection to Prepetition Secured Creditors, (III) Modifying Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 14] (the "**DIP Motion**"), which are subject to investigation and challenge by the Official Committee of Unsecured Creditors or other parties in interest.

Except as otherwise agreed to or stated pursuant to a stipulation or order entered by the Bankruptcy Court that is or becomes final, the Debtors and their estates and, subject to the

foregoing limitations, note as follows:  (a) although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken; (b) the descriptions provided on Schedule D only are intended to be a summary; and (c) the Debtors have not included on Schedule D claims that were secured by property for which the collateral was not in the Debtors' possession as of the Petition Date.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.

Except as specifically stated herein, real property lessors, equipment lessors, utility companies, and other parties which may hold security deposits or other security interests have not been listed on Schedule D.

The Debtors have not listed on Schedule D any parties whose claims may be secured through rights of setoff, deposits, or advance payments posted by, or on behalf of, the Debtors, or judgment or statutory lien rights.

3.    **Schedule E/F**

a.    **Part 1**.

Certain of the claims listed on Schedule E/F (Part 1) arose and were incurred on multiple dates; a determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all of these multiple dates are included for each such claim.

The liabilities listed on Schedule E/F (Part 1) do not reflect any analysis of such claims under sections 503 or 507 of the Bankruptcy Code. The Debtors reserve the right to dispute or challenge whether creditors listed on Schedule E/F are entitled to priority status pursuant to sections 503 or 507 of the Bankruptcy Code.

Claims owing to various taxing authorities to which the Debtors potentially may be liable are included on the Debtors' Schedule E/F. Certain of such claims, however, may be subject to ongoing audits or the Debtors otherwise are unable to determine with certainty the amount of the remaining claims listed on Schedule E/F. Therefore, the Debtors have listed all such claims as contingent, pending final resolution of ongoing audits or other outstanding issues.

b.    **Part 2**.

The Debtors have exercised their commercially reasonable efforts to list all liabilities on Schedule E/F of each applicable Debtor. As a result of the Debtors' consolidated operations, however, the reader should review Schedule E/F for all Debtors in these cases for a complete understanding of the unsecured debts of the Debtors. Certain creditors listed on Schedule E/F may owe amounts to the Debtors, and, as such, the Debtors may have valid setoff and recoupment rights with respect to such amounts. The amounts listed on Schedule E/F may not reflect any such right of setoff or recoupment, and the Debtors reserve all rights to assert the same and to dispute and challenge any setoff or recoupment rights that may be asserted against the

Debtors by a creditor. Additionally, certain creditors may assert liens against the Debtors for amounts listed on Schedule E/F. The Debtors reserve their rights to dispute and challenge the validity, perfection, and immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule E/F of any Debtor. In addition, certain claims listed on Schedule E/F (Part 2) may be entitled to priority under section 503(b)(9) of the Bankruptcy Code.

The Debtors have included trade creditors and taxing authorities on Schedule E/F, some of whose claims may have been satisfied, in whole or in part, pursuant to the First Day Orders. Notwithstanding the foregoing, the Debtors have reflected the prepetition liabilities of such trade creditors and taxing authorities as of the Petition Date. Moreover, Schedule E/F does not include certain balances including deferred liabilities, accruals, or general reserves. The accruals primarily represent general estimates of liabilities and do not represent specific claims as of the Petition Date. The Debtors have made reasonable efforts to include as contingent, unliquidated, or disputed the claim of any party not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

To the extent practicable, Schedule E/F is intended to reflect the balance as of the Petition Date. Despite the Debtors' reasonable best efforts, to the extent an unsecured claim has been paid or may be paid, it is possible such claim is not included on Schedule E/F. Certain Debtors may pay additional claims listed on Schedule E/F during these chapter 11 cases pursuant to these and other orders of the Bankruptcy Court and the Debtors reserve all of their rights to update Schedule E/F to reflect such payments or to modify the claims register to account for the satisfaction of such claim. Additionally, Schedule E/F does not include any potential rejection damage claims of the counterparties to executory contracts and unexpired leases that may be rejected.

4.     **Schedule G**. Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases (collectively, the "**Agreements**"), review is ongoing and inadvertent errors, omissions or overinclusion may have occurred. The Debtors may have entered into various other types of Agreements in the ordinary course of their businesses, such as indemnity agreements, supplemental agreements, and amendments/letter agreements that may not be set forth in Schedule G. In addition, as described herein, certain nondisclosure agreements or other confidential information have been omitted, as well as certain short-term purchase and sales orders given their large number and transitory nature. The Agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements that may not be listed on Schedule G. Executory agreements that are oral in nature have not been included in Schedule G. Certain of the Agreements listed on Schedule G may have been entered into on behalf of more than one of the Debtors.

5.     **Schedule H**. The Debtors are party to certain prepetition secured credit agreements which were executed by multiple Debtors. The obligations of guarantors under the prepetition secured credit agreements are noted on Schedule H for each individual debtor.  Furthermore, the Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. No

claim set forth on the Schedules and Statements of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other Debtors.

## C.  Specific Notes for Statements

1.     **Statement 3**. The payments disclosed in Statement 3 are based on payments made by the Debtors with payment dates from August 24, 2025 to November 22, 2025. The actual dates that cash cleared the Debtors' bank accounts may differ based on the form of payment. The Debtors' accounts payable system does not include the corresponding payment clear dates and compiling this data would have required a time-consuming manual review of individual bank statements. It is expected, however, that many payments included in Statement 3 have payment clear dates that are the same as payment dates (*e.g.*, wires and other forms of electronic payments).

2.     **Statement 5**. On occasion, the Debtors may return goods to vendors or suppliers in the ordinary course of business.  These are listed in Schedule 5, along with all returns of goods to vendors and suppliers.

3.     **Statement 7**. The Debtors have used reasonable efforts to report all legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the Debtors were involved in any capacity within one year before the Petition Date. The Debtors reserve their rights to assert that neither the Debtors nor any affiliate of the Debtors is an appropriate party to such actions or proceedings.

4.     **Statement 10**. Amounts listed herein were for events that were reported or tracked for insurance purposes. *De minimis* losses are not separately tracked by the Debtors and were not included on Statement 10.

5.     **Statement 11**. The Debtors have used reasonable efforts to identify payments for services of any entities who provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code or preparation of a petition in bankruptcy within one year immediately before the Petition Date, which are identified in the Debtors' response to Statement 11. Additional information regarding the Debtors' retention of professional service firms is and will be more fully described in the individual retention applications for those firms and any related orders.

6.     **Statement 20.** In the year preceding filing, inventory which the Debtors took title to upon shipment was temporarily stored in various locations, ports, railyards, and other storage facilities while in transit or otherwise not in the Debtors' possession.

7.     **Statement 26(d)**. Over the past two years, the Debtors have provided their financial statements via physical and electronic mail to various parties in the ordinary course of business, including current or potential secured lenders, government entities, shareholders, customers, and other interested parties.

