# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AMERICAN SIGNATURE, INC., *et al.*,[1] | ) ) ) | Case No. 25-12105 (JKS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

## SECOND AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 7, 2026 AT 11:00 A.M. EASTERN TIME

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

## RESOLVED MATTERS

1. **BRG Retention Application** – Debtors' Motion for Entry of an Order Authorizing the Retention and Employment of Berkeley Research Group, LLC to Provide Co-Chief Restructuring Officers and Additional Personnel for the Debtors Effective as of the Petition Date [Filed: 12/3/25] (Docket No. 118).

    Response Deadline:  December 29, 2025 at 4:00 p.m. Eastern Time.

    Responses Received:  Informal comments from the Office of the United States Trustee.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

[2] **Amended items appear in bold.**

Related Documents:

a) Certification of Counsel Regarding Order Authorizing the Retention and Employment of Berkeley Research Group, LLC to Provide Co-Chief Restructuring Officers and Additional Personnel for the Debtors Effective as of the Petition Date [Filed: 1/2/26] (Docket No. 312).

b) [Signed] Order Authorizing the Retention and Employment of Berkeley Research Group, LLC to Provide Co-Chief Restructuring Officers and Additional Personnel for the Debtors, Effective as of the Petition Date [Filed: 1/5/26] (Docket No. 319).

Status:  The order has been entered.  No hearing will be necessary.

2. **PSZ&J Retention Application** – Debtors' Application for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors Effective as of the Petition Date [Filed: 12/17/25] (Docket No. 214).

Response Deadline:  December 31, 2025 at 4:00 p.m. Eastern Time.

Responses Received:  Informal comments from the Office of the United States Trustee.

Related Documents:

a)  Supplemental Declaration of Laura Davis Jones in Support of Debtors' Application for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors Effective as of the Petition Date [Filed: 1/2/26] (Docket No. 310).

b) Certification of Counsel Regarding Order Authorizing the Debtors to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors Effective as of the Petition Date [Filed: 1/2/26] (Docket No. 311).

c) [Signed] Order Authorizing the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors Effective as of the Petition Date [Filed: 1/5/26] (Docket No. 318).

Status:  The order has been entered.  No hearing will be necessary.

3. **Verita Retention Application** – Debtors' Application for Authorization to Employ and Retain Kurtzman Carson Consultants, LLC dba Verita Global as Administrative Advisor Effective as of the Petition Date [Filed: 12/17/25] (Docket No. 215).

Response Deadline:  December 31, 2025 at 4:00 p.m. Eastern Time.

Responses Received:  Informal comments from the Office of the United States Trustee.

Related Documents:

a) Supplemental Declaration of Evan Gershbein in Support of Debtors' Application for Authorization to Employ and Retain Kurtzman Carson Consultants, LLC dba Verita Global as Administrative Advisor Effective as of the Petition Date [Filed: 1/2/26] ([Docket No. 296](#)).

b) Certification of Counsel Regarding Order Authorizing the Debtors to Employ and Retain Kurtzman Carson Consultants, LLC dba Verita Global as Administrative Advisor Effective as of the Petition Date [Filed: 1/2/26] ([Docket No. 308](#)).

c) [Signed] Order Authorizing the Debtors to Employ and Retain Kurtzman Carson Consultants, LLC dba Verita Global as Administrative Advisor Effective as of the Petition Date [Filed: 1/5/26] ([Docket No. 316](#)).

Status:  The order has been entered.  No hearing will be necessary.

4. **SSG Retention Application** – Debtors' Application for an Order Authorizing the Debtors to Retain and Employ SSG Advisors, LLC as Investment Banker to the Debtors Effective as of the Petition Date and Waiving Certain Time-Keeping Requirements [Filed: 12/17/25] ([Docket No. 217](#)).

Response Deadline:  December 31, 2025 at 4:00 p.m. Eastern Time.

Responses Received:  Informal comments from the Office of the United States Trustee.

Related Documents:

a) Certification of Counsel Regarding Debtors' Application for an Order Authorizing the Debtors to Retain and Employ SSG Advisors, LLC as Investment Banker to the Debtors Effective as of the Petition Date and Waiving Certain Time-Keeping Requirements [Filed: 1/2/26] ([Docket No. 309](#)).

b) [Signed] Order Authorizing the Debtors to Retain and Employ SSG Advisors, LLC as Investment Banker to the Debtors Effective as of the Petition Date and Waiving Certain Time-Keeping Requirements[Filed: 1/5/26] ([Docket No. 317](#)).

