IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| AMERICAN SIGNATURE, INC., *et al.*,[1] | ) Case No. 25-12105 (JKS) |
| Debtors. | ) (Jointly Administered) |
|  | ) Re: Docket No. 108, 259 |

**NOTICE OF SUCCESSFUL BIDDER, CANCELLATION OF AUCTION OF AGGREGATE ASSETS, AND ADJOURNMENT OF AUCTION WITH <u>RESPECT TO CERTAIN REAL PROPERTY INTERESTS</u>**

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors-in-possession (the "<u>Debtors</u>") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "<u>Bankruptcy Code</u>"), on November 22, 2025, in the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>").

**PLEASE TAKE FURTHER NOTICE** that on November 26, 2025, the Debtors filed the *Motion of the Debtors for Entry of Orders (I)(A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter Into (I) Stalking Horse Asset Purchase Agreement and (II) Stalking Horse Agency Agreement and to Provide Bid Protections Thereunder, (C) Scheduling An Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [Docket No. 108] (the "<u>Sale Motion</u>") with the Bankruptcy Court, seeking, among other things, entry of an order (the "<u>Sale Order</u>") approving the proposed sale (the "<u>Sale</u>") of certain of the Debtors' assets, including the Debtors' owned real estate assets, the Debtors' intellectual property, and certain of the Debtors' claims and causes of action and other assets (the "<u>Aggregate Assets</u>") pursuant to the terms of, and as further described in, that certain asset purchase agreement dated as of November 25, 2025 (including all exhibits and schedules related thereto), as subsequently amended (the "<u>Stalking Horse APA</u>"), with ASI Purchaser LLC (and together with any applicable designee, the "<u>Stalking Horse Buyer</u>").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

**PLEASE TAKE FURTHER NOTICE** that on December 29, 2025, the Court entered an order [Docket No. 259] (the "Bidding Procedures Order")[2] approving certain bidding procedures (the "Bidding Procedures") to be employed by the Debtors in connection with the marketing of the Purchased Assets. In accordance with the Bidding Procedures Order, the Debtors scheduled an Auction for January 8, 2026, at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, as of the Bid Deadline, the Debtors did not receive any Qualified Bids for the Aggregate Assets other than from the Stalking Horse Buyer; accordingly, pursuant to the Bidding Procedures Order, the Stalking Horse Buyer is deemed the Successful Bidder.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the terms of the Bidding Procedures Order, the Debtors have canceled the Auction for the Aggregate Assets.

**PLEASE TAKE FURTHER NOTICE** that although the Debtors did not receive any Qualified Bids for the Aggregate Assets other than from the Stalking Horse Buyer, the Debtors received certain bids with respect to a fee owned property and individual leases that were part of the Stalking Horse APA. The Debtors are in ongoing discussions with the Stalking Horse Buyer regarding the terms, if any, under which the Stalking Horse Buyer would agree to release such real property interests from the Stalking Horse APA to allow the Debtors to undertake transactions with the applicable bidder. Accordingly, the Debtors hereby adjourn the Auction to a date to be determined in consultation with the Consultation Parties, with respect to any real property interests that are ultimately removed from the Stalking Horse APA.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will seek approval of the Sale of the Aggregate Assets and the Stalking Horse APA at a hearing (the "Sale Hearing") scheduled to commence on **February 4, 2026, at 10:00 a.m. (prevailing Eastern Time**) before the Honorable J. Kate Stickles, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, Wilmington, Delaware 19801. The Sale Hearing may be adjourned or rescheduled by the Debtors, in consultation with the Successful Bidder and Consultation Parties, to a time and date consistent with the Court's calendar, as set forth in notice on the docket of these Chapter 11 Cases, a notice of agenda, or stated orally at the Sale Hearing.

---

[2] Capitalized terms not otherwise defined herein shall have the meaning given them in the Bidding Procedures Order.

| | |
|---|---|
| Dated:   January 7, 2026 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | |
| | */s/ Laura Davis Jones* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | David M. Bertenthal (CA Bar No. 167624) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, Delaware  19899 (Courier 19801) |
| | Telephone:  (302) 652-4100 |
| | Facsimile:   (302) 652-4400 |
| | Email: ljones@pszjlaw.com |
| | dbertenthal@pszjlaw.com |
| | |
| | *Counsel to the Debtors and Debtors in Possession* |