**Exhibit 2**

**Approved Budget**

13151845v6

**American Signature, Inc.**
**DIP Budget**
**$ in Millions**

| | | | | | | | Post-Petition | | | | | | | | (a) | (b) | (a + b) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Number | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Total 13-Wks | Total 5-Wks | Grand Total |
| Week Ending | 3-Jan | 10-Jan | 17-Jan | 24-Jan | 31-Jan | 7-Feb | 14-Feb | 21-Feb | 28-Feb | 7-Mar | 14-Mar | 21-Mar | 28-Mar | Thru 3/28 | Thru 5/02 | 18-Wks |
| Act / Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | | | |
| **I. Receipts** | | | | | | | | | | | | | | | | |
| 1.) Total Receipts | $ 8 | $ 8 | $ 12 | $ 15 | $ 15 | $ 98 | $ 5 | $ 0 | $ 0 | $ 1 | $ 0 | $ 0 | $ 0 | $ 162 | $ 14 | $ 176 |
| **II. Operating Disbursements** | | | | | | | | | | | | | | | | |
| 2.) Merchandise, Freight, Customs & Duty | $ (0) | $ (1) | $ (1) | $ (2) | $ (1) | $ (1) | $ (1) | $ (1) | $ (1) | $ (1) | $ (1) | $ (1) | $ (0) | $ (9) | $ (1) | $ (10) |
| 3.) Payroll, Taxes & Benefits | (3) | (5) | (3) | (6) | (3) | (5) | (2) | (3) | (2) | (4) | (1) | (2) | (4) | (43) | (2) | (45) |
| 4.) Occupancy | (5) | (0) | (0) | (0) | (0) | (5) | (0) | (0) | (0) | (5) | (0) | (0) | (0) | (17) | (4) | (21) |
| 5.) All Other | (1) | (1) | (1) | (3) | (2) | (2) | (0) | (2) | (1) | (0) | (0) | (0) | (0) | (14) | (3) | (18) |
| 6.) Subtotal: Operating Disbursements | (9) | (6) | (5) | (10) | (6) | (12) | (4) | (7) | (4) | (10) | (3) | (3) | (5) | (84) | (10) | (94) |
| 7.) Operating Cash Flow | $ (2) | $ 1 | $ 7 | $ 4 | $ 9 | $ 86 | $ 2 | $ (7) | $ (4) | $ (9) | $ (3) | $ (3) | $ (5) | $ 78 | $ 4 | $ 82 |
| **III. Restructuring Costs** | | | | | | | | | | | | | | | | |
| 8.) Professional Fees | $ (1) | $ (2) | $ (1) | $ (1) | $ (1) | $ (2) | $ (1) | $ (0) | $ (0) | $ (0) | $ (0) | $ (0) | $ (0) | $ (12) | $ (1) | $ (13) |
| 9.) Liquidation (Expense) / Reimbursement | (0) | (0) | (1) | (1) | (1) | (0) | 4 | 5 | 5 | 5 | 4 | 4 | 4 | 29 | 2 | 30 |
| 10.) Other One-Time / Restructuring | - | (0) | - | (0) | 6 | (2) | - | (0) | - | 1 | - | (0) | - | 5 | 7 | 12 |
| 11.) Prepetition Term Loan Repayment | (0) | - | - | - | - | (54) | - | - | - | - | - | - | - | (54) | - | (54) |
| 12.) Subtotal: Restructuring Costs | (2) | (3) | (2) | (2) | 4 | (58) | 3 | 4 | 4 | 5 | 4 | 4 | 4 | (33) | 8 | (25) |
| 13.) Net Cash Flow | $ (3) | $ (2) | $ 5 | $ 3 | $ 14 | $ 28 | $ 5 | $ (2) | $ 0 | $ (4) | $ 2 | $ 1 | $ (1) | $ 45 | $ 12 | $ 57 |
| **IV. Total Liquidity** | | | | | | | | | | | | | | | | |
| **Cash Balance** | | | | | | | | | | | | | | | | |
| 14.) Beginning Book Cash | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 | $ 1 | $ 7 | $ 4 | $ 5 | $ 1 | $ 2 | $ 3 | $ 0 | $ 2 | $ 0 |
| 15.) Net Cash Flow | (3) | (2) | 5 | 3 | 14 | 28 | 5 | (2) | 0 | (4) | 2 | 1 | (1) | 45 | 12 | 57 |
| 16.) Prepetition ABL Borrowings / (Paydown) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 17.) DIP Borrowings / (Paydown) | 3 | 2 | (5) | (3) | (14) | (26) | - | - | - | - | - | - | - | (43) | - | (43) |
| 18.) Ending Book Cash | 0 | 0 | 0 | 0 | 0 | 1 | 7 | 4 | 5 | 1 | 2 | 3 | 2 | 2 | 14 | 14 |
| **Total Liquidity** | | | | | | | | | | | | | | | | |
| 19.) Ending Book Cash | 0 | 0 | 0 | 0 | 0 | 1 | 7 | 4 | 5 | 1 | 2 | 3 | 2 | 2 | 14 | 14 |
| 20.) Availability | 4 | 2 | 7 | 1 | 9 | - | - | - | - | - | - | - | - | - | - | - |
| 21.) Total Liquidity | $ 4 | $ 2 | $ 7 | $ 1 | $ 9 | $ 1 | $ 7 | $ 4 | $ 5 | $ 1 | $ 2 | $ 3 | $ 2 | $ 2 | $ 14 | $ 14 |