**Exhibit 2**

**First Amendment**

DE:4896-3739-8394.12 03721.00001

## AMENDMENT NO. 1 TO CONSULTING AGREEMENT

This Amendment No. 1 to Consulting Agreement made as of November 5, 2025 (this "Agreement") is made by and between American Signature, Inc. (the "Company") and SB360 Capital Partners, LLC (the "Consultant").

**R E C I T A L S:**

WHEREAS, the Company and Consultant are parties to the Consulting Agreement dated as of September 19, 2025 (the "Consulting Agremeent") in connection with the liquidation of Stores to be designated and the Company and the Company and Consultant desire to amend the Consulitng Agreement reflecting the terms herein.

NOW, THEREFORE, in consideration of the mutual covenants and agreements hereinafter set forth and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree as follows:

1. Incorporation of Terms. All capitalized terms shall have the same meanings as ascribed thereto in the Consulting Agreement unless the same shall be expressly amended and modified by the terms of this Amendment.

2. Definitions For the purposes of this Amendment, the following terms shall be deleted:

~~"Additional Merchandise Expenses" shall mean the cost of obtaining the Additional Merchandise (including freight, shipping related labor, cost of capital, and insurance) the cost of ticketing the Additional Merchandise, cost of insurance for Additional Merchandise and other expenses incurred by Consultant which are attributable to the purchase and sale of the Additional Merchandise. The Consultant shall make all records and reports pertaining to Additional Merchandise Expenses available to Company during regular business hours upon reasonable notice.~~

~~"Additional Merchandise Proceeds" shall mean the aggregate of (i) the total amount (in dollars) of all sales of Additional Merchandise during the Sale Term, exclusive of sales taxes; (ii) all proceeds of insurance for loss or damage to Additional Merchandise arising from events occurring during the Sale Term relating to the Additional Merchandise; and (iii) the amount of honored customer deposits, honored discount coupons, store credits, gift certificates, loyalty program benefits and frequent shopper certificates, exclusive of all applicable sales taxes, utilized during the Sale Term relating to Additional Merchandise. The Consultant shall make all records and reports pertaining to Additional Merchandise Proceeds available to Company during regular business hours upon reasonable notice.~~

~~"Additional Merchandise Net Proceeds" shall mean the Additional Merchandise Proceeds minus the Additional Merchandise Expenses.~~

3. Sale Expenses.

Add a Section 3.2 as follows:

"Prepayment. Concurrently with the execution of this Amendment, the Company shall fund to Consultant a retainer of $125,000 (the "Prepayment") which shall be held by Consultant until the Final Settlement. The Company shall not apply the Prepayment to, or otherwise offset any portion of the Prepayment against, any weekly reimbursement, payment of Consultant Expenses or other amount owing to Consultant under this Agreement prior to the final reconciliation. Without limiting any of Consultant's other rights, Consultant may apply the Prepayment to any unpaid obligation owing by the Company to Consultant under the Consulting Agreement. Any portion of the Prepayment not used to pay amounts explicitly contemplated by the Consulting Agreement shall be returned to the Company within three (3) days following the Final Settlement.

In anticipation of the possibility of future store closings, the Company would like to order sign packages to be prepared to close additional stores. The Company will notify the Consultant when to order signs and at that time the Company shall fund to Consultant a payment of $800,000 to be earmarked for the purchase of signage for additional stores. The Company shall own the signs purchased to be utilized in connection with the closing of future stores."

4. <u>Additional Merchandise</u>.

(e) delete Section 9(e): ~~Consultant shall pay the Company (or the Company shall retain) 50% of Additional Merchandise Net Proceeds and 50% of Additional Merchandise Net Proceeds, shall be retained by the Consultant (or the Company shall pay Consultant).~~ and replace with: Consultant shall pay to Merchant an amount equal to seven percent (7.0%) percent of the gross proceeds (excluding Sale Taxes) from the sale of the Additional Merchandise (the "Additional Merchandise Fee") and Consultant shall retain all remaining amounts from the sale of the Additional Merchandise. Consultant shall pay Merchant its Additional Merchandise Fee in connection with each Weekly Sale Reconciliation with respect to sales of Additional Merchandise sold by Consultant during each then prior week.

5. <u>Insert Section 10.9. Pre-Sale Orders and Expenses</u>.

(a) The Company shall retail all responsibility for satisfying all customer orders for which a deposit was made prior to the start of the Sale (the "<u>Pre-Sale Orders</u>") or otherwise resolving those deposits.

