# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN SIGNATURE, INC., *et al.*,[1] | ) Case No. 25-12105 (JKS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Docket No. 369; 370** |

## ORDER (I) SHORTENING NOTICE AND SCHEDULING AN EXPEDITED HEARING ON SALE MOTIONS, (II) LIMITING NOTICE OF SALE MOTIONS, AND (III) GRANTING RELATED RELIEF

Upon consideration of the motion (the "Motion to Shorten")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for the entry of an order (this "Order"): (a) shortening notice on (i) the *Motion of Debtors for Entry of an Order (I) Authorizing the Sale and Assumption and Assignment of Certain Leases to Gardner White Furniture Co., Inc. and (II) Granting Related Relief* [Docket No. 369] (the "Gardner White Sale Motion") and (ii) the *Motion of Debtors for Entry of an Order (I) Authorizing the Sale of Inventory to Summit Warehousing, LLC and (II) Granting Related Relief* [Docket No. 370] (the "Inventory Sale Motion" and together with the Gardner White Sale Motion, the "Sale Motions"); (b) setting a hearing to consider the Sale Motions; (c) setting an objection deadline with respect to the relief requested in the Sale Motions; (d) limiting notice of the Sale Motions to the Notice Parties; and (e) granting related relief, all as more fully set forth in the Motion to Shorten; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion to Shorten.

28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion to Shorten is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors' notice of the Motion to Shorten and opportunity for a hearing on the Motion to Shorten were appropriate under the circumstances and no other notice need be provided; and the Court having found cause for the relief requested in the Motion to Shorten pursuant to Local Rule 9006-1(e); and the Court having found that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is GRANTED as set forth herein.

2. The Sale Motions will be considered by the Court on **January 28, 2026 at 11:00 a.m. (prevailing Eastern Time).**

3. Any response or objection to the Sale Motions must be filed on or before **January 26, 2026 at 11:00 a.m. (prevailing Eastern Time).**

4. The Debtors are authorized to limit service of notice of the Sale Motions to the Notice Parties, as such term is defined in the Motion to Shorten, and all applicable lienholders.

5. This Court retains jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

Dated: January 14, 2026

[Signature]
USBJ