**PROPOSED ORDER**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN SIGNATURE, INC., *et al.*, | Case No. 25-12105-JKS |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. ___** |

**ORDER GRANTING MOTION OF SYNCHRONY BANK**
**FOR ADEQUATE PROTECTION AND STAY RELIEF**
**IN CONNECTIONWITH CREDIT CARD PROGRAM**

Upon the motion (the "**Motion**")[2] of Synchrony Bank ("**Synchrony**") for entry of an order

for adequate protection and stay relief in connection with a credit card program, all as more fully

set forth in the Motion, and filings made in support of the Motion, including the declaration of

Corey Fitzgerald; and the United States District Court for the District of Delaware having

jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under

28 U.S.C. § 157 pursuant to the Amended Standing Order of Reference from the United States

District Court for the District of Delaware, dated February 29, 2012; and this Court having found

that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that

it may enter a final order consistent with Article III of the United States Constitution; and this

Court having found that venue of this proceeding and the Motion in this district is proper pursuant

to 28 U.S.C. §§ 1408 and 1409; and this Court having found that Synchrony's notice of the Motion

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

[2] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to them in the Motion.

and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.      As adequate protection of the interests of Synchrony in customer payments received by American Signature, Inc. ("**American Signature**") and its affiliated debtors and debtors-in-possession (collectively, the "**Debtors**"), the Debtors are directed to hold in trust all such customer payments, whether received before or after the Petition Date and before or after the date of this order, and to promptly remit to Synchrony in cash and without deduction or offset all such customer payments, including customer payments totaling no less than $[1,102,873.16] as of the date of this order.

2.      Synchrony is authorized to net, recoup, and setoff all amounts payable to the Debtors against all amounts payable by the Debtors in the ordinary course of business, whether such amounts were incurred before or after the bankruptcy (including $636,363.64 owed with respect to the termination of the credit card program maintained by Synchrony for the benefit of the Debtors) and to the extent necessary, Synchrony is hereby granted relief from the automatic stay for the foregoing purposes.

This ___ day of _____, 2026

_____
The Honorable J. Kate Stickles
United States Bankruptcy Court Judge

3