**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| AMERICAN SIGNATURE, INC., *et al.*, | Case No. 25-12105-JKS |
| Debtors.[1] | (Jointly Administered) |
|  | **Hearing Date: February 25, 2026 at 10:30 a.m. (ET)**<br>**Objection Deadline: February 4, 2026 at 4:00 p.m. (ET)** |

### NOTICE OF MOTION OF SYNCHRONY BANK FOR ADEQUATE PROTECTION AND STAY RELIEF IN CONNECTION WITH CREDIT CARD PROGRAM

**PLEASE TAKE NOTICE** that, on January 21, 2026, Synchrony Bank ("Synchrony") filed the Motion of Synchrony Bank for Adequate Protection and Stay Relief in Connection with Credit Card Program (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if any, must be in writing, filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801, on or **before February 4, 2026 at 4:00 p.m. (ET) (the "Objection Deadline")** and served upon and received by undersigned counsel for Synchrony.

**PLEASE TAKE FURTHER NOTICE** that, if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before the Honorable J. Kate

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

Stickles at the Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **February 25, 2026, at 10:30 a.m. (ET).**

      **IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  January 21, 2026
       Wilmington, Delaware

          **ESBROOK P.C.**

          */s/ Scott J. Leonhardt*
          Scott J. Leonhardt (4885)
          800 N. King Street, Suite 301
          Wilmington, DE 19801
          Tel: (302) 308-8174
          Scott.Leonhardt@esbrook.com

          -and-

          **DAVIS WRIGHT TREMAINE LLP**
          Hugh McCullough
          Attorneys for Synchrony Bank
          920 Fifth Avenue, Suite 3300
          Seattle, Washington 98104-1610
          206-622-3150

          *Counsel for Synchrony Bank*