# EXHIBIT 2



**GE Capital Retail Bank**

170 Election Road
Suite 125
Draper, UT 84020
USA

March 14, 2013

American Signature, Inc.
4300 E. 5th Avenue
Columbus, Ohio 43219

Re:    Private Label Consumer Credit Card Program Agreement

Dear Retailer,

Reference is made to the Private Label Consumer Credit Card Program Agreement, dated as of December 12, 2012, by and between American Signature, Inc. and GE Capital Retail Bank (as it may be amended or modified from time to time,  the "Agreement"). All capitalized terms used herein and not otherwise defined shall have the meanings ascribed to them in the Agreement.

Per your request, Bank is willing to revise the definition of Program Commencement Date to reflect March 18, 2013 and not April 1, 2013.  However, the foregoing revision shall not be applied to or otherwise alter (i) any annually recurring right or obligation of either party that uses Program Commencement Date as a marker (e.g., cost of funds adjustments pursuant to Section 3.5(b)), (ii) any payment or monetary allocation obligation of either party (e.g., in Sections 4.1, 5.2(a), 5.3(a)(ii) and 10.2(b) and all related definitions) or (iii) the definition of "Program Year", which shall continue to reflect the twelve month period from April 1st of any calendar year until March 31st of the following calendar year.  In sum, the effect of establishing an earlier Program Commencement Date as set forth above shall be to advance the implementation of Account origination and purchase capability on Accounts (and all related return, chargeback and settlement functions) by thirteen (13) days without otherwise altering the terms and conditions of the Agreement.

The provisions of the foregoing paragraph to the contrary notwithstanding, solely with respect to Section 5.3(a)(ii), if Net Program Sales during the period from April 1, 2013 through March 31, 2014 (the "initial calculation period") exceed ████████, then the amount of Net Program Sales during the period from March 18, 2013 through March 31, 2013 shall be added to the amount of Net Program Sales generated during the initial calculation period for purposes of the amount payable to Retailer pursuant to Section 5.3(a)(ii) at the beginning of the second Program Year.

Your signature below will constitute your acceptance of the amended Program Commencement Date and your receipt of the amended Operating Procedures.   No other changes to the Agreement are being made and the Agreement, as amended by this letter, shall continue in full force and effect.

Regards,
GE CAPITAL RETAIL BANK

By: _____

Name:  *Glenn P Marino*

Title:  *EVP*

Accepted and Agreed to by:
AMERICAN SIGNATURE, INC.

By: _____

Name: MARK E. LANG

Title: Controller

cc:    Kevin Cassidy
       John Hobby, Esq.