# EXHIBIT 6



**Synchrony Bank**
950 Forrer Boulevard
Kettering, OH  45420
USA

March 15, 2019

American Signature, Inc.
4300 E. 5th Avenue
Columbus, OH 43219
Attention:  Eric Jackson - CFO

RE:  Clarification on Deletion of Promo Fund

Dear Mr. Jackson:

Reference is made to that certain Private Label Consumer Credit Card Program Agreement between Synchrony Bank ("Bank") and American Signature, Inc., ("Retailer") dated as of December 12, 2012, (as amended, modified and supplemented from time to time, the "Agreement").  Capitalized terms that are not defined in this letter are used as defined in the Agreement.

As you know, the parties entered into a Fourth Amendment to the Agreement on March 16, 2018 that added a new Volume Discount in a new Section 4.5 to the Agreement effective for the Program Year beginning on April 1, 2018.   The parties intended for the new Volume Discount to replace the Program Promotion Fund of Section 5.3.  Accordingly, the parties agree that Section 5.3 is deleted in its entirety, and marked as "Intentionally Omitted," effective as of April 1, 2018.

Please have an authorized officer of Retailer to this updated definition by signing the acknowledgement at the bottom of this letter. Thank you for your attention in this matter.  If you have any additional questions, please feel free to contact Eric Hansen at 651-286-5015.


Sincerely,                                                   Acknowledged and Agreed:



**SYNCHRONY BANK**                                 **AMERICAN SIGNATURE, INC.**

By: _____              By: _____
Name: <u>Anthony Foster</u>                    Name: <u>Eric Jackson</u>
Its: <u>Senior Vice President</u>                 Its: <u>cfo</u>



Requested by M. Miller
Approved by Legal