# EXHIBIT 7

**FIFTH AMENDMENT TO**
**PRIVATE LABEL CONSUMER CREDIT CARD PROGRAM AGREEMENT**

THIS FIFTH AMENDMENT TO PRIVATE LABEL CONSUMER CREDIT CARD PROGRAM AGREEMENT (this "Amendment" or Fifth Amendment") is made as of April 1, 2021, and amends that certain Private Label Consumer Credit Card Program Agreement, made as of December 12, 2012 (as amended, modified and supplemented from time to time, the "Agreement"), by and between American Signature, Inc. ("Retailer") and Synchrony Bank ("Bank").  Capitalized terms used herein and not otherwise defined have the meanings given them in the Agreement.

WHEREAS, Bank and Retailer desire to amend the Agreement to add an online installment product for a pilot period to the Program.

NOW, THEREFORE, in consideration of the mutual promises and subject to the terms and conditions hereinafter set forth, the parties hereby agree as follows:

## I.   AMENDMENTS TO THE AGREEMENT

**1.1    Addition of a new Schedule 1.**  A new Schedule 1 is added to the Agreement and is attached to this Amendment as Attachment 1.

## II.  GENERAL

**2.1    Effect of Amendment.**  Except as specifically amended hereby, the Agreement, and all terms contained therein, remains in full force and effect.  The Agreement, as amended by this Amendment, constitutes the entire understanding of the parties with respect to the subject matter hereof.

**2.2    Severability.**  In case any one or more of the provisions contained in this Amendment shall be invalid, illegal or unenforceable in any respect, the validity, legality and enforceability of the remaining provisions contained herein shall not in any way be affected or impaired thereby.

**2.3    Further Assurances.**  The parties hereto agree to execute such other documents and instruments and to do such other and further things as may be necessary or desirable for the execution and implementation of this Amendment and the consummation of the transactions contemplated hereby and thereby.

**2.4    Counterparts.**  This Amendment may be executed in counterparts, each of which shall constitute an original, but all of which, when taken together, shall constitute but one agreement.

IN WITNESS WHEREOF, the parties hereto have caused this Amendment to be executed by their duly authorized officers, all as of the day and year first above written.

SYNCHRONY BANK

*Anthony S. Foster*

By: Anthony S. Foster (Apr 2, 2021 10:22 EDT)

   Name: Anthony Foster

   Its: Senior Vice President

AMERICAN SIGNATURE, INC.

By: Eric Jackson (Apr 1, 2021 20:24 EDT)

   Name:  Eric Jackson

   Its: CFO

2

Attachment 1

## SCHEDULE 1
## INSTALLMENT LOANS

Bank and Retailer agree to add installment loans as a new financing product under the Program (the "Installment Product").  This schedule establishes the terms and conditions for the Installment Product offered under the Program.

A.      It is the intention of Bank and Retailer to test the Installment Product made available through Retailer's website pages that are specific to American Signature Furniture products for a period of no less than ninety (90) days and no greater than one hundred eighty (180) days (the "Pilot Period").  After the Pilot Period, Retailer will give Bank notice of its desire to end or continue the Installment Product and Bank and Retailer will negotiate in good faith should the parties desire to continue the Installment Product under the Program.

B.      It is the intention of Bank and Retailer that the provisions of the Agreement shall apply to installment loans to the greatest extent possible.  References to "Cardholders" in the Agreement shall be deemed to include individuals who have applied for and been approved for an Installment Account.  References to "Accounts" in the Agreement shall be deemed to include Installment Accounts.  References to "Net Program Sales" will include sales volume resulting from Installment Accounts.  References to "Charge Transaction Data" will include net loan amounts (e.g., less any consumer-paid Bank fees) under Credit Agreements.

