# EXHIBIT 11

3.6.2024 Draft

**NINTH AMENDMENT TO
PRIVATE LABEL CONSUMER CREDIT CARD PROGRAM AGREEMENT**

THIS NINTH AMENDMENT TO PRIVATE LABEL CONSUMER CREDIT CARD PROGRAM AGREEMENT (this "Amendment" or "Ninth Amendment") is made as of March ___, 2024, and amends that certain Private Label Consumer Credit Card Program Agreement, made as of December 12, 2012 (as amended, modified and supplemented from time to time, the "Agreement"), by and between American Signature, Inc. ("Retailer") and Synchrony Bank ("Bank").  Capitalized terms used herein and not otherwise defined have the meanings given them in the Agreement.

WHEREAS, Bank and Retailer wish to amend the terms and conditions of the Agreement as set forth herein.

NOW, THEREFORE, in consideration of the mutual promises and subject to the terms and conditions hereinafter set forth, the parties hereby agree as follows:

## I.    AMENDMENTS TO THE AGREEMENT

**1.1    Installment MasterCard settlement.**  Bank and Retailer acknowledge that certain Installment Product transactions that are conducted in store will utilize a card network for settlement.  For digital Installment Product transactions, Retailer shall include the charges and credits to Installment Accounts within the Charge Transaction Data, and such transactions shall be processed between the parties pursuant to Section 3.1 of the Agreement; provided, however, that Installment Product purchases are processed through a card network transaction, then such purchases shall be settled pursuant to the terms and conditions of the card network through which such transaction is processed rather than included in the Charge Transaction Data.

**1.2    Amendment to Schedule 1, Section B.**  The second to last sentence in Section B is deleted and replaced with the following:

"References to "Net Program Sales" **will not** include sales volume resulting from Installment Account, unless noted separately in the Agreement."

**1.3    Amendment to Schedule 1, Section D.**  A new sentence is added to the end of Section D as follows:

"For purposes of calculating the applicable Marketing Fund allocation, Net Program Sales from Installment Accounts will be included."

**1.4    Amendment to Schedule 1**.  A new Section J. is added to Schedule 1 as follows:

**J.**  At a date to be agreed upon by Bank and Retailer, if Bank is unable to approve an application for an Installment Account in the amount of the purchase, Bank may approve the application at a lower amount and the consumer will be required to reduce the amount of their purchase. Alternatively, Bank may permit the consumer to use the Installment Product for the purchase, without reducing the purchase amount, on the condition that the consumer makes a separate payment to Bank (the "Initial Payment") before establishing an Installment Account using the Installment Product.  The amount of the Initial Payment will be the difference between the full purchase amount and the approved loan amount.  Bank will present the consumer with the option to make the Initial Payment.  To make the Initial Payment, the consumer will be required to provide Bank with payment details, such as credit or debit card information.  For the purpose of calculating the Installment Program Fee Percentage on the Installment Product, Bank will calculate the fee on the total purchase amount, including the Initial Payment made to Bank by the consumer.

**1.5    Amendment to Schedule 1**.  A new Section K. is added to Schedule 1 as follows:

**K**.  For Installment Account transactions using a card network, no later than 30 days after the end of each calendar month, Bank will invoice Retailer an amount equal to the previous month's net sales on Installment Accounts, multiplied by the Installment Program Fee Percentage.

## II.  GENERAL

**2.1     Effect of Amendment.**  Except as specifically amended hereby, the Agreement, and all terms contained therein, remains in full force and effect.  The Agreement, as amended by this Amendment, constitutes the entire understanding of the parties with respect to the subject matter hereof.

**2.2     Severability.**  In case any one or more of the provisions contained in this Amendment shall be invalid, illegal, or unenforceable in any respect, the validity, legality, and enforceability of the remaining provisions contained herein shall not in any way be affected or impaired thereby.

**2.3     Further Assurances.**  The parties hereto agree to execute such other documents and instruments and to do such other and further things as may be necessary or desirable for the execution and implementation of this Amendment and the consummation of the transactions contemplated hereby and thereby.

**2.4     Counterparts.**  This Amendment may be executed in counterparts, each of which shall constitute an original, but all of which, when taken together, shall constitute but one agreement.

IN WITNESS WHEREOF, the parties hereto have caused this Amendment to be executed by their duly authorized officers, all as of the day and year first above written.

SYNCHRONY BANK

By: *Anthony Foster*
    EDA372117D504D6...

    Name: Anthony Foster

    Its: Senior Vice President

AMERICAN SIGNATURE, INC.

By: *E. J~*
    D68E00A0FE234C8...

    Name:  Eric Jackson

    Its: CFO

*MGJ* (DS)   Requested by Finance (H.H.).
             Approved by Legal.