# EXHIBIT 12

| Date | MID | MID Name | In Store Payments | Program Fees | Gross Sales | Refunds | Fraud Chargebacks | Dispute Chargebacks | Other | Total Discount Income, Refunds, Fraud Chargebacks, Dispute Chargebacks, and Other |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/24/2025 | 5348123030200004 | VALUE CITY FURNITURE HQ | (23,151.00) | (38,073.46) | 961,879.70 | (103,658.13) | - | - | - | (141,731.59) |
| 11/24/2025 | 5348123030000032 | AMERICAN SIGNATURE HQ | (700.00) | (5,891.82) | 160,400.53 | (44,229.32) | - | - | - | (50,121.14) |
| 11/24/2025 | 6097688200001066 | AMERICAN SIGNATURE FURNIT | - | (262.36) | 4,424.33 | - | - | - | - | (262.36) |
| 11/25/2025 | 5348123030200004 | VALUE CITY FURNITURE HQ | (34,898.50) | (23,043.68) | 542,395.91 | (69,078.09) | - | - | - | (92,121.77) |
| 11/25/2025 | 5348123030000032 | AMERICAN SIGNATURE HQ | (6,356.00) | (5,632.70) | 141,566.61 | (13,563.25) | - | - | - | (19,195.95) |
| 11/25/2025 | 6097688200001066 | AMERICAN SIGNATURE FURNIT | - | (247.12) | 4,106.58 | - | - | - | - | (247.12) |
| 11/26/2025 | 5348123030200004 | VALUE CITY FURNITURE HQ | (33,127.20) | (19,546.70) | 560,133.27 | (60,493.84) | - | (3,934.23) | - | (83,974.77) |
| 11/26/2025 | 5348123030000032 | AMERICAN SIGNATURE HQ | (1,798.00) | (3,606.67) | 89,988.44 | (13,916.64) | - | - | - | (17,523.31) |
| 11/26/2025 | 5348123030300044 | VALUE CITY FURN AS400 851 | - | - | - | - | (7,409.75) | - | - | (7,409.75) |
| 11/26/2025 | 6097688200001066 | AMERICAN SIGNATURE FURNIT | - | (24.88) | 431.99 | - | - | - | - | (24.88) |
| 11/27/2025 | 5348123030200004 | VALUE CITY FURNITURE HQ | (30,056.19) | (24,258.60) | 585,582.52 | (28,514.95) | - | (6,936.22) | - | (59,709.77) |
| 11/27/2025 | 5348123030000032 | AMERICAN SIGNATURE HQ | (4,003.17) | (7,527.78) | 141,636.57 | (9,207.94) | - | (623.99) | - | (17,359.71) |
| 11/27/2025 | 6097688200001066 | AMERICAN SIGNATURE FURNIT | - | (74.46) | 1,202.98 | - | - | - | - | (74.46) |
| 11/30/2025 | 5348123030200004 | VALUE CITY FURNITURE HQ | (40,509.69) | 15,075.58 | 52,019.75 | (318,261.39) | - | - | (302.31) | (303,488.12) |
| 11/30/2025 | 5348123030000032 | AMERICAN SIGNATURE HQ | (5,469.92) | (1,676.14) | 9,652.30 | (26,348.68) | - | - | (707.01) | (28,731.83) |
| 12/1/2025 | 5348123030200004 | VALUE CITY FURNITURE HQ | (16,063.40) | 4,659.08 | 1,485.43 | (86,382.08) | - | - | - | (81,723.00) |
| 12/1/2025 | 5348123030000032 | AMERICAN SIGNATURE HQ | (450.00) | - | - | - | - | - | - | - |
| 12/2/2025 | 6097688200001058 | VALUE CITY FURN INTERNET | - | - | - | - | - | - | (308.12) | (308.12) |
| 12/2/2025 | 5348123030600013 | VALUE CITY INTERNET | - | - | - | - | - | - | (222.56) | (222.56) |
| 12/2/2025 | 5348123030000032 | AMERICAN SIGNATURE HQ | (4,785.00) | 302.23 | - | (10,162.41) | - | - | - | (9,860.18) |
| 12/2/2025 | 5348123030200004 | VALUE CITY FURNITURE HQ | (36,788.22) | 6,505.55 | 1.00 | (102,266.82) | - | - | - | (95,761.27) |
| 12/3/2025 | 5348123030000032 | AMERICAN SIGNATURE HQ | (3,703.00) | 1,039.10 | - | (31,141.48) | - | (4,854.75) | - | (34,957.13) |
