# EXHIBIT 14

Docusign Envelope ID: 3ED66DFE-1F40-42CA-A0F5-E4042A1FF2B4



# AMERICAN SIGNATURE, INC.

**VIA FEDEX**

December 29, 2025

Synchrony Bank
Attn. General Counsel
777 Long Ridge Road
Stamford, CT 06902

Synchrony Bank
950 Forrer Blvd.
Kettering, OH 45420

**Re:** *Private Label Consumer Credit Card Program Agreement dated December 12, 2012, as amended (the "Agreement") and Mutual Non-Disclosure Agreement effective October 25, 2011 ("MNDA")*

To Whom It May Concern:

All terms used herein shall have the same meaning as ascribed to them in the Agreement.

In accordance with Section 9.1 of the Agreement, this letter serves as Retailer's prior written notice of at least six (6) months of its intent to terminate the Program at the expiration of the current Renewal Term. Simultaneously, the MNDA will terminate subject to the Confidentiality obligations set forth in Section 12.

Very truly yours,

Eric Jackson

Eric Jackson
Chief Financial Officer

/rg

cc:     M. Miller
        Legal Department

---