# EXHIBIT 15

| | Total | Pre-P | Post-P | TBD | Comments |
|---|---|---|---|---|---|
| Gross Sales Proceeds | 3,256,908 | | 3,256,908 | | |
| Sales Refunds* | (1,725,946) | (1,506,285) | (219,661) | | |
| In Store Payments | (1,102,873) | | (1,102,873) | | |
| Program Fees | (67,002) | 65,922 | (132,924) | | Split allocation see right: |
| Fraud chargebacks | (35,746) | (35,746) | | | |
| Disputes chargebacks | (1,232,090) | (1,134,779) | (97,311) | | |
| Other adjustments | (6,211) | | | (6,211) | |
| | | | | | |
| Open Disputes | | (6,044,696) | (270,073) | | |
| | | | | | |
| VD  Program Year Ending 10/31/25 | | 1,556,359 | | | |
| VD Nov 2025 | | 47,328 | | | |
| Unamortized extension bonus | | (636,364) | | | |
| | | (7,688,260) | 1,434,066 | (6,211) | |

Program Fee Split:

| | | |
|---|---|---|
| Post | 3,037,247 | (132,923.99) |
| Pre | (1,506,285) | 65,921.99 |
| | 1,530,962 | (67,002.00) | -4.38% |

*There are 22 customers for which the sales fall into both pre- and post-petition categories, and Synchrony has not attempted to disaggregate those amounts.
Because this affects only a few customers, such an exercise is not likely to change the numbers materially.