IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| AMERICAN SIGNATURE, INC., *et al.*,[1] | ) ) ) | Case No. 25-12105 (JKS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 28, 2026 AT 11:00 A.M. EASTERN TIME**

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Stickles' Chambers Procedures ([https://www.deb.uscourts.gov/judge-j-kate-stickles](https://www.deb.uscourts.gov/judge-j-kate-stickles)) and the Court's website ([http://www.deb.uscourts.gov/ecourt-appearances](http://www.deb.uscourts.gov/ecourt-appearances)) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

## MATTERS GOING FORWARD

1. **Gardner White Sale Motion** – Motion of Debtors for Entry of an Order (I) Authorizing the Sale and Assumption and Assignment of Certain Leases to Gardner White Furniture Co., Inc. and (II) Granting Related Relief [Filed: 1/13/26] ([Docket No. 369](#)).

    Response Deadline: January 26, 2026 at 11:00 a.m. Eastern Time.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

[2] **Amended items appear in bold.**

Responses Received:

a) Objection and Reservation of Rights of SBV Holland LLC to Motion of Debtors for Entry of an Order (I) Authorizing the Sale and Assumption and Assignment of Certain Leases to Gardner White Furniture Co., Inc. and (II) Granting Related Relief [Filed: 1/20/26] (Docket No. 396).

b) Objection of Broadstone AVF Michigan, LLC and STORE SPE AVFII 2017-2, LLC to the Motion of Debtors for Entry of an Order (I) Authorizing the Sale and Assumption and Assignment of Certain Leases to Gardner White Furniture Co., Inc. and (II) Granting Related Relief [Filed: 1/23/26] (Docket No. 414).

c) Informal comments from the Official Committee of Unsecured Creditors (the "Committee").

Related Documents:

a) Debtors' Motion for Entry of an Order (I) Shortening Notice and Scheduling an Expedited Hearing on Sale Motions, (II) Limiting Notice of Sale Motions, and (III) Granting Related Relief [Filed: 1/13/26] (Docket No. 371).

b) [Signed] Order (I) Shortening Notice and Scheduling an Expedited Hearing on Sale Motions, (II) Limiting Notice of Sale Motions, and (III) Granting Related Relief [Filed: 1/14/26] (Docket No. 374).

c) Notice of Motion of Debtors for Entry of an Order (I) Authorizing the Sale and Assumption and Assignment of Certain Leases to Gardner White Furniture Co., Inc. and (II) Granting Related Relief [Filed: 1/14/26] (Docket No. 377).

d) Notice of Assumption and Assignment of Certain Unexpired Leases [Filed: N/A] (Docket No. N/A).

e) Notice of Amended Cure Costs with Respect to Certain Unexpired Leases [Filed: 1/23/26] (Docket No. 417).

f) Debtors' Witness and Exhibit List for Hearing on January 28, 2026 at 11:00 a.m. (ET) [Filed: 1/26/26] (Docket No. 420).

Status:  This matter will go forward.  **The Debtors are working to resolve informal comments from the Committee and issues raised by the objections by other parties in interest.  The Debtors expect to present the testimony of Rudolph Morando, Co-Chief Restructuring Officer, in support of the Motion.**

2. **Summit Sale Motion** – Motion of Debtors for Entry of an Order (I) Authorizing the Sale of Inventory to Summit Warehousing, LLC and (II) Granting Related Relief [Filed: 1/13/26] (Docket No. 370).

Response Deadline:  January 26, 2026 at 11:00 a.m. Eastern Time.

Responses Received:  None as of the date hereof.

Related Documents:

a) Debtors' Motion for Entry of an Order (I) Shortening Notice and Scheduling an Expedited Hearing on Sale Motions, (II) Limiting Notice of Sale Motions, and (III) Granting Related Relief [Filed: 1/13/26] ([Docket No. 371](#)).

b) [Signed] Order (I) Shortening Notice and Scheduling an Expedited Hearing on Sale Motions, (II) Limiting Notice of Sale Motions, and (III) Granting Related Relief [Filed: 1/14/26] ([Docket No. 374](#)).

c) Notice of Motion of Debtors for Entry of an Order (I) Authorizing the Sale of Inventory to Summit Warehousing, LLC and (II) Granting Related Relief [Filed: 1/14/26] ([Docket No. 378](#)).

d) Debtors' Witness and Exhibit List for Hearing on January 28, 2026 at 11:00 a.m. (ET) [Filed: 1/26/26] ([Docket No. 420](#)).

Status:  This matter will go forward.  The Debtors expect to present the testimony of Rudolph Morando, Co-Chief Restructuring Officer, in support of the Motion.

3. **Ross Sale Motion** – Motion of Debtors for Entry of an Order (I) Authorizing the Sale and Assumption and Assignment of Certain Leases to Ross Dress For Less, Inc. and (II) Granting Related Relief [Filed: 1/16/26] ([Docket No. 385](#)).

Response Deadline:  January 26, 2026 at 11:00 a.m. Eastern Time.

Responses Received:  None as of the date hereof.

Related Documents:

a) Debtors' Motion for Entry of an Order (I) Shortening Notice and Scheduling an Expedited Hearing on Ross Sale Motion, (II) Limiting Notice of Ross Sale Motion, and (III) Granting Related Relief [Filed: 1/16/26] ([Docket No. 387](#)).

b) Notice of Filing of Corrected Exhibits to Motion of Debtors for Entry of an Order (I) Authorizing the Sale and Assumption and Assignment of Certain Leases to Ross Dress For Less, Inc. and (II) Granting Related Relief [Filed: 1/16/26] ([Docket No. 388](#)).

c) [Signed] Order (I) Shortening Notice and Scheduling an Expedited Hearing on Ross Sale Motion, (II) Limiting Notice of Ross Sale Motion, and (III) Granting Related Relief [Filed: 1/16/26] ([Docket No. 389](#)).

d) Notice of Motion of Debtors for Entry of an Order (I) Authorizing the Sale and Assumption and Assignment of Certain Leases to Ross Dress For Less, Inc. and (II) Granting Related Relief [Filed: 1/16/26] ([Docket No. 391](#)).

e) Notice of Assumption and Assignment of Certain Unexpired Leases [Filed: N/A] (Docket No. N/A).

f) Notice of Amended Cure Costs with Respect to Certain Unexpired Leases [Filed: 1/23/26] (Docket No. 418).

g) Debtors' Witness and Exhibit List for Hearing on January 28, 2026 at 11:00 a.m. (ET) [Filed: 1/26/26] (Docket No. 420).

<u>Status</u>:  This matter will go forward.  The Debtors expect to present the testimony of Rudolph Morando, Co-Chief Restructuring Officer, in support of the Motion.

Dated: January 26, 2026              **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware  19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@pszjlaw.com
           dbertenthal@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*