IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN SIGNATURE, INC., *et al.* | : | Case No. 25-12105 (JKS) |
| | : | |
| Debtors | : | |

**LIMITED OBJECTION OF FURNITURE CARE PROTECTION, INC. TO PROPOSED CURE AMOUNT UPON ASSUMPTION (RELATED TO D.I. 108 AND 290)**

COMES NOW, **FURNITURE CARE PROTECTION, INC.** ("Furniture Care") by and through its undersigned counsel, and objects to the proposed cure amount upon assumption of its executory contract, and in support thereof avers:

1. On 26 November 2025, the Debtors filed a Motion seeking, *inter alia*, approval of the sale of substantially all of the Debtors' assets, and approving assumption and assignment procedures [D.I. 108] (the "Motion").

2. On 2 January 2026, the Debtors filed a *Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts* [D.I. 290] (the "Notice").

3. Schedule A to the Notice, at "Potential Assigned Contracts" No. 31, lists Furniture Care as a Contract Counterparty on a "Warranty Program Contract", with a proposed cure amount of $773,492.23.

4. Furniture Care objects to the assumption of its executory contract **only to the extent** that the proposed cure amount is inadequate and not in accordance with Furniture Care's entitlement under 11 U.S.C. section 365(b)(1)(A).

5.     As set forth on the spreadsheet attached hereto as **Exhibit A** and incorporated by reference herein, as of the petition date of 22 November 2925, according to the books and records of Furniture Care, the correct cure amount due to Furniture Care is $1,567,027.84. Copies of invoices may be obtained by request to the undesigned counsel.

6.     Due to the dynamic nature of the transactions between the Debtors, the consumers, and Furniture Care, Furniture Care reserves the right to amend this Objection should further relevant information be discovered.

WHEREFORE, Furniture Care respectfully prays this Honorable Court to deny the assumption and assignment of its contract unless the correct and adequate cure payment is provided, and for such other relief, at law or in equity, as this Court may deem proper.

Dated: *26 January 2026*                               **CIARDI CIARDI & ASTIN**

*/s/ John D. McLaughlin, Jr.*

John D. McLaughlin, Jr. (No. 4123)
1204 North King Street
Wilmington, Delaware 19801
Mobile:  (484) 437-2676
Direct Dial: (302) 433-0220
Fax:  (302) 300-4253
jmclaughlin@ciardilaw.com

*Counsel to Furniture Care Protection, Inc.*