# EXHIBIT A

| Invoice/CM # | AS BILLED BY FCP | | | | | | ASI RECON ADJUSTMENTS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0-30 | 31-60 | 61-90 | Over 90 days | Amount Due | Not in AS400 - Cancel | FCP Claim | FCP Parts | Adjusted total to pay per ASI reconcilliation | Notes | *In AS400 not in FCP - Add and remit? |
| 051425 ASI | | | | 1,065.00 | 1,065.00 | | | | 1,065.00 | Contracts due from upload recon | |
| 95803-1/20 Claims | | | | 6.97 | 6.97 | | | | - | will clear once contract has been paid | |
| 080725-NL Catchup | | | | 610.00 | 610.00 | | | | 610.00 | Missing from prior upload recon; customers with claims | |
| 072725-080225 ASI | | | | 99,655.00 | 99,655.00 | | (462.46) | (1,439.43) | 97,753.11 | rec'd recon from ASI | 10.00 |
| 080325-080925 ASI | | | | 89,855.00 | 89,855.00 | (35.00) | | | 89,820.00 | rec'd recon from ASI | 30.00 |
| M BAYNE ADJ | | | | (10.00) | (10.00) | | | | (10.00) | adjustment previously paid; credit due to ASI | |
| 081025-081625 ASI | | | | 78,130.00 | 78,130.00 | (30.00) | (371.58) | | 77,728.42 | rec'd recon from ASI | |
| 081725-082325 ASI | | | | 118,955.00 | 118,955.00 | (95.00) | (359.99) | | 118,500.01 | rec'd recon from ASI | |
| 042625-042625-claims | | | | 22.78 | 22.78 | | | | - | will clear once contract has been paid | |
| 082425-083125 ASI | | | | 97,620.00 | 97,620.00 | (30.00) | | | 97,710.00 | rec'd recon from ASI | 120.00 |
| 083125-090625 ASI | | | | 108,685.00 | 108,685.00 | | (1,494.98) | | 107,190.02 | rec'd recon from ASI | 30.00 |
| 090725-091325 ASI | | | | 98,700.00 | 98,700.00 | | (2,849.33) | | 95,850.67 | rec'd recon from ASI | |
| 091425-092025 ASI | | | | 93,690.00 | 93,690.00 | (30.00) | | | 93,660.00 | rec'd recon from ASI | 60.00 |
| 092125-092725 ASI | | | | 89,060.00 | 89,060.00 | | | | 89,060.00 | rec'd recon from ASI | 35.00 |
| 95803- F92713 CR | | | | (930.00) | (930.00) | | | | (930.00) | patch paid twice; credit due to ASI | |
| ASI-09/30 DIFF | | | | 25.00 | 25.00 | | | | 25.00 | unreconciled balance due on 09/30 remit | |
| 092825-100425 ASI | | | | 81,460.00 | 81,460.00 | | (389.99) | | 81,070.01 | rec'd recon from ASI | |
| 95803-J Farthing | | | 30.00 | | 30.00 | | | | 30.00 | claim on customer; cannot be cancelled | |
| 95803-S Gaurav | | | 35.00 | | 35.00 | | | | 35.00 | duplicate cancellation; needs reimbursed | |
| Cancellations 05/14 | | | 70.00 | | 70.00 | | | | - | will clear once contract has been paid | |
| 95803-M Bushra | | | 30.00 | | 30.00 | | | | 30.00 | claim on customer; cannot be cancelled | |
| 100525-101125 ASI | | | 73,275.00 | | 73,275.00 | | (3,248.99) | (520.14) | 69,505.87 | rec'd recon from ASI | 30.00 |
| 101225-101825 ASI | | | 85,040.00 | | 85,040.00 | | | | 85,040.00 | rec'd recon from ASI | |
| 101925-102525 ASI | | | 84,675.00 | | 84,675.00 | | | | 84,675.00 | rec'd recon from ASI | |
| 102625-110125 ASI | | | 90,425.00 | | 90,425.00 | (60.00) | (361.18) | (1,211.98) | 88,791.84 | rec'd recon from ASI | |
| 110225-110825 ASI | | 92,405.00 | | | 92,405.00 | | (1,119.38) | | 91,285.62 | rec'd recon from ASI | |
| 110925-111525 ASI | | 100,385.00 | | | 100,385.00 | (60.00) | | | 100,325.00 | rec'd recon from ASI | 65.00 |
| 111625-112225 ASI | | 102,875.00 | | | 102,875.00 | (90.00) | (1,062.73) | | 101,722.27 | rec'd recon from ASI | |
| 1123-1206 Cancels | (2,445.00) | | | | (2,445.00) | | | | (2,445.00) | | |
| 1207-1213 Cancels | (920.00) | | | | (920.00) | | | | (920.00) | cancellations received after 11/22 on above invoiced contracts; credit will be applied once outstanding business has been paid. | |
| 1214-1220 Cancels | (30.00) | | | | (30.00) | | | | (30.00) | | |
| 1221-1227 Cancel | (30.00) | | | | (30.00) | | | | (30.00) | | |
| 1228-0103 Cancels | (90.00) | | | | (90.00) | | | | (90.00) | | |
| | (3,515.00) | 295,665.00 | 333,580.00 | 956,599.75 | 1,582,329.75 | (430.00) | (11,720.61) | (3,171.55) | 1,567,027.84 | | * 380.00 |

*Adjustments on their reconciliation -appears to be contracts sold but not sent to FCP