## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 26, 2026, a true and correct copy of the foregoing was served electronically through the U.S. Bankruptcy Court, District of Delaware ECF system to all counsel of record all of whom are Filing Users of the Court's Electronic Filing System, and upon the following by First Class U.S. Mail, postage pre-paid and addressed as follows:

Laura Davis Jones, Esquire
David M. Bertenthal, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
ljones@pszjlaw.com
dbertenthal@pszjlaw.com

Blank Rome LLP
Attn Stanley B. Tarr, Regina Stango Kelbon, Lawrence R. Thomas III
1201 N. Market Street, Suite 800
Wilmington, DE 19801

Choate, Hall & Stewart LLP
Attn John F. Ventola, Esq., Jonathan D. Marshall, Esq., and Lucas B. Barrett, Esq.
Two International Place
Boston, MA 02110

Cole Schotz P.C.
Justin Alberto, Stacy L. Newman, Carol E. Thompson
500 Delaware Avenue, Suite 600
Wilmington, DE 19801

Cole Schotz P.C.
Seth Van Aalten, Sarah A. Carnes
1325 Avenue of the Americas, 19th Floor
New York, NY 10019

Goldberg Kohn Ltd.
Attn Randall L. Klein, Zachary J. Garrett, Eva D. Gadzheva
55 E Monroe St, Suite 3300
Chicago, IL 60603

Goodwin Procter LLP
Attn Kizzy L. Jarashow, Esq. and Stacy Dasaro, Esq.
620 Eighth Ave.
New York, NY 10018

Kelley Drye & Warren LLP
Eric R. Wilson, Jason R. Adams, Maeghan J. McLoughlin
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Morris, Nichols, Arsht & Tunnell LLP
Derek C. Abbott, Luke Brzozowski
1201 N. Market Street, 16th Floor
Wilmington, DE 19801

Office of the United States Trustee Delaware
Malcolm M. Bates, Esq.
844 King St Ste 2207
Lockbox 35
Wilmington, DE 19801

Potter Anderson & Corroon LLP
Attn L. Katherine Good, Esq.
1313 North Market Street, 6th Floor
Wilmington, DE 19801

Richards, Layton & Finger, P.A.
Attn Daniel J. DeFranceschi, Esq., John H. Knight, Esq., Matthew P. Milana, Esq.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Wachtell, Lipton, Rosen & Katz
Amy R. Wolf, Emil A. Kleinhaus, Scott K. Charles, Neil M. Snyder, Angela K. Herring
51 West 52nd Street
New York, NY 10019


**CIARDI CIARDI & ASTIN**

***/s/ John D. McLaughlin, Jr.***
_____
John D. McLaughlin, Jr. (No. 4123)
1204 North King Street
Wilmington, Delaware 19801
Tel:  (484) 437-2676
Fax:  (302) 300-4253
jmclaughlin@ciardilaw.com