Objection Deadline: January 28, 2026, 4:00 P.M. (EST)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN SIGNATURE, INC., *et al.*,[1] | Case No. 25-12105 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Dkt. # 290** |

## LIMITED OBJECTION OF PEOPLEREADY, INC. TO NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNTS

PeopleReady, Inc. ("PeopleReady"), by and through the undersigned attorneys, hereby files this limited objection to the Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Dkt. # 290] (the "Cure Notice"). PeopleReady respectfully states as follows:

1. On November 22, 2025 (the "Petition Date"), the Debtors filed their respective voluntary petitions for relief under chapter 11 of title 11 of the United States Code.

2. On December 29, 2025, the Court entered the Order (I) Approving Bid Procedures and Bid Protections in Connection with Motion to Approve (A) Stalking Horse Asset Purchase Agreement and (B) Stalking Horse Agency Agreement; (II) Scheduling Bid Deadlines and the Auction; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief [Dkt. # 259] (the "Bid Procedures Order").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

3. On January 2, 2026, pursuant to the Bid Procedures Order, the Debtors filed the Cure Notice. Schedule A to the Cure Notice identifies "Temporary Staffing Contract" under the heading "Contract Title," associated with "PEOPLEREADY INC" as the "Contract Counterparty." (Cure Notice, Schedule A, at 7.)

4. PeopleReady understands this reference to the Temporary Staffing Contract to mean the "National – Agreement to Supply Temporary Staffing" dated May 6, 2020, by and between American Signature, Inc., dba Value City Furniture and PeopleReady. On January 14, 2026, the undersigned provided a copy of this agreement to the Debtors' counsel and asked for confirmation of this understanding, but has not yet received it.

5. Under the heading "Cure Amount" in Schedule A to the Cure Notice with respect to the Temporary Staffing Contract, the Debtors are proposing the Court determine that a total of $16,098.00 is owed to PeopleReady. However, as of January 26, 2026, the total owed to PeopleReady is $437,388.83. The breakdown of this amount and the invoices documenting it are available to the Debtors upon request. An additional approximately $79,000 will be invoiced later this week for services rendered the week before. Schedule A to the Cure Notice should be updated to reflect the full amount outstanding to PeopleReady, which must be paid as a condition to assumption and assignment.

6. PeopleReady objects to the Cure Notice because, among other things, any assumption and assignment will need to reflect the correct Contract Counterparty, fully identify the Contract Title for the executory contract being assumed and assigned, and provide for prompt payment of the actual cure amount that is owed as of the time of assumption and assignment. *See* 11 U.S.C. § 365(b)(1).

- 3 -

7.      PeopleReady reserves all rights consistent with its executory contract and applicable law, including without limitation to amend, supplement, and/or modify this limited objection; to assert additional amounts owing under the executory contract, including without limitation any attorneys' fees and/or collection fees; to consent to assumption and assignment; and to file additional appropriate pleadings in the future.

8.      Because PeopleReady's services are ongoing, being provided at the request of the Debtors, with invoices issued and payments received by PeopleReady on a rolling basis, PeopleReady cannot presently determine the amount that will ultimately be necessary to cure monetary defaults under the agreement at the time the agreement is assumed and assigned. Pending assumption and assignment of the agreement, this amount attributable to services from and after the Petition Date constitutes an administrative expense claim against the Debtors.

9.      PeopleReady also requests that the Debtors provide it with adequate assurance of future performance and all evidence thereof. This applies not only to postassignment performance by the Stalking Horse Bidder or other Successful Bidder, but performance by the Debtors or the Stalking Horse Bidder or other Successful Bidder for services being provided by PeopleReady pending designation for assignment.

[*Remainder of page intentionally left blank.*]

- 4 -

WHEREFORE, PeopleReady respectfully requests that Schedule A to the Cure Notice and any order assuming or assigning any executory contract address PeopleReady's concerns outlined above and that the Court grant such other and further relief as is just and proper.

| | |
|---|---|
| Dated: January 27, 2026<br>Seattle, Washington | By: */s/ John R. Knapp, Jr.*<br>John R. Knapp, Jr., Del. I.D. No. 3681<br>MILLER NASH LLP<br>605 5th Ave S, Ste 900<br>Seattle, WA 98104<br>Telephone:   206.624.8300<br>Facsimile:   206.340.9599<br>Email: john.knapp@millernash.com<br><br>Attorneys for Creditor<br>PeopleReady, Inc. |

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by electronic transmission to all registered ECF users appearing in the case on January 27, 2026.

*/s/ John R. Knapp, Jr.*
John R. Knapp, Jr.
