# **EXHIBIT A**

## Castera Transportation Services LLC.

PO BOX 2125
Germantown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

BILLED TO

Accounts Payable Dept.
American Signature Inc.
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

INVOICE NUMBER
47-00158

DATE OF ISSUE
11/1/2025

| | | AMOUNT |
|---|---|---|
| Pittsburgh #047 | 10-28-2025 | $3,062.30 |
| Pittsburgh #047 | 10-29-2025 | $3,450.83 |
| Pittsburgh #047 | 10-30-2025 | $3,168.16 |
| Pittsburgh #047 | 10-31-2025 | $3,108.70 |
| Pittsburgh #047 | 11-1-2025 | $3,491.80 |

SUBTOTAL  $16,281.79
DISCOUNT  -$0.00

INVOICE TOTAL

# $16.281.79

TERMS
Please pay invoice NET 7 DAYS

# Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

**BILLED TO**

Accounts Payable Dept.
American Signature Inc.
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

**INVOICE NUMBER**
47-00159

**DATE OF ISSUE**
11/8/2025

| | | AMOUNT |
|---|---|---|
| Pittsburgh #047 | 11-4-2025 | $3,137.31 |
| Pittsburgh #047 | 11-5-2025 | $3,280.59 |
| Pittsburgh #047 | 11-6-2025 | $3,321.21 |
| Pittsburgh #047 | 11-7-2025 | $3,283.11 |
| Pittsburgh #047 | 11-8-2025 | $2,987.63 |

SUBTOTAL  $16,009.85

DISCOUNT  -$0.00

**INVOICE TOTAL**

# $16,009.85

**TERMS**
Please pay invoice NET 7 DAYS

████████████████████████████████████████████████████

## Castera Transportation Services LLC.

PO BOX 2125
Germantown, Maryland
20875

301-758-0948
A payabledetadelivery.com

BILLED TO

Accounts Payable Dept.
American Signature Inc.
Phone (614)449-6917
Fax: (614)449-6913

# Invoice

| | AMOUNT |
|---|---|
| **INVOICE NUMBER** | |
| 47-00160 | Pittsburgh #047 ... 11-11-2025 ... $3,275.20 |

| | | |
|---|---|---|
| Pittsburgh #047 | 11-11-2025 | $3,275.20 |
| Pittsburgh #047 | 11-12-2025 | $3,906.82 |
| Pittsburgh #047 | 11-13-2025 | $3,579.68 |
| Pittsburgh #047 | 11-14-2025 | $3,270.63 |
| Pittsburgh #047 | 11-15-2025 | $3,249.87 |

DATE OF ISSUE
11/15/2025

SUBTOTAL  $17,282.20
DISCOUNT -$0.00

INVOICE TOTAL

# $17,282.20

TERMS
Please pay invoice NET 7 DAYS

████████████████████████████████████████████████████



# Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

BILLED TO

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

INVOICE NUMBER
**47-00161**

DATE OF ISSUE
**11/22/2025**

|  |  | AMOUNT |
|---|---|---|
| **Pittsburgh #047** | 11-18-2025 | $3,035.51 |
| **Pittsburgh #047** | 11-19-2025 | $3,325.45 |
| **Pittsburgh #047** | 11-20-2025 | $3,118.44 |
| **Pittsburgh #047** | 11-21-2025 | $3,092.41 |
| **Pittsburgh #047** | 11-22-2025 | $3,529.89 |

SUBTOTAL  $16,101.70
DISCOUNT  -$0.00

INVOICE TOTAL

# $16,101.70

TERMS
**Please pay invoice NET 7 DAYS**

## Castera Transportation Services LLC.

PO BOX 2125  
Germantown, Maryland  
20875

301-758-0948  
A payable@ctsdelivery.com

BILLED TO

**Accounts Payable Dept.**  
**American Signature Inc.**  
Phone: (614)449-6917  
Fax: (614)449-6913

# Invoice

INVOICE NUMBER  
**59-00120**

DATE OF ISSUE  
**10/31/2025**

|  |  |  | AMOUNT |
|---|---|---|---|
| Baltimore West #059 (CTSXPRESS) | INV#317286 | 10/1/2025 | $160.00 |
| Baltimore West #059 (CTSXPRESS) | INV#317306 | 10/1/2025 | $110.00 |
| Baltimore West #059 (CTSXPRESS) | INV#317343 | 10/1/2025 | $130.00 |
| Baltimore West #059 (CTSXPRESS) | INV#317220 | 10/2/2025 | $160.00 |
| Baltimore West #059 (CTSXPRESS) | INV#317364 | 10/2/2025 | $260.00 |
| Baltimore West #059 (CTSXPRESS) | INV#317233 | 10/3/2025 | $130.00 |
| Baltimore West #059 (CTSXPRESS) | INV#317329 | 10/7/2025 | $285.00 |
| Baltimore West #059 (CTSXPRESS) | INV#317441 | 10/7/2025 | $110.00 |
| Baltimore West #059 (CTSXPRESS) | INV#317442 | 10/7/2025 | $185.00 |
| Baltimore West #059 (CTSXPRESS) | INV#317461 | 10/8/2025 | $160.00 |
| Baltimore West #059 (CTSXPRESS) | INV#317384 | 10/8/2025 | $160.00 |
| Baltimore West #059 (CTSXPRESS) | INV#317516 | 10/9/2025 | $110.00 |
| Baltimore West #059 (CTSXPRESS) | INV#317591 | 10/14/2025 | $160.00 |
| Baltimore West #059 (CTSXPRESS) | INV#317578 | 10/14/2025 | $110.00 |
| Baltimore West #059 (CTSXPRESS) | INV#317613 | 10/14/2025 | $160.00 |
| Baltimore West #059 (CTSXPRESS) | INV#317412 | 10/14/2025 | $130.00 |
| Baltimore West #059 (CTSXPRESS) | INV#317628 | 10/14/2025 | $180.00 |
| Baltimore West #059 (CTSXPRESS) | INV#317520 | 10/14/2025 | $110.00 |
| Baltimore West #059 (CTSXPRESS) | INV#317543 | 10/14/2025 | $160.00 |
| Baltimore West #059 (CTSXPRESS) | INV#317560 | 10/15/2025 | $160.00 |
| Baltimore West #059 (CTSXPRESS) | INV#3177002 | 10/17/2025 | $110.00 |
| Baltimore West #059 (CTSXPRESS) | INV#3177002 | 10/22/2025 | $160.00 |
| Baltimore West #059 (CTSXPRESS) | INV#317802 | 10/22/2025 | $110.00 |
| Baltimore West #059 (CTSXPRESS) | INV#316007 | 10/23/2025 | $110.00 |
| Baltimore West #059 (CTSXPRESS) | INV#317753 | 10/23/2025 | $160.00 |
| Baltimore West #059 (CTSXPRESS) | INV#314452 | 10/28/2025 | $110.00 |
| Baltimore West #059 (CTSXPRESS) | INV#317871 | 10/28/2025 | $130.00 |
| Baltimore West #069 (CTSXPRESS) | INV#317875 | 10/29/2025 | $110.00 |
| Baltimore West #059 (CTSXPRESS) | INV#317947 | 10/29/2025 | $110.00 |
| Baltimore West #059 (CTSXPRESS) | INV#318030 | 10/30/2025 | $110.00 |
| Baltimore West #059 (CTSXPRESS) | INV#318003 | 10/31/2025 | $160.00 |
| Baltimore West #059 (CTSXPRESS) | INV#318058 | 10/31/2025 | $760.00 |
| Baltimore West #059 (CTSXPRESS) | INV#318388 | 10/31/2025 | $160.00 |

SUBTOTAL  $5,430.00  
DISCOUNT  -$0.00

INVOICE TOTAL

# $5,430.00

TERMS  
**Please pay invoice NET 7 DAYS**

# Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

BILLED TO

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

INVOICE NUMBER
**59-00121**

DATE OF ISSUE
**11/17/2025**

**Invoices from**
**11/01/2025 to 11/17/2025**

| | | | AMOUNT |
|---|---|---|---|
| Baltimore West #059 (CTSXPRESS) | INV#318063 | 11/3/2025 | $110.00 |
| Baltimore West #059 (CTSXPRESS) | INV#318131 | 11/5/2025 | $130.00 |
| Baltimore West #059 (CTSXPRESS) | INV#318202 | 11/5/2025 | $160.00 |
| Baltimore West #059 (CTSXPRESS) | INV#318049 | 11/5/2025 | $130.00 |
| Baltimore West #059 (CTSXPRESS) | INV#318248 | 11/7/2025 | $110.00 |
| Baltimore West #059 (CTSXPRESS) | INV#318373 | 11/12/2025 | $160.00 |
| Baltimore West #059 (CTSXPRESS) | INV#318440 | 11/14/2025 | $160.00 |
| Baltimore West #059 (CTSXPRESS) | INV#318322 | 11/14/2025 | $160.00 |

SUBTOTAL $1,120.00

DISCOUNT -$0.00

INVOICE TOTAL

# $1,120.00

TERMS
**Please pay invoice NET 7 DAYS**

# Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

**BILLED TO**

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

**INVOICE NUMBER**
**66-00058**

**DATE OF ISSUE**
**10/31/2025**

| | | | AMOUNT |
|---|---|---|---|
| Monroeville PA #66 (CTSXPRESS) | INV#543703 | 10/1/2025 | $235.00 |
| Monroeville PA #66 (CTSXPRESS) | INV#545100 | 10/2/2025 | $160.00 |
| Monroeville PA #66 (CTSXPRESS) | INV#545101 | 10/4/2025 | $160.00 |
| Monroeville PA #66 (CTSXPRESS) | INV#545051 | 10/7/2025 | $160.00 |
| Monroeville PA #66 (CTSXPRESS) | INV#545108 | 10/7/2025 | $235.00 |
| Monroeville PA #66 (CTSXPRESS) | INV#545190 | 10/9/2025 | $110.00 |
| Monroeville PA #66 (CTSXPRESS) | INV#545207 | 10/14/2025 | $110.00 |
| Monroeville PA #66 (CTSXPRESS) | INV#545238 | 10/15/2025 | $160.00 |
| Monroeville PA #66 (CTSXPRESS) | INV#545255 | 10/17/2025 | $160.00 |
| Monroeville PA #66 (CTSXPRESS) | INV#545352 | 10/21/2025 | $110.00 |
| Monroeville PA #66 (CTSXPRESS) | INV#545352 | 10/21/2025 | $110.00 |
| Monroeville PA #66 (CTSXPRESS) | INV#545097 | 10/22/2025 | $160.00 |
| Monroeville PA #66 (CTSXPRESS) | INV#545256 | 10/24/2025 | $160.00 |
| Monroeville PA #66 (CTSXPRESS) | INV#545442 | 10/29/2025 | $160.00 |
| Monroeville PA #66 (CTSXPRESS) | INV#545487 | 10/30/2025 | $190.00 |

