## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>AMERICAN SIGNATURE, INC., *et al.*,[1]<br><br>                      Debtors. | Chapter 11<br><br>Case No. 25–12105 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: February 4, 2026 at 10:00 a.m. (EST)** |

### OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
### WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED
### FOR FEBRUARY 4, 2026, AT 10:00 A.M. (PREVAILING EASTERN TIME)

The Official Committee of Unsecured Creditors (the "Committee") of American Signature, Inc., *et al.*, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") by and through its undersigned counsel, hereby files this Witness and Exhibit List, identifying the individuals the Committee may call as witnesses and the evidence it may introduce at the hearing scheduled for **February 4, 2026 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable J. Kate Stickles at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801 (the "Hearing").

### Witnesses

The Committee may call the following witnesses at the Hearing:

1.        Rudolph Morando, Managing Director, Berkeley Research Group;

2.        Eric Jackson, Chief Financial Officer, American Signature, Inc.

3.        Frederick E. Chin, Managing Director, Province;

---

[1]      The Debtors in these chapter 11 cases are: American Signature, Inc.; American Signature Home Inc.; American Signature USA Inc.; ASI Pure Promise Insurance LLC; ASI Elston LLC; ASI – Laporte LLC; ASI Polaris LLC; ASI Thomasville LLC; and American Signature Woodbridge LLC.

4.      Boris J. Steffen, Managing Director, Province;

5.      any witness called by any other party;

6.      rebuttal witnesses, as necessary or as the Committee determines to be desirable; and

7.      the Committee reserves the right to cross-examine any witness called by another party.

**<u>Exhibits</u>**

The Committee designates the following exhibits that may be used at the Hearing:

| Exhibit # | Description | Docket No. |
|:---:|:---|:---|
| 1 | Declaration of Rudolph Morando in Support of the Debtors' Chapter 11 Petitions and First Day Relief | Docket No. 5 |
| 2 | Stalking Horse Asset Purchase Agreement dated as of November 25, 2025 | Docket No. 108-3 |
| 3 | Stalking Horse Agency Agreement dated as of November 25, 2025 | Docket No. 108-3 |
| 4 | Final Order Under Bankruptcy Code Sections 105, 361, 362, 363, 364, 503, 506, 507, and 552, and Bankruptcy Rules 2002, 4001, 6003, 6004, and 9014 (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting (A) Liens and Providing Superpriority Administrative Expense Status and (B) Adequate Protection to Prepetition Secured Creditors, (III) Modifying Automatic Stay, and (IV) Granting Related Relief | Docket No. 350 |
| 5 | Statement of Assets and Liabilities for American Signature, Inc. | Docket No. 228 |
| 6 | Statement of Financial Affairs for American Signature, Inc. | Docket No. 229 |
| 7 | Debtor-in-Possession Credit Agreement | Docket No. 14-1 |
| 8 | Notice of Filing of Amendments to (A) Stalking Horse Asset Purchase Agreement and (B) Stalking Horse Agency Agreement | Docket No. 384 |

| Exhibit # | Description | Docket No. |
|---|---|---|
| 9 | Amended Schedule of Assets and Liabilities for American Signature, Inc. | Docket No. 337 |
| 10 | Schedule of American Signature, Inc.'s owned and leased properties, as set forth in SACP's Perfection Certificate attached to the DIP Credit Agreement, dated November 26, 2025 | Gage Decl. Ex. 1 |
| 11 | Action by Unanimous Written Consent of the Board of Directors of Kroehler Furniture MFG. Co., Inc., dated July 31, 2018, ASI058402 | Gage Decl. Ex. 2 |
| 12 | Reports of Earnings for certain employees of American Signature, Inc., including Jonathan Schottenstein, Patrick J. Sanderson, and Eric M. Jackson, and for employees of Schottenstein Stores Corporation, including Jay Schottenstein and Brian T. Strayton, for the period from November 2021 through November 2025, in spreadsheet format, ASI061426 | Gage Decl. Ex. 3 |
| 13 | American Signature, Inc.'s bid analysis, prepared by BRG | Gage Decl. Ex. 4 |
| 14 | Compilation of the Appraisal Reports of the Acquired Real Property, dated November 2024, ASI054912 | Gage Decl. Ex. 5 |
| 15 | Spreadsheet reflecting the Debtors' books and records concerning affiliate receivables including amounts from SSC, SPG and the Jubilee entities, dated November 1, 2025, ASI002503 | Gage Decl. Ex. 6 |
| 16 | American Signature, Inc.'s Consolidated Financial Statement as of and for the Years Ended July 31, 2021 and August 1, 2020, and Independent Auditors' Report, ASI002091 | Gage Decl. Ex. 7 |
| 17 | Countersigned letter from SSC to ASI's auditors, Deloitte, regarding an outstanding $38 million owed to the Debtors, dated October 13, 2025, ASI002604 | Gage Decl. Ex. 8 |
| 18 | Deposition transcript of Eric M. Jackson, the Debtors' chief financial officer and member of the Debtors' board of directors, which was conducted remotely by the Committee on January 21, 2026 | Gage Decl. Ex. 9 |

