**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AMERICAN SIGNATURE, INC., *et al.*,[1] | ) ) ) | Case No. 25-12105 (JKS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**DEBTORS' WITNESS AND EXHIBIT LIST FOR**
**HEARING ON FEBRUARY 4, 2026 AT 10:00 A.M. (ET)**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby submit this witness and exhibit list in connection with the hearing scheduled for **February 4, 2026 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable J. Kate Stickles at the United States Bankruptcy Court for the District of Delaware, located at 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801 (the "Hearing"), at which time the following motions (collectively, the "Motions") are currently scheduled to be heard:

1. *Motion of the Debtors for Entry of Orders (I)(A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter Into (I) Stalking Horse Asset Purchase Agreement and (II) Stalking Horse Agency Agreement and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [Docket No. 108] (the "Asset Sale Motion"); and

2. *Motion of Debtors for Entry of an Order (I) Authorizing the Sale and Assumption and Assignment of Certain Leases to Gardner White Furniture Co., Inc. and (II) Granting Related Relief* [Docket No. 369] (the "Gardner White Motion").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

**WITNESSES**

The Debtors designate the following persons as witnesses in connection with the Hearing:

(1) Rudolph Morando, Co-Chief Restructuring Officer – Mr. Morando may testify on behalf of the Debtors in support of the Motions.

(2) Mike Matlat, Senior Managing Director with A&G Realty Partners, LLC – Mr. Matlat may testify on behalf of the Debtors in support of the Asset Sale Motion.

(3) Adam Zalev, Independent Director and sole member of Conflicts Committee of American Signature Furniture, Inc. – Mr. Zalev may testify on behalf of the Debtors in support of the Asset Sale Motion.

(4) Craig Warznak, Director with SSG Capital Advisors – Mr. Warznak may testify on behalf of the Debtors' marketing efforts.

(5) Fay DeVriese, Chief Financial Officer of Gardner White Furniture Co., Inc. – Ms. DeVriese may testify on behalf of Gardner White Furniture Co., Inc. in support of the Gardner White Motion.

The Debtors reserve the right to cross-designate all witnesses designated by other parties and reserve the right to call any necessary rebuttal or impeachment witnesses.

**EXHIBITS**

The Debtors designate the following exhibits that may be used at the Hearing:

| Exhibit No. | Document Description | Docket No. |
|---|---|---|
| 1. | Declaration of Rudolph Morando in Support of the Debtors' Chapter 11 Petitions and First Day Relief | 5 |
| 2. | Declaration of J. Scott Victor in Support of Motion of the Debtors for Entry of Interim and Final Orders Under Bankruptcy Code Sections 105, 361, 362, 363, 364, 503, 506, 507, and 552, and Bankruptcy Rules 2002, 4001, 6003, 6004, and 9014 (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting (A) Liens and Providing Superpriority Administrative Expense Status and (B) Adequate Protection to Prepetition Secured Creditors, (III) Modifying Automatic Stay, (IV) Scheduling | 16 |
| 3. | Asset Purchase Agreement Dated November 25, 2025 | 108-3 |

| Exhibit No. | Document Description | Docket No. |
|---|---|---|
| 4. | DIP Budget | 350-2 |
| 5. | Notice of Filing of Amendments to (A) Stalking Horse Asset Purchase Agreement and (B) Stalking Horse Agency Agreement | 384 |
| 6. | Conflicts Committee Claims Analysis | N/A |
| 7. | Bid Analysis | N/A |
| 8. | Certificates of insurance relating to policies relevant to the Leases[2] which are the subject of the Gardner White Motion | N/A |

The Debtors reserve the right to object to the entry into evidence of any exhibit, including those listed above. The Debtors reserve the right to use any exhibit listed by any other party. The Debtors also reserve the right to amend, shorten, or supplement this witness and exhibit list prior to the Hearing.

Dated: February 2, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
      dbertenthal@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motions.