# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN SIGNATURE, INC., *et al.*,[1] | Case No. 25-12105 (JKS) |
| Debtors. | (Jointly Administered) |

## BROADSTONE AVF MICHIGAN, LLC'S WITNESS AND EXHIBIT LIST
## FOR HEARING ON FEBRUARY 4, 2026, AT 10:00 A.M. (ET)

Broadstone AVF Michigan, LLC ("Broadstone"), by and through its undersigned counsel, hereby files this Witness and Exhibit List, identifying the individuals the Landlords may call as witnesses and evidence it may introduce in connection with the *Motion of Debtors for Entry of an Order (I) Authorizing the Sale and Assumption and Assignment of Certain Leases to Gardner White Furniture Co., Inc. and (II) Granting Related Relief* [Docket No. 369] at the hearing scheduled for **February 4, 2026, at 10:00 a.m. (prevailing Eastern Time)** before the Honorable J. Kate Stickles at the United States Bankruptcy Court for the District of Delaware, located at 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801 (the "Hearing").

## Witnesses

Broadstone reserves the right to call the following witnesses:

1. Any witnesses listed or called by any other party;

2. Rebuttal witnesses, as necessary; and

3. The Landlords reserve the right to cross-examine any witness called by any other party.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

**Exhibits**

Broadstone designates the following exhibits that may be used at the Hearing:

| Exhibit # | Description | Docket No. |
|---|---|---|
| 1 | Lease Agreement, dated June 26, 2020, by and between Broadstone AVF Michigan, LLC and American Signature Inc. (Novi, MI) | |
| 2 | First Amendment to Lease Agreement, dated April 13, 2023, by and between Broadstone AVF Michigan, LLC and American Signature Inc. (Novi, MI) | |
| 3 | Lease Agreement, dated June 26, 2020, by and between Broadstone AVF Michigan, LLC and American Signature Inc. (Lansing, MI) | |
| 4 | First Amendment to Lease Agreement, dated April 13, 2023, by and between Broadstone AVF Michigan, LLC and American Signature Inc. (Lansing, MI) | |
| 5 | Lease Agreement, dated June 26, 2020, by and between Broadstone AVF Michigan, LLC and American Signature Inc. (Flint, MI) | |
| 6 | First Amendment to Lease Agreement, dated April 13, 2023, by and between Broadstone AVF Michigan, LLC and American Signature Inc. (Flint, MI) | |
| 7 | Lease Agreement, dated June 26, 2020, by and between Broadstone AVF Michigan, LLC and American Signature Inc. (Clinton Township, MI) | |
| 8 | First Amendment to Lease Agreement, dated April 13, 2023, by and between Broadstone AVF Michigan, LLC and American Signature Inc. (Clinton Township, MI) | |
| 9 | Lease Agreement, dated June 26, 2020, by and between Broadstone AVF Michigan, LLC and American Signature Inc. (Chesterfield, MI) | |
| 10 | First Amendment to Lease Agreement, dated April 13, 2023, by and between Broadstone AVF Michigan, LLC and American Signature Inc. for (Chesterfield, MI) | |
| 11 | Lease Agreement, dated June 26, 2020, by and between Broadstone AVF Michigan, LLC and American Signature Inc. (Traverse City, MI) | |

| 12 | First Amendment to Lease Agreement, dated April 13, 2023, by and between Broadstone AVF Michigan, LLC and American Signature Inc. (Traverse City, MI) | |
|---|---|---|
| 13 | Assignment and Assumption Agreement, dated January 3, 2026 | Exhibit 2 to Docket No. 369-1 |
| | Any document or pleading filed in the above-captioned cases | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes | |
| | Any exhibit identified or offered by any other party | |

**Reservation of Rights**

Broadstone reserves any and all rights to, among other things: (i) amend and/or supplement this Witness and Exhibit List at any time prior to the Hearing and to add witnesses and/or exhibits, as applicable; (ii) use additional exhibits for purposes of rebuttal or impeachment and to further supplement the foregoing Witness and Exhibit List as appropriate; and (iii) rely upon and use as evidence (a) the exhibits included on the exhibit lists of any other parties in interest, and (b) any pleading, hearing transcript or other document filed with the Court in the above-captioned matter.

[*Signature page follows*]

| | |
|---|---|
| Dated: February 2, 2026<br>Wilmington, Delaware | */s/ Leslie C. Heilman*<br>Leslie C. Heilman (DE No. 4716)<br>Laurel D. Roglen (DE No. 5759)<br>Margaret A. Vesper (DE No. 6995)<br>Erin L. Williamson (DE No. 7286)<br>BALLARD SPAHR LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, Delaware 19801-3034<br>Telephone: (302) 252-4465<br>Facsimile: (302) 252-4466<br>E-mail: heilmanl@ballardspahr.com<br>          roglenl@ballardspahr.com<br>          vesperm@ballardspahr.com<br>          williamsone@ballardspahr.com<br><br>-and-<br><br>Craig Solomon Ganz<br>Michael S. Myers<br>Joel F. Newell<br>BALLARD SPAHR LLP<br>1 East Washington Street, Suite 2300<br>Phoenix, Arizona 85004-2555<br>Telephone: (602) 798-5427<br>Facsimile: (602) 798-5595<br>E-mail: ganzc@ballardspahr.com<br>          myersm@ballardspahr.com<br>          newellj@ballardspahr.com<br><br>*Attorneys for Broadstone AVF Michigan, LLC* |

4