## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN SIGNATURE, INC., *et al.*,[1] | Case No. 25-12105-JKS |
| Debtors. | (Jointly Administered) |

## VERIFIED STATEMENT OF FBT GIBBONS LLP PURSUANT TO
## RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

FBT Gibbons LLP ("FBT"), counsel to WPG Legacy, LLC ("WPG"), Tempur World, LLC

("Tempur"), and Sir Barton Place, LLC ("SBP") files this Verified Statement pursuant to Rule

2019(a) of the Federal Rules of Bankruptcy Procedure.

1.      The names and addresses of the parties represented by FBT in the above-referenced

chapter 11 cases are:

> WPG Legacy, LLC
> 4900 East Dublin Granville Road, 4th Floor
> Columbus, Ohio 43081
>
> Tempur World, LLC
> 1000 Tempur Way
> Lexington, Kentucky 40511
>
> Sir Barton Place, LLC
> 2517 Sir Barton Way, Suite 210
> Lexington, KY 40509

2.      The nature and amount of disclosable economic interest of each creditor, equity

security holder, and party in interest represented by FBT is as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

    a.  WPG: WPG is a creditor in these chapter 11 cases and the managing agent for certain landlords of the Debtors. WPG holds claims against the Debtors in an unknown amount including, but not limited to, all amounts due and owing under the lease between WPG and the Debtors plus any rejection damages and/or administrative priority claims for unpaid post-petition rent and other charges.

    b.  Tempur: Tempur is a creditor in these chapter 11 cases and a vendor of one or more of the Debtors. Tempur holds a claim against one or more of the Debtors in unknown amounts that are entitled to priority under section 503(b)(9) of the Bankruptcy Code, plus any administrative priority claims for unpaid post-petition charges and any other claims between Tempur and the Debtors.

    c.  SBP: SBP is a creditor in these chapter 11 cases and landlord of the Debtors. SBP holds claims against the Debtors in an unknown amount including, but not limited to, all amounts due and owing under the lease between SBP and the Debtors plus any rejection damages and/or administrative priority claims for unpaid post-petition rent and other charges.

3.    WPG, Tempur, and SBP have each requested that FBT represent them and their interests in connection with these chapter 11 cases.

4.    Upon information and belief, as of the date hereof, FBT does not hold any claim against or equity interest in the Debtors.

5.    The undersigned certify that this Verified Statement is true and accurate to the best of her knowledge and belief. FBT reserves the right to revise and supplement this Verified Statement.

*[Signature page follows]*

Dated:  February 3, 2026
Wilmington, Delaware

Respectfully submitted,

**FBT GIBBONS LLP**

*/s/ Katharina Earle*
Katharina Earle (DE Bar No. 6348)
Christopher Viceconte (DE Bar No. 5568)
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801-1671
Tel: (302) 518-6300
Fax: (302) 429-6294
Email: kearle@fbtgibbons.com
      cviceconte@fbtgibbons.com

-and-

Ronald E. Gold (admitted *pro hac vice*)
Erin P. Severini
Joy D. Kleisinger (admitted *pro hac vice*)
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202
Tel: (513) 651-6800
Fax: (513) 651-6981
Email: rgold@fbtgibbons.com
      eseverini@fbtgibbons.com
      jkleisinger@fbtgibbons.com

-and-

Adam R. Kegley (admitted *pro hac vice*)
325 West Main Street, Suite 301
Lexington, Kentucky 40507
Tel: (859) 244-3243
 Email: akegley@fbtgibbons.com

-and-

Mark A. Platt (admitted *pro hac vice*)
Rosewood Court
2101 Cedar Springs Road, Suite 900
Dallas, Texas 75201
Telephone: (214) 580-5852
E-mail: mplatt@fbtgibbons.com

***Counsel for WPG Legacy, LLC, Tempur World, LLC, and Sir Barton Place, LLC***

3

## <u>CERTIFICATE OF SERVICE</u>

I, Katharina Earle, hereby certify that on February 3, 2026 a true and correct copy of the

foregoing was sent via CM/ECF electronic mail to all parties receiving CM/ECF noticing.

<u>*/s/ Katharina Earle*</u>
Katharina Earle
**FBT GIBBONS LLP**