**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN SIGNATURE, INC., *et al.*,[1] | Case No. 25-12105 (JKS) |
| Debtors. | (Jointly Administered) |
| | Hearing Date: February 4, 2026 at 10:00 a.m. (ET)<br>Obj. Deadline: At the Hearing |

**NOTICE OF MOTION OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR
ENTRY OF AN ORDER AUTHORIZING THE REDACTION
OF CERTAIN CONFIDENTIAL INFORMATION IN
CONNECTION WITH THE COMMITTEE'S OBJECTION TO
THE DEBTORS' MOTION TO APPROVE SALE TO ASI PURCHASER LLC**

   **PLEASE TAKE NOTICE** that on February 3, 2026, the Official Committee of Unsecured Creditors appointed in the above-referenced bankruptcy cases (the "Committee") filed the *Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Redaction of Certain Confidential Information in Connection With the Committee's Objection to the Debtors' Motion to Approve Sale to ASI Purchaser LLC* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

   **PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion is scheduled for **February 4, 2026 at 10:00 a.m. (ET) (the "Hearing")** before the Honorable J. Kate Stickles, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

   **PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware must be received at or prior to the Hearing. At the same time, you must also serve a copy of the response upon the proposed undersigned counsel to the Committee.

   **IF NO OBJECTIONS ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN CONNECTION WITH SUCH PLEADINGS WITHOUT FURTHER NOTICE OR HEARING.**

---

[1]   The Debtors in these chapter 11 cases (these "Chapter 11 Cases") are: American Signature, Inc.; American Signature Home Inc.; American Signature USA Inc.; ASI Pure Promise Insurance LLC; ASI Elston LLC; ASI – Laporte LLC; ASI Polaris LLC; ASI Thomasville LLC; and American Signature Woodbridge LLC.

| | |
|---|---|
| Dated: February 3, 2026 | **COLE SCHOTZ P.C.**<br>*/s/ Carol E. Thompson*<br>Justin R. Alberto (No. 5126)<br>Stacy L. Newman (No. 5044)<br>Carol E. Thompson (No. 6936)<br>500 Delaware Avenue, Suite 600<br>Wilmington, DE 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>Email: jalberto@coleschotz.com<br>        snewman@coleschotz.com<br>        cthompson@coleschotz.com<br><br>- and -<br><br>Seth Van Aalten (admitted *pro hac vice*)<br>Sarah A. Carnes (admitted *pro hac vice*)<br>1325 Avenue of the Americas, 19th Floor<br>New York, NY 10019<br>Telephone: 212-752-8000<br>Facsimile: 212-752-8393<br>Email: svanalten@coleschotz.com<br>        scarnes@coleschotz.com<br><br>-and-<br><br>**KELLEY DRYE & WARREN LLP**<br>Eric R. Wilson (admitted *pro hac vice*)<br>Jason R. Adams (admitted *pro hac vice*)<br>Maeghan J. McLoughlin (admitted *pro hac vice*)<br>3 World Trade Center<br>175 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 808-7800<br>Email: ewilson@kelleydrye.com<br>        jadams@kelleydrye.com<br>        mmcloughlin@kelleydrye.com<br><br>*Counsel to the Official Committee of Unsecured Creditors of American Signature, Inc., et al.* |