## **EXHIBIT A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN SIGNATURE, INC., *et al.*,[1] | Case No. 25-12105 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 470** |

**ORDER AUTHORIZING THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS**
**TO REDACT CERTAIN CONFIDENTIAL**
**INFORMATION IN CONNECTION WITH THE**
**COMMITTEE'S OBJECTION TO THE DEBTORS'**
**MOTION TO APPROVE SALE TO ASI PURCHASER LLC**

Upon the motion (the "Motion")[2] of the Committee for entry of an order pursuant to sections 105 and 107 of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1 authorizing the Committee to redact certain confidential information in connection with the Sale Objection, the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334(b); (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interest of all parties; (iv) proper and adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary; and (v) upon the record herein after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein. Therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

---

[1] The Debtors in these chapter 11 cases are: American Signature, Inc.; American Signature Home Inc.; American Signature USA Inc.; ASI Pure Promise Insurance LLC; ASI Elston LLC; ASI – Laporte LLC; ASI Polaris LLC; ASI Thomasville LLC; and American Signature Woodbridge LLC.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed in the Motion.

2

2. The Committee is authorized to file the Sale Objection under seal.

3. The unredacted Sale Objection shall remain under seal and not be made available to anyone except this Court or the Debtors, as well as other parties in interest as may be ordered by the Court or agreed to with the Debtors. All parties receiving the unredacted Sale Objection shall maintain its confidentiality and the confidentiality of its subject matter, including in connection with any pleadings or other documents filed with this Court.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Committee is authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

6. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.