**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN SIGNATURE, INC., *et al.*,[1] | ) | Case No. 25-12105 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket Nos. 482, 497, 498, 506, 507** |

<u>**FIFTH AMENDED**[2] **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 4, 2026 AT 1:00 P.M. EASTERN TIME**</u>

> **PLEASE NOTE THE HEARING TIME HAS CHANGED FROM 11:00 A.M. (EASTERN TIME) TO <u>1:00 P.M. (EASTERN TIME)</u>.**

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

[2] **Amended items appear in bold.**

**RESOLVED MATTERS**

1. **Kelley Drye Retention Application** – Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment of Kelley Drye & Warren LLP as Lead Counsel Effective as of December 5, 2025 [Filed: 12/29/25] ([Docket No. 261](#)).

   Response Deadline:  January 19, 2026 at 4:00 p.m. Eastern Time.

   Responses Received:  None.

   Related Documents:

   a) Certificate of No Objection Regarding Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment of Kelley Drye & Warren LLP as Lead Counsel Effective as of December 5, 2025 [Filed: 1/21/26] ([Docket No. 403](#)).

   b) [Signed] Order Authorizing the Employment of Kelley Drye & Warren LLP as Lead Counsel to the Official Committee of Unsecured Creditors Effective as of December 5, 2025 [Filed: 1/23/26] ([Docket No. 410](#)).

   Status:  The order has been entered.  No hearing will be necessary.

2. **Cole Schotz Retention Application** – Application for an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and Approving the Retention and Employment of Cole Schotz P.C. as Co-Counsel to the Official Committee of Unsecured Creditors Effective as of December 5, 2025 [Filed: 12/29/25] ([Docket No. 262](#)).

   Response Deadline:  January 19, 2026 at 4:00 p.m. Eastern Time.

   Responses Received:  None.

   Related Documents:

   a) Supplemental Declaration of Justin R. Alberto in Support of Application for an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and Approving the Retention and Employment of Cole Schotz P.C. as Co-Counsel to the Official Committee of Unsecured Creditors Effective as of December 5, 2025 [Filed: 1/12/26] ([Docket No. 361](#)).

   b) Certificate Of No Objection Regarding Application for an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and Approving the Retention and Employment of Cole Schotz P.C. as Co-Counsel to the Official Committee of Unsecured Creditors Effective as of December 5, 2025 [Filed: 1/21/26] ([Docket No. 404](#)).

c) [Signed] Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and Approving the Retention and Employment of Cole Schotz P.C. as Co-Counsel to the Official Committee of Unsecured Creditors Effective as of to December 5, 2025 [Filed: 1/23/26] (Docket No. 411).

Status:  The order has been entered.  No hearing will be necessary.

3. **Province Retention Application** – Application for Entry of an Order Authorizing and Approving the Employment of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of December 8, 2025 [Filed: 12/29/25] (Docket No. 263).

Response Deadline:  January 19, 2026 at 4:00 p.m. Eastern Time.

Responses Received:  None.

Related Documents:

a) Certificate of No Objection Regarding Application for Entry of an Order Authorizing and Approving the Employment of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of December 8, 2025 [Filed: 1/21/26] (Docket No. 405).

b) [Signed] Order Authorizing and Approving the Employment of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, Effective as of December 8, 2025 [Filed: 1/23/26] (Docket No. 412).

Status:  The order has been entered.  No hearing will be necessary.

4. **Summit Sale Motion** – Motion of Debtors for Entry of an Order (I) Authorizing the Sale of Inventory to Summit Warehousing, LLC and (II) Granting Related Relief [Filed: 1/13/26] (Docket No. 370).

Response Deadline:  January 26, 2026 at 11:00 a.m. Eastern Time.

Responses Received:  None.

