# SIGN-IN SHEET

| CASE NAME American Signature Inc | COURTROOM #6 |
|---|---|
| CASE NUMBER: 25-12105 JKS | DATE: 2/4/2026 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Justin Alberto | Cole Schotz | Committee |
| Carol Thompson | Cole Schotz | Committee |
| Anthony Saccullo | AM Saccullo Legal | Elston Levitt |
| Malcolm Bates | US Trustee Office | UST |
| Marc Phillips | Whiteford | Goodwy White Furniture |
| Charles Bullock | Stevenson & Bullock | " |
| Jason Adams | Kelley Drye | Committee |
| Maeghan McLoughlin | Kelley Drye | Committee |
| Laurel Roglen | Ballard Spahr | Various landlords |
| D Abbott | MNAT | Buyer |
| Mac Snyder | WLRK | " |
| Izzy Jarashow | Goodwin | Debtors/Conflicts Committee |
| Laura Davis Jones | PSZJ | Debtors |
| Maxim Litvak | PSZJ | " |

# SIGN-IN SHEET

| CASE NAME American Signature Inc | COURTROOM #6 |
|---|---|
| CASE NUMBER: 25-12105 JKS | DATE: 2/4/2026 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Tim Cairns | PSZJ | Debtors |
| Scott Leonhardt | Esbrook | Synchrony Bank |
| Karen Grivner | Clark Hill PLC | Utica Park/Canton Corner |
| John Knight | Richards Layton | Second Avenue Capital |
| John Ventola | Choate Hall & Stewart | '' |
| Jonathan Marshall | '' | '' |
| Lawrence Thomas | Blank Rome | PNC Bank, National Association |
| Katherine Good | Potter Anderson & Corroon | Conflicts Committee |
| Greg Flasser | '' | '' |
| | | |
| | | |
| | | |
| | | |

## 11:00 AM

**25-12105-JKS American Signature, Inc.**

| Party | Firm | Representing | Time | Via | Participant |
|---|---|---|---|---|---|
| Derek C. Abbott | Morris, Nichols, Arsht & Tunnell | ASI Purchaser | 11:00 AM | Zoom(Video and Audio) | yes |
| Rick Archer | Law360 | | 11:00 AM | Audio Only | no |
| Victoria N Argeroplos | Jackson Walker | Burlington | 11:00 AM | Zoom(Video and Audio) | yes |
| Mary E. Augustine | A M Saccullo Legal, LLC | Elston Leavitt LLC | 11:00 AM | Zoom(Video and Audio) | yes |
| Joseph Barbarito | JBarbarito@thinkbrg.com | Debtors | 11:00 AM | Zoom(Video and Audio) | yes |
| Michael Barber | Womble Bond Dickinson (US) LLP | The Huntington National Bank | 11:00 AM | Zoom(Video and Audio) | yes |
| Lucas B. Barrett | Choate, Hall & Stewart LLP | Second Avenue Capital Partners, LLC | 11:00 AM | Zoom(Video and Audio) | yes |
| David Bertenthal | Pachulski Stang Ziehl & Jones LLP | Debtors | 11:00 AM | Zoom(Video and Audio) | yes |

| Name | Firm | Representing | Time | Mode | Live |
|---|---|---|---|---|---|
| Zev Bomrind | Pachulski Stang Ziehl & Jones LLP | Debtors | 11:00 AM | Audio Only | yes |
| Luke Brzozowski | Morris Nichols Arsht and Tunnell | ASI Purchaser | 11:00 AM | Zoom(Video and Audio) | yes |
| Timothy Cairns | Pachulski Stang Ziehl & Jones LLP | Debtors | 11:00 AM | Zoom(Video and Audio) | yes |
| Michael Canale | Mcanale@thinkbrg.com | Debtors | 11:00 AM | Zoom(Video and Audio) | yes |
| Rocco Cavaliere | Tarter Krinsky & Drogin LLP | Kyndryl, Inc. | 11:00 AM | Zoom(Video and Audio) | yes |
| James Chapman | Choate, Hall & Stewart LLP | Second Avenue Capital Partners, LLC | 11:00 AM | Zoom(Video and Audio) | yes |
| Scott K. Charles | Wachtell, Lipton, Rosen & Katz | ASI Purchaser LLC | 11:00 AM | Zoom(Video and Audio) | yes |
| Video Conferencing | Morris Nichols Arsht & Tunnell | ASI Purchaser | 11:00 AM | Zoom(Video and Audio) | yes |
| Edward A. Corma | Pachulski Stang Ziehl & Jones | Debtors | 11:00 AM | Zoom(Video and Audio) | yes |
| Steve Coulombe | scoulombe@thinkbrg.com | Debtors | 11:00 AM | Zoom(Video | yes |

