**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| AMERICAN SIGNATURE, INC., *et al.*,[1] | ) |
|  | ) Case No. 25-12105 (JKS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On or before February 9, 2026, at my direction and under my supervision, employees of Verita caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Sale, Bid Procedures, Auction, and Sale Hearing** [Docket No. 260]

Dated: February 18, 2026

> */s/ Heather Fellows*
> Heather Fellows
> Verita
> 222 N Pacific Coast Highway, 3rd Floor
> El Segundo, CA 90245
> Tel 310.823.9000

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43219.

# Exhibit A

**Exhibit A**
**Supplemental Creditor Matrix**
**Served via First Class Mail**

| CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|
| Angelo Toney | Address on File | | | |
| Ashley Peterson | Address on File | | | |
| Dylan Byrt | Address on File | | | |
| Erika Teague | Address on File | | | |
| Joanne Heine | Address on File | | | |
| Kurt Fursback-Thurnherr | Address on File | | | |
| Melissa Sunder | Address on File | | | |