## SIGN-IN SHEET

| CASE NAME   American Signature | COURTROOM #6 |
|---|---|
| CASE NUMBER:  25-12105 JKS | DATE:  3/16/2026 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Maeghan McLoughlin | Kelley Drye + Warren LLP | Creditors' Committee |
| Carol Thompson | Cole Schotz PC | Creditors' Committee |
| Derek Abbott | Morris Nichols | ASI Buyer |
| Laura Davis Jones | PSZJ | Debtors |
| Tim Cairns | " | " |
| Linda Casey | UST | UST |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## 2:00 PM

### 25-12105-JKS American Signature, Inc.

| Party | Firm | Representing | Time | Via | Participant |
|---|---|---|---|---|---|
| Julie Aberasturi | Cole Schotz P.C. | UCC | 2:00 PM | Zoom(Video and Audio) | yes |
| Jason Adams | Kelley Drye & Warren LLP | UCC | 2:00 PM | Zoom(Video and Audio) | yes |
| Rick Archer | Law360 | | 2:00 PM | Audio Only | no |
| Victoria N Argeroplos | Jackson Walker | Burlington | 2:00 PM | Zoom(Video and Audio) | yes |
| Joseph Barbarito | | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| David Bertenthal | Pachulski Stang Ziehl & Jones LLP | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| Zev Bomrind | Pachulski Stang Ziehl & Jones LLP | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| Timothy Cairns | Pachulski Stang Ziehl & Jones LLP | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| Michael Canale | | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| Connie Choe | Kelley Drye & Warren LLP | UCC | 2:00 PM | Zoom(Video and Audio) | yes |
| Edward A. Corma | Pachulski Stang Ziehl & Jones | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Laura Davis Jones | Pachulski Stang Ziehl & Jones LLP | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| Jeffrey Kaplan | | | 2:00 PM | Zoom(Video and Audio) | yes |
| Teresa Kohl | | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| Maxim Litvak | Pachulski Stang Ziehl & Jones LLP | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| Cia Mackle | Pachulski Stang Ziehl & Jones LLP | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| Chris McAvinn | | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| Maeghan J. McLoughlin | Kelley Drye & Warren LLP | Committee | 2:00 PM | Zoom(Video and Audio) | yes |
| Theresa Mistretta | Potter Anderson & Corroon | | 2:00 PM | Zoom(Video and Audio) | yes |
| Kristhy M. Peguero | Jackson Walker LLP | Burlington | 2:00 PM | Zoom(Video and Audio) | yes |
| Jeffrey Rhodes | Tayman Lane Chaverri LLP | Kin Properties Inc. | 2:00 PM | Zoom(Video and Audio) | yes |
| Monica Sanchez | Kelley Drye & Warren LLP | UCC | 2:00 PM | Zoom(Video and Audio) | yes |
| Erin Powers Severini | Frost Brown Todd LLC | WPG Legacy, LLC | 2:00 PM | Zoom(Video and Audio) | yes |