**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMERICAN SIGNATURE, INC., *et al.*,<br><br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 25-12105 (JKS)<br>) Jointly Administered<br>)<br>) **Objections Due: April 9, 2026 at 4:00 p.m. (ET)**<br>)<br>) **Hearing Date: April 16, 2026 at 10:00 a.m. (ET)**<br>) |

**NOTICE OF MOTION OF TERESA SMITH FOR RELIEF FROM THE AUTOMATIC**
**STAY PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that on March 30, 2026, Teresa Smith ("Movant") filed the attached *Motion of Teresa Smith for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (this "Court").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be filed in writing on or before **April 9, 2026, at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must serve a copy of any objection upon Movant's undersigned counsel so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Motion will be held on **April 16, 2026 at 10:00 a.m. (ET)** (the "Hearing Date") before the Honorable J. Kate Stickles in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 in the event that an objection is filed. The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to the relevant facts.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OF A HEARING.**

Dated: March 30, 2026

**CONNOLLY GALLAGHER LLP**

*/s/ Karen C. Bifferato*

Karen C. Bifferato (#3279)
1201 North Market Street, 20th Floor
Wilmington, DE 19801
Telephone:  (302) 888-6221
Facsimile:  (302) 757-7299
kbifferato@connollygallagher.com

-and-

**CARMODY MACDONALD P.C**
Robert E. Eggmann (IL Bar #6203021)
120 S. Central Avenue, Suite 1800
St. Louis, Missouri 63105
(314) 854-8600 // (314) 854-8660 – FAX
ree@carmodymacdonald.com

*Co-Counsel to Movant Teresa Smith*