**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN SIGNATURE, INC., *et al.*, | ) Case No. 25-12105 (JKS) |
| | ) Jointly Administered |
| | ) |
| | ) |
| Debtors. | ) **Related to Docket No. ____** |
| | ) |

**ORDER GRANTING MOTION OF TERESA SMITH
FOR RELIEF FROM THE AUTOMATICE STAY
PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY CODE**

Upon consideration of the Motion of Teresa Smith ("Movant") for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code (the "Motion"), it is hereby **ORDERED** that:

1.      The Motion is GRANTED.

2.      Movant is granted relief from the automatic stay for cause shown and is permitted to prosecute the State Court Action against the Debtors, including any subsequent appeals, and may enforce any judgment, including any alternative dispute resolution award or settlement obtained in the State Court Action, solely against the Debtors' applicable insurance policies.

3.      The relief granted in this Order shall become enforceable immediately upon entry by the Court and is not subject to the fourteen-day stay period provided in Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

4.      This Court shall retain jurisdiction to resolve any disputes or controversies arising from or related to this Order.