**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN SIGNATURE, INC., *et al.*, [1] | Case No. 25-12105 (JKS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF MOTION OF 3080 & 3232 ALUM CREEK DRIVE LLC FOR ENTRY OF
AN ORDER COMPELLING THE DEBTORS' IMMEDIATE PAYMENT
OF POST-PETITION LEASE OBLIGATIONS**

**PLEASE TAKE NOTICE** that, on April 2, 2026, 3080 & 3232 Alum Creek Drive LLC (the "Landlord") filed the *Motion of 3080 & 3232 Alum Creek Drive LLC for Entry of an Order Compelling the Debtors' Immediate Payment of Post-Petition Lease Obligations* (the "Motion")[2] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "**Bankruptcy Court**"), which seeks entry of an order compelling Debtors to pay post-petition rent obligations due and payable under the Lease in accordance with 11 U.S.C. § 365(d)(3) within two business days of the entry of such order.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the Motion must be filed on or before **April 9, 2026, at 4:00 p.m. (prevailing Eastern Time)** with the Bankruptcy Court. At the same time, you must also serve a copy of any response or objection upon the undersigned counsel.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning given to them in the Motion.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion, if necessary, shall be held before the Honorable J. Kate Stickles on **April 16, 2026, at 10:00 a.m. (prevailing Eastern Time)** at the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom # 6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF NO RESPONSES OR OBJECTIONS ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THE ABOVE, AN ORDER MAY BE ENTERED GRANTING THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: April 2, 2026

Respectfully submitted,

*/s/ Laurel D. Roglen*
Laurel D. Roglen (DE No. 5759)
Erin L. Williamson (DE No. 7286)
BALLARD SPAHR LLP
222 Delaware Ave, 10th Floor
Wilmington, DE  19801
Telephone: (302) 252-4446
Facsimile: (302) 252-4466
E-mail:  roglenl@ballardspahr.com
         williamsone@ballardspahr.com

-and-

Elizabeth Rose
Caiola & Rose, LLC
125 Clairemont Ave.
Suite 240
Decatur, GA 30030

*Attorneys for 3080 & 3232 Alum Creek Drive LLC*