# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN SIGNATURE, INC., *et al.*, [1] | Case No. 25-12105 (JKS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. ___ |

**ORDER GRANTING MOTION OF 3080 & 3232 ALUM CREEK DRIVE LLC AND
COMPELLING THE DEBTORS' IMMEDIATE PAYMENT OF
POST-PETITION LEASE OBLIGATIONS**

Upon consideration of the *Motion of 3080 & 3232 Alum Creek Drive LLC for Entry of an Order Compelling the Debtors' Immediate Payment of Post-Petition Lease Obligations* (the "Motion")[2] for entry of an order (the "Order") seeking allowance of an administrative expense claim in connection with certain unpaid post-petition Lease obligations and compelling the Debtors' timely payment thereof pursuant to sections 365(d)(3) and 503(b)(1) of the Bankruptcy Code; and the Court having jurisdiction over this matter under 11 U.S.C. § 1334 and this being a core proceeding under 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at any hearing before this Court (a "Hearing"); and this Court having determined that the legal and

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

[2] Capitalized terms used but not defined herein shall have the meaning given to them in the Motion.

factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1.      The Motion is GRANTED.

2.      3080 & 3232 Alum Creek Drive LLC (the "Landlord") is entitled to timely payment of all obligations that are currently due or may become due under the terms of the unexpired Lease of the Property between Landlord and the Debtors under section 365(d)(3) of the Bankruptcy Code.

3.      Landlord holds an allowed administrative expense claim under sections 365(d)(3) and 503(b)(1)(A) of the Bankruptcy Code in an amount not less than $238,526.41 by virtue of the Lease obligations, comprised of the Tax Obligation and Post-Petition Insurance, and inclusive of allowed attorneys' fees (together with the Outstanding Post-Petition Obligations, the "Allowed Administrative Expense Claim").

4.      The Debtors shall pay the Allowed Administrative Expense Claim in full within two business days of the entry of this Order.

5.      This Order shall be binding upon (i) any liquidating trustee, plan administrator, distribution agent, and/or any other person appointed pursuant to any chapter 11 plan confirmed in this chapter 11 case; and/or (ii) any chapter 7 trustee appointed or elected in this bankruptcy case.

6.      The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.