# EXHIBIT B

RECEIVED
By RC14648 at 8:55 pm, Jan 20, 2026

**CHERYL BROOKS SULLIVAN**
Franklin County Treasurer
373 South High Street, 17th Floor
Columbus, OH 43215-6306

http://treasurer.franklincountyohio.gov

**Franklin County, Ohio**
**Real Estate Taxes for 1st Half 2025**
**Due Date 3/2/2026**

Office Hours: 8:00 am - 5:00 pm
Monday through Friday
Phone: 614-525-3438

530-156597-00

3080 & 3232 ALUM CREEK DRIVE LLC
4300 E 5TH AVE
COLUMBUS, OH 43219-1816

### Important Information

\*\*\* Return the bottom portion of the bill for every parcel being paid

\*\*\* To avoid penalties and interest, payments must be postmarked on or before March 2, 2026

\*\*\* You may pay online at treasurer.franklincountyohio.gov

12/30/2025

| Parcel Number | Owner Name/Legal Description | Assessed Value (35% of Market) | | Tax Rate |
|---|---|---|---|---|
| **530-156597-00** | 3080 & 3232 ALUM CREEK DRIVE LLC 530-O041C-00100 WATKINS RD SW QR R21 T11 S6 50.175 ACRES | LAND BUILDING TOTAL | 811020 6131970 6942990 | 90.700000 |
| **Tax District Name** | | | | **Reduction Factor** 0.348596 |
| COLUMBUS-GROVEPORT MADISO | | | | **Effective Tax Rate** **59.082356** |

### Tax Distribution

| | | | |
|---|---|---|---|
| Alcohol, Drug & Mental Health | 15,046.65 | Library | 23,323.25 |
| Children's Services | 29,432.99 | Metro Parks | 5,161.00 |
| City/Village | 21,800.99 | School District | 241,121.70 |
| Columbus State | 2,221.76 | Senior Options | 8,843.51 |
| FCBDD | 35,374.08 | Vocational School | 13,885.98 |
| General Fund | 10,206.20 | Zoo | 3,790.08 |

### Other Information

### Tax Calculation

| | |
|---|---|
| Gross Real Estate Taxes for 2025 | 629,729.20 |
| Tax Reduction | (219,521.00) |
| Subtotal-Adjusted Tax | 410,208.20 |
| Non-Business Credit | 0.00 |
| Owner Occupancy Credit | 0.00 |
| Homestead | 0.00 |
| Credit for Qualified Child Care Center | 0.00 |
| Net Annual Real Estate Tax for 2025 | 410,208.20 |
| Half Current Taxes - 1st Half | 205,104.10 |
| Unpaid Current Tax - 1st Half | 0.00 |
| Omitted Tax - 1st Half | 0.00 |
| Delinquent Taxes | 0.00 |
| Penalty | 0.00 |
| Interest | 0.00 |
| Special Assessments(s) - 1st Half | 0.00 |
| **Payments** | **0.00** |
| **Net Half Year Taxes Due** | **205,104.10** |
| **Net Full Year Taxes Due** | **410,208.20** |

Retain this portion for your records
Detach here and return with your payment

**CHERYL BROOKS SULLIVAN**
Franklin County Treasurer
373 South High Street, 17th Floor
Columbus, OH 43215-6306

http://treasurer.franklincountyohio.gov

3080 & 3232 ALUM CREEK DRIVE LLC

Check here if a change of address is indicated on back of form

**Real Estate Taxes for 1st Half 2025**
**Due Date 3/2/2026**

Parcel No. 530-156597-00        Stub No. 4728428

**Pay Either:**        **$205,104.10**        **$410,208.20**

Please make your check payable to
**Cheryl Brooks Sullivan, Franklin County Treasurer**

12/30/2025

CHERYL BROOKS SULLIVAN
FRANKLIN COUNTY TREASURER
373 S. HIGH ST FLOOR 17A
COLUMBUS, OH  43215-6306

**Amount Paid  $**

**To ensure the proper crediting of your payment,**
**please return this bill stub with your check.**



1015659700530472842802051041004102082O8

RECEIVED
By RC14648 at 8:55 pm, Jan 20, 2026

**Section 323.131 Ohio Revised Code**

**(1) NOTICE:** If the taxes are not paid within 60 days from the date they are certified delinquent, the property is subject to foreclosure for tax delinquency.

