# EXHIBIT C

Amount:        $205,104.10          Sequence Number:  8192116660

Account:       488061547658         Capture Date:     03/26/2026

Bank Number: 111000025              Check Number:     1714

THIS DOCUMENT CONTAINS A BLUE TO GREEN BACKGROUND ON THE FACE - SEE REVERSE SIDE FOR OTHER SECURITY FEATURES

**Ryan LLC, Paying for Brookfield Property Group**
Attn: Bill Pay
P.O. Box 4900
Scottsdale, Arizona 85261
602-955-1792

Bank of America
Dallas, TX

32-2/1110 TX

**0001714**

**02/23/2026**

PAY    TWO HUNDRED FIVE THOUSAND ONE HUNDRED FOUR AND 10/100

**$205,104.10**

PAY TO THE ORDER OF

Franklin County Treasurer
373 S High St 17th Fl
Columbus, OH 43215

SUBJECT TO VOID AFTER 60 DAYS

*George B Ryan*

SIGNATURE HAS A COLORED BACKGROUND • BORDER CONTAINS MICROPRINTING

⑈0001714⑈ ⑆111000025⑆ 488061547658⑈

03/26/26 00460040005 0460002837 300 0024 71 0000
For Deposit Only Franklin County Treasurer
Columbus, OH
>044115126<

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 03/26/2026 | 008192116660 | 111012822 | Pay Bank | N | | Bank of America, NA |
| 03/26/2026 | 194022058 | 44115126 | Rtn Loc/BOFD | Y | | The Huntington Natio |