# EXHIBIT D

Slate Management on behalf of AON
Brookfield Place,
250 Vesey Street, 15th Floor
New York, NY 10281-1023
USA

Attention to:

Jay Lee

Bill to:

LOG - BV1 Logistics Holdings LLC

250 Vesey St
NEW YORK, NY 10281
USA

# Invoice

| | |
|---|---|
| Invoice number | CT02-NI006187 |
| Invoice date | 1/22/2026 |
| Customer reference | |
| Billing period | 2025 |
| Payment | Cash on Demand |
| Customer account | INS-126 |
| Coverage type | New |
| Coverage description | Property All Risk Insurance |
| Effective date (Start) | 6/30/2025 |
| Effective date (End) | 3/31/2026 |

| Details | Description | Amount | Currency |
|---|---|---|---|
| Insurance | 3080 Alum Creek Dr | $24,874.86 | USD |
| Insurance | 3232 Alum Creek Dr | $24,874.86 | USD |
| **INVOICE TOTAL** | | **$49,749.72** | **USD** |

**Please wire in US dollars to:**
**Beneficiary Name: Brookfield Properties (USA) LLC**
**Beneficiary Bank: JPMORGAN CHASE BANK, N.A**
**ABA: 021000021**
**Account number: 953367262**