# EXHIBIT E



# Payments Detail Report

** All values are subject to verification and adjustments. **

---

## BROOKFIELD PROPERTIES (USA) LLC  24,874.86

---

## Payment Information

| Account Number | Dr/Cr | Payment Amount | Value Date | Transaction Reference | Sender Id |
|---|---|---|---|---|---|
| ██████████ | **DR** | **USD/24,874.86** | **01/29/2026** | **7018179028FS** | **SWIFT** |

| Account Name | Status | Instructed Amount | Initiation Date | Tracking Reference | FX Contract ID |
|---|---|---|---|---|---|
| **3080 3232 ALUM CREEK DR LLC 3232 OPER** | **Completed** | | **01/29/2026** | **ebbfabc5-5745-4e69-99de-80b7af2adf20** | |

| Bank Name | Payment Method | Debit Amount | Debit Date | Sender's Reference | Clearing System |
|---|---|---|---|---|---|
| **JPMORGAN CHASE BANK, N.A.** | **Book Transfer** | **USD/24,874.86** | **01/29/2026** | **AC1863307-7850** | |

| Location/Branch | Transaction Description | Credit Amount | | Settlement Reference | |
|---|---|---|---|---|---|
| **JPMORGAN CHASE BANK, N.A. - NEW YORK** | **Book Transfer (SWIFT)** | **USD/24,874.86** | | **7018179028FS** | |

| Bank Name/ID | Initiated Source | FX Rate | | | |
|---|---|---|---|---|---|
| **021000021** | **SWIFT** | **--** | | | |



# Payments Detail Report

** All values are subject to verification and adjustments. **

## Routing Information

| Beneficiary | | Beneficiary Bank | | Ordering Customer | | Ordering Bank | | By Order Of | |
|---|---|---|---|---|---|---|---|---|---|
| ID Type | Address | ID Type | Address | ID Type | Address | ID Type | Address | ID Type | Address |
| PRPY | 250 VESEY STREET 15TH FLOOR NEW YORK NY 10281-1023 US | ABA | -- | PRPY | BROOKFIELD PROPERTIES 250 VESEY STREET 15TH FLOOR NEW YORK NY 10281-1023 US | SWF | 181 BAY STREET SUITE 300 TORONTO CANADA CA | -- | -- |
| ID | Country | ID | Country | ID | Country | ID | Country | ID | Country |
| 953367262 | -- | 021000021 | -- | 968809126 | -- | BAMZCATT | -- | -- | -- |
| Name | | Name | | Name | | Name | | Name | |
| BROOKFIELD PROPERTIES (USA) LLC | | -- | | 3080 & 3232 ALUM CREEK DRIVE LLC | | BROOKFIELD ASSET MANAGEMENT | | -- | |



## Payments Detail Report

**  All values are subject to verification and adjustments. **

## Tracking Information

| Payment Amount | Beneficiary Amount | Tracking Status |
| --- | --- | --- |
| 24,874.86 | 24,874.86 | Credited to beneficiary |

## Status Details

| Bank Name/ID | Date/Time | Fee | Fx Rates |
| --- | --- | --- | --- |
| **JPMORGAN CHASE BANK, N.A.** | **2026-01-29T07:47:46** | **----** | **----** |

## Reference Information

| **Payment Details** | **Bank to Bank** | **Sender to Receiver Instructions** | **Regulatory Reporting** |
| --- | --- | --- | --- |
| Payment Details | Charges | Instructions | Regulatory Reporting |
| **INV CT02-NI006187 - 3232 ALUM CREEK DR INSURANCE - FIN0005014** | **0**<br>**USD**<br>**OUR**<br>**Bene Deduct Charge** | -- | -- |
| Credit Reference | | | |
| AC1863307-7850 | | | |
| **Debit Reference** | | | |
| **AC1863307-7850** | | | |

## Notes



## Payments Detail Report

** All values are subject to verification and adjustments. **

Notes

--



# Payments Detail Report

** All values are subject to verification and adjustments. **

## BROOKFIELD PROPERTIES (USA) LLC  24,874.86

## Payment Information

| Account Number | Dr/Cr | Payment Amount | Value Date | Transaction Reference | Sender Id |
|---|---|---|---|---|---|
| ███████ | **DR** | **USD/24,874.86** | **01/29/2026** | **3825647028FS** | **SWIFT** |
| Account Name | Status | Instructed Amount | Initiation Date | Tracking Reference | FX Contract ID |
| **3080 3232 ALUM CREEK DRIVE LLC - 3080 Op** | **Completed** | | **01/29/2026** | **e578b365-211f-4920-8d7a-4fe5613d2e4e** | |
| Bank Name | Payment Method | Debit Amount | Debit Date | Sender's Reference | Clearing System |
| **JPMORGAN CHASE BANK, N.A.** | **Book Transfer** | **USD/24,874.86** | **01/29/2026** | **AC1863306-7849** | |
| Location/Branch | Transaction Description | Credit Amount | | Settlement Reference | |
| **JPMORGAN CHASE BANK, N.A. - NEW YORK** | **Book Transfer (SWIFT)** | **USD/24,874.86** | | **3825647028FS** | |
| Bank Name/ID | Initiated Source | FX Rate | | | |
| **021000021** | **SWIFT** | **--** | | | |



# Payments Detail Report

** All values are subject to verification and adjustments. **

## Routing Information

| Beneficiary | | Beneficiary Bank | | Ordering Customer | | Ordering Bank | | By Order Of | |
|---|---|---|---|---|---|---|---|---|---|
| **ID Type** | Address | **ID Type** | Address | **ID Type** | Address | **ID Type** | Address | **ID Type** | Address |
| **PRPY** | **250 VESEY STREET 15TH FLOOR NEW YORK NY 10281-1023 US** | **ABA** | **--** | **PRPY** | **BROOKFIELD PROPERTIES 250 VESEY STREET 15TH FLOOR NEW YORK NY 10281-1023 US** | **SWF** | **181 BAY STREET SUITE 300 TORONTO CANADA CA** | **--** | **--** |
| ID | Country | ID | Country | ID | Country | ID | Country | ID | Country |
| **953367262** | **--** | **021000021** | **--** | **737717713** | **--** | **BAMZCATT** | **--** | **--** | **--** |
| Name | | Name | | Name | | Name | | Name | |
| **BROOKFIELD PROPERTIES (USA) LLC** | | **--** | | **3080 & 3232 ALUM CREEK DRIVE LLC** | | **BROOKFIELD ASSET MANAGEMENT** | | **--** | |



## Payments Detail Report

** All values are subject to verification and adjustments. **

## Tracking Information

| Payment Amount | Beneficiary Amount | Tracking Status |
|---|---|---|
| 24,874.86 | 24,874.86 | Credited to beneficiary |

## Status Details

| Bank Name/ID | Date/Time | Fee | Fx Rates |
|---|---|---|---|
| **JPMORGAN CHASE BANK, N.A.** | **2026-01-29T07:46:33** | **----** | **----** |

## Reference Information

| **Payment Details** | **Bank to Bank** | **Sender to Receiver Instructions** | **Regulatory Reporting** |
|---|---|---|---|
| Payment Details | Charges | Instructions | Regulatory Reporting |
| **INV CT02-NI006187 - 3080 ALUM CREEK DR INSURANCE - FIN0005014** | **0**<br>**USD**<br>**OUR**<br>**Bene Deduct Charge** | -- | -- |
| Credit Reference | | | |
| AC1863306-7849 | | | |
| **Debit Reference** | | | |
| **AC1863306-7849** | | | |

## Notes



## Payments Detail Report

** All values are subject to verification and adjustments. **

Notes

--