**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMERICAN SIGNATURE, INC., et al., [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-12105 (JKS)<br>(Jointly Administered)<br><br>**Objection Deadline: April 9, 2026 at 4:00 p.m. (ET)**<br>**Hearing Date: April 16, 2026 at 10:00 a.m. (ET)** |

**MOTION OF CHIPPEWA CENTER, LLC FOR IMMEDIATE PAYMENT OF**
**POST-PETITION AMOUNTS PURSUANT TO 11 U.S.C. § 365(D)(3)**

Chippewa Center, LLC ("Chippewa"), through undersigned counsel, submits this motion (the "Motion") for entry of an order pursuant to section 365(d)(3) of title 11 of the United States Code (the "Bankruptcy Code") directing Debtor American Signature, Inc. ("Debtor") to immediately pay Chippewa $163,565.43, plus interest, and in support hereof respectfully states as follows:

**Jurisdiction and Venue**

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. Pursuant to Rule 9013-1(f) of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Chippewa confirms its consent to the entry of a final order in connection with this Motion.

2. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

3.      The statutory predicate for the relief sought herein is section 365(d)(3) of the Bankruptcy Code.

**Background**

*A.      The Lease*

4.       Chippewa, as successor-in-interest to the original landlord, South Count Venture, L.P., and Debtor, as successor-in-interest to the original tenant, Gramex Corporation, are parties to a Lease (as amended from time to time, the "Lease")[2] for approximately 70,920 gross square feet of real property located generally at 7077 Chippewa, St. Louis, Missouri 63119 (the "Premises").

5.      Section 7.4 of the Lease requires the Debtor to pay, as additional rent under the Lease, Debtor's proportionate share of insurance covering the Premises (the "Insurance Charges"). Lease at § 7.4.

6.      Section 7.4 of the Lease specifies that the Insurance Charges must be paid to Chippewa within (10) days of the Debtor receiving a summary of the Insurance Charges due. *Id*.

7.      Section 14.4(a) of the Lease requires the Debtor to pay, as additional rent under the Lease, Debtor's proportionate share of Chippewa's "Operating Costs," meaning the costs and expenses incurred in operating, maintaining, repairing, replacing, restoring, or reconstructing the "Common Areas" (the "CAM Charges"). Lease, at § 14.4(a).

8.      Section 14.4(b) of the Lease requires payment of the CAM Charges "promptly upon receipt of quarterly bills therefor." Lease at § 14.4(b).

9.      Section 15.1 of the Lease requires the Debtor to pay, as additional rent under the Lease, Debtor's proportionate share of all real estate and ad valorem taxes levied or assessed for

---

[2] Debtor has a copy of the Lease, and a copy is available upon request.

each calendar year and related to the Premises (the "Tax Charges"). Lease, at § 15.1.  The Lease specifies that the Tax Charges must be paid within ten (10) days of the Debtor being billed for them. *Id*.

B.       *The Bankruptcy Cases*

10.      On November 22, 2025 (the "Petition Date"), Debtor and certain of its affiliates (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

11.      On December 8, 2025, the Court entered its *Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property* [D.I. 159].

12.      On December 31, 2025, the Court entered its *Order Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases* [D.I. 277].

13.      On December 31, 2025, Debtors filed their *First Notice of Rejection of Certain Executory Contracts and Unexpired Leases* [D.I. 287] (the "Rejection Notice"), which provided that the Lease would be rejected as of December 31, 2025.

14.      Chippewa did not object to the Rejection Notice and on January 23, 2026, this Court entered its *First Order (I) Authorizing Debtors to (A) Reject Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property and (B) Abandon Property in Connection Therewith and (II) Granting Related Relief* [D.I. 415] (the "Rejection Order").

15.      Pursuant to the Rejection Order, the Lease was rejected as of December 31, 2025.

C.       *The Additional Rent*

16.      On December 22, 2025, prior to rejection of the Lease, Chippewa provided its summary of CAM Charges for the 4th Quarter of 2025 ($50,511.74), Insurance Charges for the

2025 Year ($23,964.27), and Tax Charges for the 2025 Year ($89,089.43) (the "Additional Rent Summary") to Debtor.  A true and accurate copy of the Additional Rent Summary is attached hereto as **Exhibit A** and incorporated herein by reference.

17.     As set forth in the Additional Rent Summary, the total amount of additional rent due from Debtor to Chippewa for the 4th Quarter of 2025 is $163,565.43 (the "Additional Rent"). The invoices underlying the Additional Rent calculation are attached hereto as **Exhibit B** and incorporated herein by reference.

18.     On February 8, 2026, counsel for Chippewa initially contacted counsel for Debtor requesting that Debtor pay the Additional Rent.

19.     To date, Debtor has failed and refused to pay the Additional Rent.

### Relief Requested

20.     By this Motion, Chippewa requests entry of an order directing Debtor to immediately pay Chippewa the Additional Rent pursuant to 11 U.S.C. § 365(d)(3).

### Basis for Relief Requested

21.     The Debtors are required by section 365(d)(3) to "timely perform all the obligations of the debtor . . . arising from and after the order for relief under any unexpired lease of nonresidential real property, until such lease is assumed or rejected."  11 U.S.C. § 365(d)(3); *see also In re Montgomery Ward Holding Corp.*, 268 F.3d 205, 211 (3d Cir. 2001).

22.     Pursuant to the terms of the Lease, Debtor agreed to pay the Additional Rent.

23.     The obligation to pay the Additional Rent arose on December 22, 2025 when the Debtor was "legally required to perform under the terms of the lease." *Centerpoint*, 268 F.3d at 209; *see also In re Montgomery Ward, LLC*, 302 B.R. 487, 481 (D. Del. 2003) (the terms of the lease control when obligation to pay is incurred under section 365(d)(3)).

24.     The Additional Rent comprises post-petition, pre-rejection obligations that must be paid to Chippewa in full under section 365(d)(3) of the Bankruptcy Code.

WHEREFORE, Chippewa Center, LLC respectfully requests entry of an order (i) directing Debtor to immediately pay Chippewa the Additional Rent and (ii) grant such other and further relief as may be just and proper.

Dated: April 2, 2026                    Respectfully submitted,

                                        /s/ Laurel D. Roglen
                                        Laurel D. Roglen (DE No. 5759)
                                        BALLARD SPAHR LLP
                                        222 Delaware Ave, 10th Floor
                                        Wilmington, DE  19801
                                        Telephone: (302) 252-4446
                                        Facsimile: (302) 252-4466
                                        E-mail:  roglenl@ballardspahr.com

                                        -and-

                                        Mark Bogdanowicz
                                        Camber Jones
                                        SPENCER FANE LLP
                                        2144 E. Republic Road, Suite B300
                                        Springfield, MO 65804

                                        *Attorneys for Chippewa Center, LLC*