**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN SIGNATURE, INC., *et al.*, [1] | Case No. 25-12105 (JKS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF MOTION OF CHIPPEWA CENTER, LLC FOR IMMEDIATE PAYMENT**
**OF POST-PETITION AMOUNTS PURSUANT TO 11 U.S.C. § 365(d)(3)**

**PLEASE TAKE NOTICE** that, on April 2, 2026, Chippewa Center, LLC (the "Landlord") filed the *Motion of Chippewa Center, LLC for Immediate Payment of Post-Petition Amounts Pursuant to 11 U.S.C. § 365(d)(3)* (the "Motion")[2] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "**Bankruptcy Court**"), which seeks entry of an order compelling Debtors to immediately pay post-petition rent obligations due and payable under the Lease in accordance with 11 U.S.C. § 365(d)(3).

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the Motion must be filed on or before **April 9, 2026, at 4:00 p.m. (prevailing Eastern Time)** with the Bankruptcy Court.  At the same time, you must also serve a copy of any response or objection upon the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion, if necessary, shall be held before the Honorable J. Kate Stickles on **April 16, 2026, at 10:00 a.m. (prevailing**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning given to them in the Motion.

**Eastern Time)** at the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom # 6, Wilmington,

Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT IF NO RESPONSES OR
OBJECTIONS ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THE
ABOVE, AN ORDER MAY BE ENTERED GRANTING THE MOTION WITHOUT
FURTHER NOTICE OR A HEARING.

Dated: April 2, 2026                      Respectfully submitted,

*/s/ Laurel D. Roglen*
Laurel D. Roglen (DE No. 5759)
BALLARD SPAHR LLP
222 Delaware Ave, 10th Floor
Wilmington, DE  19801
Telephone: (302) 252-4446
Facsimile: (302) 252-4466
E-mail:  roglenl@ballardspahr.com

-and-

Mark Bogdanowicz
Camber Jones
SPENCER FANE LLP
2144 E. Republic Road, Suite B300
Springfield, MO 65804

*Attorneys for Chippewa Center, LLC*