**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN SIGNATURE, INC., *et al.*, [1] | Case No. 25-12105 (JKS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. ___ |

### ORDER GRANTING MOTION OF CHIPPEWA CENTER, LLC FOR IMMEDIATE PAYMENT OF POST-PETITION AMOUNTS PURSUANT TO 11 U.S.C. § 365(D)(3)

Upon consideration of the *Motion of Chippewa Center, LLC for Immediate Payment of Post-Petition Amounts Pursuant to 11 U.S.C. § 365(d)(3)* (the "Motion")[2] for entry of an order (the "Order") seeking immediate payment of certain unpaid post-petition Lease obligations pursuant to section 365(d)(3) of the Bankruptcy Code; and the Court having jurisdiction over this matter under 11 U.S.C. § 1334 and this being a core proceeding under 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at any hearing before this Court (a "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

[2] Capitalized terms used but not defined herein shall have the meaning given to them in the Motion.

before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY**

**ORDERED THAT**:

1.      The Motion is GRANTED.

2.      The Debtors shall immediately pay Chippewa Center, LLC (the "Landlord") $163,565.43, the amount of Additional Rent owed to Landlord pursuant to the Lease under section 365(d)(3) of the Bankruptcy Code.

3.      This Order shall be binding upon (i) any liquidating trustee, plan administrator, distribution agent, and/or any other person appointed pursuant to any chapter 11 plan confirmed in this chapter 11 case; and/or (ii) any chapter 7 trustee appointed or elected in this bankruptcy case.

4.      The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.