# EXHIBIT A

Tenant Name:

**Value City Furniture**

**7077 Chippewa**
Year Ending 2025

### Real Estate Taxes

| | | |
|---|---|---|
| Real Estate Tax | | $ 185,816.53 |
| Total Square feet in Shopping Ctr | 147,920 | 100.00000% |
| Tenant Square Feet | 70,920 | 47.94484% |
| Total Due from Tenant | | $ 89,089.43 |
| Administrative Fee | 0% | $        - |
| Total for Entire Year | | $ 89,089.43 |
| | 12 | |
| Total Due from Tenant | 12 | $ 89,089.43 |

### Insurance

| | | |
|---|---|---|
| Insurance Bill | | $ 49,983.00 |
| Total Square feet in Shopping Ctr | 147,920 | 100.00000% |
| Tenant Square Feet | 70,920 | 47.94484% |
| Total Due from Tenant | | $ 23,964.27 |
| Administrative Fee | 0% | $        - |
| Total for Entire Year | | $ 23,964.27 |
| | 12 | |
| Total Due from Tenant | 12 | $ 23,964.27 |

### Common Area Maintenance

| | | | | | |
|---|---|---|---|---|---|
| | | | YTD CAM | $ | 169,542.44 |
| CAM Bill  - 4th Qtr. | | $ 91,612.06 | 1st Qtr | | (27,611.65) |
| Total Square feet in Shopping Ctr | 147,920 | 100.00000% | 2nd Qtr | | (34,361.86) |
| Tenant Square Feet | 70,920 | 47.94484% | 3th Qtr | | (15,956.87) |
| Total Due from Tenant | | $ 43,923.25 | | $ | 91,612.06 |
| Administrative Fee | 15% | $   6,588.49 | | | |
| Total CAM | | $ 50,511.74 | | | |
| Management Fee - 6% of base rent | | $        - | | | |
| Total for Entire Year | | $ 50,511.74 | | | |
| | 3 | | | | |
| Total Due from Tenant | 3 | $ 50,511.74 | | | |

| | |
|---|---|
| Total Due from Tenant (Due Tenant) | $ 163,565.43 |
| Credit for Payments | $        - |
| Due from Tenant (Due to Tenant) | $ 163,565.43 |