# EXHIBIT B-1



# EVIDENCE OF PROPERTY INSURANCE

**DATE (MM/DD/YYYY)**
01/26/2026

THIS EVIDENCE OF PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

| AGENCY | PHONE (A/C, No, Ext): (417) 887-3550 | COMPANY |
|---|---|---|
| Barker Phillips Jackson, Inc | | |
| PO Box 4207 | | Midwest Family Mutual |
| | | P O Box 9425 |
| Springfield                          MO  65808-4207 | | |
| FAX (A/C, No): (417) 887-3252 | E-MAIL ADDRESS: hhall@bpj.com | Minneapolis                          MN  55440 |

| CODE: | SUB CODE: |
|---|---|

**AGENCY CUSTOMER ID #:** 00006043

| INSURED | LOAN NUMBER | POLICY NUMBER |
|---|---|---|
| Jared Enterprises | | CPMO0560124155 |

| 2870 S Ingram Mill Rd | EFFECTIVE DATE | EXPIRATION DATE | CONTINUED UNTIL TERMINATED IF CHECKED |
|---|---|---|---|
| Ste A | 12/31/2024 | 12/31/2025 | |
| Springfield                 MO  65804 | THIS REPLACES PRIOR EVIDENCE DATED: | | |

## PROPERTY INFORMATION

**LOCATION/DESCRIPTION**

7057 Chippewa St
St Louis                                                                                                MO  63119
Loc# 00089/Bldg# 00001

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES.  LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

**COVERAGE INFORMATION**     PERILS INSURED | | BASIC | | BROAD | ☒ SPECIAL | |

| COVERAGE / PERILS / FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---|---|
| Building, Replacement Cost, Special form | 25,345,700 | 50,000 |

**REMARKS (Including Special Conditions)**

Premium $49,983

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**ADDITIONAL INTEREST**

| NAME AND ADDRESS | | ADDITIONAL INSURED | LENDER'S LOSS PAYABLE | LOSS PAYEE |
|---|---|---|---|---|
| | | MORTGAGEE | | |
| | LOAN # | | | |
| | AUTHORIZED REPRESENTATIVE | | | |
| | *Holly Hall* | | | |

**ACORD 27 (2016/03)**

© 1993-2015 ACORD CORPORATION.  All rights reserved.
The ACORD name and logo are registered marks of ACORD



**SAINT LOUIS COUNTY**
Missouri

| ACCOUNT NUMBER | |
|---|---|
| 23J240112 | 2025 |

| PROPERTY ADDRESS |
|---|
| 7057 CHIPPEWA ST SAINT LOUIS MO 63119 |

CHIPPEWA CENTER LLC
2870 INGRAM MILL RD SUITE A
SPRINGFIELD, MO 65804

VALUES ARE DETERMINED BY THE ASSESSOR. REFER QUESTIONS CONCERNING VALUES TO: 314-615-2555

Rates set by local authority

## PROPERTY INFORMATION

LOT PTS 12 & 13

TOTAL VALUATION AS OF JANUARY 1

### ACCOUNT NUMBER

| PARCEL | YEAR | CLASS | LENDING | | |
|---|---|---|---|---|---|
| 23J240112 | 2025 | 502 | | | |
| SUB-CLASS | LAND | | IMPROVEMENTS | TOTAL VALUATION | RATE | TAX AMOUNT |
| AGRICULTURE RESIDENTIAL COMMERCIAL | 763,870 | | 442,530 | 1,206,400 | 8.2315 | 99,304.82 |
| SURTAX ON COMMERCIAL | | | | 1,206,400 | 1.7000 | 20,508.80 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | Prior Year Tax Due | | 0.00 |
| | | | | TOTAL | | 119,813.62 |

## TAXING AUTHORITY DISTRIBUTION

| TAX AGENCY | AMOUNT |
|---|---|
| SCH-AFFTON | 61,843.68 |
| Commercial Surcharge | 20,508.80 |
| SPEC SCH DIST | 10,849.16 |
| CTY-SHREWSBURY | 10,821.41 |
| ST L COMM COLL | 2,946.03 |
| COUNTY LIBRARY | 2,690.27 |
| MET ZOO MUS DIST | 2,649.25 |
| COUNTY GENERAL | 2,171.52 |
| COUNTY HEALTH FUND | 1,363.23 |
| METRO SEWER DIST | 1,123.16 |
| ROAD & BRIDGE - SHREWSBURY | 1,013.38 |
| DEV. DISABILITY-PRODUCTIVE LIVING BOARD | 928.93 |
| CO. PARK MAINT. | 482.56 |
| ST. OF MISSOURI | 361.92 |
| COUNTY BOND RETIRE | 60.32 |
| | |
| | **119,813.62** |

Missouri State Statutes mandate the assessment of a late penalty and interest for taxes that remain unpaid after December 31st of the tax year. The interest charged is 2% per month, or any part thereof, not to exceed 18% per year, plus a 2% penalty. In accordance with R.S. Mo. 2000, Chapters 139 and 140, all mailed payments must be postmarked by the USPS on or before December 31st of the tax year.

For payment questions please contact the Collector of Revenue's Office at (314) 615-5500 or email collector@stlouiscountymo.gov.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TEAR HERE AND RETURN LOWER PORTION WITH PAYMENT. PLEASE NO TAPE OR STAPLES.

## 2025 REAL ESTATE TAX BILL ST. LOUIS COUNTY

| ACCOUNT NUMBER |
|---|
| 23J240112 |

| PROPERTY ADDRESS |
|---|
| 7057 CHIPPEWA ST SAINT LOUIS MO 63119 |

**PRINT MAILING ADDRESS CHANGE** _____

**TAXES DUE BY 12/31/2025**

| | |
|---|---|
| Tax Amount + | $119,813.62 |
| Interest + | |
| Penalty + | |
| **Prior Year Tax Due** | **$0.00** |
| **AMOUNT DUE** | **$119,813.62** |
| | |
| | |
| | |
| **AMOUNT PAID** | **$0.00** |

MAKE PAYMENT PAYABLE TO:
**Collector of Revenue**

Pay Online:
**taxpayments.stlouiscountymo.gov**

For mailed payments:
ST LOUIS COUNTY DEPT OF REVENUE
PO BOX 16955
ST LOUIS MO 63105-1355

CHIPPEWA CENTER LLC
2870 INGRAM MILL RD SUITE A
SPRINGFIELD, MO 65804

7057 CHIPPEWA ST
SAINT LOUIS, MO 63119

12/5/2025

Y2025511        UA23J240112        D0011981362        101BE

# GREGORY F.X. DALY
## COLLECTOR OF REVENUE

stlouiscollector.com



**2025 REAL ESTATE TAX**
CITY OF ST. LOUIS
(314) 622-4105

| ACCOUNT NUMBER | |
|---|---|
| 90770000200 | 2025 |

| PROPERTY ADDRESS |
|---|
| 7059 CHIPPEWA ST ST LOUIS MO 63119 |

CHIPPEWA CENTER LLC
2870 INGRAM MILL RD STE A
SPRINGFIELD, MO 65804

3056

VALUES ARE DETERMINED BY THE ASSESSOR. REFER
QUESTIONS CONCERNING VALUES TO: (314) 622-4185

### PROPERTY INFORMATION

O. L. 77 CHIPPEWA 7.004 ACRES SURVEY 1903 ADDN. LOT PT 12 & 13 BND. N-135FT S WEIL AVE.

TOTAL VALUATION AS OF JANUARY 1

#### ACCOUNT NUMBER

| CITY BLOCK | SUFFIX | PARCEL | YEAR | CK | CLASS | LENDING | ALTERNATE ID |
|---|---|---|---|---|---|---|---|
| 9077 | 00 | 00200 | 2025 | 8 | 200 | | 90779020000 |

| SUB-CLASS | LAND | IMPROVEMENTS | TOTAL VALUATION | RATE | TAX AMOUNT |
|---|---|---|---|---|---|
| AGRICULTURE | | | | | |
| RESIDENTIAL | | | | | |
| COMMERCIAL | 544,800 | 4,200 | 549,000 | 8.1122 | 44,535.98 |
| SURTAX ON COMMERCIAL | | | 549,000 | 1.6400 | 9,003.60 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | SEWER LATERAL | | | |
| | | TOTAL | | | 53,539.58 |

### TAXING AUTHORITY DISTRIBUTION

| TAX AGENCY | RATE | AMOUNT |
|---|---|---|
| CITY - COUNTY PURPOSES | 0.3409 | 1,871.54 |
| CITY - HOSPITAL PURPOSES | 0.0976 | 535.82 |
| CITY - INT IN PUBLIC DEBT | 0.1061 | 582.49 |
| CITY - MUNICIPAL PURPOSES | 0.9745 | 5,350.01 |
| CITY - PUBLIC HEALTH PURPOSES | 0.0196 | 107.60 |
| CITY - RECREATION PURPOSES | 0.0196 | 107.60 |
| COMMUNITY CHILDREN'S SER. | 0.2396 | 1,315.40 |
| COMMUNITY COLLEGE DIST. | 0.2442 | 1,340.66 |
| COMMUNITY MENTAL HEALTH | 0.0878 | 482.02 |
| DEVELOPMENTAL DISABILITY RESOU | 0.1347 | 739.50 |
| LIBRARY | 0.5474 | 3,005.23 |
| METRO. SEWER DIST. | 0.0931 | 511.12 |
| SCHOOL - GENERAL FUND | 4.9085 | 26,947.67 |
| SENIOR SERVICES | 0.0490 | 269.01 |
| STATE - BLIND PERSON | 0.0300 | 164.70 |
| ZOO AND MUSEUM DIST. | 0.2196 | 1,205.61 |

Missouri State Statutes mandate the assessment of a late penalty and interest for taxes that remain unpaid after December 31st of the tax year. The interest charged is 2% per month, or any part thereof, not to exceed 18% per year, plus a 2% penalty. In accordance with R.S. Mo. 2000, Chapters 139 and 140, all mailed payments must be postmarked by the USPS on or before December 31st of the tax year.

For payment questions please contact the Collector of Revenue's Office at (314) 622-4105 or email propertytaxdept@stlouis-mo.gov.

- - - - - - - - - - - - - - - - - - - - - - - TEAR HERE AND RETURN LOWER PORTION WITH PAYMENT - - - - - - - - - - - - - - - - - - - - - - -

## 2025 REAL ESTATE TAX BILL CITY OF ST. LOUIS

| ACCOUNT NUMBER | |
|---|---|
| 90770000200 | 2025 |

| PROPERTY ADDRESS |
|---|
| 7059 CHIPPEWA ST ST LOUIS MO 63119 |

FILL LINES BELOW FOR ADDRESS CHANGE

_____

_____

CHIPPEWA CENTER LLC
2870 INGRAM MILL RD STE A
SPRINGFIELD, MO 65804

| TAXES DUE BY 12/31/2025 | 10/30/2025 |
|---|---|
| Tax Amount + | $53,539.58 |
| Interest + | |
| Penalty + | |
| Recording Fee + | |
| **AMOUNT DUE** | **$53,539.58** |
| City Hall Restoration | |
| Reparations Fund | |
| Midwest Land Dev. Fund | |
| Forest Park Fund | |
| **AMOUNT PAID** | |

Make Payment Payable to:
**GREGORY F.X. DALY**
**Collector of Revenue**
1200 Market St., Room 109
St. Louis, MO 63103
**Pay by Phone**(314) 408-6887



PAY ONLINE
payit St.Louis
payitstlouis.com

0125907700002002517800053539580000000000000000000000053539585



# GREGORY F.X. DALY
## COLLECTOR OF REVENUE
## CITY OF ST. LOUIS

## TAXPAYER INFORMATION

### Real Estate Tax

Please verify the property description to ensure the notice covers property owned by you. If you have sold the property, please forward the bill to the new owner or notify our office.

Real estate assessed valuation is 12% (farm), 19% (residential), and 32% (business) of appraised value as determined by the Assessor. The tax surcharge on business real estate is $1.64 per $100 of assessed valuation. Special business district rates and community improvement district assessments vary.

Sewer Lateral Line Insurance is $7 per quarter ($28.00 per year).

For questions regarding the property assessment, please contact the City of St. Louis Assessor's Office:
Real Property Appraisal ............................................... (314) 622-4185
Email ............................................................. zasr@stlouis-mo.gov

### Personal Property Tax

Personal property assessed valuation is 33.3% of appraised value as determined by the Assessor.

Motor Vehicle License Tax:
Trucks $10.00 · Passenger Vehicles $8.00 · Motorcycles: $6.00

A paid receipt is required to obtain most city licenses and state motor vehicle licenses. Receipts are available at stlouiscollector.com/

If you have any questions regarding the property assessment or vehicles listed on your tax bill, please contact the Assessor's Office:
Individual Personal Property ........................................... (314) 622-4171
Business Personal Property ........................................... (314) 622-4181
Email ................................. assessor-personalproperty@stlouis-mo.gov

## PAYMENT INFORMATION



### Online
payitstlouis.com



### Call
(314) 408-6887



### Download the App
PayIt St. Louis



### Visit
St. Louis City Hall
1200 Market Street, Room 109
St. Louis, MO 63103



### Mail
Gregory F.X. Daly, Collector of Revenue
PO Box 66877
St. Louis, MO 63166-6877

### Commerce Bank Night Deposit Box*
Chippewa Branch 6327 Chippewa Street, 63109
South Grand Branch 3134 South Grand Boulevard, 63118
Vandeventer Branch 901 South Vandeventer Avenue, 63110
Natural Bridge Branch 4402 Natural Bridge Avenue, 63115

*Commerce Bank Night Deposit Boxes are located on the drive-thru wall. Please do not put cash in the boxes.

### For additional payment information
Contact the Collector of Revenue's Office:
(314) 622-4105
propertytaxdept@stlouis-mo.gov
Monday–Friday · 8:00 am–5:00 pm

The amount of the tax shown on the reverse side is due on December 31st. Please make all payments payable to:

# Gregory F.X. Daly, Collector of Revenue

# Pay online with PayIt



PayIt St. Louis
app for iPhone



PayIt St. Louis
app for Android



PayIt St. Louis
website

# GREGORY F.X. DALY
## COLLECTOR OF REVENUE

stlouiscollector.com

 

**2025 REAL ESTATE TAX**
CITY OF ST. LOUIS
(314) 622-4105

CHIPPEWA CENTER LLC
2870 IMGRAM MILL RD STE A
SPRINGFIELD, MO 65804

3057

VALUES ARE DETERMINED BY THE ASSESSOR. REFER QUESTIONS CONCERNING VALUES TO: (314) 622-4185

| ACCOUNT NUMBER | |
|---|---|
| 90770000300 | 2025 |

| PROPERTY ADDRESS |
|---|
| 7005 CHIPPEWA ST ST LOUIS MO |

### PROPERTY INFORMATION

O. L. 77 CHIPPEWA 0.986 ACRES SURVEY 1903 ADDN. LOT PT. 12 & 13 BND. N-35FT S WEIL AVE.

TOTAL VALUATION AS OF JANUARY 1

| CITY BLOCK | SUFFIX | PARCEL | YEAR | CK | CLASS | LENDING | ALTERNATE ID |
|---|---|---|---|---|---|---|---|
| 9077 | 00 | 00300 | 2025 | 1 | 200 | | 90779030000 |

| SUB-CLASS | LAND | IMPROVEMENTS | TOTAL VALUATION | RATE | TAX AMOUNT |
|---|---|---|---|---|---|
| AGRICULTURE | | | | | |
| RESIDENTIAL | | | | | |
| COMMERCIAL | 109,700 | 18,100 | 127,800 | 8.1122 | 10,367.41 |
| SURTAX ON COMMERCIAL | | | 127,800 | 1.6400 | 2,095.92 |
| | | | | | |
| | | | | | |
| | | SEWER LATERAL | | | |
| | | TOTAL | 12,463.33 | | |

### TAXING AUTHORITY DISTRIBUTION

| TAX AGENCY | RATE | AMOUNT |
|---|---|---|
| CITY - COUNTY PURPOSES | 0.3409 | 435.67 |
| CITY - HOSPITAL PURPOSES | 0.0976 | 124.73 |
| CITY - INT IN PUBLIC DEBT | 0.1061 | 135.60 |
| CITY - MUNICIPAL PURPOSES | 0.9745 | 1,245.41 |
| CITY - PUBLIC HEALTH PURPOSES | 0.0196 | 25.05 |
| CITY - RECREATION PURPOSES | 0.0196 | 25.05 |
| COMMUNITY CHILDREN'S SER. | 0.2396 | 306.21 |
| COMMUNITY COLLEGE DIST. | 0.2442 | 312.09 |
| COMMUNITY MENTAL HEALTH | 0.0878 | 112.21 |
| DEVELOPMENTAL DISABILITY RESOU | 0.1347 | 172.15 |
| LIBRARY | 0.5474 | 699.58 |
| METRO. SEWER DIST. | 0.0931 | 118.98 |
| SCHOOL - GENERAL FUND | 4.9085 | 6,273.07 |
| SENIOR SERVICES | 0.0490 | 62.62 |
| STATE - BLIND PERSON | 0.0300 | 38.34 |
| ZOO AND MUSEUM DIST. | 0.2196 | 280.65 |

Missouri State Statutes mandate the assessment of a late penalty and interest for taxes that remain unpaid after December 31st of the tax year. The interest charged is 2% per month, or any part thereof, not to exceed 18% per year, plus a 2% penalty. In accordance with R.S. Mo. 2000, Chapters 139 and 140, all mailed payments must be postmarked by the USPS on or before December 31st of the tax year.

For payment questions please contact the Collector of Revenue's Office at (314) 622-4105 or email propertytaxdept@stlouis-mo.gov.

------- TEAR HERE AND RETURN LOWER PORTION WITH PAYMENT -------

## 2025 REAL ESTATE TAX BILL CITY OF ST. LOUIS

| ACCOUNT NUMBER | |
|---|---|
| 90770000300 | 2025 |

| PROPERTY ADDRESS |
|---|
| 7005 CHIPPEWA ST ST LOUIS MO |

FILL LINES BELOW FOR ADDRESS CHANGE

_____

_____

_____

CHIPPEWA CENTER LLC
2870 IMGRAM MILL RD STE A
SPRINGFIELD, MO 65804

| TAXES DUE BY 12/31/2025 | 10/30/2025 |
|---|---|
| Tax Amount + | $12,463.33 |
| Interest + | |
| Penalty + | |
| Recording Fee + | |
| **AMOUNT DUE** | **$12,463.33** |
| City Hall Restoration | |
| Reparations Fund | |
| Midwest Land Dev. Fund | |
| Forest Park Fund | |
| **AMOUNT PAID** | |

Make Payment Payable to:
**GREGORY F.X. DALY**
**Collector of Revenue**
1200 Market St., Room 109
St. Louis, MO 63103
**Pay by Phone:**(314) 408-6887



PAY ONLINE
payitSt.Louis
payitstlouis.com

 

# GREGORY F.X. DALY
## COLLECTOR OF REVENUE
## CITY OF ST. LOUIS

## TAXPAYER INFORMATION

### Real Estate Tax

Please verify the property description to ensure the notice covers property owned by you. If you have sold the property, please forward the bill to the new owner or notify our office.

Real estate assessed valuation is 12% (farm), 19% (residential), and 32% (business) of appraised value as determined by the Assessor. The tax surcharge on business real estate is $1.64 per $100 of assessed valuation. Special business district rates and community improvement district assessments vary.

Sewer Lateral Line Insurance is $7 per quarter ($28.00 per year).

For questions regarding the property assessment, please contact the City of St. Louis Assessor's Office:
Real Property Appraisal ................................................. (314) 622-4185
Email ........................................................ zasr@stlouis-mo.gov

### Personal Property Tax

Personal property assessed valuation is 33.3% of appraised value as determined by the Assessor.

Motor Vehicle License Tax:
Trucks $10.00 · Passenger Vehicles $8.00 · Motorcycles: $6.00

A paid receipt is required to obtain most city licenses and state motor vehicle licenses. Receipts are available at stlouiscollector.com/

If you have any questions regarding the property assessment or vehicles listed on your tax bill, please contact the Assessor's Office:
Individual Personal Property .......................................... (314) 622-4171
Business Personal Property ........................................... (314) 622-4181
Email ............................... assessor-personalproperty@stlouis-mo.gov

## PAYMENT INFORMATION

 **Online**
payitstlouis.com

 **Call**
(314) 408-6887

**Download the App**
PayIt St. Louis

**Visit**
St. Louis City Hall
1200 Market Street, Room 109
St. Louis, MO 63103

 **Mail**
Gregory F.X. Daly, Collector of Revenue
PO Box 66877
St. Louis, MO 63166-6877

 **Commerce Bank Night Deposit Box***
Chippewa Branch 6327 Chippewa Street, 63109
South Grand Branch 3134 South Grand Boulevard, 63118
Vandeventer Branch 901 South Vandeventer Avenue, 63110
Natural Bridge Branch 4402 Natural Bridge Avenue, 63115

*Commerce Bank Night Deposit Boxes are located on the drive-thru wall. Please do not put cash in the boxes.

**For additional payment information**
Contact the Collector of Revenue's Office:
(314) 622-4105
propertytaxdept@stlouis-mo.gov
Monday–Friday · 8:00 am–5:00 pm

The amount of the tax shown on the reverse side is due on December 31st. Please make all payments payable to:

## Gregory F.X. Daly, Collector of Revenue

## Pay online with PayIt


PayIt St. Louis
app for iPhone


PayIt St. Louis
app for Android


PayIt St. Louis
website



**Field Fire Protection Systems, LLC**
**901 Locksley Manor Drive**
**Lake Saint Louis, MO 63367**

**Office: (314) 503-3738**
**Cell: (636) 980-0737**
**Fax: (636) 561-1047**
**drdansprinklerman@yahoo.com**
**www.fieldfireprotection.com**

# Invoice

| Date | Invoice # |
|---|---|
| 10/24/2025 | 5341 |

| Bill To |
|---|
| Jared Management<br>2870-A S. Ingram Mill Rd.<br>Springfield, MO |

| Job Name | W.O. No. | P.O. No. | Terms |
|---|---|---|---|
| 7057 Chippewa | | | Due on Receipt |

| Quantity | Description | Amount |
|---|---|---|
| | Labor and material to identify high water use at site. Valves and hydrants were opened and closed to isolate water usage and it appears leak is past the sectional valve in the lower parking lot that feeds the hydrants. No water or sinkage is visible at this time. Leak was found on 8" detector check valve in pit and main was shut off and top vent plug was drilled out and replaced with new. Customer to check water usage at next cycle and see if water usage has decreased or underground leak detection or excavation will be required. | |
| 8 | Repair Labor-Straight time- D. Field | 1,200.00 |
| 8 | Repair Labor-Straight time- T. Fahnestock | 1,200.00 |
| 8 | Truck Charge | 80.00 |
| 1 | C.I plug | 8.84 |

**Thank you for using Field Fire Protection Systems.**

**1 1/2% interest will be applied to invoices not received within 30 days.**

| Total | $2,488.84 |
|---|---|



7805 Manchester Rd
Saint Louis, MO  63143
officemanager@becknerstl.com
www.becknerstl.com

# INVOICE

| BILL TO | SHIP TO | |
|---|---|---|
| Kerry Rovig | Kerry Rovig | **INVOICE #** 90476 |
| Jared Commercial & | Jared Commercial & | **DATE** 07/01/2025 |
| Management | Management | |
| 2870-A Ingram Mill Road | 7057 Chippewa Street | **TERMS** Net 30 |
| Springfield, MO  65804 | Shrewsbury, MO  63119 | |

| ACTIVITY | AMOUNT |
|---|---|
| **Painting-Residential & Commercial** <br> Applied 2 coats of paint to graffiti and stain sealed per estimate #13924 | 1,095.00 |
| **Painting-Residential & Commercial** <br> Deposit | -547.50 |

A service charge of 3.5% will be applied to all credit card sales.

**BALANCE DUE** **$547.50**

Delinquent accounts will be charged 1.5% interest per month on any outstanding balance.



7805 Manchester Rd
Saint Louis, MO  63143
officemanager@becknerstl.com
www.becknerstl.com

# INVOICE

| BILL TO | SHIP TO | |
|---|---|---|
| Kerry Rovig | Kerry Rovig | **INVOICE #** 90407 |
| Jared Commercial & | Jared Commercial & | **DATE** 06/26/2025 |
| Management | Management | |
| 2870-A Ingram Mill Road | 7057 Chippewa Street | **TERMS** Net 30 |
| Springfield, MO  65804 | Shrewsbury, MO  63119 | |
| krovig@jaredmanagement.com | | |
| (417) 877-7900 | | |

| ACTIVITY | AMOUNT |
|---|---|
| **Painting-Residential & Commercial**<br>Invoice for 1/2 down on estimate #13924 | 547.50 |

A service charge of 3.5% will be applied to all credit card sales.

| BALANCE DUE | **$547.50** |
|---|---|

Delinquent accounts will be charged 1.5% interest per month on any outstanding balance.

# INVOICE

**Coltrane Asphalt LLC**
PO Box 724
Marshfield, MISSOURI 65706

shaun@coltraneasphalt.com
+1 (417) 225-2502
www.coltraneasphalt.com



**Bill to**
Jared Management, LLC
Springfield MO

**Ship to**
Jared Management, LLC

## Invoice details

Invoice no.: 24-0012-2
Terms: Due on receipt
Invoice date: 05/06/2025
Due date: 05/06/2025

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|--------------------|-------------|-----|------|--------|
| 1. | | **04 Concrete** | Scope of work;- RxR damaged trench drain. Total length is 130ft. Width of concrete is 29.5in. Width of grates are 11.25. Price includes replacing all the grates. New Grates will be a heaver grate and frame system from Neehah Foundry designed specifically for this heavy application and doesn't require a retention anchor allowing the grates to be removed so trench drain can be cleaned. Project will be done multiple phases due to them needing access to the dock doors. | 0.5 | $46,000.00 | $23,000.00 |
| 2. | | **DISCOUNT** | Amount off Original Price | 1 | −$7,000.00 | −$7,000.00 |

| | **Total** | **$16,000.00** |
|---|---|---|

# ESTIMATE

**Coltrane Asphalt LLC**
PO Box 724
Marshfield, Missouri 65706

shaun@coltraneasphalt.com
+1 (417) 225-2502
www.coltraneasphalt.com



**Bill to**
Jared Management, LLC
Springfield MO

**Ship to**
Jared Management, LLC

**Estimate details**

Estimate no.: 3138
Estimate date: 03/01/2025

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|--------------------|-------------|-----|------|--------|
| 1. | | **04 Concrete** | Scope of work;- RxR damaged trench drain. Total length is 130ft. Width of concrete is 29.5in. Width of grates are 11.25. Price includes replacing all the grates. New Grates will be a heaver grate and frame system from Neehah Foundry designed specifically for this heavy application and doesn't require a retention anchor allowing the grates to be removed so trench drain can be cleaned. Project will be done multiple phases due to them needing access to the dock doors. | 1 | $46,000.00 | $46,000.00 |
| 2. | | **DISCOUNT** | Amount off Original Price | 1 | −$7,000.00 | −$7,000.00 |

| | Total | **$39,000.00** |
|---|-------|----------------|

## Note to customer

CHIPPEWA

03/03/2025

*Curtis A. Jared*
Curtis A. Jared (Mar 3, 2025 16:50 CST)

**Accepted date**

**Accepted by**

# Estimate_3138_from_Coltrane_Asphalt_LLC Chippewa

Final Audit Report                                      2025-03-03

| | |
|---|---|
| Created: | 2025-03-03 |
| By: | Kerry Rovig (krovig@jaredmanagement.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAqm35aJ2hqqC6mPHDiMUmMTIQUYI-UQos |

## "Estimate_3138_from_Coltrane_Asphalt_LLC Chippewa" History

Document created by Kerry Rovig (krovig@jaredmanagement.com)
2025-03-03 - 10:44:55 PM GMT

Document emailed to Curtis A. Jared (cjared@jaredmanagement.com) for signature
2025-03-03 - 10:44:58 PM GMT

Email viewed by Curtis A. Jared (cjared@jaredmanagement.com)
2025-03-03 - 10:50:17 PM GMT

Document e-signed by Curtis A. Jared (cjared@jaredmanagement.com)
Signature Date: 2025-03-03 - 10:50:35 PM GMT - Time Source: server

Agreement completed.
2025-03-03 - 10:50:35 PM GMT

![Adobe Acrobat Sign]

# INVOICE



**Coltrane Asphalt LLC**
PO Box 724
Marshfield, MISSOURI 65706

shaun@coltraneasphalt.com
+1 (417) 225-2502
www.coltraneasphalt.com

**Bill to**
Jared Management, LLC
Springfield MO

**Ship to**
Jared Management, LLC

## Invoice details

Invoice no.: 25-0013-7
Terms: Due on receipt
Invoice date: 04/16/2025
Due date: 05/01/2025

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|-------------------|-------------|-----|------|--------|
| 1. | | **04 Concrete** | Scope of work;- RxR damaged trench drain. Total length is 130ft. Width of concrete is 29.5in. Width of grates are 11.25. Price includes replacing all the grates. New Grates will be a heaver grate and frame system from Neehah Foundry designed specifically for this heavy application and doesn't require a retention anchor allowing the grates to be removed so trench drain can be cleaned. Project will be done multiple phases due to them needing access to the dock doors. | 0.5 | $46,000.00 | $23,000.00 |

| | |
|---|---|
| **Total** | **$23,000.00** |

## Note to customer

CHIPPEWA
50% of Original Amount

# INVOICE

**Coltrane Asphalt LLC**
PO Box 724
Marshfield, MISSOURI 65706

shaun@coltraneasphalt.com
+1 (417) 225-2502
www.coltraneasphalt.com



**Bill to**
Jared Management, LLC
Springfield MO

**Ship to**
Jared Management, LLC

**Invoice details**
Invoice no.: 25-0013-7
Terms: Due on receipt
Invoice date: 04/16/2025
Due date: 05/01/2025

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|--------------------|-------------|-----|------|--------|
| 1. | | **04 Concrete** | Scope of work;- RxR damaged trench drain. Total length is 130ft. Width of concrete is 29.5in. Width of grates are 11.25. Price includes replacing all the grates. New Grates will be a heaver grate and frame system from Neehah Foundry designed specifically for this heavy application and doesn't require a retention anchor allowing the grates to be removed so trench drain can be cleaned. Project will be done multiple phases due to them needing access to the dock doors. | 0.5 | $46,000.00 | $23,000.00 |

**Total** **$23,000.00**

## Note to customer
CHIPPEWA
50% of Original Amount

# BIRKEL ELECTRIC

Phone: (636) 386-7000
Fax: (636) 386-7003
652 Trade Center Blvd



# INVOICE

| Date | Invoice # |
|---|---|
| 3/7/2025 | JAR020325JS |

| Bill To |
|---|
| JARED MANAGEMENT, LLC<br>2870-A , S. INGRAM MILL RD.<br>SPRINGFIELD, MO 65804 |

| P.O. No. | Terms | Project Address |
|---|---|---|
| | Due on receipt | 7077 CHIPPEWA ST. |

| Description of Service | Qty(#Hours) | Rate | Total |
|---|---|---|---|
| FURNISH AND INSTALL ELECTRICAL LABOR AND MATERIAL FOR THE FOLLOWING: | | | |
| | | | |
| DESCRIPTION EXTERIOR / Lighting / Soffit or Canopy or Awning / Lights Out / One light in the front right facing corner is going out. Please speak with Paul onsite manager with Value City<br>Please also investigate if there are other building lights out while on location. Thanks | | | |
| | | | |
| NOTE: CONTACT KERRY ROVIG 417-877-7900 | | | |
| | | | |
| NOTE: THIS PROPOSAL IS BASED ON NORMAL WORKING HOURS M-F 7:00 A.M. TO 3:30 P.M. | | | |
| COST OF LABOR TATE M 2/3/ (REPLACED 3 LAMPS IN VALUE CITY AND DOLLAR TREE STORE FRONT, TROUGHE SHOT OTHER EXTERIOR LIGHTING | 4.5 | 120.00 | 540.00 |
| COST OF MATERIALS ON PROJECT (LED LAMPS) | | 71.95 | 71.95 |
| MARK-UP ON MATERIAL COST 20% | | 14.39 | 14.39 |
| SALES TAX | | 8.738% | 1.26 |

THANK YOU, JON SMITH

**Total**     $627.60

**NOTICE TO OWNER: FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429. RsMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIALS OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.**

# BIRKEL ELECTRIC

Phone: (636) 386-7000
Fax: (636) 386-7003
652 Trade Center Blvd



# INVOICE

| Date | Invoice # |
|---|---|
| 1/31/2025 | JAR012125JS |

| Bill To |
|---|
| JARED MANAGEMENT, LLC<br>2870-A , S. INGRAM MILL RD.<br>SPRINGFIELD, MO 65804 |

| P.O. No. | Terms | Project Address |
|---|---|---|
| | Due on receipt | 7077 CHIPPEWA |

| Description of Service | Qty(#Hours) | Rate | Total |
|---|---|---|---|
| FURNISH AND INSTALL ELECTRICAL LABOR AND MATERIAL AT VALUE CITY FURNITURE FOR THE FOLLOWING: | | | |
| | | | |
| TROUBLESHOOT DOCK LIGHTS.<br>-DESCRIPTION DOCK OR RECEIVING / Lighting / Dock Lights / Lights Out / Dock light over entry steps in back is out . | | | |
| | | | |
| NOTE: THIS PROPOSAL IS BASED ON NORMAL WORKING HOURS M-F 7:00 A.M. TO 3:30 P.M. | | | |
| COST OF LABOR ETHAN B ( TROUBLESHOOT WALL PACKS, REPLACE WALL PACKS) | 6 | 120.00 | 720.00 |
| COST OF MATERIALS ON PROJECT | | 329.04 | 329.04 |
| MARK-UP ON MATERIAL COST 20% | | 65.80 | 65.80 |
| SALES TAX | | 8.738% | 5.75 |

THANK YOU, JON SMITH

| **Total** | $1,120.59 |
|---|---|

NOTICE TO OWNER: FAILURE OF THIS CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANIC'S LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429. RsMo. TO AVOID THIS RESULT YOU MAY ASK THIS CONTRACTOR FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIALS OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.