**Fill in this information to identify the case:**

Debtor Name: In re : American Signature, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-12105 (JKS)

☑ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:     Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**

| | | | | |
|---|---|---|---|---|
| 2.1 | Petty Cash | | $ | 115,416.09 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | Current value |
|---|---|---|---|---|---|
| 3.1 | PNC Bank | Money Market Account for Letters of Credit | 0668 | $ | 24,347,995.90 |
| 3.2 | The Huntington National Bank | AP | 7538 | $ | 320,061.60 |
| 3.3 | The Huntington National Bank | ASI Payroll | 7525 | $ | 238,652.81 |
| 3.4 | The Huntington National Bank | Concentration | 7457 | $ | 133,643.97 |
| 3.5 | The Huntington National Bank | Customer Refunds | 7486 | $ | 26.14 |
| 3.6 | The Huntington National Bank | Great Prairie GL | 7509 | $ | 0.00 |
| 3.7 | The Huntington National Bank | KKSG | 7512 | $ | 0.00 |
| 3.8 | The Huntington National Bank | Store Deposit | 7460 | $ | 1,425,827.75 |
| 3.9 | The Huntington National Bank | Sunrise | 7473 | $ | 113,699.10 |

Debtor:  American Signature, Inc.

Name

Case number *(if known)*:  25-12105

4.  **Other cash equivalents** *(Identify all)*

4.1  Investment Cash and Cash Equivalents                                $ _____ 931,217.12

5.  **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $ _____ 27,626,540.48

| Debtor: | American Signature, Inc. | Case number *(if known)*: | 25-12105 |
| | Name | | |

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1 Security/utility deposits - Various | $ | 251,139.60 |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| 8.1 Prepaid Expenses | $ | 14,900,300.79 |
|---|---|---|

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| $ | 15,151,440.39 |
|---|---|

Debtor: American Signature, Inc.

Name

Case number *(if known)*: 25-12105

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | | Description | face amount | | doubtful or uncollectible accounts | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | Affiliate Accounts Receivable | $ 3,097,491.60 | - $ | 0.00 | =..... → | $ | 3,097,491.60 |
| 11a. | 90 days old or less: | Accounts Receivable ** | $ 25,116,142.54 | - $ | 0.00 | =..... → | $ | 25,116,142.54 |
| 11b. | Over 90 days old: | Accounts Receivable ** | $ 8,473,736.07 | - $ | 0.00 | =..... → | $ | 8,473,736.07 |
| 11b.* | Over 90 days old: | Affiliate Accounts Receivable | $ 47,926,499.39 | - $ | 0.00 | =..... → | $ | 47,926,499.39 |

  *Amended herein - question updated*

  **Amended herein - description updated*

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 84,613,869.60

---

Debtor: American Signature, Inc.
_____
Name

Case number *(if known)*: 25-12105
_____

| | |
|---|---|
| **Part 4:** | **Investments** |

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | |
|---|---|---|
| 14.1 None | | $ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                      % of ownership:

| | | | |
|---|---|---|---|
| 15.1 See Schedule A/B 15 Attachment | | | $    Undetermined |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | | |
|---|---|---|
| 16.1 None | | $ |

17. **Total of Part 4.**

Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|
| | $    0.00 |

| Debtor: | American Signature, Inc. | | Case number *(if known)*: | 25-12105 |
| | Name | | | |

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
   - ☐ No. Go to Part 6.
   - ☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 None | | $ | | $ |
| **20. Work in progress** | | | | |
| 20.1 None | | $ | | $ |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 Inventory | | $ 68,190,254.00 | Net Book Value * | $ 68,190,254.00 |
| **22. Other inventory or supplies** | | | | |
| 22.1 Supplies | | $ 773,419.04 | Net Book Value * | $ 773,419.04 |

23. **Total of Part 5.**

   Add lines 19 through 22. Copy the total to line 84.

   $ 68,963,673.04

24. **Is any of the property listed in Part 5 perishable?**
   - ☒ No
   - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   - ☐ No
   - ☒ Yes.  Description  Inventory and Supplies   Book value $ Undetermined   Valuation method _____   Current value $ Undetermined

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   - ☒ No
   - ☐ Yes

*\* Amended herein - Current Value Method updated*

Debtor: American Signature, Inc.

Name

Case number *(if known)* 25-12105

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
☐ No
☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Description _____ Book value $ _____ Valuation method _____ Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

Debtor: American Signature, Inc.                                          Case number *(if known)*: 25-12105

Name

---

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 Furniture and Equipment | $ 17,946,842.40 | Net Book Value | $ 17,946,842.40 |
| **40. Office fixtures** | | | |
| 40.1 See A/B Question 39 | $ | | $ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 See A/B Question 39 | $ | | $ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings,prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | $ | | $ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.                    $ 17,946,842.40

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

Official Form 206 A/B                **Schedule A/B: Assets - Real and Personal Property**                Page 8 of 13

Debtor: American Signature, Inc.    Case number *(if known)*: 25-12105

Name

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
    ☐ No. Go to Part 9.
    ☒ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 See Schedule A/B 47 Attachment | $            Undetermined | | $            Undetermined |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 None | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 None | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 Machinery & Equipment | $            635,973.00 | Net Book Value | $            635,973.00 |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    $            635,973.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Debtor: | American Signature, Inc. | | Case number *(if known):* | 25-12105 |
|---|---|---|---|---|
| | Name | | | |

## Part 9:   Real property

54.   **Does the debtor own or lease any real property?**

☐   No. Go to Part 10.

☑   Yes. Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1   See Amended Schedule A/B 55 Attachment * | | $        50,343,496.36 | | $        50,343,496.36 |

56.   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$        50,343,496.36

57.   **Is a depreciation schedule available for any of the property listed in Part 9?`**

☐   No

☑   Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑   No

☐   Yes

*Amended herein - updated*

Debtor: American Signature, Inc.
_____
Name

Case number *(if known)*: 25-12105
_____

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 See Schedule A/B 60 Attachment | $ 0.00 | | $ Undetermined |
| **61. Internet domain names and websites** | | | |
| 61.1 See Schedule A/B 61 Attachment | $ 0.00 | | $ Undetermined |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 None | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 Customer Lists | $ 0.00 | | $ Undetermined |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 Various Social Media Accounts | $ 0.00 | | $ Undetermined |
| **65. Goodwill** | | | |
| 65.1 None | $ | | $ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year? ***

☑ No

☐ Yes


*\* Amended herein - Updated to No*

Debtor: American Signature, Inc.