Status:  The order has been entered.  No hearing will be necessary.

5. **OCP Motion** – Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief [Filed: 12/17/25] ([Docket No. 219](#)).

Response Deadline:  December 31, 2025 at 4:00 p.m. Eastern Time.

Responses Received:  Informal comments from the Official Committee of Unsecured Creditors.

Related Documents:

a) Certification of Counsel Regarding Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief [Filed: 1/2/26] (Docket No. 299).

b) [Signed] Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief [Filed: 1/5/26] (Docket No. 315).

Status:  The order has been entered.  No hearing will be necessary.

## MATTERS FOR WHICH COCS HAVE BEEN FILED

6. **Goodwin Procter Retention Application** – Debtors' Application for Entry of an Order Authorizing the Retention of Goodwin Procter LLP as Special Counsel on Behalf of and at the Sole Direction of the Conflicts Committee of the Board of Directors of American Signature, Inc., Effective as of the Petition Date [Filed: 12/17/25] (Docket No. 212).

    Response Deadline:  December 31, 2025 at 4:00 p.m. Eastern Time.

    Responses Received:  Informal comments from the Office of the United States Trustee.

    Related Documents:

    a) Certification of Counsel Regarding Debtors' Application for Entry of an Order Authorizing the Retention of Goodwin Procter LLP as Special Counsel on Behalf of and at the Sole Direction of the Conflicts Committee of the Board of Directors of American Signature, Inc. [Filed: 1/2/26] (Docket No. 297).

    b) **[Signed] Order Granting Application for Entry of an Order Authorizing the Retention of Goodwin Procter LLP as Special Counsel on Behalf of and at the Sole Direction of the Conflicts Committee of the Board of Directors of American Signature, Inc., Effective as of the Petition Date [Filed 1/6/26] (Docket No. 331).**

    Status:  **The order has been entered.  No hearing will be necessary.**

7. **Potter Anderson Retention Application** – Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Potter Anderson & Corroon LLP as Special Counsel on Behalf of and at the Sole Direction of the Conflicts Committee of the Board of Directors of American Signature, Inc., Effective as of the Petition Date [Filed: 12/17/25] (Docket No. 213).

    Response Deadline:  December 31, 2025 at 4:00 p.m. Eastern Time.

    Responses Received:  Informal comments from the Office of the United States Trustee.

Related Documents:

a) Certification of Counsel Regarding Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Potter Anderson & Corroon LLP as Special Counsel on Behalf of and at the Sole Direction of the Conflicts Committee of the Board of Directors of American Signature, Inc. [Filed: 1/2/26] (Docket No. 298).

b) **[Signed] Order Authorizing the Employment and Retention of Potter Anderson & Corroon LLP as Special Counsel on Behalf of and at the Sole Direction of the Conflicts Committee of the Board of Directors of American Signature, Inc., Effective as of the Petition Date [Filed 1/6/26] (Docket No. 332).**

Status:  **The order has been entered.  No hearing will be necessary.**

## MATTERS GOING FORWARD

8. **DIP Motion** – Motion of the Debtors for Entry of Interim and Final Orders Under Bankruptcy Code Sections 105, 361, 362, 363, 364, 503, 506, 507, and 552, and Bankruptcy Rules 2002, 4001, 6003, 6004, and 9014 (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting (A) Liens and Providing Superpriority Administrative Expense Status and (B) Adequate Protection to Prepetition Secured Creditors, (III) Modifying Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 11/24/25] (Docket No. 14).

    Response Deadline:  December 29, 2025 at 4:00 p.m. Eastern Time.  Extended to December 31, 2026 at 4:00 p.m. Eastern Time for PNC Bank.