(b) Subject to the provisions of this Section 8.10, during the first eighteen (18) days of the Sale Term ("<u>On Hand Fulfillment Order Deadline</u>") Agent shall assist Company in connection with its efforts to fulfill certain orders placed with Company prior to the Sale Commencement Date for which the Company has received deposits from the affected customer(s) and with respect to which all of the goods related to such orders are on hand and fully reserved at the Closing Locations as of the Sale Commencement Date or which are received by Company into inventory on or before the On Hand Fulfillment Order Deadline. The Fulfillment Merchandise related to On Hand Fulfillment Orders shall be electronically earmarked to fill the respective On Hand Fulfillment Orders in a manner to be agreed upon by Company and Agent. Agent shall use reasonable efforts to fulfill and deliver the On Hand Fulfillments Orders.. Any additional funds received from customers on account of the On Hand Fulfillment Orders, net of the Pre-Sale Order

Expenses (provided for in Section 8.10(c) below) and Fulfillment Processing Expenses, shall be remitted to Company on a weekly basis and included in the weekly reconciliation prepared pursuant to Section 8.7(a) hereunder.

(c) All expenses incurred in connection with fulfilling such Pre-Sale Order, including but not limited to, Sales Taxes, credit card fees, labor and delivery and all sales commissions attributable to the Fulfillment Merchandise shall be borne and paid by Company and Company shall pay or reimburse Agent for (i) the any billed freight of the Fulfillment Merchandise required to fulfill said Pre-Sale Orders, (ii) any and all out-of-pocket expenses incurred by Agent to complete said Pre-Sale Orders, including, without limitation, any transfer expenses between locations, sales tax, credit card fee or finance fees, sales personnel commission, preparation work, refinishing, administrative matters and salaries and wages relating to the completion and delivery of the Fulfillment Merchandise for such Pre-Sale Orders, and (iii) a commission to Agent of two percent (2.0%) percent of the gross sales amount (excluding sales tax and delivery charges) for handling said Pre-Sale Orders (the and commissions (collectively, the "<u>Fulfillment Processing Expenses</u>").

[SIGNATURES APPEAR ON NEXT PAGE]

IN WITNESS WHEREOF, the Company and the Consultant have executed this Amendment or caused this Amendment to be executed by their respective officers thereunto duly authorized as of the date first written above.

**American Signature, Inc.**

By:_____
Name:
Its:

**SB360 Capital Partners, LLC**

By:_____
Name: Aaron Miller
Its: President

Exhibit A
Store List

| STORE # | STORE | LOCATION | ADDRESS | CITY | STATE | ZIP | SQ FT | Commencement Date | Termination Date |
|---|---|---|---|---|---|---|---|---|---|
| 412 | American Signature Furniture | Tropicaire | 7775 SW 40th Street | Miami | FL | 33155 | 50,000 | 11/13/2025 | 1/7/2026 |
| 443 | American Signature Furniture | Alpharetta | 7461 North Point Parkway | Alpharetta | GA | 30022 | 41,750 | 11/13/2025 | 1/7/2026 |
| 420 | American Signature Furniture | Camp Creek | 3755 Carmia Drive SW Suite 1000 | Atlanta | GA | 30331 | 50,134 | 11/13/2025 | 1/7/2026 |
| 418 | American Signature Furniture | Duluth | 3900 Venture Drive | Duluth | GA | 30096 | 55,727 | 11/13/2025 | 1/7/2026 |
| 413 | American Signature Furniture | Kennesaw | 840 Ernest W Barrett Parkway NW Suite 250 | Kennesaw | GA | 30144 | 50,000 | 11/13/2025 | 1/7/2026 |
| 448 | American Signature Furniture | Lithonia | 2918 Turner Hill Road | Lithonia | GA | 30038 | 49,319 | 11/13/2025 | 1/7/2026 |
| 431 | American Signature Furniture | Southlake | 1972 Mt Zion Road | Morrow | GA | 30260 | 40,500 | 11/13/2025 | 1/7/2026 |
| 433 | American Signature Furniture | Smyrna | 2540 Cumberland Boulevard SE | Smyrna | GA | 30080 | 42,934 | 11/13/2025 | 1/7/2026 |
| 148 | Value City Furniture | Gurnee Mills | 6116 Grand Avenue | Gurnee | IL | 60031 | 80,158 | 11/13/2025 | 1/7/2026 |
| 21 | Value City Furniture | Clarksville | 945 East Lewis and Clarke Parkway | Clarksville | IN | 47129 | 27,277 | 11/13/2025 | 1/7/2026 |
| 56 | Value City Furniture | South Bend | 5865 Grape Road | Mishawaka | IN | 46545 | 58,152 | 11/13/2025 | 1/7/2026 |
| 51 | Value City Furniture | Dixie - Louisville | 9070 Dixie Highway | Louisville | KY | 40258 | 38,848 | 11/13/2025 | 1/7/2026 |
| 163 | Value City Furniture | Rockville | 12055 Rockville Pike | Rockville | MD | 20852 | 48,070 | 11/13/2025 | 1/7/2026 |
| 177 | Value City Furniture | Ann Arbor | 425 East Eisenhower Parkway | Ann Arbor | MI | 48108 | 69,911 | 11/13/2025 | 1/7/2026 |
| 172 | Value City Furniture | Clinton | 33801 Southbound Gratiot Avenue | Clinton Twp | MI | 48035 | 69,260 | 11/13/2025 | 1/7/2026 |
| 101 | Value City Furniture | Dearborn | 5701 Mercury Drive | Dearborn | MI | 48126 | 50,591 | 11/13/2025 | 1/7/2026 |
| 174 | Value City Furniture | Lansing | 8748 West Saginaw Highway | Lansing | MI | 48917 | 109,297 | 11/13/2025 | 1/7/2026 |
| 171 | Value City Furniture | Chesterfield | 50400 Gratiot Avenue | New Baltimore | MI | 48051 | 73,151 | 11/13/2025 | 1/7/2026 |
| 175 | Value City Furniture | Novi - New | 27775 Novi Road | Novi | MI | 48377 | 102,600 | 11/13/2025 | 1/7/2026 |
| 181 | Value City Furniture | Portage | 550 Ring Road | Portage | MI | 49024 | 50,686 | 11/13/2025 | 1/7/2026 |
| 102 | Value City Furniture | Chippewa | 7077 Chippewa Street | St. Louis | MO | 63119 | 70,920 | 11/13/2025 | 1/7/2026 |
| 124 | Value City Furniture | Amherst | 4220 Maple Road | Amherst | NY | 14226 | 50,858 | 11/13/2025 | 1/7/2026 |
| 76 | Value City Furniture | Buffalo Thruway | 800 Thruway Plaza Drive | Cheektowaga | NY | 14225 | 49,872 | 11/13/2025 | 1/7/2026 |
| 71 | Value City Furniture | Centerville - Dayton | 2070 Miamisburg Centerville Road | Centerville | OH | 45459 | 51,282 | 11/13/2025 | 1/7/2026 |
| 80 | Value City Furniture | Eastgate | 650 Eastgate South Drive Suite A | Cincinnati | OH | 45245 | 48,065 | 11/13/2025 | 1/7/2026 |
| 92 | Value City Furniture | Mechanicsburg | 6520 Carlisle Pike Suite 400 | Mechanicsburg | PA | 17050 | 50,377 | 11/13/2025 | 1/7/2026 |
| 109 | Value City Furniture | Newport News | 12149 Jefferson Avenue | Newport News | VA | 23602 | 55,800 | 11/13/2025 | 1/7/2026 |
| 129 | Value City Furniture | Richmond | 9110 West Broad Street | Richmond | VA | 23294 | 62,781 | 11/13/2025 | 1/7/2026 |