C.      The rights and responsibilities of Bank and Retailer under the Program shall apply to installment loans, except in any circumstance in which a provision purports to deal solely with issues relating to revolving credit and, in such case, if there is an analogous or comparable right or responsibility with respect to installment credit, then such provision shall be deemed revised to the extent necessary to apply to such corresponding right or responsibility (*e.g.*, Bank's right to establish credit lines and authorize purchases under the Program shall be deemed revised so as to refer to Bank's right to assign loan amounts and establish credit terms under the Installment Product).  If there is no such analogous or comparable right or responsibility, then such provision shall apply solely to revolving credit extended under the Program.

D.      Retailer and Bank will work together in good faith to integrate the offering of the Installment Product with Retailer's website and internet sales processes, including allowing applications for the Installment Product to be processed through Retailer's website and use of the Installment Product for online purchases. "Internet Applications" will include applications for an Installment Account.  The targeted start date for the Installment Product is April 1, 2021 (the "Installment Effective Date").  For purposes of calculating the applicable Volume Discount tier, Net Program Sales from Installment Accounts will be taken into account, however no Volume Discount will be payable in connection with any Net Program Sales attributable to Installment Accounts (i.e., the Volume Discount  will only be payable in connection with Net Program Sales attributable to Credit Cards).

E.      The provisions of the Agreement notwithstanding, the pricing and other terms and conditions applicable to Promotional Rates set forth in Schedule 3.5 of the Agreement will not apply to Installment Accounts.  The initial Program Fee to be paid by Retailer to Bank and

3

applicable to the "0% APR" offer available with respect to the Installment Product (the "<u>0% APR Offer</u>"), including the applicable Installment Program Fee Percentage, are set forth in the table below.



*Consumer Credit Tiers are established by Bank using VantageScore Credit Score.

During the Pilot Period, Retailer acknowledges that Bank may modify, terminate, or replace one or more 0% APR Offers at any time due to changes in Applicable Law (including Regulation Z) or regulatory guidance.  From time to time, during the Pilot Period, Bank and Retailer may mutually agree in writing to make available additional Loan Terms available under the 0% APR Offer or with other APR Offers, and with an Installment Program Fee Percentage established by Bank.

  **F.**  Bank will establish the standard Account terms and credit criteria to be applied with respect to Installment Accounts and may modify such terms and criteria from time to time, including (i) the interest rates/APR applicable to Installment Accounts, as well as all other terms upon which credit will be extended to Accountholders thereunder, and (ii) the credit criteria applicable to the establishment of Installment Accounts and the assignment of loan amounts.

  **G.**  Bank may from time to time develop and provide to Retailer separate operating procedures for the Installment Program (the "<u>Installment Operating Procedures</u>") governing, among other things, the flow of Installment Account application information, Credit Agreement information, document retention and the logistics and specific procedures involved in the establishment and maintenance of Installment Accounts.  All Credit Agreements will be processed and submitted to Bank in accordance with the Installment Operating Procedures.

  **H.**  The chargeback provisions of the Agreement will apply to purchases made on Installment Accounts, except for Section 7.1. with respect to Card Not Present Purchase transactions.

**I.**        Capitalized terms not otherwise defined in this Schedule 1 shall have the meanings given to such terms in Appendix A of the Agreement.  In addition, the following new definitions are hereby added to Appendix A:

"Credit Agreement" means the closed-end credit agreement between Bank and each Accountholder pursuant to which such Accountholder may make a purchase financed on installment credit provided by Bank together with any modifications or amendments which may be made to such agreement, as well as any related notes.

"Installment Account" means the legal relationship established by and between an Accountholder and Bank pursuant to a Credit Agreement, together with all Indebtedness owing thereunder from time to time and any current or future guaranties, security or other credit support therefor.

"Installment Operating Procedures" is defined in Section G. of this Schedule 1.

"Installment Program Fee" means the applicable Installment Program Fee Percentage, multiplied by the amount of the charge.

"Installment Program Fee Percentage" means the percentage set by Bank used in calculating the Installment Program Fee payable in connection with each submission by Retailer to Bank of Charge Transaction Data pertaining to an Installment Product purchase.

"Pilot Period" is defined in Section A. of this Schedule 1.