| 12/3/2025 | 5348123030200004 | VALUE CITY FURNITURE HQ | (28,964.29) | 5,014.96 | - | (115,490.90) | - | (3,224.52) | 200.00 | (113,500.46) |
| 12/3/2025 | 5348123030300036 | VALUE CITY FURN INTERNET | - | - | - | - | - | - | (95.00) | (95.00) |
| 12/4/2025 | 5348123030000032 | AMERICAN SIGNATURE HQ | (4,367.93) | 211.45 | - | (8,884.36) | - | (3,699.00) | - | (12,371.91) |
| 12/4/2025 | 5348123030200004 | VALUE CITY FURNITURE HQ | (36,785.10) | 4,686.25 | - | (92,886.22) | - | (3,069.45) | - | (91,269.42) |
| 12/4/2025 | 5348123030300036 | VALUE CITY FURN INTERNET | - | - | - | - | - | (11,138.72) | - | (11,138.72) |
| 12/4/2025 | 6097688200001058 | VALUE CITY FURN INTERNET | | | | (1,298.89) | | | - | (1,298.89) |
| 12/4/2025 | 6097688200001066 | AMERICAN SIGNATURE FURNITURE | | | | (13.99) | | | - | (13.99) |
| 12/5/2025 | 6097688200001066 | AMERICAN SIGNATURE FURNITURE | | | | (476.99) | | | - | (476.99) |
| 12/5/2025 | 5348123030000032 | AMERICAN SIGNATURE HQ | (6,283.28) | 1,222.85 | - | (24,738.49) | - | - | - | (23,515.64) |
| 12/5/2025 | 5348123030200004 | VALUE CITY FURNITURE HQ | (34,696.65) | 4,606.97 | - | (85,592.41) | - | (6,093.33) | - | (87,078.77) |
| 12/5/2025 | 5348123030300036 | VALUE CITY INTERNET HQ | - | 247.18 | - | (1,714.17) | - | - | - | (1,466.99) |
| 12/5/2025 | 6097688200001058 | VALUE CITY INTERNET HQ | - | 65.60 | - | (829.33) | - | - | - | (763.73) |
| 12/7/2025 | 5348123030000032 | AMERICAN SIGNATURE HQ | (8,341.73) | 940.39 | - | (32,937.62) | - | - | - | (31,997.23) |
| 12/7/2025 | 5348123030200004 | VALUE CITY FURNITURE HQ | (57,950.80) | 10,909.18 | - | (229,756.32) | - | - | - | (218,847.14) |
| 12/7/2025 | 5348123030300002 | VALUE CITY FURN INTERNET | - | 64.56 | - | (2,842.94) | - | - | - | (2,778.38) |
| 12/8/2025 | 5348123030000032 | AMERICAN SIGNATURE HQ | (2,547.00) | 9.21 | - | (387.00) | - | - | - | (377.79) |
| 12/8/2025 | 5348123030200004 | VALUE CITY FURNITURE HQ | (23,954.50) | 1,917.59 | - | (54,308.62) | - | - | - | (52,391.03) |
| 12/9/2025 | 5348123030000032 | AMERICAN SIGNATURE HQ | (2,585.00) | 368.38 | - | (15,478.69) | - | (428.00) | - | (15,538.31) |
| 12/9/2025 | 5348123030200004 | VALUE CITY FURNITURE HQ | (28,402.54) | 1,523.59 | - | (40,416.30) | - | (2,724.07) | - | (41,616.78) |
| 12/9/2025 | 5348123030300002 | VALUE CITY INTERNET HQ | - | - | - | - | - | (622.18) | - | (622.18) |
| 12/10/2025 | 5348123030000032 | AMERICAN SIGNATURE HQ | (5,388.00) | 128.90 | - | (4,817.37) | - | (7,920.00) | - | (12,608.47) |
| 12/10/2025 | 5348123030200004 | VALUE CITY FURNITURE HQ | (31,600.59) | 988.52 | - | (27,258.31) | (11,443.16) | (9,315.66) | - | (47,028.61) |
| 12/10/2025 | 5348123030300002 | VALUE CITY FURN INTERNET | - | 10.54 | - | (442.83) | - | - | - | (432.29) |
| 12/11/2025 | 5348123030000032 | AMERICAN SIGNATURE HQ | (1,867.00) | - | - | - | - | - | - | - |
| 12/11/2025 | 5348123030200004 | VALUE CITY FURNITURE HQ | (24,539.68) | 26.48 | - | (1,112.78) | - | - | - | (1,086.30) |
| 12/12/2025 | 5348123030000032 | AMERICAN SIGNATURE HQ | (1,953.99) | 69.41 | - | (575.09) | - | - | - | (505.68) |