SUBTOTAL $2,380.00

DISCOUNT

INVOICE TOTAL

# $2,380.00

**TERMS**
**Please pay invoice NET 7 DAYS**

# Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

BILLED TO

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

INVOICE NUMBER
**66-00059**

DATE OF ISSUE
**11/17/2025**

**Invoices from 11/01/2025
to 11/17/2025**

| | | | AMOUNT |
|---|---|---|---|
| Monroeville PA #66 (CTSXPRESS) | INV#545684 | 11/7/2025 | $110.00 |
| Monroeville PA #66 (CTSXPRESS) | INV#545663 | 11/11/2025 | $185.00 |
| Monroeville PA #66 (CTSXPRESS) | INV#544695 | 11/12/2025 | $110.00 |
| Monroeville PA #66 (CTSXPRESS) | INV#545680 | 11/12/2025 | $130.00 |
| Monroeville PA #66 (CTSXPRESS) | INV#545684 | 11/13/2025 | $160.00 |

SUBTOTAL  $695.00
DISCOUNT

INVOICE TOTAL

# $695.00

TERMS
**Please pay Invoice NET 7 DAYS**

## Castera Transportation Services LLC.

PO BOX 2125
Germantown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

BILLED TO

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

INVOICE NUMBER
**69-00028**

DATE OF ISSUE
**10/31/2025**

| | | | AMOUNT |
|---|---|---|---|
| Glen Burnie #69(CTSXPRESS) | INV#710438 | 10/1/2025 | $110.00 |
| Glen Burnie #69(CTSXPRESS) | INV#709816 | 10/1/2025 | $160.00 |
| Glen Burnie #69 (CTSXPRESS) | INV#710494 | 10/1/2025 | $110.00 |
| Glen Burnie #69 (CTSXPRESS) | INV#710551 | 10/3/2025 | $130.00 |
| Glen Burnie #69 (CTSXPRESS) | INV#710564 | 10/7/2025 | $110.00 |
| Glen Burnie #69 (CTSXPRESS) | INV#710619 | 10/8/2025 | $185.00 |
| Glen Burnie #69 (CTSXPRESS) | INV#710657 | 10/9/2025 | $210.00 |
| Glen Burnie #69 (CTSXPRESS) | INV#710716 | 10/14/2025 | $160.00 |
| Glen Burnie #69 (CTSXPRESS) | INV#710369 | 10/14/2025 | $110.00 |
| Glen Burnie #69 (CTSXPRESS) | INV#710727 | 10/16/2025 | $130.00 |
| Glen Burnie #69 (CTSXPRESS) | INV#710567 | 10/17/2025 | $160.00 |
| Glen Burnie #69 (CTSXPRESS) | INV#710848 | 10/17/2025 | $160.00 |
| Glen Burnie #69 (CTSXPRESS) | INV#710895 | 10/21/2025 | $160.00 |
| Glen Burnie #69 (CTSXPRESS) | INV#710388 | 10/21/2025 | $110.00 |
| Glen Burnie #69 (CTSXPRESS) | INV#710910 | 10/23/2025 | $185.00 |
| Glen Burnie #69 (CTSXPRESS) | INV#710832 | 10/24/2025 | $110.00 |
| Glen Burnie #69 (CTSXPRESS) | INV#711110 | 10/31/2025 | $160.00 |
| Glen Burnie #69 (CTSXPRESS) | INV#711092 | 10/31/2025 | $110.00 |

SUBTOTAL $2,570.00
DISCOUNT -$0.00

INVOICE TOTAL

**$2,570.00**

TERMS
**Please pay invoice NET 7 DAYS**

# Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland

20875

301-758-0948
A.payable@ctsdelivery.com

**BILLED TO**

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

**INVOICE NUMBER**
**69-00029**

**DATE OF ISSUE**
**11/17/2025**

**Invoices from 11/01/2025
to 11/17/2025**

| | | | AMOUNT |
|---|---|---|---|
| Glen Burnie #69(CTSXPRESS) | INV#711114 | 11/3/2025 | $110.00 |
| Glen Burnie #69(CTSXPRESS) | INV#711169 | 11/5/2025 | $130.00 |
| Glen Burnie #69 (CTSXPRESS) | INV#711128 | 11/5/2025 | $130.00 |
| Glen Burnie #69 (CTSXPRESS) | INV#711289 | 11/11/2025 | $160.00 |
| Glen Burnie #69 (CTSXPRESS) | INV#711232 | 11/11/2025 | $160.00 |
| Glen Burnie #69 (CTSXPRESS) | INV#711342 | 11/11/2025 | $160.00 |
| Glen Burnie #69 (CTSXPRESS) | INV#711373 | 11/13/2025 | $160.00 |
| Glen Burnie #69 (CTSXPRESS) | INV#711396 | 11/14/2025 | $160.00 |
| Glen Burnie #69 (CTSXPRESS) | INV#711472 | 11/17/2025 | $160.00 |

SUBTOTAL **$1,330.00**
DISCOUNT -$0.00

INVOICE TOTAL

# $1,330.00

**TERMS**
**Please pay invoice NET 7 DAYS**

# Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

**BILLED TO**

Accounts Payable Dept.
American Signature Inc.
Phone: (614)449-6917
Fax  (614)449-6913

# Invoice

**INVOICE NUMBER**
74-00106

**DATE OF ISSUE**
10/31/2025

|  |  |  | AMOUNT |
|---|---|---|---|
| New Carrollton (CTSXPRESS) | INV#673948 | 10/1/2025 | $130.00 |
| New Carrollton (CTSXPRESS) | INV#673988 | 10/2/2025 | $185.00 |
| New Carrollton (CTSXPRESS) | INV#6733902 | 10/3/2025 | $130.00 |
| New Carrollton (CTSXPRESS) | INV#673886 | 10/7/2025 | $160.00 |
| New Carrollton (CTSXPRESS) | INV#674029 | 10/7/2025 | $110.00 |
| New Carrollton (CTSXPRESS) | INV#674053 | 10/7/2025 | $110.00 |
| New Carrollton (CTSXPRESS) | INV#674121 | 10/9/2025 | $160.00 |
| New Carrollton (CTSXPRESS) | INV#674245 | 10/15/2025 | $160.00 |
| New Carrollton (CTSXPRESS) | INV#874085 | 10/16/2025 | $160.00 |
| New Carrollton (CTSXPRESS) | INV#674162 | 10/16/2025 | $235.00 |
| New Carrollton (CTSXPRESS) | INV#674336 | 10/24/2025 | $110.00 |
| New Carrollton (CTSXPRESS) | INV#674371 | 10/24/2025 | $160.00 |
| New Carrollton (CTSXPRESS) | INV#674371 | 10/29/2025 | $160.00 |
| New Carrollton (CTSXPRESS) | INV#674464 | 10/31/2025 | $130.00 |

SUBTOTAL  $2,100.00

DISCOUNT  -$0.00

**INVOICE TOTAL**

# $2,100.00

**TERMS**
**Please pay invoice NET 7 DAYS**

# Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

BILLED TO

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

INVOICE NUMBER
**74-00107**

DATE OF ISSUE
**11/17/2025**

**Invoices from 11/01/2025
to 11/17/2025**

| | | | AMOUNT |
|---|---|---|---|
| New Carrollton (CTSXPRESS) | INV#674058 | 11/4/2025 | $160.00 |
| New Carrollton (CTSXPRESS) | INV#674020 | 11/5/2025 | $155.00 |
| New Carrollton (CTSXPRESS) | INV#674371 | 11/5/2025 | $130.00 |
| New Carrollton (CTSXPRESS) | INV#674661 | 11/11/2025 | $110.00 |
| New Carrollton (CTSXPRESS) | INV#674517 | 11/11/2025 | $185.00 |
| New Carrollton (CTSXPRESS) | INV#674639 | 11/11/2025 | $160.00 |
| New Carrollton (CTSXPRESS) | INV#674646 | 11/13/2025 | $160.00 |
| New Carrollton (CTSXPRESS) | INV#674710 | 11/14/2025 | $160.00 |
| New Carrollton (CTSXPRESS) | INV#674178 | 10/14/2025 | $160.00 |

SUBTOTAL $1,380.00
DISCOUNT -$0.00

INVOICE TOTAL

# $1,380.00

TERMS
**Please pay invoice NET 7 DAYS**

## Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

BILLED TO

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

INVOICE NUMBER
**76-00013**

DATE OF ISSUE
**10/31/2025**

| Description | Invoice | Date | AMOUNT |
|---|---|---|---|
| Buffalo Thruway #76 | INV#532181 | 10/1/2025 | $235.00 |
| Buffalo Thruway #76 | INV#522158 | 10/2/2025 | $160.00 |
| Buffalo Thruway #76 | INV#532215 | 10/2/2025 | $160.00 |
| Buffalo Thruway #76 | INV#532301 | 10/7/2025 | $160.00 |
| Buffalo Thruway #76 | INV#532049 | 10/7/2025 | $160.00 |
| Buffalo Thruway #76 | INV#532291 | 10/8/2025 | $130.00 |
| Buffalo Thruway #76 | INV#532249 | 10/8/2025 | $130.00 |
| Buffalo Thruway #76 | INV#532253 | 10/8/2025 | $160.00 |
| Buffalo Thruway #76 | INV#532280 | 10/8/2025 | $160.00 |
| Buffalo Thruway #76 | INV#532321 | 10/9/2025 | $160.00 |
| Buffalo Thruway #76 | INV#532049 | 10/9/2025 | $160.00 |
| Buffalo Thruway #76 | INV#532284 | 10/15/2025 | $130.00 |
| Buffalo Thruway #76 | INV#532325 | 10/15/2025 | $210.00 |
| Buffalo Thruway #76 | INV#532409 | 10/17/2025 | $110.00 |
| Buffalo Thruway #76 | INV#532376 | 10/17/2025 | $110.00 |
| Buffalo Thruway #76 | INV#532383 | 10/17/2025 | $160.00 |
| Buffalo Thruway #76 | INV#532380 | 10/17/2025 | $110.00 |
| Buffalo Thruway #76 | INV#532449 | 10/22/2025 | $147.50 |
| Buffalo Thruway #76 | INV#532428 | 10/23/2025 | $110.00 |
| Buffalo Thruway #76 | INV#532423 | 10/28/2025 | $160.00 |
| Buffalo Thruway #76 | INV#532461 | 10/29/2025 | $110.00 |
| Buffalo Thruway #76 | INV#532529 | 10/30/2025 | $160.00 |
| Buffalo Thruway #76 | INV#532343 | 10/31/2025 | $185.00 |