| Exhibit # | Description | Docket No. |
|---|---|---|
| 19 | Deposition transcript of Jeffrey D. Swanson, a member of the Debtors' board of directors, and the chief operating officer, chief financial order, and a director of SSC, which was conducted remotely by the Committee on January 23, 2026 | Gage Decl. Ex. 10 |
| 20 | SSC's general ledger from August 2003 to July 2025, ASI002590 | Gage Decl. Ex. 11 |
| 21 | Email exchanged dated June 6 through June 7, 2024, from Brian T. Strayton, the Vice President and Treasurer of SSC to Patty Humble, an employee of Value City Furniture, ASI056342 | Gage Decl. Ex. 12 |
| 22 | Email exchange, dated from January 26, 2024 through July 18, 2025, among Jeffrey D. Swanson, Brian T. Strayton, and others, ASI002551 | Gage Decl. Ex. 13 |
| 23 | Email exchange, dated from November 6, 2024 through January 17, 2025, among Jeffrey D. Swanson, Eric M. Jackson, Brian T. Strayton, and others, ASI008796 | Gage Decl. Ex. 14 |
| 24 | Email, dated September 3, 2025, from Samantha Napier, an employee of SSC, to Brian T. Strayton, ASI009015 | Gage Decl. Ex. 15 |
| 25 | Action by Written Consent of the Board of Directors of SSC, dated July 31, 2021, ASI025075 | Gage Decl. Ex. 16 |
| 26 | Deposition transcript of Rudolph Morando of BRG, which was conducted remotely by the Committee on January 21, 2026 | Gage Decl. Ex. 17 |
| 27 | ASI's Board Consents since June 2003 | Gage Decl. Ex. 19 |
| 28 | Articles of Incorporation of ASI, dated August 1, 2002, ASI001132 | Gage Decl. Ex. 20 |
| 29 | Promissory Note, dated March 14, 2025, by and between ASI and Jubilee Limited Partnership, ASI002529 | Gage Decl. Ex. 21 |
| 30 | Promissory Note, dated April 5, 2023, for $9,500,000, between American Signature, Inc. and Schottenstein SEI LLC, with related emails, ASI006434-39 | |

| Exhibit # | Description | Docket No. |
|---|---|---|
| 31 | Amended and Restated Promissory Note, dated August 1, 2023, for $7,304,505.20, between American Signature, Inc. and Schottenstein SEI LLC, ASI028610-13 | |
| 32 | Promissory Note, dated January 26, 2024, for $5,000,000, between American Signature, Inc. and Schottenstein SEI LLC, with related emails, ASI002547-53 | |
| 33 | Promissory Note, dated April 26, 2024, for $6,000,000, between American Signature, Inc. and Schottenstein SEI LLC, ASI002554-57 | |
| 34 | Promissory Note, dated August 2, 2024, for $3,000,000, between American Signature, Inc. and Schottenstein SEI LLC, with related email ASI002558-62 | |
| 35 | Amendment to Promissory Note, dated August 31, 2024, for $3,012,669.67 between American Signature, Inc. and Schottenstein SEI LLC, with related emails and cancelled Promissory Note, ASI006382-91 | |
| 36 | Promissory Note, dated October 15, 2024, for $3,000,000, between American Signature, Inc. and Jubilee Limited Partnership, with related email, ASI006377-81 | |
| 37 | Promissory Note, dated November 1, 2024, for $2,000,000, between American Signature, Inc. and Jubilee Limited Partnership, with related email, ASI006392-96 | |
| 38 | Promissory Note, dated November 6, 2024, for $3,000,000, between American Signature, Inc. and SEI, Inc., with related emails, ASI002541-46 | |
| 39 | Promissory Note, dated March 6, 2025, for $3,000,000, between American Signature, Inc. and Jubilee Limited Partnership, with related emails, ASI002535-40 | |
| 40 | Promissory Note, dated March 14, 2025, for $2,000,000, between American Signature, Inc. and Jubilee Limited Partnership, with related emails, ASI002529-34 | |