Related Documents:

a) Debtors' Motion for Entry of an Order (I) Shortening Notice and Scheduling an Expedited Hearing on Sale Motions, (II) Limiting Notice of Sale Motions, and (III) Granting Related Relief [Filed: 1/13/26] (Docket No. 371).

b) [Signed] Order (I) Shortening Notice and Scheduling an Expedited Hearing on Sale Motions, (II) Limiting Notice of Sale Motions, and (III) Granting Related Relief [Filed: 1/14/26] (Docket No. 374).

c) Notice of Motion of Debtors for Entry of an Order (I) Authorizing the Sale of Inventory to Summit Warehousing, LLC and (II) Granting Related Relief [Filed: 1/14/26] (Docket No. 378).

d) Debtors' Witness and Exhibit List for Hearing on January 28, 2026 at 11:00 a.m. (ET) [Filed: 1/26/26] (Docket No. 420).

e) Certification of No Objection Regarding Motion of Debtors for Entry of an Order (I) Authorizing the Sale of Inventory to Summit Warehousing, LLC and (II) Granting Related Relief [Filed: 1/27/26] (Docket No. 428).

f) Declaration of Rudolph Morando in Support of Motion of Debtors for Entry of an Order (I) Authorizing the Sale of Inventory to Summit Warehousing, LLC and (II) Granting Related Relief [Filed: 1/28/26] (Docket No. 460).

g) [Signed] Order (I) Authorizing the Sale of Inventory to Summit Warehousing, LLC and (II) Granting Related Relief [Filed: 1/28/26] (Docket No. 466).

Status:  The order has been entered.  No hearing will be necessary.

5. **Ross Sale Motion** – Motion of Debtors for Entry of an Order (I) Authorizing the Sale and Assumption and Assignment of Certain Leases to Ross Dress For Less, Inc. and (II) Granting Related Relief [Filed: 1/16/26] (Docket No. 385).

Response Deadline:  January 26, 2026 at 11:00 a.m. Eastern Time.

Responses Received:  None.

Related Documents:

a) Debtors' Motion for Entry of an Order (I) Shortening Notice and Scheduling an Expedited Hearing on Ross Sale Motion, (II) Limiting Notice of Ross Sale Motion, and (III) Granting Related Relief [Filed: 1/16/26] (Docket No. 387).

b) Notice of Filing of Corrected Exhibits to Motion of Debtors for Entry of an Order (I) Authorizing the Sale and Assumption and Assignment of Certain Leases to Ross Dress For Less, Inc. and (II) Granting Related Relief [Filed: 1/16/26] (Docket No. 388).

c) [Signed] Order (I) Shortening Notice and Scheduling an Expedited Hearing on Ross Sale Motion, (II) Limiting Notice of Ross Sale Motion, and (III) Granting Related Relief [Filed: 1/16/26] (Docket No. 389).

d) Notice of Motion of Debtors for Entry of an Order (I) Authorizing the Sale and Assumption and Assignment of Certain Leases to Ross Dress For Less, Inc. and (II) Granting Related Relief [Filed: 1/16/26] (Docket No. 391).

e) Notice of Assumption and Assignment of Certain Unexpired Leases [Filed: N/A] (Docket No. N/A).

f) Notice of Amended Cure Costs with Respect to Certain Unexpired Leases [Filed: 1/23/26] (Docket No. 418).

g) Debtors' Witness and Exhibit List for Hearing on January 28, 2026 at 11:00 a.m. (ET) [Filed: 1/26/26] (Docket No. 420).

h) Certification of No Objection Regarding Motion of Debtors for Entry of an Order (I) Authorizing the Sale and Assumption and Assignment of Certain Leases to Ross Dress For Less, Inc. and (II) Granting Related Relief [Filed: 1/27/26] (Docket No. 429).

i) Declaration of Rudolph Morando in Support of Motion of Debtors for Entry of an Order (I) Authorizing the Sale and Assumption and Assignment of Certain Leases to Ross Dress For Less, Inc. and (II) Granting Related Relief [Filed: 1/28/26] (Docket No. 462).

j) [Signed] Order (I) Authorizing the Sale and Assumption and Assignment of Certain Leases to Ross Dress For Less, Inc. and (II) Granting Related Relief [Filed: 1/28/26] (Docket No. 467).

k) [Signed] Amended Order (I) Authorizing the Sale and Assumption and Assignment of Certain Leases to Ross Dress For Less, Inc. and (II) Granting Related Relief [Filed: 1/30/26] (Docket No. 474).