| Name | Firm | Representing | Time | Mode | Live |
|---|---|---|---|---|---|
| | | | | and Audio) | |
| Daniel J. DeFranceschi | Richards, Layton & Finger | Second Avenue Capital Partners, LLC | 11:00 AM | Zoom(Video and Audio) | yes |
| R. Grant Dick | Cooch and Taylor, P.A. | | 11:00 AM | Zoom(Video and Audio) | yes |
| Karen Dine | Pachulski Stang Ziehl & Jones LLP | Debtors | 11:00 AM | Zoom(Video and Audio) | yes |
| Bob Duffy | bduffy@thinkbrg.com | Debtors | 11:00 AM | Zoom(Video and Audio) | yes |
| Samantha R Ebner | sebner@thecstreet.com | sebner@thecstreet.com | 11:00 AM | Audio Only | no |
| Leo Esses | The Esses Law Group LLC | non party | 11:00 AM | Audio Only | no |
| Will Tex Farmer | Jackson Walker LLP | Burlington | 11:00 AM | Zoom(Video and Audio) | yes |
| Scott L. Fleischer | Barclay Damon LLP | Brixmor landlords [D.I. 224] | 11:00 AM | Zoom(Video and Audio) | yes |
| Eva Gadzheva | Goldberg Kohn Ltd. | PNC Bank | 11:00 AM | Zoom(Video and Audio) | yes |

| Name | Firm | Client | Time | Mode | ? |
|---|---|---|---|---|---|
| Jen Ganzi | Dundon Advisers | Specific Creditor | 11:00 AM | Audio Only | no |
| Zachary J. Garrett | Goldberg Kohn Ltd. | PNC Bank | 11:00 AM | Zoom(Video and Audio) | yes |
| Cynthia Giobbe | Womble Bond | The Huntington National Bank | 11:00 AM | Zoom(Video and Audio) | yes |
| Ronald E. Gold | Frost Brown Todd LLP | Tempur World, LLC | 11:00 AM | Zoom(Video and Audio) | yes |
| Uday Gorrepati | | | 11:00 AM | Audio Only | no |
| Connie S. Guo | Wachtell, Lipton, Rosen & Katz | ASI Purchaser LLC | 11:00 AM | Zoom(Video and Audio) | yes |
| Taylor Harrison | | | 11:00 AM | Audio Only | no |
| Katherine Hemming | Campbell & Levine, LLC | Park Associates, LP | 11:00 AM | Zoom(Video and Audio) | yes |
| Angela K Herring | Wachtell Lipson Rosen & Katz | ASI Purchaser | 11:00 AM | Zoom(Video and Audio) | yes |
| Audrey Hornisher | Clark Hill PLC | Canton Corners and Utica Park Place | 11:00 AM | Zoom(Video and Audio) | yes |

| Name | Firm | Representing | Time | Method | Live |
|---|---|---|---|---|---|
| Justin Huppe | | | 11:00 AM | Audio Only | no |
| Jenny Kasen | Kasen Law Group, P.C. | Castera Transportation Services LLC | 11:00 AM | Zoom(Video and Audio) | yes |
| Adam R Kegley | FBT Gibbons LLP | Sir Barton Place, LLC | 11:00 AM | Zoom(Video and Audio) | yes |
| Emil A. Kleinhaus | Wachtell Lipson Rosen & Katz | ASI Purchaser | 11:00 AM | Zoom(Video and Audio) | yes |
| Joy E. Kleisinger | Frost Brown Todd LLP | jkleisinger@fbtlaw.com | 11:00 AM | Zoom(Video and Audio) | yes |
| John R. Knapp | Miller Nash LLP | PeopleReady, Inc. | 11:00 AM | Zoom(Video and Audio) | yes |
| John Henry Knight | Richards, Layton & Finger, P.A. | Second Avenue Capital Partners, LLC | 11:00 AM | Zoom(Video and Audio) | yes |
| Teresa Kohl | tkohl@ssgca.com | Debtors | 11:00 AM | Zoom(Video and Audio) | yes |
| Stephen Lam | Corre Partners | interested party | 11:00 AM | Zoom(Video and Audio) | yes |
| Joseph H Lemkin | Stark & Stark | SBV Holland | 11:00 AM | Zoom(Video and Audio) | yes |