**(2) NOTICE:** If the taxes charged against this parcel have been reduced by the Owner Occupancy Credit for residences occupied by the owner but the property is not a residence occupied by the owner, the owner must notify the county auditor's office not later than March 31st of the year following the year for which the taxes are due. Failure to do so may result in the owner being convicted of a fourth degree misdemeanor, which is punishable by imprisonment up to 30 days, a fine up to $250, or both, and in the owner having to repay the amount by which the taxes were erroneously or illegally reduced, plus any interest that may apply. If the taxes charged against this parcel have not been reduced by the Owner Occupancy Credit and the parcel includes a residence occupied by the owner, the parcel may qualify for the tax reduction. To obtain an application for the tax reduction or further information, the owner may contact the county auditor's office at 373 South High Street, 21st Floor, Columbus, Ohio 43215, or by phone at 614-525-4663.

**(3) NOTICE:** If the real property for which this bill is issued is used as residential rental property and an owner's current contact information has not been filed with the county auditor, the required information must be filed with the auditor within sixty days of receipt of this bill. Failure to file for information or to update incorrect information in a timely manner may result in the assessment of a penalty of up to $150 following each tax bill for which information is not filed. See Ohio Revised Code sections 5323.01, 5323.02 and 5323.99 or contact the county auditor's office at 373 South High Street, 19th Floor, Columbus, Ohio 43215, or by phone at 614-525-4663.

**Interest** is charged against delinquent real estate taxes twice each year as follows:
1. On the first day of the month following the close of the 2nd half collection, interest is charged against all prior year delinquent taxes. Current taxes billed during the present calendar year are excluded from this interest calculation.
2. On December 1st of each year, interest is charged against all delinquent taxes unpaid as of December 1st.

**Penalty:** A late payment penalty of 5% is assessed against the current taxes when full payment is made within 10 days after the tax collection due date, 10% thereafter. (A private meter postmark on the envelope is not a valid postmark for establishing the payment date.)

## Other Information

**HomeStead Exemption:** To qualify for the Homestead Exemption you must show proof of household income of less than $30,500 in addition to being 65 or older or permanently disabled. Effective January 2017, household required income will be increased to $31,500. Call the county auditor's office at 614-525-3240 for more detailed information.

**Active Service Extension Act:** may provide eligible active duty military personnel to take more time to pay their real estate taxes without penalty or interest. For information on this program, contact the treasurer's office at 614-525-3431.

**Pay Taxes Online: http://treasurer.franklincountyohio.gov**
We offer the ability to pay your taxes by electronic check with no additional service charges. If you pay by credit card, you will be assessed a 2.35% convenience fee by the credit card processor.

Real Estate Information ..............................................614-525-3438
Homestead Exemption ..............................................614-525-3240
Property Valuation ....................................................614-525-4663
Special Assessments.................................................614-525-3205

If you enclose with your payment a stamped, self-addressed envelope with sufficient postage, the Treasurer will return a receipt for the tax payment. Otherwise, your cancelled check is your receipt.

Ohio Revised Code section 323.13 requires that any mailing address change for property tax bills be made in writing to the county treasurer. If you wish to change the mailing address of your tax bill, please complete the form below and return it with your payment, in the enclosed envelope.

_____

Parcel Number

**Address Change: (Please print using blue or black ink.)**

Mailing Addressee: _____

New Mailing Address: _____

City/State/Zip: _____

Owner's Signature: _____  Date: _____

Email Address: _____