**Ameren**
MISSOURI

✉ Pay by phone: 1.866.268.3729
✉ Pay by mail: PO Box 88068, Chicago, IL 60680-1068
✉ Pay online or manage your account: AmerenMissouri.com
✉ Customer Service: 1.877.426.3736

FOCUSED ENERGY. *For life.*

---

**Account Number**   8986805134
**Customer Name**   CHIPPEWA CENTER LLC
        C/O JARED ENTERPRISES INC
**Service Address**   7057 CHIPPEWA ST,
        LITE PARKING
        SAINT LOUIS, MO 63119

**AMOUNT DUE**     **$697.91**

**Due Date**     **12/11/2025**

| | |
|---|---|
| **Current Detail for Statement 11/19/2025** | |
| Total Electric Charges | $697.91 |
| **Total Amount Due** | **$697.91** |

| | |
|---|---|
| Amount After Due Date | $705.67 |
| Previous Statement | $705.96 |
| Total Payments | $705.96 |
| *Payment Received. Thank You.* | |

---

**Electric Usage History**



Electric Usage in Kilowatt Hours (kWh)

| | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 57°F | 40°F | 33°F | 32°F | 45°F | 54°F | 64°F | 69°F | 81°F | 81°F | 71°F | 69°F | 52°F |

Average Monthly Temperature (°F)

**Electric Usage Summary (kWh)**

So far this year you're using 2.7% less than the same time period last year.

2024    **52,841 kWh**

2025    **51,421 kWh**

00821 2441014 002995 005989 0003/0004

---

**Keeping You Informed.**
Update your account information so we can contact you when crews are working in your neighborhood. Fill out the slip and mail it in or update your online account. Don't have an online account? Sign up today at AmerenMissouri.com.



» See next page for service details.      Keep this portion for your records.      Page 1 of 4

---



**Ameren**
MISSOURI

☐ Check if you have address changes on back.

Please return this portion with your payment.

| Amount Due | Due Date |
|---|---|
| **$697.91** | December 11, 2025 |

| Delinquent Amount After Due Date | Account Number |
|---|---|
| $705.67 | 8986805134 |

Amount Enclosed $ _____

CHIPPEWA CENTER LLC
C/O JARED ENTERPRISES INC
2870 S INGRAM MILL RD STE A
SPRINGFIELD, MO 65804-4127

**AMEREN MISSOURI**
P.O. BOX 88068
CHICAGO, IL 60680-1068

20633000 008986805l304 000000697910 000000697910



**MISSOURI**

- Pay by phone: 1.866.268.3729
- Pay by mail: PO Box 88068, Chicago, IL 60680-1068
- Pay online or manage your account: AmerenMissouri.com
- Customer Service: 1.877.426.3736

**FOCUSED ENERGY.** *For Life.*

## Electric Service Details — Service from 10/16/2025 - 11/17/2025 (32 days)

### Electric Meter Read

| METER NUMBER | SERVICE FROM - TO | NO. DAYS | USAGE TYPE | READING TYPE | CURRENT READING | PREVIOUS READING | READING DIFFERENCE | MULTIPLIER | USAGE |
|---|---|---|---|---|---|---|---|---|---|
| 70832880 | 10/16 - 11/17 | 32 | Total kWh | Actual | 246139.0000 | 240518.0000 | 5621.0000 | 1.0000 | 5621.0000 |
| 70832880 | 10/16 - 11/17 | 32 | Peak kW | Actual | 13.3300 | 0.0000 | 13.3300 | 1.0000 | 13.3300 |

### Usage Summary

| | | | |
|---|---|---|---|
| Total kWh | 5621.0000 | Non-Summer kWh | 5621.0000 |
| Winter Base kWh | 4181.0000 | Current Base kWh | 4181.0000 |
| Winter Cur Base kWh | 4181.0000 | Seasonal kWh | 1440.0000 |
| Winter Seasonal kWh | 1440.0000 | | |

## Rate 2M Sm Gen Svc - 3 Ph w/Dmd

Threshold - Peak Demand

| DESCRIPTION | USAGE | UNIT | | RATE | CHARGE |
|---|---|---|---|---|---|
| Base Energy Charge | 4,181.00 | kWh | @ | $ 0.10050000 | $420.19 |
| Seasonal Energy Charge | 1,440.00 | kWh | @ | $ 0.05810000 | $83.66 |
| Customer Charge | | | | | $25.99 |
| Fuel Adjustment Charge | 5,621.00 | kWh | @ | $ 0.00330000 | $18.55 |
| Energy Efficiency Investment Charge | 5,621.00 | kWh | @ | $ 0.00281900 | $15.85 |
| Renewable Energy Adjustment | 5,621.00 | kWh | @ | $ 0.00133000 | $7.48 |
| Rush Island Retirement Cost | 5,621.00 | kWh | @ | $ 0.00108000 | $6.07 |
| | | | | **Total Service Amount** | **$577.79** |
| DESCRIPTION | USAGE | UNIT | | RATE | CHARGE |
| Missouri State Sales Tax | $577.79 | | @ | $ 0.04225000 | $24.41 |
| Missouri Local Sales Tax | $577.79 | | @ | $ 0.05454000 | $31.51 |
| St. Louis City Municipal Charge - Service | $577.79 | | @ | $ 0.11111000 | $64.20 |
| | | | | **Total Tax Related Charges** | **$120.12** |
| | | | | **Total Electric Charges** | **$697.91** |

**Questions?** Contact Ameren Missouri at **1.877.426.3736** or visit **AmerenMissouri.com**.

### Address Changes or Corrections

Name _____
Address _____
City, State, Zip _____
Phone Number _____

**AmerenMissouri.com/WaysToPay**

 ONLINE E-CHECK

 PHONE 866.268.3729

 IN PERSON FIND A PAY STATION AT AMERENMISSOURI.COM/ PAYSTATION

 ONLINE CREDIT CARD

 MAIL STUB & CHECK



**MISSOURI**

■ Pay by phone: 1.866.268.3729
■ Pay by mail: PO Box 88068, Chicago, IL 60680-1068
■ Pay online or manage your account: AmerenMissouri.com
■ Customer Service: 1.877.426.3736

**AMOUNT DUE** **$697.91**
**Due Date** **12/11/2025**
Account Number    8986805134
Service Address    7057 CHIPPEWA ST,
LITE PARKING

## Payments Since Previous Statement

DATE RECEIVED                                    AMOUNT
November 14, 2025                                $705.96



**Account Messages**

A late payment charge of 1% will be added for any unpaid balance on all accounts after the due date.

Summer Electric Rates - June through September; Winter Electric Rates - October through May.
Please note: If your billing period for this statement spans both Summer and Winter seasons, you will see prorated charges that reflect the different rates for each season.

**Rush Island Retirement Cost**
Ameren Missouri is acting as the servicer for this Public Service Commission-approved charge for an assignee, who owns the rights to the securitized utility tariff charges related to the Rush Island Energy Center retirement. Based on projections, customers are expected to save about $85 million over a 15-year period versus standard rates.

Ameren Missouri's Community Solar program enables your home or small business to support renewable energy in Missouri through an easy monthly subscription. Learn more at AmerenMissouri.com/CommunitySolar.

**Auto Pay Makes Paying Bills Easier.** To enroll, go to AmerenMissouri.com or call 1.800.552.7583 to request an enrollment form.

**GET CASH INCENTIVES**
for energy-efficient projects with our BizSavers® program. Discover efficiency opportunities and resources for your business at **AmerenMissouri.com/BizSavers**.



## IT'S IMPORTANT THAT WE REACH YOU IN
## CRITICAL MOMENTS

**OUTAGES** > **ACCOUNT UPDATES** > **BILLING AND PAYMENTS**

Please review your phone number and email address associated with your account. Log in at **AmerenMissouri.com**.





00821 2441014 002996 005991 0004/0004

---



**MISSOURI**

■ Pay by phone: 1.866.268.3729
■ Pay by mail: PO Box 88068, Chicago, IL 60680-1068
■ Pay online or manage your account: AmerenMissouri.com
■ Customer Service: 1.877.426.3736

**FOCUSED ENERGY.** *For life.*

# Page Left Blank Intentionally



▨ Pay by phone: 1.866.268.3729
▨ Pay by mail: PO Box 88068, Chicago, IL 60680-1068
▨ Pay online or manage your account: AmerenMissouri.com
▨ Customer Service: 1.877.426.3736

**FOCUSED ENERGY.** *For life.*

| | |
|---|---|
| **Account Number** | **0631004874** |
| **Customer Name** | CHIPPEWA CENTER LLC |
| | C/O JARED ENTERPRISES INC |
| **Service Address** | 7057 CHIPPEWA, |
| | STR 208 SHREWSBURY |
| | SAINT LOUIS, MO 63119 |

| **AMOUNT DUE** | **$836.53** |
|---|---|
| **Due Date** | **12/11/2025** |
| **Amount After Due Date** | $844.90 |
| **Previous Statement** | $1,141.47 |
| **Total Payments** | $1,141.47 |

*Payment Received. Thank You.*

### Current Detail for Statement 11/19/2025

| | |
|---|---|
| Total Electric Charges | $836.53 |
| **Total Amount Due** | **$836.53** |

### Electric Usage History

**Electric Usage in Kilowatt Hours (kWh)**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV |
| | 57°F | 40°F | 33°F | 32°F | 45°F | 54°F | 64°F | 69°F | 81°F | 81°F | 71°F | 69°F | 52°F |

Average Monthly Temperature (°F)

**Electric Usage Summary (kWh)**

So far this year you're using **25.6% less** than the same time period last year.

| 2024 | **93,600** kWh |
|---|---|
| 2025 | **69,600** kWh |

### Electric Service Details — Service from 10/16/2025 - 11/17/2025 (32 days)

**Electric Meter Read**

| METER NUMBER | SERVICE FROM - TO | NO. DAYS | USAGE TYPE | READING TYPE | CURRENT READING | PREVIOUS READING | READING DIFFERENCE | MULTIPLIER | USAGE |
|---|---|---|---|---|---|---|---|---|---|
| 44215238 | 10/16 - 11/17 | 32 | Total kWh | Actual | 2519.0000 | 2503.0000 | 16.0000 | 300.0000 | 4800.0000 |
| 44215238 | 10/16 - 11/17 | 32 | On Peak kWh | Actual | 884.0000 | 878.0000 | 6.0000 | 300.0000 | 1800.0000 |



» See next page for service details.

Keep this portion for your records.

Page 1 of 4

---



Please return this portion with your payment.

☐ Check if you have address changes on back.

ՈլԿ|||Կ||Կ|կ|ր|կ||Որ|Կ||Օ||Կ||Ո|ր|կ||կ|կ|ր||ր|Օ|||||Ոլկր
>000821 2441014 0001 092139 20Z
00821 2 MB 0.67 MIX 630
CHIPPEWA CENTER LLC
C/O JARED ENTERPRISES INC
2870 S INGRAM MILL RD STE A
SPRINGFIELD, MO 65804-4127

| **Amount Due** | **Due Date** |
|---|---|
| **$836.53** | December 11, 2025 |

| **Delinquent Amount After Due Date** | **Account Number** |
|---|---|
| $844.90 | 0631004874 |

Amount Enclosed $ _____

**AMEREN MISSOURI**
P.O. BOX 88068
CHICAGO, IL 60680-1068

70600000 000631004874 000000836530 000000836530



**MISSOURI**

- Pay by phone: 1.866.268.3729
- Pay by mail:  PO Box 88068, Chicago, IL 60680-1068
- Pay online or manage your account: AmerenMissouri.com
- Customer Service: 1.877.426.3736

*FOCUSED ENERGY. For life.*

## Electric Service Details (Continued)

| METER NUMBER | SERVICE FROM - TO | NO. DAYS | USAGE TYPE | READING TYPE | CURRENT READING | PREVIOUS READING | READING DIFFERENCE | MULTIPLIER | USAGE |
|---|---|---|---|---|---|---|---|---|---|
| 44215238 | 10/16 - 11/17 | 32 | Off Peak kW | Actual | 0.0210 | 0.0000 | 0.0210 | 300.0000 | 6.3000 |
| 44215238 | 10/16 - 11/17 | 32 | On Peak kW | Actual | 0.0210 | 0.0000 | 0.0210 | 300.0000 | 6.3000 |

### Usage Summary

| | | | |
|---|---|---|---|
| Total kWh | 4800.0000 | Non-Summer kWh | 4800.0000 |
| Peak kW | 6.3000 | On-Peak kW | 6.3000 |
| Off-Peak kW | 6.3000 | Sec. Energy Block kW | 6.3000 |
| Billing Demand | 6.3000 | Total Billing Demand | 100.0000 |
| Winter Billing Demand | 100.0000 | October Winter Base kW | 100.0000 |
| Winter Base Demand | 6.3000 | Base kWh Ratio | 1.0000 |
| Base kWh (HUD) | 4800.0000 | Seasonal kWh (HUD) | 0.0000 |

## Rate 3M Large General Service

Secondary Srvc Off-Pk Demand Rider          Secondary Srvc Off-Pk Demand Rider

| DESCRIPTION | USAGE | UNIT | | RATE | CHARGE |
|---|---|---|---|---|---|
| Winter Demand Charge | 100.00 | kW | @ | $ 2.76000000 | $276.00 |
| Base Energy Charge / Hours Used | 945.00 | kWh | @ | $ 0.07740000 | $73.14 |
| Base Energy Charge / Hours Used | 1,260.00 | kWh | @ | $ 0.05750000 | $72.45 |
| Base Energy Charge / Hours Used | 2,595.00 | kWh | @ | $ 0.04530000 | $117.55 |
| Customer Charge | | | | | $122.98 |
| Fuel Adjustment Charge | 4,800.00 | kWh | @ | $ 0.00330000 | $15.84 |
| Energy Efficiency Investment Charge | 4,800.00 | kWh | @ | $ 0.00262800 | $12.61 |
| Renewable Energy Adjustment | 4,800.00 | kWh | @ | $ 0.00133000 | $6.38 |
| Rush Island Retirement Cost | 4,800.00 | kWh | @ | $ 0.00108000 | $5.18 |
| | | | **Total Service Amount** | | **$702.13** |

**Address Changes or Corrections**

Name _____
Address _____
City, State, Zip _____
Phone Number _____

AmerenMissouri.com/WaysToPay

 ONLINE
E-CHECK

 PHONE
866.268.3729

 IN PERSON
FIND A PAY STATION AT
AMERENMISSOURI.COM/
PAYSTATION

 ONLINE
CREDIT CARD

 MAIL
STUB & CHECK



**Ameren**
**MISSOURI**

- Pay by phone: 1.866.268.3729
- Pay by mail: PO Box 88068, Chicago, IL 60680-1068
- Pay online or manage your account: AmerenMissouri.com
- Customer Service: 1.877.426.3736

| | |
|---|---|
| **AMOUNT DUE** | **$836.53** |
| **Due Date** | **12/11/2025** |
| Account Number | 0631004874 |
| Service Address | 7057 CHIPPEWA, |
| | STR 208 SHREWSBURY |

## Electric Service Details (Continued)

| DESCRIPTION | USAGE | UNIT | RATE | CHARGE |
|---|---|---|---|---|
| Missouri State Sales Tax | $702.13 | | @ $ 0.04225000 | $29.66 |
| Missouri Local Sales Tax | $702.13 | | @ $ 0.05454000 | $38.29 |
| St. Louis City Municipal Charge - Service | $702.13 | | @ $ 0.09464000 | $66.45 |
| | | | **Total Tax Related Charges** | **$134.40** |
| | | | **Total Electric Charges** | **$836.53** |

## Payments Since Previous Statement

| DATE RECEIVED | AMOUNT |
|---|---|
| November 14, 2025 | $1,141.47 |

### Account Messages

A late payment charge of 1% will be added for any unpaid balance on all accounts after the due date.

Summer Electric Rates - June through September; Winter Electric Rates - October through May.
Please note: If your billing period for this statement spans both Summer and Winter seasons, you will see prorated charges that reflect the different rates for each season.

**Rush Island Retirement Cost**
Ameren Missouri is acting as the servicer for this Public Service Commission-approved charge for an assignee, who owns the rights to the securitized utility tariff charges related to the Rush Island Energy Center retirement. Based on projections, customers are expected to save about $85 million over a 15-year period versus standard rates.

**Auto Pay Makes Paying Bills Easier.** To enroll, go to AmerenMissouri.com or call 1.800.552.7583 to request an enrollment form.

00821 2441014 002994 005987 0002/0004



## GET CASH INCENTIVES
for energy-efficient projects with our BizSavers℠ program. Discover efficiency opportunities and resources for your business at **AmerenMissouri.com/BizSavers.**



## IT'S IMPORTANT THAT WE REACH YOU IN
## CRITICAL MOMENTS

**OUTAGES > ACCOUNT UPDATES > BILLING AND PAYMENTS**

Please review your phone number and email address associated with your account. Log in at **AmerenMissouri.com.**





▦ Pay by phone:  1.866.268.3729
▦ Pay by mail:  PO Box 88068, Chicago, IL 60680-1068
▦ Pay online or manage your account:  AmerenMissouri.com
▦ Customer Service:  1.877.426.3736

FOCUSED ENERGY. For life.

# Page Left Blank Intentionally



**Ameren MISSOURI**

≋ Pay by phone: 1.866.268.3729
≋ Pay by mail:  PO Box 88068, Chicago, IL 60680-1068
≋ Pay online or manage your account:  AmerenMissouri.com
≋ Customer Service:  1.877.426.3736

**FOCUSED ENERGY. *For life.***

| | |
|---|---|
| **Account Number**  8986805134 | |
| **Customer Name**   CHIPPEWA CENTER LLC<br>C/O JARED ENTERPRISES INC | |
| **Service Address**   7057 CHIPPEWA ST,<br>LITE PARKING<br>SAINT LOUIS, MO 63119 | |

**AMOUNT DUE**          **$705.96**

**Due Date**              **11/10/2025**

Amount After Due Date       $713.80

Previous Statement         $767.18
Total Payments            $767.18
*Payment Received. Thank You.*

### Current Detail for Statement 10/20/2025

| | |
|---|---|
| Total Electric Charges | $705.96 |
| **Total Amount Due** | **$705.96** |

### Electric Usage History

**Electric Usage in Kilowatt Hours (kWh)**

| | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 66°F | 57°F | 40°F | 33°F | 32°F | 45°F | 54°F | 64°F | 69°F | 81°F | 81°F | 71°F | 69°F |

Average Monthly Temperature (°F)

**Electric Usage Summary (kWh)**

So far this year you're using 2.7% less than the same time period last year.

2024    **47,048** kWh

2025    **45,800** kWh



13073    00832 2431622 003118 006235 0001/0004

**Keeping You Informed.**
Update your account information so we can contact you when crews are working in your neighborhood. Fill out the slip and mail it in or update your online account. Don't have an online account? Sign up today at **AmerenMissouri.com**.

» See next page for service details.

Keep this portion for your records.

Page 1 of 4

---

Please return this portion with your payment.

**Ameren MISSOURI**

☐  Check if you have address changes on back.

⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿
>000832 2431622 0001 092139 20Z
00832 2 MB  0.67 MIX 630
CHIPPEWA CENTER LLC
C/O JARED ENTERPRISES INC
2870 S INGRAM MILL RD STE A
SPRINGFIELD, MO 65804-4127

| Amount Due | Due Date |
|---|---|
| **$705.96** | November 10, 2025 |

| Delinquent Amount After Due Date | Account Number |
|---|---|
| $713.80 | 8986805134 |

Amount Enclosed $ _____

⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿
**AMEREN MISSOURI**
P.O. BOX 88068
CHICAGO, IL 60680-1068

20633000  0089868051304  000000705960  000000705960



☎ Pay by phone: 1.866.268.3729
✉ Pay by mail: PO Box 88068, Chicago, IL 60680-1068
🖥 Pay online or manage your account: AmerenMissouri.com
☎ Customer Service: 1.877.426.3736

**FOCUSED ENERGY. For life.**

## Electric Service Details — Service from 09/17/2025 - 10/16/2025 (29 days)

**Electric Meter Read**

| METER NUMBER | SERVICE FROM - TO | NO. DAYS | USAGE TYPE | READING TYPE | CURRENT READING | PREVIOUS READING | READING DIFFERENCE | MULTIPLIER | USAGE |
|---|---|---|---|---|---|---|---|---|---|
| 70832880 | 09/17 - 10/16 | 29 | Total kWh | Actual | 240518.0000 | 235979.0000 | 4539.0000 | 1.0000 | 4539.0000 |
| 70832880 | 09/17 - 10/16 | 29 | Peak kW | Actual | 13.1470 | 0.0000 | 13.1470 | 1.0000 | 13.1470 |

**Usage Summary**

| | | | |
|---|---|---|---|
| Total kWh | 4539.0000 | Summer kWh | 2035.0000 |
| Non-Summer kWh | 2504.0000 | Base kWh | 4181.0000 |
| Winter Base kWh | 4181.0000 | Current October Base kWh | 4181.0000 |
| Summer Cur Oct Base | 1874.0000 | Winter Cur Oct Base | 2307.0000 |
| Seasonal kWh | 358.0000 | Summer Seasonal kWh | 160.0000 |
| Winter Seasonal kWh | 198.0000 | | |

## Rate 2M Sm Gen Svc - 3 Ph w/Dmd

Threshold - Peak Demand

| DESCRIPTION | USAGE | UNIT | | RATE | CHARGE |
|---|---|---|---|---|---|
| Summer Total Energy Charge | 2,035.00 | kWh | @ | $ 0.13460000 | $273.91 |
| Base Energy Charge | 2,307.00 | kWh | @ | $ 0.10050000 | $231.85 |
| Seasonal Energy Charge | 198.00 | kWh | @ | $ 0.05810000 | $11.50 |
| Customer Charge | | | | | $25.99 |
| Fuel Adjustment Charge | 4,539.00 | kWh | @ | $ 0.00343446 | $15.59 |
| Energy Efficiency Investment Charge | 4,539.00 | kWh | @ | $ 0.00281900 | $12.80 |
| Renewable Energy Adjustment | 4,539.00 | kWh | @ | $ 0.00133000 | $6.04 |
| Rush Island Retirement Cost | 4,539.00 | kWh | @ | $ 0.00149241 | $6.77 |
| | | | **Total Service Amount** | | **$584.45** |

**Questions?** Contact Ameren Missouri at **1.877.426.3736** or visit **AmerenMissouri.com**.

**Address Changes or Corrections**

Name _____
Address _____
City, State, Zip _____
Phone Number _____

AmerenMissouri.com/WaysToPay

 ONLINE E-CHECK

 PHONE 866.268.3729

 IN PERSON FIND A PAY STATION AT AMERENMISSOURI.COM/ PAYSTATION

 ONLINE CREDIT CARD

 MAIL STUB & CHECK



**Ameren**
MISSOURI

≋ Pay by phone: 1.866.268.3729
≋ Pay by mail: PO Box 88068, Chicago, IL 60680-1068
≋ Pay online or manage your account: AmerenMissouri.com
≋ Customer Service: 1.877.426.3736

**AMOUNT DUE**          **$705.96**
**Due Date**            **11/10/2025**
Account Number          8986805134
Service Address          7057 CHIPPEWA ST,
                         LITE PARKING

## Electric Service Details (Continued)

| DESCRIPTION | USAGE | UNIT | | RATE | CHARGE |
|---|---|---|---|---|---|
| Missouri State Sales Tax | $584.45 | | @ | $ 0.04225000 | $24.69 |
| Missouri Local Sales Tax | $584.45 | | @ | $ 0.05454000 | $31.88 |
| St. Louis City Municipal Charge - Service | $584.45 | | @ | $ 0.11111000 | $64.94 |
| | | | **Total Tax Related Charges** | | **$121.51** |
| | | | **Total Electric Charges** | | **$705.96** |

## Payments Since Previous Statement

| DATE RECEIVED | AMOUNT |
|---|---|
| October 14, 2025 | $767.18 |



**Account Messages**

A late payment charge of 1% will be added for any unpaid balance on all accounts after the due date.

Summer Electric Rates - June through September; Winter Electric Rates - October through May.
Please note: If your billing period for this statement spans both Summer and Winter seasons, you will see prorated charges that reflect the different rates for each season.

**Rush Island Retirement Cost**
Ameren Missouri is acting as the servicer for this Public Service Commission-approved charge for an assignee, who owns the rights to the securitized utility tariff charges related to the Rush Island Energy Center retirement. Based on projections, customers are expected to save about $85 million over a 15-year period versus standard rates.

**Virtual Local Public Hearing Notice**
Ameren Missouri requested permission from the Missouri Public Service Commission to build a natural gas and battery storage facility in Jefferson County.

A virtual public hearing will be held on October 30, 2025, at 6:00 p.m. To attend by phone, call 1.650.479.3207 and use code: 2861 760 0841, followed by #. To attend by video, access WebEx and use the same code. The password for both is 0238.

To facilitate an orderly presentation, members of the public who wish to participate in the WebEx question-and-answer session or make comments to the commission during a WebEx hearing shall register by sending their first and last name, phone number, and email address to pscinfo@psc.mo.gov, or by calling 1.800.392.4211 by 5 p.m. the day before the hearing.

Ameren Missouri's Community Solar program enables your home or small business to support renewable energy in Missouri through an easy monthly subscription. Learn more at AmerenMissouri.com/CommunitySolar.

**Auto Pay Makes Paying Bills Easier.** To enroll, go to AmerenMissouri.com or call 1.800.552.7583 to request an enrollment form.



00832 2431622 003119 006237 0002/0004

**BUDGET FOR 2026**



with a free consultation from an Ameren Missouri Energy Advisor. Create a cost-saving strategy for your business.
Visit AmerenMissouri.com/SmartEnergyPartner.


**Ameren**
*MISSOURI*

- Pay by phone: 1.866.268.3729
- Pay by mail: PO Box 88068, Chicago, IL 60680-1068
- Pay online or manage your account: AmerenMissouri.com
- Customer Service: 1.877.426.3736

*FOCUSED ENERGY. For life.*



## SMELL GAS? LEAVE FAST!

And then call us at 1.800.552.7583.





## Natural Gas Leak SIGNS

- **SEE:** Unusual dead vegetation, blowing dirt or bubbling water
- **HEAR:** Hissing or roaring sounds
- **SMELL:** Rotten eggs



Ameren.com/NaturalGasSafety

**Questions?** Contact Ameren Missouri at **1.877.426.3736** or visit **AmerenMissouri.com**.



▥ Pay by phone: 1.866.268.3729
▥ Pay by mail: PO Box 88068, Chicago, IL 60680-1068
▥ Pay online or manage your account: AmerenMissouri.com
▥ Customer Service: 1.877.426.3736

**FOCUSED ENERGY.** *For life.*

| | |
|---|---|
| Account Number **0631004874** | |
| Customer Name   CHIPPEWA CENTER LLC | |
|                 C/O JARED ENTERPRISES INC | |
| Service Address   7057 CHIPPEWA, | |
|                   STR 208 SHREWSBURY | |
|                   SAINT LOUIS, MO 63119 | |

**AMOUNT DUE**      **$1,141.47**

**Due Date**        **11/10/2025**

### Current Detail for Statement 10/20/2025

| | |
|---|---|
| Total Electric Charges | $1,141.47 |
| **Total Amount Due** | **$1,141.47** |

| | |
|---|---|
| Amount After Due Date | $1,152.88 |
| Previous Statement | $1,946.32 |
| Total Payments | $1,946.32 |
| *Payment Received. Thank You.* | |

### Electric Usage History

**Electric Usage in Kilowatt Hours (kWh)**

| Month | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Temp | 66°F | 57°F | 40°F | 33°F | 32°F | 45°F | 54°F | 64°F | 69°F | 81°F | 81°F | 71°F | 69°F |

Average Monthly Temperature (°F)

**Electric Usage Summary (kWh)**

So far this year you're using **25.5% less** than the same time period last year.

| | |
|---|---|
| 2024 | **87,000** kWh |
| 2025 | **64,800** kWh |

### Electric Service Details
**Service from 09/17/2025 - 10/16/2025 (29 days)**

**Electric Meter Read**

| METER NUMBER | SERVICE FROM - TO | NO. DAYS | USAGE TYPE | READING TYPE | CURRENT READING | PREVIOUS READING | READING DIFFERENCE | MULTIPLIER | USAGE |
|---|---|---|---|---|---|---|---|---|---|
| 44215238 | 09/17 - 10/16 | 29 | Total kWh | Actual | 2503.0000 | 2488.0000 | 15.0000 | 300.0000 | 4500.0000 |
| 44215238 | 09/17 - 10/16 | 29 | On Peak kWh | Actual | 878.0000 | 873.0000 | 5.0000 | 300.0000 | 1500.0000 |

» See next page for service details.

Keep this portion for your records.

Page 1 of 4

---

Please return this portion with your payment.



☐  Check if you have address changes on back.

| Amount Due | Due Date |
|---|---|
| **$1,141.47** | November 10, 2025 |

| Delinquent Amount After Due Date | Account Number |
|---|---|
| $1,152.88 | 0631004874 |

Amount Enclosed $ _____

CHIPPEWA CENTER LLC
C/O JARED ENTERPRISES INC
2870 S INGRAM MILL RD STE A
SPRINGFIELD, MO 65804-4127

**AMEREN MISSOURI**
P.O. BOX 88068
CHICAGO, IL 60680-1068

10600000  000631004870 4  00000 1141470  00000 1141470



**Ameren**
**MISSOURI**

- Pay by phone: 1.866.268.3729
- Pay by mail: PO Box 88068, Chicago, IL 60680-1068
- Pay online or manage your account: AmerenMissouri.com
- Customer Service: 1.877.426.3736

*FOCUSED ENERGY. For Life.*

## Electric Service Details (Continued)

| METER NUMBER | SERVICE FROM - TO | NO. DAYS | USAGE TYPE | READING TYPE | CURRENT READING | PREVIOUS READING | READING DIFFERENCE | MULTIPLIER | USAGE |
|---|---|---|---|---|---|---|---|---|---|
| 44215238 | 09/17 - 10/16 | 29 | Off Peak kW | Actual | 0.0220 | 0.0000 | 0.0220 | 300.0000 | 6.6000 |
| 44215238 | 09/17 - 10/16 | 29 | On Peak kW | Actual | 0.0220 | 0.0000 | 0.0220 | 300.0000 | 6.6000 |

### Usage Summary

| | | | |
|---|---|---|---|
| Total kWh | 4500.0000 | Summer kWh | 2017.0000 |
| Non-Summer kWh | 2483.0000 | Peak kW | 6.6000 |
| On-Peak kW | 6.6000 | Off-Peak kW | 6.6000 |
| Sec. Energy Block kW | 6.6000 | Billing Demand | 6.6000 |
| Total Billing Demand | 100.0000 | Summer Billing Demand | 44.8300 |
| Winter Billing Demand | 55.1700 | Current Base Demand | 6.6000 |
| Base kWh Ratio | 1.0000 | Base kWh (HUD) | 2483.0000 |
| Seasonal kWh (HUD) | 0.0000 | October Base Demand | 6.6000 |

**Questions?** Contact Ameren Missouri at **1.877.426.3736** or visit **AmerenMissouri.com**.

**Address Changes or Corrections**

Name _____

Address _____

City, State, Zip _____

Phone Number _____

**AmerenMissouri.com/WaysToPay**

 ONLINE
E-CHECK

 PHONE
866.268.3729

 IN PERSON
FIND A PAY STATION AT
AMERENMISSOURI.COM/
PAYSTATION

ONLINE
CREDIT CARD

 MAIL
STUB & CHECK



| | | | AMOUNT DUE | $1,141.47 |
|---|---|---|---|---|
| ░ Pay by phone: 1.866.268.3729 | | | **Due Date** | **11/10/2025** |
| ░ Pay by mail: PO Box 88068, Chicago, IL 60680-1068 | | | Account Number | 0631004874 |
| ░ Pay online or manage your account: AmerenMissouri.com | | | Service Address | 7057 CHIPPEWA, |
| ░ Customer Service: 1.877.426.3736 | | | | STR 208 SHREWSBURY |

**Ameren MISSOURI**

## Electric Service Details (Continued)

## Rate 3M Large General Service

Secondary Srvc Off-Pk Demand Rider          Secondary Srvc Off-Pk Demand Rider

| DESCRIPTION | USAGE | UNIT | | RATE | CHARGE |
|---|---|---|---|---|---|
| Seasonal Energy Charge | 0.00 | kWh | @ | $ 0.04530000 | $0.00 |
| Summer Demand Charge | 44.83 | kW | @ | $ 7.43000000 | $333.09 |
| Winter Demand Charge | 55.17 | kW | @ | $ 2.76000000 | $152.27 |
| Energy Charge/Hours Used | 444.00 | kWh | @ | $ 0.12330000 | $54.75 |
| Energy Charge/Hours Used | 592.00 | kWh | @ | $ 0.09270000 | $54.88 |
| Energy Charge/Hours Used | 981.00 | kWh | @ | $ 0.06240000 | $61.21 |
| Base Energy Charge / Hours Used | 546.00 | kWh | @ | $ 0.07740000 | $42.26 |
| Base Energy Charge / Hours Used | 728.00 | kWh | @ | $ 0.05750000 | $41.86 |
| Base Energy Charge / Hours Used | 1,209.00 | kWh | @ | $ 0.04530000 | $54.77 |
| Customer Charge | | | | | $122.98 |
| Fuel Adjustment Charge | 4,500.00 | kWh | @ | $ 0.00343446 | $15.46 |
| Energy Efficiency Investment Charge | 4,500.00 | kWh | @ | $ 0.00262800 | $11.83 |
| Renewable Energy Adjustment | 4,500.00 | kWh | @ | $ 0.00133000 | $5.99 |
| Rush Island Retirement Cost | 4,500.00 | kWh | @ | $ 0.00149241 | $6.72 |
| | | | **Total Service Amount** | | **$958.07** |

| DESCRIPTION | USAGE | UNIT | | RATE | CHARGE |
|---|---|---|---|---|---|
| Missouri State Sales Tax | $958.07 | | @ | $ 0.04225000 | $40.48 |
| Missouri Local Sales Tax | $958.07 | | @ | $ 0.05454000 | $52.25 |
| St. Louis City Municipal Charge - Service | $958.07 | | @ | $ 0.09464000 | $90.67 |
| | | | **Total Tax Related Charges** | | **$183.40** |
| | | | **Total Electric Charges** | | **$1,141.47** |

## Payments Since Previous Statement

| DATE RECEIVED | AMOUNT |
|---|---|
| October 14, 2025 | $1,946.32 |

### Account Messages

A late payment charge of 1% will be added for any unpaid balance on all accounts after the due date.