Name

Case number (if known): 25-12105

---

**Part 11:** **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**

Description (include name of obligor) — Total face amount — doubtful or uncollectible accounts

71.1 Schottenstein Realty LLC Note Receivable — $ 5,010,167.00 - $ 0.00 =.... ➜ $ 3,019,080.67

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

72.1 None — Tax year — $

73. **Interests in insurance policies or annuities**

73.1 See Insurance Motion * — $ Undetermined *

* Amended herein - updated description and Current value of debtor's interest

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1 None — $

Nature of claim

Amount requested $

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1 None — $

Nature of claim

Amount requested $

76. **Trusts, equitable or future interests in property**

76.1 None — $

77. **Other property of any kind not already listed** *Examples*: Season tickets, country club membership

77.1 INTEREST RATE SWAP — $ 1,046,125.66

77.2 INVESTMENT SECURITIES — $ 4,172,993.00

77.3 PREPAID ARENA — $ 186,927.79

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90. — $ 8,425,127.12

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year? ***

☐ No

☒ Yes

* Amended herein - updated to Yes

Debtor: American Signature, Inc.

Name

Case number *(if known)* 25-12105

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 27,626,540.48 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 15,151,440.39 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 84,613,869.60 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 68,963,673.04 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 17,946,842.40 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 635,973.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............➔ | | $ 50,343,496.36 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ 8,425,127.12 | |
| 91. **Total.** Add lines 80 through 90 for each column...............91a. | $ 223,363,466.03 | + 91b. $ 50,343,496.36 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................... | | $ 273,706,962.39 |

**Fill in this information to identify the case:**

Debtor Name: In re : American Signature, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number (if known): 25-12105 (JKS)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑ Amended *Schedule*   Schedule A/B: Assets-Real and Personal Property

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    1/06/2026
              _____
              MM / DD / YYYY

✖ / s / Rudolph Morando
_____
Signature of individual signing on behalf of debtor

Rudolph Morando
_____
Printed name

Co-Chief Restructuring Officer
_____
Position or relationship to debtor

**In re: American Signature, Inc.**
**Case No. 25-12105**
Schedule A/B 15
Non-publicly traded stock and interests

| Name of entity | % of ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Albany Bedding Company LLC | 100.00% | | Undetermined |
| American Signature Acquisitions Group LLC | 100.00% | | Undetermined |
| American Signature Designs LLC (formerly Value C | 100.00% | | Undetermined |
| American Signature Home Inc. | 100.00% | | Undetermined |
| American Signature L.L.C. | 100.00% | | Undetermined |
| American Signature US LLC | 100.00% | | Undetermined |
| American Signature USA Inc. | 100.00% | | Undetermined |
| American Signature Woodbridge LLC | 100.00% | | Undetermined |
| ASF LLC | 100.00% | | Undetermined |
| ASI - LaPorte LLC | 100.00% | | Undetermined |
| ASI Elston LLC | 100.00% | | Undetermined |
| ASI Latonia KY LLC | 100.00% | | Undetermined |
| ASI North Carolina INC | 100.00% | | Undetermined |
| ASI POLARIS LLC | 100.00% | | Undetermined |
| ASI Pure Promise Insurance LLC | 100.00% | | Undetermined |
| ASI Sunrise LLC | 100.00% | | Undetermined |
| ASI Thomasville LLC | 100.00% | | Undetermined |
| ASI-York II LLC | 100.00% | | Undetermined |
| ASI-York LLC | 100.00% | | Undetermined |
| SSC Insurance Agency, Inc. | 100.00% | | Undetermined |
| SSC/Good Bed Company LLC | 100.00% | | Undetermined |
| Value City Furniture, Inc. | 100.00% | | Undetermined |
| | | TOTAL: | **Undetermined** |

**In re: American Signature, Inc.**
**Case No. 25-012105**
Schedule A/B 47
Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| Year / Make / Model | Owner / Leased | Asset Number | Identification Number (i.e. VIN, HIN or N-number) | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| 2003 CHEVROLET TRUCK (5326) | Owned | 7100 | | Undetermined | | Undetermined |
| 2004 CHEVY EXPRESS VAN (8915) | Owned | 8490 | | Undetermined | | Undetermined |
| 2005 CHEVY EXPRESS VAN (3312) | Owned | 8557 | | Undetermined | | Undetermined |
| 2006 Chevy Van Express (3685) | Owned | 9140 | | Undetermined | | Undetermined |
| 2007 CHEVY G3500 TRK x (8604) | Owned | 14351 | | Undetermined | | Undetermined |
| 2008 CHEVY EXP CARGO (6783) | Owned | 11232 | | Undetermined | | Undetermined |
| 2011 RAM 1500 TRUCK (3797) | Owned | 16161 | | Undetermined | | Undetermined |
| 2013 CHEVY EXPRESS VAN (9954) | Owned | 14503 | | Undetermined | | Undetermined |
| 2013 DODGE RAM TRUCK (8683) | Owned | 16160 | | Undetermined | | Undetermined |
| 2013 FORD TRANSIT VAN (8081) | Owned | 14742 | | Undetermined | | Undetermined |
| 2014 CHEVY IMPALA (4555) | Owned | 14744 | | Undetermined | | Undetermined |
| 2014 NISSAN NV200 VAN (3509) | Owned | 14743 | | Undetermined | | Undetermined |
| 2015 CHEV IMPALA LIM 9573-USED | Owned | 15395 | | Undetermined | | Undetermined |
| 2015 NISSAN VAN  3923 | Owned | 15190 | | Undetermined | | Undetermined |
| 2015 NISSAN VAN  8639 | Owned | 15031 | | Undetermined | | Undetermined |
| 2015 NISSAN VAN 5052 | Owned | 15137 | | Undetermined | | Undetermined |
| 2016 GMC Yukon (Medium Truck) | Leased | | VIN: 1GKS2GKC2GR303990 | Undetermined | | Undetermined |
| 2016 NISSAN NV200 VAN 7279 | Owned | 15401 | | Undetermined | | Undetermined |
| 2016 NISSAN VAN  5397 | Owned | 15387 | | Undetermined | | Undetermined |
| 2016 NISSAN VAN (0996) | Owned | 15965 | | Undetermined | | Undetermined |
| 2016 NISSAN VAN (1003) | Owned | 15960 | | Undetermined | | Undetermined |
| 2016 NISSAN VAN (1044) | Owned | 15962 | | Undetermined | | Undetermined |
| 2016 NISSAN VAN (2179) | Owned | 15961 | | Undetermined | | Undetermined |
| 2017 NISSAN NV200 VAN (0516) | Owned | 15424 | | Undetermined | | Undetermined |
| 2017 NISSAN PATHFINDER (1205) | Owned | 15980 | | Undetermined | | Undetermined |
| 2017 Nissan Pathfinder (Private Passenger) | Leased | | VIN: 5N1DR2MM1HC621205 | Undetermined | | Undetermined |
| 2017 TOYOTA CAMRY HYBRID 4310 | Owned | 15393 | | Undetermined | | Undetermined |
| 2018 Hino 258LP (Light Truck) | Leased | | VIN: 5PVNJ8JV5J4S67608 | Undetermined | | Undetermined |
| 2018 NISSAN ALTIMA 7411 | Owned | 15761 | | Undetermined | | Undetermined |
| 2018 NISSAN NV TRUCK (1428) | Owned | 15870 | | Undetermined | | Undetermined |
| 2018 NISSAN NV1500 (1866) | Owned | 15948 | | Undetermined | | Undetermined |
| 2018 NISSAN NV1500 (3801) | Owned | 15947 | | Undetermined | | Undetermined |
| 2018 NISSAN NV1500 (5905) | Owned | 15939 | | Undetermined | | Undetermined |
| 2018 NISSAN NV1500 TRUCK 2704 | Owned | 15775 | | Undetermined | | Undetermined |
| 2018 NISSAN NV1500 VAN (8370) | Owned | 15868 | | Undetermined | | Undetermined |
| 2018 Nissan NV1500 Van 1908 | Owned | 15759 | | Undetermined | | Undetermined |
| 2018 NISSAN NV1500 VAN 2430 | Owned | 15771 | | Undetermined | | Undetermined |
| 2018 NISSAN PATHFINDER (0938) | Owned | 16181 | | Undetermined | | Undetermined |
| 2018 NISSAN TITAN TRK (7120) | Owned | 15865 | | Undetermined | | Undetermined |
| 2018 NISSAN TRUCK 3054 | Owned | 15764 | | Undetermined | | Undetermined |