    Responses Received:

    a) Limited Objection of Broadstone AVF Michigan, LLC, Federal Realty OP LP, FR Montrose Crossing, LLC, Lakeview Plaza (Orland), LLC, SCF RC Funding IV LLC, and STORE SPE AVFII 2017-2, LLC to Motion of Debtors for Entry of Interim and Final Orders Under Bankruptcy Code Sections 105, 361, 362, 363, 364, 503, 506, 507, and 522, and Bankruptcy Rules 2002, 4001, 6003, 6004, and 9014 (I) Authorizing Debtors to (A) Obtain Post Petition Financing and (B) Use Cash Collateral, (II) Granting (A) Liens and Providing Superpriority Status and (B) Adequate Protection to Prepetition Secured Creditors, (III) Modifying Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 12/29/25] (Docket No. 257).

    b) Objection of the Official Committee of Unsecured Creditors to the Motion of the Debtors for Entry of Interim and Final Orders Under Bankruptcy Code Sections 105, 361, 362, 363, 364, 503, 506, 507, and 552, and Bankruptcy Rules 2002, 4001, 6003, 6004, and 9014 (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting (A) Liens and Providing Superpriority Administrative Expense Status and (B) Adequate Protection to Prepetition Secured Creditors, (III) Modifying Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 12/29/25] (Docket No. 258).

c) Informal response from PNC.

<u>Replies Filed</u>:

a) Debtors' Reply in Support of Motion of the Debtors for Entry of Interim and Final Orders Under Bankruptcy Code Sections 105, 361, 362, 363, 364, 503, 506, 507, and 552, and Bankruptcy Rules 2002, 4001, 6003, 6004, and 9014 (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting (A) Liens and Providing Superpriority Administrative Expense Status and (B) Adequate Protection to Prepetition Secured Creditors, (III) Modifying Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 1/5/26] ([Docket No. 327](#)).

b) Debtors' Motion for Leave to File Late Reply in Support of DIP Financing Motion [Filed: 1/5/26] ([Docket No. 328](#)).

<u>Related Documents</u>:

a) Declaration of J. Scott Victor in Support of Motion of the Debtors for Entry of Interim and Final Orders under Bankruptcy Code Sections 105, 361, 362, 363, 364, 503, 506, 507, and 552, and Bankruptcy Rules 2002, 4001, 6003, 6004, and 9014 (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting (A) Liens and Providing Superpriority Administrative Expense Status and (B) Adequate Protection to Prepetition Secured Creditors, (III) Modifying Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 11/24/25] ([Docket No. 16](#)).

b) [Signed] Interim Order Under Bankruptcy Code Sections 105, 361, 362, 363, 364, 503, 506, 507, and 552, and Bankruptcy Rules 2002, 4001, 6003, 6004, and 9014 (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting (A) Liens and Providing Superpriority Administrative Expense Status and (B) Adequate Protection to Prepetition Secured Creditors, (III) Modifying Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 11/26/25] ([Docket No. 83](#)).

c) Notice of Entry of Interim Order and Final Hearing Regarding Motion of the Debtors for Entry of Interim and Final Orders Under Bankruptcy Code Sections 105, 361, 362, 363, 364, 503, 506, 507, and 552, and Bankruptcy Rules 2002, 4001, 6003, 6004, and 9014 (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting (A) Liens and Providing Superpriority Administrative Expense Status and (B) Adequate Protection to Prepetition Secured Creditors, (III) Modifying Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed: 11/26/25] ([Docket No. 99](#)).

d) Official Committee of Unsecured Creditors' Witness and Exhibit List for Hearing Scheduled on January 7, 2026 at 11:00 a.m. (Prevailing Eastern Time) [Filed: 1/5/26] ([Docket No. 314](#)).

e) Debtors' Witness and Exhibit List for Hearing on January 7, 2026 at 11:00 a.m. Eastern Time [Filed: 1/5/26] (Docket No. 321).

Status:  This matter will go forward.  Rudolph Morando, Co-Chief Restructuring Officer, is expected to testify about the Debtors' business judgment in support of the DIP financing.  The Debtors' are responding to the objections and informal comments received and expect to present a revised order to the Court either at or before the hearing. To the extent any objections or informal comments remain unresolved, they will be addressed at the hearing.

9. **GOB Motion** – Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Assume the Consulting Agreement, (B) Conduct Store Closing Sales, with Such Sales to Be Free and Clear of All Liens, Claims, and Encumbrances, and (C) Granting Related Relief [Filed: 11/24/25] (Docket No. 18).

Response Deadline:  December 10, 2025 at 4:00 p.m. Eastern Time.