28  Store Count

**Exhibit B**

**Supplemental Store Form**

This is Exhibit B to the agreement of SB360 Capital Partners, LLC ("Consultant") and The Company dated as of September 19, 2025 (the "Agreement").

Unless otherwise modified herein, the terms of the Agreement are in full force and effect.

The Company designates the stores attached hereto as Stores subject to this Agreement.

The term "Sale Term" with respect to each of the Stores shall commence on November 13, 2025 (the "Sale Commencement Date") and shall end with respect to each respective Store no later than the dates set forth on the attached (the "Sale Termination Date"); provided, however, that the Company and Consultant  may decide on an earlier or later "Sale Commencement Date" or "Sale

Attached hereto is an expense budget for the "Consultant Expenses" for the additional Closing Stores.

**Exhibit D**
**Budget**

| Supervision Expense | | |
|---|---|---|
| Title | # of Personnel | Total Supervision Expense |
| Store Supervisors | 12 | $644,143 |
| Startup Supervisors | 2 | 37,700 |
| Operations Lead | 1 | 55,800 |
| F&A | 1 | 55,800 |
| **Total** | **16** | **$793,443** |

| Advertising Expense | |
|---|---|
| Type of Advertising | Total Advertising Expense |
| Interior Signs and Exterior Banners | $182,980 |
| Sign walker Program | 235,200 |
| Advertising | 604,800 |
| **Total** | **$1,022,980** |

| Other Expense | |
|---|---|
| Type of Expenses | Total Other Expense |
| Professional Expense | $10,000 |
| **Total** | **$10,000** |
| **Grand Total** | **$1,826,423** |

Notes:

1. Assumes a standard industry rate of 50% for deferred compensation.

2. Assumes an Operations Lead to oversee sale operations remotely and in the field for the duration of the sale term.

3. Assumes 1 F&A to manage financial operations for the duration of the sale term.

4. Assumes 2 Startup Supervisors in the field across the 28-stores on a discretionary basis for a total of 21 days throughout the sale term.

5. The expense budget contemplates a sale term of November 13, 2025 through January 07, 2026. The Expense Budget remains subject to modification in the event that this term is extended, or as otherwise agreed to by the parties.

6. The expense budget is specific to the 28 stores as listed on Exhibit A. To the extent additional stores are added, the budget would be subject to modification.

7. Any legal expenses associated with issues raised by or disputes with landlords, including (without limitation) negotiations in respect of landlord side letters, and / or a insolvency proceeding shall be in addition to and not part of the budgeted expenses.