| 12/12/2025 | 5348123030200004 | VALUE CITY FURNITURE HQ | (20,380.21) | 155.06 | - | (6,515.09) | - | (9,958.87) | - | (16,318.90) |
| 12/14/2025 | 5348123030000032 | AMERICAN SIGNATURE HQ | (5,838.36) | - | - | - | - | - | - | - |
| 12/14/2025 | 5348123030200004 | VALUE CITY FURNITURE HQ | (57,882.77) | 115.67 | - | (4,860.03) | - | - | - | (4,744.36) |
| 12/15/2025 | 5348123030000032 | AMERICAN SIGNATURE HQ | (2,070.00) | - | - | - | (3,500.00) | (10,555.68) | - | (14,055.68) |
| 12/15/2025 | 5348123030100006 | AMERICAN SIGNATURE INTRNT | - | - | - | - | - | (7,846.68) | 3,923.34 | (3,923.34) |
| 12/15/2025 | 5348123030100048 | AMERICAN SGNTR AS400 852 | - | - | - | - | - | (299.94) | - | (299.94) |
| 12/15/2025 | 5348123030200004 | VALUE CITY FURNITURE HQ | (18,118.32) | 51.34 | - | (2,157.04) | - | (14,734.22) | - | (16,839.92) |
| 12/15/2025 | 5348123030300002 | VALUE CITY FURN INTERNET | - | - | - | - | - | (1,473.38) | - | (1,473.38) |
| 12/16/2025 | 5348123030000032 | AMERICAN SIGNATURE HQ | (3,829.80) | - | - | - | - | - | - | - |
| 12/16/2025 | 5348123030200004 | VALUE CITY FURNITURE HQ | (21,114.19) | 14.98 | - | (629.62) | - | (7,692.63) | - | (8,307.27) |
| 12/17/2025 | 5348123030000032 | AMERICAN SIGNATURE HQ | (1,040.38) | 328.76 | - | (3,317.42) | - | - | - | (2,988.66) |
| 12/17/2025 | 5348123030200004 | VALUE CITY FURNITURE HQ | (25,321.55) | 42.69 | - | (1,793.83) | - | (1,855.20) | - | (3,606.34) |
| 12/17/2025 | 5348123030300002 | VALUE CITY INTERNET HQ | - | - | - | - | - | (1,646.07) | - | (1,646.07) |
| 12/18/2025 | 5348123030000032 | AMERICAN SIGNATURE HQ | (1,327.00) | 5.07 | - | (212.99) | - | - | - | (207.92) |
| 12/18/2025 | 5348123030200004 | VALUE CITY FURNITURE HQ | (17,091.00) | - | - | - | - | (739.34) | - | (739.34) |
| 12/19/2025 | 5348123030000032 | AMERICAN SIGNATURE HQ | (1,274.00) | - | - | - | - | - | - | - |
| 12/19/2025 | 5348123030200004 | VALUE CITY FURNITURE HQ | (17,815.12) | 604.38 | - | (9,490.13) | - | (110.00) | - | (8,995.75) |
| 12/21/2025 | 5348123030000032 | AMERICAN SIGNATURE HQ | (1,448.00) | - | - | - | - | - | - | - |
| 12/21/2025 | 5348123030200004 | VALUE CITY FURNITURE HQ | (58,814.03) | 64.21 | - | (2,697.71) | - | - | - | (2,633.50) |
| 12/21/2025 | 5348123030300002 | VALUE CITY FURN INTERNET | - | 539.04 | - | (3,675.12) | - | - | - | (3,136.08) |
| 12/22/2025 | 5348123030000032 | AMERICAN SIGNATURE HQ | (80.00) | - | - | - | - | (9,097.39) | - | (9,097.39) |
| 12/22/2025 | 5348123030200004 | VALUE CITY FURNITURE HQ | (6,970.53) | 67.56 | - | (2,838.84) | - | (12,531.30) | - | (15,302.58) |
| 12/22/2025 | 5348123030300002 | VALUE CITY FURN INTERNET | - | - | - | - | - | (427.99) | - | (427.99) |
| 12/22/2025 | 6097688200001058 | VALUE CITY FURN INTERNET | - | 107.24 | - | (1,355.70) | - | - | - | (1,248.46) |
| 12/23/2025 | 5348123030000032 | AMERICAN SIGNATURE HQ | (1,149.67) | - | - | - | - | (1,200.78) | - | (1,200.78) |
| 12/23/2025 | 5348123030200004 | VALUE CITY FURNITURE HQ | (19,001.92) | 740.87 | - | (4,211.91) | - | (10,339.86) | - | (13,810.90) |