SUBTOTAL **$3,477.50**
DISCOUNT -$0.00

INVOICE TOTAL
# $3,477.50

TERMS
**Please pay invoice NET 7 DAYS**

# Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

BILLED TO

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

INVOICE NUMBER
**76-00014**

DATE OF ISSUE
**11/17/2025**

**Invoices from 11/01/2025
to 11/17/20285**

| | | | AMOUNT |
|---|---|---|---|
| Buffalo Thruway #76 | INV#532290 | 11/4/2025 | $160.00 |
| Buffalo Thruway #76 | INV#532553 | 11/5/2025 | $235.00 |
| Buffalo Thruway #76 | INV#532595 | 11/6/2025 | $185.00 |
| Buffalo Thruway #76 | INV#532657 | 11/7/2025 | $110.00 |
| Buffalo Thruway #76 | INV#532759 | 11/11/2025 | $110.00 |
| Buffalo Thruway #76 | INV#532606 | 11/11/2025 | $110.00 |
| Buffalo Thruway #76 | INV#5322557 | 11/11/2025 | $160.00 |
| Buffalo Thruway #76 | INV#532290 | 11/11/2025 | $160.00 |
| Buffalo Thruway #76 | INV#532688 | 11/12/2025 | $130.00 |
| Buffalo Thruway #76 | INV#532783 | 11/13/2025 | $160.00 |
| Buffalo Thruway #76 | INV#532742 | 11/13/2025 | $110.00 |

SUBTOTAL $1,630.00
DISCOUNT -$0.00

INVOICE TOTAL
# $1,630.00

TERMS
**Please pay invoice NET 7 DAYS**

# Castera Transportation Services LLC.

PO BOX 2125
Germantown, Maryland

20875

301-758-0948
A.payable@ctsdelivery.com

**BILLED TO**

Accounts Payable Dept.
American Signature Inc.
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

**INVOICE NUMBER**
78-00013

**DATE OF ISSUE**
10/31/2025

| | | | AMOUNT |
|---|---|---|---|
| Rochester #78 | INV#530370 | 10/1/2025 | $110.00 |
| Rochester #78 | INV#530656 | 10/1/2025 | $185.00 |
| Rochester #78 | INV#530672 | 10/1/2025 | $130.00 |
| Rochester #78 | INV#529698 | 10/2/2025 | $110.00 |
| Rochester #78 | INV#530771 | 10/8/2025 | $130.00 |
| Rochester #78 | INV#530780 | 10/9/2025 | $160.00 |
| Rochester #78 | INV#530775 | 10/9/2025 | $160.00 |
| Rochester #78 | INV#530729 | 10/16/2025 | $110.00 |
| Rochester #78 | INV#530811 | 10/17/2025 | $110.00 |

SUBTOTAL $1,205.00

DISCOUNT -$0.00

**INVOICE TOTAL**

# $1,205.00

**TERMS**
Please pay invoice NET 7 DAYS

# Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A payable@ctsdelivery.com

BILLED TO

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax. (614)449-6913

# Invoice

INVOICE NUMBER
**78-00015**

DATE OF ISSUE
**11/17/2025**

**Invoices from 11/01/2025
to 11/17/2025**

| | | | AMOUNT |
|---|---|---|---|
| Rochester #78 | INV#530815 | 11/5/2025 | $160.00 |
| Rochester #78 | INV#531073 | 11/6/2025 | $130.00 |
| Rochester #78 | INV#531031 | 11/7/2025 | $130.00 |
| Rochester #78 | INV#531115 | 11/12/2025 | $160.00 |
| Rochester #78 | INV#531048 | 11/12/2025 | $235.00 |
| Rochester #78 | INV#531067 | 11/13/2025 | $185.00 |

SUBTOTAL $1,000.00

DISCOUNT -$0.00

INVOICE TOTAL

# $1,000.00

TERMS
**Please pay invoice NET 7 DAYS**

# Castera Transportation Services LLC.

PO BOX 2125
Germantown, Maryland
20875

301-759-0948
A payable@ctsdelivery.com

BILLED TO

Accounts Payable Dept.
American Signature Inc.
Phone (614)449-6917
Fax (614)449-6913

# Invoice

**INVOICE NUMBER**

90-00164

**DATE OF ISSUE**

11/1/2025

| | | AMOUNT |
|---|---|---|
| Hagerstown #90 | 10-28-2025 | $991.98 |
| Hagerstown #90 | 10-29-2025 | $984.46 |
| Hagerstown #90 | 10-30-2025 | $2,044.34 |
| Hagerstown #90 | 10-31-2025 | $1,002.51 |
| Hagerstown #90 | 11-1-2025 | $1,929.78 |

SUBTOTAL  $6,953.07
DISCOUNT  -$0.00

INVOICE TOTAL

## $6,953.07

TERMS
**Please pay Invoice NET 7 DAYS**

# Castera Transportation Services LLC.

PO BOX 2125
Germantown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

**BILLED TO**

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

**INVOICE NUMBER**
**90-00165**

**DATE OF ISSUE**
**11/8/2025**

| | | AMOUNT |
|---|---|---|
| Hagerstown #90 | 11-4-2025 | $1,006.88 |
| Hagerstown #90 | 11-5-2025 | $1,942.37 |
| Hagerstown #90 | 11-6-2025 | $1,005.19 |
| Hagerstown #90 | 11-7-2025 | $2,010.57 |
| Hagerstown #90 | 11-8-2025 | $2,035.79 |

SUBTOTAL  $8,000.80
DISCOUNT  -$0.00

INVOICE TOTAL

**$8,000.80**

**TERMS**
**Please pay Invoice NET 7 DAYS**

## Castera Transportation Services LLC.

PO BOX 2125
Germantown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

**BILLED TO**

Accounts Payable Dept.
American Signature Inc.
Phone (614)449-6917
Fax: (614)449-6913

# Invoice

**INVOICE NUMBER**

90-00166

**DATE OF ISSUE**
11/15/2025

| | | AMOUNT |
|---|---|---|
| Hagerstown #90 | 11-11-2025 | $983.64 |
| Hagerstown #90 | 11-12-2025 | $2,114.51 |
| Hagerstown #90 | 11-13-2025 | $1,962.86 |
| Hagerstown #90 | 11-14-2025 | $988.34 |
| Hagerstown #90 | 11-15-2025 | $1,933.48 |

SUBTOTAL $7,982.83
DISCOUNT -$0.00

**INVOICE TOTAL**

# $7,982.83

**TERMS**
**Please pay invoice NET 7 DAYS**

# Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

BILLED TO

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

INVOICE NUMBER
**90-00167**

DATE OF ISSUE
**11/22/2025**

|  |  | AMOUNT |
|---|---|---|
| **Hagerstown #90** | 11-18-2025 | $1,390.31 |
| **Hagerstown #90** | 11-19-2025 | $2,514.33 |
| **Hagerstown #90** | 11-20-2025 | $1,992.97 |
| **Hagerstown #90** | 11-21-2025 | $1,198.20 |
| **Hagerstown #90** | 11-22-2025 | $2,282.10 |

SUBTOTAL $9,377.91
DISCOUNT -$0.00

INVOICE TOTAL

# $9.377.91

TERMS
**Please pay invoice NET 7 DAYS**

# Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

**BILLED TO**

Accounts Payable Dept.
American Signature Inc.
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

**INVOICE NUMBER**
92-00159

**DATE OF ISSUE**
11/1/2025

| | | AMOUNT |
|---|---|---|
| Mechanicsburg #92 | 10-28-2025 | $1,128.59 |
| Mechanicsburg #92 | 10-29-2025 | $1,097.02 |
| Mechanicsburg #92 | 10-30-2025 | $1,966.44 |
| Mechanicsburg #92 | 10-31-2025 | $2,045.74 |
| Mechanicsburg #92 | 11-1-2025 | $1,211.01 |

SUBTOTAL  $7,448.80

DISCOUNT  -$0.00

**INVOICE TOTAL**

# $7,448.80

**TERMS**
Please pay invoice NET 7 DAYS

# Castera Transportation Services LLC.

PO BOX 2125
Germantown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

**BILLED TO**

Accounts Payable Dept.
American Signature Inc.
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

**INVOICE NUMBER**
92-00160

**DATE OF ISSUE**
11/8/2025

| | | AMOUNT |
|---|---|---|
| Mechanicsburg #92 | 11-4-2025 | $1,189.18 |
| Mechanicsburg #92 | 11-5-2025 | $1,925.64 |
| Mechanicsburg #92 | 11-6-2025 | $2,006.17 |
| Mechanicsburg #92 | 11-7-2025 | $2,016.52 |
| Mechanicsburg #92 | 11-8-2025 | $1,348.06 |

SUBTOTAL  $8,485.57

DISCOUNT  -$0.00

**INVOICE TOTAL**

# $8.485.57

**TERMS**
Please pay invoice NET 7 DAYS

## Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

**BILLED TO**

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

**INVOICE NUMBER**
**92-00161**

**DATE OF ISSUE**
**11/15/2025**

| | | AMOUNT |
|---|---|---|
| Mechanicsburg #92 | 11-11-2025 | $2,010.41 |
| Mechanicsburg #92 | 11-12-2025 | $1,001.50 |
| Mechanicsburg #92 | 11-13-2025 | $1,002.73 |
| Mechanicsburg #92 | 11-14-2025 | $2,556.29 |
| Mechanicsburg #92 | 11-15-2025 | $1,295.15 |
| Mechanicsburg #92 | 11-03-2025 | $962.49 |

SUBTOTAL  $8,828.57
DISCOUNT  -$0.00

**INVOICE TOTAL**

# $8.828.57

TERMS
**Please pay Invoice NET 7 DAYS**

# Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

BILLED TO

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

INVOICE NUMBER
**92-00162**

DATE OF ISSUE
**11/22/2025**

| | | AMOUNT |
|---|---|---|
| **Mechanicsburg #92** | 11-18-2025 | $2,089.29 |
| **Mechanicsburg #92** | 11-19-2025 | $1,024.76 |
| **Mechanicsburg #92** | 11-20-2025 | $992.07 |
| **Mechanicsburg #92** | 11-21-2025 | $2,115.81 |
| **Mechanicsburg #92** | 11-22-2025 | $2,262.29 |

SUBTOTAL $8,484.22
DISCOUNT -$0.00

INVOICE TOTAL

# $8,484.22

TERMS
**Please pay invoice NET 7 DAYS**

## Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

**BILLED TO**

Accounts Payable Dept.
American Signature Inc.
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

**INVOICE NUMBER**
93-00156

**DATE OF ISSUE**
11/1/2025

| | | AMOUNT |
|---|---|---|
| Potomac Mills #93 | 10-28-2025 | $1,002.72 |
| Potomac Mills #93 | 10-29-2025 | $2,128.77 |
| Potomac Mills #93 | 10-30-2025 | $2,899.46 |
| Potomac Mills #93 | 10-31-2025 | $2,014.60 |
| Potomac Mills #93 | 11-1-2025 | $2,882.80 |

SUBTOTAL  $10,928.35
DISCOUNT  -$0.00

**INVOICE TOTAL**

# $10,928.35

**TERMS**
Please pay invoice NET 7 DAYS

## Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

**BILLED TO**

Accounts Payable Dept.
American Signature Inc.
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

**INVOICE NUMBER**
93-00157

**DATE OF ISSUE**
11/8/2025

| | | AMOUNT |
|---|---|---|
| Potomac Mills #93 | 11-4-2025 | $950.97 |
| Potomac Mills #93 | 11-5-2025 | $2,372.45 |
| Potomac Mills #93 | 11-6-2025 | $1,962.98 |
| Potomac Mills #93 | 11-7-2025 | $1,942.37 |
| Potomac Mills #93 | 11-8-2025 | $2,066.81 |
| TRANSFER TRUCK #186 | 11/7/2025 | $700.00 |