| Exhibit # | Description | Docket No. |
|:---:|---|:---:|
| 41 | Amendment to Promissory Note, dated March 22, 2025, for $2,002,772.09, between American Signature, Inc. and Jubilee Limited Partnership, with related emails and cancelled Promissory Note, ASI009024-35 | |
| 42 | Second Amendment to Promissory Note, dated April 1, 2025, for $3,093,139.87, between American Signature, Inc. and SEI LLC, with related emails and cancelled Promissory Note, ASI002567-80 | |
| 43 | Promissory Note, dated May 2, 2025, for $3,000,000, between American Signature, Inc. and SEI, Inc., with related emails, ASI006402-07 | |
| 44 | Promissory Note, dated July 2, 2025, for $500,000, between American Signature, Inc. and SEI, Inc., with related emails, ASI002523-28 | |
| 45 | Promissory Note, dated July 24, 2025, for $3,000,000, between American Signature, Inc. and Jubilee Limited Partnership, with related emails, ASI006372-76 | |
| 46 | Promissory Note, dated October 3, 2025, for $3,000,000, between American Signature, Inc. and SEI, Inc., with related emails, ASI002518-22 | |
| 47 | Email from Eric Jackson to Kevin Hughes, dated August 30, 2023, regarding Schottenstein SEI LLC loan to American Signature Inc., ASI056369-71 | |
| 48 | Email from Molly Lounsbury to Eric Jackson and others, dated March 20, 2025, regarding ASI Promissory Notes, ASI00879 | |
| 49 | Email from Samantha Napier to Brian Strayton and others, dated March 25, 2025, regarding Jubilee - $2MM transfer to ASI, ASI008992-93 | |
| 50 | Email from Samantha Napier to Brian Strayton and others, dated October 8, 2025, re: FW: JLP(H) – ASI (B), ASI009015 | |
| 51 | Promissory Note, dated August 2, 2024, for $5,212,934, between Schottenstein Realty LLC, and American Signature, Inc., ASI008472-76 | |

| Exhibit # | Description | Docket No. |
|:---:|:---|:---:|
| 52 | Promissory Note, dated August 2, 2024, for $5,010,167, between Schottenstein Realty LLC, and American Signature, Inc., ASI002059-64 | |
| 53 | Membership Interest Purchase Agreement, dated September 1, 2022, between Schottenstein Realty LLC and American Signature Inc., concerning SR Elston LLC, ASI001520-27 | |
| 54 | Membership Interest Purchase Agreement, dated August 2, 2024, between Schottenstein Realty LLC and American Signature Inc., concerning ASI Sunrise LLC, ASI002052-58 | |
| 55 | Membership Interest Purchase Agreement, dated August 7, 2025, between BVI Logistics Acquisition LLC and JAL Realty Co., concerning 3232 Alum Creek Drive LLC, ASI001934-2033 | |
| 56 | Assignment of Membership Interest, dated August 21, 2025, among JAL Realty Co., BVI Alum Creek Drive Holdings LLC, and 3080 & 3232 Alum Creek Drive LLC, ASI001794-96 | |
| 57 | Assignment and Assumption of Membership Interest Purchase Agreement, dated August 21, 2025, between BVI Logistics Acquisition LLC and BVI Alum Creek Drive Holdings LLC, ASI002034-35 | |
| 58 | American Signature, Inc.'s Consolidated Financial Statement as of and for the Years Ended July 30, 2022 and July 31, 2021, and Independent Auditors' Report, ASI002146 | |
| 59 | American Signature, Inc.'s Consolidated Financial Statement as of and for the Years Ended July 29, 2023 and July 30, 2022, and Independent Auditors' Report, ASI002073 | |
| 60 | American Signature, Inc.'s Consolidated Financial Statement as of and for the Years Ended August 3, 2024 and July 29, 2023, and Independent Auditors' Report, ASI002127 | |
| 61 | American Signature Inc., Consolidated Balance Sheets for the Periods Ended August 2, 2025 and August 3, 2024, ASI002435 | |
| 62 | The Official Committee of Unsecured Creditors' Notice of 30(b)(6) Deposition to Debtors | Morando Ex. 1 |