Status:  The order has been entered.  No hearing will be necessary.

**ADJOURNED MATTERS**

6. **Elston Admin Expense Claim Motion** – Motion of Elston Leavitt, LLC for Immediate Payment of Post-Petition Property Taxes Pursuant to 11 U.S.C. § 365(d)(3) and Stub Rent Pursuant to 11 U.S.C. 503(b)(1) [Filed: 1/16/26] (Docket No. 390).

   Response Deadline:  January 28, 2026 at 4:00 p.m. Eastern Time.  Extended to February 4, 2026 for the Debtors.

   Responses Received:  None as of the date hereof.

   Related Documents:  None as of the date hereof.

   Status:  This matter is adjourned to the hearing scheduled for February 25, 2026.

**MATTERS GOING FORWARD**

7. **Sale Motion** – Motion of the Debtors for Entry of Orders (I)(A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the

Debtors to Enter Into (I) Stalking Horse Asset Purchase Agreement and (II) Stalking Horse Agency Agreement and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Filed: 11/26/25] (Docket No. 108).

<u>Sale Response Deadline</u>:  January 28, 2026 at 4:00 p.m. Eastern Time.  Extended to January 29, 2026 for the Official Committee of Unsecured Creditors (the "<u>Committee</u>").  Extended to February 2, 2026 at 11:00 a.m. for PNC.  Extended to February 2, 2026 for the Office of the United States Trustee (the "<u>UST</u>").

<u>Cure Response Deadline</u>:  January 28, 2026 at 4:00 p.m. Eastern Time.  Extended to January 30, 2026 at 4:00 p.m. Eastern Time for Tropicaire Development, Inc. and Walden/Dick/WR-I Fla.  Extended to January 30, 2026 for Comdata Inc., a division of Stored Value Solutions f/k/a Stored Value Systems, Inc. ("<u>SVS</u>"); Kyndryl, Inc.; SPG (and the various other Schottenstein landlords); The Real McKeever LLC.  Extended to February 2, 2026 at 11:00 a.m. Eastern Time SHI International Corp. and Westview Center Associates.  Extended to February 2, 2026 for Schaumburg Associates, LLC.

<u>Sale Responses Received</u>:

a) Limited Objection and Reservation of Rights of Sir Barton Place, LLC to the Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Filed: 1/28/26] (Docket No. 449).

b) Limited Objection and Reservation of Rights of Utica Park Place Owner, LLC and Canton Corners Shopping Center, L.L.C. to (I) Motion of the Debtors for Entry of Orders (A) Approving the Sale of Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (II) Limited Objection to Notice of Assumption and Cure Amounts and Lack of Adequate Assurance [Filed: 1/28/26] (Docket No. 450).

c) Limited Objection and Reservation of Rights of Tempur World, LLC to the (I) Notice of Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and Cure Amounts and (II) Proposed Sale [Filed: 1/28/26] (Docket No. 451).

d) Limited Objection and Reservation of Rights of WPG Legacy, LLC to the Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Filed: 1/28/26] (Docket No. 452).

e) Objection of Brixmor/IA Regency Park SC, LLC and BRE Retail Residual NC Owner L.P. to Cure Notice and Reservation of Rights with Respect to Future Proposed Lease Assignments [Filed: 1/28/26] (Docket No. 453).

f) Limited Objection and Reservation of Rights of Kin Properties Inc. and Affiliated Landlords to Potential Assumption and Assignment of Unexpired Lease of Non-Residential Real Property [Filed: 1/28/26] ([Docket No. 454](#)).

g) Limited Objection of Synchrony Bank to the Debtors' Motion for Entry of an Order Approving a Sale of Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and Notice of Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and Cure Amounts [Filed: 1/28/26] ([Docket No. 457](#)).

h) Limited Objection of Elston Leavitt, LLC to: (I) Sale Motion, (II) Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts, and (III) Proposed Sale Order [Filed: 1/28/26] ([Docket No. 461](#)).