| Name | Firm | Client | Time | Mode | (?) |
|---|---|---|---|---|---|
| Katherine Lynn | | | 11:00 AM | Zoom (Video and Audio) | yes |
| JULIE MONTGOMERY | Brown & Connery LLP | NEST International | 11:00 AM | Zoom (Video and Audio) | yes |
| Cia Mackle | Pachulski Stang Ziehl & Jones LLP | Debtors | 11:00 AM | Zoom (Video and Audio) | yes |
| Olivia Manarin | | | 11:00 AM | Zoom (Video and Audio) | yes |
| Jonathan D. Marshall | Choate, Hall & Stewart LLP | Second Avenue Capital Partners, LLC | 11:00 AM | Zoom (Video and Audio) | yes |
| Chris McAvinn | cmcavinn@thinkbrg.com | Debtors | 11:00 AM | Zoom (Video and Audio) | yes |
| Hugh McCullough | Davis Wright Tremaine LLP | Synchrony Bank | 11:00 AM | Zoom (Video and Audio) | yes |
| Olivia McKenzie | omckenzie@thecstreet.com | omckenzie@thecstreet.com | 11:00 AM | Audio Only | no |
| John D McLaughlin | Ciardi Ciardi & Astin | Furniture Care Protection, Inc. | 11:00 AM | Zoom (Video and Audio) | yes |

| Name | Firm | Client | Time | Mode | |
|---|---|---|---|---|---|
| Brian J. McLaughlin | Offit Kurman, PA | Kimco Realty Company | 11:00 AM | Zoom (Video and Audio) | yes |
| Aaron Miller | SB360 Capital Partners, LLC | SB360 Capital Partners, LLC | 11:00 AM | Zoom (Video and Audio) | yes |
| Jeffrey Miller | Kurtzman Carson Consultants, LLC dba Verita Global | n/a | 11:00 AM | Audio Only | no |
| Theresa Mistretta | Potter Anderson & Corroon | | 11:00 AM | Zoom (Video and Audio) | yes |
| Rudy Morando | rmorando@thinkbrg.com | Debtors | 11:00 AM | Zoom (Video and Audio) | yes |
| Michael Myers | Ballard Spahr | Broadstone AVF Michigan, LLC | 11:00 AM | Zoom (Video and Audio) | yes |
| Hale Neilson | King & Spalding LLP | | 11:00 AM | Audio Only | no |
| Russell Neilson | Hneilson@kslaw.com | Hneilson@kslaw.com | 11:00 AM | Audio Only | no |
| Kristhy M. Peguero | Jackson Walker LLP | Burlington | 11:00 AM | Zoom (Video and Audio) | yes |
| Christopher Perkins | cperkins@eckertseamans.com | cperkins@eckertseamans.com | 11:00 AM | Zoom (Video and Audio) | yes |