Summer Electric Rates - June through September; Winter Electric Rates - October through May.
Please note: If your billing period for this statement spans both Summer and Winter seasons, you will see prorated charges that reflect the different rates for each season.

### Rush Island Retirement Cost

Ameren Missouri is acting as the servicer for this Public Service Commission-approved charge for an assignee, who owns the rights to the securitized utility tariff charges related to the Rush Island Energy Center retirement. Based on projections, customers are expected to save about $85 million over a 15-year period versus standard rates.



**MISSOURI**

- ▨ Pay by phone:  1.866.268.3729
- ▨ Pay by mail:  PO Box 88068, Chicago, IL 60680-1068
- ▨ Pay online or manage your account:  AmerenMissouri.com
- ▨ Customer Service:  1.877.426.3736

*FOCUSED ENERGY. for life.*

---

## Account Messages (Continued)

**Virtual Local Public Hearing Notice**

Ameren Missouri requested permission from the Missouri Public Service Commission to build a natural gas and battery storage facility in Jefferson County.

A virtual public hearing will be held on October 30, 2025, at 6:00 p.m. To attend by phone, call 1.650.479.3207 and use code: 2861 760 0841, followed by #. To attend by video, access WebEx and use the same code. The password for both is 0238.

To facilitate an orderly presentation, members of the public who wish to participate in the WebEx question-and-answer session or make comments to the commission during a WebEx hearing shall register by sending their first and last name, phone number, and email address to pscinfo@psc.mo.gov, or by calling 1.800.392.4211 by 5 p.m. the day before the hearing.

**Auto Pay Makes Paying Bills Easier.** To enroll, go to AmerenMissouri.com or call 1.800.552.7583 to request an enrollment form.

---



**BUDGET FOR 2026**

with a free consultation from an Ameren Missouri Energy Advisor. Create a cost-saving strategy for your business. **Visit AmerenMissouri.com/SmartEnergyPartner.**



---



MISSOURI

- Pay by phone: 1.866.268.3729
- Pay by mail: PO Box 88068, Chicago, IL 60680-1068
- Pay online or manage your account: AmerenMissouri.com
- Customer Service: 1.877.426.3736

**FOCUSED ENERGY. For life.**

**Account Number** 8986805134
**Customer Name** CHIPPEWA CENTER LLC
C/O JARED ENTERPRISES INC
**Service Address** 7057 CHIPPEWA ST,
LITE PARKING
SAINT LOUIS, MO 63119

| AMOUNT DUE | $767.18 |
|---|---|
| **Due Date** | **10/10/2025** |
| Amount After Due Date | $775.70 |
| Previous Statement | $687.51 |
| Total Payments | $687.51 |

*Payment Received. Thank You.*

### Current Detail for Statement 09/19/2025

| Total Electric Charges | $767.18 |
|---|---|
| **Total Amount Due** | **$767.18** |

### Electric Usage History

**Electric Usage in Kilowatt Hours (kWh)**

| | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 73°F | 66°F | 57°F | 40°F | 33°F | 32°F | 45°F | 54°F | 64°F | 69°F | 81°F | 81°F | 71°F |

Average Monthly Temperature (°F)

**Electric Usage Summary (kWh)**

So far this year you're using 2.4% less than the same time period last year.

2024 **42,295 kWh**

2025 **41,261 kWh**



**Keeping You Informed.**
Update your account information so we can contact you when crews are working in your neighborhood. Fill out the slip and mail it in or update your online account. Don't have an online account? Sign up today at **AmerenMissouri.com**.

» See next page for service details.

Keep this portion for your records.

Page 1 of 4


MISSOURI

☐ Check if you have address changes on back.

Please return this portion with your payment.

| Amount Due | Due Date |
|---|---|
| **$767.18** | October 10, 2025 |
| **Delinquent Amount After Due Date** | **Account Number** |
| $775.70 | 8986805134 |

Amount Enclosed $ _____

CHIPPEWA CENTER LLC
C/O JARED ENTERPRISES INC
2870 S INGRAM MILL RD STE A
SPRINGFIELD, MO 65804-4127

**AMEREN MISSOURI**
P.O. BOX 88068
CHICAGO, IL 60680-1068

20633000 0089868051304 000000767180 000000767180


**Ameren**
**MISSOURI**

⊠ Pay by phone:  1.866.268.3729
⊠ Pay by mail:  PO Box 88068, Chicago, IL 60680-1068
⊠ Pay online or manage your account:  AmerenMissouri.com
⊠ Customer Service:  1.877.426.3736

*FOCUSED ENERGY. For life.*

## Electric Service Details — Service from 08/18/2025 - 09/17/2025 (30 days)

**Electric Meter Read**

| METER NUMBER | SERVICE FROM - TO | NO. DAYS | USAGE TYPE | READING TYPE | CURRENT READING | PREVIOUS READING | READING DIFFERENCE | MULTIPLIER | USAGE |
|---|---|---|---|---|---|---|---|---|---|
| 70832880 | 08/18 - 09/17 | 30 | Total kWh | Actual | 235979.0000 | 231759.0000 | 4220.0000 | 1.0000 | 4220.0000 |
| 70832880 | 08/18 - 09/17 | 30 | Peak kW | Actual | 13.3550 | 0.0000 | 13.3550 | 1.0000 | 13.3550 |

**Usage Summary**

| | | | |
|---|---|---|---|
| Total kWh | 4220.0000 | Summer kWh | 4220.0000 |
| Winter Base kWh | 3962.0000 | Current Base kWh | 3962.0000 |
| Summer Cur Base kWh | 3962.0000 | Seasonal kWh | 258.0000 |
| Summer Seasonal kWh | 258.0000 | | |

## Rate 2M Sm Gen Svc - 3 Ph w/Dmd

Threshold - Peak Demand

| DESCRIPTION | USAGE | UNIT | | RATE | CHARGE |
|---|---|---|---|---|---|
| Summer Total Energy Charge | 4,220.00 | kWh | @ | $ 0.13460000 | $568.01 |
| Seasonal Energy Charge | 0.00 | kWh | @ | $ 0.05810000 | $0.00 |
| Customer Charge | | | | | $25.99 |
| Fuel Adjustment Charge | 4,220.00 | kWh | @ | $ 0.00360000 | $15.19 |
| Energy Efficiency Investment Charge | 4,220.00 | kWh | @ | $ 0.00281900 | $11.90 |
| Renewable Energy Adjustment | 4,220.00 | kWh | @ | $ 0.00133000 | $5.61 |
| Rush Island Retirement Cost | 4,220.00 | kWh | @ | $ 0.00200000 | $8.44 |
| | | | | **Total Service Amount** | **$635.14** |
| DESCRIPTION | USAGE | UNIT | | RATE | CHARGE |
| Missouri State Sales Tax | $635.14 | | @ | $ 0.04225000 | $26.83 |
| Missouri Local Sales Tax | $635.14 | | @ | $ 0.05454000 | $34.64 |
| St. Louis City Municipal Charge - Service | $635.14 | | @ | $ 0.11111000 | $70.57 |
| | | | | **Total Tax Related Charges** | **$132.04** |
| | | | | **Total Electric Charges** | **$767.18** |

**Questions?** Contact Ameren Missouri at **1.877.426.3736** or visit **AmerenMissouri.com**.

Page 2 of 4

**Address Changes or Corrections**

AmerenMissouri.com/WaysToPay

Name _____
Address _____
City, State, Zip _____
Phone Number _____

 ONLINE
E-CHECK

 PHONE
866.268.3729

 IN PERSON
FIND A PAY STATION AT
AMERENMISSOURI.COM/
PAYSTATION

 ONLINE
CREDIT CARD

 MAIL
STUB & CHECK



**Ameren**
*MISSOURI*

- Pay by phone: 1.866.268.3729
- Pay by mail: PO Box 88068, Chicago, IL 60680-1068
- Pay online or manage your account: AmerenMissouri.com
- Customer Service: 1.877.426.3736

| AMOUNT DUE | $767.18 |
|---|---|
| **Due Date** | **10/10/2025** |
| Account Number | 8986805134 |
| Service Address | 7057 CHIPPEWA ST, LITE PARKING |

## Payments Since Previous Statement

| DATE RECEIVED | AMOUNT |
|---|---|
| September 12, 2025 | $687.51 |

### Account Messages

A late payment charge of 1% will be added for any unpaid balance on all accounts after the due date.

Summer Electric Rates - June through September; Winter Electric Rates - October through May.
Please note: If your billing period for this statement spans both Summer and Winter seasons, you will see prorated charges that reflect the different rates for each season.

**Rush Island Retirement Cost**
Ameren Missouri is acting as the servicer for this Public Service Commission-approved charge for an assignee, who owns the rights to the securitized utility tariff charges related to the Rush Island Energy Center retirement. Based on projections, customers are expected to save about $85 million over a 15-year period versus standard rates.

Ameren Missouri's Community Solar program enables your home or small business to support renewable energy in Missouri through an easy monthly subscription. Learn more at AmerenMissouri.com/CommunitySolar.

Seasonal Rate Change - Your electric usage from October 1st through May 31st will be billed at the winter rate which reflects the lower cost of generating electric power in the winter. Look for ways to save energy and money by visiting AmerenMissouri.com/EnergyEfficiency for tips and rebates.

**Auto Pay Makes Paying Bills Easier.** To enroll, go to AmerenMissouri.com or call 1.800.552.7583 to request an enrollment form.

00961 2423188 003519 007037 0004/0004

## SO MANY WAYS TO  SAVE

  

Visit AmerenMissouri.com/BizSavers



HVAC, commercial cooking and electric water heaters are **energy-efficient upgrades that earn you cash incentives.** Updated technology helps the environment and offers you savings on your energy usage.



Set up an
**ELECTRIC COST THRESHOLD AND HIGH USAGE**
ALERT
to help you monitor your usage and energy bill costs.



Learn more at **Ameren.com/Alerts**





Pay by phone:  1.866.268.3729
Pay by mail:  PO Box 88068, Chicago, IL 60680-1068
Pay online or manage your account:  AmerenMissouri.com
Customer Service:  1.877.426.3736

**FOCUSED ENERGY.** *For life.*

# Page Left Blank Intentionally



**MISSOURI**

- Pay by phone: 1.866.268.3729
- Pay by mail: PO Box 88068, Chicago, IL 60680-1068
- Pay online or manage your account: AmerenMissouri.com
- Customer Service: 1.877.426.3736

**FOCUSED ENERGY.** *For life.*

| | |
|---|---|
| **Account Number** 0631004874 | |
| Customer Name CHIPPEWA CENTER LLC | |
| C/O JARED ENTERPRISES INC | |
| Service Address 7057 CHIPPEWA, | |
| STR 208 SHREWSBURY | |
| SAINT LOUIS, MO 63119 | |

**AMOUNT DUE**       **$1,946.32**

**Due Date**       **10/10/2025**

### Current Detail for Statement 09/19/2025

| | |
|---|---|
| Total Electric Charges | $1,946.32 |
| **Total Amount Due** | **$1,946.32** |

| | |
|---|---|
| Amount After Due Date | $1,965.78 |
| Previous Statement | $2,053.18 |
| Total Payments | $2,053.18 |
| *Payment Received. Thank You.* | |

### Electric Usage History

**Electric Usage in Kilowatt Hours (kWh)**

| | SEP 73°F | OCT 66°F | NOV 57°F | DEC 40°F | JAN 33°F | FEB 32°F | MAR 45°F | APR 54°F | MAY 64°F | JUN 69°F | JUL 81°F | AUG 81°F | SEP 71°F |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Average Monthly Temperature (°F)

**Electric Usage Summary (kWh)**

So far this year you're using **24.2% less** than the same time period last year.

| 2024 | **79,500 kWh** |
|---|---|
| 2025 | **60,300 kWh** |

### Electric Service Details                    Service from 08/18/2025 - 09/17/2025 (30 days)

**Electric Meter Read**

| METER NUMBER | SERVICE FROM - TO | NO. DAYS | USAGE TYPE | READING TYPE | CURRENT READING | PREVIOUS READING | READING DIFFERENCE | MULTIPLIER | USAGE |
|---|---|---|---|---|---|---|---|---|---|
| 44215238 | 08/18 - 09/17 | 30 | Total kWh | Actual | 2488.0000 | 2463.0000 | 25.0000 | 300.0000 | 7500.0000 |
| 44215238 | 08/18 - 09/17 | 30 | On Peak kWh | Actual | 873.0000 | 864.0000 | 9.0000 | 300.0000 | 2700.0000 |



» See next page for service details.

Keep this portion for your records.

Page 1 of 4

---

Please return this portion with your payment.



**MISSOURI**

☐   Check if you have address changes on back.

| **Amount Due** | **Due Date** |
|---|---|
| **$1,946.32** | October 10, 2025 |
| **Delinquent Amount After Due Date** | **Account Number** |
| $1,965.78 | 0631004874 |

Amount Enclosed $ _____

>000961 2423188 0001 092139 20Z
00961 2 MB 0.67 MIX 630
CHIPPEWA CENTER LLC
C/O JARED ENTERPRISES INC
2870 S INGRAM MILL RD STE A
SPRINGFIELD, MO 65804-4127

**AMEREN MISSOURI**
P.O. BOX 88068
CHICAGO, IL 60680-1068

90600000 0006310048704 000001946320 000001946320



≋ Pay by phone: 1.866.268.3729
≋ Pay by mail: PO Box 88068, Chicago, IL 60680-1068
≋ Pay online or manage your account: AmerenMissouri.com
≋ Customer Service: 1.877.426.3736

*FOCUSED ENERGY. For life.*

## Electric Service Details (Continued)

| METER NUMBER | SERVICE FROM - TO | NO. DAYS | USAGE TYPE | READING TYPE | CURRENT READING | PREVIOUS READING | READING DIFFERENCE | MULTIPLIER | USAGE |
|---|---|---|---|---|---|---|---|---|---|
| 44215238 | 08/18 - 09/17 | 30 | Off Peak kW | Actual | 0.0490 | 0.0000 | 0.0490 | 300.0000 | 14.7000 |
| 44215238 | 08/18 - 09/17 | 30 | On Peak kW | Actual | 0.0500 | 0.0000 | 0.0500 | 300.0000 | 15.0000 |

### Usage Summary

| | | | |
|---|---|---|---|
| Total kWh | 7500.0000 | Summer kWh | 7500.0000 |
| Peak kW | 15.0000 | On-Peak kW | 15.0000 |
| Off-Peak kW | 14.7000 | Sec. Energy Block kW | 15.0000 |
| Billing Demand | 15.0000 | Total Billing Demand | 100.0000 |
| Summer Billing Demand | 100.0000 | October Winter Base kW | 100.0000 |
| Winter Base Demand | 15.0000 | Base kWh Ratio | 1.0000 |
| Base kWh (HUD) | 0.0000 | Seasonal kWh (HUD) | 0.0000 |

## Rate 3M Large General Service

Secondary Srvc Off-Pk Demand Rider          Secondary Srvc Off-Pk Demand Rider

| DESCRIPTION | USAGE | UNIT | | RATE | CHARGE |
|---|---|---|---|---|---|
| Seasonal Energy Charge | 0.00 | kWh | @ | $ 0.04530000 | $0.00 |
| Summer Demand Charge | 100.00 | kW | @ | $ 7.43000000 | $743.00 |
| Energy Charge/Hours Used | 2,250.00 | kWh | @ | $ 0.12330000 | $277.43 |
| Energy Charge/Hours Used | 3,000.00 | kWh | @ | $ 0.09270000 | $278.10 |
| Energy Charge/Hours Used | 2,250.00 | kWh | @ | $ 0.06240000 | $140.40 |
| Customer Charge | | | | | $122.98 |
| Fuel Adjustment Charge | 7,500.00 | kWh | @ | $ 0.00360000 | $27.00 |
| Energy Efficiency Investment Charge | 7,500.00 | kWh | @ | $ 0.00262800 | $19.71 |
| Renewable Energy Adjustment | 7,500.00 | kWh | @ | $ 0.00133000 | $9.98 |
| Rush Island Retirement Cost | 7,500.00 | kWh | @ | $ 0.00200000 | $15.00 |
| | | | | **Total Service Amount** | **$1,633.60** |

**Questions?** Contact Ameren Missouri at **1.877.426.3736** or visit **AmerenMissouri.com**.

### Address Changes or Corrections

Name _____
Address _____
City, State, Zip _____
Phone Number _____

AmerenMissouri.com/WaysToPay

 ONLINE E-CHECK

 PHONE 866.268.3729

 IN PERSON FIND A PAY STATION AT AMERENMISSOURI.COM/ PAYSTATION

 ONLINE CREDIT CARD

 MAIL STUB & CHECK


**Ameren**
**MISSOURI**

≋ Pay by phone: 1.866.268.3729
≋ Pay by mail: PO Box 88068, Chicago, IL 60680-1068
≋ Pay online or manage your account: AmerenMissouri.com
≋ Customer Service: 1.877.426.3736

| | |
|---|---|
| **Due Date** | **10/10/2025** |
| Account Number | 0631004874 |
| Service Address | 7057 CHIPPEWA, |
| | STR 208 SHREWSBURY |

## Electric Service Details (Continued)

| DESCRIPTION | USAGE | UNIT | | RATE | CHARGE |
|---|---|---|---|---|---|
| Missouri State Sales Tax | $1,633.60 | | @ | $ 0.04225000 | $69.02 |
| Missouri Local Sales Tax | $1,633.60 | | @ | $ 0.05454000 | $89.10 |
| St. Louis City Municipal Charge - Service | $1,633.60 | | @ | $ 0.09464000 | $154.60 |
| | | | | **Total Tax Related Charges** | **$312.72** |
| | | | | **Total Electric Charges** | **$1,946.32** |

## Payments Since Previous Statement

| DATE RECEIVED | AMOUNT |
|---|---|
| September 12, 2025 | $2,053.18 |



### Account Messages

A late payment charge of 1% will be added for any unpaid balance on all accounts after the due date.

Summer Electric Rates - June through September; Winter Electric Rates - October through May.
Please note: If your billing period for this statement spans both Summer and Winter seasons, you will see prorated charges that reflect the different rates for each season.

**Rush Island Retirement Cost**
Ameren Missouri is acting as the servicer for this Public Service Commission-approved charge for an assignee, who owns the rights to the securitized utility tariff charges related to the Rush Island Energy Center retirement. Based on projections, customers are expected to save about $85 million over a 15-year period versus standard rates.

Seasonal Rate Change - Your electric usage from October 1st through May 31st will be billed at the winter rate which reflects the lower cost of generating electric power in the winter. Look for ways to save energy and money by visiting AmerenMissouri.com/EnergyEfficiency for tips and rebates.

**Auto Pay Makes Paying Bills Easier.** To enroll, go to AmerenMissouri.com or call 1.800.552.7583 to request an enrollment form.

00961 2423188 003517 007033 0002/0004

**SO MANY WAYS TO** SAVE   Visit AmerenMissouri.com/BizSavers

  

HVAC, commercial cooking and electric water heaters are **energy-efficient upgrades that earn you cash incentives.** Updated technology helps the environment and offers you savings on your energy usage.

 



Pay by phone:  1.866.268.3729
Pay by mail:  PO Box 88068, Chicago, IL 60680-1068
Pay online or manage your account:  AmerenMissouri.com
Customer Service:  1.877.426.3736

**FOCUSED ENERGY.** *For life.*

# Page Left Blank Intentionally



**Ameren**
**MISSOURI**

- Pay by phone: 1.866.268.3729
- Pay by mail: PO Box 88068, Chicago, IL 60680-1068
- Pay online or manage your account: AmerenMissouri.com
- Customer Service: 1.877.426.3736

*FOCUSED ENERGY. For life.*

---

**Account Number** 0631004874
**Customer Name** CHIPPEWA CENTER LLC
C/O JARED ENTERPRISES INC
**Service Address** 7057 CHIPPEWA,
STR 208 SHREWSBURY
SAINT LOUIS, MO 63119

| **AMOUNT DUE** | **$2,053.18** |
|---|---|

**Due Date** 09/11/2025

| Amount After Due Date | $2,073.71 |
|---|---|
| Previous Statement | $2,099.19 |
| Total Payments | $2,099.19 |

*Payment Received. Thank You.*

### Current Detail for Statement 08/20/2025

| | |
|---|---|
| Total Electric Charges | $2,053.18 |
| **Total Amount Due** | **$2,053.18** |

### Electric Usage History

**Electric Usage in Kilowatt Hours (kWh)**

| | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| °F | 78°F | 73°F | 66°F | 57°F | 40°F | 33°F | 32°F | 45°F | 54°F | 64°F | 69°F | 81°F | 81°F |

Average Monthly Temperature (°F)

**Electric Usage Summary (kWh)**

So far this year you're using 24.1% less than the same time period last year.

2024 — **69,600** kWh

2025 — **52,800** kWh

### Electric Service Details                Service from 07/20/2025 - 08/18/2025 (29 days)

**Electric Meter Read**

| METER NUMBER | SERVICE FROM - TO | NO. DAYS | USAGE TYPE | READING TYPE | CURRENT READING | PREVIOUS READING | READING DIFFERENCE | MULTIPLIER | USAGE |
|---|---|---|---|---|---|---|---|---|---|
| 44215238 | 07/20 - 08/18 | 29 | Total kWh | Actual | 2463.0000 | 2433.0000 | 30.0000 | 300.0000 | 9000.0000 |
| 44215238 | 07/20 - 08/18 | 29 | On Peak kWh | Actual | 864.0000 | 853.0000 | 11.0000 | 300.0000 | 3300.0000 |



» See next page for service details.

Keep this portion for your records.

Page 1 of 4

---

Please return this portion with your payment.



**Ameren**
**MISSOURI**

☐ Check if you have address changes on back.

| **Amount Due** | **Due Date** |
|---|---|
| **$2,053.18** | September 11, 2025 |

| **Delinquent Amount After Due Date** | **Account Number** |
|---|---|
| $2,073.71 | 0631004874 |

Amount Enclosed $ _____

>000907 2414399 0001 092139 20Z
00907 2 MB 0.67 MIX 630
CHIPPEWA CENTER LLC
C/O JARED ENTERPRISES INC
2870 S INGRAM MILL RD STE A
SPRINGFIELD, MO 65804-4127

**AMEREN MISSOURI**
P.O. BOX 88068
CHICAGO, IL 60680-1068

90600000 000631004870L 000002053180 000002053180



## Ameren
### MISSOURI

- Pay by phone: 1.866.268.3729
- Pay by mail: PO Box 88068, Chicago, IL 60680-1068
- Pay online or manage your account: AmerenMissouri.com
- Customer Service: 1.877.426.3736

*FOCUSED ENERGY. For life.*

## Electric Service Details (Continued)

| METER NUMBER | SERVICE FROM - TO | NO. DAYS | USAGE TYPE | READING TYPE | CURRENT READING | PREVIOUS READING | READING DIFFERENCE | MULTIPLIER | USAGE |
|---|---|---|---|---|---|---|---|---|---|
| 44215238 | 07/20 - 08/18 | 29 | Off Peak kW | Actual | 0.0460 | 0.0000 | 0.0460 | 300.0000 | 13.8000 |
| 44215238 | 07/20 - 08/18 | 29 | On Peak kW | Actual | 0.0460 | 0.0000 | 0.0460 | 300.0000 | 13.8000 |

### Usage Summary

| | | | |
|---|---|---|---|
| Total kWh | 9000.0000 | Summer kWh | 9000.0000 |
| Peak kW | 13.8000 | On-Peak kW | 13.8000 |
| Off-Peak kW | 13.8000 | Sec. Energy Block kW | 13.8000 |
| Billing Demand | 13.8000 | Total Billing Demand | 100.0000 |
| Summer Billing Demand | 100.0000 | October Winter Base kW | 100.0000 |
| Winter Base Demand | 13.8000 | Base kWh Ratio | 1.0000 |
| Base kWh (HUD) | 0.0000 | Seasonal kWh (HUD) | 0.0000 |

## Rate 3M Large General Service

Secondary Srvc Off-Pk Demand Rider          Secondary Srvc Off-Pk Demand Rider

| DESCRIPTION | USAGE | UNIT | | RATE | CHARGE |
|---|---|---|---|---|---|
| Seasonal Energy Charge | 0.00 | kWh | @ | $ 0.04359305 | $0.00 |
| Summer Demand Charge | 100.00 | kW | @ | $ 7.43000000 | $743.00 |
| Energy Charge/Hours Used | 2,070.00 | kWh | @ | $ 0.12330000 | $255.23 |
| Energy Charge/Hours Used | 2,760.00 | kWh | @ | $ 0.09270000 | $255.85 |
| Energy Charge/Hours Used | 4,170.00 | kWh | @ | $ 0.06240000 | $260.21 |
| Customer Charge | | | | | $122.98 |
| Fuel Adjustment Charge | 9,000.00 | kWh | @ | $ 0.00360000 | $32.40 |
| Energy Efficiency Investment Charge | 9,000.00 | kWh | @ | $ 0.00262800 | $23.65 |
| Renewable Energy Adjustment | 9,000.00 | kWh | @ | $ 0.00133000 | $11.97 |
| Rush Island Retirement Cost | 9,000.00 | kWh | @ | $ 0.00200000 | $18.00 |
| | | | **Total Service Amount** | | **$1,723.29** |

**Questions?** Contact Ameren Missouri at **1.877.426.3736** or visit **AmerenMissouri.com**.

### Address Changes or Corrections

Name _____

Address _____

City, State, Zip _____

Phone Number _____

AmerenMissouri.com/WaysToPay

 ONLINE
E-CHECK

 ONLINE
CREDIT CARD

 PHONE
866.268.3729

 MAIL
STUB & CHECK

 IN PERSON
FIND A PAY STATION AT
AMERENMISSOURI.COM/
PAYSTATION



**Ameren**
**MISSOURI**

- Pay by phone: 1.866.268.3729
- Pay by mail: PO Box 88068, Chicago, IL 60680-1068
- Pay online or manage your account: AmerenMissouri.com
- Customer Service: 1.877.426.3736

| AMOUNT DUE | $2,053.18 |
| --- | --- |
| **Due Date** | **09/11/2025** |
| Account Number | 0631004874 |
| Service Address | 7057 CHIPPEWA, STR 208 SHREWSBURY |

## Electric Service Details (Continued)

| DESCRIPTION | USAGE | UNIT | | RATE | CHARGE |
| --- | --- | --- | --- | --- | --- |
| Missouri State Sales Tax | $1,723.29 | | @ | $ 0.04225000 | $72.81 |
| Missouri Local Sales Tax | $1,723.29 | | @ | $ 0.05454000 | $93.99 |
| St. Louis City Municipal Charge - Service | $1,723.29 | | @ | $ 0.09464000 | $163.09 |
| | | | | **Total Tax Related Charges** | **$329.89** |
| | | | | **Total Electric Charges** | **$2,053.18** |

## Payments Since Previous Statement

| DATE RECEIVED | AMOUNT |
| --- | --- |
| August 13, 2025 | $2,099.19 |

### Account Messages

A late payment charge of 1% will be added for any unpaid balance on all accounts after the due date.

Summer Electric Rates - June through September; Winter Electric Rates - October through May.
Please note: If your billing period for this statement spans both Summer and Winter seasons, you will see prorated charges that reflect the different rates for each season.

**Rush Island Retirement Cost**
Ameren Missouri is acting as the servicer for this Public Service Commission-approved charge for an assignee, who owns the rights to the securitized utility tariff charges related to the Rush Island Energy Center retirement. Based on projections, customers are expected to save about $85 million over a 15-year period versus standard rates.

**Auto Pay Makes Paying Bills Easier.** To enroll, go to AmerenMissouri.com or call 1.800.552.7583 to request an enrollment form.

00907 2414399 003276 006551 0002/0004

## SAVE MONEY and GO GREEN with Expert Help

It's easy to get started and start saving when you meet with our Energy Advisors. The right approach to energy can benefit your business.
AmerenMissouri.com/SmartEnergyPartner



**Questions?** Contact Ameren Missouri at **1.877.426.3736** or visit **AmerenMissouri.com**.

Page 3 of 4



▓ Pay by phone: 1.866.268.3729
▓ Pay by mail: PO Box 88068, Chicago, IL 60680-1068
▓ Pay online or manage your account: AmerenMissouri.com
▓ Customer Service: 1.877.426.3736

FOCUSED ENERGY. *For Life.*

# Page Left Blank Intentionally

Questions? Contact Ameren Missouri at **1.877.426.3736** or visit **AmerenMissouri.com**.

Page 4 of 4

# Ameren
## MISSOURI

- Pay by phone: 1.866.268.3729
- Pay by mail: PO Box 88068, Chicago, IL 60680-1068
- Pay online or manage your account: AmerenMissouri.com
- Customer Service: 1.877.426.3736

**FOCUSED ENERGY.** *For life.*

| | |
|---|---|
| **Account Number** | **8986805134** |
| Customer Name | CHIPPEWA CENTER LLC |
| | C/O JARED ENTERPRISES INC |
| Service Address | 7057 CHIPPEWA ST, |
| | LITE PARKING |
| | SAINT LOUIS, MO 63119 |

**AMOUNT DUE**     **$687.51**

**Due Date**     **09/11/2025**

| | |
|---|---|
| Amount After Due Date | $695.15 |

### Current Detail for Statement 08/20/2025

| | |
|---|---|
| Total Electric Charges | $687.51 |
| **Total Amount Due** | **$687.51** |

| | |
|---|---|
| Previous Statement | $717.32 |
| Total Payments | $717.32 |

*Payment Received. Thank You.*

### Electric Usage History

**Electric Usage in Kilowatt Hours (kWh)**

| | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Temp | 78°F | 73°F | 66°F | 57°F | 40°F | 33°F | 32°F | 45°F | 54°F | 64°F | 69°F | 81°F | 81°F |

Average Monthly Temperature (°F)

**Electric Usage Summary (kWh)**

So far this year you're using 2.4% less than the same time period last year.

| | |
|---|---|
| 2024 | **37,969** kWh |
| 2025 | **37,041** kWh |

00907 2414399 003277 006553 0003/0004

### Keeping You Informed.

Update your account information so we can contact you when crews are working in your neighborhood. Fill out the slip and mail it in or update your online account. Don't have an online account? Sign up today at **AmerenMissouri.com**.



» See next page for service details.

Keep this portion for your records.

Page 1 of 4

## Ameren
### MISSOURI

☐ Check if you have address changes on back.

Please return this portion with your payment.

| Amount Due | Due Date |
|---|---|
| **$687.51** | September 11, 2025 |

| Delinquent Amount After Due Date | Account Number |
|---|---|
| $695.15 | 8986805134 |

Amount Enclosed $ _____

CHIPPEWA CENTER LLC
C/O JARED ENTERPRISES INC
2870 S INGRAM MILL RD STE A
SPRINGFIELD, MO 65804-4127

**AMEREN MISSOURI**
P.O. BOX 88068
CHICAGO, IL 60680-1068

20633000 008986805134 000000687510 000000687510



**Ameren MISSOURI**

- Pay by phone: 1.866.268.3729
- Pay by mail: PO Box 88068, Chicago, IL 60680-1068
- Pay online or manage your account: AmerenMissouri.com
- Customer Service: 1.877.426.3736

*FOCUSED ENERGY. For life.*

## Electric Service Details — Service from 07/20/2025 - 08/18/2025 (29 days)

### Electric Meter Read

| METER NUMBER | SERVICE FROM - TO | NO. DAYS | USAGE TYPE | READING TYPE | CURRENT READING | PREVIOUS READING | READING DIFFERENCE | MULTIPLIER | USAGE |
|---|---|---|---|---|---|---|---|---|---|
| 70832880 | 07/20 - 08/18 | 29 | Total kWh | Actual | 231759.0000 | 227996.0000 | 3763.0000 | 1.0000 | 3763.0000 |
| 70832880 | 07/20 - 08/18 | 29 | Peak kW | Actual | 13.3920 | 0.0000 | 13.3920 | 1.0000 | 13.3920 |

### Usage Summary

| | | | |
|---|---|---|---|
| Total kWh | 3763.0000 | Summer kWh | 3763.0000 |
| Winter Base kWh | 3962.0000 | Current Base kWh | 3763.0000 |
| Summer Cur Base kWh | 3763.0000 | Seasonal kWh | 0.0000 |

## Rate 2M Sm Gen Svc - 3 Ph w/Dmd

Threshold - Peak Demand

| DESCRIPTION | USAGE | UNIT | | RATE | CHARGE |
|---|---|---|---|---|---|
| Summer Total Energy Charge | 3,763.00 | kWh | @ | $ 0.13460000 | $506.50 |
| Seasonal Energy Charge | 0.00 | kWh | @ | $ 0.05563442 | $0.00 |
| Customer Charge | | | | | $25.99 |
| Fuel Adjustment Charge | 3,763.00 | kWh | @ | $ 0.00360000 | $13.55 |
| Energy Efficiency Investment Charge | 3,763.00 | kWh | @ | $ 0.00281900 | $10.61 |
| Renewable Energy Adjustment | 3,763.00 | kWh | @ | $ 0.00133000 | $5.00 |
| Rush Island Retirement Cost | 3,763.00 | kWh | @ | $ 0.00200000 | $7.53 |
| | | | **Total Service Amount** | | **$569.18** |
| DESCRIPTION | USAGE | UNIT | | RATE | CHARGE |
| Missouri State Sales Tax | $569.18 | | @ | $ 0.04225000 | $24.05 |
| Missouri Local Sales Tax | $569.18 | | @ | $ 0.05454000 | $31.04 |
| St. Louis City Municipal Charge - Service | $569.18 | | @ | $ 0.11111000 | $63.24 |
| | | | **Total Tax Related Charges** | | **$118.33** |
| | | | **Total Electric Charges** | | **$687.51** |

**Questions?** Contact Ameren Missouri at **1.877.426.3736** or visit **AmerenMissouri.com**.

### Address Changes or Corrections

Name _____
Address _____
City, State, Zip _____
Phone Number _____

AmerenMissouri.com/WaysToPay

 ONLINE E-CHECK

 PHONE 866.268.3729

 IN PERSON FIND A PAY STATION AT AMERENMISSOURI.COM/ PAYSTATION

 ONLINE CREDIT CARD

MAIL STUB & CHECK

**Ameren**
MISSOURI

☷ Pay by phone: 1.866.268.3729
☷ Pay by mail: PO Box 88068, Chicago, IL 60680-1068
☷ Pay online or manage your account: AmerenMissouri.com
☷ Customer Service: 1.877.426.3736

**AMOUNT DUE** **$687.51**

**Due Date** **09/11/2025**
Account Number    8986805134
Service Address    7057 CHIPPEWA ST,
LITE PARKING

## Payments Since Previous Statement

| DATE RECEIVED | AMOUNT |
|---|---|
| August 13, 2025 | $717.32 |

### Account Messages

A late payment charge of 1% will be added for any unpaid balance on all accounts after the due date.