**In re: American Signature, Inc.**
**Case No. 25-012105**
Schedule A/B 47
Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| Year / Make / Model | Owner / Leased | Asset Number | Identification Number (i.e. VIN, HIN or N-number) | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| 2018 NISSAN TRUCK 3436 | Owned | 15770 | | Undetermined | | Undetermined |
| 2018 NISSAN VAN (1890) | Owned | 15982 | | Undetermined | | Undetermined |
| 2018 NISSAN VAN (2049) | Owned | 15983 | | Undetermined | | Undetermined |
| 2018 NISSAN VAN (6324) | Owned | 15984 | | Undetermined | | Undetermined |
| 2018 NISSAN VAN (6609) | Owned | 15986 | | Undetermined | | Undetermined |
| 2018 NISSAN VAN 2379 | Owned | 15767 | | Undetermined | | Undetermined |
| 2018 NISSAN VAN 2585 | Owned | 15758 | | Undetermined | | Undetermined |
| 2018 NISSAN VAN 2587 | Owned | 15765 | | Undetermined | | Undetermined |
| 2018 NISSAN VAN 3030 | Owned | 15766 | | Undetermined | | Undetermined |
| 2018 Toyota Hino (Light Truck) | Leased | | VIN: 5PVNJ8JV1J4S67606 | Undetermined | | Undetermined |
| 2018 Toyotoa Hino (Medium Truck) | Leased | | VIN: 5PVNJ8JV5J4S67611 | Undetermined | | Undetermined |
| 2019 CHEVY PICKUP TRUCK (0128) | Owned | 16178 | | Undetermined | | Undetermined |
| 2019 NISSAN NV1500 VAN (2713) | Owned | 16171 | | Undetermined | | Undetermined |
| 2019 NISSAN NV1500 VAN (3948) | Owned | 16158 | | Undetermined | | Undetermined |
| 2019 NISSAN ROGUE (7513) | Owned | 16392 | | Undetermined | | Undetermined |
| 2020 NISSAN NV1500 VAN (7723) | Owned | 16394 | | Undetermined | | Undetermined |
| 2020 NISSAN VAN (0302) | Owned | 16398 | | Undetermined | | Undetermined |
| 2020 NISSAN VAN (5635) | Owned | 16179 | | Undetermined | | Undetermined |
| 2020 NISSAN VAN (6104) | Owned | 16180 | | Undetermined | | Undetermined |
| 2020 NISSAN VAN (8209) | Owned | 16397 | | Undetermined | | Undetermined |
| 2021 Cadillac Escalade ESV (Private Passenger) | Leased | | VIN: 1GYS4LKL9MR252878 | Undetermined | | Undetermined |
| 2021 Chrysler Pacifica (Private Passenger) | Leased | | VIN: 2C4RC1BG1MR560569 | Undetermined | | Undetermined |
| 2021 Ford Expedition | Owned | 18132 | | Undetermined | | Undetermined |
| 2021 NISSAN ALTIMA (1733) | Owned | 16661 | | Undetermined | | Undetermined |
| 2021 NISSAN ALTIMA (6612) | Owned | 16432 | | Undetermined | | Undetermined |
| 2021 NISSAN MURANO 0026 | Owned | 16685 | | Undetermined | | Undetermined |
| 2021 Nissan NV1500 (7979) | Owned | 16669 | | Undetermined | | Undetermined |
| 2021 NISSAN ROGUE (1642) | Owned | 16662 | | Undetermined | | Undetermined |
| 2021 NISSAN ROGUE (8254) | Owned | 16659 | | Undetermined | | Undetermined |
| 2021 Nissan Rogue (8680) | Owned | 16714 | | Undetermined | | Undetermined |
| 2021 NISSAN ROGUE (9443) | Owned | 16660 | | Undetermined | | Undetermined |
| 2021 NISSAN VAN (0655) | Owned | 16415 | | Undetermined | | Undetermined |
| 2021 NISSAN VAN (8739) | Owned | 16430 | | Undetermined | | Undetermined |
| 2021 Porsche Cayenne Turbo Coupe (Private Passenger) | Leased | | VIN: WP1BF2AY8MDA51279 | Undetermined | | Undetermined |
| 2022 Cadillac Escalade (Private Passenger) | Leased | | VIN: 1GYS4GKL9NR151378 | Undetermined | | Undetermined |
| 2022 FORD EXPEDITION (Private Passenger) | Leased | | VIN: 1FMJU1JT3NEA47343 | Undetermined | | Undetermined |
| 2022 Freightliner M2 (Light Truck) | Leased | | VIN: 3ALACWFC4NDNN5388 | Undetermined | | Undetermined |
| 2022 Freightliner M2 (Medium Truck) | Leased | | VIN: 3ALACWFC4NDNN5837 | Undetermined | | Undetermined |
| 2022 Nissa Altima (7592) | Owned | 16698 | | Undetermined | | Undetermined |
| 2022 NISSAN RODUE (3985) | Owned | 16715 | | Undetermined | | Undetermined |