Responses Received:

a) United States Trustee's Objection to Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Assume the Consulting Agreement, (B) Conduct Store Closing Sales, with Such Sales to Be Free and Clear of All Liens, Claims, and Encumbrances, and (C) Granting Related Relief [Filed: 12/10/25] (Docket No. 170).

b) SB360 Capital Partners, LLC's Response in Support of the Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Assume the Consulting Agreement, (B) Conduct Store Closing Sales, with Such Sales to Be Free and Clear of All Liens, Claims, and Encumbrances, and (C) Granting Related Relief, and Reply to United States Trustee's Objection Thereto [Filed: 12/12/25] (Docket No. 182).

Replies Filed:

a) Debtors' Reply in Support of Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Assume the Consulting Agreement, (B) Conduct Store Closing Sales, with Such Sales to Be Free and Clear of All Liens, Claims, and Encumbrances, and (C) Granting Related Relief [Filed: 12/12/25] (Docket No. 188).

Related Documents:

a) Certification of Counsel Submitting Revised Interim Order Granting In Part and Continuing In Part Debtors' Motion to (A) Assume the Consulting Agreement, (B) Conduct Store Closing Sales, with Such Sales to Be Free and Clear of All Liens, Claims, and Encumbrances, (C) Scheduling a Hearing, and (D) Granting Related Relief [Filed: 11/26/25] (Docket No. 103).

b) [Signed] Interim Order Granting In Part and Continuing In Part Debtors' Motion to (A) Assume the Consulting Agreement, (B) Conduct Store Closing Sales, with Such

Sales to Be Free and Clear of All Liens, Claims, and Encumbrances, (C) Scheduling a Hearing, and (D) Granting Related Relief [Filed: 11/26/25] ([Docket No. 104](#)).

c) Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Assume the Consulting Agreement, (B) Conduct Store Closing Sales, with Such Sales to Be Free and Clear of All Liens, Claims, and Encumbrances, and (C) Granting Related Relief [Filed: 11/26/25] ([Docket No. 105](#)).

d) Declaration of SB360 Capital Partners, LLC in Support of Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Assume the Consulting Agreement, (B) Conduct Store Closing Sales, with Such Sales to Be Free and Clear of All Liens, Claims, and Encumbrances, and (C) Granting Related Relief [Filed: 12/3/25] ([Docket No. 116](#)).

e) Debtors' Witness and Exhibit List for Hearing on December 15, 2025 at 10:30 a.m. (ET) [Filed: 12/11/25] ([Docket No. 175](#)).

f) Official Committee of Unsecured Creditors' Witness and Exhibit List for Hearing Scheduled for December 15, 2025, at 10:30 a.m. (Prevailing Eastern Time) [Filed: 12/12/25] ([Docket No. 180](#)).

g) Notice of Filing Proposed Final Order Authorizing the Debtors to (A) Assume the Consulting Agreement, (B) Conduct Store Closing Sales, with Such Sales to Be Free and Clear of All Liens, Claims, and Encumbrances, and (C) Granting Related Relief [Filed: 12/12/25] ([Docket No. 181](#)).

h) United States Trustee's Witness and Exhibit List Relating to Matters Scheduled for Hearing on December 15, 2025 at 10:30 a.m. [Filed: 12/12/25] ([Docket No. 186](#)).

i) SB360 Capital Partners, LLC Witness and Exhibit List for December 15, 2025 Hearing [Filed: 12/12/25] ([Docket No. 189](#))

j) Debtors' Motion for Leave to File Late Replies in Support of Bid Procedures Motion and Store Closing Motion [Filed: 12/13/25] ([Docket No. 191](#)).

k) Official Committee of Unsecured Creditors' Amended Witness and Exhibit List for Hearing Scheduled for December 15, 2025, at 10:30 a.m. (Prevailing Eastern Time) [Filed: 12/14/25] ([Docket No. 194](#)).

l) Notice of Withdrawal of Notice of Amended Witness and Exhibit List for Hearing Scheduled for December 15, 2025 [Filed: 12/14/25] ([Docket No. 195](#)).

m) Official Committee of Unsecured Creditors' Amended Witness and Exhibit List for Hearing Scheduled for December 15, 2025, at 10:30 a.m. (Prevailing Eastern Time) [Filed: 12/14/25] ([Docket No. 196](#)).

n) [Signed] Order Granting Debtors' Motion for Leave to File Late Replies in Support of Bid Procedures Motion and Store Closing Motion [Filed: 12/16/25] ([Docket No. 209](#)).

o) Debtors' Witness and Exhibit List for Hearing on January 7, 2026 at 11:00 a.m. Eastern Time [Filed: 1/5/26] ([Docket No. 321](#)).