| 12/23/2025 | 5348123030300002 | VALUE CITY FURN INTERNET | - | 30.27 | - | (1,271.98) | - | - | - | (1,241.71) |
| 12/23/2025 | 6097688200001066 | AMERICAN SIGNATURE FURNI | - | - | - | - | - | - | (476.99) | (476.99) |
| 12/24/2025 | 5348123030000032 | AMERICAN SIGNATURE HQ | (1,780.00) | - | - | - | - | (2,197.17) | - | (2,197.17) |
| 12/24/2025 | 5348123030200004 | VALUE CITY FURNITURE HQ | (20,533.64) | 15.71 | - | (660.29) | - | (1,600.38) | - | (2,244.96) |
| 12/25/2025 | 5348123030000032 | AMERICAN SIGNATURE HQ | (1,485.00) | 13.95 | - | (585.98) | - | - | - | (572.03) |
| 12/25/2025 | 5348123030200004 | VALUE CITY FURNITURE HQ | (8,626.07) | - | - | - | - | - | - | - |
| 12/28/2025 | 5348123030000032 | AMERICAN SIGNATURE HQ | (2,066.65) | - | - | - | - | (15,709.50) | - | (15,709.50) |
| 12/28/2025 | 5348123030200004 | VALUE CITY FURNITURE HQ | (41,021.88) | 25.70 | - | (1,079.99) | - | (12,848.31) | - | (13,902.60) |
| 12/29/2025 | 5348123030000032 | AMERICAN SIGNATURE HQ | (760.00) | 693.17 | - | (3,940.69) | - | (16,786.97) | - | (20,034.49) |

| Date | MID | MID Name | In Store Payments | Program Fees | Gross Sales | Refunds | Fraud Chargebacks | Dispute Chargebacks | Other | Total Discount Income, Refunds, Fraud Chargebacks, Dispute Chargebacks, and Other |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/29/2025 | 5348123030100006 | AMERICAN SIGNATURE INTRNT | - | - | - | - | - | (3,020.97) | - | (3,020.97) |
| 12/29/2025 | 5348123030200004 | VALUE CITY FURNITURE HQ | (9,355.00) | - | - | - | - | (58,062.44) | - | (58,062.44) |
| 12/29/2025 | 5348123030300002 | VALUE CITY FURN INTERNET | - | - | - | - | - | (2,353.17) | - | (2,353.17) |
| 12/30/2025 | 5348123030000032 | AMERICAN SIGNATURE HQ | (1,332.41) | - | - | - | - | - | - | - |
| 12/30/2025 | 6097688200001058 | VALUE CITY FURN INTERNET | - | - | - | - | - | - | (2,607.67) | (2,607.67) |
| 12/30/2025 | 5348123030200004 | VALUE CITY FURNITURE HQ | (13,983.58) | 692.98 | - | (6,923.30) | - | (2,656.21) | - | (8,886.53) |
| 12/30/2025 | 5348123030300002 | VALUE CITY FURN INTERNET | - | 26.67 | - | (1,120.38) | - | - | - | (1,093.71) |
| 12/31/2025 | 5348123030000032 | AMERICAN SIGNATURE HQ | (1,521.00) | (1,007.82) | - | - | - | (27,908.85) | (90.31) | (29,006.98) |
| 12/31/2025 | 5348123030200004 | VALUE CITY FURNITURE HQ | (7,401.91) | (1,647.36) | - | - | (9,133.89) | (28,710.90) | (3,011.56) | (42,503.71) |
| 12/31/2025 | 5348123030300002 | VALUE CITY FURN INTERNET | - | - | - | - | - | (11,708.01) | - | (11,708.01) |
| 1/1/2026 | 5348123030000032 | AMERICAN SIGNATURE HQ | (395.00) | - | - | - | - | - | - | - |
| 1/1/2026 | 5348123030200004 | VALUE CITY FURNITURE HQ | (21,013.41) | - | - | - | - | - | - | - |
| 1/2/2026 | 5348123030000032 | AMERICAN SIGNATURE HQ | (576.00) | - | - | - | - | (28,293.66) | - | (28,293.66) |
| 1/2/2026 | 5348123030200004 | VALUE CITY FURNITURE HQ | (5,374.71) | - | - | - | - | (36,157.85) | - | (36,157.85) |
| 1/2/2026 | 5348123030300002 | VALUE CITY FURN INTERNET | - | - | - | - | - | (1,884.85) | - | (1,884.85) |
| 1/4/2026 | 5348123030000032 | AMERICAN SIGNATURE HQ | (3,230.71) | - | - | - | - | - | - | - |