SUBTOTAL $9,995.58
DISCOUNT -$0.00

**INVOICE TOTAL**

# $9,995.58

**TERMS**
**Please pay invoice NET 7 DAYS**

## Castera Transportation Services LLC.

PO BOX 2125  
Germatown, Maryland  
20875

301-758-0948  
A payable@ctsdelivery com

BILLED TO

Accounts Payable Dept.  
American Signature Inc.  
Phone (614)449-6917  
Fax (614)449-6913

# Invoice

INVOICE NUMBER  
93-00158

DATE OF ISSUE  
11/15/2025

| | | AMOUNT |
|---|---|---|
| Potomac Mills #93 | 11-11-2025 | $985.74 |
| Potomac Mills #93 | 11-12-2025 | $2,212.50 |
| Potomac Mills #93 | 11-13-2025 | $2,334.31 |
| Potomac Mills #93 | 11-14-2025 | $2,076.37 |
| Potomac Mills #93 | 11-15-2025 | $2,795.82 |

SUBTOTAL  $10,404.74  
DISCOUNT  -$0.00

INVOICE TOTAL

# $10,404.74

TERMS  
**Please pay invoice NET 7 DAYS**

## Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

BILLED TO

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

INVOICE NUMBER
**93-00159**

DATE OF ISSUE
**11/22/2025**

|  |  | AMOUNT |
|---|---|---|
| Potomac Mills #93 | 11-18-2025 | $1,943.07 |
| Potomac Mills #93 | 11-19-2025 | $1,930.75 |
| Potomac Mills #93 | 11-20-2025 | $2,584.23 |
| Potomac Mills #93 | 11-21-2025 | $1,925.36 |
| Potomac Mills #93 | 11-22-2025 | $2,976.53 |
| 1 TRANSFER TRUCK #186 | 11/20/2025 | $700.00 |

SUBTOTAL $12,059.94
DISCOUNT -$0.00

INVOICE TOTAL

# $12,059.94

TERMS
**Please pay invoice NET 7 DAYS**

## Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A payable@ctsdelivery.com

**BILLED TO**

Accounts Payable Dept.
American Signature Inc.
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

**INVOICE NUMBER**
98-00159

**DATE OF ISSUE**
11/1/2025

| | | AMOUNT |
|---|---|---|
| Rochester #98 | 10-28-2025 | $1,568.35 |
| Rochester #98 | 10-29-2025 | $1,940.80 |
| Rochester #98 | 10-30-2025 | $2,151.75 |
| Rochester #98 | 10-31-2025 | $2,345.07 |
| Rochester #98 | 11-1-2025 | $2,428.89 |

SUBTOTAL $10,434.86
DISCOUNT -$0.00

**INVOICE TOTAL**

# $10,434.86

**TERMS**
**Please pay Invoice NET 7 DAYS**

## Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

**BILLED TO**

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

**INVOICE NUMBER**
98-00160

**DATE OF ISSUE**
11/8/2025

| | | AMOUNT |
|---|---|---|
| Rochester #98 | 11-4-2025 | $0.00 |
| Rochester #98 | 11-5-2025 | $2,257.28 |
| Rochester #98 | 11-6-2025 | $1,976.04 |
| Rochester #98 | 11-7-2025 | $1,997.64 |
| Rochester #98 | 11-8-2025 | $2,325.18 |

SUBTOTAL  $8,556.14

DISCOUNT  -$0.00

**INVOICE TOTAL**

# $8,556.14

**TERMS**
**Please pay invoice NET 7 DAYS**

## Castera Transportation Services LLC.

PO BOX 2125
Germantown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

**BILLED TO**

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

**INVOICE NUMBER**
**98-00161**

**DATE OF ISSUE**
**11/15/2025**

| | | AMOUNT |
|---|---|---|
| **Rochester #98** | 11-11-2025 | $0.00 |
| **Rochester #98** | 11-12-2025 | $1,966.78 |
| **Rochester #98** | 11-13-2025 | $2,731.63 |
| **Rochester #98** | 11-14-2025 | $2,559.90 |
| **Rochester #98** | 11-15-2025 | $2,523.39 |

SUBTOTAL  $9,781.70
DISCOUNT  -$0.00

**INVOICE TOTAL**

# $9,781.70

**TERMS**
**Please pay invoice NET 7 DAYS**

# Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

BILLED TO

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

INVOICE NUMBER
**98-00162**

DATE OF ISSUE
**11/22/2025**

| | | AMOUNT |
|---|---|---|
| **Rochester #98** | 11-18-2025 | $0.00 |
| **Rochester #98** | 11-19-2025 | $1,952.22 |
| **Rochester #98** | 11-20-2025 | $2,852.80 |
| **Rochester #98** | 11-21-2025 | $2,087.64 |
| **Rochester #98** | 11-22-2025 | $2,086.33 |
| | | |
| CTS PAY 1 BOX OF TAPE | 10/20/2025 | -$37.80 |
| CTS PAY 1 BOX OF TAPE $37.80 & 1 BOX PLASTIC $39.99 | 11/11/2025 | -$77.79 |

SUBTOTAL  $8,863.40
DISCOUNT  -$0.00

INVOICE TOTAL

# $8,863.40

TERMS
**Please pay invoice NET 7 DAYS**

# Castera Transportation Services LLC.

PO BOX 2125
Germantown, Maryland
20875

301-758-0948
A payable@ctadelivery com

**BILLED TO**

Accounts Payable Dept.
American Signature Inc.
Phone (614)449-6917
Fax. (614)449-6913

# Invoice

**INVOICE NUMBER**
100-00161

**DATE OF ISSUE**
11/1/2025

| | | AMOUNT |
|---|---|---|
| Waldorf #100 | 10-28-2025 | $1,904.81 |
| Waldorf #100 | 10-29-2025 | $1,907.68 |
| Waldorf #100 | 10-30-2025 | $1,921.93 |
| Waldorf #100 | 10-31-2025 | $1,927.80 |
| Waldorf #100 | 11-1-2025 | $2,000.97 |

SUBTOTAL  $9,663.19

DISCOUNT  -$0.00

**INVOICE TOTAL**

# $9,663.19

**TERMS**
**Please pay invoice NET 7 DAYS**

# Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A payable@ctadelivery.com

**BILLED TO**

Accounts Payable Dept.
American Signature Inc.
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

**INVOICE NUMBER**
100-00162

**DATE OF ISSUE**
11/8/2025

| | | AMOUNT |
|---|---|---|
| Waldorf #100 | 11-4-2025 | $1,928.41 |
| Waldorf #100 | 11-5-2025 | $2,189.42 |
| Waldorf #100 | 11-6-2025 | $1,893.63 |
| Waldorf #100 | 11-7-2025 | $1,917.97 |
| Waldorf #100 | 11-8-2025 | $1,917.31 |

SUBTOTAL $9,846.74
DISCOUNT -$0.00

INVOICE TOTAL

## $9,846.74

**TERMS**
**Please pay Invoice NET 7 DAYS**

# Castera Transportation Services LLC.

PO BOX 2125
Germutown, Maryland
20875

301-758-0048
A payable@ctadelivery.com

**BILLED TO**

Accounts Payable Dept.
American Signature Inc.
Phone (614)449-6917
Fax (614)449-6913

# Invoice

**INVOICE NUMBER**
100-00163

**DATE OF ISSUE**
11/15/2025

| | | AMOUNT |
|---|---|---|
| Waldorf #100 | 11-11-2025 | $1,909.86 |
| Waldorf #100 | 11-12-2025 | $1,917.78 |
| Waldorf #100 | 11-13-2025 | $1,887.25 |
| Waldorf #100 | 11-14-2025 | $1,926.95 |
| Waldorf #100 | 11-15-2025 | $1,923.11 |
| 1 TRANSFER TRUCK | 11/10/2025 | $700.00 |

SUBTOTAL $10,264.95
DISCOUNT -$0.00

**INVOICE TOTAL**

## $10,264.95

TERMS
Please pay Invoice NET 7 DAYS

# Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

BILLED TO

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

INVOICE NUMBER
**100-00164**

DATE OF ISSUE
**11/22/2025**

| | | AMOUNT |
|---|---|---|
| **Waldorf #100** | 11-18-2025 | **$2,847.89** |
| **Waldorf #100** | 11-19-2025 | **$2,843.09** |
| **Waldorf #100** | 11-20-2025 | **$1,893.79** |
| **Waldorf #100** | 11-21-2025 | **$1,933.87** |
| **Waldorf #100** | 11-22-2025 | **$2,373.53** |

SUBTOTAL  $11,892.17
DISCOUNT  -$0.00

INVOICE TOTAL

# $11.892.17

TERMS
**Please pay invoice NET 7 DAYS**

## Castera Transportation Services LLC.

PO BOX 2125
Germantown, Maryland
20875

301-758-0948
A payable@ctsdelivery.com

**BILLED TO**

Accounts Payable Dept.
American Signature Inc.
Phone. (614)449-6917
Fax: (614)449-6913

# Invoice

**INVOICE NUMBER**
104-00158

**DATE OF ISSUE**
11/1/2025

| | | AMOUNT |
|---|---|---|
| Falls Church #104 | 10-28-2025 | $2,094.64 |
| Falls Church #104 | 10-29-2025 | $2,834.36 |
| Falls Church #104 | 10-30-2025 | $2,856.12 |
| Falls Church #104 | 10-31-2025 | $3,220.38 |
| Falls Church #104 | 11-1-2025 | $2,944.40 |

SUBTOTAL $13,949.90
DISCOUNT -$0 00

**INVOICE TOTAL**

# $13.949.90

**TERMS**
Please pay invoice NET 7 DAYS

# Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

**BILLED TO**

Accounts Payable Dept.
American Signature Inc.
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

**INVOICE NUMBER**
104-00159

**DATE OF ISSUE**
11/8/2025

| | | AMOUNT |
|---|---|---|
| Falls Church #104 | 11-4-2025 | $2,195.66 |
| Falls Church #104 | 11-5-2025 | $3,127.93 |
| Falls Church #104 | 11-6-2025 | $2,872.60 |
| Falls Church #104 | 11-7-2025 | $2,091.42 |
| Falls Church #104 | 11-8-2025 | $3,133.93 |
| CTS PAY CHARGEBACKS #104-696415 | 10/18/2025 | -$150.02 |

SUBTOTAL $13,271.52
DISCOUNT -$0.00

**INVOICE TOTAL**

# $13,271.52

**TERMS**
Please pay invoice NET 7 DAYS

# Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

**BILLED TO**

Accounts Payable Dept.
American Signature Inc.
Phone: (614) 449-6917
Fax: (614) 449-6913