| Exhibit # | Description | Docket No. |
|---|---|---|
| 63 | Organizational Chart of American Signature, Inc. and related debtor and non-debtor entities | Morando Ex. 2 |
| 64 | American Signature, Inc.'s Consolidated Financial Statement as of and for the Years Ended August 4, 2018 and July 29, 2017, and Independent Auditors' Report, ASI055156 | Jackson Ex. 1 |
| 65 | American Signature, Inc.'s Consolidated Financial Statement as of and for the Years Ended August 1, 2020 and August 3, 2019, and Independent Auditors' Report, ASI002108 | Jackson Ex. 2 |
| 66 | Revolving Line of Credit Note, dated August 28, 2018, for $15,000,000, between American Signature Inc. and Schottenstein Stores Corporation, ASI059244 | Jackson Ex. 3 |
| 67 | First Amendment to Revolving Line of Credit Note, dated May 7, 2019, for $20,000,000, between American Signature Inc. and Schottenstein Stores Corporation, ASI059247 | Jackson Ex. 4 |
| 68 | Spreadsheet reflecting intercompany wires from 2023 through 2025, ASI006371 | Jackson Ex. 6 |
| 69 | Spreadsheet reflecting note balances from 2023 through 2025, ASI002563 | Jackson Ex. 7 |
| 70 | Email from Eric Jackson to Olivia Manarin, dated December 5, 2025, regarding Intercompany, ASI002475 | Jackson Ex. 12 |
| 71 | Email from Tracy Van Loon to Jeff Swanson, dated November 10, 2025, regarding Kroehler Distributions, ASI058400 | Swanson Ex. 15 |
| 72 | Email from Chuck Spicer to Laychoo Yang and others, dated October 2, 2018, regarding FW: Kroehler, with attachments ASI058401-23 | Swanson Ex. 16 |
| 73 | Promissory Note, dated August 2, 2024, for $3,000,0000, between American Signature, Inc. and Schottenstein SEI LLC, with related emails, ASI006397-401 | Swanson Ex. 17 |
| 74 | Email from Jeff Swanson to Brian Strayton and others, dated January 26, 2023, regarding Latest versions – please review, ASI058397 | Swanson Ex. 18 |

| Exhibit # | Description | Docket No. |
|-----------|-------------|------------|
| 75 | Spreadsheet Summary of Interco Balances, ASI058398 | Swanson Ex. 19 |
| 76 | OKW Architects, *Value City Furniture*, https://www.okwarchitects.com/vcf | |
| 77 | TimeOut Chicago, *Value City Furniture*, https://www.timeout.com/chicago/shopping/value-city-furniture | |
| 78 | Invoice No. 180180910, dated September 25, 2020, from Future Foam to Kroehler Furniture Mfg., Co. Inc. | |
| 79 | Invoice No. 629065AH, dated December 9, 2025, from Industrial Timber, Inc. to Kroehler Furniture Mfg. Co., Inc. | |
| 80 | Invoice No. INV58680, dated December 1, 2025, from Prime Choice Packaging, LLC to Kroehler Furniture Mfg. | |
| 81 | Invoice No. 1528900, dated December 1, 2025, from Stone & Leigh Upholstery to Kroehler Furniture Manufacture Co Inc. | |
| 82 | Invoice No. 58511, dated November 11, 2025, from Foothills Staffing to Kroehler Furniture | |
| 83 | Proforma Invoice for Sales Order No. SO1115022130, dated December 9, 2025 from Elite Comfort Solutions to Kroehler Furniture Mfg Co. Inc. | |
| 84 | Deposition transcript of Adam Zalev, Independent Director of Debtors, which was conducted remotely by the Committee on January 28, 2026 | |
| 85 | Declaration of Richard D. Gage in Support of Sale Objection | Docket No. 470 |
| 86 | Declaration of Boris J. Steffen in Support of Sale Objection | Docket No. 470 |
| 87 | Declaration of Frederick E. Chin in Support of Sale Objection | Docket No. 470 |
| | Any document or pleading filed in the above-captioned cases | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes | |

| Exhibit # | Description | Docket No. |
|---|---|---|
| | Any exhibit identified or offered by any other party | |

## Reservation of Rights

The Committee reserves all rights, including, without limitation, the right to amend, revise, or supplement this Witness and Exhibit List and to offer additional witnesses and exhibits at the Hearing for purposes of impeachment, rebuttal, or in response to witnesses or evidence offered by any other party.  As of the filing of this Witness and Exhibit List: (i) the Debtors have not produced all documents in response to the Committee's discovery requests; (ii) the Debtors have not filed a supporting declaration in support of the Bidding Procedures Motion; and (iii) no depositions have occurred.   Accordingly, the Committee expressly reserves the right to further supplement this Witness and Exhibit List as necessary in light of these developments.

Dated: February 2, 2026
      Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
Stacy L. Newman (No. 5044)
Carol E. Thompson (No. 6936)
500 Delaware Avenue, Suite 600
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email: jalberto@coleschotz.com
      snewman@coleschotz.com
      cthompson@coleschotz.com

- and -

Seth Van Aalten (admitted *pro hac vice*)
Sarah A. Carnes (admitted *pro hac vice*)
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Telephone: 212-752-8000
Facsimile: 212-752-8393
Email: svanalten@coleschotz.com
        scarnes@coleschotz.com

-and-

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson (admitted *pro hac vice*)
Jason R. Adams (admitted *pro hac vice*)
Maeghan J. McLoughlin (admitted *pro hac vice*)
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Telephone: (212) 808-7800
Email: ewilson@kelleydrye.com
        jadams@kelleydrye.com
        mmcloughlin@kelleydrye.com

*Counsel to the Official*
*Committee of Unsecured Creditors of American*
*Signature, Inc., et al.*