i) Objection of Federal Realty OP LP, Lakeview Plaza (Orland), LLC, and SCF RC Funding IV LLC to (1) Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts; and (2) Motion of the Debtors for Entry of Orders (I)(A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter Into (I) Stalking Horse Asset Purchase Agreement and (II) Stalking Horse Agency Agreement and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Filed: 1/28/26] ([Docket No. 465](#)).

j) [SEALED] Objection of the Official Committee of Unsecured Creditors to Debtors' Motion to Approve Sale to ASI Purchaser LLC [Filed: 1/29/26] (Docket No. 470).

k) Informal comments from Office of the United States Trustee (the "UST").

l) Informal comments from PNC.

m) [REDACTED] Objection of the Official Committee of Unsecured Creditors to Debtors' Motion to Approve Sale to ASI Purchaser LLC [Filed: 2/3/26] ([Docket No. 499](#)).

Cure Responses Received:

a) Limited Objection of Market Square Owner, LLC to Notice of Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and Cure Amounts (Docket Entries # 290 and 108) Relating to Debtor's Store Number 415 Located in Fort Myers, Florida [Filed: 1/23/26] ([Docket No. 416](#)).

b) Limited Objection of Furniture Care Protection, Inc. to Proposed Cure Amount Upon Assumption (Related to D.I. 108 and 290) [Filed: 1/26/26] ([Docket No. 423](#)).

c) Objection of Landlord, MLRP Army Trail Trade Center LLC, to Debtors' Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Filed: 1/27/26] ([Docket No. 432](#)).

d) Objection and Reservation of Rights of Decar Realty LLC to the First Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases [Filed: 1/27/26] ([Docket No. 440](#)).

e) Objection and Reservation of Rights of Kimco Pennsylvania Trust, JLPK-Dale Mabry LLC and Kimco Realty OP LLC to the First Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases [Filed: 1/27/26] ([Docket No. 441](#)).

f) Limited Objection of PeopleReady, Inc. to Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Filed: 1/27/26] ([Docket No. 443](#)).

g) Objection of 2015 Wesel Boulevard, LLC to Assumption and Assignment of Unexpired Lease [Filed: 1/28/26] ([Docket No. 448](#)).

h) Limited Objection and Reservation of Rights of Sir Barton Place, LLC to the Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Filed: 1/28/26] ([Docket No. 449](#)).

i) Limited Objection and Reservation of Rights of Utica Park Place Owner, LLC and Canton Corners Shopping Center, L.L.C. to (I) Motion of the Debtors for Entry of Orders (A) Approving the Sale of Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (II) Limited Objection to Notice of Assumption and Cure Amounts and Lack of Adequate Assurance [Filed: 1/28/26] ([Docket No. 450](#)).

j) Limited Objection and Reservation of Rights of Tempur World, LLC to the (I) Notice of Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and Cure Amounts and (II) Proposed Sale [Filed: 1/28/26] ([Docket No. 451](#)).

k) Limited Objection and Reservation of Rights of WPG Legacy, LLC to the Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Filed: 1/28/26] ([Docket No. 452](#)).

l) Objection of Brixmor/IA Regency Park SC, LLC and BRE Retail Residual NC Owner L.P. to Cure Notice and Reservation of Rights with Respect to Future Proposed Lease Assignments [Filed: 1/28/26] ([Docket No. 453](#)).

m) Limited Objection and Reservation of Rights of Kin Properties Inc. and Affiliated Landlords to Potential Assumption and Assignment of Unexpired Lease of Non-Residential Real Property [Filed: 1/28/26] ([Docket No. 454](#)).

n) Objection of Park Associates, LP to Potential Assumption and Assignment of Lease and Cure Amount [Filed: 1/28/26] ([Docket No. 455](#)).

o) Castera Transportation Services LLC's Objection to Debtors' Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Filed: 1/28/26] ([Docket No. 456](#)).

p) Limited Objection of Synchrony Bank to the Debtors' Motion for Entry of an Order Approving a Sale of Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and Notice of Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and Cure Amounts [Filed: 1/28/26] ([Docket No. 457](#)).

q) Limited Objection of Elston Leavitt, LLC to: (I) Sale Motion, (II) Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts, and (III) Proposed Sale Order [Filed: 1/28/26] ([Docket No. 461](#)).