| Name | Firm | Client | Time | Mode | Live |
|---|---|---|---|---|---|
| Jared Pillard | | | 11:00 AM | Audio Only | no |
| Luke F. Porcari | Wachtell, Lipton, Rosen & Katz | ASI Purchaser LLC | 11:00 AM | Zoom(Video and Audio) | yes |
| Sarah Primrose | King & Spalding LLP | | 11:00 AM | Audio Only | no |
| Robert Raskin | SB360 Capital Partners, LLC | SB360 Capital Partners, LLC | 11:00 AM | Zoom(Video and Audio) | yes |
| Jeffrey Rhodes | Tayman Lane Chaverri LLP | Kin Properties Inc. | 11:00 AM | Zoom(Video and Audio) | yes |
| Maura I Russell | Ellenoff Grossman & Schole LLP | SB360 Capital Partners, LLC | 11:00 AM | Zoom(Video and Audio) | yes |
| Terrence Sands | PNC Bank, National Association | | 11:00 AM | Zoom(Video and Audio) | yes |
| Maria Aprile Sawczuk | Goldstein & McClintock LLLP | MLRP ARMY TRAIL TRADE CENTER LLC | 11:00 AM | Zoom(Video and Audio) | yes |
| Vince Schaper | | | 11:00 AM | Audio Only | no |
| Erin Powers Severini | Frost Brown Todd LLC | WPG Legacy, LLC | 11:00 AM | Zoom(Video and Audio) | yes |

| Name | Firm | Representing | Time | Mode | Live |
|---|---|---|---|---|---|
| Adam Sherk | PNC Bank, National Association | | 11:00 AM | Zoom (Video and Audio) | yes |
| Artem Skorostensky | | | 11:00 AM | Zoom (Video and Audio) | yes |
| Neil M. Snyder | Wachtell, Lipton, Rosen & Katz | ASI Purchaser LLC | 11:00 AM | Zoom (Video and Audio) | yes |
| Daniel Sobel | | | 11:00 AM | Zoom (Video and Audio) | yes |
| Michael Solimani | Cole Schotz P.C. | UCC | 11:00 AM | Zoom (Video and Audio) | yes |
| Nick Steffen | Province Firm | UCC | 11:00 AM | Audio Only | yes |
| Alexander R. Steiger | Richards, Layton & Finger, P.A. | Second Avenue Capital Partners, LLC | 11:00 AM | Zoom (Video and Audio) | yes |
| Vince Sullivan | Law360 | vince.sullivan@law360.com | 11:00 AM | Audio Only | no |
| Stanley B. Tarr | Blank Rome LLP | PNC Bank, National Association | 11:00 AM | Zoom (Video and Audio) | yes |
| Lawrence Raymond Thomas | Blank Rome LLP | PNC Bank, National Association | 11:00 AM | Zoom (Video and Audio) | yes |

| Name | Firm | Client | Time | Method | Live |
|------|------|--------|------|--------|------|
| Lucy L. Thomson | Livingston PLLC | Consumer Privacy Ombudsman | 11:00 AM | Zoom (Video and Audio) | yes |
| Justin M. Tuskan | Metz Lewis Brodman Must O'Keefe | Park Associates LP | 11:00 AM | Zoom (Video and Audio) | yes |
| John F. Ventola | Choate, Hall & Stewart LLP | Second Avenue Capital Partners, LLC | 11:00 AM | Zoom (Video and Audio) | yes |
| J. Scott Victor | jsvictor@ssgca.com | Debtors | 11:00 AM | Zoom (Video and Audio) | yes |
| Adsaran Vithiyananthan | | | 11:00 AM | Zoom (Video and Audio) | yes |
| Katherine P. Waldock | Wachtell, Lipton, Rosen & Katz | ASI Purchaser LLC | 11:00 AM | Zoom (Video and Audio) | yes |
| Craig Warznak | cwarznak@ssgca.com | 25-12105 | 11:00 AM | Zoom (Video and Audio) | yes |
| Erin L. Williamson | Ballard Spahr LLP | Various Landlords | 11:00 AM | Zoom (Video and Audio) | yes |
| Alex Wittenberg | | | 11:00 AM | Audio Only | no |
| Amy R. Wolf | Wachtell, Lipton, Rosen & Katz | ASI Purchaser LLC | 11:00 AM | Zoom (Video) | yes |

| Name | Firm | Representing | Time | Mode | ? |
|---|---|---|---|---|---|
| | | | | and Audio) | |
| Andy Wong | OUNOYA | OUNOYA | 11:00 AM | Zoom(Video and Audio) | yes |
| Karina Yee | Pachulski Stang Ziehl & Jones LLP | Debtors | 11:00 AM | Zoom(Video and Audio) | yes |
| Adam Zalev | | | 11:00 AM | Zoom(Video and Audio) | yes |
| David Zubkis | | | 11:00 AM | Audio Only | no |