Summer Electric Rates - June through September; Winter Electric Rates - October through May.
Please note: If your billing period for this statement spans both Summer and Winter seasons, you will see prorated charges that reflect the different rates for each season.

**Rush Island Retirement Cost**
Ameren Missouri is acting as the servicer for this Public Service Commission-approved charge for an assignee, who owns the rights to the securitized utility tariff charges related to the Rush Island Energy Center retirement. Based on projections, customers are expected to save about $85 million over a 15-year period versus standard rates.

Ameren Missouri's Community Solar program enables your home or small business to support renewable energy in Missouri through an easy monthly subscription. Learn more at AmerenMissouri.com/CommunitySolar.

**Auto Pay Makes Paying Bills Easier.** To enroll, go to AmerenMissouri.com or call 1.800.552.7583 to request an enrollment form.

00907 2414399 003278 006555 0004/0004

## SAVE MONEY
*and GO GREEN with Expert Help*

It's easy to get started and start saving when you meet with our Energy Advisors. The right approach to energy can benefit your business.
AmerenMissouri.com/SmartEnergyPartner





## START, STOP, OR TRANSFER
your service effortlessly.
Log in anytime to manage your account at
**Ameren.com/Start.**







**MISSOURI**

Pay by phone: 1.866.268.3729
Pay by mail: PO Box 88068, Chicago, IL 60680-1068
Pay online or manage your account: AmerenMissouri.com
Customer Service: 1.877.426.3736

*FOCUSED ENERGY. For life.*

# Page Left Blank Intentionally



**Ameren**
MISSOURI

- Pay by phone: 1.866.268.3729
- Pay by mail: PO Box 88068, Chicago, IL 60680-1068
- Pay online or manage your account: AmerenMissouri.com
- Customer Service: 1.877.426.3736

FOCUSED ENERGY. *For life.*

**Account Number** 8986805134
**Customer Name** CHIPPEWA CENTER LLC
C/O JARED ENTERPRISES INC
**Service Address** 7057 CHIPPEWA ST,
LITE PARKING
SAINT LOUIS, MO 63119

**AMOUNT DUE** **$717.32**

**Due Date** **08/12/2025**

| | |
|---|---|
| Amount After Due Date | $725.29 |
| Previous Statement | $584.49 |
| Total Payments | $584.49 |

*Payment Received. Thank You.*

### Current Detail for Statement 07/22/2025

| | |
|---|---|
| Total Electric Charges | $717.32 |
| **Total Amount Due** | **$717.32** |

### Electric Usage History

**Electric Usage in Kilowatt Hours (kWh)**

| Month | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temp | 79°F | 78°F | 73°F | 66°F | 57°F | 40°F | 33°F | 32°F | 45°F | 54°F | 64°F | 69°F | 81°F |

Average Monthly Temperature (°F)

**Electric Usage Summary (kWh)**

So far this year you're using 1.8% less than the same time period last year.

2024: **33,878** kWh

2025: **33,278** kWh



13073
00850 2406202 003022 006043 0001/0004

**Keeping You Informed.**
Update your account information so we can contact you when crews are working in your neighborhood. Fill out the slip and mail it in or update your online account. Don't have an online account? Sign up today at AmerenMissouri.com.

» See next page for service details.

Keep this portion for your records.

Page 1 of 4

---

Please return this portion with your payment.



**Ameren**
MISSOURI

☐ Check if you have address changes on back.

>000850 2406202 0001 092139 20Z
00850 2 MB 0.67 MIX 630
CHIPPEWA CENTER LLC
C/O JARED ENTERPRISES INC
2870 S INGRAM MILL RD STE A
SPRINGFIELD, MO 65804-4127

| Amount Due | Due Date |
|---|---|
| **$717.32** | August 12, 2025 |

| Delinquent Amount After Due Date | Account Number |
|---|---|
| $725.29 | 8986805134 |

Amount Enclosed $ _____

**AMEREN MISSOURI**
P.O. BOX 88068
CHICAGO, IL 60680-1068

80633000 0089868051304 000000717320 000000717320


**Ameren**
*MISSOURI*

- Pay by phone: 1.866.268.3729
- Pay by mail: PO Box 88068, Chicago, IL 60680-1068
- Pay online or manage your account: AmerenMissouri.com
- Customer Service: 1.877.426.3736

*FOCUSED ENERGY. For life.*

## Electric Service Details — Service from 06/17/2025 - 07/20/2025 (33 days)

### Electric Meter Read

| METER NUMBER | SERVICE FROM - TO | NO. DAYS | USAGE TYPE | READING TYPE | CURRENT READING | PREVIOUS READING | READING DIFFERENCE | MULTIPLIER | USAGE |
|---|---|---|---|---|---|---|---|---|---|
| 70832880 | 06/17 - 07/20 | 33 | Total kWh | Actual | 227996.0000 | 224062.0000 | 3934.0000 | 1.0000 | 3934.0000 |
| 70832880 | 06/17 - 07/20 | 33 | Peak kW | Actual | 13.5920 | 0.0000 | 13.5920 | 1.0000 | 13.5920 |

### Usage Summary

| | | | |
|---|---|---|---|
| Total kWh | 3934.0000 | Summer kWh | 3934.0000 |
| Winter Base kWh | 3962.0000 | Current Base kWh | 3934.0000 |
| Summer Cur Base kWh | 3934.0000 | Seasonal kWh | 0.0000 |

## Rate 2M Sm Gen Svc - 3 Ph w/Dmd

Threshold - Peak Demand

| DESCRIPTION | USAGE | UNIT | | RATE | CHARGE |
|---|---|---|---|---|---|
| Summer Total Energy Charge | 3,934.00 | kWh | @ | $ 0.13460000 | $529.52 |
| Seasonal Energy Charge | 0.00 | kWh | @ | $ 0.05160000 | $0.00 |
| Customer Charge | | | | | $25.99 |
| Fuel Adjustment Charge | 3,934.00 | kWh | @ | $ 0.00360000 | $14.16 |
| Energy Efficiency Investment Charge | 3,934.00 | kWh | @ | $ 0.00281900 | $11.09 |
| Renewable Energy Adjustment | 3,934.00 | kWh | @ | $ 0.00133000 | $5.23 |
| Rush Island Retirement Cost | 3,934.00 | kWh | @ | $ 0.00200000 | $7.87 |
| | | | | **Total Service Amount** | **$593.86** |
| DESCRIPTION | USAGE | UNIT | | RATE | CHARGE |
| Missouri State Sales Tax | $593.86 | | @ | $ 0.04225000 | $25.09 |
| Missouri Local Sales Tax | $593.86 | | @ | $ 0.05454000 | $32.39 |
| St. Louis City Municipal Charge - Service | $593.86 | | @ | $ 0.11111000 | $65.98 |
| | | | | **Total Tax Related Charges** | **$123.46** |
| | | | | **Total Electric Charges** | **$717.32** |

**Questions?** Contact Ameren Missouri at **1.877.426.3736** or visit **AmerenMissouri.com**.

### Address Changes or Corrections

Name _____
Address _____
City, State, Zip _____
Phone Number _____

AmerenMissouri.com/WaysToPay

 ONLINE
E-CHECK

 PHONE
866.268.3729

 IN PERSON
FIND A PAY STATION AT
AMERENMISSOURI.COM/
PAYSTATION

 ONLINE
CREDIT CARD

 MAIL
STUB & CHECK



**Ameren**
*MISSOURI*

- Pay by phone: 1.866.268.3729
- Pay by mail: PO Box 88068, Chicago, IL 60680-1068
- Pay online or manage your account: AmerenMissouri.com
- Customer Service: 1.877.426.3736

**AMOUNT DUE**          **$717.32**
**Due Date**            **08/12/2025**
Account Number          8986805134
Service Address         7057 CHIPPEWA ST,
                        LITE PARKING

## Payments Since Previous Statement

| DATE RECEIVED | AMOUNT |
|---|---|
| July 15, 2025 | $584.49 |



### Account Messages

A late payment charge of 1% will be added for any unpaid balance on all accounts after the due date.

Summer Electric Rates - June through September; Winter Electric Rates - October through May.
Please note: If your billing period for this statement spans both Summer and Winter seasons, you will see prorated charges that reflect the different rates for each season.

**Rush Island Retirement Cost**
Ameren Missouri is acting as the servicer for this Public Service Commission-approved charge for an assignee, who owns the rights to the securitized utility tariff charges related to the Rush Island Energy Center retirement. Based on projections, customers are expected to save about $85 million over a 15-year period versus standard rates.

Ameren Missouri's Community Solar program enables your home or small business to support renewable energy in Missouri through an easy monthly subscription. Learn more at AmerenMissouri.com/CommunitySolar.

**Auto Pay Makes Paying Bills Easier.** To enroll, go to AmerenMissouri.com or call 1.800.552.7583 to request an enrollment form.

CREATE A MULTITUDE OF SAVINGS WITH

ENERGY-EFFICIENT HVAC SYSTEMS:

LOWER YOUR ENERGY BILL, REDUCE MAINTENANCE AND REPAIR COSTS, AND GET CASH INCENTIVES.

Getting started is easy at AmerenMissouri.com/BizSavers.



**GET IT BY EMAIL, TEXT OR BOTH.**
Set up reminders and enjoy less clutter and more freedom.
AmerenMissouri.com/Paperless

**PAPERLESS BILLING.**
**THE MOST CONVENIENT WAY TO VIEW YOUR BILL.**





MISSOURI

■ Pay by phone:  1.866.268.3729
■ Pay by mail:  PO Box 88068, Chicago, IL 60680-1068
■ Pay online or manage your account:  AmerenMissouri.com
■ Customer Service:  1.877.426.3736

FOCUSED ENERGY. For Life.

# Page Left Blank Intentionally



**MISSOURI**

- Pay by phone: 1.866.268.3729
- Pay by mail:  PO Box 88068, Chicago, IL 60680-1068
- Pay online or manage your account:  AmerenMissouri.com
- Customer Service:  1.877.426.3736

**FOCUSED ENERGY.** *For life.*

| | |
|---|---|
| **Account Number** | **0631004874** |
| Customer Name | CHIPPEWA CENTER LLC |
| | C/O JARED ENTERPRISES INC |
| Service Address | 7057 CHIPPEWA, |
| | STR 208 SHREWSBURY |
| | SAINT LOUIS, MO 63119 |

**AMOUNT DUE**   **$2,099.19**

**Due Date**   **08/12/2025**

### Current Detail for Statement 07/22/2025

| | |
|---|---|
| Total Electric Charges | $2,099.19 |
| **Total Amount Due** | **$2,099.19** |

| | |
|---|---|
| Amount After Due Date | $2,120.18 |
| Previous Statement | $1,211.10 |
| Total Payments | $1,211.10 |
| *Payment Received. Thank You.* | |

### Electric Usage History

**Electric Usage in Kilowatt Hours (kWh)**

| Month | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temp | 79°F | 78°F | 73°F | 66°F | 57°F | 40°F | 33°F | 32°F | 45°F | 54°F | 64°F | 69°F | 81°F |

Average Monthly Temperature (°F)

**Electric Usage Summary (kWh)**

So far this year you're using 24.4% less than the same time period last year.

2024   **57,900** kWh

2025   **43,800** kWh



### Electric Service Details    Service from 06/17/2025 - 07/20/2025 (33 days)

**Electric Meter Read**

| METER NUMBER | SERVICE FROM - TO | NO. DAYS | USAGE TYPE | READING TYPE | CURRENT READING | PREVIOUS READING | READING DIFFERENCE | MULTIPLIER | USAGE |
|---|---|---|---|---|---|---|---|---|---|
| 44215238 | 06/17 - 07/20 | 33 | Total kWh | Actual | 2433.0000 | 2401.0000 | 32.0000 | 300.0000 | 9600.0000 |
| 44215238 | 06/17 - 07/20 | 33 | On Peak kWh | Actual | 853.0000 | 842.0000 | 11.0000 | 300.0000 | 3300.0000 |

» See next page for service details.

Keep this portion for your records.

Page 1 of 4

---

Please return this portion with your payment.



**MISSOURI**

☐  Check if you have address changes on back.

| Amount Due | Due Date |
|---|---|
| **$2,099.19** | August 12, 2025 |

| Delinquent Amount After Due Date | Account Number |
|---|---|
| $2,120.18 | 0631004874 |

Amount Enclosed $ _____

CHIPPEWA CENTER LLC
C/O JARED ENTERPRISES INC
2870 S INGRAM MILL RD STE A
SPRINGFIELD, MO 65804-4127

**AMEREN MISSOURI**
P.O. BOX 88068
CHICAGO, IL 60680-1068

90600000  0006310048704  000002099190  000002099190



**MISSOURI**

- Pay by phone: 1.866.268.3729
- Pay by mail: PO Box 88068, Chicago, IL 60680-1068
- Pay online or manage your account: AmerenMissouri.com
- Customer Service: 1.877.426.3736

*FOCUSED ENERGY. For life.*

## Electric Service Details (Continued)

| METER NUMBER | SERVICE FROM - TO | NO. DAYS | USAGE TYPE | READING TYPE | CURRENT READING | PREVIOUS READING | READING DIFFERENCE | MULTIPLIER | USAGE |
|---|---|---|---|---|---|---|---|---|---|
| 44215238 | 06/17 - 07/20 | 33 | Off Peak kW | Actual | 0.0460 | 0.0000 | 0.0460 | 300.0000 | 13.8000 |
| 44215238 | 06/17 - 07/20 | 33 | On Peak kW | Actual | 0.0450 | 0.0000 | 0.0450 | 300.0000 | 13.5000 |

## Usage Summary

| | | | |
|---|---|---|---|
| Total kWh | 9600.0000 | Summer kWh | 9600.0000 |
| Peak kW | 13.8000 | On-Peak kW | 13.5000 |
| Off-Peak kW | 13.8000 | Sec. Energy Block kW | 13.5000 |
| Billing Demand | 13.5000 | Total Billing Demand | 100.0000 |
| Summer Billing Demand | 100.0000 | October Winter Base kW | 100.0000 |
| Winter Base Demand | 13.5000 | Base kWh Ratio | 1.0000 |
| Base kWh (HUD) | 0.0000 | Seasonal kWh (HUD) | 0.0000 |

## Rate 3M Large General Service

Secondary Srvc Off-Pk Demand Rider

Secondary Srvc Off-Pk Demand Rider

| DESCRIPTION | USAGE | UNIT | | RATE | CHARGE |
|---|---|---|---|---|---|
| Seasonal Energy Charge | 0.00 | kWh | @ | $ 0.04080000 | $0.00 |
| Summer Demand Charge | 100.00 | kW | @ | $ 7.43000000 | $743.00 |
| Energy Charge/Hours Used | 2,025.00 | kWh | @ | $ 0.12330000 | $249.68 |
| Energy Charge/Hours Used | 2,700.00 | kWh | @ | $ 0.09270000 | $250.29 |
| Energy Charge/Hours Used | 4,875.00 | kWh | @ | $ 0.06240000 | $304.20 |
| Customer Charge | | | | | $122.98 |
| Fuel Adjustment Charge | 9,600.00 | kWh | @ | $ 0.00360000 | $34.56 |
| Energy Efficiency Investment Charge | 9,600.00 | kWh | @ | $ 0.00262800 | $25.23 |
| Renewable Energy Adjustment | 9,600.00 | kWh | @ | $ 0.00133000 | $12.77 |
| Rush Island Retirement Cost | 9,600.00 | kWh | @ | $ 0.00200000 | $19.20 |
| | | | | **Total Service Amount** | **$1,761.91** |

**Questions?** Contact Ameren Missouri at **1.877.426.3736** or visit **AmerenMissouri.com**.

**Address Changes or Corrections**

Name _____
Address _____
City, State, Zip _____
Phone Number _____

AmerenMissouri.com/WaysToPay

 ONLINE E-CHECK

 PHONE 866.268.3729

 IN PERSON FIND A PAY STATION AT AMERENMISSOURI.COM/ PAYSTATION

ONLINE CREDIT CARD

 MAIL STUB & CHECK



## Ameren
### MISSOURI

- ✉ Pay by phone: 1.866.268.3729
- ✉ Pay by mail: PO Box 88068, Chicago, IL 60680-1068
- ✉ Pay online or manage your account: AmerenMissouri.com
- ✉ Customer Service: 1.877.426.3736

| | |
|---|---|
| **AMOUNT DUE** | **$2,099.19** |
| **Due Date** | **08/12/2025** |
| Account Number | 0631004874 |
| Service Address | 7057 CHIPPEWA, STR 208 SHREWSBURY |

## Electric Service Details (Continued)

| DESCRIPTION | USAGE | UNIT | | RATE | CHARGE |
|---|---|---|---|---|---|
| Missouri State Sales Tax | $1,761.91 | | @ | $ 0.04225000 | $74.44 |
| Missouri Local Sales Tax | $1,761.91 | | @ | $ 0.05454000 | $96.09 |
| St. Louis City Municipal Charge - Service | $1,761.91 | | @ | $ 0.09464000 | $166.75 |
| | | | | **Total Tax Related Charges** | **$337.28** |
| | | | | **Total Electric Charges** | **$2,099.19** |

## Payments Since Previous Statement

| DATE RECEIVED | AMOUNT |
|---|---|
| July 15, 2025 | $1,211.10 |



### Account Messages

A late payment charge of 1% will be added for any unpaid balance on all accounts after the due date.

Summer Electric Rates - June through September; Winter Electric Rates - October through May.
Please note: If your billing period for this statement spans both Summer and Winter seasons, you will see prorated charges that reflect the different rates for each season.

**Rush Island Retirement Cost**
Ameren Missouri is acting as the servicer for this Public Service Commission-approved charge for an assignee, who owns the rights to the securitized utility tariff charges related to the Rush Island Energy Center retirement. Based on projections, customers are expected to save about $85 million over a 15-year period versus standard rates.

**Auto Pay Makes Paying Bills Easier.** To enroll, go to AmerenMissouri.com or call 1.800.552.7583 to request an enrollment form.

CREATE A MULTITUDE OF SAVINGS WITH
# ENERGY-EFFICIENT HVAC SYSTEMS.

LOWER YOUR ENERGY BILL, REDUCE MAINTENANCE AND REPAIR COSTS, AND GET CASH INCENTIVES.

Getting started is easy at AmerenMissouri.com/BizSavers.



▧ Pay by phone:  1.866.268.3729
▧ Pay by mail:  PO Box 88068, Chicago, IL 60680-1068
▧ Pay online or manage your account:  AmerenMissouri.com
▧ Customer Service:  1.877.426.3736

**FOCUSED ENERGY.** *For life.*

# Page Left Blank Intentionally



**Ameren** MISSOURI

- Pay by phone: 1.866.268.3729
- Pay by mail: PO Box 88068, Chicago, IL 60680-1068
- Pay online or manage your account: AmerenMissouri.com
- Customer Service: 1.877.426.3736

FOCUSED ENERGY. *For Life.*

| | |
|---|---|
| Account Number **0631004874** | |
| Customer Name **CHIPPEWA CENTER LLC** | |
| **C/O JARED ENTERPRISES INC** | |
| Service Address **7057 CHIPPEWA,** | |
| **STR 208 SHREWSBURY** | |
| **SAINT LOUIS, MO 63119** | |

**AMOUNT DUE**           **$1,211.10**

**Due Date**           **07/14/2025**

Amount After Due Date           $1,223.21

### Current Detail for Statement 06/20/2025

| | |
|---|---|
| Total Electric Charges | $1,211.10 |
| **Total Amount Due** | **$1,211.10** |

| | |
|---|---|
| Previous Statement | $779.85 |
| Total Payments | $779.85 |

*Payment Received. Thank You.*

## Electric Usage History

**Electric Usage in Kilowatt Hours (kWh)**

| | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Monthly Temperature (°F) | 74°F | 79°F | 78°F | 73°F | 66°F | 57°F | 40°F | 33°F | 32°F | 45°F | 54°F | 64°F | 69°F |

## Electric Usage Summary (kWh)

So far this year you're using **26.5% less** than the same time period last year.

2024   **46,500** kWh

2025   **34,200** kWh

### Service from 05/18/2025 - 06/17/2025 (30 days)

## Electric Service Details

**Electric Meter Read**

| METER NUMBER | SERVICE FROM - TO | NO. DAYS | USAGE TYPE | READING TYPE | CURRENT READING | PREVIOUS READING | READING DIFFERENCE | MULTIPLIER | USAGE |
|---|---|---|---|---|---|---|---|---|---|
| 44215238 | 05/18 - 06/17 | 30 | Total kWh | Actual | 2401.0000 | 2385.0000 | 16.0000 | 300.0000 | 4800.0000 |
| 44215238 | 05/18 - 06/17 | 30 | On Peak kWh | Actual | 842.0000 | 837.0000 | 5.0000 | 300.0000 | 1500.0000 |



Page 1 of 4

» See next page for service details.

Keep this portion for your records.



**Ameren** MISSOURI

☐   Check if you have address changes on back.

Please return this portion with your payment.

| Amount Due | Due Date |
|---|---|
| **$1,211.10** | July 14, 2025 |

| Delinquent Amount After Due Date | Account Number |
|---|---|
| $1,223.21 | 0631004874 |

Amount Enclosed $ _____

CHIPPEWA CENTER LLC
C/O JARED ENTERPRISES INC
2870 S INGRAM MILL RD STE A
SPRINGFIELD, MO 65804-4127

**AMEREN MISSOURI**
P.O. BOX 88068
CHICAGO, IL 60680-1068

70600000 000063100487D4 0000001211100 0000001211100



**Ameren**
**MISSOURI**

✉ Pay by phone: 1.866.268.3729
✉ Pay by mail: PO Box 88068, Chicago, IL 60680-1068
✉ Pay online or manage your account: AmerenMissouri.com
✉ Customer Service: 1.877.426.3736

FOCUSED ENERGY. *For life.*

## Electric Service Details (Continued)

| METER NUMBER | SERVICE FROM - TO | NO. DAYS | USAGE TYPE | READING TYPE | CURRENT READING | PREVIOUS READING | READING DIFFERENCE | MULTIPLIER | USAGE |
|---|---|---|---|---|---|---|---|---|---|
| 44215238 | 05/18 - 06/17 | 30 | Off Peak kW | Actual | 0.0230 | 0.0000 | 0.0230 | 300.0000 | 6.9000 |
| 44215238 | 05/18 - 06/17 | 30 | On Peak kW | Actual | 0.0230 | 0.0000 | 0.0230 | 300.0000 | 6.9000 |

## Usage Summary

| | | | |
|---|---|---|---|
| Total kWh | 4800.0000 | | |
| Non-Summer kWh | 2080.0000 | Summer kWh | 2720.0000 |
| On-Peak kW | 6.9000 | Peak kW | 6.9000 |
| Sec. Energy Block kW | 6.9000 | Off-Peak kW | 6.9000 |
| Total Billing Demand | 100.0000 | Billing Demand | 6.9000 |
| Winter Billing Demand | 43.3300 | Summer Billing Demand | 56.6700 |
| Winter Base Demand | 6.9000 | October Winter Base kW | 100.0000 |
| Base kWh (HUD) | 2080.0000 | Base kWh Ratio | 1.0000 |
| | | Seasonal kWh (HUD) | 0.0000 |

**Questions?** Contact Ameren Missouri at **1.877.426.3736** or visit **AmerenMissouri.com**.

## Address Changes or Corrections

Name _____
Address _____
City, State, Zip _____
Phone Number _____

AmerenMissouri.com/WaysToPay

 ONLINE
E-CHECK

 PHONE
866.268.3729

 IN PERSON
FIND A PAY STATION AT
AMERENMISSOURI.COM/
PAYSTATION

 ONLINE
CREDIT CARD

MAIL
STUB & CHECK

![Ameren Missouri logo]

- Pay by phone: 1.866.268.3729
- Pay by mail: PO Box 88068, Chicago, IL 60680-1068
- Pay online or manage your account: AmerenMissouri.com
- Customer Service: 1.877.426.3736

| AMOUNT DUE | $1,211.10 |
|---|---|
| Due Date | 07/14/2025 |
| Account Number | 0631004874 |
| Service Address | 7057 CHIPPEWA, STR 208 SHREWSBURY |

## Electric Service Details (Continued)

### Rate 3M Large General Service

Secondary Srvc Off-Pk Demand Rider

Secondary Srvc Off-Pk Demand Rider

| DESCRIPTION | USAGE | UNIT | | RATE | CHARGE |
|---|---|---|---|---|---|
| Seasonal Energy Charge | 0.00 | kWh | @ | $ 0.04080000 | $0.00 |
| Summer Demand Charge | 56.67 | kW | @ | $ 7.43000000 | $421.06 |
| Winter Demand Charge | 43.33 | kW | @ | $ 2.30000000 | $99.66 |
| Energy Charge/Hours Used | 586.00 | kWh | @ | $ 0.12330000 | $72.25 |
| Energy Charge/Hours Used | 782.00 | kWh | @ | $ 0.09270000 | $72.49 |
| Energy Charge/Hours Used | 1,352.00 | kWh | @ | $ 0.06240000 | $84.36 |
| Base Energy Charge / Hours Used | 448.00 | kWh | @ | $ 0.06980000 | $31.27 |
| Base Energy Charge / Hours Used | 598.00 | kWh | @ | $ 0.05190000 | $31.04 |
| Base Energy Charge / Hours Used | 1,034.00 | kWh | @ | $ 0.04090000 | $42.29 |
| Customer Charge | | | | | $117.59 |
| Fuel Adjustment Charge | 4,800.00 | kWh | @ | $ 0.00253399 | $12.16 |
| Energy Efficiency Investment Charge | 4,800.00 | kWh | @ | $ 0.00262800 | $12.61 |
| Renewable Energy Adjustment | 4,800.00 | kWh | @ | $ 0.00210999 | $10.13 |
| Rush Island Retirement Cost | 4,800.00 | kWh | @ | $ 0.00200000 | $9.60 |
| **Total Service Amount** | | | | | **$1,016.51** |

| DESCRIPTION | USAGE | UNIT | | RATE | CHARGE |
|---|---|---|---|---|---|
| Missouri State Sales Tax | $1,016.51 | | @ | $ 0.04225000 | $42.95 |
| Missouri Local Sales Tax | $1,016.51 | | @ | $ 0.05454000 | $55.44 |
| St. Louis City Municipal Charge - Service | $1,016.51 | | @ | $ 0.09464000 | $96.20 |
| **Total Tax Related Charges** | | | | | **$194.59** |
| **Total Electric Charges** | | | | | **$1,211.10** |

## Payments Since Previous Statement

| DATE RECEIVED | AMOUNT |
|---|---|
| June 12, 2025 | $779.85 |



### Account Messages

A late payment charge of 1% will be added for any unpaid balance on all accounts after the due date.

Summer Electric Rates - June through September; Winter Electric Rates - October through May.
Please note: If your billing period for this statement spans both Summer and Winter seasons, you will see prorated charges that reflect the different rates for each season.

**Rush Island Retirement Cost**
Ameren Missouri is acting as the servicer for this Public Service Commission-approved charge for an assignee, who owns the rights to the securitized utility tariff charges related to the Rush Island Energy Center retirement. Based on projections, customers are expected to save about $85 million over a 15-year period versus standard rates.

**Electric Delivery Rate Adjustment**
Effective June 1, 2025, the Missouri Public Service Commission approved an increase for the Company's Electric Delivery Rates. For more information about these charges, please visit AmerenMissouri.com or call us at 1.800.552.7583. Your electric charges for this period may have been prorated, which occurs when part of your bill is calculated at an old rate and part is calculated at the new rate.

**Auto Pay Makes Paying Bills Easier.** To enroll, go to AmerenMissouri.com or call 1.800.552.7583 to request an enrollment form.

Questions? Contact Ameren Missouri at **1.877.426.3736** or visit **AmerenMissouri.com**.

Page 3 of 4



**MISSOURI**

- Pay by phone: 1.866.268.3729
- Pay by mail: PO Box 88068, Chicago, IL 60680-1068
- Pay online or manage your account: AmerenMissouri.com
- Customer Service: 1.877.426.3736

*FOCUSED ENERGY. For life.*

HEATING and COOLING represent as much as

**40%** OF AN **AVERAGE** business's electric expense. Save energy and money this summer when you upgrade your HVAC to more energy-efficient models. Get started at AmerenMissouri.com/BizSavers.





GET THE INFO YOU NEED, WHEN YOU NEED IT.



Sign up for Ameren alerts by texting REG to A-M-E-R-E-N (263736). No spam or after-hours texts. Just helpful information.

**Ameren.com/Alerts**



**Ameren**
**MISSOURI**

- Pay by phone: 1.866.268.3729
- Pay by mail: PO Box 88068, Chicago, IL 60680-1068
- Pay online or manage your account: AmerenMissouri.com
- Customer Service: 1.877.426.3736

*FOCUSED ENERGY. For life.*

| | |
|---|---|
| **Account Number** | **8986805134** |
| **Customer Name** | CHIPPEWA CENTER LLC |
| | C/O JARED ENTERPRISES INC |
| **Service Address** | 7057 CHIPPEWA ST, |
| | LITE PARKING |
| | SAINT LOUIS, MO 63119 |

### Current Detail for Statement 06/20/2025

| | |
|---|---|
| Total Electric Charges | $584.49 |
| **Total Amount Due** | **$584.49** |

| **AMOUNT DUE** | **$584.49** |
|---|---|
| **Due Date** | **07/14/2025** |
| Amount After Due Date | $590.98 |
| Previous Statement | $515.27 |
| Total Payments | $515.27 |
| *Payment Received. Thank You.* | |

### Electric Usage History

**Electric Usage in Kilowatt Hours (kWh)**

| | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 74°F | 79°F | 78°F | 73°F | 66°F | 57°F | 40°F | 33°F | 32°F | 45°F | 54°F | 64°F | 69°F |

Average Monthly Temperature (°F)

**Electric Usage Summary (kWh)**

So far this year you're using 2.4% less than the same time period last year.

2024
**30,059 kWh**

2025
**29,344 kWh**



13073
00822 2397846 003014 006027 0001/0004

**Keeping You Informed.**
Update your account information so we can contact you when crews are working in your neighborhood. Fill out the slip and mail it in or update your online account. Don't have an online account? Sign up today at **AmerenMissouri.com**.

» See next page for service details.

Keep this portion for your records.

Page 1 of 4

---

Please return this portion with your payment.