**In re: American Signature, Inc.**
**Case No. 25-012105**
Schedule A/B 47
Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| Year / Make / Model | Owner / Leased | Asset Number | Identification Number (i.e. VIN, HIN or N-number) | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| 2022 NISSAN ROGUE (3739) | Owned | 16663 | | Undetermined | | Undetermined |
| 2022 NISSAN ROGUE 0390 | Owned | 16686 | | Undetermined | | Undetermined |
| 2022 NISSAN ROGUE 2979 | Owned | 16687 | | Undetermined | | Undetermined |
| 2022 Nissan Van, 2851 | Owned | 16830 | | Undetermined | | Undetermined |
| 2022 Ottawa Spot (Private Passenger) | Leased | | VIN: 11VJ813A1NA002340 | Undetermined | | Undetermined |
| 2022 RAM PROMASTER 1500 (Light Truck) | Leased | | VIN: 3C6LRVAG7NE122565 | Undetermined | | Undetermined |
| 2022 RAM PROMASTER 1500 (Light Truck) | Leased | | VIN: 3C6LRVAG5NE133001 | Undetermined | | Undetermined |
| 2022 RAM PROMASTER 1500 (Light Truck) | Leased | | VIN: 3C6LRVAG0NE122567 | Undetermined | | Undetermined |
| 2022 RAM PROMASTER VAN 5375 | Owned | 16688 | | Undetermined | | Undetermined |
| 2022 RAM PROMASTER VAN 5376 | Owned | 16689 | | Undetermined | | Undetermined |
| 2023 Ford Expedition (Private Passenger) | Leased | | VIN: 1FMJU1H89PEA59677 | Undetermined | | Undetermined |
| 2023 Nissan Rogue (Private Passenger) | Leased | | VIN: JN8BT3BB8PW351640 | Undetermined | | Undetermined |
| 2023 Nissan Rogue (Private Passenger) | Leased | | VIN: JN8BT3BB6PW494215 | Undetermined | | Undetermined |
| 2023 NISSAN ROGUE (Private Passenger) | Leased | | VIN: JN8BT3BB8PW471275 | Undetermined | | Undetermined |
| 2023 RAM ProMaster (Light Truck) | Leased | | VIN: 3C6LRVAGXPE541013 | Undetermined | | Undetermined |
| 2023 RAM ProMaster (Light Truck) | Leased | | VIN: 3C6LRVAG8PE541012 | Undetermined | | Undetermined |
| 2023 RAM ProMaster (Light Truck) | Leased | | VIN: 3C6LRVVG7PE599042 | Undetermined | | Undetermined |
| 2023 RAM ProMaster (Light Truck) | Leased | | VIN: 3C6LRVVG6PE591546 | Undetermined | | Undetermined |
| 2023 RAM ProMaster (Light Truck) | Leased | | VIN: 3C6LRVVG8PE591547 | Undetermined | | Undetermined |
| 2023 RAM ProMaster (Light Truck) | Leased | | VIN: 3C6LRVVG3PE591553 | Undetermined | | Undetermined |
| 2023 RAM ProMaster (Light Truck) | Leased | | VIN: 3C6LRVAG7PE540871 | Undetermined | | Undetermined |
| 2023 RAM ProMaster (Light Truck) | Leased | | VIN: 3C6LRVAG4PE538849 | Undetermined | | Undetermined |
| 2023 RAM ProMaster (Light Truck) | Leased | | VIN: 3C6LRVVG7PE591555 | Undetermined | | Undetermined |
| 2023 RAM ProMaster (Light Truck) | Leased | | VIN: 3C6LRVVG9PE599043 | Undetermined | | Undetermined |
| 2023 RAM ProMaster (Light Truck) | Leased | | VIN: 3C6LRVAG0PE538850 | Undetermined | | Undetermined |
| 2023 RAM ProMaster (Light Truck) | Leased | | VIN: 3C6LRVVG1PE513840 | Undetermined | | Undetermined |
| 2023 RAM ProMaster (Light Truck) | Leased | | VIN: 3C6LRVAG4PE538852 | Undetermined | | Undetermined |
| 2024 Ford Expedition (Private Passenger) | Leased | | VIN: 1FMJU1J85REB08225 | Undetermined | | Undetermined |
| 2024 Ford Expedition (Private Passenger) | Leased | | VIN: 1FMJU1J82REB08277 | Undetermined | | Undetermined |
| 2024 Ford Expedition (Private Passenger) | Leased | | VIN: 1FMJU1J8XREB01402 | Undetermined | | Undetermined |
| 2024 Ford Expedition (Private Passenger) | Leased | | VIN: 1FMJU1J87REB17721 | Undetermined | | Undetermined |
| 2024 Ford Expedition (Private Passenger) | Leased | | VIN: 1FMJU1J88REA05834 | Undetermined | | Undetermined |
| 2024 Ford Expedition 0752 | Owned | 17559 | | Undetermined | | Undetermined |
| 2024 Freightliner M-2 (Light Truck) | Leased | | VIN: 1FVACWFC9RHUX5245 | Undetermined | | Undetermined |
| 2024 Freightliner M-2 (Light Truck) | Leased | | VIN: 1FVACWFC2RHUX5247 | Undetermined | | Undetermined |
| 2024 Freightliner M-2 (Light Truck) | Leased | | VIN: 1FVACWFC0RHUX5246 | Undetermined | | Undetermined |
| 2024 Freightliner M-2 (Medium Truck) | Leased | | VIN: 1FVACWFC5RHUX5243 | Undetermined | | Undetermined |
| 2024 Freightliner M-2 (Medium Truck) | Leased | | VIN: 1FVACWFC7RHUX5244 | Undetermined | | Undetermined |
| 2024 Freightliner M-2 (Medium Truck) | Leased | | VIN: 1FVACWFC4RHUX5248 | Undetermined | | Undetermined |
| 2024 International MV607N (Medium Truck) | Leased | | VIN: 3HAEUMML9RL446598 | Undetermined | | Undetermined |