Status:  This matter will go forward.  Rudolph Morando, Co-Chief Restructuring Officer, is expected to testify about the Debtors' business judgment in support of the consulting agreement and GOB store closing motion.  Robert A. Raskin, Executive Managing Director and General Counsel of SB360 Capital Partners, LLC, may testify in support of his declaration.

10. **Cash Management Motion** – Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, (D) Perform Intercompany Transactions, and (E) Granting Related Relief [Filed: 11/24/25] ([Docket No. 8](#)).

    Response Deadline:  December 29, 2025 at 4:00 p.m. Eastern Time.

    Responses Received:  Informal comments from the Official Committee of Unsecured Creditors and Office of the United States Trustee.

    Related Documents:

    a) [Signed] Interim Order (I) Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor and Pay Bank Fees, (C) Maintain Existing Business Forms, (D) Perform Intercompany Transactions, (II) Scheduling a Final Hearing, and (III) Granting Related Relief [Filed: 11/25/25] ([Docket No. 74](#)).

    b) Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, (D) Perform Intercompany Transactions, and (E) Granting Related Relief [Filed: 11/26/25] ([Docket No. 91](#)).

    Status:  The Debtors have resolved the informal comments of the Committee and are working to resolve the comments of the U.S. Trustee.  To the extent those comments are not resolved, this matter will go forward.

11. **SBV Holland LLC's Stay Motion** – SBV Holland LLC's Memorandum of Law in Support of Motion to Lift Automatic Stay [Filed: 12/4/25] ([Docket No. 122](#)).

    Response Deadline:  December 29, 2025.

    Responses Received:  Informal comments from Debtors.

Related Documents:

a) **Certification of Counsel [Filed: 1/6/26] ([Docket No. 335](#)).**

b) **[Signed] Consent Order Granting SBV Holland LLC Relief from Automatic Stay [Filed: 1/6/26] ([Docket No. 336](#)).**

Status:  **The order has been entered.  No hearing will be necessary.**

12. **Interim Comp Motion** – Motion of Debtors for Entry of an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief [Filed: 12/17/25] ([Docket No. 218](#)).

    Response Deadline:  December 31, 2025 at 4:00 p.m. Eastern Time.

    Responses Received:  Informal comments from the Official Committee of Unsecured Creditors.

    Related Documents:

    a) Certification of Counsel Regarding Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief [Filed 1/5/26] ([Docket No. 326](#)).

    b) **[Signed] Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief [Filed 1/6/26] ([Docket No. 333](#)).**

    Status:  **The order has been entered.  No hearing will be necessary.**

13. **A&G Retention Application** – Debtors' Application for Entry of an Order (A) Authorizing the Debtors to Employ and Retain A&G Realty Partners, LLC as Real Estate Consultant and Advisor for the Debtors Effective as of the Petition Date and (B) Waiving Certain Reporting Requirements [Filed: 12/17/25] ([Docket No. 216](#)).

    Response Deadline:  December 31, 2025 at 4:00 p.m. Eastern Time.

    Responses Received:

    a) Informal comments from the Official Committee of Unsecured Creditors.

    b) United States Trustee's Objection to Debtors' Application for Entry of an Order (A) Authorizing the Debtors to Employ and Retain A&G Realty Partners, LLC as Real Estate Consultant and Advisor for the Debtors Effective as of the Petition Date and (B) Waiving Certain Reporting Requirements [Filed: 1/5/26] ([Docket No. 320](#)).

Related Documents:

a) Notice of Filing of Corrected Exhibit to Debtors' Application for Entry of an Order (A) Authorizing the Debtors to Employ and Retain A&G Realty Partners, LLC as Real Estate Consultant and Advisor for the Debtors Effective as of the Petition Date and (B) Waiving Certain Reporting Requirements [Filed: 1/2/26] ([Docket No. 291](#)).

Status:  The Debtors have resolved the informal comments of the Committee.  This matter will go forward with respect to the objection of the U.S. Trustee.

Dated:  January 7, 2026                                    **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware  19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@pszjlaw.com
          dbertenthal@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*