| 1/4/2026 | 5348123030200004 | VALUE CITY FURNITURE HQ | (65,932.91) | 482.19 | - | (4,449.47) | - | - | - | (3,967.28) |
| 1/5/2026 | 5348123030000032 | AMERICAN SIGNATURE HQ | (450.00) | - | - | - | - | (9,505.40) | - | (9,505.40) |
| 1/5/2026 | 5348123030200004 | VALUE CITY FURNITURE HQ | (15,687.69) | - | - | - | - | (62,739.44) | - | (62,739.44) |
| 1/5/2026 | 5348123030300002 | VALUE CITY FURN INTERNET | - | - | - | - | - | (6,685.71) | - | (6,685.71) |
| 1/5/2026 | 6097688200001058 | VALUE CITY FURN INTERNET | - | - | - | - | - | - | (2,607.67) | (2,607.67) |
| 1/6/2026 | 5348123030000032 | AMERICAN SIGNATURE HQ | (2,009.75) | - | - | - | - | (6,455.16) | - | (6,455.16) |
| 1/6/2026 | 5348123030200004 | VALUE CITY FURNITURE HQ | (24,230.99) | - | - | - | - | (34,901.06) | - | (34,901.06) |
| 1/6/2026 | 5348123030300002 | VALUE CITY FURN INTERNET | - | 52.49 | - | (2,205.45) | - | (978.74) | - | (3,131.70) |
| 1/6/2026 | 5348123030300044 | VALUE CITY FURN AS400 851 | - | - | - | - | - | (1,770.77) | - | (1,770.77) |
| 1/7/2026 | 5348123030000032 | AMERICAN SIGNATURE HQ | (2,974.07) | - | - | - | - | (21,326.05) | - | (21,326.05) |
| 1/7/2026 | 5348123030200004 | VALUE CITY FURNITURE HQ | (21,808.68) | - | - | - | (532.42) | (46,274.92) | - | (46,807.34) |
| 1/7/2026 | 5348123030300002 | VALUE CITY FURN INTERNET | - | - | - | - | - | (4,450.56) | - | (4,450.56) |
| 1/8/2026 | 5348123030000032 | AMERICAN SIGNATURE HQ | - | 56.49 | - | (468.04) | - | (31,629.57) | - | (32,041.12) |
| 1/8/2026 | 5348123030100006 | AMERICAN SIGNATURE INTRNT | - | - | - | - | - | (1,842.86) | - | (1,842.86) |
| 1/8/2026 | 5348123030200004 | VALUE CITY FURNITURE HQ | (1,370.00) | - | - | - | - | (130,744.02) | - | (130,744.02) |
| 1/8/2026 | 5348123030300002 | VALUE CITY FURN INTERNET | - | - | - | - | - | (878.81) | - | (878.81) |
| 1/8/2026 | 5348123030300044 | VALUE CITY FURN AS400 851 | - | - | - | - | - | (172.80) | - | (172.80) |
| 1/9/2026 | 5348123030000032 | AMERICAN SIGNATURE HQ | - | - | - | - | - | (22,722.32) | - | (22,722.32) |
| 1/9/2026 | 5348123030200004 | VALUE CITY FURNITURE HQ | (3,200.00) | - | - | - | - | (165,109.79) | - | (165,109.79) |
| 1/9/2026 | 5348123030300002 | VALUE CITY FURN INTERNET | - | - | - | - | - | (12,441.62) | - | (12,441.62) |
| 1/9/2026 | 5348123030300044 | VALUE CITY FURN AS400 851 | - | - | - | - | (3,726.29) | - | - | (3,726.29) |
| 1/11/2026 | 5348123030000032 | AMERICAN SIGNATURE HQ | (502.00) | - | - | - | - | - | - | - |
| 1/11/2026 | 5348123030200004 | VALUE CITY FURNITURE HQ | (1,592.88) | - | - | - | - | - | - | - |
| 1/12/2026 | 5348123030000032 | AMERICAN SIGNATURE HQ | - | - | - | - | - | (38,184.70) | - | (38,184.70) |
| 1/12/2026 | 5348123030200004 | VALUE CITY FURNITURE HQ | (3.00) | - | - | - | - | (218,661.50) | - | (218,661.50) |
| 1/12/2026 | 5348123030300002 | VALUE CITY FURN INTERNET | - | - | - | - | - | (9,526.14) | - | (9,526.14) |
| Totals since 11/22/25 BK Filing | | | (1,102,873.16) | (67,001.51) | 3,256,907.91 | (1,725,945.64) | (35,745.51) | (1,232,089.63) | (6,210.86) | (3,066,993.15) |