# Invoice

**INVOICE NUMBER**
104-00160

**DATE OF ISSUE**
11/15/2025

| | | AMOUNT |
|---|---|---|
| Falls Church #104 | 11-11-2025 | $1,914.31 |
| Falls Church #104 | 11-12-2025 | $3,766.32 |
| Falls Church #104 | 11-13-2025 | $1,899.68 |
| Falls Church #104 | 11-14-2025 | $2,014.09 |
| Falls Church #104 | 11-15-2025 | $3,203.13 |

SUBTOTAL $12,797.53

DISCOUNT -$0.00

**INVOICE TOTAL**

# $12,797.53

**TERMS**
Please pay invoice NET 7 DAYS

# Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

BILLED TO

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

**INVOICE NUMBER**
**104-00161**

**DATE OF ISSUE**
**11/22/2025**

| | | AMOUNT |
|---|---|---|
| **Falls Church #104** | 11-18-2025 | **$1,923.19** |
| **Falls Church #104** | 11-19-2025 | **$3,223.08** |
| **Falls Church #104** | 11-20-2025 | **$2,478.16** |
| **Falls Church #104** | 11-21-2025 | **$2,014.51** |
| **Falls Church #104** | 11-22-2025 | **$3,023.02** |

SUBTOTAL  $12,661.96
DISCOUNT  -$0.00

INVOICE TOTAL

# $12,661.96

TERMS
**Please pay invoice NET 7 DAYS**

# Castera Transportation Services LLC.

PO BOX 2125
Germantown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

BILLED TO

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

INVOICE NUMBER
**116-00056**

DATE OF ISSUE
**10/31/2025**

| | | | AMOUNT |
|---|---|---|---|
| Robinson Township #116 | INV#357460 | 10/1/2025 | $160.00 |
| Robinson Township #116 | INV#351885 | 10/1/2025 | $130.00 |
| Robinson Township #116 | INV#357459 | 10/3/2025 | $130.00 |
| Robinson Township #116 | INV#357338 | 10/3/2025 | $160.00 |
| Robinson Township #116 | INV#357420 | 10/3/2025 | $110.00 |
| Robinson Township #116 | INV#357526 | 10/7/2025 | $110.00 |
| Robinson Township #116 | INV#351885 | 10/8/2025 | $160.00 |
| Robinson Township #116 | INV#357635 | 10/8/2025 | $110.00 |
| Robinson Township #116 | INV#357611 | 10/8/2025 | $110.00 |
| Robinson Township #116 | INV#357620 | 10/8/2025 | $160.00 |
| Robinson Township #116 | INV#357665 | 10/9/2025 | $135.00 |
| Robinson Township #116 | INV#357656 | 10/10/2025 | $160.00 |
| Robinson Township #116 | INV#357788 | 10/14/2025 | $130.00 |
| Robinson Township #116 | INV#357467 | 10/14/2025 | $110.00 |
| Robinson Township #116 | INV#357692 | 10/14/2025 | $137.50 |
| Robinson Township #116 | INV#357767 | 10/14/2025 | $130.00 |
| Robinson Township #116 | INV#357772 | 10/15/2025 | $110.00 |
| Robinson Township #116 | INV#357757 | 10/17/2025 | $110.00 |
| Robinson Township #116 | INV#357653 | 10/21/2025 | $130.00 |
| Robinson Township #116 | INV#357833 | 10/21/2025 | $160.00 |
| Robinson Township #116 | INV#357924 | 10/21/2025 | $110.00 |
| Robinson Township #116 | INV#357986 | 10/28/2025 | $160.00 |
| Robinson Township #116 | INV#357935 | 10/29/2025 | $160.00 |
| Robinson Township #116 | INV#357704 | 10/31/2025 | $110.00 |

SUBTOTAL $3,192.50
DISCOUNT -$0.00

INVOICE TOTAL

# $3,192.50

TERMS
**Please pay invoice NET 7 DAYS**

# Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

BILLED TO

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

INVOICE NUMBER
**116-00057**

DATE OF ISSUE
**11/17/2025**

**Invoices from 11/01/2025
to 11/17/2025**

|  |  |  | AMOUNT |
|---|---|---|---|
| Robinson Township #116 | INV#357788 | 11/4/2025 | $130.00 |
| Robinson Township #116 | INV#357704 | 11/4/2025 | $130.00 |
| Robinson Township #116 | INV#358183 | 11/5/2025 | $160.00 |
| Robinson Township #116 | INV#358137 | 11/5/2025 | $185.00 |
| Robinson Township #116 | INV#358339 | 11/12/2025 | $110.00 |
| Robinson Township #116 | INV#358339 | 11/12/2025 | $160.00 |
| Robinson Township #116 | INV#358488 | 11/13/2025 | $130.00 |

SUBTOTAL $1,005.00
DISCOUNT -$0.00

INVOICE TOTAL

# $1,005.00

TERMS
**Please pay invoice NET 7 DAYS**

# Castera Transportation Services LLC.

PO BOX 2125
Germantown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

BILLED TO

Accounts Payable Dept.
American Signature Inc.
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

INVOICE NUMBER
124-00159

DATE OF ISSUE
11/1/2025

| | | AMOUNT |
|---|---|---|
| Buffalo #124 | 10-28-2025 | $1,559.87 |
| Buffalo #124 | 10-29-2025 | $1,321.61 |
| Buffalo #124 | 10-30-2025 | $1,094.91 |
| Buffalo #124 | 10-31-2025 | $1,369.15 |
| Buffalo #124 | 11-1-2025 | $984.98 |

SUBTOTAL  $6,330.52
DISCOUNT  -$0.00

INVOICE TOTAL

# $6.330.52

TERMS
Please pay invoice NET 7 DAYS

# Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

**BILLED TO**

Accounts Payable Dept.
American Signature Inc.
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

**INVOICE NUMBER**
**124-00160**

**DATE OF ISSUE**
**11/8/2025**

| | | AMOUNT |
|---|---|---|
| Buffalo #124 | 11-4-2025 | $1,089.52 |
| Buffalo #124 | 11-5-2025 | $1,186.03 |
| Buffalo #124 | 11-6-2025 | $1,192.50 |
| Buffalo #124 | 11-7-2025 | $1,305.49 |
| Buffalo #124 | 11-8-2025 | $1,233.38 |

SUBTOTAL $6,006.92
DISCOUNT -$0.00

**INVOICE TOTAL**

# $6,006.92

**TERMS**
**Please pay invoice NET 7 DAYS**

## Castera Transportation Services LLC.

PO BOX 2125
Germantown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

**BILLED TO**

Accounts Payable Dept.
American Signature Inc.
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

**INVOICE NUMBER**
124-00161

**DATE OF ISSUE**
11/15/2025

| | | AMOUNT |
|---|---|---|
| Buffalo #124 | 11-11-2025 | $953.18 |
| Buffalo #124 | 11-12-2025 | $2,262.32 |
| Buffalo #124 | 11-13-2025 | $1,996.37 |
| Buffalo #124 | 11-14-2025 | $1,981.62 |
| Buffalo #124 | 11-15-2025 | $2,421.73 |

SUBTOTAL  $9,615.22
DISCOUNT  -$0.00

**INVOICE TOTAL**

# $9.615.22

TERMS
**Please pay invoice NET 7 DAYS**

## Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

BILLED TO

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

INVOICE NUMBER
**124-00162**

DATE OF ISSUE
**11/22/2025**

| | | AMOUNT |
|---|---|---|
| **Buffalo #124** | 11-18-2025 | $0.00 |
| **Buffalo #124** | 11-19-2025 | $2,285.08 |
| **Buffalo #124** | 11-20-2025 | $1,925.61 |
| **Buffalo #124** | 11-21-2025 | $1,983.57 |
| **Buffalo #124** | 11-22-2025 | $1,943.30 |

SUBTOTAL  $8,137.56
DISCOUNT  -$0.00

INVOICE TOTAL

# $8,137.56

TERMS
**Please pay invoice NET 7 DAYS**

# Castera Transportation Services LLC.

PO BOX 2125
Germantown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

**BILLED TO**

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

**INVOICE NUMBER**
**130-00030**

**DATE OF ISSUE**
**10/31/2025**

| | | | AMOUNT |
|---|---|---|---|
| White Marsh #130(CTSXPRESS) | INV#496142 | 10/1/2025 | $130.00 |
| White Marsh #130 (CTSXPRESS) | INV#495239 | 10/1/2025 | $110.00 |
| White Marsh #130 (CTSXPRESS) | INV#496174 | 10/2/2025 | $130.00 |
| White Marsh #130 (CTSXPRESS) | INV#495899 | 10/3/2025 | $130.00 |
| White Marsh #130 (CTSXPRESS) | INV#496135 | 10/3/2025 | $160.00 |
| White Marsh #130 (CTSXPRESS) | INV#496263 | 10/7/2025 | $160.00 |
| White Marsh #130 (CTSXPRESS) | INV#496242 | 10/7/2025 | $110.00 |
| White Marsh #130 (CTSXPRESS) | INV#496014 | 10/8/2025 | $130.00 |
| White Marsh #130 (CTSXPRESS) | INV#496383 | 10/10/2025 | $130.00 |
| White Marsh #130 (CTSXPRESS) | INV#496500 | 10/14/2025 | $235.00 |
| White Marsh #130 (CTSXPRESS) | INV#496471 | 10/15/2025 | $110.00 |
| White Marsh #130 (CTSXPRESS) | INV#496466 | 10/17/2025 | $110.00 |
| White Marsh #130 (CTSXPRESS) | INV#496389 | 10/17/2025 | $185.00 |
| White Marsh #130 (CTSXPRESS) | INV#496670 | 10/21/2025 | $130.00 |
| White Marsh #130 (CTSXPRESS) | INV#496656 | 10/22/2025 | $160.00 |
| White Marsh #130 (CTSXPRESS) | INV#496745 | 10/24/2025 | $110.00 |
| White Marsh #130 (CTSXPRESS) | INV#496869 | 10/28/2025 | $160.00 |
| White Marsh #130 (CTSXPRESS) | INV#496753 | 10/28/2025 | $110.00 |
| White Marsh #130 (CTSXPRESS) | INV#496839 | 10/28/2025 | $130.00 |
| White Marsh #130 (CTSXPRESS) | INV#496851 | 10/28/2025 | $110.00 |
| White Marsh #130 (CTSXPRESS) | INV#496857 | 10/29/2025 | $110.00 |