r) Objection of Federal Realty OP LP, Lakeview Plaza (Orland), LLC, and SCF RC Funding IV LLC to (1) Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts; and (2) Motion of the Debtors for Entry of Orders (I)(A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter Into (I) Stalking Horse Asset Purchase Agreement and (II) Stalking Horse Agency Agreement and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Filed: 1/28/26] ([Docket No. 465](#)).

s) Objection of Walden/Dick/WR-I FLA to the Notice of Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and Cure Amount [Filed: 1/30/26] ([Docket No. 475](#)).

t) Limited Objection and Reservation of Rights of The Real McKeever, LLC the Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Filed: 1/30/26] ([Docket No. 477](#)).

Related Documents:

a) [Signed] Order (I) Approving Bid Procedures and Bid Protections in Connection with Motion to Approve (A) Stalking Horse Asset Purchase Agreement and (B) Stalking Horse Agency Agreement; (II) Scheduling Bid Deadlines and the Auction; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief [Filed: 12/29/25] ([Docket No. 259](#)).

b) Notice of Sale, Bid Procedures, Auction, and Sale Hearing [Filed: 12/29/25] ([Docket No. 260](#)).

c) Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Filed: 1/2/26] ([Docket No. 290](#)).

d) Contingent Notice of Intent to Commence Chainwide Liquidation Sale [Filed: 1/4/26] ([Docket No. 313](#)).

e) Affidavit of Publication of the Notice of Sale, Bid Procedures, Auction, and Sale Hearing in The New York Times [Filed: 1/6/26] ([Docket No. 338](#)).

f) Notice of Successful Bidder, Cancellation of Auction of Aggregate Assets, and Adjournment of Auction with Respect to Certain Real Property Interests [Filed: 1/7/26] ([Docket No. 344](#)).

g) Notice of Filing of Amendments to (A) Stalking Horse Asset Purchase Agreement and (B) Stalking Horse Agency Agreement [Filed: 1/15/26] ([Docket No. 384](#)).

h) Notice of Filing of Proposed Sale Order [Filed: 1/21/26] ([Docket No. 407](#)).

i) Supplemental Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Filed: 1/26/26] ([Docket No. 424](#)).

j) Notice of Amended Cure Costs with Respect to Certain Unexpired Leases [Filed: 1/27/26] ([Docket No. 444](#)).

k) Consumer Privacy Ombudsman Request for Extension to File CPO Report to the Court [Filed: 1/27/26] ([Docket No. 445](#)).

l) Second Notice of Amended Cure Costs with Respect to Certain Executory Contracts or Unexpired Leases [Filed: 1/31/26] ([Docket No. 478](#)).

m) Official Committee of Unsecured Creditors' Witness and Exhibit List for Hearing Scheduled for February 4, 2026, at 10:00 a.m. (Prevailing Eastern Time) [Filed: 2/2/26] ([Docket No. 480](#)).

n) Debtors' Witness and Exhibit List for Hearing on February 4, 2026 at 10:00 a.m. (ET) [Filed: 2/2/26] ([Docket No. 481](#)).

o) Consumer Privacy Ombudsman Report to the Court [Filed: 2/3/26] ([Docket No. 505](#)).

p) **Notice of Filing of Revised Proposed Sale Order [Filed: 2/4/26] ([Docket No. 509](#)).**

Status:  This matter will go forward.  Rudolph Morando, Co-Chief Restructuring Officer, and Adam Zalev, Independent Director and sole member of Conflicts Committee of American Signature Furniture, Inc., are expected to testify in support of the sale motion.  The Debtors have resolved the objection of Synchrony Bank.  The Debtors, Committee,

and buyer have reached an agreement in principle to resolve the Committee objections to the sale. The Debtors propose to adjourn the resolution of cure and adequate assurance objections to a date to be determined.  The Debtors are working to resolve issues raised by the other objections.

8. **Gardner White Sale Motion** – Motion of Debtors for Entry of an Order (I) Authorizing the Sale and Assumption and Assignment of Certain Leases to Gardner White Furniture Co., Inc. and (II) Granting Related Relief [Filed: 1/13/26] (Docket No. 369).