**Ameren**
**MISSOURI**

☐ Check if you have address changes on back.

| **Amount Due** | **Due Date** |
|---|---|
| **$584.49** | July 14, 2025 |

| **Delinquent Amount After Due Date** | **Account Number** |
|---|---|
| $590.98 | 8986805134 |

Amount Enclosed $ _____

>000822 2397846 0001 092139 20Z
00822 2 MB 0.62 MIX 630
CHIPPEWA CENTER LLC
C/O JARED ENTERPRISES INC
2870 S INGRAM MILL RD STE A
SPRINGFIELD, MO 65804-4127

**AMEREN MISSOURI**
P.O. BOX 88068
CHICAGO, IL 60680-1068

00633000 008986805130Y 000000584490 000000584490



**MISSOURI**

- Pay by phone: 1.866.268.3729
- Pay by mail: PO Box 88068, Chicago, IL 60680-1068
- Pay online or manage your account: AmerenMissouri.com
- Customer Service: 1.877.426.3736

*FOCUSED ENERGY. For Life.*

## Electric Service Details — Service from 05/18/2025 - 06/17/2025 (30 days)

### Electric Meter Read

| METER NUMBER | SERVICE FROM - TO | NO. DAYS | USAGE TYPE | READING TYPE | CURRENT READING | PREVIOUS READING | READING DIFFERENCE | MULTIPLIER | USAGE |
|---|---|---|---|---|---|---|---|---|---|
| 70832880 | 05/18 - 06/17 | 30 | Total kWh | Actual | 224062.0000 | 220373.0000 | 3689.0000 | 1.0000 | 3689.0000 |
| 70832880 | 05/18 - 06/17 | 30 | Peak kW | Actual | 13.4180 | 0.0000 | 13.4180 | 1.0000 | 13.4180 |

### Usage Summary

| | | | |
|---|---|---|---|
| Total kWh | 3689.0000 | Summer kWh | 2090.0000 |
| Non-Summer kWh | 1599.0000 | Winter Base kWh | 3962.0000 |
| Current Base kWh | 3689.0000 | Summer Cur Base kWh | 2090.0000 |
| Winter Cur Base kWh | 1599.0000 | Seasonal kWh | 0.0000 |

## Rate 2M Sm Gen Svc - 3 Ph w/Dmd

Threshold - Peak Demand

| DESCRIPTION | USAGE | UNIT | | RATE | CHARGE |
|---|---|---|---|---|---|
| Summer Total Energy Charge | 2,090.00 | kWh | @ | $ 0.13460000 | $281.31 |
| Base Energy Charge | 1,599.00 | kWh | @ | $ 0.08940000 | $142.95 |
| Seasonal Energy Charge | 0.00 | kWh | @ | $ 0.05160000 | $0.00 |
| Customer Charge | | | | | $24.72 |
| Fuel Adjustment Charge | 3,689.00 | kWh | @ | $ 0.00253399 | $9.35 |
| Energy Efficiency Investment Charge | 3,689.00 | kWh | @ | $ 0.00281900 | $10.40 |
| Renewable Energy Adjustment | 3,689.00 | kWh | @ | $ 0.00210999 | $7.78 |
| Rush Island Retirement Cost | 3,689.00 | kWh | @ | $ 0.00200000 | $7.38 |
| | | | | **Total Service Amount** | **$483.89** |

**Questions?** Contact Ameren Missouri at **1.877.426.3736** or visit **AmerenMissouri.com**.

### Address Changes or Corrections

Name _____
Address _____
City, State, Zip _____
Phone Number _____

AmerenMissouri.com/WaysToPay

 ONLINE E-CHECK

 PHONE 866.268.3729

 IN PERSON FIND A PAY STATION AT AMERENMISSOURI.COM/ PAYSTATION

 ONLINE CREDIT CARD

MAIL STUB & CHECK

![Ameren Missouri logo]

**MISSOURI**

- Pay by phone: 1.866.268.3729
- Pay by mail: PO Box 88068, Chicago, IL 60680-1068
- Pay online or manage your account: AmerenMissouri.com
- Customer Service: 1.877.426.3736

**AMOUNT DUE** **$584.49**

| **Due Date** | **07/14/2025** |
| --- | --- |
| Account Number | 8986805134 |
| Service Address | 7057 CHIPPEWA ST, |
| | LITE PARKING |

## Electric Service Details (Continued)

| DESCRIPTION | USAGE | UNIT | | RATE | CHARGE |
| --- | --- | --- | --- | --- | --- |
| Missouri State Sales Tax | $483.89 | | @ | $ 0.04225000 | $20.44 |
| Missouri Local Sales Tax | $483.89 | | @ | $ 0.05454000 | $26.39 |
| St. Louis City Municipal Charge - Service | $483.89 | | @ | $ 0.11111000 | $53.77 |
| | | | | **Total Tax Related Charges** | **$100.60** |
| | | | | **Total Electric Charges** | **$584.49** |

## Payments Since Previous Statement

| DATE RECEIVED | AMOUNT |
| --- | --- |
| June 12, 2025 | $515.27 |



### Account Messages

A late payment charge of 1% will be added for any unpaid balance on all accounts after the due date.

Summer Electric Rates - June through September; Winter Electric Rates - October through May.
Please note: If your billing period for this statement spans both Summer and Winter seasons, you will see prorated charges that reflect the different rates for each season.

**Rush Island Retirement Cost**
Ameren Missouri is acting as the servicer for this Public Service Commission-approved charge for an assignee, who owns the rights to the securitized utility tariff charges related to the Rush Island Energy Center retirement. Based on projections, customers are expected to save about $85 million over a 15-year period versus standard rates.

**Electric Delivery Rate Adjustment**
Effective June 1, 2025, the Missouri Public Service Commission approved an increase for the Company's Electric Delivery Rates. For more information about these charges, please visit AmerenMissouri.com or call us at 1.800.552.7583. Your electric charges for this period may have been prorated, which occurs when part of your bill is calculated at an old rate and part is calculated at the new rate.

Ameren Missouri's Community Solar program enables your home or small business to support renewable energy in Missouri through an easy monthly subscription. Learn more at AmerenMissouri.com/CommunitySolar.

**Auto Pay Makes Paying Bills Easier.** To enroll, go to AmerenMissouri.com or call 1.800.552.7583 to request an enrollment form.

00822 2397846 003015 006029 0002/0004

HEATING and COOLING represent as much as

# 40% OF AN AVERAGE

business's electric expense. Save energy and money this summer when you upgrade your HVAC to more energy-efficient models. Get started at AmerenMissouri.com/BizSavers.



Pay by phone: 1.866.268.3729
Pay by mail: PO Box 88068, Chicago, IL 60680-1068
Pay online or manage your account: AmerenMissouri.com
Customer Service: 1.877.426.3736

*FOCUSED ENERGY. For Life.*



GET THE INFO YOU NEED,
WHEN YOU NEED IT.



Sign up for Ameren alerts by texting REG to A-M-E-R-E-N (263736).
No spam or after-hours texts. Just helpful information.
Ameren.com/Alerts



**Ameren MISSOURI**

✉ Pay by phone: 1.866.268.3729
✉ Pay by mail: PO Box 88068, Chicago, IL 60680-1068
✉ Pay online or manage your account: AmerenMissouri.com
✉ Customer Service: 1.877.426.3736

*FOCUSED ENERGY. For life.*

| | |
|---|---|
| Account Number | 0631004874 |
| Customer Name | CHIPPEWA CENTER LLC |
| | C/O JARED ENTERPRISES INC |
| Service Address | 7057 CHIPPEWA, |
| | STR 208 SHREWSBURY |
| | SAINT LOUIS, MO 63119 |

| **AMOUNT DUE** | **$779.85** |
|---|---|
| **Due Date** | **06/11/2025** |
| Amount After Due Date | $787.65 |
| Previous Statement | $744.24 |
| Total Payments | $744.24 |
| *Payment Received. Thank You.* | |

### Current Detail for Statement 05/20/2025

| | |
|---|---|
| Total Electric Charges | $779.85 |
| **Total Amount Due** | **$779.85** |

### Electric Usage History

**Electric Usage in Kilowatt Hours (kWh)**

| | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 65°F | 74°F | 79°F | 78°F | 73°F | 66°F | 57°F | 40°F | 33°F | 32°F | 45°F | 54°F | 64°F |

Average Monthly Temperature (°F)

Values shown: 12500, 10000, 7500, 5000, 2500, 0

**Electric Usage Summary (kWh)**

So far this year you're using 24% less than the same time period last year.

2024  **38,700** kWh

2025  **29,400** kWh

00825 2389341 003038 006075 0003/0004

### Electric Service Details — Service from 04/17/2025 - 05/18/2025 (31 days)

**Electric Meter Read**

| METER NUMBER | SERVICE FROM - TO | NO. DAYS | USAGE TYPE | READING TYPE | CURRENT READING | PREVIOUS READING | READING DIFFERENCE | MULTIPLIER | USAGE |
|---|---|---|---|---|---|---|---|---|---|
| 44215238 | 04/17 - 05/18 | 31 | Total kWh | Actual | 2385.0000 | 2367.0000 | 18.0000 | 300.0000 | 5400.0000 |
| 44215238 | 04/17 - 05/18 | 31 | On Peak kWh | Actual | 837.0000 | 831.0000 | 6.0000 | 300.0000 | 1800.0000 |



» See next page for service details.

Keep this portion for your records.

Page 1 of 4

---



**Ameren MISSOURI**

☐  Check if you have address changes on back.

Please return this portion with your payment.

| **Amount Due** | **Due Date** |
|---|---|
| **$779.85** | June 11, 2025 |
| **Delinquent Amount After Due Date** | **Account Number** |
| $787.65 | 0631004874 |

Amount Enclosed $ _____

CHIPPEWA CENTER LLC
C/O JARED ENTERPRISES INC
2870 S INGRAM MILL RD STE A
SPRINGFIELD, MO 65804-4127

**AMEREN MISSOURI**
P.O. BOX 88068
CHICAGO, IL 60680-1068

90600000 0006310048704 000000779850 000000779850



## Ameren
### MISSOURI

- Pay by phone: 1.866.268.3729
- Pay by mail: PO Box 88068, Chicago, IL 60680-1068
- Pay online or manage your account: AmerenMissouri.com
- Customer Service: 1.877.426.3736

**FOCUSED ENERGY.** *for life.*

### Electric Service Details (Continued)

| METER NUMBER | SERVICE FROM - TO | NO. DAYS | USAGE TYPE | READING TYPE | CURRENT READING | PREVIOUS READING | READING DIFFERENCE | MULTIPLIER | USAGE |
|---|---|---|---|---|---|---|---|---|---|
| 44215238 | 04/17 - 05/18 | 31 | Off Peak kW | Actual | 0.0230 | 0.0000 | 0.0230 | 300.0000 | 6.9000 |
| 44215238 | 04/17 - 05/18 | 31 | On Peak kW | Actual | 0.0230 | 0.0000 | 0.0230 | 300.0000 | 6.9000 |

### Usage Summary

| | | | |
|---|---|---|---|
| Total kWh | 5400.0000 | Non-Summer kWh | 5400.0000 |
| Peak kW | 6.9000 | On-Peak kW | 6.9000 |
| Off-Peak kW | 6.9000 | Sec. Energy Block kW | 6.9000 |
| Billing Demand | 6.9000 | Total Billing Demand | 100.0000 |
| Winter Billing Demand | 100.0000 | October Winter Base kW | 100.0000 |
| Winter Base Demand | 6.9000 | Base kWh Ratio | 1.0000 |
| Base kWh (HUD) | 5400.0000 | Seasonal kWh (HUD) | 0.0000 |

## Rate 3M Large General Service

Secondary Srvc Off-Pk Demand Rider          Secondary Srvc Off-Pk Demand Rider

| DESCRIPTION | USAGE | UNIT | | RATE | CHARGE |
|---|---|---|---|---|---|
| Seasonal Energy Charge | 0.00 | kWh | @ | $ 0.04080000 | $0.00 |
| Winter Demand Charge | 100.00 | kW | @ | $ 2.30000000 | $230.00 |
| Base Energy Charge / Hours Used | 1,035.00 | kWh | @ | $ 0.06980000 | $72.24 |
| Base Energy Charge / Hours Used | 1,380.00 | kWh | @ | $ 0.05190000 | $71.62 |
| Base Energy Charge / Hours Used | 2,985.00 | kWh | @ | $ 0.04090000 | $122.09 |
| Customer Charge | | | | | $110.55 |
| Fuel Adjustment Charge | 5,400.00 | kWh | @ | $ 0.00114000 | $6.16 |
| Energy Efficiency Investment Charge | 5,400.00 | kWh | @ | $ 0.00262800 | $14.19 |
| Renewable Energy Adjustment | 5,400.00 | kWh | @ | $ 0.00313000 | $16.90 |
| Rush Island Retirement Cost | 5,400.00 | kWh | @ | $ 0.00200000 | $10.80 |
| | | | | **Total Service Amount** | **$654.55** |

Questions? Contact Ameren Missouri at **1.877.426.3736** or visit **AmerenMissouri.com**.

### Address Changes or Corrections

Name _____
Address _____
City, State, Zip _____
Phone Number _____

AmerenMissouri.com/WaysToPay

 ONLINE
E-CHECK

 PHONE
866.268.3729

 IN PERSON
FIND A PAY STATION AT
AMERENMISSOURI.COM/
PAYSTATION

ONLINE
CREDIT CARD

 MAIL
STUB & CHECK



**Ameren**
MISSOURI

≋ Pay by phone: 1.866.268.3729
≋ Pay by mail: PO Box 88068, Chicago, IL 60680-1068
≋ Pay online or manage your account: AmerenMissouri.com
≋ Customer Service: 1.877.426.3736

**AMOUNT DUE** $779.85

| | |
|---|---|
| **Due Date** | **06/11/2025** |
| Account Number | 0631004874 |
| Service Address | 7057 CHIPPEWA, |
| | STR 208 SHREWSBURY |

## Electric Service Details (Continued)

| DESCRIPTION | USAGE | UNIT | | RATE | CHARGE |
|---|---|---|---|---|---|
| Missouri State Sales Tax | $654.55 | | @ | $ 0.04225000 | $27.65 |
| Missouri Local Sales Tax | $654.55 | | @ | $ 0.05454000 | $35.70 |
| St. Louis City Municipal Charge - Service | $654.55 | | @ | $ 0.09464000 | $61.95 |
| | | | **Total Tax Related Charges** | | **$125.30** |
| | | | **Total Electric Charges** | | **$779.85** |

## Payments Since Previous Statement

| DATE RECEIVED | AMOUNT |
|---|---|
| May 13, 2025 | $744.24 |



### Account Messages

A late payment charge of 1% will be added for any unpaid balance on all accounts after the due date.

Summer Electric Rates - June through September; Winter Electric Rates - October through May.
Please note: If your billing period for this statement spans both Summer and Winter seasons, you will see prorated charges that reflect the different rates for each season.

**Rush Island Retirement Cost**
Ameren Missouri is acting as the servicer for this Public Service Commission-approved charge for an assignee, who owns the rights to the securitized utility tariff charges related to the Rush Island Energy Center retirement. Based on projections, customers are expected to save about $85 million over a 15-year period versus standard rates.

Seasonal Rate Change - Your electric usage from June 1st through September 30th will be billed at the summer rate which reflects the higher cost of generating electric power in the summer.  Look for ways to save energy and money by visiting AmerenMissouri.com/EnergyEfficiency for tips and rebates.

**Auto Pay Makes Paying Bills Easier.** To enroll, go to AmerenMissouri.com or call 1.800.552.7583 to request an enrollment form.

**FIND ENERGY-EFFICIENT SOLUTIONS AND EARN CASH INCENTIVES.** Determine which equipment you want to upgrade and find a Trade Ally to help you complete the project and earn cash incentives to reinvest back into your business. Learn more at AmerenMissouri.com/BizSavers.




00825 2389341 003039 006077 0004/0004



**MISSOURI**

▪ Pay by phone:  1.866.268.3729
▪ Pay by mail:  PO Box 88068, Chicago, IL 60680-1068
▪ Pay online or manage your account:  AmerenMissouri.com
▪ Customer Service:  1.877.426.3736

*FOCUSED ENERGY.* for life.

# BUDGET BILLING + AUTO PAY
# = A POWER COUPLE



Keep your energy bills predictable with Budget Billing and let Auto Pay handle the rest. Get started today at AMERENMISSOURI.COM/OPTIONS.

**Questions?** Contact Ameren Missouri at **1.877.426.3736** or visit **AmerenMissouri.com**.

Page 4 of 4



**MISSOURI**

- Pay by phone: 1.866.268.3729
- Pay by mail: PO Box 88068, Chicago, IL 60680-1068
- Pay online or manage your account: AmerenMissouri.com
- Customer Service: 1.877.426.3736

**FOCUSED ENERGY.** *For life.*

| | |
|---|---|
| **Account Number** 8986805134 | |
| **Customer Name** CHIPPEWA CENTER LLC | |
| C/O JARED ENTERPRISES INC | |
| **Service Address** 7057 CHIPPEWA ST, | |
| LITE PARKING | |
| SAINT LOUIS, MO 63119 | |

**AMOUNT DUE**     **$515.27**

**Due Date**     **06/11/2025**

### Current Detail for Statement 05/20/2025

| | |
|---|---|
| Total Electric Charges | $515.27 |
| **Total Amount Due** | **$515.27** |

| | |
|---|---|
| Amount After Due Date | $520.99 |
| Previous Statement | $536.93 |
| Total Payments | $536.93 |
| *Payment Received. Thank You.* | |

### Electric Usage History

**Electric Usage in Kilowatt Hours (kWh)**

| | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 65°F | 74°F | 79°F | 78°F | 73°F | 66°F | 57°F | 40°F | 33°F | 32°F | 45°F | 54°F | 64°F |

Average Monthly Temperature (°F)

**Electric Usage Summary (kWh)**

So far this year you're using 1.6% less than the same time period last year.

2024    **26,064** kWh

2025    **25,655** kWh

**Keeping You Informed.**

Update your account information so we can contact you when crews are working in your neighborhood. Fill out the slip and mail it in or update your online account. Don't have an online account? Sign up today at AmerenMissouri.com.



» See next page for service details.

Keep this portion for your records.

Page 1 of 4

Please return this portion with your payment.



**MISSOURI**

☐ Check if you have address changes on back.

| Amount Due | Due Date |
|---|---|
| **$515.27** | June 11, 2025 |

| Delinquent Amount After Due Date | Account Number |
|---|---|
| $520.99 | 8986805134 |

Amount Enclosed $ _____

>000825 2389341 0001 092139 20Z
00825 2 MB 0.62 MIX 630
CHIPPEWA CENTER LLC
C/O JARED ENTERPRISES INC
2870 S INGRAM MILL RD STE A
SPRINGFIELD, MO 65804-4127

**AMEREN MISSOURI**
P.O. BOX 88068
CHICAGO, IL 60680-1068

00633000 008986805130L 000000515270 000000515270



## Ameren
### MISSOURI

≋ Pay by phone: 1.866.268.3729
≋ Pay by mail: PO Box 88068, Chicago, IL 60680-1068
≋ Pay online or manage your account: AmerenMissouri.com
≋ Customer Service: 1.877.426.3736

*FOCUSED ENERGY. For life.*

---

**Electric Service Details**                                          **Service from 04/17/2025 - 05/18/2025 (31 days)**

### Electric Meter Read

| METER NUMBER | SERVICE FROM - TO | NO. DAYS | USAGE TYPE | READING TYPE | CURRENT READING | PREVIOUS READING | READING DIFFERENCE | MULTIPLIER | USAGE |
|---|---|---|---|---|---|---|---|---|---|
| 70832880 | 04/17 - 05/18 | 31 | Total kWh | Actual | 220373.0000 | 216192.0000 | 4181.0000 | 1.0000 | 4181.0000 |
| 70832880 | 04/17 - 05/18 | 31 | Peak kW | Actual | 13.7400 | 0.0000 | 13.7400 | 1.0000 | 13.7400 |

### Usage Summary

| | | | |
|---|---|---|---|
| Total kWh | 4181.0000 | Non-Summer kWh | 4181.0000 |
| Winter Base kWh | 3962.0000 | Current Base kWh | 3962.0000 |
| Winter Cur Base kWh | 3962.0000 | Seasonal kWh | 219.0000 |
| Winter Seasonal kWh | 219.0000 | | |

## Rate 2M Sm Gen Svc - 3 Ph w/Dmd

Threshold - Peak Demand

| DESCRIPTION | USAGE | UNIT | | RATE | CHARGE |
|---|---|---|---|---|---|
| Base Energy Charge | 3,962.00 | kWh | @ | $ 0.08940000 | $354.20 |
| Seasonal Energy Charge | 219.00 | kWh | @ | $ 0.05160000 | $11.30 |
| Customer Charge | | | | | $23.07 |
| Fuel Adjustment Charge | 4,181.00 | kWh | @ | $ 0.00114000 | $4.77 |
| Energy Efficiency Investment Charge | 4,181.00 | kWh | @ | $ 0.00281900 | $11.79 |
| Renewable Energy Adjustment | 4,181.00 | kWh | @ | $ 0.00313000 | $13.09 |
| Rush Island Retirement Cost | 4,181.00 | kWh | @ | $ 0.00200000 | $8.36 |
| | | | | **Total Service Amount** | **$426.58** |
| DESCRIPTION | USAGE | UNIT | | RATE | CHARGE |
| Missouri State Sales Tax | $426.58 | | @ | $ 0.04225000 | $18.02 |
| Missouri Local Sales Tax | $426.58 | | @ | $ 0.05454000 | $23.27 |
| St. Louis City Municipal Charge - Service | $426.58 | | @ | $ 0.11111000 | $47.40 |
| | | | | **Total Tax Related Charges** | **$88.69** |
| | | | | **Total Electric Charges** | **$515.27** |

**Questions?** Contact Ameren Missouri at **1.877.426.3736** or visit **AmerenMissouri.com**.

---

**Address Changes or Corrections**

AmerenMissouri.com/WaysToPay

Name _____
Address _____
City, State, Zip _____
Phone Number _____

 ONLINE
E-CHECK

 PHONE
866.268.3729

 IN PERSON
FIND A PAY STATION AT
AMERENMISSOURI.COM/
PAYSTATION

 ONLINE
CREDIT CARD

 MAIL
STUB & CHECK

**AMOUNT DUE**  **$515.27**



**Ameren**
**MISSOURI**

- Pay by phone: 1.866.268.3729
- Pay by mail: PO Box 88068, Chicago, IL 60680-1068
- Pay online or manage your account: AmerenMissouri.com
- Customer Service: 1.877.426.3736

| | |
|---|---|
| **Due Date** | **06/11/2025** |
| Account Number | 8986805134 |
| Service Address | 7057 CHIPPEWA ST, LITE PARKING |

## Payments Since Previous Statement

| DATE RECEIVED | AMOUNT |
|---|---|
| May 13, 2025 | $536.93 |



### Account Messages

A late payment charge of 1% will be added for any unpaid balance on all accounts after the due date.

Summer Electric Rates - June through September; Winter Electric Rates - October through May.
Please note: If your billing period for this statement spans both Summer and Winter seasons, you will see prorated charges that reflect the different rates for each season.

**Rush Island Retirement Cost**
Ameren Missouri is acting as the servicer for this Public Service Commission-approved charge for an assignee, who owns the rights to the securitized utility tariff charges related to the Rush Island Energy Center retirement. Based on projections, customers are expected to save about $85 million over a 15-year period versus standard rates.

Ameren Missouri's Community Solar program enables your home or small business to support renewable energy in Missouri through an easy monthly subscription. Learn more at AmerenMissouri.com/CommunitySolar.

Seasonal Rate Change - Your electric usage from June 1st through September 30th will be billed at the summer rate which reflects the higher cost of generating electric power in the summer. Look for ways to save energy and money by visiting AmerenMissouri.com/EnergyEfficiency for tips and rebates.

**Auto Pay Makes Paying Bills Easier.** To enroll, go to AmerenMissouri.com or call 1.800.552.7583 to request an enrollment form.

**FIND ENERGY-EFFICIENT SOLUTIONS AND EARN CASH INCENTIVES.** Determine which equipment you want to upgrade and find a Trade Ally to help you complete the project and earn cash incentives to reinvest back into your business. Learn more at AmerenMissouri.com/BizSavers.



**BUDGET BILLING + AUTO PAY = A POWER COUPLE**



Keep your energy bills predictable with Budget Billing and let Auto Pay handle the rest. Get started today at
AMERENMISSOURI.COM/OPTIONS.

00825 2389341 003037 006073 0002/0004





Pay by phone: 1.866.268.3729
Pay by mail: PO Box 88068, Chicago, IL 60680-1068
Pay online or manage your account: AmerenMissouri.com
Customer Service: 1.877.426.3736

FOCUSED ENERGY. For life.

# Page Left Blank Intentionally



- Pay by phone: 1.866.268.3729
- Pay by mail: PO Box 88068, Chicago, IL 60680-1068
- Pay online or manage your account: AmerenMissouri.com
- Customer Service: 1.877.426.3736

*FOCUSED ENERGY. For Life.*

| | |
|---|---|
| **Account Number** 8986805134 | |
| **Customer Name** CHIPPEWA CENTER LLC | |
| C/O JARED ENTERPRISES INC | |
| **Service Address** 7057 CHIPPEWA ST, | |
| LITE PARKING | |
| SAINT LOUIS, MO 63119 | |

**AMOUNT DUE**    **$536.93**

**Due Date**    **05/12/2025**

**Amount After Due Date**    $542.90

### Current Detail for Statement 04/21/2025

| | |
|---|---|
| Total Electric Charges | $536.93 |
| **Total Amount Due** | **$536.93** |

| | |
|---|---|
| Previous Statement | $564.35 |
| Total Payments | $564.35 |

*Payment Received. Thank You.*

### Electric Usage History

**Electric Usage in Kilowatt Hours (kWh)**

| Month | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Temp | 57°F | 65°F | 74°F | 79°F | 78°F | 73°F | 66°F | 57°F | 40°F | 33°F | 32°F | 45°F | 53°F |

Average Monthly Temperature (°F)

**Electric Usage Summary (kWh)**

So far this year you're using **2.8% less** than the same time period last year.

2024 — **22,102** kWh

2025 — **21,474** kWh



00838 2381141 003100 006199 0003/0004

**Keeping You Informed.**

Update your account information so we can contact you when crews are working in your neighborhood. Fill out the slip and mail it in or update your online account. Don't have an online account? Sign up today at **AmerenMissouri.com**.

» See next page for service details.     Keep this portion for your records.     Page 1 of 4

---

Please return this portion with your payment.



☐ Check if you have address changes on back.

| Amount Due | Due Date |
|---|---|
| **$536.93** | May 12, 2025 |

| Delinquent Amount After Due Date | Account Number |
|---|---|
| $542.90 | 8986805134 |

Amount Enclosed $ _____

CHIPPEWA CENTER LLC
C/O JARED ENTERPRISES INC
2870 S INGRAM MILL RD STE A
SPRINGFIELD, MO 65804-4127

**AMEREN MISSOURI**
P.O. BOX 88068
CHICAGO, IL 60680-1068

80633000  0089868051304  000000536930  000000536930



MISSOURI

▧ Pay by phone: 1.866.268.3729
▧ Pay by mail: PO Box 88068, Chicago, IL 60680-1068
▧ Pay online or manage your account: AmerenMissouri.com
▧ Customer Service: 1.877.426.3736

*FOCUSED ENERGY. For life.*

---

## Electric Service Details — Service from 03/19/2025 - 04/17/2025 (29 days)

### Electric Meter Read

| METER NUMBER | SERVICE FROM - TO | NO. DAYS | USAGE TYPE | READING TYPE | CURRENT READING | PREVIOUS READING | READING DIFFERENCE | MULTIPLIER | USAGE |
|---|---|---|---|---|---|---|---|---|---|
| 70832880 | 03/19 - 04/17 | 29 | Total kWh | Actual | 216192.0000 | 211715.0000 | 4477.0000 | 1.0000 | 4477.0000 |
| 70832880 | 03/19 - 04/17 | 29 | Peak kW | Actual | 13.8100 | 0.0000 | 13.8100 | 1.0000 | 13.8100 |

### Usage Summary

| | | | |
|---|---|---|---|
| Total kWh | 4477.0000 | Non-Summer kWh | 4477.0000 |
| Winter Base kWh | 3962.0000 | Current Base kWh | 3962.0000 |
| Winter Cur Base kWh | 3962.0000 | Seasonal kWh | 515.0000 |
| Winter Seasonal kWh | 515.0000 | | |

## Rate 2M Sm Gen Svc - 3 Ph w/Dmd

Threshold - Peak Demand

| DESCRIPTION | USAGE | UNIT | | RATE | CHARGE |
|---|---|---|---|---|---|
| Base Energy Charge | 3,962.00 | kWh | @ | $ 0.08940000 | $354.20 |
| Seasonal Energy Charge | 515.00 | kWh | @ | $ 0.05160000 | $26.57 |
| Customer Charge | | | | | $23.07 |
| Fuel Adjustment Charge | 4,477.00 | kWh | @ | $ 0.00114000 | $5.10 |
| Energy Efficiency Investment Charge | 4,477.00 | kWh | @ | $ 0.00281900 | $12.62 |
| Renewable Energy Adjustment | 4,477.00 | kWh | @ | $ 0.00313000 | $14.01 |
| Rush Island Retirement Cost | 4,477.00 | kWh | @ | $ 0.00200000 | $8.95 |
| | | | | **Total Service Amount** | **$444.52** |
| DESCRIPTION | USAGE | UNIT | | RATE | CHARGE |
| Missouri State Sales Tax | $444.52 | | @ | $ 0.04225000 | $18.78 |
| Missouri Local Sales Tax | $444.52 | | @ | $ 0.05454000 | $24.24 |
| St. Louis City Municipal Charge - Service | $444.52 | | @ | $ 0.11111000 | $49.39 |
| | | | | **Total Tax Related Charges** | **$92.41** |
| | | | | **Total Electric Charges** | **$536.93** |

---

Questions? Contact Ameren Missouri at **1.877.426.3736** or visit **AmerenMissouri.com**.

---

### Address Changes or Corrections

Name _____
Address _____
City, State, Zip _____
Phone Number _____

AmerenMissouri.com/WaysToPay

 ONLINE E-CHECK

 PHONE 866.268.3729

 IN PERSON FIND A PAY STATION AT AMERENMISSOURI.COM/ PAYSTATION

 ONLINE CREDIT CARD

 MAIL STUB & CHECK

![Ameren Missouri logo]

**AMOUNT DUE** $536.93
**Due Date** 05/12/2025
Account Number 8986805134
Service Address 7057 CHIPPEWA ST, LITE PARKING

- Pay by phone: 1.866.268.3729
- Pay by mail: PO Box 88068, Chicago, IL 60680-1068
- Pay online or manage your account: AmerenMissouri.com
- Customer Service: 1.877.426.3736

## Payments Since Previous Statement

| DATE RECEIVED | AMOUNT |
|---|---|
| April 14, 2025 | $564.35 |



### Account Messages

A late payment charge of 1% will be added for any unpaid balance on all accounts after the due date.

Summer Electric Rates - June through September; Winter Electric Rates - October through May.
Please note: If your billing period for this statement spans both Summer and Winter seasons, you will see prorated charges that reflect the different rates for each season.

**Rush Island Retirement Cost**
Ameren Missouri is acting as the servicer for this Public Service Commission-approved charge for an assignee, who owns the rights to the securitized utility tariff charges related to the Rush Island Energy Center retirement. Based on projections, customers are expected to save about $85 million over a 15-year period versus standard rates.

Ameren Missouri's Community Solar program enables your home or small business to support renewable energy in Missouri through an easy monthly subscription. Learn more at AmerenMissouri.com/CommunitySolar.

**Auto Pay Makes Paying Bills Easier.** To enroll, go to AmerenMissouri.com or call 1.800.552.7583 to request an enrollment form.



**IT'S EARTH MONTH, LET'S PARTNER**

April is Earth Month and a perfect time to consider how energy can work to benefit your bottom line and the planet. Contact our Energy Advisors to learn how to reduce costs and gain efficiencies.
**AmerenMissouri.com/SmartEnergyPartner**



**PLANNING TO DIG?**

Whether it's a flower bed, bird feeder or basketball hoop, **call 811 three days prior** to keep everyone safe. It's free, easy and the law.



Any digging project, big or small, is considered excavation.
Learn more at Ameren.com/NaturalGasSafety.





▓ Pay by phone: 1.866.268.3729
▓ Pay by mail: PO Box 88068, Chicago, IL 60680-1068
▓ Pay online or manage your account: AmerenMissouri.com
▓ Customer Service: 1.877.426.3736

FOCUSED ENERGY. For Life.

# Page Left Blank Intentionally


**Ameren**
*MISSOURI*

- Pay by phone: 1.866.268.3729
- Pay by mail: PO Box 88068, Chicago, IL 60680-1068
- Pay online or manage your account: AmerenMissouri.com
- Customer Service: 1.877.426.3736

*FOCUSED ENERGY. For life.*

| | |
|---|---|
| **Account Number** | 0631004874 |
| **Customer Name** | CHIPPEWA CENTER LLC |
| | C/O JARED ENTERPRISES INC |
| **Service Address** | 7057 CHIPPEWA, |
| | STR 208 SHREWSBURY |
| | SAINT LOUIS, MO 63119 |

**AMOUNT DUE**   **$744.24**

**Due Date**   **05/12/2025**

| | |
|---|---|
| Amount After Due Date | $751.68 |
| Previous Statement | $800.88 |
| Total Payments | $800.88 |

*Payment Received. Thank You.*

### Current Detail for Statement 04/21/2025

| | |
|---|---|
| Total Electric Charges | $744.24 |
| **Total Amount Due** | **$744.24** |

### Electric Usage History

**Electric Usage in Kilowatt Hours (kWh)**

| Month | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Temp | 57°F | 65°F | 74°F | 79°F | 78°F | 73°F | 66°F | 57°F | 40°F | 33°F | 32°F | 45°F | 53°F |

*Average Monthly Temperature (°F)*

**Electric Usage Summary (kWh)**

So far this year you're using 26.6% less than the same time period last year.

2024 **32,700** kWh

2025 **24,000** kWh

13073
00838 2381141 003098 006195 0001/0004

### Electric Service Details   Service from 03/19/2025 - 04/17/2025 (29 days)

**Electric Meter Read**

| METER NUMBER | SERVICE FROM - TO | NO. DAYS | USAGE TYPE | READING TYPE | CURRENT READING | PREVIOUS READING | READING DIFFERENCE | MULTIPLIER | USAGE |
|---|---|---|---|---|---|---|---|---|---|
| 44215238 | 03/19 - 04/17 | 29 | Total kWh | Actual | 2367.0000 | 2351.0000 | 16.0000 | 300.0000 | 4800.0000 |
| 44215238 | 03/19 - 04/17 | 29 | On Peak kWh | Actual | 831.0000 | 825.0000 | 6.0000 | 300.0000 | 1800.0000 |



» See next page for service details.

Keep this portion for your records.

Page 1 of 4

---

Please return this portion with your payment.


**Ameren**
*MISSOURI*

☐ Check if you have address changes on back.