**In re: American Signature, Inc.**
**Case No. 25-012105**
Schedule A/B 47
Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| Year / Make / Model | Owner / Leased | Asset Number | Identification Number (i.e. VIN, HIN or N-number) | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| 2024 Nissan Altima (Private Passenger) | Leased | | VIN: 1N4BL4BV5RN380491 | Undetermined | | Undetermined |
| 2024 Nissan Pathfinder (Private Passenger) | Leased | | VIN: 5N1DR3BD3RC208941 | Undetermined | | Undetermined |
| 2024 Nissan Rogue  (0252) | Owned | 17656 | | Undetermined | | Undetermined |
| 2024 Nissan Rogue (0436) | Owned | 17655 | | Undetermined | | Undetermined |
| 2024 Nissan Rogue (Private Passenger) | Leased | | VIN: 5N1BT3AB9RC690436 | Undetermined | | Undetermined |
| 2024 Nissan Rogue (Private Passenger) | Leased | | VIN: 5N1BT3ABXRC690252 | Undetermined | | Undetermined |
| 2024 RAM ProMaster (Light Truck) | Leased | | VIN: 3C6LRVVG8RE122056 | Undetermined | | Undetermined |
| 2024 RAM PROMASTER (Light Truck) | Leased | | VIN: 3C6LRVAG6RE111277 | Undetermined | | Undetermined |
| 2025 Freightliner M2 (Medium Truck) | Leased | | VIN: 3ALACWFC8SDVS3118 | Undetermined | | Undetermined |
| 2025 Freightliner M2P (Light Truck) | Leased | | VIN: 3ALACWFCXSDVS3122 | Undetermined | | Undetermined |
| 2025 Freightliner M2P (Medium Truck) | Leased | | VIN: 3ALACWFC6SDVS3117 | Undetermined | | Undetermined |
| 2025 Freightliner M2P (Medium Truck) | Leased | | VIN: 3ALACWFC6SDVS3120 | Undetermined | | Undetermined |
| 2025 Freightliner M2P (Medium Truck) | Leased | | VIN: 3ALACWFCXSDVS3119 | Undetermined | | Undetermined |
| 2025 Freightliner M2P (Medium Truck) | Leased | | VIN: 3ALACWFC8SDVS3121 | Undetermined | | Undetermined |
| 2025 Ram ProMaster | Owned | 18133 | | Undetermined | | Undetermined |
| 22' DODGE RAM PROMASTER (9576) | Owned | 16699 | | Undetermined | | Undetermined |
| Nissan Altima, 1886 | Owned | 16837 | | Undetermined | | Undetermined |
| NISSAN ROGUE, 8943 | Owned | 16838 | | Undetermined | | Undetermined |
| Nissan Rogue, 9920 | Owned | 16835 | | Undetermined | | Undetermined |
| NISSAN ROGUE, J CANADY 6417 | Owned | 16836 | | Undetermined | | Undetermined |
| Ram Promaster Low Top (8796) | Owned | 16713 | | Undetermined | | Undetermined |
| Ram Promaster Low Top (9019) | Owned | 16712 | | Undetermined | | Undetermined |
| Ram Promaster Low Top(2290) | Owned | 16711 | | Undetermined | | Undetermined |
| RAM PROMASTER, 2706 | Owned | 16840 | | Undetermined | | Undetermined |
| RAM Promaster1500, 2810 | Owned | 16834 | | Undetermined | | Undetermined |
| Security Cadillac (9153) | Owned | 16911 | | Undetermined | | Undetermined |
| SECURITY SUBURBAN (6189) | Owned | 16912 | | Undetermined | | Undetermined |
| TRACTOR/LOADER/MOWER | Owned | 8621 | | Undetermined | | Undetermined |
| | | | TOTAL: | **Undetermined** | TOTAL: | **Undetermined** |

In re: American Signature, Inc.
Case No. 25-12105
Amended Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest | Amendment |
|---|---|---|---|---|---|---|
| Buildings | Various | Owned Property | $2,711,912.18 | Net Book Value | $2,711,912.18 | |
| Construction-In-Progress Buil| Various | Owned Property | $9,675,751.79 | Net Book Value | $9,675,751.79 | |
| Ground Lease Store #160 | 2536 N. Elston Avenue, Chicago, IL 60647 | Ground Leased Property | Undetermined | N/A | Undetermined | |
| Ground Lease Store #407 | 150 South State Road 434 #1080, Altamonte Springs, FL 32714 | Ground Leased Property | Undetermined | N/A | Undetermined | |
| Land | Various | Owned Property | $1,806,684.54 | Net Book Value | $1,806,684.54 | |
| Land Improvements | Various | Owned Property | $1,409,797.88 | Net Book Value | $1,409,797.88 | |
| Leased DC #1 | 3080 & 3232 Alum Creek Drive, Columbus, OH 43207 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased DC #2 | 11266 Enterprise Parkway, Ruther Glen, VA 22546 | Leased Property | Undetermined | N/A | Undetermined | |
| ~~Leased Location~~ | ~~214 Hillcreset Drive, High Point, NC 27262~~ | ~~Leased Property~~ | ~~Undetermined~~ | ~~N/A~~ | ~~Undetermined~~ | Amended herein - removed |
| Leased Store #100 | 1080 Smallwood Drive, Waldorf, MD 20603 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #101 | 5701 Mercury Drive, Unit #7, Dearborn, MI 48126-4160 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #102 | 7077 Chippewa Street, St. Louis, MO 63119 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #105 | 3700 West Dublin Granville Road, Columbus, OH 43235 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #106 | 1412 Greenbrier Parkway, Unit 100, Chesapeake, VA 23320 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #107 | 15770 South LaGrange Road, Orland Park, IL 60462 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #110 | 9527 South Boulevard, Charlotte, NC 28273 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #111 | 3545 Plank Road, Fredericksburg, VA 22401 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #112 | 8101 University Blvd, Suite B, Charlotte, NC 28213 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #113 | 45350 Utica Park Blvd, Utica, MI 48315 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #116 | 1400 Park Manor Blvd, Pittsburgh, PA 15205 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #121 | 2321 Sir Barton Way, Suite 170, Lexington, KY 40509 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #123 | 4700 Great Northern Blvd, North Olmsted, OH 44070 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #124 | 4220 Maple Road, Amherst, NY 14226 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #125 | 8032 Burlington Pike, Florence, KY 41042-1232 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #126 | 4095 Richmond Rd., Warrensville Heights, OH 44122-6048 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #129 | 9110 West Broad Street, Richmond, VA 23294 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #131 | 3355 Mall Loop Dr, Joliet, IL 60431 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #132 | 5047 Jonestown Rd., Harrisburg, PA 17112 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #144 | 4300 Portsmouth Blvd Suite 220A, Chesapeake, VA 23321 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #148 | 6116 Grand Avenue, Gurnee, IL 60031-1650 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #15 | 202 East Market Street, Sandusky, OH 44870 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #151 | 5500 Buckeystown Pike, Frederick, MD 21703-8330 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #156 | 1300 Huguenot Road, Midlothian, VA 23113-2615 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #158 | 240 Forum Drive, Columbia, SC 29229 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #162 | 13901 Manchester Rd, Ballwin, MO 63011 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #163 | 12055 Rockville Pike, Rockville, MD 20852-1603 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #165 | 3740 Easton Market - Unit No. 28, Columbus, OH 43230 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #166 | 1015 E. Golf Rd., Schaumburg, IL 60173 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #167 | 970 Northwest Plaza Drive, St. Ann, MO 63074 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #168 | 1508 Butterfield Road, Downers Grove, IL 60515 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #170 | 140 Columbiana Drive, Columbia, SC 29212 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #171 | 50400 Gratiot Ave, Chesterfield, MI 48051 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #172 | 33801 S. Gratiot Avenue, Clinton Township, MI 48035 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #173 | 4577 Miller Road, Flint, MI 48507 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #174 | 8748 West Saginaw Hwy, Lansing, MI 48917 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #175 | 27775 Novi Road, Novi, MI 48377 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #176 | 1775 Oak Hollow Drive, Traverse City, MI 49686 | Leased Property | Undetermined | N/A | Undetermined | |