SUBTOTAL $2,850.00
DISCOUNT -$0.00

INVOICE TOTAL

# $2,850.00

TERMS
**Please pay Invoice NET 7 DAYS**

# Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland

20875

301-758-0948
A.payable@ctsdelivery.com

BILLED TO

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

INVOICE NUMBER
**130-00031**

DATE OF ISSUE
**11/17/2025**

**Invoices from 11/01/2025 to 11/17/2025**

| | | | AMOUNT |
|---|---|---|---|
| White Marsh #130(CTSXPRESS) | INV#497136 | 11/3/2025 | $110.00 |
| White Marsh #130 (CTSXPRESS) | INV#497107 | 11/5/2025 | $130.00 |
| White Marsh #130 (CTSXPRESS) | INV#497141 | 11/5/2025 | $110.00 |
| White Marsh #130 (CTSXPRESS) | INV#497052 | 11/7/2025 | $110.00 |
| White Marsh #130 (CTSXPRESS) | INV#497198 | 11/7/2025 | $130.00 |
| White Marsh #130 (CTSXPRESS) | INV#497271 | 11/11/2025 | $110.00 |
| White Marsh #130 (CTSXPRESS) | INV#496763 | 11/11/2025 | $210.00 |
| White Marsh #130 (CTSXPRESS) | INV#497309 | 11/12/2025 | $210.00 |
| White Marsh #130 (CTSXPRESS) | INV#497255 | 11/12/2025 | $160.00 |
| White Marsh #130 (CTSXPRESS) | INV#497359 | 11/12/2025 | $160.00 |
| White Marsh #130 (CTSXPRESS) | INV#497358 | 11/12/2025 | $110.00 |
| White Marsh #130 (CTSXPRESS) | INV#497446 | 11/13/2025 | $160.00 |
| White Marsh #130 (CTSXPRESS) | INV#497510 | 11/14/2025 | $130.00 |
| White Marsh #130 (CTSXPRESS) | INV#497182 | 11/17/2025 | $130.00 |

SUBTOTAL $1,970.00
DISCOUNT -$0.00

INVOICE TOTAL

**$1,970.00**

TERMS
**Please pay invoice NET 7 DAYS**

# Castera Transportation Services LLC.

PO BOX 2125
Germantown, Maryland

20875

301-758-0948
A.payable@ctsdelivery.com

**BILLED TO**

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

**INVOICE NUMBER**
132-00020

**DATE OF ISSUE**
10/31/2025

|  |  |  | AMOUNT |
|---|---|---|---|
| Harrisburg #132 | INV#172071 | 10/2/2025 | $210.00 |
| Harrisburg #132 | INV#172148 | 10/3/2025 | $160.00 |
| Harrisburg #132 | INV#172178 | 10/3/2025 | $160.00 |
| Harrisburg #132 | INV#172238 | 10/8/2025 | $260.00 |
| Harrisburg #132 | INV#172143 | 10/10/2025 | $160.00 |
| Harrisburg #132 | INV#172334 | 10/17/2025 | $110.00 |
| Harrisburg #132 | INV#172260 | 10/17/2025 | $110.00 |
| Harrisburg #132 | INV#172281 | 10/17/2025 | $130.00 |
| Harrisburg #132 | INV#172500 | 10/31/2025 | $130.00 |

SUBTOTAL  $1,430.00

DISCOUNT  -$0.00

**INVOICE TOTAL**

# $1,430.00

**TERMS**
Please pay invoice NET 7 DAYS

# Castera Transportation Services LLC.

PO BOX 2125
Germantown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

**BILLED TO**

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

**INVOICE NUMBER**
**151-00026**

**DATE OF ISSUE**
**10/31/2025**

| | | | AMOUNT |
|---|---|---|---|
| Frederick #151(CTSXPRESS) | INV#177367 | 10/1/2025 | $130.00 |
| Frederick #151(CTSXPRESS) | INV#177035 | 10/1/2025 | $110.00 |
| Frederick #151(CTSXPRESS) | INV#177424 | 10/7/2025 | $110.00 |
| Frederick #151(CTSXPRESS) | INV#177429 | 10/8/2025 | $160.00 |
| Frederick #151(CTSXPRESS) | INV#177466 | 10/10/2025 | $110.00 |
| Frederick #151(CTSXPRESS) | INV#177634 | 10/22/2025 | $160.00 |
| Frederick #151(CTSXPRESS) | INV#177605 | 10/23/2025 | $130.00 |

SUBTOTAL  $910.00

DISCOUNT  -$0.00

**INVOICE TOTAL**

# $910.00

**TERMS**
**Please pay invoice NET 7 DAYS**

# Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland

20875

301-758-0948
A.payable@ctsdelivery.com

BILLED TO

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

INVOICE NUMBER
**151-00027**

DATE OF ISSUE
**11/17/2025**

**Invoices from 11/01/2025
to 11/17/2025**

| | | | AMOUNT |
|---|---|---|---|
| Frederick #151(CTSXPRESS) | INV#177773 | 11/7/2025 | $160.00 |
| Frederick #151(CTSXPRESS) | INV#177756 | 11/7/2025 | $160.00 |
| Frederick #151(CTSXPRESS) | INV#177841 | 11/7/2025 | $110.00 |
| Frederick #151(CTSXPRESS) | INV#177905 | 11/13/2025 | $130.00 |
| Frederick #151(CTSXPRESS) | INV#177911 | 11/14/2025 | $130.00 |
| Frederick #151(CTSXPRESS) | INV#177864 | 11/14/2025 | $210.00 |
| Frederick #151(CTSXPRESS) | INV#177889 | 11/14/2025 | $130.00 |

SUBTOTAL  $1,030.00

DISCOUNT  -$0.00

INVOICE TOTAL

**$1,030.00**

TERMS
**Please pay Invoice NET 7 DAYS**

# Castera Transportation Services LLC.

PO BOX 2125
Germantown, Maryland

20875

301-758-0948
A.payable@ctsdelivery.com

BILLED TO

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

INVOICE NUMBER
**163-00026**

DATE OF ISSUE
**10/31/2025**

| | | | AMOUNT |
|---|---|---|---|
| Rockville #163(CTSXPRESS) | INV#81310 | 10/1/2025 | $110.00 |
| Rockville #163(CTSXPRESS) | INV#81424 | 10/2/2025 | $160.00 |
| Rockville #163(CTSXPRESS) | INV#81377 | 10/2/2025 | $160.00 |
| Rockville #163(CTSXPRESS) | INV#81445 | 10/3/2025 | $110.00 |
| Rockville #163(CTSXPRESS) | INV#81422 | 10/3/2025 | $185.00 |
| Rockville #163(CTSXPRESS) | INV#81491 | 10/7/2025 | $110.00 |
| Rockville #163(CTSXPRESS) | INV#81505 | 10/8/2025 | $160.00 |
| Rockville #163(CTSXPRESS) | INV#81324 | 10/8/2025 | $185.00 |
| Rockville #163(CTSXPRESS) | INV#81552 | 10/14/2025 | $160.00 |
| Rockville #163(CTSXPRESS) | INV#81616 | 10/15/2025 | $110.00 |
| Rockville #163(CTSXPRESS) | INV#81731 | 10/28/2025 | $160.00 |
| Rockville #163(CTSXPRESS) | INV#81622 | 10/28/2025 | $160.00 |
| Rockville #163(CTSXPRESS) | INV#81744 | 10/28/2025 | $160.00 |
| Rockville #163(CTSXPRESS) | INV#81784 | 10/29/2025 | $160.00 |
| Rockville #163(CTSXPRESS) | INV#81749 | 10/31/2025 | $160.00 |

SUBTOTAL  $2,250.00

DISCOUNT  -$0.00

INVOICE TOTAL

# $2,250.00

TERMS
**Please pay invoice NET 7 DAYS**

# Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

BILLED TO

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

INVOICE NUMBER
**163-00027**

DATE OF ISSUE
**11/17/2025**

**Invoices from 11/01/2025
to 11/17/2025**

|  |  |  | AMOUNT |
|---|---|---|---|
| Rockville #163(CTSXPRESS) | INV#81881 | 11/5/2025 | $130.00 |
| Rockville #163(CTSXPRESS) | INV#81639 | 11/6/2025 | $110.00 |
| Rockville #163(CTSXPRESS) | INV#81900 | 11/7/2025 | $110.00 |
| Rockville #163(CTSXPRESS) | INV#81979 | 11/11/2025 | $110.00 |
| Rockville #163(CTSXPRESS) | INV#81919 | 11/11/2025 | $160.00 |
| Rockville #163(CTSXPRESS) | INV#81964 | 11/11/2025 | $110.00 |
| Rockville #163(CTSXPRESS) | INV#81974 | 11/12/2025 | $110.00 |
| Rockville #163(CTSXPRESS) | INV#81946 | 11/14/2025 | $130.00 |
| Rockville #163(CTSXPRESS) | INV#81987 | 11/14/2025 | $110.00 |
| Rockville #163(CTSXPRESS) | INV#82015 | 11/17/2025 | $130.00 |
| Rockville #163(CTSXPRESS) | INV#82046 | 11/17/2025 | $130.00 |
| Rockville #163(CTSXPRESS) | INV#82021 | 11/17/2025 | $160.00 |

SUBTOTAL  $1,500.00
DISCOUNT  -$0.00

INVOICE TOTAL

# $1,500.00

TERMS
**Please pay Invoice NET 7 DAYS**

# Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

BILLED TO

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

| | AMOUNT |
|---|---|

INVOICE NUMBER
**186-00011**

DATE OF ISSUE
**11/17/2025**

| Description | Date | Amount |
|---|---|---|
| 1 TRANSFER TRUCK FROM #129 | 11/17/2025 | $700.00 |

SUBTOTAL $700.00
DISCOUNT -$0.00

INVOICE TOTAL

## $700.00

TERMS
**Please pay invoice NET 7 DAYS**

# Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

BILLED TO

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

**AMOUNT**

INVOICE NUMBER
**186-00012**

DATE OF ISSUE
**11/17/2025**

**Invoices from**
**11/01/2025 to 11/07/2025**

| | | | |
|---|---|---|---|
| Fredericksburg #186 | INV#4031 | 11/4/2025 | $160.00 |
| Fredericksburg #186 | INV#4077 | 11/7/2025 | $160.00 |
| Fredericksburg #186 | INV#4200 | 11/14/2025 | $110.00 |
| Fredericksburg #186 | INV#4204 | 11/14/2025 | $160.00 |

SUBTOTAL  $590.00
DISCOUNT  -$0.00

INVOICE TOTAL

**$590.00**

TERMS
**Please pay invoice NET 7 DAYS**

# Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

**BILLED TO**

Accounts Payable Dept.
American Signature Inc.
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

**INVOICE NUMBER**

412-00158

**DATE OF ISSUE**
11/1/2025

| | | AMOUNT |
|---|---|---|
| Miami Tropicaire #412 | 10-28-2025 | $1,006.73 |
| Miami Tropicaire #412 | 10-29-2025 | $1,193.01 |
| Miami Tropicaire #412 | 10-30-2025 | $998.77 |
| Miami Tropicaire #412 | 10-31-2025 | $993.34 |
| Miami Tropicaire #412 | 11-1-2025 | $1,012.98 |

SUBTOTAL  $5,204.83
DISCOUNT  -$0.00

**INVOICE TOTAL**

# $5,204.83

**TERMS**
Please pay invoice NET 7 DAYS

# Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

**BILLED TO**

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

**INVOICE NUMBER**

**412-00159**

**DATE OF ISSUE**
**11/8/2025**

| | | AMOUNT |
|---|---|---|
| Miami Tropicaire #412 | 11-4-2025 | $1,016.91 |
| Miami Tropicaire #412 | 11-5-2025 | $1,162.01 |
| Miami Tropicaire #412 | 11-6-2025 | $993.88 |
| Miami Tropicaire #412 | 11-7-2025 | $1,096.08 |
| Miami Tropicaire #412 | 11-8-2025 | $1,106.28 |