    Response Deadline:  January 26, 2026 at 11:00 a.m. Eastern Time.

    Responses Received:

    a) Objection and Reservation of Rights of SBV Holland LLC to Motion of Debtors for Entry of an Order (I) Authorizing the Sale and Assumption and Assignment of Certain Leases to Gardner White Furniture Co., Inc. and (II) Granting Related Relief [Filed: 1/20/26] (Docket No. 396).

    b) Objection of Broadstone AVF Michigan, LLC and STORE SPE AVFII 2017-2, LLC to the Motion of Debtors for Entry of an Order (I) Authorizing the Sale and Assumption and Assignment of Certain Leases to Gardner White Furniture Co., Inc. and (II) Granting Related Relief [Filed: 1/23/26] (Docket No. 414).

    c) Informal comments from the Official Committee of Unsecured Creditors (the "Committee").

    Related Documents:

    a) Debtors' Motion for Entry of an Order (I) Shortening Notice and Scheduling an Expedited Hearing on Sale Motions, (II) Limiting Notice of Sale Motions, and (III) Granting Related Relief [Filed: 1/13/26] (Docket No. 371).

    b) [Signed] Order (I) Shortening Notice and Scheduling an Expedited Hearing on Sale Motions, (II) Limiting Notice of Sale Motions, and (III) Granting Related Relief [Filed: 1/14/26] (Docket No. 374).

    c) Notice of Motion of Debtors for Entry of an Order (I) Authorizing the Sale and Assumption and Assignment of Certain Leases to Gardner White Furniture Co., Inc. and (II) Granting Related Relief [Filed: 1/14/26] (Docket No. 377).

    d) Notice of Assumption and Assignment of Certain Unexpired Leases [Filed: N/A] (Docket No. N/A).

    e) Notice of Amended Cure Costs with Respect to Certain Unexpired Leases [Filed: 1/23/26] (Docket No. 417).

    f) Debtors' Witness and Exhibit List for Hearing on January 28, 2026 at 11:00 a.m. (ET) [Filed: 1/26/26] (Docket No. 420).

g) Official Committee of Unsecured Creditors' Witness and Exhibit List for Hearing Scheduled for February 4, 2026, at 10:00 a.m. (Prevailing Eastern Time) [Filed: 2/2/26] ([Docket No. 480](#)).

h) Debtors' Witness and Exhibit List for Hearing on February 4, 2026 at 10:00 a.m. (ET) [Filed: 2/2/26] ([Docket No. 481](#)).

i) Broadstone AVF Michigan, LLC's Witness and Exhibit List for Hearing on February 4, 2026, at 10:00 a.m. (ET) [Filed: 2/2/26] ([Docket No. 483](#)).

j) **Notice of Filing of Revised Order (I) Authorizing the Sale and Assumption and Assignment of Certain Leases to Gardner White Furniture Co., Inc. and (II) Granting Related Relief [Filed: 2/4/26] ([Docket No. 508](#)).**

Status: This matter will go forward. The Debtors are working to resolve informal comments from the Committee and issues raised by the objections by other parties in interest. The Debtors expect to present the testimony of Rudolph Morando, Co-Chief Restructuring Officer, and Fay DeVriese, Chief Financial Officer of Gardner White Furniture Co., Inc., in support of the Motion.

## ADDITIONAL MATTER

9. **Committee Motion to File Under Seal** – Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Redaction of Certain Confidential Information in Connection with the Committee's Objection to the Debtors' Motion to Approve Sale to ASI Purchaser LLC [Filed: 2/3/26] ([Docket No. 496](#)).

Response Deadline: At the hearing.

Responses Received: None as of the date hereof.

Related Documents: None as of the date hereof.

Status: This matter will go forward.

| | |
|---|---|
| Dated: February 4, 2026 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | |
| | <u>*/s/ Laura Davis Jones*</u> |
| | Laura Davis Jones (DE Bar No. 2436) |
| | David M. Bertenthal (CA Bar No. 167624) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, Delaware 19899 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: ljones@pszjlaw.com |
| | dbertenthal@pszjlaw.com |
| | |
| | *Counsel to the Debtors and Debtors in Possession* |