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
>000838 2381141 0001 092139 20Z
00838 2 MB 0.62 MIX 630
CHIPPEWA CENTER LLC
C/O JARED ENTERPRISES INC
2870 S INGRAM MILL RD STE A
SPRINGFIELD, MO 65804-4127

| **Amount Due** | **Due Date** |
|---|---|
| **$744.24** | May 12, 2025 |
| **Delinquent Amount After Due Date** | **Account Number** |
| $751.68 | 0631004874 |

Amount Enclosed $ _____

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
**AMEREN MISSOURI**
P.O. BOX 88068
CHICAGO, IL 60680-1068

10600000  0006310048704  000000744240  000000744240



Pay by phone: 1.866.268.3729
Pay by mail: PO Box 88068, Chicago, IL 60680-1068
Pay online or manage your account: AmerenMissouri.com
Customer Service: 1.877.426.3736

**FOCUSED ENERGY.** *For Life.*

## Electric Service Details (Continued)

| METER NUMBER | SERVICE FROM - TO | NO. DAYS | USAGE TYPE | READING TYPE | CURRENT READING | PREVIOUS READING | READING DIFFERENCE | MULTIPLIER | USAGE |
|---|---|---|---|---|---|---|---|---|---|
| 44215238 | 03/19 - 04/17 | 29 | Off Peak kW | Actual | 0.0240 | 0.0000 | 0.0240 | 300.0000 | 7.2000 |
| 44215238 | 03/19 - 04/17 | 29 | On Peak kW | Actual | 0.0230 | 0.0000 | 0.0230 | 300.0000 | 6.9000 |

### Usage Summary

| | | | |
|---|---|---|---|
| Total kWh | 4800.0000 | Non-Summer kWh | 4800.0000 |
| Peak kW | 7.2000 | On-Peak kW | 6.9000 |
| Off-Peak kW | 7.2000 | Sec. Energy Block kW | 6.9000 |
| Billing Demand | 6.9000 | Total Billing Demand | 100.0000 |
| October Winter Base kW | 100.0000 | Winter Base Demand | 6.9000 |
| Base kWh Ratio | 1.0000 | Base kWh (HUD) | 4800.0000 |
| Seasonal kWh (HUD) | 0.0000 | | |

## Rate 3M Large General Service

Secondary Srvc Off-Pk Demand Rider          Secondary Srvc Off-Pk Demand Rider

| DESCRIPTION | USAGE | UNIT | | RATE | CHARGE |
|---|---|---|---|---|---|
| Seasonal Energy Charge | 0.00 | kWh | @ | $ 0.04080000 | $0.00 |
| Winter Demand Charge | 100.00 | kW | @ | $ 2.30000000 | $230.00 |
| Base Energy Charge / Hours Used | 1,035.00 | kWh | @ | $ 0.06980000 | $72.24 |
| Base Energy Charge / Hours Used | 1,380.00 | kWh | @ | $ 0.05190000 | $71.62 |
| Base Energy Charge / Hours Used | 2,385.00 | kWh | @ | $ 0.04090000 | $97.55 |
| Customer Charge | | | | | $110.55 |
| Fuel Adjustment Charge | 4,800.00 | kWh | @ | $ 0.00114000 | $5.47 |
| Energy Efficiency Investment Charge | 4,800.00 | kWh | @ | $ 0.00262800 | $12.61 |
| Renewable Energy Adjustment | 4,800.00 | kWh | @ | $ 0.00313000 | $15.02 |
| Rush Island Retirement Cost | 4,800.00 | kWh | @ | $ 0.00200000 | $9.60 |
| | | | | **Total Service Amount** | **$624.66** |

### Address Changes or Corrections

Name _____
Address _____
City, State, Zip _____
Phone Number _____

AmerenMissouri.com/WaysToPay

 ONLINE E-CHECK

 PHONE 866.268.3729

 IN PERSON FIND A PAY STATION AT AMERENMISSOURI.COM/ PAYSTATION

 ONLINE CREDIT CARD

 MAIL STUB & CHECK



| | |
|---|---|
| **Due Date** | **05/12/2025** |
| Account Number | 0631004874 |
| Service Address | 7057 CHIPPEWA, STR 208 SHREWSBURY |

■ Pay by phone: 1.866.268.3729
■ Pay by mail: PO Box 88068, Chicago, IL 60680-1068
■ Pay online or manage your account: AmerenMissouri.com
■ Customer Service: 1.877.426.3736

## Electric Service Details (Continued)

| DESCRIPTION | USAGE | UNIT | | RATE | CHARGE |
|---|---|---|---|---|---|
| Missouri State Sales Tax | $624.66 | | @ | $ 0.04225000 | $26.39 |
| Missouri Local Sales Tax | $624.66 | | @ | $ 0.05454000 | $34.07 |
| St. Louis City Municipal Charge - Service | $624.66 | | @ | $ 0.09464000 | $59.12 |
| | | | **Total Tax Related Charges** | | **$119.58** |
| | | | **Total Electric Charges** | | **$744.24** |

## Payments Since Previous Statement

| DATE RECEIVED | AMOUNT |
|---|---|
| April 14, 2025 | $800.88 |



### Account Messages

A late payment charge of 1% will be added for any unpaid balance on all accounts after the due date.

Summer Electric Rates - June through September; Winter Electric Rates - October through May.
Please note: If your billing period for this statement spans both Summer and Winter seasons, you will see prorated charges that reflect the different rates for each season.

**Rush Island Retirement Cost**
Ameren Missouri is acting as the servicer for this Public Service Commission-approved charge for an assignee, who owns the rights to the securitized utility tariff charges related to the Rush Island Energy Center retirement. Based on projections, customers are expected to save about $85 million over a 15-year period versus standard rates.

**Auto Pay Makes Paying Bills Easier.** To enroll, go to AmerenMissouri.com or call 1.800.552.7583 to request an enrollment form.

00838 2381141 003099 006197 0002/0004





**IT'S EARTH MONTH,** LET'S PARTNER

April is Earth Month and a perfect time to consider how energy can work to benefit your bottom line and the planet. Contact our Energy Advisors to learn how to reduce costs and gain efficiencies.
**AmerenMissouri.com/SmartEnergyPartner**



**PLANNING TO DIG?**

Whether it's a flower bed, bird feeder or basketball hoop, **call 811 three days prior** to keep everyone safe. It's free, easy and the law.



Any digging project, big or small, is considered excavation. Learn more at Ameren.com/NaturalGasSafety.



▨ Pay by phone: 1.866.268.3729
▨ Pay by mail: PO Box 88068, Chicago, IL 60680-1068
▨ Pay online or manage your account: AmerenMissouri.com
▨ Customer Service: 1.877.426.3736

FOCUSED ENERGY. *For life.*

# Page Left Blank Intentionally


**Ameren**
MISSOURI

≋ Pay by phone: 1.866.268.3729
≋ Pay by mail: PO Box 88068, Chicago, IL 60680-1068
≋ Pay online or manage your account: AmerenMissouri.com
≋ Customer Service: 1.877.426.3736

*FOCUSED ENERGY. For life.*

---

**Account Number** 8986805134
**Customer Name** CHIPPEWA CENTER LLC
C/O JARED ENTERPRISES INC
**Service Address** 7057 CHIPPEWA ST,
LITE PARKING
SAINT LOUIS, MO 63119

| **AMOUNT DUE** | **$564.35** |
|---|---|
| **Due Date** | **04/11/2025** |

### Current Detail for Statement 03/21/2025

| | |
|---|---|
| Total Electric Charges | $564.35 |
| **Total Amount Due** | **$564.35** |

| Amount After Due Date | $570.62 |
|---|---|
| Previous Statement | $612.57 |
| Total Payments | $612.57 |
| *Payment Received. Thank You.* | |

---

### Electric Usage History

**Electric Usage in Kilowatt Hours (kWh)**

| | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 50°F | 57°F | 65°F | 74°F | 79°F | 78°F | 73°F | 66°F | 57°F | 40°F | 33°F | 32°F | 45°F |

Average Monthly Temperature (°F)

**Electric Usage Summary (kWh)**

So far this year you're using 3.1% less than the same time period last year.

2024 — 17,544 kWh
2025 — 16,997 kWh



---

Keeping You Informed.
Update your account information so we can contact you when crews are working in your neighborhood. Fill out the slip and mail it in or update your online account. Don't have an online account? Sign up today at AmerenMissouri.com.

» See next page for service details.

Keep this portion for your records.

Page 1 of 4

---

Please return this portion with your payment.


**Ameren**
MISSOURI

☐ Check if you have address changes on back.

| **Amount Due** | **Due Date** |
|---|---|
| **$564.35** | April 11, 2025 |

| **Delinquent Amount After Due Date** | **Account Number** |
|---|---|
| $570.62 | 8986805134 |

Amount Enclosed $ _____

CHIPPEWA CENTER LLC
C/O JARED ENTERPRISES INC
2870 S INGRAM MILL RD STE A
SPRINGFIELD, MO 65804-4127

AMEREN MISSOURI
P.O. BOX 88068
CHICAGO, IL 60680-1068

00633000 008986805130Ч 000000564350 000000564350



**Ameren**
**MISSOURI**

- Pay by phone: 1.866.268.3729
- Pay by mail: PO Box 88068, Chicago, IL 60680-1068
- Pay online or manage your account: AmerenMissouri.com
- Customer Service: 1.877.426.3736

*FOCUSED ENERGY. For life.*

## Electric Service Details — Service from 02/18/2025 - 03/19/2025 (29 days)

### Electric Meter Read

| METER NUMBER | SERVICE FROM - TO | NO. DAYS | USAGE TYPE | READING TYPE | CURRENT READING | PREVIOUS READING | READING DIFFERENCE | MULTIPLIER | USAGE |
|---|---|---|---|---|---|---|---|---|---|
| 70832880 | 02/18 - 03/19 | 29 | Total kWh | Actual | 211715.0000 | 206864.0000 | 4851.0000 | 1.0000 | 4851.0000 |
| 70832880 | 02/18 - 03/19 | 29 | Peak kW | Actual | 13.9480 | 0.0000 | 13.9480 | 1.0000 | 13.9480 |

### Usage Summary

| | | | |
|---|---|---|---|
| Total kWh | 4851.0000 | Non-Summer kWh | 4851.0000 |
| Winter Base kWh | 3962.0000 | Current Base kWh | 3962.0000 |
| Winter Cur Base kWh | 3962.0000 | Seasonal kWh | 889.0000 |
| Winter Seasonal kWh | 889.0000 | | |

## Rate 2M Sm Gen Svc - 3 Ph w/Dmd

Threshold - Peak Demand

| DESCRIPTION | USAGE | UNIT | | RATE | CHARGE |
|---|---|---|---|---|---|
| Base Energy Charge | 3,962.00 | kWh | @ | $ 0.08940000 | $354.20 |
| Seasonal Energy Charge | 889.00 | kWh | @ | $ 0.05160000 | $45.87 |
| Customer Charge | | | | | $23.07 |
| Fuel Adjustment Charge | 4,851.00 | kWh | @ | $ 0.00114000 | $5.53 |
| Energy Efficiency Investment Charge | 4,851.00 | kWh | @ | $ 0.00281900 | $13.67 |
| Renewable Energy Adjustment | 4,851.00 | kWh | @ | $ 0.00313000 | $15.18 |
| Rush Island Retirement Cost | 4,851.00 | kWh | @ | $ 0.00200000 | $9.70 |
| | | | | **Total Service Amount** | **$467.22** |

| DESCRIPTION | USAGE | UNIT | | RATE | CHARGE |
|---|---|---|---|---|---|
| Missouri State Sales Tax | $467.22 | | @ | $ 0.04225000 | $19.74 |
| Missouri Local Sales Tax | $467.22 | | @ | $ 0.05454000 | $25.48 |
| St. Louis City Municipal Charge - Service | $467.22 | | @ | $ 0.11111000 | $51.91 |
| | | | | **Total Tax Related Charges** | **$97.13** |
| | | | | **Total Electric Charges** | **$564.35** |

**Questions?** Contact Ameren Missouri at **1.877.426.3736** or visit **AmerenMissouri.com**.

### Address Changes or Corrections

Name _____
Address _____
City, State, Zip _____
Phone Number _____

AmerenMissouri.com/WaysToPay

 ONLINE
E-CHECK

 PHONE
866.268.3729

 IN PERSON
FIND A PAY STATION AT
AMERENMISSOURI.COM/
PAYSTATION

 ONLINE
CREDIT CARD

 MAIL
STUB & CHECK

**Ameren**
**MISSOURI**

⊠ Pay by phone: 1.866.268.3729
⊠ Pay by mail: PO Box 88068, Chicago, IL 60680-1068
⊠ Pay online or manage your account: AmerenMissouri.com
⊠ Customer Service: 1.877.426.3736

| | |
|---|---|
| **AMOUNT DUE** | **$564.35** |
| **Due Date** | **04/11/2025** |
| Account Number | 8986805134 |
| Service Address | 7057 CHIPPEWA ST, LITE PARKING |

## Payments Since Previous Statement

DATE RECEIVED
March 14, 2025

AMOUNT
$612.57

### Account Messages

A late payment charge of 1% will be added for any unpaid balance on all accounts after the due date.

Summer Electric Rates - June through September; Winter Electric Rates - October through May.
Please note: If your billing period for this statement spans both Summer and Winter seasons, you will see prorated charges that reflect the different rates for each season.

**Rush Island Retirement Cost**
Ameren Missouri is acting as the servicer for this Public Service Commission-approved charge for an assignee, who owns the rights to the securitized utility tariff charges related to the Rush Island Energy Center retirement. Based on projections, customers are expected to save about $85 million over a 15-year period versus standard rates.

Ameren Missouri's Community Solar program enables your home or small business to support renewable energy in Missouri through an easy monthly subscription. Learn more at AmerenMissouri.com/CommunitySolar.

**Auto Pay Makes Paying Bills Easier.** To enroll, go to AmerenMissouri.com or call 1.800.552.7583 to request an enrollment form.

 

ELECTRIFY YOUR BUSINESS AND SAVE

Cut costs, reduce carbon emissions, and reach sustainability goals with electric vehicles and equipment. Get started at AmerenMissouri.com/BusinessEV

  

BUDGET BILLING + AUTO PAY = A POWER COUPLE

Keep your energy bills predictable with Budget Billing and let Auto Pay handle the rest. Get started today at AMERENMISSOURI.COM/OPTIONS.

**Questions?** Contact Ameren Missouri at **1.877.426.3736** or visit **AmerenMissouri.com**.

Page 3 of 4



**MISSOURI**

Pay by phone:  1.866.268.3729
Pay by mail:  PO Box 88068, Chicago, IL 60680-1068
Pay online or manage your account:  AmerenMissouri.com
Customer Service:  1.877.426.3736

*FOCUSED ENERGY. For Life.*

# Page Left Blank Intentionally



**Ameren**
MISSOURI

≋ Pay by phone:  1.866.268.3729
≋ Pay by mail:  PO Box 88068, Chicago, IL 60680-1068
≋ Pay online or manage your account: AmerenMissouri.com
≋ Customer Service: 1.877.426.3736

*FOCUSED ENERGY. For life.*

| | |
|---|---|
| **Account Number 0631004874** | |
| Customer Name  CHIPPEWA CENTER LLC | |
|                C/O JARED ENTERPRISES INC | |
| Service Address  7057 CHIPPEWA, | |
|                  STR 208 SHREWSBURY | |
|                  SAINT LOUIS, MO 63119 | |

### Current Detail for Statement 03/21/2025

| | |
|---|---|
| Total Electric Charges | $800.88 |
| **Total Amount Due** | **$800.88** |

| | |
|---|---|
| **AMOUNT DUE** | **$800.88** |
| **Due Date** | **04/11/2025** |
| Amount After Due Date | $808.89 |
| Previous Statement | $875.82 |
| Total Payments | $875.82 |
| *Payment Received. Thank You.* | |

### Electric Usage History

**Electric Usage in Kilowatt Hours (kWh)**

| | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temp | 50°F | 57°F | 65°F | 74°F | 79°F | 78°F | 73°F | 66°F | 57°F | 40°F | 33°F | 32°F | 45°F |

Average Monthly Temperature (°F)

(values: 12500, 10000, 7500, 5000, 2500, 0)

**Electric Usage Summary (kWh)**

So far this year you're using **27.3% less** than the same time period last year.

2024
**26,400** kWh

2025
**19,200** kWh

### Electric Service Details      Service from 02/18/2025 - 03/19/2025 (29 days)

**Electric Meter Read**

| METER NUMBER | SERVICE FROM - TO | NO. DAYS | USAGE TYPE | READING TYPE | CURRENT READING | PREVIOUS READING | READING DIFFERENCE | MULTIPLIER | USAGE |
|---|---|---|---|---|---|---|---|---|---|
| 44215238 | 02/18 - 03/19 | 29 | Total kWh | Actual | 2351.0000 | 2333.0000 | 18.0000 | 300.0000 | 5400.0000 |
| 44215238 | 02/18 - 03/19 | 29 | On Peak kWh | Actual | 825.0000 | 819.0000 | 6.0000 | 300.0000 | 1800.0000 |



» See next page for service details.

Keep this portion for your records.

Page 1 of 4

*Margin: 13073  00829 2373810 003074 006147 0001/0004*

---



**Ameren**
MISSOURI

☐  Check if you have address changes on back.

⑊⑊⑊ barcode ⑊⑊⑊
>000829 2373810 0001 092139 20Z
00829 2 MB 0.62 MIX 630
CHIPPEWA CENTER LLC
C/O JARED ENTERPRISES INC
2870 S INGRAM MILL RD STE A
SPRINGFIELD, MO 65804-4127

Please return this portion with your payment.

| Amount Due | Due Date |
|---|---|
| **$800.88** | April 11, 2025 |

| Delinquent Amount After Due Date | Account Number |
|---|---|
| $808.89 | 0631004874 |

Amount Enclosed $ _____

**AMEREN MISSOURI**
P.O. BOX 88068
CHICAGO, IL 60680-1068

90600000 0006310048704 000000800880 000000800880



**MISSOURI**

≈ Pay by phone: 1.866.268.3729
≈ Pay by mail: PO Box 88068, Chicago, IL 60680-1068
≈ Pay online or manage your account: AmerenMissouri.com
≈ Customer Service: 1.877.426.3736

*FOCUSED ENERGY.*

## Electric Service Details (Continued)

| METER NUMBER | SERVICE FROM - TO | NO. DAYS | USAGE TYPE | READING TYPE | CURRENT READING | PREVIOUS READING | READING DIFFERENCE | MULTIPLIER | USAGE |
|---|---|---|---|---|---|---|---|---|---|
| 44215238 | 02/18 - 03/19 | 29 | Off Peak kW | Actual | 0.0320 | 0.0000 | 0.0320 | 300.0000 | 9.6000 |
| 44215238 | 02/18 - 03/19 | 29 | On Peak kW | Actual | 0.0320 | 0.0000 | 0.0320 | 300.0000 | 9.6000 |

### Usage Summary

| | | | |
|---|---|---|---|
| Total kWh | 5400.0000 | Non-Summer kWh | 5400.0000 |
| Peak kW | 9.6000 | On-Peak kW | 9.6000 |
| Off-Peak kW | 9.6000 | Sec. Energy Block kW | 9.6000 |
| Billing Demand | 9.6000 | Total Billing Demand | 100.0000 |
| October Winter Base kW | 100.0000 | Winter Base Demand | 9.6000 |
| Base kWh Ratio | 1.0000 | Base kWh (HUD) | 5400.0000 |
| Seasonal kWh (HUD) | 0.0000 | | |

## Rate 3M Large General Service

Secondary Srvc Off-Pk Demand Rider                    Secondary Srvc Off-Pk Demand Rider

| DESCRIPTION | USAGE | UNIT | | RATE | CHARGE |
|---|---|---|---|---|---|
| Seasonal Energy Charge | 0.00 | kWh | @ | $ 0.04080000 | $0.00 |
| Winter Demand Charge | 100.00 | kW | @ | $ 2.30000000 | $230.00 |
| Base Energy Charge / Hours Used | 1,440.00 | kWh | @ | $ 0.06980000 | $100.51 |
| Base Energy Charge / Hours Used | 1,920.00 | kWh | @ | $ 0.05190000 | $99.65 |
| Base Energy Charge / Hours Used | 2,040.00 | kWh | @ | $ 0.04090000 | $83.44 |
| Customer Charge | | | | | $110.55 |
| Fuel Adjustment Charge | 5,400.00 | kWh | @ | $ 0.00114000 | $6.16 |
| Energy Efficiency Investment Charge | 5,400.00 | kWh | @ | $ 0.00262800 | $14.19 |
| Renewable Energy Adjustment | 5,400.00 | kWh | @ | $ 0.00313000 | $16.90 |
| Rush Island Retirement Cost | 5,400.00 | kWh | @ | $ 0.00200000 | $10.80 |
| | | | | **Total Service Amount** | **$672.20** |

**Questions?** Contact Ameren Missouri at **1.877.426.3736** or visit **AmerenMissouri.com**.

### Address Changes or Corrections

AmerenMissouri.com/WaysToPay

Name _____
Address _____
City, State, Zip _____
Phone Number _____

 ONLINE E-CHECK

 PHONE 866.268.3729

 IN PERSON FIND A PAY STATION AT AMERENMISSOURI.COM/ PAYSTATION

 ONLINE CREDIT CARD

 MAIL STUB & CHECK



**AMOUNT DUE**     **$800.88**
**Due Date**     **04/11/2025**
Account Number     0631004874
Service Address     7057 CHIPPEWA,
STR 208 SHREWSBURY

≈ Pay by phone: 1.866.268.3729
≈ Pay by mail: PO Box 88068, Chicago, IL 60680-1068
≈ Pay online or manage your account: AmerenMissouri.com
≈ Customer Service: 1.877.426.3736

## Electric Service Details (Continued)

| DESCRIPTION | USAGE | UNIT | | RATE | CHARGE |
|---|---|---|---|---|---|
| Missouri State Sales Tax | $672.20 | | @ | $ 0.04225000 | $28.40 |
| Missouri Local Sales Tax | $672.20 | | @ | $ 0.05454000 | $36.66 |
| St. Louis City Municipal Charge - Service | $672.20 | | @ | $ 0.09464000 | $63.62 |
| | | | | **Total Tax Related Charges** | **$128.68** |
| | | | | **Total Electric Charges** | **$800.88** |

## Payments Since Previous Statement

| DATE RECEIVED | AMOUNT |
|---|---|
| March 14, 2025 | $875.82 |

### Account Messages

A late payment charge of 1% will be added for any unpaid balance on all accounts after the due date.

Summer Electric Rates - June through September; Winter Electric Rates - October through May.
Please note: If your billing period for this statement spans both Summer and Winter seasons, you will see prorated charges that reflect the different rates for each season.

**Rush Island Retirement Cost**
Ameren Missouri is acting as the servicer for this Public Service Commission-approved charge for an assignee, who owns the rights to the securitized utility tariff charges related to the Rush Island Energy Center retirement. Based on projections, customers are expected to save about $85 million over a 15-year period versus standard rates.

**Auto Pay Makes Paying Bills Easier.** To enroll, go to AmerenMissouri.com or call 1.800.552.7583 to request an enrollment form.



Cut costs, reduce carbon emissions, and reach sustainability goals with electric vehicles and equipment. Get started at AmerenMissouri.com/BusinessEV





## BUDGET BILLING + AUTO PAY = A POWER COUPLE





Keep your energy bills predictable with Budget Billing and let Auto Pay handle the rest. Get started today at AMERENMISSOURI.COM/OPTIONS.



Pay by phone:  1.866.268.3729
Pay by mail:  PO Box 88068, Chicago, IL 60680-1068
Pay online or manage your account:  AmerenMissouri.com
Customer Service:  1.877.426.3736

FOCUSED ENERGY. For life.

# Page Left Blank Intentionally



**Ameren MISSOURI**

- Pay by phone: 1.866.268.3729
- Pay by mail: PO Box 88068, Chicago, IL 60680-1068
- Pay online or manage your account: AmerenMissouri.com
- Customer Service: 1.877.426.3736

*FOCUSED ENERGY. For Life.*

| | |
|---|---|
| Account Number | 8986805134 |
| Customer Name | CHIPPEWA CENTER LLC<br>C/O JARED ENTERPRISES INC |
| Service Address | 7057 CHIPPEWA ST,<br>LITE PARKING<br>SAINT LOUIS, MO 63119 |

### Current Detail for Statement 02/20/2025

| | |
|---|---|
| Total Electric Charges | $612.57 |
| **Total Amount Due** | **$612.57** |

| | |
|---|---|
| **AMOUNT DUE** | **$612.57** |
| **Due Date** | **03/13/2025** |
| Amount After Due Date | $619.38 |
| Previous Statement | $704.74 |
| Total Payments | $704.74 |
| *Payment Received. Thank You.* | |

### Electric Usage History

**Electric Usage in Kilowatt Hours (kWh)**



| Month | Avg Temp |
|---|---|
| FEB | 39°F |
| MAR | 50°F |
| APR | 57°F |
| MAY | 65°F |
| JUN | 74°F |
| JUL | 79°F |
| AUG | 78°F |
| SEP | 73°F |
| OCT | 66°F |
| NOV | 57°F |
| DEC | 40°F |
| JAN | 33°F |
| FEB | 32°F |

Average Monthly Temperature (°F)

**Electric Usage Summary (kWh)**

So far this year you're using **3.4% less** than the same time period last year.

2024 — **12,571** kWh
2025 — **12,146** kWh

00811 2365935 003005 006009 0003/0004

### Keeping You Informed.

Update your account information so we can contact you when crews are working in your neighborhood. Fill out the slip and mail it in or update your online account. Don't have an online account? Sign up today at **AmerenMissouri.com**.



» See next page for service details.

Keep this portion for your records.

Page 1 of 4

Please return this portion with your payment.


**Ameren MISSOURI**

☐ Check if you have address changes on back.

| Amount Due | Due Date |
|---|---|
| **$612.57** | March 13, 2025 |
| **Delinquent Amount After Due Date** | **Account Number** |
| $619.38 | 8986805134 |

Amount Enclosed $ _____

CHIPPEWA CENTER LLC
C/O JARED ENTERPRISES INC
2870 S INGRAM MILL RD STE A
SPRINGFIELD, MO 65804-4127

**AMEREN MISSOURI**
P.O. BOX 88068
CHICAGO, IL 60680-1068

00633000  0089868051304  000000612570  000000612570



- Pay by phone:  1.866.268.3729
- Pay by mail:  PO Box 88068, Chicago, IL 60680-1068
- Pay online or manage your account:  AmerenMissouri.com
- Customer Service:  1.877.426.3736

**FOCUSED ENERGY.** *For life.*

| Electric Service Details | Service from 01/20/2025 - 02/18/2025 (29 days) |
|---|---|

### Electric Meter Read

| METER NUMBER | SERVICE FROM - TO | NO. DAYS | USAGE TYPE | READING TYPE | CURRENT READING | PREVIOUS READING | READING DIFFERENCE | MULTIPLIER | USAGE |
|---|---|---|---|---|---|---|---|---|---|
| 70832880 | 01/20 - 02/18 | 29 | Total kWh | Actual | 206864.0000 | 201389.0000 | 5475.0000 | 1.0000 | 5475.0000 |
| 70832880 | 01/20 - 02/18 | 29 | Peak kW | Actual | 14.0400 | 0.0000 | 14.0400 | 1.0000 | 14.0400 |

### Usage Summary

| | | | |
|---|---|---|---|
| Total kWh | 5475.0000 | Non-Summer kWh | 5475.0000 |
| Winter Base kWh | 3962.0000 | Current Base kWh | 3962.0000 |
| Winter Cur Base kWh | 3962.0000 | Seasonal kWh | 1513.0000 |
| Winter Seasonal kWh | 1513.0000 | | |

## Rate 2M Sm Gen Svc - 3 Ph w/Dmd

Threshold - Peak Demand

| DESCRIPTION | USAGE | UNIT | | RATE | CHARGE |
|---|---|---|---|---|---|
| Base Energy Charge | 3,962.00 | kWh | @ | $ 0.08940000 | $354.20 |
| Seasonal Energy Charge | 1,513.00 | kWh | @ | $ 0.05160000 | $78.07 |
| Customer Charge | | | | | $23.07 |
| Fuel Adjustment Charge | 5,475.00 | kWh | @ | $ 0.00157621 | $8.63 |
| Energy Efficiency Investment Charge | 5,475.00 | kWh | @ | $ 0.00316791 | $17.34 |
| Renewable Energy Adjustment | 5,475.00 | kWh | @ | $ 0.00271654 | $14.87 |
| Rush Island Retirement Cost | 5,475.00 | kWh | @ | $ 0.00200000 | $10.95 |
| | | | **Total Service Amount** | | **$507.13** |
| DESCRIPTION | USAGE | UNIT | | RATE | CHARGE |
| Missouri State Sales Tax | $507.13 | | @ | $ 0.04225000 | $21.43 |
| Missouri Local Sales Tax | $507.13 | | @ | $ 0.05454000 | $27.66 |
| St. Louis City Municipal Charge - Service | $507.13 | | @ | $ 0.11111000 | $56.35 |
| | | | **Total Tax Related Charges** | | **$105.44** |
| | | | **Total Electric Charges** | | **$612.57** |

**Questions?** Contact Ameren Missouri at **1.877.426.3736** or visit **AmerenMissouri.com**.

Page 2 of 4

### Address Changes or Corrections

Name _____

Address _____

City, State, Zip _____

Phone Number _____

**AmerenMissouri.com/WaysToPay**


**ONLINE**
E-CHECK


**PHONE**
866.268.3729


**IN PERSON**
FIND A PAY STATION AT
AMERENMISSOURI.COM/
PAYSTATION

**ONLINE**
CREDIT CARD


**MAIL**
STUB & CHECK



**Ameren**
*MISSOURI*

- Pay by phone: 1.866.268.3729
- Pay by mail: PO Box 88068, Chicago, IL 60680-1068
- Pay online or manage your account: AmerenMissouri.com
- Customer Service: 1.877.426.3736

| | |
|---|---|
| **AMOUNT DUE** | **$612.57** |
| **Due Date** | **03/13/2025** |
| Account Number | 8986805134 |
| Service Address | 7057 CHIPPEWA ST, LITE PARKING |

## Payments Since Previous Statement

| DATE RECEIVED | AMOUNT |
|---|---|
| February 13, 2025 | $704.74 |



### Account Messages

A late payment charge of 1% will be added for any unpaid balance on all accounts after the due date.

Renewable Energy Standard Rate Adjustment Mechanism: Your electric rate includes costs and certain benefits associated with complying with Renewable Energy Standard incurred by Ameren Missouri. For more information go to AmerenMissouri.com/Statement.

Summer Electric Rates - June through September; Winter Electric Rates - October through May.
Please note: If your billing period for this statement spans both Summer and Winter seasons, you will see prorated charges that reflect the different rates for each season.

**Rush Island Retirement Cost**
Ameren Missouri is acting as the servicer for this Public Service Commission-approved charge for an assignee, who owns the rights to the securitized utility tariff charges related to the Rush Island Energy Center retirement. Based on projections, customers are expected to save about $85 million over a 15-year period versus standard rates.

Ameren Missouri's Community Solar program enables your home or small business to support renewable energy in Missouri through an easy monthly subscription. Learn more at AmerenMissouri.com/CommunitySolar.

**Auto Pay Makes Paying Bills Easier.** To enroll, go to AmerenMissouri.com or call 1.800.552.7583 to request an enrollment form.

**ENERGY IDEAS YOU'LL LOVE**

Whether you want to reduce costs, gain efficiency or make your business a healthier place to work, contact our Energy Advisors to find energy solutions.
**AmerenMissouri.com/SmartEnergyPartner**



# GET IT STRAIGHT FROM
## THE SOURCE.

Always use **our website** to get contact information to avoid being scammed with fake numbers.

**AmerenMissouri.com**



00811 2365935 003006 006011 0004/0004



■ Pay by phone:  1.866.268.3729
■ Pay by mail:  PO Box 88068, Chicago, IL 60680-1068
■ Pay online or manage your account:  AmerenMissouri.com
■ Customer Service:  1.877.426.3736

FOCUSED ENERGY. *For Life.*

Page Left Blank Intentionally

**Questions?** Contact Ameren Missouri at **1.877.426.3736** or visit **AmerenMissouri.com**.

Page 4 of 4



**Ameren**
*MISSOURI*

- Pay by phone: 1.866.268.3729
- Pay by mail: PO Box 88068, Chicago, IL 60680-1068
- Pay online or manage your account: AmerenMissouri.com
- Customer Service: 1.877.426.3736

**FOCUSED ENERGY.** *For life.*

| | |
|---|---|
| **Account Number** 0631004874 | |
| **Customer Name** CHIPPEWA CENTER LLC | |
| C/O JARED ENTERPRISES INC | |
| **Service Address** 7057 CHIPPEWA, | |
| STR 208 SHREWSBURY | |
| SAINT LOUIS, MO 63119 | |

### Current Detail for Statement 02/20/2025

| | |
|---|---|
| Total Electric Charges | $875.82 |
| **Total Amount Due** | **$875.82** |

| | |
|---|---|
| **AMOUNT DUE** | **$875.82** |
| **Due Date** | **03/13/2025** |
| Amount After Due Date | $884.58 |
| Previous Statement | $917.44 |
| Total Payments | $917.44 |
| *Payment Received. Thank You.* | |

### Electric Usage History

**Electric Usage in Kilowatt Hours (kWh)**



| Month | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Temp | 39°F | 50°F | 57°F | 65°F | 74°F | 79°F | 78°F | 73°F | 66°F | 57°F | 40°F | 33°F | 32°F |

Average Monthly Temperature (°F)

**Electric Usage Summary (kWh)**

So far this year you're using **30.3% less** than the same time period last year.

2024 — **19,800** kWh
2025 — **13,800** kWh

13073
00811 2365935 003003 006005 0001/0004

### Electric Service Details                    Service from 01/20/2025 - 02/18/2025 (29 days)

**Electric Meter Read**

| METER NUMBER | SERVICE FROM - TO | NO. DAYS | USAGE TYPE | READING TYPE | CURRENT READING | PREVIOUS READING | READING DIFFERENCE | MULTIPLIER | USAGE |
|---|---|---|---|---|---|---|---|---|---|
| 44215238 | 01/20 - 02/18 | 29 | Total kWh | Actual | 2333.0000 | 2311.0000 | 22.0000 | 300.0000 | 6600.0000 |
| 44215238 | 01/20 - 02/18 | 29 | On Peak kWh | Actual | 819.0000 | 811.0000 | 8.0000 | 300.0000 | 2400.0000 |



» See next page for service details.

Keep this portion for your records.

Page 1 of 4

Please return this portion with your payment.