**In re: American Signature, Inc.**
**Case No. 25-12105**
Amended Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest | Amendment |
|---|---|---|---|---|---|---|
| Leased Store #177 | 425 E. Eisenhower Parkway, Ann Arbor, MI 48108 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #178 | 8300 N. Wayne Road, Westland, MI 48185 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #179 | 4375 28th St SE, Grand Rapids, MI 49512 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #180 | 1301 E. Mall Road, Holland, OH 43528 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #181 | 550 Ring Rd., Portage, MI 49024 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #183 | 2780 Tittabawassee Road, Saginaw, MI 48604 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #184 | 20111 Route 19, Ste B, Cranberry Township, PA 16066 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #185 | 559 Baltimore Pike, Bel Air, MD 21014 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #186 | 1731 Carl D Silver Parkway, Fredericksburg, VA 22401 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #187 | 3750K  West Market Street, Fairlawn, OH 44333 | Leased Property | Undetermined | N/A | Undetermined | Amended herein - removed |
| Leased Store #188 | 42595 Ford Rd, Canton, MI 48187 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #19 | 6067 East Main Street, Columbus, OH 43213 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #21 | 945 E. Lewis & Clark Parkway, Suite 400, Clarksville, IN 47129 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #25 | 94 West Kemper Road, Springdale, OH 45246 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #26 | 400 Lakeview Center, Parkersburg, WV 26101 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #27 | 3426 Preston Highway, Louisville, KY 40213 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #28 | 2675 Commons Blvd, Dayton, OH 45431 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #29 | 811 Northcrest Shopping Center, Ft. Wayne, IN 46805 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #31 | 4475 Monroe Street, Toledo, OH 43613 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #34 | 4300 W. Broad Street, Columbus, OH 43228 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #36 | 790 Howe Ave, Cuyahoga Falls, OH 44221 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #38 | 1218 US 31 North, Greenwood, IN 46142 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #400 | 1777 Galleria Blvd, Franklin, TN 37067 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #401 | 2130 Gallatin Pike North, Madison, TN 37115 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #41 | 50471 Valley Plaza Drive, St. Clairsville, OH 43950 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #412 | 7775 SW 40th Street, Miami, FL 33155 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #415 | 13711-2 South Tamiami Trail, Fort Myers, FL 33912 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #416 | 9400 Atlantic Blvd, Suite 100A, Jacksonville, FL 32244 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #417 | 1924 West International Speedway Blvd, Daytona Beach, FL 32114 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #420 | 3755 CarMia Drive, Atlanta, GA 30344 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #424 | 5455 University Parkway, University Park, FL 34201 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #4300 | Columbus International Aircenter, Building No.3, Columbus, OH 43219 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #431 | 1972 Mt. Zion Rd., Morrow, GA 30260 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #433 | 2540 Cumberland Blvd, Smyrna, GA 30080 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #443 | 7461 N. Point Parkway, Alpharetta, GA 30022 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #445 | 2821 Wilma Rudolph Boulevard (Guthrie Highway), Clarksville, TN 37040-5002 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #446 | 2075 Old Fort Parkway, Murfreesboro, TN 37219 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #447 | 6001 Argyle Forest Blvd Ste #63 & #64, Jacksonville, FL 32244 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #448 | 2918 Turner Hill Road, Suite 2918, Stonecrest, GA 30038 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #47 | 451 Clairton Blvd, West Mifflin, PA 15236-3827 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #49 | 33377 and 33383 Van Dyke Avenue, Sterling Heights, MI 48312 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #51 | 9070 Dixie Highway, Louisville, KY 40258 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #52 | 3220 Nicholasville Road, Lexington, KY 40503 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #54 | 7735 Eastern Avenue, Baltimore, MD 21224 | Leased Property | Undetermined | N/A | Undetermined | Amended herein - removed |
| Leased Store #55 | 5577 Dressler Road NW, Canton, OH 44720 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #56 | 5865 Grape Road, Mishawaka, IN 46545 | Leased Property | Undetermined | N/A | Undetermined | |

**In re: American Signature, Inc.**
**Case No. 25-12105**
Amended Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest | Amendment |
|---|---|---|---|---|---|---|
| Leased Store #57 | 1423 Roby Road, Route 60, Huntington, WV 25705 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #59 | 5840 Baltimore National Pike, Baltimore, MD 21228 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #60 | 7500 Brookpark Road, Brooklyn, OH 44129 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #61 | 8310 South Cicero Avenue, Burbank, IL 60459 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #64 | 2100 159th Street, Calumet City, IL 60409 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #65 | 49 West North Avenue, Northlake, IL 60164 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #66 | 3801 William Penn Highway, Monroeville, PA 15146 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #68 | 23859 Eureka Road, Taylor, MI 48180 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #69 | 22 Mountain Road, Glen Burnie, MD 21060 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #71 | 2070 Miamisburg-Centerville Road, Centerville, OH 45459 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #74 | 8301 Annapolis Road, New Carrollton, MD 20784 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #75 | 10705 Lincoln Trail, Fairview Heights, IL 62208 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #76 | 800 Thruway Plaza Drive, Cheektowaga, NY 14225 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #77 | 2580 East 79th Avenue, Merrillville, IN 46410 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #78 | 3160 West Ridge Road, Greece, NY 14626 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #80 | 650 Eastgate South Drive, Cincinnati, OH 45245 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #81 | 2320 Sardis Road North, Charlotte, NC 28227 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #830 | 55 W Army Trail Drive, Glendale Heights, IL 60139 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #835 | 10000 Franklin Square Drive, Suite 200, Nottingham, MD 21236-4980 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #86 | 5450 East 82nd Street, Indianapolis, IN 46250 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #87 | 202 Mid Rivers Mall Drive, St. Peters, MO 63376 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #89 | 301 Governors Place, Bear, DE 19701 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #90 | 1581 Wesel Blvd, Hagerstown, MD 21740 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #91 | 4380 East New York Street, Aurora, IL 60504 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #92 | 6520 Carlisle Pike, Ste 400, Mechanicsburg, PA 17050 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #93 | 2500 Prince Williams Parkway, Woodbridge, VA 22192-4149 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #95 | 443 Boardman-Poland Road, Boardman, OH 44512-4907 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #97 | 7767 Mentor Avenue, Mentor, OH 44060 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #98 | 1000 Hylan Drive, Henrietta, NY 14623 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Store #99 | 2720 North Mall Drive, Virginia Beach, VA 23452 | Leased Property | Undetermined | N/A | Undetermined | |
| Leased Warehouse | 14174 N. Washington Hwy, Ashland, VA 23005 | Leased Property | Undetermined | N/A | Undetermined | Amended herein - removed |
| Leased Warehouse | 201 Plantation Oak Drive, Thomasville, GA 31792-3548 | Leased Property | Undetermined | N/A | Undetermined | |
| Leasehold Improvements | Various | Leased Property | $34,739,349.97 | Net Book Value | $34,739,349.97 | |
| Owned Store #405 | 161 Brandon Town Center Drive, Brandon, FL 33511 | Owned Property | Undetermined | N/A | Undetermined | |
| Owned Store #407 | 150 South State Road 434 #1080, Altamonte Springs, FL 32714 | Owned Property | Undetermined | N/A | Undetermined | |
| Owned Store #408 | 7463 West Colonial Drive, Orlando, FL 32818 | Owned Property | Undetermined | N/A | Undetermined | |
| Owned Store #409 | 730 Sand Lake Road, Suite #100, Orlando, FL 32809 | Owned Property | Undetermined | N/A | Undetermined | |
| Subleased Store #104 | 5516 Leesburg Pike, Falls Church, VA 22041 | Subleased Property | Undetermined | N/A | Undetermined | |
| Subleased Store #109 | 12151 Jefferson Ave, Newport News, VA 23602 | Subleased Property | Undetermined | N/A | Undetermined | |
| Subleased Store #122 | 2437 East Main Street, Plainfield, IN 46168 | Subleased Property | Undetermined | N/A | Undetermined | |
| Subleased Store #169 | 4623 Shelbyville Road, Louisville, KY 40207 | Subleased Property | Undetermined | N/A | Undetermined | |
| Subleased Store #840 | 1150 Patrol Road, Jeffersonville, IN 47130 | Subleased Property | Undetermined | N/A | Undetermined | Amended herein - removed |
| Subleased Store #88 | 5300 East Indiana Street, Evansville, IN 47715 | Subleased Property | Undetermined | N/A | Undetermined | |
| | | **TOTAL:** | **$50,343,496.36** | **TOTAL:** | **$50,343,496.36** | |