SUBTOTAL  $5,375.16

DISCOUNT  -$0.00

**INVOICE TOTAL**

# $5,375.16

**TERMS**
**Please pay invoice NET 7 DAYS**

## Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

**BILLED TO**

Accounts Payable Dept.
American Signature Inc.
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

**INVOICE NUMBER**

**412-00160**

**DATE OF ISSUE**
**11/15/2025**

| | | AMOUNT |
|---|---|---|
| Miami Tropicaire #412 | 11-10-2025 | $1,071.00 |
| Miami Tropicaire #412 | 11-11-2025 | $1,216.65 |
| Miami Tropicaire #412 | 11-12-2025 | $978.93 |
| Miami Tropicaire #412 | 11-13-2025 | $1,100.50 |
| Miami Tropicaire #412 | 11-14-2025 | $1,083.70 |
| Miami Tropicaire #412 | 11-15-2025 | $1,186.89 |

SUBTOTAL $6,637.67
DISCOUNT -$0.00

**INVOICE TOTAL**

# $6,637.67

**TERMS**
**Please pay invoice NET 7 DAYS**

# Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

BILLED TO

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

INVOICE NUMBER

**412-00161**

DATE OF ISSUE
**11/22/2025**

| | | AMOUNT |
|---|---|---|
| **Miami Tropicaire #412** | 11-17-2025 | $1,065.64 |
| **Miami Tropicaire #412** | 11-18-2025 | $988.38 |
| **Miami Tropicaire #412** | 11-19-2025 | $1,380.34 |
| **Miami Tropicaire #412** | 11-20-2025 | $994.67 |
| **Miami Tropicaire #412** | 11-21-2025 | $988.00 |
| **Miami Tropicaire #412** | 11-22-2025 | $1,197.96 |

SUBTOTAL $6,614.99
DISCOUNT -$0.00

INVOICE TOTAL

**$6.614.99**

TERMS
**Please pay invoice NET 7 DAYS**

## Castera Transportation Services LLC.

PO BOX 2125
Germantown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

**BILLED TO**

Accounts Payable Dept.
American Signature Inc.
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

**INVOICE NUMBER**
413-00059

**DATE OF ISSUE**
11/1/2025

| | | AMOUNT |
|---|---|---|
| Kennesaw #413 | 10-28-2025 | $1,962.36 |
| Kennesaw #413 | 10-29-2025 | $1,962.94 |
| Kennesaw #413 | 10-30-2025 | $1,998.85 |
| Kennesaw #413 | 10-31-2025 | $1,995.43 |
| Kennesaw #413 | 11-1-2025 | $2,084.08 |

SUBTOTAL  $10,003.66

DISCOUNT  -$0.00

**INVOICE TOTAL**

# $10.003.66

**TERMS**
 **Please pay invoice NET 7 DAYS**

# Castera Transportation Services LLC.

PO BOX 2125
Germantown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

**BILLED TO**

Accounts Payable Dept.
American Signature Inc.
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

**INVOICE NUMBER**
413-00060

**DATE OF ISSUE**
11/8/2025

| | | AMOUNT |
|---|---|---|
| Kennesaw #413 | 11-4-2025 | $1,949.08 |
| Kennesaw #413 | 11-5-2025 | $1,991.11 |
| Kennesaw #413 | 11-6-2025 | $2,088.67 |
| Kennesaw #413 | 11-7-2025 | $2,189.20 |
| Kennesaw #413 | 11-8-2025 | $2,376.67 |
| CTS PAY CHARGEBACKS #413-334246 | 10-24-2025 | -$168.47 |

SUBTOTAL  $10,426.26
DISCOUNT  -$0.00

**INVOICE TOTAL**

# $10.426.26

**TERMS**
Please pay invoice NET 7 DAYS

# Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

**BILLED TO**

Accounts Payable Dept.
American Signature Inc.
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

**INVOICE NUMBER**
**413-00061**

**DATE OF ISSUE**
**11/15/2025**

| | | AMOUNT |
|---|---|---|
| Kennesaw #413 | 11-11-2025 | $1,976.89 |
| Kennesaw #413 | 11-12-2025 | $1,979.54 |
| Kennesaw #413 | 11-13-2025 | $2,068.51 |
| Kennesaw #413 | 11-14-2025 | $2,090.47 |
| Kennesaw #413 | 11-15-2025 | $1,959.61 |

SUBTOTAL  $10,075.02
DISCOUNT  -$0.00

**INVOICE TOTAL**

# $10,075.02

**TERMS**
**Please pay invoice NET 7 DAYS**

# Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

BILLED TO

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

INVOICE NUMBER
**413-00062**

DATE OF ISSUE
**11/22/2025**

|  |  | AMOUNT |
|---|---|---|
| **Kennesaw #413** | 11-18-2025 | **$1,952.13** |
| **Kennesaw #413** | 11-19-2025 | **$1,947.13** |
| **Kennesaw #413** | 11-20-2025 | **$2,083.44** |
| **Kennesaw #413** | 11-21-2025 | **$1,983.47** |
| **Kennesaw #413** | 11-22-2025 | **$2,069.50** |

SUBTOTAL $10,035.67
DISCOUNT -$0.00

INVOICE TOTAL

# $10.035.67

TERMS
**Please pay invoice NET 7 DAYS**

# Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

**BILLED TO**

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

**INVOICE NUMBER**
415-00154

**DATE OF ISSUE**
11/1/2025

| | | AMOUNT |
|---|---|---|
| Fort Myers #415 | 10-28-2025 | $1,995.70 |
| Fort Myers #415 | 10-29-2025 | $1,985.99 |
| Fort Myers #415 | 10-30-2025 | $2,008.12 |
| Fort Myers #415 | 10-31-2025 | $1,952.87 |
| Fort Myers #415 | 11-1-2025 | $1,946.80 |

SUBTOTAL $9,889.48

DISCOUNT -$0.00

**INVOICE TOTAL**

# $9,889.48

**TERMS**
**Please pay invoice NET 7 DAYS**

# Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

**BILLED TO**

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

**INVOICE NUMBER**
415-00155

**DATE OF ISSUE**
11/8/2025

| | | AMOUNT |
|---|---|---|
| Fort Myers #415 | 11-4-2025 | $1,976.51 |
| Fort Myers #415 | 11-5-2025 | $1,947.54 |
| Fort Myers #415 | 11-6-2025 | $1,998.23 |
| Fort Myers #415 | 11-7-2025 | $1,990.52 |
| Fort Myers #415 | 11-8-2025 | $1,956.02 |

SUBTOTAL  $9,868.82

DISCOUNT  -$0.00

**INVOICE TOTAL**

# $9,868.82

**TERMS**
**Please pay invoice NET 7 DAYS**

# Castera Transportation Services LLC.

PO BOX 2125
Germantown, Maryland
20875

301-758-0948
A payable@ctsdelivery.com

**BILLED TO**

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

**INVOICE NUMBER**
415-00156

**DATE OF ISSUE**
11/15/2025

| | | AMOUNT |
|---|---|---|
| Fort Myers #415 | 11-11-2025 | $2,017.68 |
| Fort Myers #415 | 11-12-2025 | $1,966.94 |
| Fort Myers #415 | 11-13-2025 | $2,025.73 |
| Fort Myers #415 | 11-14-2025 | $2,074.02 |
| Fort Myers #415 | 11-15-2025 | $2,155.17 |

SUBTOTAL  $10,239.54
DISCOUNT  -$0.00

**INVOICE TOTAL**

# $10,239.54

**TERMS**
**Please pay invoice NET 7 DAYS**

# Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

BILLED TO

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

INVOICE NUMBER
**415-00157**

DATE OF ISSUE
**11/22/2025**

| | | AMOUNT |
|---|---|---|
| **Fort Myers #415** | 11-18-2025 | **$1,993.91** |
| **Fort Myers #415** | 11-19-2025 | **$1,957.86** |
| **Fort Myers #415** | 11-20-2025 | **$2,206.27** |
| **Fort Myers #415** | 11-21-2025 | **$1,968.24** |
| **Fort Myers #415** | 11-22-2025 | **$1,960.21** |

SUBTOTAL  $10,086.49
DISCOUNT  -$0.00

INVOICE TOTAL

# $10.086.49

TERMS
**Please pay invoice NET 7 DAYS**

# Castera Transportation Services LLC.

PO BOX 2125
Germantown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

**BILLED TO**

Accounts Payable Dept.
American Signature Inc.
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

| | | AMOUNT |
|---|---|---|
| Jacksonville #416 | 10-28-2025 | $1,969.99 |
| Jacksonville #416 | 10-29-2025 | $1,997.91 |
| Jacksonville #416 | 10-30-2025 | $2,112.60 |
| Jacksonville #416 | 10-31-2025 | $2,038.35 |
| Jacksonville #416 | 11-1-2025 | $1,976.61 |
| CTS PAY 1 BOX OF TAPE | 10-29-2025 | -$37.80 |

**INVOICE NUMBER**
416-00156

**DATE OF ISSUE**
11/1/2025

SUBTOTAL $10,057.66
DISCOUNT -$0.00

**INVOICE TOTAL**

# $10.057.66

**TERMS**
Please pay invoice NET 7 DAYS

# Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

**BILLED TO**

**Accounts Payable Dept.**
**American Signature Inc.**
**Phone: (614)449-6917**
**Fax: (614)449-6913**

# Invoice

**INVOICE NUMBER**
**416-00157**

**DATE OF ISSUE**
**11/8/2025**

|  |  | AMOUNT |
|---|---|---|
| Jacksonville #416 | 11-4-2025 | $2,018.72 |
| Jacksonville #416 | 11-5-2025 | $2,065.99 |
| Jacksonville #416 | 11-6-2025 | $2,043.82 |
| Jacksonville #416 | 11-7-2025 | $2,346.92 |
| Jacksonville #416 | 11-8-2025 | $1,964.62 |

SUBTOTAL $10,440.07
DISCOUNT -$0.00

INVOICE TOTAL

# $10.440.07

**TERMS**
**Please pay invoice NET 7 DAYS**

## Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

**BILLED TO**

Accounts Payable Dept.
American Signature Inc.
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

**INVOICE NUMBER**
416-00158

**DATE OF ISSUE**
11/15/2025

| | | AMOUNT |
|---|---|---|
| Jacksonville #416 | 11-11-2025 | $2,048.03 |
| Jacksonville #416 | 11-12-2025 | $2,002.03 |
| Jacksonville #416 | 11-13-2025 | $2,026.98 |
| Jacksonville #416 | 11-14-2025 | $2,069.77 |
| Jacksonville #416 | 11-15-2025 | $1,981.53 |
| CTS PAY 2 BOX OF TAPE | 11/11/2025 | -$75.60 |
| CTS PAY 6 BUNDLES OF BLANLETS | 11/11/2025 | -$1,104.00 |