**Ameren**
*MISSOURI*

☐ Check if you have address changes on back.

|||||||||||||||||||||||||||||||||
>000811 2365935 0001 092139 20Z
00811 2 MB 0.62 MIX 630
CHIPPEWA CENTER LLC
C/O JARED ENTERPRISES INC
2870 S INGRAM MILL RD STE A
SPRINGFIELD, MO 65804-4127

| **Amount Due** | **Due Date** |
|---|---|
| **$875.82** | March 13, 2025 |
| **Delinquent Amount After Due Date** | **Account Number** |
| $884.58 | 0631004874 |

**Amount Enclosed $** _____

AMEREN MISSOURI
P.O. BOX 88068
CHICAGO, IL 60680-1068

10600000  0006310048704  000000875820  000000875820



■ Pay by phone: 1.866.268.3729
■ Pay by mail: PO Box 88068, Chicago, IL 60680-1068
■ Pay online or manage your account: AmerenMissouri.com
■ Customer Service: 1.877.426.3736

FOCUSED ENERGY. *For Life.*

## Electric Service Details (Continued)

| METER NUMBER | SERVICE FROM - TO | NO. DAYS | USAGE TYPE | READING TYPE | CURRENT READING | PREVIOUS READING | READING DIFFERENCE | MULTIPLIER | USAGE |
|---|---|---|---|---|---|---|---|---|---|
| 44215238 | 01/20 - 02/18 | 29 | Off Peak kW | Actual | 0.0320 | 0.0000 | 0.0320 | 300.0000 | 9.6000 |
| 44215238 | 01/20 - 02/18 | 29 | On Peak kW | Actual | 0.0320 | 0.0000 | 0.0320 | 300.0000 | 9.6000 |

## Usage Summary

| | | | |
|---|---|---|---|
| Total kWh | 6600.0000 | Non-Summer kWh | 6600.0000 |
| Peak kW | 9.6000 | On-Peak kW | 9.6000 |
| Off-Peak kW | 9.6000 | Sec. Energy Block kW | 9.6000 |
| Billing Demand | 9.6000 | Total Billing Demand | 100.0000 |
| October Winter Base kW | 100.0000 | Winter Base Demand | 9.6000 |
| Base kWh Ratio | 1.0000 | Base kWh (HUD) | 6600.0000 |
| Seasonal kWh (HUD) | 0.0000 | | |

## Rate 3M Large General Service

Secondary Srvc Off-Pk Demand Rider          Secondary Srvc Off-Pk Demand Rider

| DESCRIPTION | USAGE | UNIT | | RATE | CHARGE |
|---|---|---|---|---|---|
| Seasonal Energy Charge | 0.00 | kWh | @ | $ 0.04080000 | $0.00 |
| Winter Demand Charge | 100.00 | kW | @ | $ 2.30000000 | $230.00 |
| Base Energy Charge / Hours Used | 1,440.00 | kWh | @ | $ 0.06980000 | $100.51 |
| Base Energy Charge / Hours Used | 1,920.00 | kWh | @ | $ 0.05190000 | $99.65 |
| Base Energy Charge / Hours Used | 3,240.00 | kWh | @ | $ 0.04090000 | $132.52 |
| Customer Charge | | | | | $110.55 |
| Fuel Adjustment Charge | 6,600.00 | kWh | @ | $ 0.00157621 | $10.40 |
| Energy Efficiency Investment Charge | 6,600.00 | kWh | @ | $ 0.00308160 | $20.34 |
| Renewable Energy Adjustment | 6,600.00 | kWh | @ | $ 0.00271654 | $17.93 |
| Rush Island Retirement Cost | 6,600.00 | kWh | @ | $ 0.00200000 | $13.20 |
| **Total Service Amount** | | | | | **$735.10** |

Questions? Contact Ameren Missouri at **1.877.426.3736** or visit **AmerenMissouri.com**.

**Address Changes or Corrections**

Name _____
Address _____
City, State, Zip _____
Phone Number _____

**AmerenMissouri.com/WaysToPay**

 **ONLINE** E-CHECK

 **PHONE** 866.268.3729

 **IN PERSON** FIND A PAY STATION AT AMERENMISSOURI.COM/ PAYSTATION

 **ONLINE** CREDIT CARD

**MAIL** STUB & CHECK



**Ameren**
*MISSOURI*

- Pay by phone: 1.866.268.3729
- Pay by mail: PO Box 88068, Chicago, IL 60680-1068
- Pay online or manage your account: AmerenMissouri.com
- Customer Service: 1.877.426.3736

| | |
|---|---|
| **AMOUNT DUE** | **$875.82** |
| **Due Date** | **03/13/2025** |
| Account Number | 0631004874 |
| Service Address | 7057 CHIPPEWA, STR 208 SHREWSBURY |

## Electric Service Details (Continued)

| DESCRIPTION | USAGE | UNIT | | RATE | CHARGE |
|---|---|---|---|---|---|
| Missouri State Sales Tax | $735.10 | | @ | $ 0.04225000 | $31.06 |
| Missouri Local Sales Tax | $735.10 | | @ | $ 0.05454000 | $40.09 |
| St. Louis City Municipal Charge - Service | $735.10 | | @ | $ 0.09464000 | $69.57 |
| | | | **Total Tax Related Charges** | | **$140.72** |
| | | | **Total Electric Charges** | | **$875.82** |

## Payments Since Previous Statement

| DATE RECEIVED | AMOUNT |
|---|---|
| February 13, 2025 | $917.44 |



### Account Messages

A late payment charge of 1% will be added for any unpaid balance on all accounts after the due date.

Renewable Energy Standard Rate Adjustment Mechanism: Your electric rate includes costs and certain benefits associated with complying with Renewable Energy Standard incurred by Ameren Missouri. For more information go to AmerenMissouri.com/Statement.

Summer Electric Rates - June through September; Winter Electric Rates - October through May.
Please note: If your billing period for this statement spans both Summer and Winter seasons, you will see prorated charges that reflect the different rates for each season.

**Rush Island Retirement Cost**
Ameren Missouri is acting as the servicer for this Public Service Commission-approved charge for an assignee, who owns the rights to the securitized utility tariff charges related to the Rush Island Energy Center retirement. Based on projections, customers are expected to save about $85 million over a 15-year period versus standard rates.

**Auto Pay Makes Paying Bills Easier.** To enroll, go to AmerenMissouri.com or call 1.800.552.7583 to request an enrollment form.

00811 2365935 003004 006007 0002/0004

**ENERGY IDEAS YOU'LL LOVE**

Whether you want to reduce costs, gain efficiency or make your business a healthier place to work, contact our Energy Advisors to find energy solutions.
**AmerenMissouri.com/SmartEnergyPartner**






- Pay by phone:  1.866.268.3729
- Pay by mail:  PO Box 88068, Chicago, IL 60680-1068
- Pay online or manage your account:  AmerenMissouri.com
- Customer Service:  1.877.426.3736

**FOCUSED ENERGY.** *For Life.*

# GET IT STRAIGHT FROM
## THE SOURCE.

Always use **our website** to get contact information
to avoid being scammed with fake numbers.

**AmerenMissouri.com**



**Ameren**
MISSOURI

- Pay by phone: 1.866.268.3729
- Pay by mail: PO Box 88068, Chicago, IL 60680-1068
- Pay online or manage your account: AmerenMissouri.com
- Customer Service: 1.877.426.3736

*FOCUSED ENERGY. For Life.*

| | |
|---|---|
| Account Number | 0631004874 |
| Customer Name | CHIPPEWA CENTER LLC<br>C/O JARED ENTERPRISES INC |
| Service Address | 7057 CHIPPEWA,<br>STR 208 SHREWSBURY<br>SAINT LOUIS, MO 63119 |

**AMOUNT DUE**  **$917.44**

### Current Detail for Statement 01/22/2025

| | |
|---|---|
| Total Electric Charges | $917.44 |
| **Total Amount Due** | **$917.44** |

| | |
|---|---|
| **Due Date** | **02/12/2025** |
| Amount After Due Date | $926.61 |
| Previous Statement | $863.87 |
| Total Payments | $863.87 |
| *Payment Received. Thank You.* | |

### Electric Usage History

**Electric Usage in Kilowatt Hours (kWh)**

| Month | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Temp | 34°F | 39°F | 50°F | 57°F | 65°F | 74°F | 79°F | 78°F | 73°F | 66°F | 57°F | 40°F | 33°F |

Average Monthly Temperature (°F)

**Electric Usage Summary (kWh)**

So far this year you're using 25% less than the same time period last year.

2024   **9,600** kWh

2025   **7,200** kWh

### Electric Service Details          Service from 12/17/2024 - 01/20/2025 (34 days)

**Electric Meter Read**

| METER NUMBER | SERVICE FROM - TO | NO. DAYS | USAGE TYPE | READING TYPE | CURRENT READING | PREVIOUS READING | READING DIFFERENCE | MULTIPLIER | USAGE |
|---|---|---|---|---|---|---|---|---|---|
| 44215238 | 12/17 - 01/20 | 34 | Total kWh | Actual | 2311.0000 | 2287.0000 | 24.0000 | 300.0000 | 7200.0000 |
| 44215238 | 12/17 - 01/20 | 34 | On Peak kWh | Actual | 811.0000 | 803.0000 | 8.0000 | 300.0000 | 2400.0000 |



» See next page for service details.

Keep this portion for your records.

Page 1 of 4



**Ameren**
MISSOURI

☐  Check if you have address changes on back.

Please return this portion with your payment.

| Amount Due | Due Date |
|---|---|
| **$917.44** | February 12, 2025 |

| Delinquent Amount After Due Date | Account Number |
|---|---|
| **$926.61** | 0631004874 |

Amount Enclosed $

CHIPPEWA CENTER LLC
C/O JARED ENTERPRISES INC
2870 S INGRAM MILL RD STE A
SPRINGFIELD, MO 65804-4127

**AMEREN MISSOURI**
P.O. BOX 88068
CHICAGO, IL 60680-1068

50600000 0006310048704 000000917440 000000917440



▥ Pay by phone: 1.866.268.3729
▥ Pay by mail: PO Box 88068, Chicago, IL 60680-1068
▥ Pay online or manage your account: AmerenMissouri.com
▥ Customer Service: 1.877.426.3736

*FOCUSED ENERGY. For life.*

## Electric Service Details (Continued)

| METER NUMBER | SERVICE FROM - TO | NO. DAYS | USAGE TYPE | READING TYPE | CURRENT READING | PREVIOUS READING | READING DIFFERENCE | MULTIPLIER | USAGE |
|---|---|---|---|---|---|---|---|---|---|
| 44215238 | 12/17 - 01/20 | 34 | Off Peak kW | Actual | 0.0320 | 0.0000 | 0.0320 | 300.0000 | 9.6000 |
| 44215238 | 12/17 - 01/20 | 34 | On Peak kW | Actual | 0.0320 | 0.0000 | 0.0320 | 300.0000 | 9.6000 |

### Usage Summary

| | | | |
|---|---|---|---|
| Total kWh | 7200.0000 | Non-Summer kWh | 7200.0000 |
| Peak kW | 9.6000 | On-Peak kW | 9.6000 |
| Off-Peak kW | 9.6000 | Sec. Energy Block kW | 9.6000 |
| Billing Demand | 9.6000 | Total Billing Demand | 100.0000 |
| October Winter Base kW | 100.0000 | Winter Base Demand | 9.6000 |
| Base kWh Ratio | 1.0000 | Base kWh (HUD) | 7200.0000 |
| Seasonal kWh (HUD) | 0.0000 | | |

## Rate 3M Large General Service

Secondary Srvc Off-Pk Demand Rider                    Secondary Srvc Off-Pk Demand Rider

| DESCRIPTION | USAGE | UNIT | | RATE | CHARGE |
|---|---|---|---|---|---|
| Seasonal Energy Charge | 0.00 | kWh | @ | $ 0.04080000 | $0.00 |
| Winter Demand Charge | 100.00 | kW | @ | $ 2.30000000 | $230.00 |
| Base Energy Charge / Hours Used | 1,440.00 | kWh | @ | $ 0.06980000 | $100.51 |
| Base Energy Charge / Hours Used | 1,920.00 | kWh | @ | $ 0.05190000 | $99.65 |
| Base Energy Charge / Hours Used | 3,840.00 | kWh | @ | $ 0.04090000 | $157.06 |
| Customer Charge | | | | | $110.55 |
| Fuel Adjustment Charge | 7,200.00 | kWh | @ | $ 0.00229000 | $16.49 |
| Energy Efficiency Investment Charge | 7,200.00 | kWh | @ | $ 0.00382400 | $27.53 |
| Renewable Energy Adjustment | 7,200.00 | kWh | @ | $ 0.00204000 | $14.69 |
| Rush Island Retirement Cost | 7,200.00 | kWh | @ | $ 0.00188235 | $13.55 |
| | | | | **Total Service Amount** | **$770.03** |

**Questions?** Contact Ameren Missouri at **1.877.426.3736** or visit **AmerenMissouri.com**.

### Address Changes or Corrections

Name _____

Address _____

City, State, Zip _____

Phone Number _____

AmerenMissouri.com/WaysToPay

 ONLINE E-CHECK

 PHONE 866.268.3729

 IN PERSON FIND A PAY STATION AT AMERENMISSOURI.COM/ PAYSTATION

ONLINE CREDIT CARD

 MAIL STUB & CHECK





**Ameren**
MISSOURI

- Pay by phone: 1.866.268.3729
- Pay by mail: PO Box 88068, Chicago, IL 60680-1068
- Pay online or manage your account: AmerenMissouri.com
- Customer Service: 1.877.426.3736

**AMOUNT DUE**                    **$917.44**

**Due Date**          **02/12/2025**
Account Number    0631004874
Service Address    7057 CHIPPEWA,
                   STR 208 SHREWSBURY

## Electric Service Details (Continued)

| DESCRIPTION | USAGE | UNIT | RATE | CHARGE |
|---|---|---|---|---|
| Missouri State Sales Tax | $770.03 | | @ $ 0.04225000 | $32.53 |
| Missouri Local Sales Tax | $770.03 | | @ $ 0.05454000 | $42.00 |
| St. Louis City Municipal Charge · Service | $770.03 | | @ $ 0.09464000 | $72.88 |
| | | | **Total Tax Related Charges** | **$147.41** |
| | | | **Total Electric Charges** | **$917.44** |

## Payments Since Previous Statement

| DATE RECEIVED | AMOUNT |
|---|---|
| January 15, 2025 | $863.87 |



### Account Messages

A late payment charge of 1% will be added for any unpaid balance on all accounts after the due date.

Summer Electric Rates · June through September; Winter Electric Rates · October through May.
Please note: If your billing period for this statement spans both Summer and Winter seasons, you will see prorated charges that reflect the different rates for each season.

**Rush Island Retirement Cost**
Ameren Missouri is acting as the servicer for this Public Service Commission-approved charge for an assignee, who owns the rights to the securitized utility tariff charges related to the Rush Island Energy Center retirement. Based on projections, customers are expected to save about $85 million over a 15-year period versus standard rates.

**Auto Pay Makes Paying Bills Easier.** To enroll, go to AmerenMissouri.com or call 1.800.552.7583 to request an enrollment form.

00845 2358322 003140 006279 0004/0004

**START 2025**
**With Energy Savings.**

Use the BizSavers® program to save money and energy. Upgrade to energy-efficient equipment and get a cash incentive — it's that easy.
**AmerenMissouri.com/BizSavers**





Thanks to **RELIABILITY INVESTMENTS**

through the Smart Energy Plan, Ameren Missouri has avoided nearly 100,000 customer outages since the start of 2023.



Learn more about how Ameren is making a stronger, smarter and more reliable energy grid at

**AmerenMissouri.com/Reliability.**



**MISSOURI**

Pay by phone: 1.866.268.3729

Pay by mail:  PO Box 88068, Chicago, IL 60680-1068

Pay online or manage your account:  AmerenMissouri.com

Customer Service:  1.877.426.3736

*FOCUSED ENERGY. For life.*

# Page Left Blank Intentionally



**Ameren**
MISSOURI

- Pay by phone: 1.866.268.3729
- Pay by mail: PO Box 88068, Chicago, IL 60680-1068
- Pay online or manage your account: AmerenMissouri.com
- Customer Service: 1.877.426.3736

FOCUSED ENERGY. *For life.*

| | |
|---|---|
| **Account Number** 8986805134 | |
| Customer Name    CHIPPEWA CENTER LLC | |
|                  C/O JARED ENTERPRISES INC | |
| Service Address  7057 CHIPPEWA ST, | |
|                  LITE PARKING | |
|                  SAINT LOUIS, MO 63119 | |

**AMOUNT DUE** **$704.74**

**Due Date** **02/12/2025**

Amount After Due Date   $712.57

### Current Detail for Statement 01/22/2025

| | |
|---|---|
| Total Electric Charges | $704.74 |
| **Total Amount Due** | **$704.74** |

| | |
|---|---|
| Previous Statement | $625.28 |
| Total Payments | $625.28 |
| *Payment Received. Thank You.* | |

### Electric Usage History

**Electric Usage in Kilowatt Hours (kWh)**

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 34°F | 39°F | 50°F | 57°F | 65°F | 74°F | 79°F | 78°F | 73°F | 66°F | 57°F | 40°F | 33°F |

Average Monthly Temperature (°F)

**Electric Usage Summary (kWh)**

So far this year you're using 1.3% more than the same time period last year.

2024
**6,588** kWh

2025
**6,671** kWh



Keeping You Informed.
Update your account information so we can contact you when crews are working in your neighborhood. Fill out the slip and mail it in or update your online account. Don't have an online account? Sign up today at **AmerenMissouri.com**.

» See next page for service details.

Keep this portion for your records.

Page 1 of 4

Please return this portion with your payment.



**Ameren**
MISSOURI

☐ Check if you have address changes on back.

| Amount Due | Due Date |
|---|---|
| **$704.74** | February 12, 2025 |

| Delinquent Amount After Due Date | Account Number |
|---|---|
| $712.57 | 8986805134 |

Amount Enclosed $ _____

>000845 2358322 0001 092139 20Z
00845 2 MB 0.62 MIX 630
CHIPPEWA CENTER LLC
C/O JARED ENTERPRISES INC
2870 S INGRAM MILL RD STE A
SPRINGFIELD, MO 65804-4127

**AMEREN MISSOURI**
P.O. BOX 88068
CHICAGO, IL 60680-1068

60633000 008986805130 4 000000704740 000000704740



✉ Pay by phone: 1.866.268.3729
✉ Pay by mail: PO Box 88068, Chicago, IL 60680-1068
✉ Pay online or manage your account: AmerenMissouri.com
✉ Customer Service: 1.877.426.3736

FOCUSED ENERGY. *For life.*

## Electric Service Details — Service from 12/17/2024 - 01/20/2025 (34 days)

### Electric Meter Read

| METER NUMBER | SERVICE FROM - TO | NO. DAYS | USAGE TYPE | READING TYPE | CURRENT READING | PREVIOUS READING | READING DIFFERENCE | MULTIPLIER | USAGE |
|---|---|---|---|---|---|---|---|---|---|
| 70832880 | 12/17 - 01/20 | 34 | Total kWh | Actual | 201389.0000 | 194718.0000 | 6671.0000 | 1.0000 | 6671.0000 |
| 70832880 | 12/17 - 01/20 | 34 | Peak kW | Actual | 14.2330 | 0.0000 | 14.2330 | 1.0000 | 14.2330 |

### Usage Summary

| | | | |
|---|---|---|---|
| Total kWh | 6671.0000 | Non-Summer kWh | 6671.0000 |
| Winter Base kWh | 3962.0000 | Current Base kWh | 3962.0000 |
| Winter Cur Base kWh | 3962.0000 | Seasonal kWh | 2709.0000 |
| Winter Seasonal kWh | 2709.0000 | | |

## Rate 2M Sm Gen Svc - 3 Ph w/Dmd

Threshold - Peak Demand

| DESCRIPTION | USAGE | UNIT | | RATE | CHARGE |
|---|---|---|---|---|---|
| Base Energy Charge | 3,962.00 | kWh | @ | $ 0.08940000 | $354.20 |
| Seasonal Energy Charge | 2,709.00 | kWh | @ | $ 0.05160000 | $139.78 |
| Customer Charge | | | | | $23.07 |
| Fuel Adjustment Charge | 6,671.00 | kWh | @ | $ 0.00229000 | $15.28 |
| Energy Efficiency Investment Charge | 6,671.00 | kWh | @ | $ 0.00373900 | $24.94 |
| Renewable Energy Adjustment | 6,671.00 | kWh | @ | $ 0.00204000 | $13.61 |
| Rush Island Retirement Cost | 6,671.00 | kWh | @ | $ 0.00188235 | $12.56 |
| | | | | **Total Service Amount** | **$583.44** |

| DESCRIPTION | USAGE | UNIT | | RATE | CHARGE |
|---|---|---|---|---|---|
| Missouri State Sales Tax | $583.44 | | @ | $ 0.04225000 | $24.65 |
| Missouri Local Sales Tax | $583.44 | | @ | $ 0.05454000 | $31.82 |
| St. Louis City Municipal Charge - Service | $583.44 | | @ | $ 0.11111000 | $64.83 |
| | | | | **Total Tax Related Charges** | **$121.30** |
| | | | | **Total Electric Charges** | **$704.74** |

**Questions?** Contact Ameren Missouri at **1.877.426.3736** or visit **AmerenMissouri.com**.

### Address Changes or Corrections

Name _____
Address _____
City, State, Zip _____
Phone Number _____

AmerenMissouri.com/WaysToPay

 ONLINE E-CHECK

 PHONE 866.268.3729

 IN PERSON FIND A PAY STATION AT AMERENMISSOURI.COM/ PAYSTATION

 ONLINE CREDIT CARD

 MAIL STUB & CHECK



**Ameren**
**MISSOURI**

- Pay by phone: 1.866.268.3729
- Pay by mail: PO Box 88068, Chicago, IL 60680-1068
- Pay online or manage your account: AmerenMissouri.com
- Customer Service: 1.877.426.3736

| | |
|---|---|
| **AMOUNT DUE** | **$704.74** |
| **Due Date** | **02/12/2025** |
| Account Number | 8986805134 |
| Service Address | 7057 CHIPPEWA ST, LITE PARKING |

## Payments Since Previous Statement

| DATE RECEIVED | AMOUNT |
|---|---|
| January 15, 2025 | $625.28 |



### Account Messages

A late payment charge of 1% will be added for any unpaid balance on all accounts after the due date.

Summer Electric Rates - June through September; Winter Electric Rates - October through May.
Please note: If your billing period for this statement spans both Summer and Winter seasons, you will see prorated charges that reflect the different rates for each season.

**Rush Island Retirement Cost**
Ameren Missouri is acting as the servicer for this Public Service Commission-approved charge for an assignee, who owns the rights to the securitized utility tariff charges related to the Rush Island Energy Center retirement. Based on projections, customers are expected to save about $85 million over a 15-year period versus standard rates.

Ameren Missouri's Community Solar program enables your home or small business to support renewable energy in Missouri through an easy monthly subscription. Learn more at AmerenMissouri.com/CommunitySolar.

**Auto Pay Makes Paying Bills Easier.** To enroll, go to AmerenMissouri.com or call 1.800.552.7583 to request an enrollment form.

## START 2025
### With Energy Savings.

Use the BizSavers® program to save money and energy. Upgrade to energy-efficient equipment and get a cash incentive — It's that easy.
**AmerenMissouri.com/BizSavers**



Thanks to **RELIABILITY INVESTMENTS**



through the Smart Energy Plan, Ameren Missouri has avoided nearly 100,000 customer outages since the start of 2023.



Learn more about how Ameren is making a stronger, smarter and more reliable energy grid at

AmerenMissouri.com/Reliability.



00845 2358322 003138 006275 0002/0004



MISSOURI

⬛ Pay by phone:  1.866.268.3729
⬛ Pay by mail:  PO Box 88068, Chicago, IL 60680-1068
⬛ Pay online or manage your account:  AmerenMissouri.com
⬛ Customer Service:  1.877.426.3736

FOCUSED ENERGY. For life.

# Page Left Blank Intentionally

Questions? Contact Ameren Missouri at 1.877.426.3736 or visit AmerenMissouri.com.

Page 4 of 4


4205 Chapel Ridge Rd, Lehi UT 84048

Invoice Number 2521779023

Account # CA-9483728

| Invoice Date | 01-Nov-2025 |
|---|---|
| Invoice Due Date | 01-Nov-2025 |
| Invoice Total | $283.12 |
| **Total Amount Due** | **$283.12** |

Chippewa Center
C/O Jared Management, LLC
7005 Chippewa St
ST. LOUIS, MISSOURI 63199

## AUTO PAY

*Payment will be automatically withdrawn
from account XXXXXX9192 on 01-Nov-2025*

*P.O. Box 30015 Dpt # Z564, Salt Lake City, UT 84130*
*Email billing inquiries to billing@entrata.com*

### Recurring Charges

| | Date | Description | Subtotal | Sales Tax | Total |
|---|---|---|---|---|---|
| 1. | 01-Nov-2025 | Recurring charges for Entrata Commercial for Chippewa Center | $283.12 | - | $283.12 |

**Total Recurring Charges:** **$283.12**

| | |
|---|---|
| **Invoice Subtotal** | **$283.12** |
| **Invoice Sales Tax** | **-** |
| **Invoice Total** | **$283.12** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Account Activity

| | Date | Document Type | Reference Number | Amount | Account Balance |
|---|---|---|---|---|---|
| 1. | 30-Sep-2025 | Opening Balance | | $0.00 | $0.00 |
| 2. | 01-Oct-2025 | Invoice | 2482866683 | $283.12 | $283.12 |
| 3. | 01-Oct-2025 | Payment | 24828666 | $(283.12) | $0.00 |
| 4. | 01-Nov-2025 | Invoice | 2521779023 | $283.12 | $283.12 |

**Account Balance as of 01-Nov-2025:** **$283.12**

### Outstanding Items

| | Document Type | Reference Number | Issued | Due Date | Aging | Remaining Balance |
|---|---|---|---|---|---|---|
| 1. | Invoice | 2521779023 | 01-Nov-2025 | 01-Dec-2025 | Open | $283.12 |

**Remaining Balance:** **$283.12**

| | |
|---|---|
| **Total Amount Due** | **$283.12** |



**entrata**
4205 Chapel Ridge Rd, Lehi UT 84043

Invoice Number 2482866683

Account # CA-9483728

| Invoice Date | 01-Oct-2025 |
|---|---|
| Invoice Due Date | 01-Oct-2025 |
| Invoice Total | $283.12 |
| **Total Amount Due** | **$0.00** |

Chippewa Center
C/O Jared Management, LLC
7005 Chippewa St
ST. LOUIS, MISSOURI 63199

## AUTO PAY
*Payment will be automatically withdrawn
from account XXXXXX9192 on 01-Oct-2025*

*P.O. Box 30015 Dpt # Z564, Salt Lake City, UT 84130
Email billing inquiries to billing@entrata.com*

### Recurring Charges

| | Date | Description | Subtotal | Sales Tax | Total |
|---|---|---|---|---|---|
| 1. | 01-Oct-2025 | Recurring charges for Entrata Commercial for Chippewa Center | $283.12 | - | $283.12 |

**Total Recurring Charges:**    **$283.12**

| **Invoice Subtotal** | **$283.12** |
|---|---|
| **Invoice Sales Tax** | **-** |
| **Invoice Total** | **$283.12** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Account Activity

| | Date | Document Type | Reference Number | Amount | Account Balance |
|---|---|---|---|---|---|
| 1. | 31-Aug-2025 | Opening Balance | | $0.00 | $0.00 |
| 2. | 01-Sep-2025 | Invoice | 2443334153 | $283.12 | $283.12 |
| 3. | 02-Sep-2025 | Payment | 24433341 | $(283.12) | $0.00 |
| 4. | 01-Oct-2025 | Invoice | 2482866683 | $283.12 | $283.12 |
| 5. | 01-Oct-2025 | Payment | 24828666 | $(283.12) | $0.00 |

**Account Balance as of 01-Oct-2025:**    **$0.00**

| **Total Amount Due** | **$0.00** |
|---|---|



4205 Chapel Ridge Rd, Lehi UT 84043

Invoice Number 2443334153

Account # CA-9483728

| Invoice Date | 01-Sep-2025 |
|---|---|
| Invoice Due Date | 01-Sep-2025 |
| Invoice Total | $283.12 |
| **Total Amount Due** | **$283.12** |

Chippewa Center
C/O Jared Management, LLC
7005 Chippewa St
ST. LOUIS, MISSOURI 63199

## AUTO PAY

*Payment will be automatically withdrawn
from account XXXXXX9192 on 01-Sep-2025*

*P.O. Box 30015 Dpt # Z564, Salt Lake City, UT 84130
Email billing inquiries to billing@entrata.com*

### Recurring Charges

| | Date | Description | Subtotal | Sales Tax | Total |
|---|---|---|---|---|---|
| 1. | 01-Sep-2025 | Recurring charges for Entrata Commercial for Chippewa Center | $283.12 | - | $283.12 |

**Total Recurring Charges:** **$283.12**

| | |
|---|---|
| **Invoice Subtotal** | **$283.12** |
| **Invoice Sales Tax** | **-** |
| **Invoice Total** | **$283.12** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Account Activity

| | Date | Document Type | Reference Number | Amount | Account Balance |
|---|---|---|---|---|---|
| 1. | 31-Jul-2025 | Opening Balance | | $0.00 | $0.00 |
| 2. | 01-Aug-2025 | Invoice | 2404283263 | $283.12 | $283.12 |
| 3. | 01-Aug-2025 | Payment | 24042832 | $(283.12) | $0.00 |
| 4. | 01-Sep-2025 | Invoice | 2443334153 | $283.12 | $283.12 |

**Account Balance as of 01-Sep-2025:** **$283.12**

### Outstanding Items

| | Document Type | Reference Number | Issued | Due Date | Aging | Remaining Balance |
|---|---|---|---|---|---|---|
| 1. | Invoice | 2443334153 | 01-Sep-2025 | 01-Oct-2025 | Open | $283.12 |

**Remaining Balance:** **$283.12**

| | |
|---|---|
| **Total Amount Due** | **$283.12** |


4205 Chapel Ridge Rd, Lehi UT 84043

Invoice Number 2404283263

Account # CA-9483728

| Invoice Date | 01-Aug-2025 |
|---|---|
| Invoice Due Date | 01-Aug-2025 |
| Invoice Total | $283.12 |
| **Total Amount Due** | **$0.00** |

Chippewa Center
C/O Jared Management, LLC
7005 Chippewa St
ST. LOUIS, MISSOURI 63199

## AUTO PAY

*Payment will be automatically withdrawn
from account XXXXXX9192 on 01-Aug-2025*

*P.O. Box 30015 Dpt # Z564, Salt Lake City, UT 84130
Email billing inquiries to billing@entrata.com*

### Recurring Charges

| | Date | Description | Subtotal | Sales Tax | Total |
|---|---|---|---|---|---|
| 1. | 01-Aug-2025 | Recurring charges for Entrata Commercial for Chippewa Center | $283.12 | - | $283.12 |

**Total Recurring Charges:** **$283.12**

| Invoice Subtotal | $283.12 |
|---|---|
| **Invoice Sales Tax** | **-** |
| **Invoice Total** | **$283.12** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Account Activity

| | Date | Document Type | Reference Number | Amount | Account Balance |
|---|---|---|---|---|---|
| 1. | 30-Jun-2025 | Opening Balance | | $0.00 | $0.00 |
| 2. | 01-Jul-2025 | Invoice | 2367380193 | $283.12 | $283.12 |
| 3. | 01-Jul-2025 | Payment | 23673801 | $(283.12) | $0.00 |
| 4. | 01-Aug-2025 | Invoice | 2404283263 | $283.12 | $283.12 |
| 5. | 01-Aug-2025 | Payment | 24042832 | $(283.12) | $0.00 |

**Account Balance as of 01-Aug-2025:** **$0.00**

| Total Amount Due | $0.00 |
|---|---|


4205 Chapel Ridge Rd, Lehi UT 84043

Invoice Number 2367380193

Account # CA-9483728

| Invoice Date | 01-Jul-2025 |
|---|---|
| Invoice Due Date | 01-Jul-2025 |
| Invoice Total | $283.12 |
| **Total Amount Due** | **$0.00** |

Chippewa Center
C/O Jared Management, LLC
7005 Chippewa St
ST. LOUIS, MISSOURI 63199

## AUTO PAY

*Payment will be automatically withdrawn
from account XXXXXX9192 on 01-Jul-2025*

*P.O. Box 30015 Dpt # Z564, Salt Lake City, UT 84130
Email billing inquiries to billing@entrata.com*

### Recurring Charges

| | Date | Description | Subtotal | Sales Tax | Total |
|---|---|---|---|---|---|
| 1. | 01-Jul-2025 | Recurring charges for Entrata Commercial for Chippewa Center | $283.12 | - | $283.12 |

**Total Recurring Charges:** **$283.12**

| Invoice Subtotal | $283.12 |
|---|---|
| Invoice Sales Tax | - |
| Invoice Total | $283.12 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Account Activity

| | Date | Document Type | Reference Number | Amount | Account Balance |
|---|---|---|---|---|---|
| 1. | 31-May-2025 | Opening Balance | | $0.00 | $0.00 |
| 2. | 01-Jun-2025 | Invoice | 2331549053 | $283.12 | $283.12 |
| 3. | 02-Jun-2025 | Payment | 23315490 | $(283.12) | $0.00 |
| 4. | 01-Jul-2025 | Invoice | 2367380193 | $283.12 | $283.12 |
| 5. | 01-Jul-2025 | Payment | 23673801 | $(283.12) | $0.00 |

**Account Balance as of 01-Jul-2025:** **$0.00**

| Total Amount Due | $0.00 |
|---|---|


4205 Chapel Ridge Rd, Lehi UT 84043

Invoice Number 2331549053

Account # CA-9483728

| | |
|---|---|
| Invoice Date | 01-Jun-2025 |
| Invoice Due Date | 01-Jun-2025 |
| Invoice Total | $283.12 |
| **Total Amount Due** | **$283.12** |

Chippewa Center
C/O Jared Management, LLC
7005 Chippewa St
ST. LOUIS, MISSOURI 63199

## AUTO PAY

*Payment will be automatically withdrawn
from account XXXXXX9192 on 01-Jun-2025*

*P.O. Box 30015 Dpt # Z564, Salt Lake City, UT 84130
Email billing inquiries to billing@entrata.com*