**In re: American Signature, Inc.**
**Case No. 25-12105**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Serial Number | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| "WE BELIEVE EVERYONE HAS THE RIGHT TO A WELL-FURNISHED LIFE." | 87574491 | $0.00 | | Undetermined |
| [ILLUSTRATION] | 86518151 | $0.00 | | Undetermined |
| [ILLUSTRATION] | 77221075 | $0.00 | | Undetermined |
| 5-STAR DELIVERY SERVICE | 88312060 | $0.00 | | Undetermined |
| AMERICAN SIGNATURE | 75676369 | $0.00 | | Undetermined |
| AMERICAN SIGNATURE FURNITURE | 77975858 | $0.00 | | Undetermined |
| AMERICAN SIGNATURE FURNITURE | 76595291 | $0.00 | | Undetermined |
| AMERICAN SIGNATURE FURNITURE | 77975857 | $0.00 | | Undetermined |
| ASFURNITURE.COM | 85079046 | $0.00 | | Undetermined |
| COMFORTECH | 77909145 | $0.00 | | Undetermined |
| DESIGNER LOOKS | 88276164 | $0.00 | | Undetermined |
| DESIGNER LOOKS | 88276168 | $0.00 | | Undetermined |
| DREAM MATTRESS | 90503980 | $0.00 | | Undetermined |
| DREAM MATTRESS | 88297467 | $0.00 | | Undetermined |
| DREAM MATTRESS STUDIO | 88757896 | $0.00 | | Undetermined |
| KROEHLER EST. 1893 NORTH CAROLINA | 85955520 | $0.00 | | Undetermined |
| MORE THAN YOU'D EXPECT | 98850778 | $0.00 | | Undetermined |
| NEAT SEAT TECHNOLOGY | 78664567 | $0.00 | | Undetermined |
| ONE-OF-A-FINDS | 97303882 | $0.00 | | Undetermined |
| PLANTATION COVE | 78654342 | $0.00 | | Undetermined |
| PURE PROMISE | 98677120 | $0.00 | | Undetermined |
| ULTIMATE COMFORT BY KROEHLER | 86363990 | $0.00 | | Undetermined |
| VANITY DECKING | 78691720 | $0.00 | | Undetermined |
| VCF | 85675979 | $0.00 | | Undetermined |
| VCF.COM | 85079044 | $0.00 | | Undetermined |
| YOU JUST CAN'T DO ANY BETTER | 75889503 | $0.00 | | Undetermined |
| | **TOTAL:** | **$0.00** | **TOTAL:** | **Undetermined** |

**In re: American Signature, Inc.**
**Case No. 25-12105**
Schedule A/B 61
Internet domain names and websites

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| americansignature.com | $0.00 | | Undetermined |
| americansignaturedesign.com | $0.00 | | Undetermined |
| americansignaturefurniture.com | $0.00 | | Undetermined |
| americansignaturefurniture.xxx | $0.00 | | Undetermined |
| americansignaturefurnitureinc.com | $0.00 | | Undetermined |
| americansignaturefurnitures.us | $0.00 | | Undetermined |
| americansignaturegallery.com | $0.00 | | Undetermined |
| americansignaturehome.com | $0.00 | | Undetermined |
| americansignaturehome.us | $0.00 | | Undetermined |
| americansignatureinc.com | $0.00 | | Undetermined |
| artvanliquidation.com | $0.00 | | Undetermined |
| asfsales.com | $0.00 | | Undetermined |
| asfurniture.com | $0.00 | | Undetermined |
| asfurniture.xxx | $0.00 | | Undetermined |
| asfurnituresweepstakes.com | $0.00 | | Undetermined |
| ashome.com | $0.00 | | Undetermined |
| asicafe.com | $0.00 | | Undetermined |
| asicorp.com | $0.00 | | Undetermined |
| asiimports.net | $0.00 | | Undetermined |
| asincglobal.com | $0.00 | | Undetermined |
| cafe4300.com | $0.00 | | Undetermined |
| designerlooks.com | $0.00 | | Undetermined |
| designerlooksfurniture.com | $0.00 | | Undetermined |
| dreambigbedding.com | $0.00 | | Undetermined |
| dreambigmattress.com | $0.00 | | Undetermined |
| dreammattressgallery.com | $0.00 | | Undetermined |
| dreamsleepstudio.com | $0.00 | | Undetermined |
| dreamstudioshop.com | $0.00 | | Undetermined |
| jeromecap.com | $0.00 | | Undetermined |
| rightsleep.com | $0.00 | | Undetermined |
| rightsleepshop.com | $0.00 | | Undetermined |
| roomstoday.com | $0.00 | | Undetermined |

**In re: American Signature, Inc.**
**Case No. 25-12105**
Schedule A/B 61
Internet domain names and websites

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| sofamates.com | $0.00 | | Undetermined |
| ssccafe.com | $0.00 | | Undetermined |
| value-vote.com | $0.00 | | Undetermined |
| valuecity.info | $0.00 | | Undetermined |
| valuecityfurniture.info | $0.00 | | Undetermined |
| valuecityfurniture.store | $0.00 | | Undetermined |
| valuecityfurniture.xxx | $0.00 | | Undetermined |
| valuecityfurniturescam.com | $0.00 | | Undetermined |
| valueshitty.com | $0.00 | | Undetermined |
| valueshittyfurniture.com | $0.00 | | Undetermined |
| vcf.xxx | $0.00 | | Undetermined |
| vcfcorp.com | $0.00 | | Undetermined |
| vcfdev.com | $0.00 | | Undetermined |
| vcfglobal.com | $0.00 | | Undetermined |
| vcfsales.com | $0.00 | | Undetermined |
| vcfsweepstakes.com | $0.00 | | Undetermined |
| TOTAL: | $0.00 | TOTAL: | Undetermined |