SUBTOTAL  $8,948.74
DISCOUNT  -$0.00

**INVOICE TOTAL**

# $8.948.74

**TERMS**
Please pay invoice NET 7 DAYS

## Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

BILLED TO

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

INVOICE NUMBER
**416-00159**

DATE OF ISSUE
**11/22/2025**

| | | AMOUNT |
|---|---|---|
| **Jacksonville #416** | 11-18-2025 | $1,992.92 |
| **Jacksonville #416** | 11-19-2025 | $2,093.15 |
| **Jacksonville #416** | 11-20-2025 | $2,416.70 |
| **Jacksonville #416** | 11-21-2025 | $2,001.90 |
| **Jacksonville #416** | 11-22-2025 | $2,002.69 |

SUBTOTAL $10,507.36
DISCOUNT -$0.00

INVOICE TOTAL

# $10,507.36

TERMS
**Please pay invoice NET 7 DAYS**

## Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

BILLED TO

Accounts Payable Dept.
American Signature Inc.
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

INVOICE NUMBER
431-00059

DATE OF ISSUE
11/1/2025

| | | AMOUNT |
|---|---|---|
| Southlake #431 | 10-28-2025 | $1,989.81 |
| Southlake #431 | 10-29-2025 | $1,973.42 |
| Southlake #431 | 10-30-2025 | $1,964.11 |
| Southlake #431 | 10-31-2025 | $1,995.07 |
| Southlake #431 | 11-1-2025 | $2,085.66 |

SUBTOTAL  $10,008.07
DISCOUNT  -$0.00

INVOICE TOTAL

## $10,008.07

TERMS
**Please pay invoice NET 7 DAYS**

# Castera Transportation Services LLC.

PO BOX 2125
Germantown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

**BILLED TO**

Accounts Payable Dept.
American Signature Inc.
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

**INVOICE NUMBER**
431-00060

**DATE OF ISSUE**
11/8/2025

| | | AMOUNT |
|---|---|---|
| Southlake #431 | 11-4-2025 | $1,982.11 |
| Southlake #431 | 11-5-2025 | $1,994.93 |
| Southlake #431 | 11-6-2025 | $2,252.38 |
| Southlake #431 | 11-7-2025 | $2,093.44 |
| Southlake #431 | 11-8-2025 | $2,160.45 |

SUBTOTAL $10,483.31
DISCOUNT -$0 00

**INVOICE TOTAL**

# $10,483.31

**TERMS**
Please pay invoice NET 7 DAYS

## Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

**BILLED TO**

Accounts Payable Dept.
American Signature Inc.
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

INVOICE NUMBER
**431-00061**

DATE OF ISSUE
**11/15/2025**

| | | AMOUNT |
|---|---|---|
| Southlake #431 | 11-11-2025 | $2,077.38 |
| Southlake #431 | 11-12-2025 | $2,108.33 |
| Southlake #431 | 11-13-2025 | $2,094.65 |
| Southlake #431 | 11-14-2025 | $2,107.30 |
| Southlake #431 | 11-15-2025 | $1,979.55 |
| **CTS PAY 1 BOX OF TAPE** | 11/14/2025 | -$37.80 |

SUBTOTAL  $10,329.41

DISCOUNT  -$0.00

INVOICE TOTAL

# $10.329.41

TERMS
**Please pay Invoice NET 7 DAYS**

## Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

BILLED TO

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

INVOICE NUMBER
**431-00062**

DATE OF ISSUE
**11/22/2025**

|  |  | AMOUNT |
|---|---|---|
| Southlake #431 | 11-18-2025 | $1,986.50 |
| Southlake #431 | 11-19-2025 | $2,088.27 |
| Southlake #431 | 11-20-2025 | $2,005.41 |
| Southlake #431 | 11-21-2025 | $2,104.50 |
| Southlake #431 | 11-22-2025 | $1,994.97 |

SUBTOTAL  $10,179.65
DISCOUNT  -$0.00

INVOICE TOTAL

# $10.179.65

TERMS
**Please pay invoice NET 7 DAYS**

# Castera Transportation Services LLC.

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

**BILLED TO**

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

**INVOICE NUMBER**
447-00022

**DATE OF ISSUE**
10/31/2025

| | | | AMOUNT |
|---|---|---|---|
| Jacksonville-Argyle Village #447 | INV#38334 | 10/1/2025 | $160.00 |
| Jacksonville-Argyle Village #447 | INV#38305 | 10/1/2025 | $110.00 |
| Jacksonville-Argyle Village #447 | INV#38289 | 10/1/2025 | $110.00 |
| Jacksonville-Argyle Village #447 | INV#38338 | 10/3/2025 | $110.00 |
| Jacksonville-Argyle Village #447 | INV#38402 | 10/8/2025 | $130.00 |
| Jacksonville-Argyle Village #447 | INV#38497 | 10/14/2025 | $160.00 |
| Jacksonville-Argyle Village #447 | INV#38289 | 10/15/2025 | $110.00 |
| Jacksonville-Argyle Village #447 | INV#38102 | 10/29/2025 | $110.00 |
| Jacksonville-Argyle Village #447 | INV#38413 | 10/31/2025 | $285.00 |
| Jacksonville-Argyle Village #447 | INV#38654 | 10/31/2025 | $160.00 |
| Jacksonville-Argyle Village #447 | INV#38625 | 10/31/2025 | $160.00 |

SUBTOTAL $1,605.00

DISCOUNT -$0.00

**INVOICE TOTAL**

# $1,605.00

**TERMS**
**Please pay invoice NET 7 DAYS**

# Castera Transportation Services LLC.

PO BOX 2125
Germantown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

BILLED TO

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

INVOICE NUMBER
**447-00023**

DATE OF ISSUE
**11/17/2025**

**Invoices from 11/01/2025
to 11/17/2025**

| | | | AMOUNT |
|---|---|---|---|
| Jacksonville-Argyle Village #447 | INV#38715 | 11/6/2025 | $160.00 |
| Jacksonville-Argyle Village #447 | INV#38832 | 11/12/2025 | $160.00 |

SUBTOTAL  $320.00
DISCOUNT  -$0.00

INVOICE TOTAL

# $320.00

TERMS
**Please pay invoice NET 7 DAYS**

**Castera Transportation Services LLC.**

PO BOX 2125            301-758-0948
Germatown, Maryland    A.payable@ctsdelivery.com
20875

**BILLED TO**

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

## Invoice

| | | | AMOUNT |
|---|---|---|---|
| **INVOICE NUMBER** | White Marsh Delivery Center #835 | 10-27-2025 | $1,112.74 |
| **835-00052** | White Marsh Delivery Center #835 | 10-28-2025 | $5,888.72 |
| | White Marsh Delivery Center #835 | 10/29/2025 | $8,676.08 |
| **DATE OF ISSUE** | White Marsh Delivery Center #835 | 10-30-2025 | $9,292.73 |
| **11/1/2025** | White Marsh Delivery Center #835 | 10-31-2025 | $8,638.14 |
| | White Marsh Delivery Center #835 | 11-1-2025 | $9,136.12 |
| | 2 TRANSFERS TRUCKS #69 #59 | 10-27-2025 | $1,400.00 |
| | TRANSFER PIECES FROM #92 | 10-28-2025 | $350.00 |
| | 1 EXTRA DELIVERY | 11-1-2025 | $150.00 |
| | CTS PAY CHARGEBACKS #23071 | 10-11-2025 | -$215.18 |

SUBTOTAL  $44,429.35
DISCOUNT  -$0.00

**INVOICE TOTAL**

# $44,429.35

TERMS
**Please pay invoice NET 7 DAYS**

**Castern Transportation Services LLC.**

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

**BILLED TO**

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

**INVOICE NUMBER**
**835-00053**

**DATE OF ISSUE**
**11/8/2025**

| | | AMOUNT |
|---|---|---|
| White Marsh Delivery Center #835 | 11-3-2025 | $1,108.84 |
| White Marsh Delivery Center #835 | 11-4-2025 | $7,058.09 |
| White Marsh Delivery Center #835 | 11/5/2025 | $8,569.43 |
| White Marsh Delivery Center #835 | 11-6-2025 | $7,479.82 |
| White Marsh Delivery Center #835 | 11-7-2025 | $7,080.78 |
| White Marsh Delivery Center #835 | 11-8-2025 | $9,249.22 |
| | | |
| 2 TRANSFERS TRUCKS #89 #59 | 11-3-2025 | $1,400.00 |
| CTS PAY CHARGEBBACKS #835-24089 | 10-23-2025 | -$91.50 |
| CTS PAY CHARGEBACKS #835-22657 | 10-25-2025 | -$148.77 |
| CTS PAY CHARGEBACKS #835-23974 | 10-1-2025 | -$60.00 |

SUBTOTAL  $41,645.91
DISCOUNT  -$0.00

**INVOICE TOTAL**

# $41,645.91

**TERMS**
**Please pay invoice NET 7 DAYS**

**Castern Transportation Services LLC.**

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

**BILLED TO**

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

**INVOICE NUMBER**
**835-00054**

**DATE OF ISSUE**
**11/15/2025**

| | | AMOUNT |
|---|---|---|
| White Marsh Delivery Center #835 | 11-11-2025 | $6,337.99 |
| White Marsh Delivery Center #835 | 11-12-2025 | $7,937.48 |
| White Marsh Delivery Center #835 | 11/13/2025 | $8,288.42 |
| White Marsh Delivery Center #835 | 11-14-2025 | $9,014.35 |
| White Marsh Delivery Center #835 | 11-15-2025 | $10,188.72 |
| 3 TRANSFERS TRUCKS #69 #59 | 11-10-2025 | $2,100.00 |
| 1 HALF TRANSFER FROM#100 | 11-13-2025 | $350.00 |

SUBTOTAL **$44,216.96**
DISCOUNT -$0.00

**INVOICE TOTAL**

## $44,216.96

**TERMS**
**Please pay Invoice NET 7 DAYS**

**Castera Transportation Services LLC.**

PO BOX 2125
Germatown, Maryland
20875

301-758-0948
A.payable@ctsdelivery.com

BILLED TO

**Accounts Payable Dept.**
**American Signature Inc.**
Phone: (614)449-6917
Fax: (614)449-6913

# Invoice

INVOICE NUMBER
**835-00055**

DATE OF ISSUE
**11/22/2025**

| | | AMOUNT |
|---|---|---|
| White Marsh Delivery Center #835 | 11-18-2025 | $8,601.95 |
| White Marsh Delivery Center #835 | 11-19-2025 | $9,353.99 |
| White Marsh Delivery Center #835 | 11/20/2025 | $10,018.81 |
| White Marsh Delivery Center #835 | 11-21-2025 | $8,925.93 |
| White Marsh Delivery Center #835 | 11-22-2025 | $9,357.68 |
| 2 TRANSFERS TRUCKS #69 #59 | 11-17-2025 | $1,400.00 |

SUBTOTAL  $47,658.36
DISCOUNT  -$0.00

INVOICE TOTAL

**$47,658.36**

TERMS
**Please pay Invoice NET 7 DAYS**