### Recurring Charges

| | Date | Description | Subtotal | Sales Tax | Total |
|---|---|---|---|---|---|
| 1. | 01-Jun-2025 | Recurring charges for Entrata Commercial for Chippewa Center | $283.12 | - | $283.12 |

**Total Recurring Charges:** **$283.12**

| | |
|---|---|
| **Invoice Subtotal** | **$283.12** |
| **Invoice Sales Tax** | **-** |
| **Invoice Total** | **$283.12** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Account Activity

| | Date | Document Type | Reference Number | Amount | Account Balance |
|---|---|---|---|---|---|
| 1. | 30-Apr-2025 | Opening Balance | | $0.00 | $0.00 |
| 2. | 01-May-2025 | Invoice | 2296687693 | $272.23 | $272.23 |
| 3. | 01-May-2025 | Payment | 22966876 | $(272.23) | $0.00 |
| 4. | 01-Jun-2025 | Invoice | 2331549053 | $283.12 | $283.12 |

**Account Balance as of 01-Jun-2025:** **$283.12**

### Outstanding Items

| | Document Type | Reference Number | Issued | Due Date | Aging | Remaining Balance |
|---|---|---|---|---|---|---|
| 1. | Invoice | 2331549053 | 01-Jun-2025 | 01-Jul-2025 | Open | $283.12 |

**Remaining Balance:** **$283.12**

| | |
|---|---|
| **Total Amount Due** | **$283.12** |



4205 Chapel Ridge Rd, Lehi UT 84043

Invoice Number 2296687693

Account # CA-9483728

| Invoice Date | 01-May-2025 |
|---|---|
| Invoice Due Date | 01-May-2025 |
| Invoice Total | $272.23 |
| **Total Amount Due** | **$0.00** |

Chippewa Center
C/O Jared Management, LLC
7005 Chippewa St
ST. LOUIS, MISSOURI 63199

## AUTO PAY

*Payment will be automatically withdrawn
from account XXXXXX9192 on 01-May-2025*

*P.O. Box 30015 Dpt # Z564, Salt Lake City, UT 84130*
*Email billing inquiries to billing@entrata.com*

### Recurring Charges

| | Date | Description | Subtotal | Sales Tax | Total |
|---|---|---|---|---|---|
| 1. | 01-May-2025 | Recurring charges for Entrata Commercial for Chippewa Center | $272.23 | - | $272.23 |

| | | |
|---|---|---|
| | **Total Recurring Charges:** | **$272.23** |

| | |
|---|---|
| **Invoice Subtotal** | **$272.23** |
| **Invoice Sales Tax** | **-** |
| **Invoice Total** | **$272.23** |

### Account Activity

| | Date | Document Type | Reference Number | Amount | Account Balance |
|---|---|---|---|---|---|
| 1. | 31-Mar-2025 | Opening Balance | | $0.00 | $0.00 |
| 2. | 01-Apr-2025 | Invoice | 2262928453 | $272.23 | $272.23 |
| 3. | 01-Apr-2025 | Payment | 22629284 | $(272.23) | $0.00 |
| 4. | 01-May-2025 | Invoice | 2296687693 | $272.23 | $272.23 |
| 5. | 01-May-2025 | Payment | 22966876 | $(272.23) | $0.00 |

| | |
|---|---|
| **Account Balance as of 01-May-2025:** | **$0.00** |

| | |
|---|---|
| **Total Amount Due** | **$0.00** |


4205 Chapel Ridge Rd, Lehi UT 84043

Invoice Number 2262928453

Account # CA-9483728

| Invoice Date | 01-Apr-2025 |
|---|---|
| Invoice Due Date | 01-Apr-2025 |
| Invoice Total | $272.23 |
| **Total Amount Due** | **$0.00** |

Chippewa Center
C/O Jared Management, LLC
7005 Chippewa St
ST. LOUIS, MISSOURI 63199

## AUTO PAY

*Payment will be automatically withdrawn
from account XXXXXX9192 on 01-Apr-2025*

*P.O. Box 30015 Dpt # Z564, Salt Lake City, UT 84130
Email billing inquiries to billing@entrata.com*

### Recurring Charges

| | Date | Description | Subtotal | Sales Tax | Total |
|---|---|---|---|---|---|
| 1. | 01-Apr-2025 | Recurring charges for Entrata Commercial for Chippewa Center | $272.23 | - | $272.23 |

**Total Recurring Charges:** **$272.23**

| Invoice Subtotal | $272.23 |
|---|---|
| Invoice Sales Tax | - |
| Invoice Total | $272.23 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Account Activity

| | Date | Document Type | Reference Number | Amount | Account Balance |
|---|---|---|---|---|---|
| 1. | 28-Feb-2025 | Opening Balance | | $0.00 | $0.00 |
| 2. | 01-Mar-2025 | Invoice | 2228925313 | $272.23 | $272.23 |
| 3. | 03-Mar-2025 | Payment | 22289253 | $(272.23) | $0.00 |
| 4. | 01-Apr-2025 | Invoice | 2262928453 | $272.23 | $272.23 |
| 5. | 01-Apr-2025 | Payment | 22629284 | $(272.23) | $0.00 |

**Account Balance as of 01-Apr-2025:** **$0.00**

| Total Amount Due | $0.00 |
|---|---|



4205 Chapel Ridge Rd, Lehi UT 84043

Invoice Number 2228925313

Account # CA-9483728

| Invoice Date | 01-Mar-2025 |
|---|---|
| Invoice Due Date | 01-Mar-2025 |
| Invoice Total | $272.23 |
| **Total Amount Due** | **$272.23** |

Chippewa Center
C/O Jared Management, LLC
7005 Chippewa St
ST. LOUIS, MISSOURI 63199

## AUTO PAY

*Payment will be automatically withdrawn
from account XXXXXX9192 on 01-Mar-2025*

*P.O. Box 30015 Dpt # Z564, Salt Lake City, UT 84130
Email billing inquiries to billing@entrata.com*

### Recurring Charges

| | Date | Description | Subtotal | Sales Tax | Total |
|---|---|---|---|---|---|
| 1. | 01-Mar-2025 | Recurring charges for Entrata Commercial for Chippewa Center | $272.23 | - | $272.23 |

**Total Recurring Charges:** **$272.23**

| | |
|---|---|
| **Invoice Subtotal** | **$272.23** |
| **Invoice Sales Tax** | **-** |
| **Invoice Total** | **$272.23** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Account Activity

| | Date | Document Type | Reference Number | Amount | Account Balance |
|---|---|---|---|---|---|
| 1. | 31-Jan-2025 | Opening Balance | | $0.00 | $0.00 |
| 2. | 01-Feb-2025 | Invoice | 2140160813 | $272.23 | $272.23 |
| 3. | 03-Feb-2025 | Payment | 21401608 | $(272.23) | $0.00 |
| 4. | 01-Mar-2025 | Invoice | 2228925313 | $272.23 | $272.23 |

**Account Balance as of 01-Mar-2025:** **$272.23**

### Outstanding Items

| | Document Type | Reference Number | Issued | Due Date | Aging | Remaining Balance |
|---|---|---|---|---|---|---|
| 1. | Invoice | 2228925313 | 01-Mar-2025 | 31-Mar-2025 | Open | $272.23 |

**Remaining Balance:** **$272.23**

| | |
|---|---|
| **Total Amount Due** | **$272.23** |



4205 Chapel Ridge Rd, Lehi UT 84043

Invoice Number 2140160813

Account # CA-9483728

| Invoice Date | 01-Feb-2025 |
|---|---|
| Invoice Due Date | 01-Feb-2025 |
| Invoice Total | $272.23 |
| **Total Amount Due** | **$272.23** |

Chippewa Center
C/O Jared Management, LLC
7005 Chippewa St
ST. LOUIS, MISSOURI 63199

## AUTO PAY

*Payment will be automatically withdrawn
from account XXXXXX9192 on 01-Feb-2025*

*P.O. Box 30015 Dpt # Z564, Salt Lake City, UT 84130
Email billing inquiries to billing@entrata.com*

### Recurring Charges

| | Date | Description | Subtotal | Sales Tax | Total |
|---|---|---|---|---|---|
| 1. | 01-Feb-2025 | Recurring charges for Entrata Commercial for Chippewa Center | $272.23 | - | $272.23 |

**Total Recurring Charges:** **$272.23**

| | |
|---|---|
| **Invoice Subtotal** | **$272.23** |
| **Invoice Sales Tax** | **-** |
| **Invoice Total** | **$272.23** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Account Activity

| | Date | Document Type | Reference Number | Amount | Account Balance |
|---|---|---|---|---|---|
| 1. | 31-Dec-2024 | Opening Balance | | $0.00 | $0.00 |
| 2. | 01-Jan-2025 | Invoice | 2107494123 | $272.23 | $272.23 |
| 3. | 02-Jan-2025 | Payment | 21074941 | $(272.23) | $0.00 |
| 4. | 01-Feb-2025 | Invoice | 2140160813 | $272.23 | $272.23 |

**Account Balance as of 01-Feb-2025:** **$272.23**

### Outstanding Items

| | Document Type | Reference Number | Issued | Due Date | Aging | Remaining Balance |
|---|---|---|---|---|---|---|
| 1. | Invoice | 2140160813 | 01-Feb-2025 | 03-Mar-2025 | Open | $272.23 |

**Remaining Balance:** **$272.23**

| | |
|---|---|
| **Total Amount Due** | **$272.23** |



4205 Chapel Ridge Rd, Lehi UT 84043

Invoice Number 2107494123

Account # CA-9483728

| Invoice Date | 01-Jan-2025 |
|---|---|
| Invoice Due Date | 01-Jan-2025 |
| Invoice Total | $272.23 |
| **Total Amount Due** | **$272.23** |

Chippewa Center
C/O Jared Management, LLC
7005 Chippewa St
ST. LOUIS, MISSOURI 63199

## AUTO PAY
*Payment will be automatically withdrawn
from account XXXXXX9192 on 01-Jan-2025*

*P.O. Box 30015 Dpt # Z564, Salt Lake City, UT 84130
Email billing inquiries to billing@entrata.com*

### Recurring Charges

| | Date | Description | Subtotal | Sales Tax | Total |
|---|---|---|---|---|---|
| 1. | 01-Jan-2025 | Recurring charges for Entrata Commercial for Chippewa Center | $272.23 | - | $272.23 |

**Total Recurring Charges:** **$272.23**

| | |
|---|---|
| **Invoice Subtotal** | **$272.23** |
| **Invoice Sales Tax** | **-** |
| **Invoice Total** | **$272.23** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Account Activity

| | Date | Document Type | Reference Number | Amount | Account Balance |
|---|---|---|---|---|---|
| 1. | 30-Nov-2024 | Opening Balance | | $0.00 | $0.00 |
| 2. | 01-Dec-2024 | Invoice | 2075085323 | $272.23 | $272.23 |
| 3. | 02-Dec-2024 | Payment | 20750853 | $(272.23) | $0.00 |
| 4. | 01-Jan-2025 | Invoice | 2107494123 | $272.23 | $272.23 |

**Account Balance as of 01-Jan-2025:** **$272.23**

### Outstanding Items

| | Document Type | Reference Number | Issued | Due Date | Aging | Remaining Balance |
|---|---|---|---|---|---|---|
| 1. | Invoice | 2107494123 | 01-Jan-2025 | 31-Jan-2025 | Open | $272.23 |

**Remaining Balance:** **$272.23**

| | |
|---|---|
| **Total Amount Due** | **$272.23** |

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/17/2025 | 10671 |

**Bill To**

JARED ENTERPRISES
ATTEN:  KERRY KOVIG
2870 S. INGRAM MILL ROAD
SUITE A
SPRINGFIELD,  MO  65804

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|          | Job Location:  Chippewa Plaza<br>Removed dirt and rock from parking lot in front of Value City Furniture with a Bobcat | 395.00 | 395.00 |

Thank you for your business.

**Total** $395.00

# Kerry Rovig

| | |
|---|---|
| **From:** | Kerry Rovig |
| **Sent:** | Sunday, March 16, 2025 7:45 PM |
| **To:** | Laura Gross |
| **Cc:** | ASI Maintenance |
| **Subject:** | Re: New Service Request  | Location ID: 102 | NORMAL: 2 BUSINESS DAYS | 307527719 | American Signature, Inc. | Saint Louis | MO |

I did not receive photos, but please let me know if your team reports that it needs any more attention.
Thanks
CL



**Kerry Rovig**
**Director of Operations**
**Jared Commercial & Management**

Office:   417-877-7900
E-mail:   krovig@jaredmanagement.com
Address: 2870-A S. Ingram Mill Rd. Springfield, MO 65804
Website:  www.JaredCommercial.com

The information contained in this e-mail is intended only for the individual or entity to whom it is addressed. Its contents (incluc attachments) may contain confidential and/or privileged information. If you are not an intended recipient you must not use, dis copy or print its contents. If you receive this e-mail in error, please notify the sender by reply e-mail and delete and destroy the

**From:** Laura Gross <Laura.Gross@vcf.com>
**Sent:** Sunday, March 16, 2025 12:51 PM
**To:** Kerry Rovig <krovig@jaredmanagement.com>
**Cc:** ASI Maintenance <ASImaintenance@americansignature.com>
**Subject:** Re: New Service Request | Location ID: 102 | NORMAL: 2 BUSINESS DAYS | 307527719 | American Signature, Inc. | Saint Louis | MO

Kerry do you have pics of final cleanup?  Hoping you can let me know this was definitely completed today.

Please advise.

Thanks,

Laura Gross
Sr. Facilities Manager
American Signature, Inc.

[4300 E. 5th Ave., Columbus OH 43219](#)
[Laura.Gross@Americansignature.com](#)
(m) [614-202-7111](#)



On Mar 15, 2025, at 6:18 PM, Kerry Rovig <krovig@jaredmanagement.com> wrote:

I was able to find someone to scrape it with a bobcat tomorrow.  I will make sure the sweepers know to go over it after.
Thanks for letting me know.

Get [Outlook for iOS](#)

---

**From:** Laura Gross <Laura.Gross@vcf.com>
**Sent:** Saturday, March 15, 2025 4:29:39 PM
**To:** Kerry Rovig <krovig@jaredmanagement.com>
**Cc:** ASI Maintenance <ASImaintenance@americansignature.com>
**Subject:** Re: New Service Request | Location ID: 102 | NORMAL: 2 BUSINESS DAYS | 307527719 | American Signature, Inc. | Saint Louis | MO

<image0.jpeg>
<image1.jpeg>
<image2.jpeg>
<image3.jpeg>
<image4.jpeg>

Laura Gross
Sr. Facilities Manager
American Signature, Inc.
[4300 E. 5th Ave., Columbus OH 43219](#)
[Laura.Gross@Americansignature.com](#)
(m) [614-202-7111](#)

On Mar 15, 2025, at 3:56 PM, Kerry Rovig <krovig@jaredmanagement.com> wrote:

Are there photos you can send so that I can better determine who to send?

Get Outlook for iOS

---

**From:** Laura Gross <Laura.Gross@vcf.com>
**Sent:** Saturday, March 15, 2025 1:42:45 PM
**To:** Kerry Rovig <krovig@jaredmanagement.com>
**Cc:** ASI Maintenance <ASImaintenance@americansignature.com>
**Subject:** Fwd: New Service Request | Location ID: 102 | NORMAL: 2 BUSINESS DAYS | 307527719 | American Signature, Inc. | Saint Louis | MO

Kerry,

The below is an emergency to clear away mud from storms.  Please advise ETA.

Thanks,

Laura Gross
Sr. Facilities Manager
American Signature, Inc.
4300 E. 5th Ave., Columbus OH 43219
Laura.Gross@Americansignature.com
(m) 614-202-7111



Begin forwarded message:

> **From:** ServiceChannel <ServiceRequest@scalert.com>
> **Date:** March 15, 2025 at 2:28:59 PM EDT
> **To:** Laura Gross <Laura.Gross@vcf.com>
> **Subject: New Service Request  | Location ID: 102 | NORMAL: 2 BUSINESS DAYS | 307527719 | American Signature, Inc. | Saint Louis | MO**

**CAUTION - EXTERNAL SENDER: This email originated outside of ASF/VCF**



# New Service Request

**Your company has received a service request #307527719 from CALLER: paul lambert/ store manager.**

| | |
|---|---|
| **Accept** | **Decline** |
| click button or reply "YES" | click button or reply "NO" |

Customer
**American Signature, Inc. Saint Louis MO 102**
Location Name
**Chippewa**

Priority
**NORMAL: 2 BUSINESS DAYS**

Trade
**PARKING LOT**

Scheduled
**Mar 19, 2025**
**00:00**

Category
**REPAIR**

NTE (USD )
**750.00**

# Work Order Details

Customer Area
**Exterior**

Asset
**Sidewalk**

Problem Type
**Sidewalk**

Problem
**Debris removal/Sweeping needed**

PO#
**307527719**

Tracking Number
**307527719**

4

Problem Description

**"EXTERIOR / Sidewalk / Sidewalk / Debris removal/Sweeping needed / Large, area off mud and debris ( sticks, rock) washed into parking spaces from hill to the side. Guests have to walk around this to get into store"**

View Work Order

# Location Details

Customer
**American Signature, Inc.**

Location ID
**102**

Location Name
**Chippewa**

Address
**7077 Chippewa Street
Saint Louis, MO 63119, US**

Region
**Div 1 North**

District
**Reg 6**

Phone

**314-645-1550**

Fax
**314-645-2428**

# Check-In Instructions

**The ServiceChannel Provider app helps technicians easily check-in/out and capture all on-site services from your mobile device.**

 

**Alternatively, you can use our phone based automated response system (IVR) by dialing 516-500-7776, 516-200-3363 to check in upon arrival to the location and to check out upon completion of your visit.**

**You can also accept/decline the service request using IVR. Your PIN to access the ServiceChannel Provider mobile app and automated response system: 370910**

# Location Notes

A&B Core Locks
**no**

Retail Facility Manager
**Meghan Rieger**

Retail Facility Manager Phone Number

EMS

6

**614-687-2119**                    **No**

SQ FT
**51377**

Retail Facility Manager Email
**meghan.rieger@americansignature.com**

Sent by ServiceChannel

6210 Stoneridge Mall Rd Suite 450,
Pleasanton, CA 94588

Terms and Conditions  |  Customer
Support  |  Adjust Dispatch Preferences

    



**ideal** LANDSCAPE GROUP

6252 Olsen Road
SAINT LOUIS, MO 63129

# Invoice   32814

| Date | PO# |
|------|-----|
| 03/01/25 | |
| Sales Rep | Terms |
| Jake Wynn | Net 30 |

| Bill To | Property Address |
|---------|------------------|
| Chippewa Plaza<br>Jared Management<br>7057 Chippewa Street<br>St. Louis, MO 63119 | Chippewa Plaza<br>7057 Chippewa Street<br>St. Louis, MO 63119 |

| Description | Amount |
|-------------|--------|
| **#3086 - 2025 Chippewa Plaza Agreement March 2025** | **$8,003.27** |
| Spring Clean up - 02/27/2025 | |

| | |
|---|---|
| Subtotal | $8,003.27 |
| Sales Tax | $0.00 |
| **Total** | **$8,003.27** |
| Credits/Payments | ($0.00) |
| **Balance Due** | **$8,003.27** |

p 314-892-9500 | idealandscape.com

# INVOICE

**Coltrane Asphalt LLC**
PO Box 724
Marshfield, MISSOURI 65706

shaun@coltraneasphalt.com
+1 (417) 225-2502
www.coltraneasphalt.com



**Bill to**
Jared Management, LLC
Springfield, MO USA

**Ship to**
Jared Management, LLC

**Invoice details**
Invoice no.: 25-0178-4
Terms: Due on receipt
Invoice date: 09/09/2025
Due date: 10/01/2025

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|--------------------|-------------|-----|------|--------|
| 1. | | **GENERAL** | Bollard repair in Chippewa parking lot | 1 | $2,850.00 | $2,850.00 |

| | Total | **$2,850.00** |
|---|---|---|

## Note to customer
Chippewa

# BUGOUT
**A RENTOKIL COMPANY**

PO Box 13848
Reading, PA 19612-3848

# SERVICE INVOICE

**Invoice number:**
85682019

**Due date:**
12/21/2025

**Total due:**
$118.70

**Bill To number:**
3548077

**Invoice date:**
11/21/2025

## PAYMENT REQUESTED FROM:

Seq#: 000001
Jared Enterprises
2870 S Ingram Mill Rd
Ste: A
Springfield, MO 65804-4382

# Invoice

Thank you for trusting BUG OUT to protect your business. A summary of your services is listed below along with the total amount due. Pay by phone by calling 877-284-6881

Page 1 of 1

## INVOICE DETAILS

| | |
|---|---:|
| **BIRD PROGRAM SERVICE MAINTENANCE** | 118.70 |
| Jared Enterprises | |
| 7075 CHIPPEWA ST | |
| SAINT LOUIS , MO ON 11/21/2025 | |

| | |
|---|---:|
| **SUBTOTAL:** | $118.70 |
| **TOTAL DUE:** | **$118.70** |

---

**Payment Receipt. Please Return with Payment Remittance**

**Amount due: $118.70**

**Payment due: 12/21/2025**

To pay by phone call 877-284-6881.

**Customer name:**
Jared Enterprises
**Bill To number:**
3548077
**Invoice number:**
85682019

# BUGOUT
**www.bugoutservice.com**
Mail this form with payment to:

BUG OUT
PO BOX 740608
CINCINNATI OH 45274-0608

0035480770000000000085682019000011870202512210006

**LATE PAYMENT FEE INFORMATION**

In the event that full payment is past due, a late payment fee will be added to the unpaid late balance. The late payment fee is equal to 1.5% per month (18% annual rate) of the unpaid late balance, or such lesser amount as may be the maximum amount permitted by law. This late payment fee will appear on the monthly statement. A minimum late charge of $1.00 may be imposed.

**ENVIRONMENTAL, HEALTH & SAFETY SURCHARGE INFORMATION**

Company incurs significant costs to create sustainable practices to ensure the safety, health, and well-being of its employees, as well as the public and environment as a whole. As such, Company reserves the right to add an Environmental, Health & Safety surcharge, in addition to Customer's standard service fees, to Customer's invoice(s) to offset these costs and promote consistent, sustainable safety-and-health-conscious practices. The surcharge may be adjusted per invoice, as determined necessary by Company.

# BUGOUT
A RENTOKIL COMPANY

PO Box 13848
Reading, PA 19612-3848

# SERVICE INVOICE

**Invoice number:**
89360124

**Due date:**
1/14/2026

**Total due:**
$118.70

**Bill To number:**
3548077

**Invoice date:**
12/15/2025

**PAYMENT REQUESTED FROM:**

Seq#: 000001
Jared Enterprises
2870 S Ingram Mill Rd
Ste: A
Springfield, MO 65804-4382

## Invoice

Thank you for trusting BUG OUT to protect your business. A summary of your services is listed below along with the total amount due. Pay by phone by calling 877-284-6881

Page 1 of 1

### INVOICE DETAILS

**BIRD PROGRAM SERVICE MAINTENANCE**                                              118.70
Jared Enterprises
7075 CHIPPEWA ST
SAINT LOUIS , MO ON 12/15/2025

| | |
|---|---|
| **SUBTOTAL:** | $118.70 |
| **TOTAL DUE:** | **$118.70** |

---

**Payment Receipt. Please Return with Payment Remittance**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Amount due: $118.70**

**Payment due: 1/14/2026**

To pay by phone call 877-284-6881.

**Customer name:**
Jared Enterprises
**Bill To number:**
3548077
**Invoice number:**
89360124



**www.bugoutservice.com**
Mail this form with payment to:

BUG OUT
PO BOX 740608
CINCINNATI OH 45274-0608

0035480770000000000893601240000118702026011400009

**LATE PAYMENT FEE INFORMATION**

In the event that full payment is past due, a late payment fee will be added to the unpaid late balance. The late payment fee is equal to 1.5% per month (18% annual rate) of the unpaid late balance, or such lesser amount as may be the maximum amount permitted by law. This late payment fee will appear on the monthly statement. A minimum late charge of $1.00 may be imposed.

**ENVIRONMENTAL, HEALTH & SAFETY SURCHARGE INFORMATION**

Company incurs significant costs to create sustainable practices to ensure the safety, health, and well-being of its employees, as well as the public and environment as a whole. As such, Company reserves the right to add an Environmental, Health & Safety surcharge, in addition to Customer's standard service fees, to Customer's invoice(s) to offset these costs and promote consistent, sustainable safety-and-health-conscious practices. The surcharge may be adjusted per invoice, as determined necessary by Company.

# BUGOUT
**A RENTOKIL COMPANY**

PO Box 13848
Reading, PA 19612-3848

# SERVICE INVOICE

**Invoice number:**
84292882

**Due date:**
11/19/2025

**Total due:**
$118.70

**Bill To number:**
3548077

**Invoice date:**
10/20/2025

**PAYMENT REQUESTED FROM:**

Seq#: 000001
Jared Enterprises
2870 S Ingram Mill Rd
Ste: A
Springfield, MO 65804-4382

## Invoice

Thank you for trusting BUG OUT to protect your business. A summary of your services is listed below along with the total amount due. Pay by phone by calling 877-284-6881

Page 1 of 1

### INVOICE DETAILS

| | |
|---|---|
| **BIRD PROGRAM SERVICE MAINTENANCE** | 118.70 |
| Jared Enterprises | |
| 7075 CHIPPEWA ST | |
| SAINT LOUIS , MO ON 10/20/2025 | |

| | |
|---|---|
| **SUBTOTAL:** | $118.70 |
| **TOTAL DUE:** | **$118.70** |

---

**Payment Receipt. Please Return with Payment Remittance**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Amount due: $118.70**

**Payment due: 11/19/2025**

To pay by phone call 877-284-6881.

**Customer name:**
Jared Enterprises
**Bill To number:**
3548077
**Invoice number:**
84292882



**www.bugoutservice.com**

Mail this form with payment to:

BUG OUT
PO BOX 740608
CINCINNATI OH 45274-0608

00354807700000000000842928820000118702025111190007

**LATE PAYMENT FEE INFORMATION**

In the event that full payment is past due, a late payment fee will be added to the unpaid late balance. The late payment fee is equal to 1.5% per month (18% annual rate) of the unpaid late balance, or such lesser amount as may be the maximum amount permitted by law. This late payment fee will appear on the monthly statement. A minimum late charge of $1.00 may be imposed.

**ENVIRONMENTAL, HEALTH & SAFETY SURCHARGE INFORMATION**

Company incurs significant costs to create sustainable practices to ensure the safety, health, and well-being of its employees, as well as the public and environment as a whole. As such, Company reserves the right to add an Environmental, Health & Safety surcharge, in addition to Customer's standard service fees, to Customer's invoice(s) to offset these costs and promote consistent, sustainable safety-and-health-conscious practices. The surcharge may be adjusted per invoice, as determined necessary by Company.



PO Box 15848
Reading, PA 19612-3848
**A RENTOKIL COMPANY**

Seq#: 000001
Jared Enterprises
2870 S Ingram Mill Rd
Ste: A
Springfield, MO 65804-4382

## SERVICE INVOICE

**Invoice number:**
82927206
**Due date:**
10/19/2025
**Total due:**
$108.90
**Bill To number:**
3548077
**Invoice date:**
9/19/2025

## Invoice

Thank you for trusting BUG OUT to protect your business. A summary of your services is listed below along with the total amount due. Pay by phone by calling 877-284-6881

Page 1 of 1

| INVOICE DETAILS | |
|---|---|
| **SUBTOTAL:** | $108.90 |

**BIRD PROGRAM SERVICE MAINTENANCE** — 108.90
Jared Enterprises
7075 CHIPPEWA ST
SAINT LOUIS , MO ON 9/19/2025

**Amount due: $108.90**

**Payment due: 10/19/2025**

To pay by phone call 877-284-6881.

**Customer name:**
Jared Enterprises
**Bill To number:**
3548077
**Invoice number:**
82927206

**www.bugoutservice.com**
Mail this form with payment to:
BUG OUT
PO BOX 740608
CINCINNATI, OH 45274-0608

**Payment Receipt. Please Return with Payment Remittance**



003548077000000000082927206000010890202510190004

**LATE PAYMENT FEE INFORMATION**

In the event that full payment is past due, a late payment fee will be added to the unpaid late balance. The late payment fee is equal to 1.5% per month (18% annual rate) of the unpaid late balance, or such lesser amount as may be the maximum amount permitted by law. This late payment fee will appear on the monthly statement. A minimum late charge of $1.00 may be imposed.

**ENVIRONMENTAL, HEALTH & SAFETY SURCHARGE INFORMATION**

Company incurs significant costs to create sustainable practices to ensure the safety, health, and well-being of its employees, as well as the public and environment as a whole. As such, Company reserves the right to add an Environmental, Health & Safety surcharge, in addition to Customer's standard service fees, to Customer's invoice(s) to offset these costs and promote consistent, sustainable safety-and-health-conscious practices. The surcharge may be adjusted per invoice, as determined necessary by Company.



**BUGOUT**

A RENTOKIL COMPANY    PO Box 13848
Reading, PA 19612-3848

**SERVICE INVOICE**

**Invoice number:**

81585585

**Due date:**

9/17/2025

**Total due:**

$108.90

**Bill To number:**

3548077

**Invoice date:**

8/18/2025

**PAYMENT REQUESTED FROM:**

Seq#: 000001
Jared Enterprises
2870 S Ingram Mill Rd
Ste: A
Springfield, MO 65804-4382

# Invoice

Thank you for trusting BUG OUT to protect your business. A summary of your services is listed below along with the total amount due. Pay by phone by calling 877-284-6881

Page 1 of 1

## INVOICE DETAILS

| | |
|---|---|
| **BIRD PROGRAM SERVICE MAINTENANCE** | 108.90 |
| Jared Enterprises 7075 CHIPPEWA ST SAINT LOUIS , MO ON 8/18/2025 | |

| | |
|---|---|
| **SUBTOTAL:** | $108.90 |
| **TOTAL DUE:** | **$108.90** |

---

**Payment Receipt. Please Return with Payment Remittance**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Amount due: $108.90**

**Payment due: 9/17/2025**

To pay by phone call 877-284-6881.

**Customer name:**
Jared Enterprises
**Bill To number:**
3548077
**Invoice number:**
81585585



**www.bugoutservice.com**
Mail this form with payment to:

BUG OUT
PO BOX 740608
CINCINNATI OH 45274-0608

0035480770000000000815855850000108902025091 70000

**LATE PAYMENT FEE INFORMATION**

In the event that full payment is past due, a late payment fee will be added to the unpaid late balance. The late payment fee is equal to 1.5% per month (18% annual rate) of the unpaid late balance, or such lesser amount as may be the maximum amount permitted by law. This late payment fee will appear on the monthly statement. A minimum late charge of $1.00 may be imposed.

# BUGOUT

A RENTOKIL COMPANY

PO Box 13848
Reading, PA 19612-3848

# SERVICE INVOICE

**Invoice number:**

80217384

**Due date:**

8/20/2025

**Total due:**

$108.90

**Bill To number:**

3548077

**Invoice date:**

7/21/2025

**PAYMENT REQUESTED FROM:**

Seq#: 000001
Jared Enterprises
2870 S Ingram Mill Rd
Ste: A
Springfield, MO 65804-4382

## Invoice

Thank you for trusting BUG OUT to protect your business. A summary of your services is listed below along with the total amount due. Pay by phone by calling 877-284-6881

Page 1 of 1

### INVOICE DETAILS

**BIRD PROGRAM SERVICE MAINTENANCE**                                                                   108.90

Jared Enterprises
7075 CHIPPEWA ST
SAINT LOUIS , MO ON 7/21/2025

| | |
|---|---|
| **SUBTOTAL:** | $108.90 |
| **TOTAL DUE:** | **$108.90** |

---

**Payment Receipt. Please Return with Payment Remittance**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Amount due: $108.90**

**Payment due: 8/20/2025**

To pay by phone call 877-284-6881.

**Customer name:**
Jared Enterprises
**Bill To number:**
3548077
**Invoice number:**
80217384



**BUGOUT**

www.bugoutservice.com

Mail this form with payment to:

BUG OUT
PO BOX 740608
CINCINNATI OH 45274-0608

0035480770000000000080217384000010890202508200000

**LATE PAYMENT FEE INFORMATION**

In the event that full payment is past due, a late payment fee will be added to the unpaid late balance. The late payment fee is equal to 1.5% per month (18% annual rate) of the unpaid late balance, or such lesser amount as may be the maximum amount permitted by law. This late payment fee will appear on the monthly statement. A minimum late charge of $1.00 may be imposed.

# BUGOUT
**A RENTOKIL COMPANY**
PO Box 13848
Reading, PA 19612-3848

# SERVICE INVOICE

**Invoice number:**
78905991

**Due date:**
7/24/2025

**Total due:**
$108.90

**Bill To number:**
3548077

**Invoice date:**
6/24/2025

**PAYMENT REQUESTED FROM:**

Seq#: 000001
Jared Enterprises
2870 S Ingram Mill Rd
Ste: A
Springfield, MO 65804-4382

## Invoice

Thank you for trusting BUG OUT to protect your business. A summary of your services is listed below along with the total amount due. Pay by phone by calling 877-284-6881

Page 1 of 1

| INVOICE DETAILS | |
|---|---|
| **BIRD PROGRAM SERVICE MAINTENANCE** | 108.90 |
| Jared Enterprises 7075 CHIPPEWA ST SAINT LOUIS , MO ON 6/24/2025 | |

| | |
|---|---|
| **SUBTOTAL:** | $108.90 |
| **TOTAL DUE:** | **$108.90** |

---

**Payment Receipt. Please Return with Payment Remittance**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Amount due: $108.90**

**Payment due: 7/24/2025**

To pay by phone call 877-284-6881.

**Customer name:**
Jared Enterprises
**Bill To number:**
3548077
**Invoice number:**
78905991

# BUGOUT
**www.bugoutservice.com**
Mail this form with payment to:



BUG OUT
PO BOX 740608
CINCINNATI OH 45274-0608

00354807700000000007890599100001089020250724007