# EXHIBIT B-2

**LATE PAYMENT FEE INFORMATION**

In the event that full payment is past due, a late payment fee will be added to the unpaid late balance. The late payment fee is equal to 1.5% per month (18% annual rate) of the unpaid late balance, or such lesser amount as may be the maximum amount permitted by law. This late payment fee will appear on the monthly statement. A minimum late charge of $1.00 may be imposed.


A RENTOKIL COMPANY

PO Box 13848
Reading, PA 19612-3848

# SERVICE INVOICE

**Invoice number:**

77610089

**Due date:**

6/22/2025

**Total due:**

$108.90

**Bill To number:**

3548077

**Invoice date:**

5/23/2025

**PAYMENT REQUESTED FROM:**

Seq#: 000001
Jared Enterprises
2870 S Ingram Mill Rd
Ste: A
Springfield, MO 65804-4382

## Invoice

Thank you for trusting BUG OUT to protect your business. A summary of your services is listed below along with the total amount due. Pay by phone by calling 877-284-6881

Page 1 of 1

| INVOICE DETAILS | |
|---|---|
| **BIRD PROGRAM SERVICE MAINTENANCE** | 108.90 |
| Jared Enterprises<br>7075 CHIPPEWA ST<br>SAINT LOUIS , MO ON 5/23/2025 | |
| **SUBTOTAL:** | $108.90 |
| **TOTAL DUE:** | **$108.90** |

---

**Payment Receipt. Please Return with Payment Remittance**

--------------------------------------------------------------------------------

**Amount due: $108.90**

**Payment due: 6/22/2025**

To pay by phone call 877-284-6881.

**Customer name:**
Jared Enterprises
**Bill To number:**
3548077
**Invoice number:**
77610089


**www.bugoutservice.com**
Mail this form with payment to:

BUG OUT
PO BOX 740608
CINCINNATI OH 45274-0608

00354807700000000000776100890000108902025062200001

**LATE PAYMENT FEE INFORMATION**

In the event that full payment is past due, a late payment fee will be added to the unpaid late balance. The late payment fee is equal to 1.5% per month (18% annual rate) of the unpaid late balance, or such lesser amount as may be the maximum amount permitted by law. This late payment fee will appear on the monthly statement. A minimum late charge of $1.00 may be imposed.



**A RENTOKIL COMPANY**  PO Box 13848
Reading, PA 19612-3848



**PAYMENT REQUESTED FROM:**

Seq#: 000001
Jared Enterprises
2870 S Ingram Mill Rd
Ste: A
Springfield, MO 65804-4382

**Invoice number:**

76255120

**Due date:**

5/24/2025

**Total due:**

$108.90

**Bill To number:**

3548077

**Invoice date:**

4/24/2025

# Invoice Summary

Thank you for trusting BUG OUT to protect your business. A summary of your services is listed below along with the total amount due. Pay by phone by calling 877-284-6881

Page 1 of 1

| INVOICE DETAILS | |
|---|---|
| **BIRD PROGRAM SERVICE MAINTENANCE** | 108.90 |
| Jared Enterprises 7075 CHIPPEWA ST SAINT LOUIS , MO ON 4/24/2025 | |

|  |  |
|---|---|
| **SUBTOTAL:** | $108.90 |
| **TOTAL DUE:** | **$108.90** |

---

**Payment Receipt. Please Return with Payment Remittance**

**Amount due: $108.90**

**Payment due: 5/24/2025**

To pay by phone call 877-284-6881.

**Customer name:**
Jared Enterprises
**Bill To number:**
3548077
**Invoice number:**
76255120

**BUGOUT**

**www.bugoutservice.com**
Mail this form with payment to:



BUG OUT
PO BOX 740608
CINCINNATI OH 45274-0608

0035480770000000000076255120000001089020250524007

**LATE PAYMENT FEE INFORMATION**

In the event that full payment is past due, a late payment fee will be added to the unpaid late balance. The late payment fee is equal to 1.5% per month (18% annual rate) of the unpaid late balance, or such lesser amount as may be the maximum amount permitted by law. This late payment fee will appear on the monthly statement. A minimum late charge of $1.00 may be imposed.



A RENTOKIL COMPANY
PO BOX 740608
CINCINNATI OH 45274-0608

**PHONE:** 877-284-6881
**WEB:**   www.bugoutservice.com
**Text:** 877-284-6881

Page 1 of 1

| Bill To Number | Invoice Date | Amount Due |
|---|---|---|
| 3548077 | 3/8/2025 | 108.90 |

**INVOICE# 75004803  Jared Enterprises**



| INVOICE DETAIL | |
|---|---|

*Thank you for allowing us to provide the following services:*

**BIRD PROGRAM SERVICE MAINTENANCE**                                    108.90
Jared Enterprises
7075 CHIPPEWA ST
SAINT LOUIS , MO ON 3/8/2025

---

**Payment Receipt. Please Return with Payment Remittance**



A RENTOKIL COMPANY
PO Box 13848
Reading, PA 19612-3848

| | |
|---|---|
| **Bill To #:** 3548077 | **Date:** 3/8/2025 |
| **Due Date:** 4/7/2025 | **Invoice #:** 75004803 |
| **Amount Due:** 108.90 | **Amount Paid:** _____ |
| | **Check No.:** _____ |



Seq#: 000001
Jared Enterprises
2870 S Ingram Mill Rd
Ste: A
Springfield, MO 65804-4382

BUG OUT
PO BOX 740608
CINCINNATI OH 45274-0608

0035480770000000000750048030000108902025040700002

**LATE PAYMENT FEE INFORMATION**

In the event that full payment is past due, a late payment fee will be added to the unpaid late balance. The late payment fee is equal to 1.5% per month (18% annual rate) of the unpaid late balance, or such lesser amount as may be the maximum amount permitted by law.  This late payment fee will appear on the monthly statement. A minimum late charge of $1.00 may be imposed.

**FUEL/TRANSPORTATION SURCHARGE**

Like many other companies that are impacted by the price of gasoline, a rise in gasoline prices may necessitate a fuel surcharge. As such, the Company reserves the right to add a fuel surcharge to your invoice for any increase in the cost of fuel as measured above 2018 (as measured by the National U.S. Average Motor Gasoline-Regular Fuel Price per Gallon Index reported by the U.S. Department of Energy).  The surcharge may be adjusted monthly (up or down) with the price of gasoline.



A RENTOKIL COMPANY
PO BOX 740608
CINCINNATI OH 45274-0608

**PHONE:** 877-284-6881
**WEB:**   www.bugoutservice.com
**Text:** 877-284-6881

Page 1 of 1

| Bill To Number | Invoice Date | Amount Due |
|---|---|---|
| 3548077 | 2/11/2025 | 108.90 |

**INVOICE# 73817912  Jared Enterprises**



| INVOICE DETAIL |
|---|

*Thank you for allowing us to provide the following services:*

**BIRD PROGRAM SERVICE MAINTENANCE**                                                                     108.90
Jared Enterprises
7075 CHIPPEWA ST
SAINT LOUIS , MO ON 2/11/2025

---

**Payment Receipt. Please Return with Payment Remittance**



A RENTOKIL COMPANY
PO Box 13848
Reading, PA 19612-3848

| | | | |
|---|---|---|---|
| **Bill To #:** 3548077 | | **Date:** 2/11/2025 | |
| **Due Date:** 3/13/2025 | | **Invoice #:** 73817912 | |
| **Amount Due:** 108.90 | | **Amount Paid:** _____ | |
| | | **Check No.:** _____ | |

Seq#: 000001
Jared Enterprises
2870 S Ingram Mill Rd
Ste: A
Springfield, MO 65804-4382

BUG OUT
PO BOX 740608
CINCINNATI OH 45274-0608

0035480770000000007381791200001089020250313000 7

**LATE PAYMENT FEE INFORMATION**

In the event that full payment is past due, a late payment fee will be added to the unpaid late balance. The late payment fee is equal to 1.5% per month (18% annual rate) of the unpaid late balance, or such lesser amount as may be the maximum amount permitted by law.  This late payment fee will appear on the monthly statement. A minimum late charge of $1.00 may be imposed.

**FUEL/TRANSPORTATION SURCHARGE**

Like many other companies that are impacted by the price of gasoline, a rise in gasoline prices may necessitate a fuel surcharge. As such, the Company reserves the right to add a fuel surcharge to your invoice for any increase in the cost of fuel as measured above 2018 (as measured by the National U.S. Average Motor Gasoline-Regular Fuel Price per Gallon Index reported by the U.S. Department of Energy).  The surcharge may be adjusted monthly (up or down) with the price of gasoline.



A RENTOKIL COMPANY
PO BOX 740608
CINCINNATI OH 45274-0608

**PHONE:** 877-284-6881
**WEB:** www.bugoutservice.com
**Text:** 877-284-6881

<span style="text-align:right">Page 1 of 1</span>

| Bill To Number | Invoice Date | Amount Due |
|---|---|---|
| 3548077 | 1/23/2025 | 108.90 |

**INVOICE# 72628783  Jared Enterprises**



| **INVOICE DETAIL** |
|---|

*Thank you for allowing us to provide the following services:*

**BIRD PROGRAM SERVICE MAINTENANCE**          108.90
Jared Enterprises
7075 CHIPPEWA ST
SAINT LOUIS , MO ON 1/23/2025

**Payment Receipt. Please Return with Payment Remittance**

A RENTOKIL COMPANY
PO Box 13848
Reading, PA 19612-3848

| | |
|---|---|
| **Bill To #:** 3548077 | **Date:** 1/23/2025 |
| **Due Date:** 2/22/2025 | **Invoice #:** 72628783 |
| **Amount Due:** 108.90 | **Amount Paid:** _____ |
| | **Check No.:** _____ |



Seq#: 000001
Jared Enterprises
2870 S Ingram Mill Rd
Ste: A
Springfield, MO 65804-4382

BUG OUT
PO BOX 740608
CINCINNATI OH 45274-0608

0035480770000000000726287830000108902025022000b

**LATE PAYMENT FEE INFORMATION**

In the event that full payment is past due, a late payment fee will be added to the unpaid late balance. The late payment fee is equal to 1.5% per month (18% annual rate) of the unpaid late balance, or such lesser amount as may be the maximum amount permitted by law.  This late payment fee will appear on the monthly statement. A minimum late charge of $1.00 may be imposed.

**FUEL/TRANSPORTATION SURCHARGE**

Like many other companies that are impacted by the price of gasoline, a rise in gasoline prices may necessitate a fuel surcharge. As such, the Company reserves the right to add a fuel surcharge to your invoice for any increase in the cost of fuel as measured above 2018 (as measured by the National U.S. Average Motor Gasoline-Regular Fuel Price per Gallon Index reported by the U.S. Department of Energy).  The surcharge may be adjusted monthly (up or down) with the price of gasoline.

**Peacemaker Defense Group**

3330 Osage St
Pacific, MO  63069



# INVOICE

| BILL TO | | INVOICE | 2153 |
|---|---|---|---|
| Chippewa Center LLC | | DATE | 12/14/2025 |
| 2870-A South Ingram Mill Rd | | TERMS | Due on receipt |
| Springfield, Missouri  65804 | | DUE DATE | 12/15/2025 |
| United States | | | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 12/15/2025 | Security Services | | 1 | 3,960.00 | 3,960.00 |

Fourteenth month of services.

| | |
|---|---|
| SUBTOTAL | 3,960.00 |
| TAX | 0.00 |
| TOTAL | 3,960.00 |
| BALANCE DUE | **$3,960.00** |

Pay invoice

**Peacemaker Defense Group**

3330 Osage St
Pacific, MO  63069



# INVOICE

| BILL TO | | INVOICE | 2141 |
|---|---|---|---|
| Chippewa Center LLC | | DATE | 11/12/2025 |
| 2870-A South Ingram Mill Rd | | TERMS | Due on receipt |
| Springfield, Missouri  65804 | | DUE DATE | 11/15/2025 |
| United States | | | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 11/15/2025 | Security Services | | 1 | 3,960.00 | 3,960.00 |

Thirteenth month of services.

| | | |
|---|---|---|
| SUBTOTAL | | 3,960.00 |
| TAX | | 0.00 |
| TOTAL | | 3,960.00 |
| BALANCE DUE | | **$3,960.00** |

Pay invoice

**Peacemaker Defense Group**

3330 Osage St
Pacific, MO  63069



# INVOICE

| BILL TO | | INVOICE | 2119 |
|---|---|---|---|
| Chippewa Center LLC | | DATE | 10/06/2025 |
| 2870-A South Ingram Mill Rd | | TERMS | Due on receipt |
| Springfield, Missouri  65804 | | DUE DATE | 10/15/2025 |
| United States | | | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10/15/2025 | Security Services | | 1 | 3,960.00 | 3,960.00 |

Twelfth month of services.

| | |
|---|---|
| SUBTOTAL | 3,960.00 |
| TAX | 0.00 |
| TOTAL | 3,960.00 |
| **BALANCE DUE** | **$3,960.00** |

Pay invoice

**Peacemaker Defense Group**

3330 Osage St
Pacific, MO  63069



# INVOICE

| BILL TO | | INVOICE | 2103 |
|---|---|---|---|
| Chippewa Center LLC | | DATE | 09/16/2025 |
| 2870-A South Ingram Mill Rd | | TERMS | Due on receipt |
| Springfield, Missouri  65804 | | DUE DATE | 09/16/2025 |
| United States | | | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 09/15/2025 | Security Services | | 1 | 3,960.00 | 3,960.00 |

Eleventh month of services.

| | |
|---|---|
| SUBTOTAL | 3,960.00 |
| TAX | 0.00 |
| TOTAL | 3,960.00 |
| **BALANCE DUE** | **$3,960.00** |

**Peacemaker Defense Group**

3330 Osage St
Pacific, MO  63069



# INVOICE

| BILL TO | | INVOICE | 2093 |
|---|---|---|---|
| Chippewa Center LLC | | DATE | 08/11/2025 |
| 2870-A South Ingram Mill Rd | | TERMS | Due on receipt |
| Springfield, Missouri  65804 | | DUE DATE | 08/15/2025 |
| United States | | | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 08/15/2025 | Security Services | | 1 | 3,960.00 | 3,960.00 |

Tenth month of services.

| | | |
|---|---|---|
| SUBTOTAL | | 3,960.00 |
| TAX | | 0.00 |
| TOTAL | | 3,960.00 |
| BALANCE DUE | | **$3,960.00** |

Pay invoice

**Peacemaker Defense Group**

3330 Osage St
Pacific, MO  63069



# INVOICE

| BILL TO | | INVOICE | 2080 |
|---|---|---|---|
| Chippewa Center LLC | | DATE | 07/08/2025 |
| 2870-A South Ingram Mill Rd | | TERMS | Due on receipt |
| Springfield, Missouri  65804 | | DUE DATE | 07/15/2025 |
| United States | | | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 07/15/2025 | Security Services | | 1 | 3,960.00 | 3,960.00 |

Ninth month of services.

| | | |
|---|---|---|
| SUBTOTAL | | 3,960.00 |
| TAX | | 0.00 |
| TOTAL | | 3,960.00 |
| BALANCE DUE | | **$3,960.00** |

Pay invoice

**Peacemaker Defense Group**

3330 Osage St
Pacific, MO  63069



# INVOICE

| BILL TO | | INVOICE | 2069 |
|---|---|---|---|
| Chippewa Center LLC | | DATE | 06/09/2025 |
| 2870-A South Ingram Mill Rd | | TERMS | Due on receipt |
| Springfield, Missouri  65804 | | DUE DATE | 06/15/2025 |
| United States | | | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 06/15/2025 | Security Services | | 1 | 3,960.00 | 3,960.00 |

Eighth month of services.

| | |
|---|---|
| SUBTOTAL | 3,960.00 |
| TAX | 0.00 |
| TOTAL | 3,960.00 |
| **BALANCE DUE** | **$3,960.00** |

Pay invoice

**Peacemaker Defense Group**

3330 Osage St
Pacific, MO  63069



# INVOICE

| BILL TO | | INVOICE | 2057 |
|---|---|---|---|
| Chippewa Center LLC | | DATE | 05/13/2025 |
| 2870-A South Ingram Mill Rd | | TERMS | Due on receipt |
| Springfield, Missouri  65804 | | DUE DATE | 05/15/2025 |
| United States | | | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 05/15/2025 | Security Services | | 1 | 3,960.00 | 3,960.00 |

Seventh month of services.

| | | |
|---|---|---|
| SUBTOTAL | | 3,960.00 |
| TAX | | 0.00 |
| TOTAL | | 3,960.00 |
| **BALANCE DUE** | | **$3,960.00** |

**Pay invoice**

**Peacemaker Defense Group**

3330 Osage St
Pacific, MO  63069



# INVOICE

| BILL TO | INVOICE | 2045 |
|---|---|---|
| Chippewa Center LLC | DATE | 04/14/2025 |
| 2870-A South Ingram Mill Rd | TERMS | Due on receipt |
| Springfield, Missouri  65804 | DUE DATE | 04/15/2025 |
| United States | | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/15/2025 | Security Services | | 1 | 3,960.00 | 3,960.00 |

Sixth month of services.

| | | |
|---|---|---|
| SUBTOTAL | | 3,960.00 |
| TAX | | 0.00 |
| TOTAL | | 3,960.00 |
| BALANCE DUE | | **$3,960.00** |

Pay invoice

**Peacemaker Defense Group**

3330 Osage St
Pacific, MO  63069



# INVOICE

| BILL TO | | INVOICE | 2031 |
|---|---|---|---|
| Chippewa Center LLC | | DATE | 03/12/2025 |
| 2870-A South Ingram Mill Rd | | TERMS | Due on receipt |
| Springfield, Missouri  65804 | | DUE DATE | 03/15/2025 |
| United States | | | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 03/15/2025 | Security Services | | 1 | 3,960.00 | 3,960.00 |

Fifth month of services.

| | |
|---|---|
| SUBTOTAL | 3,960.00 |
| TAX | 0.00 |
| TOTAL | 3,960.00 |
| **BALANCE DUE** | **$3,960.00** |

Pay invoice

**Peacemaker Defense Group**

3330 Osage St
Pacific, MO  63069



# INVOICE

| BILL TO | | INVOICE | 2018 |
|---|---|---|---|
| Chippewa Center LLC | | DATE | 02/12/2025 |
| 2870-A South Ingram Mill Rd | | TERMS | Due on receipt |
| Springfield, Missouri  65804 | | DUE DATE | 02/15/2025 |
| United States | | | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 02/15/2025 | Security Services | | 1 | 3,960.00 | 3,960.00 |

Fourth month of services.

| | |
|---|---|
| SUBTOTAL | 3,960.00 |
| TAX | 0.00 |
| TOTAL | 3,960.00 |
| BALANCE DUE | **$3,960.00** |

**Pay invoice**

**Peacemaker Defense Group**

3330 Osage St
Pacific, MO  63069



# INVOICE

| BILL TO | | INVOICE | 2009 |
|---|---|---|---|
| Chippewa Center LLC | | DATE | 01/14/2025 |
| 2870-A South Ingram Mill Rd | | TERMS | Due on receipt |
| Springfield, Missouri  65804 | | DUE DATE | 01/15/2025 |
| United States | | | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 01/15/2025 | Security Services | | 1 | 3,960.00 | 3,960.00 |

Third month of services.

| | |
|---|---|
| SUBTOTAL | 3,960.00 |
| TAX | 0.00 |
| TOTAL | 3,960.00 |
| **BALANCE DUE** | **$3,960.00** |

Pay invoice

# ATLAS SECURITY

**FOR SERVICE INQUIRES OR IF MOVING CALL:**
417-831-2866
**FOR BILLING INQUIRES CALL:**
417-831-2866
**PLEASE USE THE FOLLOWING LINK TO PAY YOUR BILL ONLINE:**
https://myaccount.atlassecurity.com

| Invoice Date | Due Date |
|---|---|
| 01/01/2025 | 01/31/2025 |

| Customer Number | Invoice # |
|---|---|
| 58064 | R  227448 |

For Service At:  CHIPPEWA SHOPPING CENTER
7057 -7077 CHIPPEWA STREET
SHREWSBURY, MO  63119

P.O. Num:

Reference:

**INVOICE**

| Acct# | Account Name or Address | Description | Amount |
|---|---|---|---|
| **Current Charges For Account 58064 For 01/01/2025 to 01/31/2025** | | | |
| 58064 | 7057 -7077 CHIPPEWA STREET | Comm Fire Alarm Monitoring - 01-01-25 to 12-31-25 | 755.40 |
| 58064 | 7057 -7077 CHIPPEWA STREET | Annual Discount - 01-01-25 to 12-31-25 | (89.95) |

**IMPORTANT:** We would like to remind you to please test your alarm system monthly. Call us for assistance 417-831-2866

| | |
|---|---|
| Balance Forward | 0.00 |
| Current Charges | 665.45 |
| Sales Tax | 0.00 |
| **Total Current Charges** | 665.45 |
| **TOTAL DUE** | **665.45** |

........................................................................................

RETURN BOTTOM PORTION WITH YOUR PAYMENT.

ATLAS SECURITY
1309 E REPUBLIC RD, SUITE B
SPRINGFIELD, MO  65804

| Customer Number | Amount Due | Amount Paid |
|---|---|---|
| 58064 | $665.45 | |

Charge (check one): from now on ___ OR this bill only ___ Billing Zip _____

Card Number _____|_____|_____|_____ Exp. Date: ____/_____

Email Address (for pmt receipt):_____

**Signature: X**_____

**Thank you for your business!**

R   227448

Remit To:

CHIPPEWA SHOPPING CENTER
2870 S INGRAM MILL RD
STE A
SPRINGFIELD, MO  65804 4127

ATLAS SECURITY
1309 E REPUBLIC RD, SUITE B
SPRINGFIELD, MO 65804

000000058064000022744 8

# **Invoice**

| Date | Invoice # |
|---|---|
| 12/3/2025 | 10761 |

**Bill To**

JARED ENTERPRISES
ATTEN:  KERRY KOVIG
2870 S. INGRAM MILL ROAD
SUITE A
SPRINGFIELD,  MO  65804

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Job Location:  Chippewa Plaza |  |  |
|  | November 28th     Pre Salted | 750.00 | 750.00 |
| 6 | November 29th     Plowed lot with wheel loader 6 hours, 4" of wet snow | 250.00 | 1,500.00 |
|  | Salted Lot | 750.00 | 750.00 |
| 4 | December 1st     Plowed Lot 2.5" of additional snow with wheel loader | 250.00 | 1,000.00 |
|  | Salted Lot mid day | 750.00 | 750.00 |
|  | December 2nd     Salted Lot 1:00 AM | 750.00 | 750.00 |

| **Total** | $5,500.00 |
|---|---|

# Invoice

**Bopp Landscaping And Lawn Care, LLC**

Design and Installation
Tree/Shrub Maintenance & Removal
Seed and Sod · Retaining Walls
Snow Removal

720 Rudder Road · St. Louis County, Fenton, MO 63026
Office: **(636) 343-6041** · Fax: **(636) 343-6041**

| Date | Invoice # |
|---|---|
| 2/25/2023 | 10661 |

**Bill To**

JARED ENTERPRISES
ATTEN: KERRY KOVIG
2870 S. INGRAM MILL ROAD
SUITE A
SPRINGFIELD, MO  65804

| P.O. No. | Terms | Project |
|---|---|---|
| | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Job Location:  Chippewa Plaza | | |
| | February 17th   PM   Pre Salted Lot | 750.00 | 750.00 |
| | February 18th   PM   Salted Lot  3/4" Snow | 750.00 | 750.00 |
| 7 | February 19th   AM   Plowed Lot   2" Snow with Wheel Loader | 250.00 | 1,750.00 |
| | Salted Lot | 750.00 | 750.00 |

Thank you for your business.

| **Total** | **$4,000.00** |
|---|---|

# Invoice

## Bopp Landscaping And Lawn Care, LLC

Design and Installation
Tree/Shrub Maintenance & Removal
Seed and Sod · Retaining Walls
Snow Removal

720 Rudder Road · St. Louis County, Fenton, MO 63026
Office: **(636) 343-6041** · Fax: **(636) 343-6041**

| Date | Invoice # |
|---|---|
| 2/13/2023 | 10601 |

**Bill To**

JARED ENTERPRISES
ATTEN:  KERRY KOVIG
2870 S. INGRAM MILL ROAD
SUITE A
SPRINGFIELD,  MO  65804

| P.O. No. | Terms | Project |
|---|---|---|
| | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Job Location:  Chippewa Plaza | | |
| | February 11th   PM   Pre Salted Lot | 750.00 | 750.00 |
| | February 12th   PM   Salted lot due to re freeze | 750.00 | 750.00 |

Thank you for your business.

| Total | $1,500.00 |
|---|---|

# Invoice

**Bopp Landscaping And Lawn Care, LLC**

Design and Installation
Tree/Shrub Maintenance & Removal
Seed and Sod · Retaining Walls
Snow Removal

720 Rudder Road · St. Louis County, Fenton, MO 63026
Office: **(636) 343-6041** · Fax: **(636) 343-6041**

| Date | Invoice # |
|---|---|
| 2/17/2025 | 10610 |

**Bill To**

JARED ENTERPRISES
ATTEN: KERRY KOVIG
2870 S. INGRAM MILL ROAD
SUITE A
SPRINGFIELD, MO 65804

| P.O. No. | Terms | Project |
|---|---|---|
| | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | February 16th   AM   Salted Lot   3/4" Snow | 750.00 | 750.00 |

Thank you for your business.

| | Total | $750.00 |
|---|---|---|

# Invoice

**Bopp Landscaping And Lawn Care, LLC**

Design and Installation
Tree/Shrub Maintenance & Removal
Seed and Sod · Retaining Walls
Snow Removal

720 Rudder Road · St. Louis County, Fenton, MO 63026
Office: **(636) 343-6041** · Fax: **(636) 343-6041**

| Date | Invoice # |
|------|-----------|
| 1/14/2025 | 10540 |

**Bill To**

JARED ENTERPRISES
ATTEN: KERRY KOVIG
2870 S. INGRAM MILL ROAD
SUITE A
SPRINGFIELD, MO 65804

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|    | Job Location: Chippewa Plaza | | |
|    | January 4th   PM  Pre Salted Lot | 750.00 | 750.00 |
| 10 | January 5th  AM  Plowed Lot with Wheel Loader 10 hours | 250.00 | 2,500.00 |
|    | Salted Lot | 750.00 | 750.00 |
| 13 | January 6th  AM   Plowed Lot with Wheel Loader 13 hours | 250.00 | 3,250.00 |
|    | AM    Salted Lot | 750.00 | 750.00 |
|    | January 7th  PM   Salted Lot | 750.00 | 750.00 |
|    | January 9th  PM   Pre Salted Lot | 750.00 | 750.00 |
|  2 | Furnished and Installed 2 bags of chemicals | 55.00 | 110.00 |
|  8 | January 10th   PM  Plowed with truck 8 hours | 125.00 | 1,000.00 |
|    | PM   Salted Lot | 750.00 | 750.00 |

Thank you for your business.

| | **Total** | **$11,360.00** |

# MISSOURI AMERICAN WATER

WE KEEP LIFE FLOWING™

**Statement**

**Account No. 1017-220015976316**

| Total Amount Due: | **$179.45** |
|---|---|
| Payment Due By: | **December 24, 2025** |

**Service Address:**
JARED ENTERPRISES
7077 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5672

| **Billing Date:** | December 02, 2025 |
|---|---|
| **Service Period:** | Dec 02 to Jan 02 (32 Days) |

## THANK YOU FOR BEING OUR CUSTOMER

### Important Account Messages

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

- Tired of buying stamps and writing checks? Enroll in Auto Pay and your bill will be paid on time, every time directly from your bank account. To enroll, register or log on to My Account at amwater.com/myaccount.

**Account Summary** — *See page 3 for Account Detail*

| | |
|---|---|
| Prior Billing: | $179.45 |
| Payments - Thank You! | $179.45 |
| **Balance Forward:** | **$0.00** |
| Service Related Charges: | $159.90 |
| Pass Through Charges: | $0.29 |
| Taxes: | $19.26 |
| Total Amount Due: | $179.45 |

For more information, visit www.missouriamwater.com

**View your account information or pay your bill** anytime at: www.amwater.com/MyAccount

**Pay by Phone\*:** Pay anytime at 1-855-748-6066

**Customer Service:** 1-866-430-0820
M-F 7:00am to 7:00pm — Emergencies 24/7

**In Person:** We have agreements with several authorized payment locations in our service areas. See the reverse side for more information.

**MISSOURI AMERICAN WATER**
PO BOX 6029
CAROL STREAM, IL 60197-6029

Please return bottom portion with your payment. DO NOT send cash. Retain upper portion for your records.

021234/063715 VE5A98 ETM1C00008 1     (VE5A98001021236010310

---

# MISSOURI AMERICAN WATER

WE KEEP LIFE FLOWING™

P.O. BOX 91623
RANTOUL, IL 61866-8623

Service to: 7077 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5672

**Account No. 1017-220015976316**

| Total Amount Due: | **$179.45** |
|---|---|
| Payment Due By: | **December 24, 2025** |

| Amount Enclosed | $ | **Paid Electronically on Due Date** |
|---|---|---|

021234 1 AB 0.636     021236/063715 84 03 VE5A98 009
JARED ENTERPRISES
2870 S INGRAM MILL RD STE A
SPRINGFIELD MO  65804-4127

MISSOURI AMERICAN WATER
PO BOX 6029
CAROL STREAM, IL 60197-6029

0001017220015976316000000000000017945010



**MISSOURI**
**AMERICAN WATER**

WE KEEP LIFE FLOWING™

## Account Detail

Account No. 1017-220015976316

Service To: 7077 CHIPPEWA ST FIRE ST LOUIS, MO 63119-5672

| | |
|---|---|
| Prior Billing | 179.45 |
| Payments | -179.45 |
| Total payments as of Nov 26. Thank you! | -179.45 |
| **Balance Forward** | **0.00** |

Service Related Charges - 12/02/25 to 01/02/26

| | | |
|---|---|---|
| Fire Service | | 159.90 |
| Private Fire Service Charge 8' | (1 x $159.90) | 159.90 |
| **Total Service Related Charges** | | **159.90** |
| Pass Through Charges | | 0.29 |
| Fire Primacy Fee | (1 x $0.29) | 0.29 |
| Taxes | | 19.26 |
| State Sales Tax | | 6.76 |
| City Gross Receipts Tax | | 12.50 |
| **Total Current Period Charges** | | **179.45** |

**Total Amount Due** → **$179.45**

## Understanding Your Bill

**The information below defines some of the new terms you may find on your bill:**

- **Service Related Charges:** This section includes charges for services related to water (or wastewater) service. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Surcharges:** Surcharges are used to recover changes to costs that occur between ratemaking cycles. Common surcharges include Purchased Water, Consolidated Expenses, Conservation, Intervenor Compensation and Payment Assistance.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month

- **Still have questions?** We are here to help. Our customer Service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

**Para obtener asistencia con la traducción de su factura, comuníquese con nuestro Centro de Servicio al Cliente, de lunes a viernes de 7 a.m. a 7 p.m.**

For more information about your charges and rates, please visit:
https://amwater.com/moaw/rates



# MISSOURI AMERICAN WATER

WE KEEP LIFE FLOWING™

## Statement

**Account No. 1017-220015976309**

| Total Amount Due: | **$166.95** |
|---|---|
| Payment Due By: | **December 24, 2025** |

**Service Address:**

JARED ENTERPRISES
7005 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5601

| Billing Date: | December 02, 2025 |
|---|---|
| Service Period: | Dec 02 to Jan 02 (32 Days) |

## THANK YOU FOR BEING OUR CUSTOMER

### Important Account Messages

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

- Tired of buying stamps and writing checks? Enroll in Auto Pay and your bill will be paid on time, every time directly from your bank account. To enroll, register or log on to My Account at amwater.com/myaccount.

### Account Summary — *See page 3 for Account Detail*

| | |
|---|---|
| Prior Billing: | $166.95 |
| Payments - Thank You! | $166.95 |
| **Balance Forward:** | **$0.00** |
| Service Related Charges: | $159.90 |
| Pass Through Charges: | $0.29 |
| Taxes: | $6.76 |
| Total Amount Due: | $166.95 |

For more information, visit www.missouriamwater.com

**View your account information or pay your bill anytime at:** www.amwater.com/MyAccount

**Pay by Phone*:** Pay anytime at 1-855-748-6066

**Customer Service:** 1-866-430-0820
M-F 7:00am to 7:00pm — Emergencies 24/7

**In Person:** We have agreements with several authorized payment locations in our service areas. See the reverse side for more information.

**MISSOURI AMERICAN WATER**
PO BOX 6029
CAROL STREAM, IL 60197-6029

⌐ Please return bottom portion with your payment. DO NOT send cash. Retain upper portion for your records. ⌐    021230/063703 VE5A98 ETM1C00008 1    (VE5A98001021232010310∢

---

# MISSOURI AMERICAN WATER

WE KEEP LIFE FLOWING™

P.O. BOX 91623
RANTOUL, IL 61866-8623

Service to: 7005 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5601

**Account No. 1017-220015976309**

| Total Amount Due: | **$166.95** |
|---|---|
| Payment Due By: | **December 24, 2025** |

Amount Enclosed  $  **Paid Electronically on Due Date**

021230 1 AB 0.636       021232/063703 83 03 VE5A98 009
JARED ENTERPRISES
2870 S INGRAM MILL RD STE A
SPRINGFIELD MO 65804-4127

MISSOURI AMERICAN WATER
PO BOX 6029
CAROL STREAM, IL 60197-6029

0001017220015976309000000000000016695017

# MISSOURI AMERICAN WATER

WE KEEP LIFE FLOWING™

## Account Detail

Account No. 1017-220015976309
Service To:  7005 CHIPPEWA ST FIRE ST LOUIS, MO 63119-5601

| | |
|---|---|
| Prior Billing | 166.95 |
| Payments | -166.95 |
| Total payments as of Nov 26. Thank you! | -166.95 |
| **Balance Forward** | **0.00** |

Service Related Charges - 12/02/25 to 01/02/26

| | |
|---|---|
| Fire Service | 159.90 |
| Private Fire Service Charge 8'      (1 x $159.90) | 159.90 |
| **Total Service Related Charges** | **159.90** |
| Pass Through Charges | 0.29 |
| Fire Primacy Fee                    (1 x $0.29) | 0.29 |
| Taxes | 6.76 |
| State Sales Tax | 6.76 |
| **Total Current Period Charges** | **166.95** |

**Total Amount Due** ➡ **$166.95**

## Understanding Your Bill

**The information below defines some of the new terms you may find on your bill:**

- **Service Related Charges:** This section includes charges for services related to water (or wastewater) service. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:**  This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Surcharges:** Surcharges are used to recover changes to costs that occur between ratemaking cycles. Common surcharges include Purchased Water, Consolidated Expenses, Conservation, Intervenor Compensation and Payment Assistance.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month

- **Still have questions?** We are here to help. Our customer Service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

**Para obtener asistencia con la traducción de su factura, comuníquese con nuestro Centro de Servicio al Cliente, de lunes a viernes de 7 a.m. a 7 p.m.**

For more information about your charges and rates, please visit:
https://amwater.com/moaw/rates





**Metropolitan St. Louis Sewer District**

P.O. Box 437
St. Louis, MO  63166-0437

wastewater +

*Go Paperless and Pay Online for FREE with* **SMARTPAY**



| CUSTOMER SERVICE | 24 HOUR EMERGENCY SERVICE | @ ONLINE |
|---|---|---|
| 1-866-281-5737 | 1-314-768-6260 | msdprojectclear.org |

4637 ************************AUTO**MIXED AADC 630 112519 EFT

**CHIPPEWA CENTER LLC**
**JARED ENTERPRISES INC**
2870 S INGRAM MILL RD STE A
SPRINGFIELD, MO 65804-4127

### YOUR ACCOUNT INFORMATION

| Account Number | 1152076-4 |
|---|---|
| Service Address | 7059 CHIPPEWA ST |
| Service Period | 09/30/25 - 10/31/25 |
| Bill Date | 11/25/25 |

### YOUR BILL AT A GLANCE

| | |
|---|---|
| Previous Balance | 133.27 |
| Payments - 11/18/25 - *Thank You!* | -133.27 |
| Adjustments | 0.00 |
| Late Fees | 0.00 |
| Outstanding Balance | 0.00 |
| Current Charges | $106.67 |
| **TOTAL AMOUNT DUE** | **$106.67** |
| **DUE DATE** | **12/15/25** |
| Delinquent After | 12/22/25 |

A Late Charge of 1.50% per month will be applied to your Principal Balance if not paid by Delinquent Date.

## CUSTOMER MESSAGES

**\*DO NOT PAY.\*** The balance due will be deducted from your bank account.

## GENERAL MESSAGES

Tired of all the paper? Sign up for electronic billing today to receive email notifications when your bill is ready for viewing. To enroll, visit https://msdprojectclear.org.

## DETAIL OF CURRENT CHARGES

| Premise Type | Commercial |
|---|---|
| Return Volume Factor | |
| 10 ccfs @ 1.00 = 10 ccfs | |
| Wastewater User Charges | |
| Base Charge (1 @ 32.41) (09/30/25-10/31/25) | 32.41 |
| Volume Charge (10 ccfs @ 6.65) | 66.50 |
| MSD Compliance Charge | |
| Tier 1 (1 @ 7.76) (09/30/25-10/31/25) | 7.76 |
| **TOTAL CURRENT CHARGES** | **$106.67** |

---

▼ Please detach and return this coupon with your payment to ensure proper credit to your account. ▼          *Page 1 of 1*



**Metropolitan St. Louis Sewer District**

P.O. Box 437
St. Louis, MO  63166-0437

wastewater +

| Account Number | 1152076-4 |
|---|---|
| Service Address | 7059 CHIPPEWA ST |
| Service Period | 09/30/25 - 10/31/25 |
| Bill Date | 11/25/25 |

| **TOTAL AMOUNT DUE** | **$106.67** |
|---|---|
| **DUE DATE** | **12/15/25** |
| Delinquent After | 12/22/25 |

*Help MSD*
*Go Green*
*View and Pay Your Bill Online for FREE!*
**SMARTPAY**
*msdprojectclear.org*

☐ For Billing Address Changes or to Sign Up for SmartPay, Check Box and Complete Reverse.

PLEASE REMIT TO:

**Metropolitan St. Louis Sewer District**
P.O. Box 437
St. Louis, MO  63166-0437

**AMOUNT ENCLOSED:**   **DO NOT PAY**

Please include your Account Number on your check.
Please make checks payable to:
**Metropolitan St. Louis Sewer District**

000 39751243 11520764 0000000000 0000000000

## HOW YOUR BILL IS CALCULATED

### WASTEWATER USER CHARGE

Wastewater User Charges are for sewer service to your home or business. This charge covers MSD's cost for collecting and treating the "used" water that gets disposed of in your sinks, toilets, tubs, and floor drains. This wastewater travels through miles of pipes to one of MSD's seven wastewater treatment plants, where it is treated to regulatory standards and safely returned to our region's waterways.

Your Wastewater User Charges consist of a Base Charge and a Volume Charge. All customers pay the same Base Charge. The Volume Charge is measured in one hundred cubic feet of water and is listed on your bill as CCFs. One CCF of water is equal to about 750 gallons of water. The Volume Charge varies, depending on how much water you use.

As sewer flows are not metered, MSD must estimate how much wastewater your property produces based on your water usage. MSD obtains your water usage from the company that provides your water service and calculates your bill according to the Premise Type identified under the "Detail of Current Charges" on the front of your bill. (The Premise Type refers to the type of account you have with MSD -- Residential, Multi-Unit, or Commercial).

### STORMWATER SERVICE CHARGE

Stormwater charges are determined by whether a property is classified as residential or non-residential. Non-residential customers are billed $1.05 per month per 1,000 square feet of impervious surface, which includes areas like roofs and parking lots that do not absorb stormwater and create runoff. Non-residential customers are billed directly by MSD and monthly charges can be found in the "Detail of Current Charges" section of your bill.

Residential customers do not have a monthly Stormwater Service Charge and instead pay a voter-approved rate on annual property tax bills. Visit www.msdprojectclear.org for detailed information on service charges.

### CUSTOMER ASSISTANCE PROGRAM

This program is offered to qualified owners and tenants of single family and multi-unit properties (up to six units) who receive sewer service from MSD. Through an application process, eligible MSD customers receive a rate reduction equal to 50% of their current monthly charges for wastewater and stormwater services. To obtain an application, call **1-866-281-5737** or visit **msdprojectclear.org**.

### PREMISE TYPES

#### Residential Metered and Multi-Unit Winter Averaging Premises

MSD uses the water meter reading from the winter quarter to calculate the monthly Wastewater User Charges portion of your bill. The winter quarter is when the least amount of water is used inside your home and does not include activities such as watering your lawn, washing a car, or filling a swimming pool. Thus, the winter quarter reading best reflects a customer's true use of the sewer system.

#### Residential and Multi-Unit Unmetered Premises

Since many accounts do not have water meters to measure water usage, a different method is used to determine sewer usage. MSD bases the sewer usage on the number of rooms, toilets, baths, and showers in your home or apartment building. This is the same method used by your water provider to determine your water usage.

#### Commercial and Multi-Unit Quarterly Averaging Premises

MSD uses the quarterly water meter readings to calculate the monthly Wastewater User Charges portion of your bill. Commercial bills also contain a compliance charge that is based on a tiered rate structure. The tiered rate reflects the actual cost to enforce regulatory requirements to inspect and sample commercial discharges to the sewer system.

An Extra Strength Surcharge may also be assessed on the bill if the average concentration of the wastewater discharge is above normal levels. The threshold for Suspended Solids and Biochemical Oxygen Demand is 300 mg/L. Chemical Oxygen Demand is substituted if the BOD/COD ratio is equal to or less than 0.35.

For commercial premises, where part of the metered water is not discharged to the sewer system, customers may apply for a credit that reflects the proportional use of the sewer system. This is shown on the bill as a Returned Volume Factor.

## CONTACT US

**Please Send Written Correspondence to:**
Metropolitan St. Louis Sewer District
Attention: Accounts Receivable
2350 Market Street
St. Louis, MO 63103-2555

**Cashier hours:** 8:30 - 4:00 Monday - Friday

**Call Us:**
Billing Inquiries or Pay-by-Phone:    (866) 281-5737
24-Hour Emergency Service:    (314) 768-6260

Email Us: Billing
Inquiries: Service    BillingQuest@stlmsd.com
Requests:    CustomerSvc@stlmsd.com

**Find us Online or on Social Media:**
msdprojectclear.org

    

 This Paper uses 30% Post-Consumer Recycled Fiber

## NEW BILLING INFORMATION

*Please Print Clearly*

*Name*

*Street Address*

*City, State, Zip Code*

*Home Phone Number*          *Cell Phone Number*

*e-Mail Address*

## SIGN UP FOR FREE SMARTPAY

I hereby authorize MSD and my financial institution to automatically deduct the total amount of my sewer bill from my checking/savings account each month. I understand that MSD and my financial institution reserve the right to terminate this authorization and my participation therein. If I change my banking information or choose to terminate the authorization, I will immediately notify MSD.

**Account Type:**
☐ *Checking*
☐ *Savings*

*Signature*          *Date*

*Second Signature (if applicable)*          *Date*

**Please mail this bill stub with current payment.**

*Phone Number*



# OFFICE OF THE COLLECTOR OF REVENUE
## CITY OF ST. LOUIS
1200 MARKET STREET, ROOM 12
ST. LOUIS, MO 63103



CHIPPEWA CENTER LLC
% JARED ENTERPRISES INC
2870 S INGRAM MILL RD STE A
SPRINGFIELD MO   65804

| | |
|---|---|
| Statement Date: | 11/10/2025 |
| Account Number: | 1073412-221424 |
| Service Address: | 7059 CHIPPEWA ST |
| Cycle/Route: | 13 / 16 |
| **Total Due:** | **$221.98** |
| Date Due: | November 25, 2025 |
| Delinquent On: | December 1, 2025 |

## City of St. Louis Water Division

Water Division Service Questions - (314) 771-2255
Collector of Revenue - (314) 622-3628

| DESCRIPTION | QUANTITY | | AMOUNT |
|---|---|---|---|
| METER READING | | WATER CHARGE | $84.07 |
| PRESENT | 8841690.00 | READY CHARGE | $106.58 |
| PREVIOUS | 8838380.00 | SALES TAX | $18.46 |
| | ---------- | GROSS RECEIPTS TAX | $7.62 |
| TOTAL | 33.10 | NATURAL RESOURCE CHARGE | $5.25 |

| Cycle Bill: | July 2, 2025 - October 8, 2025 | $221.98 |
|---|---|---|

## City of St. Louis Refuse Division

Refuse Division Service Questions - (314) 622-4800
Collector of Revenue - (314) 622-3628

| Units Billed | Months Billed | Solid Waste Services Fee @ $14/unit/month |
|---|---|---|
| | | |

| Cycle Bill: | $0.00 |
|---|---|

## Notes

FOR ONLINE ACCOUNT INFORMATION LOG ON TO WWW.STLWATER.COM.
YOU ARE ENROLLED IN DIRECT DEBIT. YOUR BANK ACCOUNT WILL BE DEBITED.
THE MOST RECENT CONSUMER CONFIDENCE REPORT IS NOW AVAILABLE.
SEE THE BACK OF THIS BILL FOR INFORMATION ON OBTAINING YOUR COPY.

| Date Due: | **November 25, 2025** | Total Due: | **$221.98** |
|---|---|---|---|

Please retain this portion for your records.

✂ -----------------------------------------------------------------------------------

Please return this portion with your payment.

| **Name:** | CHIPPEWA CENTER LLC |
|---|---|
| **Account Number:** | 1073412 - 221424 |
| **Service Address:** | 7059 CHIPPEWA ST |
| **Cycle/Route:** | 13 / 16 |
| **Due Date:** | November 25, 2025 |

Make Payment Payable To:
**GREGORY F.X. DALY**
**Collector of Revenue**
P.O. Box 66787
St. Louis, MO 63166-6787
**Pay By Phone:** (314) 408-6887



PAY ONLINE
payit St.Louis
**payitstlouis.com**

| SUMMARY OF CHARGES | |
|---|---|
| Prior Balance - Water Service | $0.00 |
| Water Service | $221.98 |
| Prior Balance - Refuse Service | $0.00 |
| Refuse Service | 0.00 |
| **AMOUNT DUE** | **$221.98** |
| City Hall Restoration Fund | |
| Reparations Fund | |
| Midwest Land Dev. | |
| Forest Park Fund | |
| **AMOUNT PAID** | * AUTO PAY * DO NOT PAY |

0010734120002214240000000000000002219800002219849

# MISSOURI AMERICAN WATER

### WE KEEP LIFE FLOWING™

## Statement

**Account No. 1017-220015976293**

| Total Amount Due: | **$795.85** |
|---|---|
| Payment Due By: | **December 1, 2025** |

**Service Address:**

JARED ENTERPRISES
7005 CHIPPEWA ST DETCK
ST LOUIS, MO 63119-5601

| | |
|---|---|
| **Billing Date:** | November 07, 2025 |
| **Service Period:** | Oct 04 to Nov 05 (33 Days) |
| **Total Gallons:** | 73,600 |

## THANK YOU FOR BEING OUR CUSTOMER

## Account Summary — *See page 3 for Account Detail*

| | |
|---|---|
| Prior Billing: | $1,299.75 |
| Payments - Thank You! | $1,299.75 |
| **Balance Forward:** | **$0.00** |
| Service Related Charges: | $763.59 |
| Taxes: | $32.26 |
| Total Amount Due: | $795.85 |

## Important Account Messages

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

- Tired of buying stamps and writing checks? Enroll in Auto Pay and your bill will be paid on time, every time directly from your bank account. To enroll, register or log on to My Account at amwater.com/myaccount.

### For more information, visit www.missouriamwater.com

**View your account information or pay your bill anytime at:** www.amwater.com/MyAccount

**Pay by Phone*:** Pay anytime at 1-855-748-6066

**Customer Service:** 1-866-430-0820
M-F 7:00am to 7:00pm — Emergencies 24/7

**In Person:** We have agreements with several authorized payment locations in our service areas. See the reverse side for more information.

**MISSOURI AMERICAN WATER**
PO BOX 6029
CAROL STREAM, IL 60197-6029

---

Please return bottom portion with your payment. DO NOT send cash. Retain upper portion for your records.

023152/069479 VE58JR ETM1C00009 1     (VE58JR0010231550103100

**Account No. 1017-220015976293**

| Total Amount Due: | **$795.85** |
|---|---|
| Payment Due By: | **December 1, 2025** |

# MISSOURI AMERICAN WATER

### WE KEEP LIFE FLOWING™

*P.O. BOX 91623*
*RANTOUL, IL 61866-8623*

Service to: 7005 CHIPPEWA ST DETCK
ST LOUIS, MO 63119-5601

| Amount Enclosed | $ | **Paid Electronically on Due Date** |
|---|---|---|

023152 1 AB 0.636     023155/069479 88 03 VE58JR 010
JARED ENTERPRISES
2870 S INGRAM MILL RD STE A
SPRINGFIELD MO  65804-4127

MISSOURI AMERICAN WATER
PO BOX 6029
CAROL STREAM, IL 60197-6029

0001017220015976293000000000000079585010

## Messages from Missouri American Water

- ***IMPORTANT WATER QUALITY MESSAGE:  Your annual Water Quality Report is available at www.amwater.com/ccr/stlouisregion.pdf for customers living in the greater St. Louis area.  For customers in Eureka receiving well water, the report is available at www.amwater.com/ccr/eureka.pdf If you prefer a paper copy to be sent to you, please contact our Customer Service Center at 866-430-0820.



**PAY YOUR WAY**
Bill payment is getting easier than ever since we have expanded our network of payment locations and are accepting new payment methods including Apple Pay, Google Pay and Venmo. And you can now pay your bill in-lane while checking out at the store with all your other purchases.

### CUSTOMER SERVICE: 1-866-430-0820
HOURS: M-F, 7am-7pm  •  Emergencies: 24/7
TTY/TDD FOR THE HEARING IMPAIRED : 711
(and then reference Customer Service number listed above)

### SERVICES

- **Go Paperless:** Save time. Save money. Sign up for **Paperless Billing** and **Auto Pay** on MyWater at amwater.com/mywater. Not registered? Log in and be sure to have your account number handy.

- **Water Quality:** We take water quality seriously. When it comes to complying with federal drinking water standards, we consistently score better than the industry average. For a copy of the annual water quality report for your area, visit     missouriamwater.com. Under Water Quality, select Water Quality Reports.

- **H₂O Help To Others:** H₂O Help to Others is an emergency assistance program created by Missouri American Water and Missouri's Community Action Agencies. Missouri American Water partners with Community Action Agencies in our service area to provide a program that helps provide supplemental funding to Missouri American Water customers who would otherwise have trouble paying their bills. H₂O Help to Others is supported by contributions from Missouri American Water and voluntary contributions from customers.

### EXPLANATION OF OTHER TERMS

- **Payment by Check:** Paying by check authorizes American Water to send the information from your check electronically to your bank for payment. The transaction will appear on your bank statement. The physical check will not be presented to your financial institution or returned to you.

- **Estimated Bill:** This occurs when we are unable to read your water meter. Estimated Bills are calculated based on your usage during the prior year's same billing period. You also have the option to self-report your meter read by calling our Customer Service Center. Once we are able to read your meter successfully, your bill will correct any over/underestimates.

- **Disputes:** If you have questions or complaints about your bill, please call us at 1-866-430-0820  before the due date. If your bill is unusually high, it may indicate that there is a leak in your plumbing. For tips on how to detect leaks and use water wisely, visit us online. You'll find helpful tools under the Water & Wastewater Information menu. Every drop counts!

- **Rates:** A detailed listing of charges that make up your bill is available upon request by contacting Customer Service or visiting us online at missouriamwater.com. Under Customer Service & Billing, select Your Water and Sewer Rates.

- **Correspondence:** Please send written correspondence to PO Box 2798, Camden, NJ 08101. Be sure to include your name, account number, service address, mailing address and phone number including area code. Please do not send correspondence with your payment, as it may delay processing your payment and correspondence.

---

H2O HELP TO OTHERS PROGRAM - lend a hand to customers in need

☐  I'm adding a one time contribution of $_____ with my payment.

☐  I'd like to add a recurring contribution to each bill of $_____. I understand this amount will be added to each bill.

Address Change(s)

Name _____

Address _____

City _____

State _____   Zip Code _____

(____)_____   ☐ Mobile Number
Phone Number

E-mail Address _____

**Pay your bill in person!** To find an authorized payment location near you, please visit  www.amwater.com/payment  .





7993665904963998100013 37307019

By accepting or using this barcode to make a payment, you agree to the full terms and conditions, available at www.vanilladirect.com/pay/terms
After successful payment using this barcode you may retrieve your full detailed e-receipt at www.vanilladirect.com/pay/ereceipt

# MISSOURI AMERICAN WATER
WE KEEP LIFE FLOWING"

## Meter Reading and Usage Summary

| Meter No. | Measure | Size | From Date | To Date | Previous Read | Current Read | Meter Units | Billing Units | Total Gallons |
|---|---|---|---|---|---|---|---|---|---|
| 27226559 | 100 gal | 3/4" | 10/04/2025 | 11/05/2025 | 22,817 (A) | 23,553 (A) | 736 | 736.00 | 73,600 |

A = Actual    E = Estimate          1 Billing Unit = 100 gallons          Total Gallons:          73,600

### Billed Usage History (graph shown in 100 gallons)

- 73,600 gallons = usage for this period
- 0 gallons = usage for same period last year

**Account Type:**

Fire Service



2024  2025

Nov  Dec  Jan  Feb  Mar  Apr  May  Jun  Jul  Aug  Sep  Oct  Nov

E = Estimate

Average daily use for this period is: (33 days)

**2,230** gallons

Year to Date Billed Usage:   973,100 gallons

## Account Detail          Account No. 1017-220015976293
Service To: 7005 CHIPPEWA ST DETCK ST LOUIS, MO 63119-5601

| | |
|---|---|
| Prior Billing | 1,299.75 |
| Payments | -1,299.75 |
| Total payments as of Oct 29. Thank you! | -1,299.75 |
| **Balance Forward** | **0.00** |
| Service Related Charges - 10/04/25 to 11/05/25 | |
| Fire Service | 763.59 |
| Fire Usage Charge          (736 x $1.03749) | 763.59 |
| **Total Service Related Charges** | **763.59** |
| Taxes | 32.26 |
| State Sales Tax | 32.26 |
| **Total Current Period Charges** | **795.85** |

Total Amount Due ➡ **$795.85**

## Understanding Your Bill

**The information below defines some of the new terms you may find on your bill:**

- **Service Related Charges:** This section includes charges for services related to water (or wastewater) service. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Surcharges:** Surcharges are used to recover changes to costs that occur between ratemaking cycles. Common surcharges include Purchased Water, Consolidated Expenses, Conservation, Intervenor Compensation and Payment Assistance.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month

- **Still have questions?** We are here to help. Our customer Service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

**Para obtener asistencia con la traducción de su factura, comuníquese con nuestro Centro de Servicio al Cliente, de lunes a viernes de 7 a.m. a 7 p.m.**

For more information about your charges and rates, please visit: https://amwater.com/moaw/rates



<This page is intentionally left blank and reserved for future messages>



# MISSOURI AMERICAN WATER

## WE KEEP LIFE FLOWING™

## Statement

**Account No. 1017-220015976316**

| Total Amount Due: | $179.45 |
|---|---|
| Payment Due By: | **November 26, 2025** |

**Service Address:**

JARED ENTERPRISES
7077 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5672

| Billing Date: | November 04, 2025 |
|---|---|
| Service Period: | Nov 04 to Dec 01 (28 Days) |

## THANK YOU FOR BEING OUR CUSTOMER

## Important Account Messages

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

- Tired of buying stamps and writing checks? Enroll in Auto Pay and your bill will be paid on time, every time directly from your bank account. To enroll, register or log on to My Account at amwater.com/myaccount.

## Account Summary — *See page 3 for Account Detail*

| | |
|---|---|
| Prior Billing: | $179.45 |
| Payments - Thank You! | $179.45 |
| **Balance Forward:** | **$0.00** |
| Service Related Charges: | $159.90 |
| Pass Through Charges: | $0.29 |
| Taxes: | $19.26 |
| Total Amount Due: | $179.45 |

For more information, visit www.missouriamwater.com

**View your account information or pay your bill anytime at:** www.amwater.com/MyAccount

**Pay by Phone*:** Pay anytime at 1-855-748-6066

**Customer Service:** 1-866-430-0820
M-F 7:00am to 7:00pm — Emergencies 24/7

**In Person:** We have agreements with several authorized payment locations in our service areas. See the reverse side for more information.

**MISSOURI AMERICAN WATER**
PO BOX 6029
CAROL STREAM, IL 60197-6029

Please return bottom portion with your payment. DO NOT send cash. Retain upper portion for your records.

014627/043875 VE58AM ETM1C00006 1    (VE58AM00101462801031

---

# MISSOURI AMERICAN WATER

## WE KEEP LIFE FLOWING™

P.O. BOX 91623
RANTOUL, IL 61866-8623

**Account No. 1017-220015976316**

| Total Amount Due: | $179.45 |
|---|---|
| Payment Due By: | **November 26, 2025** |

Service to: 7077 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5672

| Amount Enclosed | $ | **Paid Electronically on Due Date** |
|---|---|---|

014627 1 AB 0.636    014628/043875 58 03 VE58AM 007
JARED ENTERPRISES
2870 S INGRAM MILL RD STE A
SPRINGFIELD MO 65804-4127

MISSOURI AMERICAN WATER
PO BOX 6029
CAROL STREAM, IL 60197-6029

0001017220015976316000000000000017945010

# MISSOURI AMERICAN WATER

WE KEEP LIFE FLOWING™

## Account Detail

Account No. 1017-220015976316

Service To: 7077 CHIPPEWA ST FIRE ST LOUIS, MO 63119-5672

| | |
|---|---:|
| Prior Billing | 179.45 |
| Payments | -179.45 |
| Total payments as of Oct 24. Thank you! | -179.45 |
| **Balance Forward** | **0.00** |
| Service Related Charges - 11/04/25 to 12/01/25 | |
| Fire Service | 159.90 |
| Private Fire Service Charge 8'    (1 x $159.90) | 159.90 |
| **Total Service Related Charges** | **159.90** |
| Pass Through Charges | 0.29 |
| Fire Primacy Fee    (1 x $0.29) | 0.29 |
| Taxes | 19.26 |
| State Sales Tax | 6.76 |
| City Gross Receipts Tax | 12.50 |
| **Total Current Period Charges** | **179.45** |

## Total Amount Due    $179.45

## Understanding Your Bill

**The information below defines some of the new terms you may find on your bill:**

- **Service Related Charges:** This section includes charges for services related to water (or wastewater) service. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Surcharges:** Surcharges are used to recover changes to costs that occur between ratemaking cycles. Common surcharges include Purchased Water, Consolidated Expenses, Conservation, Intervenor Compensation and Payment Assistance.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month

- **Still have questions?** We are here to help. Our customer Service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

**Para obtener asistencia con la traducción de su factura, comuníquese con nuestro Centro de Servicio al Cliente, de lunes a viernes de 7 a.m. a 7 p.m.**

For more information about your charges and rates, please visit:
https://amwater.com/moaw/rates





**MISSOURI AMERICAN WATER**

WE KEEP LIFE FLOWING™

## Statement

**Service Address:**

JARED ENTERPRISES
7005 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5601

Account No. **1017-220015976309**

| | |
|---|---|
| Total Amount Due: | **$166.95** |
| Payment Due By: | **November 26, 2025** |

| | |
|---|---|
| **Billing Date:** | November 04, 2025 |
| **Service Period:** | Nov 04 to Dec 01 (28 Days) |

### THANK YOU FOR BEING OUR CUSTOMER

## Important Account Messages

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

- Tired of buying stamps and writing checks? Enroll in Auto Pay and your bill will be paid on time, every time directly from your bank account. To enroll, register or log on to My Account at amwater.com/myaccount.

### Account Summary — *See page 3 for Account Detail*

| | |
|---|---|
| Prior Billing: | $166.95 |
| Payments - Thank You! | $166.95 |
| **Balance Forward:** | **$0.00** |
| Service Related Charges: | $159.90 |
| Pass Through Charges: | $0.29 |
| Taxes: | $6.76 |
| Total Amount Due: | **$166.95** |

For more information, visit www.missouriamwater.com

   

**View your account information or pay your bill anytime at:** www.amwater.com/MyAccount

**Pay by Phone*:** Pay anytime at 1-855-748-6066

**Customer Service:** 1-866-430-0820
M-F 7:00am to 7:00pm – Emergencies 24/7

**In Person:** We have agreements with several authorized payment locations in our service areas. See the reverse side for more information.

**MISSOURI AMERICAN WATER**
PO BOX 6029
CAROL STREAM, IL 60197-6029

~ Please return bottom portion with your payment. DO NOT send cash. Retain upper portion for your records. ~

014630/043884 VE58AM ETM1C00006 1        (VE58AM001014631010310(



**MISSOURI AMERICAN WATER**

WE KEEP LIFE FLOWING™

*P.O. BOX 91623*
*RANTOUL, IL 61866-8623*

Service to: 7005 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5601

Account No. **1017-220015976309**

| | |
|---|---|
| Total Amount Due: | **$166.95** |
| Payment Due By: | **November 26, 2025** |

| Amount Enclosed | $ | **Paid Electronically on Due Date** |
|---|---|---|



014630 1 AB 0.636        014631/043884 58 03 VE58AM 007
JARED ENTERPRISES
2870 S INGRAM MILL RD STE A
SPRINGFIELD MO  65804-4127

MISSOURI AMERICAN WATER
PO BOX 6029
CAROL STREAM, IL 60197-6029

0001017220015976309000000000000166950l7



## Account Detail

Account No. 1017-220015976309

Service To: 7005 CHIPPEWA ST FIRE ST LOUIS, MO 63119-5601

| | | |
|---|---|---|
| Prior Billing | | 166.95 |
| Payments | | -166.95 |
| Total payments as of Oct 24. Thank you! | | -166.95 |
| **Balance Forward** | | **0.00** |
| Service Related Charges – 11/04/25 to 12/01/25 | | |
| Fire Service | | 159.90 |
| Private Fire Service Charge 8' | (1 x $159.90) | 159.90 |
| **Total Service Related Charges** | | **159.90** |
| Pass Through Charges | | 0.29 |
| Fire Primacy Fee | (1 x $0.29) | 0.29 |
| Taxes | | 6.76 |
| State Sales Tax | | 6.76 |
| **Total Current Period Charges** | | **166.95** |

**Total Amount Due** ➡ **$166.95**

## Understanding Your Bill

**The information below defines some of the new terms you may find on your bill:**

- **Service Related Charges:** This section includes charges for services related to water (or wastewater) service. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Surcharges:** Surcharges are used to recover changes to costs that occur between ratemaking cycles. Common surcharges include Purchased Water, Consolidated Expenses, Conservation, Intervenor Compensation and Payment Assistance.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month

- **Still have questions?** We are here to help. Our customer Service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

**Para obtener asistencia con la traducción de su factura, comuníquese con nuestro Centro de Servicio al Cliente, de lunes a viernes de 7 a.m. a 7 p.m.**

For more information about your charges and rates, please visit:
https://amwater.com/moaw/rates





**Metropolitan St. Louis Sewer District**

P.O. Box 437
St. Louis, MO  63166-0437

wastewater + stormwater

*Go Paperless and Pay Online for FREE with* **SMARTPAY**



## YOUR ACCOUNT INFORMATION

| Account Number | 1152076-4 |
|---|---|
| Service Address | 7059 CHIPPEWA ST |
| Service Period | 08/31/25 - 09/30/25 |
| Bill Date | 10/28/25 |

### Contact MSD

| CUSTOMER SERVICE | 24 HOUR EMERGENCY SERVICE | @ ONLINE |
|---|---|---|
| 1-866-281-5737 | 1-314-768-6260 | msdprojectclear.org |

‖‖ı‖ı‖ı‖‖ı‖ı‖ı‖ı‖ı‖ı‖‖‖ı‖ı‖‖ıı‖ı‖‖‖‖ı‖ı‖‖ı‖ı‖ı‖ı

4474 ***********************AUTO**MIXED AADC 630  102819 EFT

**CHIPPEWA CENTER LLC**
**JARED ENTERPRISES INC**
2870 S INGRAM MILL RD STE A
SPRINGFIELD, MO 65804-4127

## YOUR BILL AT A GLANCE

| | |
|---|---|
| Previous Balance | 133.27 |
| Payments - 10/15/25 - *Thank You!* | -133.27 |
| Adjustments | 0.00 |
| Late Fees | 0.00 |
| Outstanding Balance | 0.00 |
| Current Charges | $133.27 |
| **TOTAL AMOUNT DUE** | **$133.27** |
| **DUE DATE** | **11/17/25** |
| Delinquent After | 11/24/25 |

*A Late Charge of 0.75% per month will be applied to your Principal Balance if not paid by Delinquency Date.*

For additional Charge Details and more information, please see the back of this bill.

## CUSTOMER MESSAGES

MSD Project Clear will text some customers in November with a link to a short survey. If you receive one, please take a few minutes to respond. Your feedback helps us improve our services.

**\*DO NOT PAY.\*** The balance due will be deducted from your bank account.

## GENERAL MESSAGES

MSD Project Clear will text some customers in November with a link to a short survey. If you receive one, please take a few minutes to respond. Your feedback helps us improve our services.

Tired of all the paper? Sign up for electronic billing today to receive email notifications when your bill is ready for viewing. To enroll, visit https://msdprojectclear.org.

## DETAIL OF CURRENT CHARGES

| Premise Type | Commercial |
|---|---|
| Return Volume Factor | |
| 14 ccfs @ 1.00 = 14 ccfs | |
| Wastewater User Charges | |
| Base Charge (1 @ 32.41) (08/31/25-09/30/25) | 32.41 |
| Volume Charge (14 ccfs @ 6.65) | 93.10 |
| MSD Compliance Charge | |
| Tier 1 (1 @ 7.76) (08/31/25-09/30/25) | 7.76 |
| **TOTAL CURRENT CHARGES** | **$133.27** |

*Please detach and return this coupon with your payment to ensure proper credit to your account.*   *Page 1 of 1*



**Metropolitan St. Louis Sewer District**

P.O. Box 437
St. Louis, MO  63166-0437

wastewater + stormwater

| Account Number | 1152076-4 |
|---|---|
| Service Address | 7059 CHIPPEWA ST |
| Service Period | 08/31/25 - 09/30/25 |
| Bill Date | 10/28/25 |

| **TOTAL AMOUNT DUE** | **$133.27** |
|---|---|
| **DUE DATE** | **11/17/25** |
| Delinquent After | 11/24/25 |

*Help MSD* **Go Green**
*View and Pay Your Bill Online for FREE!*
**SMARTPAY**
*msdprojectclear.org*

☐ For Billing Address Changes or to Sign Up for SmartPay, Check Box and Complete Reverse.

PLEASE REMIT TO:

**AMOUNT ENCLOSED:**   **DO NOT PAY**

Please include your Account Number on your check.
Please make checks payable to:
**Metropolitan St. Louis Sewer District**

ıl‖ı‖ıı‖ıı‖‖ıl‖ı‖ı‖ıı‖‖‖‖‖ı‖ı‖ıı‖‖‖ı‖ı‖ı‖‖‖‖ıı‖ı‖ıı‖ıı

**Metropolitan St. Louis Sewer District**
P.O. Box 437
St. Louis, MO  63166-0437

000 39751243 1152076 4 0000000000 00000000000



## MISSOURI AMERICAN WATER

WE KEEP LIFE FLOWING™

**Statement**

Page 1 of 4
636255785127

Account No. **1017-220015976293**

| Total Amount Due: | **$1,299.75** |
|---|---|
| Payment Due By: | **October 29, 2025** |

**Service Address:**

JARED ENTERPRISES
7005 CHIPPEWA ST DETCK
ST LOUIS, MO 63119-5601

| Billing Date: | October 07, 2025 |
|---|---|
| Service Period: | Sep 05 to Oct 03 (29 Days) |
| Total Gallons: | 120,200 |

## THANK YOU FOR BEING OUR CUSTOMER

### Important Account Messages

- The water use on your last bill was estimated. If your bill appears to be higher than normal, it could be because this bill is based on an actual meter reading, which would capture any water use that may not have been previously billed.

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

**Account Summary** — *See page 3 for Account Detail*

| Prior Billing: | $0.00 |
|---|---|
| Payments: | $0.00 |
| **Balance Forward:** | **$0.00** |
| Service Related Charges: | $1,247.06 |
| Taxes: | $52.69 |
| Total Amount Due: | $1,299.75 |

**For more information, visit** www.missouriamwater.com

**View your account information or pay your bill anytime at:** www.amwater.com/MyAccount

**Pay by Phone*:** Pay anytime at 1-855-748-6066

**Customer Service:** 1-866-430-0820
M-F 7:00am to 7:00pm – Emergencies 24/7

**In Person:** We have agreements with several authorized payment locations in our service areas. See the reverse side for more information.

**MISSOURI AMERICAN WATER**
PO BOX 6029
CAROL STREAM, IL 60197-6029

Please return bottom portion with your payment. DO NOT send cash. Retain upper portion for your records.

027721/055485 VE566R ETM1C00007 1    (VE566R0010277210102100

---

## MISSOURI AMERICAN WATER

WE KEEP LIFE FLOWING™

P.O. BOX 91623
RANTOUL, IL 61866-8623

Service to: 7005 CHIPPEWA ST DETCK
ST LOUIS, MO 63119-5601



027721 1 AB 0.636      027721/055485 82 02 VE566R 007
JARED ENTERPRISES
2870 S INGRAM MILL RD STE A
SPRINGFIELD MO  65804-4127

Account No. **1017-220015976293**

| Total Amount Due: | **$1,299.75** |
|---|---|
| Payment Due By: | **October 29, 2025** |

| Amount Enclosed | $ | **Paid Electronically on Due Date** |
|---|---|---|

MISSOURI AMERICAN WATER
PO BOX 6029
CAROL STREAM, IL 60197-6029

0001017220015976293000000000000129975013

## Messages from Missouri American Water

- ***IMPORTANT WATER QUALITY MESSAGE:  Your annual Water Quality Report is available at www.amwater.com/ccr/stlouisregion.pdf for customers living in the greater St. Louis area.  For customers in Eureka receiving well water, the report is available at www.amwater.com/ccr/eureka.pdf If you prefer a paper copy to be sent to you, please contact our Customer Service Center at 866-430-0820.



### What's the best way to reach you?

### IN CASE OF AN EMERGENCY

We use a high-speed notification system to quickly alert customers via phone, text and email when water emergencies occur. Vist **MyWater** at **amwater.com/mywater** to choose how you want to be notified and to enter your contact information.

---

### CUSTOMER SERVICE: 1-866-430-0820
HOURS: M-F, 7am-7pm  •  Emergencies: 24/7
TTY/TDD FOR THE HEARING IMPAIRED : 711
(and then reference Customer Service number listed above)

### SERVICES

- **Go Paperless:** Save time. Save money. Sign up for **Paperless Billing** and **Auto Pay** on MyWater at amwater.com/mywater. Not registered? Log in and be sure to have your account number handy.

- **Water Quality:** We take water quality seriously. When it comes to complying with federal drinking water standards, we consistently score better than the industry average. For a copy of the annual water quality report for your area, visit    missouriamwater.com. Under Water Quality, select Water Quality Reports.

- **$H_2O$ Help To Others:** $H_2O$ Help to Others is an emergency assistance program created by Missouri American Water and Missouri's Community Action Agencies. Missouri American Water partners with Community Action Agencies in our service area to provide a program that helps provide supplemental funding to Missouri American Water customers who would otherwise have trouble paying their bills. $H_2O$ Help to Others is supported by contributions from Missouri American Water and voluntary contributions from customers.

### EXPLANATION OF OTHER TERMS

- **Payment by Check:** Paying by check authorizes American Water to send the information from your check electronically to your bank for payment. The transaction will appear on your bank statement. The physical check will not be presented to your financial institution or returned to you.

- **Estimated Bill:** This occurs when we are unable to read your water meter. Estimated Bills are calculated based on your usage during the prior year's same billing period. You also have the option to self-report your meter read by calling our Customer Service Center. Once we are able to read your meter successfully, your bill will correct any over/underestimates.

- **Disputes:** If you have questions or complaints about your bill, please call us at 1-866-430-0820  before the due date. If your bill is unusually high, it may indicate that there is a leak in your plumbing. For tips on how to detect leaks and use water wisely, visit us online. You'll find helpful tools under the Water & Wastewater Information menu. Every drop counts!

- **Rates:** A detailed listing of charges that make up your bill is available upon request by contacting Customer Service or visiting us online at missouriamwater.com. Under Customer Service & Billing, select Your Water and Sewer Rates.

- **Correspondence:** Please send written correspondence to PO Box 2798, Camden, NJ 08101. Be sure to include your name, account number, service address, mailing address and phone number including area code. Please do not send correspondence with your payment, as it may delay processing your payment and correspondence.

---

### H2O HELP TO OTHERS PROGRAM - lend a hand to customers in need

☐  I'm adding a one time contribution of $_____ with my payment.

☐  I'd like to add a recurring contribution to each bill of $_____. I understand this amount will be added to each bill.

### Address Change(s)

Name

Address

City

State | Zip Code

( )  | ☐ Mobile Number
Phone Number

E-mail Address

**Pay your bill in person!** To find an authorized payment location near you, please visit  www.amwater.com/payment  .

7993665904963998100013337307019

DOLLAR GENERAL | FAMILY DOLLAR | ♥CVS Walgreens | ROYAL FARMS | CHECK'N | Walmart

By accepting or using this barcode to make a payment, you agree to the full terms and conditions, available at www.vanilladirect.com/pay/terms
After successful payment using this barcode you may retrieve your full detailed e-receipt at www.vanilladirect.com/pay/ereceipt



MISSOURI
AMERICAN WATER

WE KEEP LIFE FLOWING™

## Meter Reading and Usage Summary

| Meter No. | Measure | Size | From Date | To Date | Previous Read | Current Read | Meter Units | Billing Units | Total Gallons |
|-----------|---------|------|-----------|---------|---------------|--------------|-------------|---------------|---------------|
| 27226559 | 100 gal | 3/4" | 09/05/2025 | 10/03/2025 | 21,615 (E) | 22,817 (A) | 1,202 | 1,202.00 | 120,200 |

A = Actual    E = Estimate          1 Billing Unit = 100 gallons

Total Gallons: 120,200

### Billed Usage History (graph shown in 100 gallons)

**Account Type:** Fire Service

■ 120,200 gallons = usage for this period
░ 0 gallons = usage for same period last year



E = Estimate

Average daily use for this period is: (29 days)

**4,145** gallons

Year to Date Billed Usage: 899,500 gallons

## Account Detail

Account No. 1017-220015976293
Service To: 7005 CHIPPEWA ST DETCK ST LOUIS, MO 63119-5601

| | |
|---|---|
| Prior Billing | 0.00 |
| Payments | 0.00 |
| **Balance Forward** | **0.00** |
| Service Related Charges – 09/05/25 to 10/03/25 | |
| Fire Service | 1,247.06 |
| Fire Usage Charge    (1,202 x $1.03749) | 1,247.06 |
| **Total Service Related Charges** | **1,247.06** |
| Taxes | 52.69 |
| State Sales Tax | 52.69 |
| **Total Current Period Charges** | **1,299.75** |

Total Amount Due  **$1,299.75**

## Understanding Your Bill

**The information below defines some of the new terms you may find on your bill:**

- **Service Related Charges:** This section includes charges for services related to water (or wastewater) service. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Surcharges:** Surcharges are used to recover changes to costs that occur between ratemaking cycles. Common surcharges include Purchased Water, Consolidated Expenses, Conservation, Intervenor Compensation and Payment Assistance.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month

- **Still have questions?** We are here to help. Our customer Service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

**Para obtener asistencia con la traducción de su factura, comuníquese con nuestro Centro de Servicio al Cliente, de lunes a viernes de 7 a.m. a 7 p.m.**

For more information about your charges and rates, please visit:
https://amwater.com/moaw/rates



<This page is intentionally left blank and reserved for future messages>





# MISSOURI AMERICAN WATER

WE KEEP LIFE FLOWING™

**Service Address:**

JARED ENTERPRISES
7005 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5601

## THANK YOU FOR BEING OUR CUSTOMER

## Important Account Messages

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

- Tired of buying stamps and writing checks? Enroll in Auto Pay and your bill will be paid on time, every time directly from your bank account. To enroll, register or log on to My Account at amwater.com/myaccount.

For more information, visit www.missouriamwater.com

**View your account information or pay your bill** anytime at: www.amwater.com/MyAccount

**Pay by Phone*:** Pay anytime at 1-855-748-6066

**Customer Service:** 1-866-430-0820
M-F 7:00am to 7:00pm – Emergencies 24/7

**In Person:** We have agreements with several authorized payment locations in our service areas. See the reverse side for more information.

**MISSOURI AMERICAN WATER**
PO BOX 6029
CAROL STREAM, IL 60197-6029

## Statement

Account No. **1017-220015976309**

| Total Amount Due: | **$166.95** |
|---|---|
| Payment Due By: | **October 24, 2025** |

| Billing Date: | October 02, 2025 |
|---|---|
| Service Period: | Oct 02 to Nov 03 (33 Days) |

## Account Summary — *See page 3 for Account Detail*

| | |
|---|---|
| Prior Billing: | $166.95 |
| Payments - Thank You! | $166.95 |
| **Balance Forward:** | **$0.00** |
| Service Related Charges: | $159.90 |
| Pass Through Charges: | $0.29 |
| Taxes: | $6.76 |
| Total Amount Due: | $166.95 |

*Please return bottom portion with your payment. DO NOT send cash. Retain upper portion for your records.*   020402/040838 VE55UI ETM1C00006 1   (VE55UI0010204020102100)

---

# MISSOURI AMERICAN WATER

WE KEEP LIFE FLOWING™

P.O. BOX 91623
RANTOUL, IL 61866-8623

Service to: 7005 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5601

020402 1 MB 0.667     020402/040838 65 02 VE55UI 006
JARED ENTERPRISES
2870 S INGRAM MILL RD STE A
SPRINGFIELD MO  65804-4127

Account No. **1017-220015976309**

| Total Amount Due: | **$166.95** |
|---|---|
| Payment Due By: | **October 24, 2025** |

| Amount Enclosed | $ | **Paid Electronically on Due Date** |
|---|---|---|

MISSOURI AMERICAN WATER
PO BOX 6029
CAROL STREAM, IL 60197-6029

0001017220015976309000000000000016695017

## Messages from Missouri American Water

- ***IMPORTANT WATER QUALITY MESSAGE:** Your annual Water Quality Report is available at www.amwater.com/ccr/stlouisregion.pdf for customers living in the greater St. Louis area. For customers in Eureka receiving well water, the report is available at www.amwater.com/ccr/eureka.pdf If you prefer a paper copy to be sent to you, please contact our Customer Service Center at 866-430-0820.



What's the best way to reach you?

**IN CASE OF AN EMERGENCY**

We use a high-speed notification system to quickly alert customers via phone, text and email when water emergencies occur. Vist **MyWater** at **amwater.com/mywater** to choose how you want to be notified and to enter your contact information.

**CUSTOMER SERVICE: 1-866-430-0820**
HOURS: M-F 7am-7pm • Emergencies 24/7
TTY/TDD FOR THE HEARING IMPAIRED : 711
(and then reference Customer Service number listed above)

### SERVICES

- **Go Paperless:** Save time. Save money. Sign up for **Paperless Billing** and **Auto Pay** on MyWater at amwater.com/mywater. Not registered? Log in and be sure to have your account number handy.

- **Water Quality:** We take water quality seriously. When it comes to complying with federal drinking water standards, we consistently score better than the industry average. For a copy of the annual water quality report for your area, visit missouriamwater.com. Under Water Quality, select Water Quality Reports.

- **H₂O Help To Others:** H₂O Help to Others is an emergency assistance program created by Missouri American Water and Missouri's Community Action Agencies. Missouri American Water partners with Community Action Agencies in our service area to provide a program that helps provide supplemental funding to Missouri American Water customers who would otherwise have trouble paying their bills. H₂O Help to Others is supported by contributions from Missouri American Water and voluntary contributions from customers.

### EXPLANATION OF OTHER TERMS

- **Payment by Check:** Paying by check authorizes American Water to send the information from your check electronically to your bank for payment. The transaction will appear on your bank statement. The physical check will not be presented to your financial institution or returned to you.

- **Estimated Bill:** This occurs when we are unable to read your water meter. Estimated Bills are calculated based on your usage during the prior year's same billing period. You also have the option to self-report your meter read by calling our Customer Service Center. Once we are able to read your meter successfully, your bill will correct any over/underestimates.

- **Disputes:** If you have questions or complaints about your bill, please call us at 1-866-430-0820 before the due date. If your bill is unusually high, it may indicate that there is a leak in your plumbing. For tips on how to detect leaks and use water wisely, visit us online. You'll find helpful tools under the Water & Wastewater Information menu. Every drop counts!

- **Rates:** A detailed listing of charges that make up your bill is available upon request by contacting Customer Service or visiting us online at missouriamwater.com. Under Customer Service & Billing, select Your Water and Sewer Rates.

- **Correspondence:** Please send written correspondence to PO Box 2798, Camden, NJ 08101. Be sure to include your name, account number, service address, mailing address and phone number including area code. Please do not send correspondence with your payment, as it may delay processing your payment and correspondence.

---

**H2O HELP TO OTHERS PROGRAM** - lend a hand to customers in need

☐ I'm adding a one time contribution of $_____ with my payment.

☐ I'd like to add a recurring contribution to each bill of $_____. I understand this amount will be added to each bill.

---

**Address Change(s)**

Name _____

Address _____

City _____

State _____    Zip Code _____

( _____ ) _____    ☐ Mobile Number
Phone Number

E-mail Address _____

**Pay your bill in person!** To find an authorized payment location near you, please visit www.amwater.com/payment .

7993665904963998100013337307027

DOLLAR GENERAL  FAMILY DOLLAR  ♥CVS  Walgreens  7-ELEVEN

Walmart

By accepting or using this barcode to make a payment, you agree to the full terms and conditions, available at www.vanilladirect.com/pay/terms
After successful payment using this barcode you may retrieve your full detailed e-receipt at www.vanilladirect.com/pay/ereceipt

# MISSOURI
## AMERICAN WATER
WE KEEP LIFE FLOWING™

## Account Detail
Account No. 1017-220015976309
Service To: 7005 CHIPPEWA ST FIRE ST LOUIS, MO 63119-5601

| | |
|---|---|
| Prior Billing | 166.95 |
| Payments | -166.95 |
| Total payments as of Sep 25. Thank you! | -166.95 |
| **Balance Forward** | **0.00** |
| Service Related Charges - 10/02/25 to 11/03/25 | |
| Fire Service | 159.90 |
| Private Fire Service Charge 8'     (1 x $159.90) | 159.90 |
| **Total Service Related Charges** | **159.90** |
| Pass Through Charges | 0.29 |
| Fire Primacy Fee     (1 x $0.29) | 0.29 |
| Taxes | 6.76 |
| State Sales Tax | 6.76 |
| **Total Current Period Charges** | **166.95** |

## Total Amount Due ➡ $166.95

## Understanding Your Bill

**The information below defines some of the new terms you may find on your bill:**

- **Service Related Charges:** This section includes charges for services related to water (or wastewater) service. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Surcharges:** Surcharges are used to recover changes to costs that occur between ratemaking cycles. Common surcharges include Purchased Water, Consolidated Expenses, Conservation, Intervenor Compensation and Payment Assistance.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month

- **Still have questions?** We are here to help. Our customer Service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

**Para obtener asistencia con la traducción de su factura, comuníquese con nuestro Centro de Servicio al Cliente, de lunes a viernes de 7 a.m. a 7 p.m.**

For more information about your charges and rates, please visit:
https://amwater.com/moaw/rates



<This page is intentionally left blank and reserved for future messages>





## MISSOURI AMERICAN WATER

### WE KEEP LIFE FLOWING™

**Service Address:**

JARED ENTERPRISES
7077 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5672

### THANK YOU FOR BEING OUR CUSTOMER

### Important Account Messages

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

- Tired of buying stamps and writing checks? Enroll in Auto Pay and your bill will be paid on time, every time directly from your bank account. To enroll, register or log on to My Account at amwater.com/myaccount.

**Page 1 of 4**
683755218688

## Statement

### Account No. 1017-220015976316

| Total Amount Due: | $179.45 |
|---|---|
| Payment Due By: | **October 24, 2025** |

| **Billing Date:** | October 02, 2025 |
|---|---|
| **Service Period:** | Oct 02 to Nov 03 (33 Days) |

### Account Summary — *See page 3 for Account Detail*

| Prior Billing: | $179.45 |
|---|---|
| Payments - Thank You! | $179.45 |
| **Balance Forward:** | **$0.00** |
| Service Related Charges: | $159.90 |
| Pass Through Charges: | $0.29 |
| Taxes: | $19.26 |
| Total Amount Due: | $179.45 |

For more information, visit www.missouriamwater.com

**View your account information or pay your bill anytime at:** www.amwater.com/MyAccount

**Pay by Phone*:** Pay anytime at 1-855-748-6066

**Customer Service:** 1-866-430-0820
M-F 7:00am to 7:00pm — Emergencies 24/7

**In Person:** We have agreements with several authorized payment locations in our service areas. See the reverse side for more information.

**MISSOURI AMERICAN WATER**
PO BOX 6029
CAROL STREAM, IL 60197-6029

---

Please return bottom portion with your payment. DO NOT send cash. Retain upper portion for your records.

020400/040834 VE55UI ETM1C00006 1    (VE55UI0010204000102100)

## MISSOURI AMERICAN WATER

### WE KEEP LIFE FLOWING™



P.O. BOX 91623
RANTOUL, IL 61866-8623

Service to: 7077 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5672

020400 1 MB 0.667    020400/040834 65 02 VE55UI 006
JARED ENTERPRISES
2870 S INGRAM MILL RD STE A
SPRINGFIELD MO  65804-4127

### Account No. 1017-220015976316

| Total Amount Due: | $179.45 |
|---|---|
| Payment Due By: | **October 24, 2025** |

**Amount Enclosed** $  **Paid Electronically on Due Date**

MISSOURI AMERICAN WATER
PO BOX 6029
CAROL STREAM, IL 60197-6029

0001017220015976316000000000000017945010

## Messages from Missouri American Water

- ***IMPORTANT WATER QUALITY MESSAGE:** Your annual Water Quality Report is available at www.amwater.com/ccr/stlouisregion.pdf for customers living in the greater St. Louis area. For customers in Eureka receiving well water, the report is available at www.amwater.com/ccr/eureka.pdf If you prefer a paper copy to be sent to you, please contact our Customer Service Center at 866-430-0820.



What's the best way to reach you?

**IN CASE OF AN EMERGENCY**

We use a high-speed notification system to quickly alert customers via phone, text and email when water emergencies occur. Vist **MyWater** at **amwater.com/mywater** to choose how you want to be notified and to enter your contact information.

**CUSTOMER SERVICE: 1-866-430-0820**
HOURS: M-F, 7am-7pm • Emergencies: 24/7
TTY/TDD FOR THE HEARING IMPAIRED : 711
(and then reference Customer Service number listed above)

### SERVICES

- **Go Paperless:** Save time. Save money. Sign up for **Paperless Billing** and **Auto Pay** on MyWater at amwater.com/mywater. Not registered? Log in and be sure to have your account number handy.

- **Water Quality:** We take water quality seriously. When it comes to complying with federal drinking water standards, we consistently score better than the industry average. For a copy of the annual water quality report for your area, visit missouriamwater.com. Under Water Quality, select Water Quality Reports.

- **$H_2O$ Help To Others:** $H_2O$ Help to Others is an emergency assistance program created by Missouri American Water and Missouri's Community Action Agencies. Missouri American Water partners with Community Action Agencies in our service area to provide a program that helps provide supplemental funding to Missouri American Water customers who would otherwise have trouble paying their bills. $H_2O$ Help to Others is supported by contributions from Missouri American Water and voluntary contributions from customers.

### EXPLANATION OF OTHER TERMS

- **Payment by Check:** Paying by check authorizes American Water to send the information from your check electronically to your bank for payment. The transaction will appear on your bank statement. The physical check will not be presented to your financial institution or returned to you.

- **Estimated Bill:** This occurs when we are unable to read your water meter. Estimated Bills are calculated based on your usage during the prior year's same billing period. You also have the option to self-report your meter read by calling our Customer Service Center. Once we are able to read your meter successfully, your bill will correct any over/underestimates.

- **Disputes:** If you have questions or complaints about your bill, please call us at 1-866-430-0820 before the due date. If your bill is unusually high, it may indicate that there is a leak in your plumbing. For tips on how to detect leaks and use water wisely, visit us online. You'll find helpful tools under the Water & Wastewater Information menu. Every drop counts!

- **Rates:** A detailed listing of charges that make up your bill is available upon request by contacting Customer Service or visiting us online at missouriamwater.com. Under Customer Service & Billing, select Your Water and Sewer Rates.

- **Correspondence:** Please send written correspondence to PO Box 2798, Camden, NJ 08101. Be sure to include your name, account number, service address, mailing address and phone number including area code. Please do not send correspondence with your payment, as it may delay processing your payment and correspondence.

---

**H2O HELP TO OTHERS PROGRAM** - lend a hand to customers in need

☐ I'm adding a one time contribution of $_____ with my payment.

☐ I'd like to add a recurring contribution to each bill of $_____. I understand this amount will be added to each bill.

**Address Change(s)**

Name _____

Address _____

City _____

State _____   Zip Code _____

(    ) _____   ☐ Mobile Number

Phone Number

E-mail Address _____

**Pay your bill in person!** To find an authorized payment location near you, please visit www.amwater.com/payment .





799366590496399810001337307035

DOLLAR GENERAL   FAMILY DOLLAR   ♥CVS   Walgreens

ROYAL FARMS   Walmart

By accepting or using this barcode to make a payment, you agree to the full terms and conditions, available at www.vanilladirect.com/pay/terms
After successful payment using this barcode you may retrieve your full detailed e-receipt at www.vanilladirect.com/pay/ereceipt

# MISSOURI
# AMERICAN WATER

WE KEEP LIFE FLOWING™

## Account Detail

Account No. 1017-220015976316
Service To: 7077 CHIPPEWA ST FIRE ST LOUIS, MO 63119-5672

| | |
|---|---|
| Prior Billing | 179.45 |
| Payments | -179.45 |
| Total payments as of Sep 25. Thank you! | -179.45 |
| **Balance Forward** | **0.00** |

Service Related Charges - 10/02/25 to 11/03/25

| | |
|---|---|
| Fire Service | 159.90 |
| Private Fire Service Charge 8'    (1 x $159.90) | 159.90 |
| **Total Service Related Charges** | **159.90** |
| Pass Through Charges | 0.29 |
| Fire Primacy Fee    (1 x $0.29) | 0.29 |
| Taxes | 19.26 |
| State Sales Tax | 6.76 |
| City Gross Receipts Tax | 12.50 |
| **Total Current Period Charges** | **179.45** |

| | |
|---|---|
| Total Amount Due | **$179.45** |

## Understanding Your Bill

**The information below defines some of the new terms you may find on your bill:**

- **Service Related Charges:** This section includes charges for services related to water (or wastewater) service. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Surcharges:** Surcharges are used to recover changes to costs that occur between ratemaking cycles. Common surcharges include Purchased Water, Consolidated Expenses, Conservation, Intervenor Compensation and Payment Assistance.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month

- **Still have questions?** We are here to help. Our customer Service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

**Para obtener asistencia con la traducción de su factura, comuníquese con nuestro Centro de Servicio al Cliente, de lunes a viernes de 7 a.m. a 7 p.m.**

For more information about your charges and rates, please visit:
https://amwater.com/moaw/rates





&lt;This page is intentionally left blank and reserved for future messages&gt;



wastewater +

Metropolitan St. Louis
Sewer District

P.O. Box 437
St. Louis, MO  63166-0437

*Go Paperless*



1-866-281-5737     1-314-768-6260     msdprojectclear.org

4461 ***********************AUTO**MIXED AADC 630 092619 EFT
**CHIPPEWA CENTER LLC**
**JARED ENTERPRISES INC**
2870 S INGRAM MILL RD STE A
SPRINGFIELD, MO 65804-4127

### YOUR ACCOUNT INFORMATION

| **Account Number** | **1152076-4** |
|---|---|
| Service Address | 7059 CHIPPEWA ST |
| Service Period | 07/31/25 - 08/31/25 |
| Bill Date | 09/26/25 |

### YOUR BILL AT A GLANCE

| | |
|---|---|
| Previous Balance | 133.27 |
| Payments - 09/16/25 - *Thank You!* | -133.27 |
| Adjustments | 0.00 |
| Late Fees | 0.00 |
| Outstanding Balance | 0.00 |
| Current Charges | $133.27 |
| **TOTAL AMOUNT DUE** | **$133.27** |
| **DUE DATE** | **10/16/25** |
| Delinquent After | 10/21/25 |

## CUSTOMER MESSAGES

**\*DO NOT PAY.\*** The balance due will be deducted from your bank account.

## GENERAL MESSAGES

You may notice an increase in your bill. MSD's approved Rate Change was effective July 1, 2025 and is reflected beginning with your August 2025 bill. For more information please visit https://msdprojectclear.org.

Tired of all the paper? Sign up for electronic billing today to receive email notifications when your bill is ready for viewing. To enroll, visit https://msdprojectclear.org.

## DETAIL OF CURRENT CHARGES

| Premise Type | Commercial |
|---|---|
| Return Volume Factor | |
| 14 ccfs @ 1.00 = 14 ccfs | |
| Wastewater User Charges | |
| Base Charge (1 @ 32.41) (07/31/25-08/31/25) | 32.41 |
| Volume Charge (14 ccfs @ 6.65) | 93.10 |
| MSD Compliance Charge | |
| Tier 1 (1 @ 7.76) (07/31/25-08/31/25) | 7.76 |
| **TOTAL CURRENT CHARGES** | **$133.27** |

---

⛛ Please detach and return this coupon with your payment to ensure proper credit to your account. ⛛        *Page 1 of 1*



wastewater +

Metropolitan St. Louis
Sewer District

P.O. Box 437
St. Louis, MO  63166-0437

| **TOTAL AMOUNT DUE** | **$133.27** |
|---|---|
| **DUE DATE** | **10/16/25** |
| Delinquent After | 10/21/25 |

*Help MSD*
## Go Green
*View and Pay
Your Bill Online
for FREE!*

SMART**PAY**

*msdprojectclear.org*

**AMOUNT ENCLOSED:**     **DO NOT PAY**

Please include your Account Number on your check.
Please make checks payable to:
**Metropolitan St. Louis Sewer District**

| **Account Number** | **1152076-4** |
|---|---|
| Service Address | 7059 CHIPPEWA ST |
| Service Period | 07/31/25 - 08/31/25 |
| Bill Date | 09/26/25 |

For Billing Address Changes or to Sign Up for SmartPay,
Check Box and Complete Reverse.

PLEASE REMIT TO:

**Metropolitan St. Louis Sewer District**
P.O. Box 437
St. Louis, MO  63166-0437

000 39751243 11520764 0000000000 0000000000

## HOW YOUR BILL IS CALCULATED

### WASTEWATER USER CHARGE

Wastewater User Charges are for sewer service to your home or business. This charge covers MSD's cost for collecting and treating the "used" water that gets disposed of in your sinks, toilets, tubs, and floor drains. This wastewater travels through miles of pipes to one of MSD's seven wastewater treatment plants, where it is treated to regulatory standards and safely returned to our region's waterways.

Your Wastewater User Charges consist of a Base Charge and a Volume Charge. All customers pay the same Base Charge. The Volume Charge is measured in one hundred cubic feet of water and is listed on your bill as CCFs. One CCF of water is equal to about 750 gallons of water. The Volume Charge varies, depending on how much water you use.

As sewer flows are not metered, MSD must estimate how much wastewater your property produces based on your water usage. MSD obtains your water usage from the company that provides your water service and calculates your bill according to the Premise Type identified under the "Detail of Current Charges" on the front of your bill. (The Premise Type refers to the type of account you have with MSD — Residential, Multi-Unit, or Commercial).

### STORMWATER SERVICE CHARGE

Stormwater charges are determined by whether a property is classified as residential or non-residential. Non-residential customers are billed $1.05 per month per 1,000 square feet of impervious surface, which includes areas like roofs and parking lots that do not absorb stormwater and create runoff. Non-residential customers are billed directly by MSD and monthly charges can be found in the "Detail of Current Charges" section of your bill.

Residential customers do not have a monthly Stormwater Service Charge and instead pay a voter-approved rate on annual property tax bills. Visit www.msdprojectclear.org for detailed information on service charges.

### CUSTOMER ASSISTANCE PROGRAM

This program is offered to qualified owners and tenants of single family and multi-unit properties (up to six units) who receive sewer service from MSD. Through an application process, eligible MSD customers receive a rate reduction equal to 50% of their current monthly charges for wastewater and stormwater services. To obtain an application, call **1-866-281-5737** or visit **msdprojectclear.org**

### PREMISE TYPES

**Residential Metered and Multi-Unit Winter Averaging Premises**
MSD uses the water meter reading from the winter quarter to calculate the monthly Wastewater User Charges portion of your bill. The winter quarter is when the least amount of water is used inside your home and does not include activities such as watering your lawn, washing a car, or filling a swimming pool. Thus, the winter quarter reading best reflects a customer's true use of the sewer system.

**Residential and Multi-Unit Unmetered Premises**
Since many accounts do not have water meters to measure water usage, a different method is used to determine sewer usage. MSD bases the sewer usage on the number of rooms, toilets, baths, and showers in your home or apartment building. This is the same method used by your water provider to determine your water usage.

**Commercial and Multi-Unit Quarterly Averaging Premises**
MSD uses the quarterly water meter readings to calculate the monthly Wastewater User Charges portion of your bill. Commercial bills also contain a compliance charge that is based on a tiered rate structure. The tiered rate reflects the actual cost to enforce regulatory requirements to inspect and sample commercial discharges to the sewer system.

An Extra Strength Surcharge may also be assessed on the bill if the average concentration of the wastewater discharge is above normal levels. The threshold for Suspended Solids and Biochemical Oxygen Demand is 300 mg/L. Chemical Oxygen Demand is substituted if the BOD/COD ratio is equal to or less than 0.35.

For commercial premises, where part of the metered water is not discharged to the sewer system, customers may apply for a credit that reflects the proportional use of the sewer system. This is shown on the bill as a Returned Volume Factor.

## CONTACT US

**Please Send Written Correspondence to:**
Metropolitan St. Louis Sewer District
Attention: Accounts Receivable
2350 Market Street
St. Louis, MO 63103-2555

**Cashier hours:** 8:30 - 4:00 Monday - Friday

**Call Us:**
Billing Inquiries or Pay-by-Phone:     (866) 281-5737
24-Hour Emergency Service:     (314) 768-6260

Email Us: Billing
Inquiries: Service     BillingQuest@stlmsd.com
Requests:     CustomerSvc@stlmsd.com

**Find us Online or on Social Media:**
msdprojectclear.org

   

 This Paper uses 30% Post-Consumer Recycled Fiber

## NEW BILLING INFORMATION

*Please Print Clearly*

*Name*

*Street Address*

*City, State, Zip Code*

*Home Phone Number*          *Cell Phone Number*

*e-Mail Address*

## SIGN UP FOR FREE SMARTPAY

I hereby authorize MSD and my financial institution to automatically deduct the total amount of my sewer bill from my checking/savings account each month. I understand that MSD and my financial institution reserve the right to terminate this authorization and my participation therein. If I change my banking information or choose to terminate the authorization, I will immediately notify MSD.

**Account Type:**
☐ Checking

*Signature*          *Date*     ☐ Savings

*Second Signature (if applicable)*          *Date*

**Please mail this bill stub with current payment.**

*Phone Number*

# MISSOURI AMERICAN WATER

## WE KEEP LIFE FLOWING™

## Statement

**Account No. 1017-220015976316**

| Total Amount Due: | **$179.45** |
|---|---|
| Payment Due By: | **September 25, 2025** |

**Service Address:**

JARED ENTERPRISES
7077 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5672

| Billing Date: | September 03, 2025 |
|---|---|
| Service Period: | Sep 03 to Oct 01 (29 Days) |

## THANK YOU FOR BEING OUR CUSTOMER

### Important Account Messages

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

- Tired of buying stamps and writing checks? Enroll in Auto Pay and your bill will be paid on time, every time directly from your bank account. To enroll, register or log on to My Account at amwater.com/myaccount.

## Account Summary — *See page 3 for Account Detail*

| | |
|---|---|
| Prior Billing: | $179.45 |
| Payments - Thank You! | $179.45 |
| **Balance Forward:** | **$0.00** |
| Service Related Charges: | $159.90 |
| Pass Through Charges: | $0.29 |
| Taxes: | $19.26 |
| Total Amount Due: | $179.45 |

### For more information, visit www.missouriamwater.com



**View your account information or pay your bill** anytime at: www.amwater.com/MyAccount

**Pay by Phone\*:** Pay anytime at 1-855-748-6066

**Customer Service:** 1-866-430-0820
M-F 7:00am to 7:00pm – Emergencies 24/7

**In Person:** We have agreements with several authorized payment locations in our service areas. See the reverse side for more information.

**MISSOURI AMERICAN WATER**
PO BOX 6029
CAROL STREAM, IL 60197-6029

---

*Please return bottom portion with your payment. DO NOT send cash. Retain upper portion for your records.*

021146/063466 VE53NG ETM1C00008 1        (VE53NG001021149010310

# MISSOURI AMERICAN WATER

## WE KEEP LIFE FLOWING™

P.O. BOX 91623
RANTOUL, IL 61866-8623

**Account No. 1017-220015976316**

| Total Amount Due: | **$179.45** |
|---|---|
| Payment Due By: | **September 25, 2025** |

Service to: 7077 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5672

| Amount Enclosed | $ | **Paid Electronically on Due Date** |
|---|---|---|



021146 1 AB 0.636        021149/063466 79 03 VE53NG 009
JARED ENTERPRISES
2870 S INGRAM MILL RD STE A
SPRINGFIELD MO  65804-4127

MISSOURI AMERICAN WATER
PO BOX 6029
CAROL STREAM, IL 60197-6029

0001017220015976316000000000000017945010



### MISSOURI
# AMERICAN WATER
WE KEEP LIFE FLOWING™

## Account Detail
Account No. 1017-220015976316

Service To: 7077 CHIPPEWA ST FIRE ST LOUIS, MO 63119-5672

| | |
|---|---|
| Prior Billing | 179.45 |
| Payments | -179.45 |
| Total payments as of Aug 26. Thank you! | -179.45 |
| **Balance Forward** | **0.00** |

Service Related Charges - 09/03/25 to 10/01/25

| | |
|---|---|
| Fire Service | 159.90 |
| Private Fire Service Charge 8'    (1 x $159.90) | 159.90 |
| **Total Service Related Charges** | **159.90** |
| Pass Through Charges | 0.29 |
| Fire Primacy Fee    (1 x $0.29) | 0.29 |
| Taxes | 19.26 |
| State Sales Tax | 6.76 |
| City Gross Receipts Tax | 12.50 |
| **Total Current Period Charges** | **179.45** |

**Total Amount Due** ➡ **$179.45**

## Understanding Your Bill

**The information below defines some of the new terms you may find on your bill:**

- **Service Related Charges:** This section includes charges for services related to water (or wastewater) service. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Surcharges:** Surcharges are used to recover changes to costs that occur between ratemaking cycles. Common surcharges include Purchased Water, Consolidated Expenses, Conservation, Intervenor Compensation and Payment Assistance.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month

- **Still have questions?** We are here to help. Our customer Service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

**Para obtener asistencia con la traducción de su factura, comuníquese con nuestro Centro de Servicio al Cliente, de lunes a viernes de 7 a.m. a 7 p.m.**

For more information about your charges and rates, please visit:
https://amwater.com/moaw/rates



# MISSOURI AMERICAN WATER

WE KEEP LIFE FLOWING™

## Statement

**Service Address:**

JARED ENTERPRISES
7005 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5601

Account No. **1017-220015976309**

| | |
|---|---|
| Total Amount Due: | **$166.95** |
| Payment Due By: | **September 25, 2025** |

| | |
|---|---|
| **Billing Date:** | September 03, 2025 |
| **Service Period:** | Sep 03 to Oct 01 (29 Days) |

## THANK YOU FOR BEING OUR CUSTOMER

### Important Account Messages

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

- Tired of buying stamps and writing checks? Enroll in Auto Pay and your bill will be paid on time, every time directly from your bank account. To enroll, register or log on to My Account at amwater.com/myaccount.

### Account Summary — *See page 3 for Account Detail*

| | |
|---|---|
| Prior Billing: | $166.95 |
| Payments - Thank You! | $166.95 |
| **Balance Forward:** | **$0.00** |
| Service Related Charges: | $159.90 |
| Pass Through Charges: | $0.29 |
| Taxes: | $6.76 |
| Total Amount Due: | $166.95 |

For more information, visit www.missouriamwater.com

**View your account information or pay your bill anytime at:** www.amwater.com/MyAccount

**Pay by Phone\*:** Pay anytime at 1-855-748-6066

**Customer Service:** 1-866-430-0820
M-F 7:00am to 7:00pm — Emergencies 24/7

**In Person:** We have agreements with several authorized payment locations in our service areas. See the reverse side for more information.

**MISSOURI AMERICAN WATER**
PO BOX 6029
CAROL STREAM, IL 60197-6029

---

Please return bottom portion with your payment. DO NOT send cash. Retain upper portion for your records.     021145/063463 VE53NG ETM1C00008 1     (VE53NG0010211480103·

# MISSOURI AMERICAN WATER

WE KEEP LIFE FLOWING™



*P.O. BOX 91623*
*RANTOUL, IL 61866-8623*

**Service to:** 7005 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5601

Account No. **1017-220015976309**

| | |
|---|---|
| Total Amount Due: | **$166.95** |
| Payment Due By: | **September 25, 2025** |

| Amount Enclosed | $ | **Paid Electronically on Due Date** |
|---|---|---|

021145 1 AB 0.636       021148/063463 79 03 VE53NG 009
JARED ENTERPRISES
2870 S INGRAM MILL RD STE A
SPRINGFIELD MO  65804-4127

MISSOURI AMERICAN WATER
PO BOX 6029
CAROL STREAM, IL 60197-6029

0001017220015976309000000000000016695017

**MISSOURI**
**AMERICAN WATER**

WE KEEP LIFE FLOWING™

## Account Detail

Account No. 1017-220015976309

Service To: 7005 CHIPPEWA ST FIRE ST LOUIS, MO 63119-5601

| | |
|---|---:|
| Prior Billing | 166.95 |
| Payments | -166.95 |
| Total payments as of Aug 26. Thank you! | -166.95 |
| **Balance Forward** | **0.00** |
| Service Related Charges - 09/03/25 to 10/01/25 | |
| Fire Service | 159.90 |
| Private Fire Service Charge 8'    (1 x $159.90) | 159.90 |
| **Total Service Related Charges** | **159.90** |
| Pass Through Charges | 0.29 |
| Fire Primacy Fee    (1 x $0.29) | 0.29 |
| Taxes | 6.76 |
| State Sales Tax | 6.76 |
| **Total Current Period Charges** | **166.95** |

| **Total Amount Due** | **$166.95** |
|---|---:|

## Understanding Your Bill

**The information below defines some of the new terms you may find on your bill:**

- **Service Related Charges:** This section includes charges for services related to water (or wastewater) service. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Surcharges:** Surcharges are used to recover changes to costs that occur between ratemaking cycles. Common surcharges include Purchased Water, Consolidated Expenses, Conservation, Intervenor Compensation and Payment Assistance.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month

- **Still have questions?** We are here to help. Our customer Service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

**Para obtener asistencia con la traducción de su factura, comuníquese con nuestro Centro de Servicio al Cliente, de lunes a viernes de 7 a.m. a 7 p.m.**

For more information about your charges and rates, please visit: https://amwater.com/moaw/rates





wastewater +

Metropolitan St. Louis
Sewer District

P.O. Box 437
St. Louis, MO  63166-0437


Go Paperless
and Pay Online
for FREE with
SMARTPAY

| Account Number | 1152076-4 |
|---|---|
| Service Address | 7059 CHIPPEWA ST |
| Service Period | 06/30/25 - 07/31/25 |
| Bill Date | 08/27/25 |

CUSTOMER SERVICE      24 HOUR EMERGENCY SERVICE      ONLINE

1-866-281-5737      1-314-768-6260      msdprojectclear.org

4309 ***********************AUTO**MIXED AADC 630 082719 EFT
**CHIPPEWA CENTER LLC**
**JARED ENTERPRISES INC**
2870 S INGRAM MILL RD STE A
SPRINGFIELD, MO 65804-4127

YOUR BILL AT A GLANCE

| | |
|---|---|
| Previous Balance | 111.74 |
| Payments - 08/19/25 - *Thank You!* | -111.74 |
| Adjustments | 0.00 |
| Late Fees | 0.00 |
| Outstanding Balance | 0.00 |
| Current Charges | $133.27 |
| **TOTAL AMOUNT DUE** | **$133.27** |
| **DUE DATE** | **09/16/25** |
| Delinquent After | 09/22/25 |

*A Late Charge of 0.75% per month will be applied to your Principal Balance if not paid by Delinquency Date.*

## CUSTOMER MESSAGES

**\*DO NOT PAY.\*** The balance due will be deducted from your bank account.

## GENERAL MESSAGES

You may notice an increase in your bill. MSD's approved Rate Change was effective July 1, 2025 and is reflected beginning with your August 2025 bill. For more information please visit https://msdprojectclear.org.

Tired of all the paper? Sign up for electronic billing today to receive email notifications when your bill is ready for viewing. To enroll, visit https://msdprojectclear.org.

## DETAIL OF CURRENT CHARGES

| Premise Type | Commercial |
|---|---|
| Return Volume Factor | |
| 14 ccfs @ 1.00 = 14 ccfs | |
| Wastewater User Charges | |
| Base Charge (1 @ 32.41) (07/01/25-07/31/25) | 32.41 |
| Volume Charge (14 ccfs @ 6.65) | 93.10 |
| MSD Compliance Charge | |
| Tier 1 (1 @ 7.76) (07/01/25-07/31/25) | 7.76 |
| **TOTAL CURRENT CHARGES** | **$133.27** |

---

▼ Please detach and return this coupon with your payment to ensure proper credit to your account. ▼          *Page 1 of 1*



wastewater +

Metropolitan St. Louis
Sewer District

P.O. Box 437
St. Louis, MO  63166-0437

| Account Number | 1152076-4 |
|---|---|
| Service Address | 7059 CHIPPEWA ST |
| Service Period | 06/30/25 - 07/31/25 |
| Bill Date | 08/27/25 |

| **TOTAL AMOUNT DUE** | **$133.27** |
|---|---|
| **DUE DATE** | **09/16/25** |
| Delinquent After | 09/22/25 |

*Help MSD*
## Go Green
*View and Pay Your Bill Online for FREE!*
SMARTPAY
msdprojectclear.org

☐ For Billing Address Changes or to Sign Up for SmartPay, Check Box and Complete Reverse.

PLEASE REMIT TO:

**AMOUNT ENCLOSED:**      **DO NOT PAY**

Please include your Account Number on your check.
Please make checks payable to:
**Metropolitan St. Louis Sewer District**

**Metropolitan St. Louis Sewer District**
P.O. Box 437
St. Louis, MO  63166-0437

000 39751243 11520764 0000000000 0000000000





# OFFICE OF THE COLLECTOR OF REVENUE
## CITY OF ST. LOUIS

**1200 MARKET STREET, ROOM 12**
**ST. LOUIS, MO 63103**

000256

| | |
|---|---|
| Statement Date: | 08/09/2025 |
| Account Number: | 1073412-221424 |
| Service Address: | 7059 CHIPPEWA ST |
| Cycle/Route: | 13/16 |
| | $246.82 |
| Date Due: | AUGUST 26, 2025 |
| Delinquent On: | SEPTEMBER 01, 2025 |

CHIPPEWA CENTER LLC
JARED ENTERPRISES INC
2870 S INGRAM MILL RD STE A
SPRINGFIELD MO 65804

## City of St. Louis Water Division

Water Division Service Questions – (314) 771-2255
Collector of Revenue – (314) 622-3628

| DESCRIPTION | QUANTITY | AMOUNT | | AMOUNT |
|---|---|---|---|---|
| METER READING | | | WATER CHARGE | 105.92 |
| PRESENT | 8838380.00 | | READY CHARGE | 106.58 |
| PREVIOUS | 8834210.00 | | SALES TAX | 20.57 |
| | ---------- | | GROSS RECEIPTS TAX | 8.50 |
| TOTAL | 41.70 | | NATURAL RESOURCE CHARGE | 5.25 |

| Cycle Bill: | APRIL 03, 2025 – JULY 02, 2025 | $246.82 |
|---|---|---|

## City of St. Louis Refuse Division

Refuse Division Service Questions – (314) 622-4800
Collector of Revenue – (314) 622-3628

| Units Billed | Months Billed | Solid Waste Services Fee @ $14/unit/month |
|---|---|---|
| 0 | | |

| Cycle Bill: | $.00 |
|---|---|

## Notes

FOR ONLINE ACCOUNT INFORMATION LOG ON TO WWW.STLWATER.COM.
YOU ARE ENROLLED IN DIRECT DEBIT. YOUR BANK ACCOUNT WILL BE DEBITED.
THE MOST RECENT CONSUMER CONFIDENCE REPORT IS NOW AVAILABLE.
SEE THE BACK OF THIS BILL FOR INFORMATION ON OBTAINING YOUR COPY.

| AUGUST 26, 2025 | | $246.82 |
|---|---|---|

Please retain this portion for your records.

Please return this portion with your payment.

| Name: | CHIPPEWA CENTER LLC |
|---|---|
| Account Number: | 1073412-221424 |
| Service Address: | 7059 CHIPPEWA ST |
| Cycle/Route: | 13/16 |
| Date Due: | AUGUST 26, 2025 |

**Pay Online: Payitstlouis.com**
**Pay-By-Phone 314-408-6887**
**Download the PayIt St. Louis App**

App Store | Google Play

There will be a nominal fee charged for these services.

Gregory F.X. Daly
Collector of Revenue
P.O. Box 66787
St. Louis, MO 63166-6787

| SUMMARY OF CHARGES | |
|---|---|
| Prior Balance – Water Service | $.00 |
| Water Service | $246.82 |
| Prior Balance – Refuse Service | $.00 |
| Refuse Service | $.00 |
| | $246.82 |
| City Hall Restoration Fund | |
| Reparations Fund | |
| Midwest Land Dev. | |
| Forest Park Fund | *AUTO PAY* ~~DO NOT PAY~~ |
| AMOUNT PAID | |

# MISSOURI AMERICAN WATER

## WE KEEP LIFE FLOWING™

## Statement

**Account No.1017-220015976293**

| Total Amount Due: | **$814.24** |
|---|---|
| **Payment Due By:** | **September 2, 2025** |

**Service Address:**

JARED ENTERPRISES
7005 CHIPPEWA ST DETCK
ST LOUIS, MO 63119-5601

| Billing Date: | August 11, 2025 |
|---|---|
| Service Period: | Jul 04 to Aug 05 (33 Days) |
| Total Gallons: | 75,300 |

## THANK YOU FOR BEING OUR CUSTOMER

### Important Account Messages

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

- Tired of buying stamps and writing checks? Enroll in Auto Pay and your bill will be paid on time, every time directly from your bank account. To enroll, register or log on to My Account at amwater.com/myaccount.

## Account Summary — *See page 3 for Account Detail*

| | | |
|---|---|---|
| Prior Billing: | | $981.84 |
| Payments - Thank You! | − | $981.84 |
| **Balance Forward:** | = | **$0.00** |
| Service Related Charges: | + | $781.23 |
| Taxes: | + | $33.01 |
| Total Amount Due: | = | **$814.24** |

For more information, visit **www.missouriamwater.com**

 **View your account information or pay your bill anytime at:** www.amwater.com/MyAccount

 **Pay by Phone\*:** Pay anytime at 1-855-748-6066

 **Customer Service:** 1-866-430-0820
M-F 7:00am to 7:00pm – Emergencies 24/7

 **MISSOURI AMERICAN WATER**
PO BOX 6029
CAROL STREAM, IL 60197-6029

---

▼ Please return bottom portion with your payment. DO NOT send cash. Retain upper portion for your records. ▼   017817/053485 VE51QS ETM1C00007 1          (VE51QS0010178220103100)

---

# MISSOURI AMERICAN WATER

## WE KEEP LIFE FLOWING™

**P.O. BOX 91623
RANTOUL, IL 61866-8623**

Service to: 7005 CHIPPEWA ST DETCK
ST LOUIS, MO 63119-5601



017817 1 MB 0.667     017822/053485 70 03 VE51QS 008
JARED ENTERPRISES
2870 S INGRAM MILL RD STE A
SPRINGFIELD MO  65804-4127

**Account No. 1017-220015976293**

| Total Amount Due: | **$814.24** |
|---|---|
| **Payment Due By:** | **September 2, 2025** |

| Amount Enclosed | $ | **Paid Electronically on Due Date** |
|---|---|---|

MISSOURI AMERICAN WATER
PO BOX 6029
CAROL STREAM, IL 60197-6029

0001017220015976293000000000000008142401 8

## Messages from Missouri American Water

- ***IMPORTANT WATER QUALITY MESSAGE:** Your annual Water Quality Report is available at www.amwater.com/ccr/stlouisregion.pdf for customers living in the greater St. Louis area. For customers in Eureka receiving well water, the report is available at www.amwater.com/ccr/eureka.pdf If you prefer a paper copy to be sent to you, please contact our Customer Service Center at 866-430-0820.



# TRUST YOUR TAP WATER

We're committed to making sure your drinking water is safe, clean, reliable and affordable. We set out to earn your trust in your tap water every day, through rigorous testing and treatment. Our team works hard to deliver water that communities can count on.

**CUSTOMER SERVICE: 1-866-430-0820**
HOURS: M-F, 7am-7pm  •  Emergencies: 24/7
TTY/TDD FOR THE HEARING IMPAIRED : 711
(and then reference Customer Service number listed above)



## SERVICES

- **Go Paperless:** Save time. Save money. Sign up for **Paperless Billing** and **Auto Pay** on MyWater at amwater.com/mywater. Not registered? Log in and be sure to have your account number handy.

- **Water Quality:** We take water quality seriously. When it comes to complying with federal drinking water standards, we consistently score better than the industry average. For a copy of the annual water quality report for your area, visit missouriamwater.com. Under Water Quality, select Water Quality Reports.

- **H₂O Help To Others:** $H_2O$ Help to Others is an emergency assistance program created by Missouri American Water and Missouri's Community Action Agencies. Missouri American Water partners with Community Action Agencies in our service area to provide a program that helps provide supplemental funding to Missouri American Water customers who would otherwise have trouble paying their bills. $H_2O$ Help to Others is supported by contributions from Missouri American Water and voluntary contributions from customers.

## EXPLANATION OF OTHER TERMS

- **Payment by Check:** Paying by check authorizes American Water to send the information from your check electronically to your bank for payment. The transaction will appear on your bank statement. The physical check will not be presented to your financial institution or returned to you.

- **Estimated Bill:** This occurs when we are unable to read your water meter. Estimated Bills are calculated based on your usage during the prior year's same billing period. You also have the option to self-report your meter read by calling our Customer Service Center. Once we are able to read your meter successfully, your bill will correct any over/underestimates.

- **Disputes:** If you have questions or complaints about your bill, please call us at 1-866-430-0820 before the due date. If your bill is unusually high, it may indicate that there is a leak in your plumbing. For tips on how to detect leaks and use water wisely, visit us online. You'll find helpful tools under the Water & Wastewater Information menu. Every drop counts!

- **Rates:** A detailed listing of charges that make up your bill is available upon request by contacting Customer Service or visiting us online at missouriamwater.com. Under Customer Service & Billing, select Your Water and Sewer Rates.

- **Correspondence:** Please send written correspondence to PO Box 2798, Camden, NJ 08101. Be sure to include your name, account number, service address, mailing address and phone number including area code. Please do not send correspondence with your payment, as it may delay processing your payment and correspondence.

---

**H2O HELP TO OTHERS PROGRAM** - lend a hand to customers in need

☐ I'm adding a one time contribution of $_____ with my payment.

☐ I'd like to add a recurring contribution to each bill of $_____. I understand this amount will be added to each bill.

### Address Change(s)

Name _____

Address _____

City _____

State _____  Zip Code _____

(____) _____  ☐ Mobile Number
Phone Number

E-mail Address _____

## Other ways to pay your bill

☑ **Auto Pay**

Save time and money. Enroll in Auto Pay, and your bill will be paid on time, every time, directly from your bank account on the due date. No stamps required!

☐ **Online**

With My Account, you can pay your bill anytime, anywhere. Registration is fast and easy. Visit www.amwater.com/MyAccount or pay without registration at www.amwater.com/billpay (fee may apply).

**In Person**

We have agreements with several authorized payment locations in our service areas. Visit our website to find one near you.

# MISSOURI AMERICAN WATER
## WE KEEP LIFE FLOWING™

## Meter Reading and Usage Summary

| Meter No. | Measure | Size | From Date | To Date | Previous Read | Current Read | Meter Units | Billing Units | Total Gallons |
|---|---|---|---|---|---|---|---|---|---|
| 27226559 | 100 gal | 3/4" | 07/04/2025 | 08/05/2025 | 20,862 (A) | 21,615 (A) | 753 | 753.00 | 75,300 |

A = Actual    E = Estimate                           1 Billing Unit = 100 gallons                           Total Gallons:    75,300

### Billed Usage History (graph shown in 100 gallons)

■ 75,300 gallons = usage for this period
■ 0 gallons = usage for same period last year

**Account Type:**

Fire Service



Average daily use for this period is: (33 days)

**2,282 gallons**

E = Estimate

Year to Date Billed Usage:    779,300 gallons

## Account Detail          Account No. 1017-220015976293

Service To:  7005 CHIPPEWA ST DETCK ST LOUIS, MO 63119-5601

| | |
|---|---|
| **Prior Billing** | **981.84** |
| **Payments** | **-981.84** |
| Total payments as of Jul 29. Thank you! | -981.84 |
| **Balance Forward** | **0.00** |
| **Service Related Charges - 07/04/25 to 08/05/25** | |
| 🔥 **Fire Service** | **781.23** |
| Fire Usage Charge    (753 x $1.03749) | 781.23 |
| **Total Service Related Charges** | **781.23** |
| 💲 **Taxes** | **33.01** |
| State Sales Tax | 33.01 |
| **Total Current Period Charges** | **814.24** |

### Total Amount Due ➡           $814.24

## Understanding Your Bill

The information below defines some of the new terms you may find on your bill:

- **Service Related Charges:** This section includes charges for services related to water (or wastewater) service. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Surcharges:** Surcharges are used to recover changes to costs that occur between ratemaking cycles. Common surcharges include Purchased Water, Consolidated Expenses, Conservation, Intervenor Compensation and Payment Assistance.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month

- **Still have questions?** We are here to help. Our customer Service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

Para obtener asistencia con la traducción de su factura, comuníquese con nuestro Centro de Servicio al Cliente, de lunes a viernes de 7 a.m. a 7 p.m.



For more information about your charges and rates, please visit:
https://amwater.com/moaw/rates



**\<This page is intentionally left blank and reserved for future messages\>**



# AMERICAN WATER

**WE KEEP LIFE FLOWING™**

Page 1 of 6
627506062433

**Account No. 1017-220015976309**

| | |
|---|---|
| Total Amount Due: | **$166.95** |
| Payment Due By: | **August 26, 2025** |

**Service Address:**

JARED ENTERPRISES
7005 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5601

**Billing Date:** August 04, 2025
**Service Period:** Aug 02 to Sep 02 (32 Days)

## THANK YOU FOR BEING OUR CUSTOMER

### Important Account Messages

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

- Tired of buying stamps and writing checks? Enroll in Auto Pay and your bill will be paid on time, every time directly from your bank account. To enroll, register or log on to My Account at amwater.com/myaccount.

## Account Summary — *See page 3 for Account Detail*

| | |
|---|---|
| Prior Billing: | $166.9 |
| Payments - Thank You! | $166.9 |
| **Balance Forward:** | **$0.0** |
| Service Related Charges: | $159.90 |
| Pass Through Charges: | $0.29 |
| Taxes: | $6.76 |
| Total Amount Due: | $166.95 |

For more information, visit www.missouriamwater.com

View your account information or pay your bill anytime at: www.amwater.com/MyAccount

**Pay by Phone\*:** Pay anytime at 1-855-748-6066

**Customer Service:** 1-866-430-0820
M-F 7:00am to 7:00pm — Emergencies 24/7

**MISSOURI AMERICAN WATER**
PO BOX 6029
CAROL STREAM, IL 60197-6029

Please return bottom portion with your payment. DO NOT send cash. Retain upper portion for your records.

022824/068483 VE517F ETM1C00009 1          (VE517F0010228260103100)





## MISSOURI AMERICAN WATER

**WE KEEP LIFE FLOWING™**

P.O. BOX 91623
RANTOUL, IL 61866-8623

**Account No. 1017-220015976309**

| | |
|---|---|
| Total Amount Due: | **$166.95** |
| Payment Due By: | **August 26, 2025** |

Service to: 7005 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5601

| Amount Enclosed | $ | Paid Electronically on Due Date |
|---|---|---|





022824 1 AB 0.636      022826/068483 87 03 VE517F 010
JARED ENTERPRISES
2870 S INGRAM MILL RD STE A
SPRINGFIELD MO 65804-4127

MISSOURI AMERICAN WATER
PO BOX 6029
CAROL STREAM, IL 60197-6029



0001017220015976309000000000000016695017

MISSOURI
AMERICAN WATER

WE KEEP LIFE FLOWING™

## Account Detail

Account No. 1017-220015976309

Service To: 7005 CHIPPEWA ST FIRE ST LOUIS, MO 63119-5601

| | |
|---|---|
| Prior Billing | 166.95 |
| Payments | -166.95 |
| Total payments as of Jul 24. Thank you! | -166.95 |
| **Balance Forward** | **0.00** |
| Service Related Charges - 08/02/25 to 09/02/25 | |
| Fire Service | 159.90 |
| Private Fire Service Charge 8'    (1 x $159.90) | 159.90 |
| **Total Service Related Charges** | **159.90** |
| Pass Through Charges | 0.29 |
| Fire Primacy Fee    (1 x $0.29) | 0.29 |
| Taxes | 6.76 |
| State Sales Tax | 6.76 |
| **Total Current Period Charges** | **166.95** |

**Total Amount Due ➡**        **$166.95**

## Understanding Your Bill

**The information below defines some of the new terms you may find on your bill:**

- **Service Related Charges:** This section includes charges for services related to water (or wastewater) service. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Surcharges:** Surcharges are used to recover changes to costs that occur between ratemaking cycles. Common surcharges include Purchased Water, Consolidated Expenses, Conservation, Intervenor Compensation and Payment Assistance.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month

- **Still have questions?** We are here to help. Our customer Service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

**Para obtener asistencia con la traducción de su factura, comuníquese con nuestro Centro de Servicio al Cliente, de lunes a viernes de 7 a.m. a 7 p.m.**

For more information about your charges and rates, please visit:
https://amwater.com/moaw/rates



032834/069484 VE517E ETM1C00008 1        (VE517E0010228260203100)



# MISSOURI AMERICAN WATER

## WE KEEP LIFE FLOWING™

627506062434

**Account No. 1017-220015976316**

| Total Amount Due: | $179.45 |
|---|---|
| Payment Due By: | **August 26, 2025** |

**Service Address:**

JARED ENTERPRISES
7077 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5672

| Billing Date: | August 04, 2025 |
|---|---|
| Service Period: | Aug 02 to Sep 02 (32 Days) |

## THANK YOU FOR BEING OUR CUSTOMER

### Important Account Messages

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

- Tired of buying stamps and writing checks? Enroll in Auto Pay and your bill will be paid on time, every time directly from your bank account. To enroll, register or log on to My Account at amwater.com/myaccount.

### Account Summary — *See page 3 for Account Detail*

| | |
|---|---|
| Prior Billing: | $179.45 |
| Payments - Thank You! | $179.45 |
| **Balance Forward:** | **$0.00** |
| Service Related Charges: | $159.90 |
| Pass Through Charges: | $0.29 |
| Taxes: | $19.26 |
| Total Amount Due: | $179.45 |

For more information, visit www.missouriamwater.com

View your account information or pay your bill
**anytime at:** www.amwater.com/MyAccount

**Pay by Phone\*:** Pay anytime at 1-855-748-6066

**Customer Service:** 1-866-430-0820
M-F 7:00am to 7:00pm — Emergencies 24/7

**MISSOURI AMERICAN WATER**
PO BOX 6029
CAROL STREAM, IL 60197-6029

— Please return bottom portion with your payment. DO NOT send cash. Retain upper portion for your records. —    022820/068471 VE517F ETM1C00009 1    (VE517F00102282201031C

---

# MISSOURI AMERICAN WATER

## WE KEEP LIFE FLOWING™

P.O. BOX 91623
RANTOUL, IL 61866-8623

Service to: 7077 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5672

**Account No. 1017-220015976316**

| Total Amount Due: | $179.45 |
|---|---|
| Payment Due By: | **August 26, 2025** |

| Amount Enclosed | $ | **Paid Electronically on Due Date** |
|---|---|---|

022820 1 AB 0.636       022822/068471 87 03 VE517F 010
JARED ENTERPRISES
2870 S INGRAM MILL RD STE A
SPRINGFIELD MO  65804-4127

MISSOURI AMERICAN WATER
PO BOX 6029
CAROL STREAM, IL 60197-6029

0001017220015976316000000000000017945010

**AMERICAN WATER**

WE KEEP LIFE FLOWING"

## Account Detail

Account No. 1017-220015976316
Service To: 7077 CHIPPEWA ST FIRE ST LOUIS, MO 63119-5672

| | |
|---|---|
| Prior Billing | 179.45 |
| Payments | -179.45 |
| Total payments as of Jul 24. Thank you! | -179.45 |
| **Balance Forward** | **0.00** |

Service Related Charges - 08/02/25 to 09/02/25

| | | |
|---|---|---|
| Fire Service | | 159.90 |
| Private Fire Service Charge 8' | (1 x $159.90) | 159.90 |
| **Total Service Related Charges** | | **159.90** |
| Pass Through Charges | | 0.29 |
| Fire Primacy Fee | (1 x $0.29) | 0.29 |
| Taxes | | 19.26 |
| State Sales Tax | | 6.76 |
| City Gross Receipts Tax | | 12.50 |
| **Total Current Period Charges** | | **179.45** |

Total Amount Due  ➡  **$179.45**

## Understanding Your Bill

**The information below defines some of the new terms you may find on your bill:**

- **Service Related Charges:** This section includes charges for services related to water (or wastewater) service. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Surcharges:** Surcharges are used to recover changes to costs that occur between ratemaking cycles. Common surcharges include Purchased Water, Consolidated Expenses, Conservation, Intervenor Compensation and Payment Assistance.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month

- **Still have questions?** We are here to help. Our customer Service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

**Para obtener asistencia con la traducción de su factura, comuníquese con nuestro Centro de Servicio al Cliente, de lunes a viernes de 7 a.m. a 7 p.m.**

For more information about your charges and rates, please visit:
https://amwater.com/moaw/rates



 

Metropolitan St. Louis
Sewer District
P.O. Box 437
St. Louis, MO  63166-0437

wastewater + stormwater

*Go Paperless and Pay Online for FREE with SMARTPAY*

### Contact MSD

| CUSTOMER SERVICE | 24 HOUR EMERGENCY SERVICE | @ ONLINE |
|---|---|---|
| 1-866-281-5737 | 1-314-768-6260 | msdprojectclear.org |

4326 ************************AUTO**MIXED AADC 630 072919 EFT
**CHIPPEWA CENTER LLC**
**JARED ENTERPRISES INC**
2870 S INGRAM MILL RD STE A
SPRINGFIELD, MO 65804-4127

## YOUR ACCOUNT INFORMATION

| **Account Number** | **1152076-4** |
|---|---|
| Service Address | 7059 CHIPPEWA ST |
| Service Period | 05/31/25 - 06/30/25 |
| Bill Date | 07/29/25 |

## YOUR BILL AT A GLANCE

| | |
|---|---|
| Previous Balance | 111.74 |
| Payments - 07/16/25 - *Thank You!* | -111.74 |
| Adjustments | 0.00 |
| Late Fees | 0.00 |
| Outstanding Balance | 0.00 |
| Current Charges | $111.74 |
| **TOTAL AMOUNT DUE** | **$111.74** |
| **DUE DATE** | **08/18/25** |
| Delinquent After | 08/25/25 |

*A Late Charge of 0.75% per month will be applied to your Principal Balance if not paid by Delinquency Date.*

## CUSTOMER MESSAGES

**\*DO NOT PAY.\*** The balance due will be deducted from your bank account.

## GENERAL MESSAGES

Tired of all the paper? Sign up for electronic billing today to receive email notifications when your bill is ready for viewing. To enroll, visit https://msdprojectclear.org.

## DETAIL OF CURRENT CHARGES

| Premise Type | Commercial |
|---|---|
| Return Volume Factor | |
| 12 ccfs @ 1.00 = 12 ccfs | |
| Wastewater User Charges | |
| Base Charge (1 @ 30.14) (05/31/25-06/30/25) | 30.14 |
| Volume Charge (12 ccfs @ 6.18) | 74.16 |
| MSD Compliance Charge | |
| Tier 1 (1 @ 7.44) (05/31/25-06/30/25) | 7.44 |
| **TOTAL CURRENT CHARGES** | **$111.74** |

---

▽ Please detach and return this coupon with your payment to ensure proper credit to your account. ▽     *Page 1 of 1*



Metropolitan St. Louis
Sewer District
P.O. Box 437
St. Louis, MO  63166-0437

wastewater + stormwater

| **TOTAL AMOUNT DUE** | **$111.74** |
|---|---|
| **DUE DATE** | **08/18/25** |
| Delinquent After | 08/25/25 |

*Help MSD*
*Go Green*
*View and Pay Your Bill Online for FREE!*
SMARTPAY
msdprojectclear.org

| **Account Number** | **1152076-4** |
|---|---|
| Service Address | 7059 CHIPPEWA ST |
| Service Period | 05/31/25 - 06/30/25 |
| Bill Date | 07/29/25 |

For Billing Address Changes or to Sign Up for SmartPay, Check Box and Complete Reverse.

PLEASE REMIT TO:

**Metropolitan St. Louis Sewer District**
P.O. Box 437
St. Louis, MO  63166-0437

**AMOUNT ENCLOSED:**     **DO NOT PAY**

Please include your Account Number on your check.
Please make checks payable to:
**Metropolitan St. Louis Sewer District**

000 39751243 11520764 0000000000 0000000000

# MISSOURI AMERICAN WATER

## WE KEEP LIFE FLOWING™

## Statement

Account No. **1017-220015976293**

| Total Amount Due: | **$981.84** |
|---|---|
| Payment Due By: | **July 29, 2025** |

**Service Address:**

JARED ENTERPRISES
7005 CHIPPEWA ST DETCK
ST LOUIS, MO 63119-5601

| Billing Date: | July 07, 2025 |
|---|---|
| Service Period: | Jun 05 to Jul 03 (29 Days) |
| Total Gallons: | 90,800 |

## THANK YOU FOR BEING OUR CUSTOMER

## Important Account Messages

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

- Tired of buying stamps and writing checks? Enroll in Auto Pay and your bill will be paid on time, every time directly from your bank account. To enroll, register or log on to My Account at amwater.com/myaccount.

## Account Summary — *See page 3 for Account Detail*

| Prior Billing: | $1,680.12 |
|---|---|
| Payments - Thank You! | $1,680.12 |
| **Balance Forward:** | **$0.00** |
| Service Related Charges: | $942.04 |
| Taxes: | $39.80 |
| Total Amount Due: | $981.84 |

For more information, visit www.missouriamwater.com

View your account information or pay your bill anytime at: www.amwater.com/MyAccount

**Pay by Phone\*:** Pay anytime at 1-855-748-6066

**Customer Service:** 1-866-430-0820
M-F 7:00am to 7:00pm — Emergencies 24/7

**MISSOURI AMERICAN WATER**
PO BOX 6029
CAROL STREAM, IL 60197-6029

→ Please return bottom portion with your payment. DO NOT send cash. Retain upper portion for your records. →   002333/007030 VE4ZAE ETM1C00001 1   (VE4ZAE0010023350103100)

---

# MISSOURI AMERICAN WATER

## WE KEEP LIFE FLOWING™

P.O. BOX 91623
RANTOUL, IL 61866-8623

Service to: 7005 CHIPPEWA ST DETCK
ST LOUIS, MO 63119-5601

002333 1 MB 0.617      002335/007030 10 03 VE4ZAE 002
JARED ENTERPRISES
2870 S INGRAM MILL RD STE A
SPRINGFIELD MO  65804-4127

Account No. **1017-220015976293**

| Total Amount Due: | **$981.84** |
|---|---|
| Payment Due By: | **July 29, 2025** |

| Amount Enclosed | $ | **Paid Electronically on Due Date** |
|---|---|---|

MISSOURI AMERICAN WATER
PO BOX 6029
CAROL STREAM, IL 60197-6029

0001017220015976293000000000000098184019

## Messages from Missouri American Water

- ***IMPORTANT WATER QUALITY MESSAGE:** Your annual Water Quality Report is available at www.amwater.com/ccr/stlouisregion.pdf for customers living in the greater St. Louis area. For customers in Eureka receiving well water, the report is available at www.amwater.com/ccr/eureka.pdf If you prefer a paper copy to be sent to you, please contact our Customer Service Center at 866-430-0820.



## SMART WAYS TO SAVE WATER THIS SUMMER

Tracking your water use is a great way to spot potential leaks and identify opportunities to save. You can view up to three years of water usage data on MyWater. Visit amwater.com/mywater to determine your usage.

### CUSTOMER SERVICE: 1-866-430-0820
**HOURS:** M-F, 7am-7pm • Emergencies, 24/7
**TTY/TDD FOR THE HEARING IMPAIRED** : 711
(and then reference Customer Service number listed above)

## SERVICES

- **Go Paperless:** Save time. Save money. Sign up for **Paperless Billing** and **Auto Pay** on MyWater at amwater.com/mywater. Not registered? Log in and be sure to have your account number handy.

- **Water Quality:** We take water quality seriously. When it comes to complying with federal drinking water standards, we consistently score better than the industry average. For a copy of the annual water quality report for your area, visit missouriamwater.com. Under Water Quality, select Water Quality Reports.

- **$H_2O$ Help To Others:** $H_2O$ Help to Others is an emergency assistance program created by Missouri American Water and Missouri's Community Action Agencies. Missouri American Water partners with Community Action Agencies in our service area to provide a program that helps provide supplemental funding to Missouri American Water customers who would otherwise have trouble paying their bills. $H_2O$ Help to Others is supported by contributions from Missouri American Water and voluntary contributions from customers.

## EXPLANATION OF OTHER TERMS

- **Payment by Check:** Paying by check authorizes American Water to send the information from your check electronically to your bank for payment. The transaction will appear on your bank statement. The physical check will not be presented to your financial institution or returned to you.

- **Estimated Bill:** This occurs when we are unable to read your water meter. Estimated Bills are calculated based on your usage during the prior year's same billing period. You also have the option to self-report your meter read by calling our Customer Service Center. Once we are able to read your meter successfully, your bill will correct any over/underestimates.

- **Disputes:** If you have questions or complaints about your bill, please call us at 1-866-430-0820 before the due date. If your bill is unusually high, it may indicate that there is a leak in your plumbing. For tips on how to detect leaks and use water wisely, visit us online. You'll find helpful tools under the Water & Wastewater Information menu. Every drop counts!

- **Rates:** A detailed listing of charges that make up your bill is available upon request by contacting Customer Service or visiting us online at missouriamwater.com. Under Customer Service & Billing, select Your Water and Sewer Rates.

- **Correspondence:** Please send written correspondence to PO Box 2798, Camden, NJ 08101. Be sure to include your name, account number, service address, mailing address and phone number including area code. Please do not send correspondence with your payment, as it may delay processing your payment and correspondence.

---

### H2O HELP TO OTHERS PROGRAM – lend a hand to customers in need

- ☐ I'm adding a one time contribution of $_____ with my payment.
- ☐ I'd like to add a recurring contribution to each bill of $_____. I understand this amount will be added to each bill.

## Address Change(s)

Name _____

Address _____

City _____

State _____  Zip Code _____

(_____) _____  ☐ Mobile Number

Phone Number

E-mail Address

## Other ways to pay your bill



**Auto Pay**  **Online**  **In Person**

**Auto Pay:** Save time and money. Enroll in Auto Pay, and your bill will be paid on time, every time, directly from your bank account on the due date. No stamps required!

**Online:** With My Account, you can pay your bill anytime, anywhere. Registration is fast and easy. Visit www.amwater.com/MyAccount or pay without registration at www.amwater.com/billpay (fee may apply).

**In Person:** We have agreements with several authorized payment locations in our service areas. Visit our website to find one near you.

# MISSOURI AMERICAN WATER
WE KEEP LIFE FLOWING™

## Meter Reading and Usage Summary

| Meter No. | Measure | Size | From Date | To Date | Previous Read | Current Read | Meter Units | Billing Units | Total Gallons |
|---|---|---|---|---|---|---|---|---|---|
| 27226559 | 100 gal | 3/4" | 06/05/2025 | 07/03/2025 | 19,954 (A) | 20,862 (A) | 908 | 908.00 | 90,800 |

A = Actual    E = Estimate                     1 Billing Unit = 100 gallons

Total Gallons:  90,800

### Billed Usage History (graph shown in 100 gallons)

■ 90,800 gallons = usage for this period
▨ 0 gallons = usage for same period last year



E = Estimate

**Account Type:**

Fire Service

Average daily use for this period is: (29 days)  **3,131** gallons

Year to Date Billed Usage:   704,000 gallons

## Account Detail        Account No. 1017-220015976293
Service To:  7005 CHIPPEWA ST DETCK ST LOUIS, MO 63119-5601

| | |
|---|---|
| Prior Billing | 1,680.12 |
| Payments | -1,680.12 |
| Total payments as of Jun 30. Thank you! | -1,680.12 |
| **Balance Forward** | **0.00** |

Service Related Charges – 06/05/25 to 07/03/25

| | | |
|---|---|---|
| Fire Service | | 942.04 |
| Fire Usage Charge | (908 x $1.03749) | 942.04 |
| **Total Service Related Charges** | | **942.04** |
| Taxes | | 39.80 |
| State Sales Tax | | 39.80 |
| **Total Current Period Charges** | | **981.84** |

**Total Amount Due** ➡  **$981.84**

## Understanding Your Bill

**The information below defines some of the new terms you may find on your bill:**

- **Service Related Charges:** This section includes charges for services related to water (or wastewater) service. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Surcharges:** Surcharges are used to recover changes to costs that occur between ratemaking cycles. Common surcharges include Purchased Water, Consolidated Expenses, Conservation, Intervenor Compensation and Payment Assistance.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month

- **Still have questions?** We are here to help. Our customer Service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

**Para obtener asistencia con la traducción de su factura, comuníquese con nuestro Centro de Servicio al Cliente, de lunes a viernes de 7 a.m. a 7 p.m.**

For more information about your charges and rates, please visit:
https://amwater.com/moaw/rates



002333/007031 VE4ZAE ETM1C00001 1        (VE4ZAE001002335020310

<This page is intentionally left blank and reserved for future messages>

# MISSOURI
## AMERICAN WATER
P.O. Box 2798, Camden, NJ 08101

07/08/2025

||¹|¹||¹|ᵣ·||ₘᵣ·|·ₙₗₙ·||¹ₙ|ᵣ·|¹ₗₙ||¹ₙ|¹|||·|ᵣ·||||||ₗ··ᵣ·||

006425 1 MB 0.617     06432/006425/007059 11 01 VE4ZB6 002

JARED ENTERPRISES
2870 S INGRAM MILL RD STE A
SPRINGFIELD MO  65804-4127

**For Service To:**
Account Number:  1017-220015976293
Service Address:   7005 Chippewa St DETCK
St Louis, MO 63119-5601

Dear Jared Enterprises,

It is important to us, as we know it is to you, that your concerns with a higher-than-expected water bill be reviewed as quickly as possible. When you contacted us we reviewed your situation and issued a service order to verify the meter reading.

We have determined that the meter reading that was used was correct for this account from June 4, 2025 to July 3, 2025.

If you have any questions, please contact Customer Care at the number listed below. Customer Care Agents are available to assist you Monday through Friday from 7:00 a.m. to 7:00 p.m.

Esto es un aviso importante sobre su servicio de agua / alcantarilla. Para la ayuda de la traduccion, por favor llamas a Missouri American Water al numero 1-866-430-0820.

Sincerely,

Missouri American Water Customer Service



Customer Service: M-F 7am to 7pm   Emergency: 24/7: 1-866-430-0820     www.missouriamwater.com

ZZ_ADHOCTXTLTR_CRM  1017-R-006432/007059 VE4ZB6 ETM1C00001         (VE4ZB6  064320101000)



# MISSOURI AMERICAN WATER

## WE KEEP LIFE FLOWING™

**Service Address:**

JARED ENTERPRISES
7005 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5601

## Statement

**Account No. 1017-220015976309**

| Total Amount Due: | $166.95 |
|---|---|
| Payment Due By: | **July 24, 2025** |

| Billing Date: | July 02, 2025 |
|---|---|
| Service Period: | Jul 02 to Aug 01 (31 Days) |

## THANK YOU FOR BEING OUR CUSTOMER

### Important Account Messages

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

- Tired of buying stamps and writing checks? Enroll in Auto Pay and your bill will be paid on time, every time directly from your bank account. To enroll, register or log on to My Account at amwater.com/myaccount.

### Account Summary — *See page 3 for Account Detail*

| Prior Billing: | $166.95 |
|---|---|
| Payments - Thank You! | $166.95 |
| **Balance Forward:** | **$0.00** |
| Service Related Charges: | $159.90 |
| Pass Through Charges: | $0.29 |
| Taxes: | $6.76 |
| Total Amount Due: | $166.95 |

For more information, visit www.missouriamwater.com

**View your account information or pay your bill anytime at:** www.amwater.com/MyAccount

**Pay by Phone\*:** Pay anytime at 1-855-748-6066

**Customer Service:** 1-866-430-0820
M-F 7:00am to 7:00pm – Emergencies 24/7

**MISSOURI AMERICAN WATER**
PO BOX 6029
CAROL STREAM, IL 60197-6029

Please return bottom portion with your payment. DO NOT send cash. Retain upper portion for your records       002235/006720 VE4YXB ETM1C00001 1          (VE4YXB0010022380103100



## MISSOURI AMERICAN WATER

### WE KEEP LIFE FLOWING™



P.O. BOX 91623
RANTOUL, IL 61866-8623

Service to: 7005 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5601



002235 1 MB 0.617        002238/006720 9 03 VE4YXB 002
JARED ENTERPRISES
2870 S INGRAM MILL RD STE A
SPRINGFIELD MO  65804-4127

**Account No. 1017-220015976309**

| Total Amount Due: | $166.95 |
|---|---|
| Payment Due By: | **July 24, 2025** |

**Amount Enclosed** $ **Paid Electronically on Due Date**

MISSOURI AMERICAN WATER
PO BOX 6029
CAROL STREAM, IL 60197-6029

00010172200159763090000000000000166950l7

# MISSOURI AMERICAN WATER

## WE KEEP LIFE FLOWING™

## Account Detail    Account No. 1017-220015976309

Service To: 7005 CHIPPEWA ST FIRE ST LOUIS, MO 63119-5601

| | |
|---|---:|
| Prior Billing | 166.95 |
| Payments | -166.95 |
| Total payments as of Jun 25. Thank you! | -166.95 |
| **Balance Forward** | **0.00** |

### Service Related Charges - 07/02/25 to 08/01/25

| | |
|---|---:|
| Fire Service | 159.90 |
| Private Fire Service Charge 8'    (1 x $159.90) | 159.90 |
| **Total Service Related Charges** | **159.90** |
| Pass Through Charges | 0.29 |
| Fire Primacy Fee    (1 x $0.29) | 0.29 |
| Taxes | 6.76 |
| State Sales Tax | 6.76 |
| **Total Current Period Charges** | **166.95** |

| | |
|---|---:|
| Total Amount Due ➡ | **$166.95** |

## Understanding Your Bill

### The information below defines some of the new terms you may find on your bill:

- **Service Related Charges:** This section includes charges for services related to water (or wastewater) service. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Surcharges:** Surcharges are used to recover changes to costs that occur between ratemaking cycles. Common surcharges include Purchased Water, Consolidated Expenses, Conservation, Intervenor Compensation and Payment Assistance.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month

- **Still have questions?** We are here to help. Our customer Service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

**Para obtener asistencia con la traducción de su factura, comuníquese con nuestro Centro de Servicio al Cliente, de lunes a viernes de 7 a.m. a 7 p.m.**

For more information about your charges and rates, please visit:
https://amwater.com/moaw/rates





# MISSOURI
# AMERICAN WATER

### WE KEEP LIFE FLOWING™

**Statement**

Account No.**1017-220015976316**

| Total Amount Due: | **$179.45** |
|---|---|
| Payment Due By: | **July 24, 2025** |

**Service Address:**

JARED ENTERPRISES
7077 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5672

| Billing Date: | July 02, 2025 |
|---|---|
| Service Period: | Jul 02 to Aug 01 (31 Days) |

## THANK YOU FOR BEING OUR CUSTOMER

### Important Account Messages

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

- Tired of buying stamps and writing checks? Enroll in Auto Pay and your bill will be paid on time, every time directly from your bank account. To enroll, register or log on to My Account at amwater.com/myaccount.

### Account Summary — *See page 3 for Account Detail*

| | |
|---|---|
| Prior Billing: | $179.45 |
| Payments - Thank You! | $179.45 |
| **Balance Forward:** | **$0.00** |
| Service Related Charges: | $159.90 |
| Pass Through Charges: | $0.29 |
| Taxes: | $19.26 |
| Total Amount Due: | $179.45 |

For more information, visitwww.missouriamwater.com

**View your account information or pay your bill anytime at:** www.amwater.com/MyAccount

**Pay by Phone\*:** Pay anytime at 1-855-748-6066

**Customer Service: 1-866-430-0820**
M-F 7:00am to 7:00pm – Emergencies 24/7

**MISSOURI AMERICAN WATER**
PO BOX 6029
CAROL STREAM, IL 60197-6029

Please return bottom portion with your payment. DO NOT send cash. Retain upper portion for your records.    002236/006723 VE4YXB ETM1C00001 1    (VE4YXB00100223901031(

---

Account No. **1017-220015976316**

| Total Amount Due: | **$179.45** |
|---|---|
| Payment Due By: | **July 24, 2025** |

# MISSOURI
# AMERICAN WATER

### WE KEEP LIFE FLOWING™

*P.O. BOX 91623*
*RANTOUL, IL 61866-8623*

Service to: 7077 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5672

| Amount Enclosed | $ | **Paid Electronically on Due Date** |
|---|---|---|

002236 1 MB 0.617    002239/006723 9 03 VE4YXB 002
JARED ENTERPRISES
2870 S INGRAM MILL RD STE A
SPRINGFIELD MO 65804-4127

MISSOURI AMERICAN WATER
PO BOX 6029
CAROL STREAM, IL 60197-6029

0001017220015976316000000000000017945010



**MISSOURI**
**AMERICAN WATER**

WE KEEP LIFE FLOWING"

## Account Detail

Account No. 1017-220015976316

Service To: 7077 CHIPPEWA ST FIRE ST LOUIS, MO 63119-5672

| | |
|---|---:|
| Prior Billing | 179.45 |
| Payments | -179.45 |
| Total payments as of Jun 25. Thank you! | -179.45 |
| **Balance Forward** | **0.00** |
| Service Related Charges - 07/02/25 to 08/01/25 | |
| Fire Service | 159.90 |
| Private Fire Service Charge 8'    (1 x $159.90) | 159.90 |
| **Total Service Related Charges** | **159.90** |
| Pass Through Charges | 0.29 |
| Fire Primacy Fee    (1 x $0.29) | 0.29 |
| Taxes | 19.26 |
| State Sales Tax | 6.76 |
| City Gross Receipts Tax | 12.50 |
| **Total Current Period Charges** | **179.45** |

**Total Amount Due** ➡ **$179.45**

## Understanding Your Bill

**The information below defines some of the new terms you may find on your bill:**

- **Service Related Charges:** This section includes charges for services related to water (or wastewater) service. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Surcharges:** Surcharges are used to recover changes to costs that occur between ratemaking cycles. Common surcharges include Purchased Water, Consolidated Expenses, Conservation, Intervenor Compensation and Payment Assistance.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month

- **Still have questions?** We are here to help. Our customer Service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

**Para obtener asistencia con la traducción de su factura, comuníquese con nuestro Centro de Servicio al Cliente, de lunes a viernes de 7 a.m. a 7 p.m.**

For more information about your charges and rates, please visit: https://amwater.com/moaw/rates



 **clear** wastewater +

P.O. Box 437
St. Louis, MO  63166-0437

*Go Paperless*



1-866-281-5737   1-314-768-6260   msdprojectclear.org

4421 ························AUTO**MIXED AADC 630 062719 EFT
**CHIPPEWA CENTER LLC**
**JARED ENTERPRISES INC**
2870 S INGRAM MILL RD STE A
SPRINGFIELD, MO 65804-4127

### YOUR ACCOUNT INFORMATION

| Account Number | **1152076-4** |
| --- | --- |
| Service Address | 7059 CHIPPEWA ST |
| Service Period | 04/30/25 - 05/31/25 |
| Bill Date | 06/27/25 |

### YOUR BILL AT A GLANCE

| | |
| --- | --- |
| Previous Balance | 111.74 |
| Payments - 06/17/25 - *Thank You!* | -111.74 |
| Adjustments | 0.00 |
| Late Fees | 0.00 |
| Outstanding Balance | 0.00 |
| Current Charges | $111.74 |
| **TOTAL AMOUNT DUE** | **$111.74** |
| **DUE DATE** | **07/17/25** |
| Delinquent After | 07/22/25 |

*A Late Charge of 1.25% per month will be applied to your Principal Balance if not paid by Delinquency Date.*

## CUSTOMER MESSAGES

**\*DO NOT PAY.\*** The balance due will be deducted from your bank account.

## GENERAL MESSAGES

Tired of all the paper? Sign up for electronic billing today to receive email notifications when your bill is ready for viewing. To enroll, visit https://msdprojectclear.org.

## DETAIL OF CURRENT CHARGES

| Premise Type | Commercial |
| --- | --- |
| Return Volume Factor | |
| 12 ccfs @ 1.00 = 12 ccfs | |
| Wastewater User Charges | |
| Base Charge (1 @ 30.14) (04/30/25-05/31/25) | 30.14 |
| Volume Charge (12 ccfs @ 6.18) | 74.16 |
| MSD Compliance Charge | |
| Tier 1 (1 @ 7.44) (04/30/25-05/31/25) | 7.44 |
| **TOTAL CURRENT CHARGES** | **$111.74** |

---

▽ Please detach and return this coupon with your payment to ensure proper credit to your account. ▽          *Page 1 of 1*

 **clear** wastewater +

P.O. Box 437
St. Louis, MO  63166-0437

| $111.74 |
| --- |
| 07/17/25 |

| Delinquent After | 07/22/25 |

*Help MSD*
**Go Green**
*View and Pay Your Bill Online for FREE!*

msdprojectclear.org

| Account Number | **1152076-4** |
| --- | --- |
| Service Address | 7059 CHIPPEWA ST |
| Service Period | 04/30/25 - 05/31/25 |
| Bill Date | 06/27/25 |

For Billing Address Changes or to Sign Up for SmartPay, Check Box and Complete Reverse.

**Metropolitan St. Louis Sewer District**
P.O. Box 437
St. Louis, MO  63166-0437

**AMOUNT ENCLOSED:**          **DO NOT PAY**

Please include your Account Number on your check.
Please make checks payable to:
**Metropolitan St. Louis Sewer District**

000 39751243 11520764 0000000000 0000000000



# MISSOURI AMERICAN WATER

### WE KEEP LIFE FLOWING™

**Statement**

Page 1 of 6
678755431593

Account No. **1017-220015976293**

| Total Amount Due: | **$1,680.12** |
|---|---|
| Payment Due By: | **June 30, 2025** |

**Service Address:**

JARED ENTERPRISES
7005 CHIPPEWA ST DETCK
ST LOUIS, MO 63119-5601

| | |
|---|---|
| Billing Date: | June 06, 2025 |
| Service Period: | May 06 to Jun 04 (30 Days) |
| Total Gallons: | 190,600 |

## THANK YOU FOR BEING OUR CUSTOMER

## Important Account Messages

- The water use on your last bill was estimated. If your bill appears to be higher than normal, it could be because this bill is based on an actual meter reading, which would capture any water use that may not have been previously billed.

- Your charges contain a change in pricing that was effective on 05/28/25. Please review the Account Detail section of your bill for more information.

**Account Summary** — *See page 3 for Account Detail*

| | |
|---|---|
| Prior Billing: | $0.00 |
| Payments: | $0.00 |
| **Balance Forward:** | **$0.00** |
| Service Related Charges: | $1,612.01 |
| Taxes: | $68.11 |
| Total Amount Due: | $1,680.12 |

For more information, visit www.missouriamwater.com

**View your account information or pay your bill anytime at:** www.amwater.com/MyAccount

**Pay by Phone*:** Pay anytime at 1-855-748-6066

**Customer Service:** 1-866-430-0820
M-F 7:00am to 7:00pm – Emergencies 24/7

**MISSOURI AMERICAN WATER**
PO BOX 6029
CAROL STREAM, IL 60197-6029

---

Please return bottom portion with your payment. DO NOT send cash. Retain upper portion for your records.   002173/006665 VE4X1Y ETM1C00001 1   (VE4X1Y0010021750103100

# MISSOURI AMERICAN WATER

### WE KEEP LIFE FLOWING™

P.O. BOX 91623
RANTOUL, IL 61866-8623

Service to: 7005 CHIPPEWA ST DETCK
ST LOUIS, MO 63119-5601

002173 1 MB 0.617      002175/006665 9 03 VE4X1Y 002
JARED ENTERPRISES
2870 S INGRAM MILL RD STE A
SPRINGFIELD MO  65804-4127

Account No. **1017-220015976293**

| Total Amount Due: | **$1,680.12** |
|---|---|
| Payment Due By: | **June 30, 2025** |

| Amount Enclosed | $ **Paid Electronically on Due Date** |
|---|---|

MISSOURI AMERICAN WATER
PO BOX 6029
CAROL STREAM, IL 60197-6029

0001017220015976293000000000000168012017



# MISSOURI
# AMERICAN WATER

WE KEEP LIFE FLOWING™

## Meter Reading and Usage Summary

| Meter No. | Measure | Size | From Date | To Date | Previous Read | Current Read | Meter Units | Billing Units | Total Gallons |
|---|---|---|---|---|---|---|---|---|---|
| 27226559 | 100 gal | 3/4" | 05/06/2025 | 06/04/2025 | 18,048 (E) | 19,954 (A) | 1,906 | 1,906.00 | 190,600 |

A = Actual    E = Estimate    1 Billing Unit = 100 gallons    Total Gallons: 190,600

### Billed Usage History (graph shown in 100 gallons)

▓ 190,600 gallons = usage for this period
▒ 0 gallons = usage for same period last year

**Account Type:**

Fire Service



E = Estimate

Average daily use for this period is: (30 days)

**6,353** gallons

Year to Date Billed Usage: 613,200 gallons

## Account Detail    Account No. 1017-220015976293

Service To: 7005 CHIPPEWA ST DETCK ST LOUIS, MO 63119-5601

| | |
|---|---|
| Prior Billing | 0.00 |
| Payments | 0.00 |
| **Balance Forward** | **0.00** |

Service Related Charges – 05/06/25 to 06/04/25

| | | |
|---|---|---|
| Fire Service | | 1,612.01 |
| Fire Usage Charge | | |
| 05/06/25 to 05/27/25 | (1,397.74 x $0.77604) | 1,084.70 |
| 05/28/25 to 06/04/25 | (508.26 x $1.03749) | 527.31 |
| **Total Service Related Charges** | | **1,612.01** |
| Taxes | | 68.11 |
| State Sales Tax | | 68.11 |
| **Total Current Period Charges** | | **1,680.12** |

Total Amount Due  ➡  **$1,680.12**

## Understanding Your Bill

**The information below defines some of the new terms you may find on your bill:**

- **Service Related Charges:** This section includes charges for services related to water (or wastewater) service. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Surcharges:** Surcharges are used to recover changes to costs that occur between ratemaking cycles. Common surcharges include Purchased Water, Consolidated Expenses, Conservation, Intervenor Compensation and Payment Assistance.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month

- **Still have questions?** We are here to help. Our customer Service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

**Para obtener asistencia con la traducción de su factura, comuníquese con nuestro Centro de Servicio al Cliente, de lunes a viernes de 7 a.m. a 7 p.m.**



For more information about your charges and rates, please visit:
https://amwater.com/moaw/rates



## MISSOURI AMERICAN WATER

WE KEEP LIFE FLOWING™

**Service Address:**

JARED ENTERPRISES
7077 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5672

### THANK YOU FOR BEING OUR CUSTOMER

### Important Account Messages

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

- Tired of buying stamps and writing checks? Enroll in Auto Pay and your bill will be paid on time, every time directly from your bank account. To enroll, register or log on to My Account at amwater.com/myaccount.

For more information, visit www.missouriamwater.com

**View your account information or pay your bill anytime at:** www.amwater.com/MyAccount

**Pay by Phone\*:** Pay anytime at 1-855-748-6066

**Customer Service:** 1-866-430-0820
M-F 7:00am to 7:00pm — Emergencies 24/7

**MISSOURI AMERICAN WATER**
PO BOX 6029
CAROL STREAM, IL 60197-6029

---

**Statement**

Page 1 of 6
641254864225

**Account No. 1017-220015976316**

| Total Amount Due: | **$179.45** |
|---|---|
| Payment Due By: | **June 25, 2025** |

| **Billing Date:** | June 03, 2025 |
|---|---|
| **Service Period:** | Jun 03 to Jul 01 (29 Days) |

### Account Summary — *See page 3 for Account Detail*

| | |
|---|---|
| Prior Billing: | $139.47 |
| Payments - Thank You! | $139.47 |
| **Balance Forward:** | **$0.00** |
| Service Related Charges: | $159.90 |
| Pass Through Charges: | $0.29 |
| Taxes: | $19.26 |
| Total Amount Due: | $179.45 |

---

Please return bottom portion with your payment. DO NOT send cash. Retain upper portion for your records.

002824/008736 VE4WQZ ETM1C00002 1          (VE4WQZ001002833010310

## MISSOURI AMERICAN WATER

WE KEEP LIFE FLOWING™

P.O. BOX 91623
RANTOUL, IL 61866-8623

Service to: 7077 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5672

002824 1 MB 0.617     002833/008736 11 03 VE4WQZ 004
JARED ENTERPRISES
2870 S INGRAM MILL RD STE A
SPRINGFIELD MO 65804-4127

**Account No. 1017-220015976316**

| Total Amount Due: | **$179.45** |
|---|---|
| Payment Due By: | **June 25, 2025** |

| Amount Enclosed | $ | **Paid Electronically on Due Date** |
|---|---|---|

MISSOURI AMERICAN WATER
PO BOX 6029
CAROL STREAM, IL 60197-6029

0001017220015976316000000000000017945010

## Messages from Missouri American Water

- ***IMPORTANT WATER QUALITY MESSAGE:  Your annual Water Quality Report is available at www.amwater.com/ccr/stlouisregion.pdf for customers living in the greater St. Louis area.  For customers in Eureka receiving well water, the report is available at www.amwater.com/ccr/eureka.pdf If you prefer a paper copy to be sent to you, please contact our Customer Service Center at 866-430-0820.



**HOW TO PAY YOUR BILL? YOU'VE GOT OPTIONS!**

We're making it easier than ever to pay your bill. Pay online through your MyWater account or visit **amwater.com/billpay**. For other ways to pay, please visit the **Billing & Payment** page under the **Customer Service & Billing** menu on our website. If you're not registered for MyWater, sign up today at **amwater.com/mywater**.

### CUSTOMER SERVICE: 1-866-430-0820
HOURS: M-F, 7am-7pm  •  Emergencies: 24/7
TTY/TDD FOR THE HEARING IMPAIRED : 711
(and then reference Customer Service number listed above)

### SERVICES

- **Go Paperless:** Save time. Save money. Sign up for **Paperless Billing** and **Auto Pay** on MyWater at amwater.com/mywater. Not registered? Log in and be sure to have your account number handy.

- **Water Quality:** We take water quality seriously. When it comes to complying with federal drinking water standards, we consistently score better than the industry average. For a copy of the annual water quality report for your area, visit    missouriamwater.com. Under Water Quality, select Water Quality Reports.

- **$H_2O$ Help To Others:** $H_2O$ Help to Others is an emergency assistance program created by Missouri American Water and Missouri's Community Action Agencies. Missouri American Water partners with Community Action Agencies in our service area to provide a program that helps provide supplemental funding to Missouri American Water customers who would otherwise have trouble paying their bills. $H_2O$ Help to Others is supported by contributions from Missouri American Water and voluntary contributions from customers.

### EXPLANATION OF OTHER TERMS

- **Payment by Check:** Paying by check authorizes American Water to send the information from your check electronically to your bank for payment. The transaction will appear on your bank statement. The physical check will not be presented to your financial institution or returned to you.

- **Estimated Bill:** This occurs when we are unable to read your water meter. Estimated Bills are calculated based on your usage during the prior year's same billing period. You also have the option to self-report your meter read by calling our Customer Service Center. Once we are able to read your meter successfully, your bill will correct any over/underestimates.

- **Disputes:** If you have questions or complaints about your bill, please call us at 1-866-430-0820   before the due date. If your bill is unusually high, it may indicate that there is a leak in your plumbing. For tips on how to detect leaks and use water wisely, visit us online. You'll find helpful tools under the Water & Wastewater Information menu. Every drop counts!

- **Rates:** A detailed listing of charges that make up your bill is available upon request by contacting Customer Service or visiting us online at missouriamwater.com. Under Customer Service & Billing, select Your Water and Sewer Rates.

- **Correspondence:** Please send written correspondence to PO Box 2798, Camden, NJ 08101. Be sure to include your name, account number, service address, mailing address and phone number including area code. Please do not send correspondence with your payment, as it may delay processing your payment and correspondence.



**H2O HELP TO OTHERS PROGRAM** – lend a hand to customers in need

☐   I'm adding a one time contribution of $_____ with my payment.

☐   I'd like to add a recurring contribution to each bill of $_____. I understand this amount will be added to each bill.

### Address Change(s)

_____
Name

_____
Address

_____
City

_____
State                          Zip Code

(_____) _____  ☐ Mobile Number
Phone Number

_____
E-mail Address

## Other ways to pay your bill

**Auto Pay**

Save time and money. Enroll in Auto Pay, and your bill will be paid on time, every time, directly from your bank account on the due date. No stamps required!

**Online**

With My Account, you can pay your bill anytime, anywhere. Registration is fast and easy. Visit www.amwater.com/MyAccount or pay without registration at www.amwater.com/billpay   (fee may apply).

**In Person**

We have agreements with several authorized payment locations in our service areas. Visit our website to find one near you.



MISSOURI
**AMERICAN WATER**

WE KEEP LIFE FLOWING™

## Account Detail

Account No. 1017-220015976316

Service To: 7077 CHIPPEWA ST FIRE ST LOUIS, MO 63119-5672

| | |
|---|---|
| Prior Billing | 139.47 |
| Payments | -139.47 |
| Total payments as of May 27. Thank you! | -139.47 |
| **Balance Forward** | **0.00** |

Service Related Charges - 06/03/25 to 07/01/25

| | | |
|---|---|---|
| Fire Service | | 159.90 |
| Private Fire Service Charge 8' | (1 x $159.90) | 159.90 |
| **Total Service Related Charges** | | **159.90** |
| Pass Through Charges | | 0.29 |
| Fire Primacy Fee | (1 x $0.29) | 0.29 |
| Taxes | | 19.26 |
| State Sales Tax | | 6.76 |
| City Gross Receipts Tax | | 12.50 |
| **Total Current Period Charges** | | **179.45** |

Total Amount Due ➡ **$179.45**

## Understanding Your Bill

**The information below defines some of the new terms you may find on your bill:**

- **Service Related Charges:** This section includes charges for services related to water (or wastewater) service. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Surcharges:** Surcharges are used to recover changes to costs that occur between ratemaking cycles. Common surcharges include Purchased Water, Consolidated Expenses, Conservation, Intervenor Compensation and Payment Assistance.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month

- **Still have questions?** We are here to help. Our customer Service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

**Para obtener asistencia con la traducción de su factura, comuníquese con nuestro Centro de Servicio al Cliente, de lunes a viernes de 7 a.m. a 7 p.m.**

For more information about your charges and rates, please visit:
https://amwater.com/moaw/rates





&lt;This page is intentionally left blank and reserved for future messages&gt;



# MISSOURI AMERICAN WATER

### WE KEEP LIFE FLOWING™

**Service Address:**

JARED ENTERPRISES
7005 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5601

## THANK YOU FOR BEING OUR CUSTOMER

### Important Account Messages

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

- Tired of buying stamps and writing checks? Enroll in Auto Pay and your bill will be paid on time, every time directly from your bank account. To enroll, register or log on to My Account at amwater.com/myaccount.

For more information, visit www.missouriamwater.com

  **View your account information or pay your bill anytime at:** www.amwater.com/MyAccount

  **Pay by Phone\*:** Pay anytime at 1-855-748-6066

**Customer Service:** 1-866-430-0820
M-F 7:00am to 7:00pm – Emergencies 24/7

**MISSOURI AMERICAN WATER**
PO BOX 6029
CAROL STREAM, IL 60197-6029

---

Page 1 of 6
641254864224

## Statement

Account No. **1017-220015976309**

| Total Amount Due: | **$166.95** |
|---|---|
| Payment Due By: | **June 25, 2025** |

| Billing Date: | June 03, 2025 |
|---|---|
| Service Period: | Jun 03 to Jul 01 (29 Days) |

## Account Summary — *See page 3 for Account Detail*

| | |
|---|---|
| Prior Billing: | $129.76 |
| Payments - Thank You! | $129.76 |
| **Balance Forward:** | **$0.00** |
| Service Related Charges: | $159.90 |
| Pass Through Charges: | $0.29 |
| Taxes: | $6.76 |
| Total Amount Due: | $166.95 |

---

Please return bottom portion with your payment. DO NOT send cash. Retain upper portion for your records.    002816/008712 VE4WQZ ETM1C00002 1    (VE4WQZ001002825010310(

---

# MISSOURI AMERICAN WATER
### WE KEEP LIFE FLOWING™

*P.O. BOX 91623*
*RANTOUL, IL 61866-8623*

Service to: 7005 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5601

002816 1 MB 0.617        002825/008712 11 03 VE4WQZ 004
JARED ENTERPRISES
2870 S INGRAM MILL RD STE A
SPRINGFIELD MO  65804-4127

Account No. **1017-220015976309**

| Total Amount Due: | **$166.95** |
|---|---|
| Payment Due By: | **June 25, 2025** |

| Amount Enclosed | $ | **Paid Electronically on Due Date** |
|---|---|---|

MISSOURI AMERICAN WATER
PO BOX 6029
CAROL STREAM, IL 60197-6029

0001017220015976309000000000000001669501?

## Messages from Missouri American Water

- ***IMPORTANT WATER QUALITY MESSAGE:** Your annual Water Quality Report is available at www.amwater.com/ccr/stlouisregion.pdf for customers living in the greater St. Louis area. For customers in Eureka receiving well water, the report is available at www.amwater.com/ccr/eureka.pdf If you prefer a paper copy to be sent to you, please contact our Customer Service Center at 866-430-0820.



## HOW TO PAY YOUR BILL? YOU'VE GOT OPTIONS!

We're making it easier than ever to pay your bill. Pay online through your MyWater account or visit amwater.com/billpay. For other ways to pay, please visit the Billing & Payment page under the Customer Service & Billing menu on our website. If you're not registered for MyWater, sign up today at amwater.com/mywater.



**CUSTOMER SERVICE: 1-866-430-0820**
HOURS: M-F, 7am-7pm • Emergencies: 24/7
TTY/TDD FOR THE HEARING IMPAIRED : 711
(and then reference Customer Service number listed above)

## SERVICES

- **Go Paperless:** Save time. Save money. Sign up for **Paperless Billing** and **Auto Pay** on MyWater at amwater.com/mywater. Not registered? Log in and be sure to have your account number handy.

- **Water Quality:** We take water quality seriously. When it comes to complying with federal drinking water standards, we consistently score better than the industry average. For a copy of the annual water quality report for your area, visit missouriamwater.com. Under Water Quality, select Water Quality Reports.

- **$H_2O$ Help To Others:** $H_2O$ Help to Others is an emergency assistance program created by Missouri American Water and Missouri's Community Action Agencies. Missouri American Water partners with Community Action Agencies in our service area to provide a program that helps provide supplemental funding to Missouri American Water customers who would otherwise have trouble paying their bills. $H_2O$ Help to Others is supported by contributions from Missouri American Water and voluntary contributions from customers.

## EXPLANATION OF OTHER TERMS

- **Payment by Check:** Paying by check authorizes American Water to send the information from your check electronically to your bank for payment. The transaction will appear on your bank statement. The physical check will not be presented to your financial institution or returned to you.

- **Estimated Bill:** This occurs when we are unable to read your water meter. Estimated Bills are calculated based on your usage during the prior year's same billing period. You also have the option to self-report your meter read by calling our Customer Service Center. Once we are able to read your meter successfully, your bill will correct any over/underestimates.

- **Disputes:** If you have questions or complaints about your bill, please call us at 1-866-430-0820 before the due date. If your bill is unusually high, it may indicate that there is a leak in your plumbing. For tips on how to detect leaks and use water wisely, visit us online. You'll find helpful tools under the Water & Wastewater Information menu. Every drop counts!

- **Rates:** A detailed listing of charges that make up your bill is available upon request by contacting Customer Service or visiting us online at missouriamwater.com. Under Customer Service & Billing, select Your Water and Sewer Rates.

- **Correspondence:** Please send written correspondence to PO Box 2798, Camden, NJ 08101. Be sure to include your name, account number, service address, mailing address and phone number including area code. Please do not send correspondence with your payment, as it may delay processing your payment and correspondence.

### H2O HELP TO OTHERS PROGRAM - lend a hand to customers in need

- ☐ I'm adding a one time contribution of $_____ with my payment.
- ☐ I'd like to add a recurring contribution to each bill of $_____. I understand this amount will be added to each bill.

### Address Change(s)

Name

Address

City

State                                    Zip Code

(     )                                   ☐ Mobile Number
Phone Number

E-mail Address

## Other ways to pay your bill

☑ **Auto Pay**    ☐ **Online**    **In Person**

**Auto Pay:** Save time and money. Enroll in Auto Pay, and your bill will be paid on time, every time, directly from your bank account on the due date. No stamps required!

**Online:** With My Account, you can pay your bill anytime, anywhere. Registration is fast and easy. Visit www.amwater.com/MyAccount or pay without registration at www.amwater.com/billpay (fee may apply).

**In Person:** We have agreements with several authorized payment locations in our service areas. Visit our website to find one near you.

**MISSOURI**
**AMERICAN WATER**

WE KEEP LIFE FLOWING™

## Account Detail
Account No. 1017-220015976309
Service To: 7005 CHIPPEWA ST FIRE  ST LOUIS, MO 63119-5601

| | |
|---|---|
| Prior Billing | 129.76 |
| Payments | -129.76 |
| Total payments as of May 27. Thank you! | -129.76 |
| **Balance Forward** | **0.00** |

Service Related Charges - 06/03/25 to 07/01/25

| | | |
|---|---|---|
| Fire Service | | 159.90 |
| Private Fire Service Charge 8' | (1 x $159.90) | 159.90 |
| **Total Service Related Charges** | | **159.90** |
| Pass Through Charges | | 0.29 |
| Fire Primacy Fee | (1 x $0.29) | 0.29 |
| Taxes | | 6.76 |
| State Sales Tax | | 6.76 |
| **Total Current Period Charges** | | **166.95** |

**Total Amount Due** ➡ **$166.95**

## Understanding Your Bill

**The information below defines some of the new terms you may find on your bill:**

- **Service Related Charges:** This section includes charges for services related to water (or wastewater) service. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Surcharges:** Surcharges are used to recover changes to costs that occur between ratemaking cycles. Common surcharges include Purchased Water, Consolidated Expenses, Conservation, Intervenor Compensation and Payment Assistance.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month

- **Still have questions?** We are here to help. Our customer Service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

**Para obtener asistencia con la traducción de su factura, comuníquese con nuestro Centro de Servicio al Cliente, de lunes a viernes de 7 a.m. a 7 p.m.**

For more information about your charges and rates, please visit:
https://amwater.com/moaw/rates



&lt;This page is intentionally left blank and reserved for future messages&gt;



wastewater +

*Go Paperless*



P.O. Box 437
St. Louis, MO  63166-0437

1-866-281-5737    1-314-768-6260    msdprojectclear.org

4384 ••••••••••••••••••••••AUTO**MIXED AADC 630 052819 EFT

**CHIPPEWA CENTER LLC**
**JARED ENTERPRISES INC**
2870 S INGRAM MILL RD STE A
SPRINGFIELD, MO 65804-4127

| Account Number | 1152076-4 |
|---|---|
| Service Address | 7059 CHIPPEWA ST |
| Service Period | 03/31/25 - 04/30/25 |
| Bill Date | 05/28/25 |

| | |
|---|---|
| Previous Balance | 173.54 |
| Payments - 05/14/25 - *Thank You!* | -173.54 |
| Adjustments | 0.00 |
| Late Fees | 0.00 |
| Outstanding Balance | 0.00 |
| Current Charges | $111.74 |
| **TOTAL AMOUNT DUE** | **$111.74** |
| **DUE DATE** | **06/17/25** |
| Delinquent After | 06/23/25 |

**CUSTOMER MESSAGES**

**\*DO NOT PAY.\*** The balance due will be deducted from your bank account.

**GENERAL MESSAGES**

Tired of all the paper? Sign up for electronic billing today to receive email notifications when your bill is ready for viewing. To enroll, visit https://msdprojectclear.org.

**DETAIL OF CURRENT CHARGES**

| Premise Type | Commercial |
|---|---|
| Return Volume Factor | |
| 12 ccfs @ 1.00 = 12 ccfs | |
| Wastewater User Charges | |
| Base Charge (1 @ 30.14) (03/31/25-04/30/25) | 30.14 |
| Volume Charge (12 ccfs @ 6.18) | 74.16 |
| MSD Compliance Charge | |
| Tier 1 (1 @ 7.44) (03/31/25-04/30/25) | 7.44 |
| **TOTAL CURRENT CHARGES** | **$111.74** |

*Page 1 of 1*

⟱ Please detach and return this coupon with your payment to ensure proper credit to your account. ⟱

wastewater +

P.O. Box 437
St. Louis, MO  63166-0437

| Account Number | 1152076-4 |
|---|---|
| Service Address | 7059 CHIPPEWA ST |
| Service Period | 03/31/25 - 04/30/25 |
| Bill Date | 05/28/25 |

For Billing Address Changes or to Sign Up for SmartPay, Check Box and Complete Reverse.

**$111.74**
**06/17/25**

*Go Green*
*View and Pay*
*Your Bill Online*
*for FREE!*

Delinquent After            06/23/25

**AMOUNT ENCLOSED:**      **DO NOT PAY**

msdprojectclear.org

**Metropolitan St. Louis Sewer District**
P.O. Box 437
St. Louis, MO  63166-0437

Please include your Account Number on your check.
Please make checks payable to:
**Metropolitan St. Louis Sewer District**

000 39751243 11520764 0000000000 0000000000

# OFFICE OF THE COLLECTOR OF REVENUE
## CITY OF ST. LOUIS




**1200 MARKET STREET, ROOM 12**
**ST. LOUIS, MO 63103**

000259

CHIPPEWA CENTER LLC
  JARED ENTERPRISES INC
2870 S INGRAM MILL RD STE A
SPRINGFIELD MO   65804

| | |
|---|---|
| Statement Date: | 05/09/2025 |
| Account Number: | 1073412-221424 |
| Service Address: | 7059 CHIPPEWA ST |
| Cycle/Route: | 13/16 |
| | $213.04 |
| Date Due: | MAY 27, 2025 |
| Delinquent On: | MAY 30, 2025 |

|||.||.||.|.||.|.||.||.....|.|||.....||...||...||...||...||...||...|

## City of St. Louis Water Division

Water Division Service Questions – (314) 771-2255
Collector of Revenue – (314) 622-3628

| DESCRIPTION | QUANTITY | AMOUNT | | AMOUNT |
|---|---|---|---|---|
| METER READING | | | WATER CHARGE | 76.20 |
| PRESENT | 8834210.00 | | READY CHARGE | 106.58 |
| PREVIOUS | 8831210.00 | | SALES TAX | 17.70 |
| | ---------- | | GROSS RECEIPTS TAX | 7.31 |
| TOTAL | 30.00 | | NATURAL RESOURCE CHARGE | 5.25 |

| Cycle Bill: | **JANUARY 17, 2025 – APRIL 03, 2025** | **$213.04** |
|---|---|---|

## City of St. Louis Refuse Division

Refuse Division Service Questions – (314) 622-4800
Collector of Revenue – (314) 622-3628

| Units Billed | Months Billed | Solid Waste Services Fee @ $14/unit/month |
|---|---|---|
| 0 | | |

| Cycle Bill: | $.00 |
|---|---|

## Notes

FOR ONLINE ACCOUNT INFORMATION LOG ON TO WWW.STLWATER.COM.
YOU ARE ENROLLED IN DIRECT DEBIT. YOUR BANK ACCOUNT WILL BE DEBITED.
THE MOST RECENT CONSUMER CONFIDENCE REPORT IS NOW AVAILABLE.
SEE THE BACK OF THIS BILL FOR INFORMATION ON OBTAINING YOUR COPY.

| | **MAY 27, 2025** | | **$213.04** |
|---|---|---|---|

Please retain this portion for your records.

Please return this portion with your payment.

| Name: | **CHIPPEWA CENTER LLC** |
|---|---|
| Account Number: | **1073412-221424** |
| Service Address: | **7059 CHIPPEWA ST** |
| Cycle/Route: | **13/16** |
| Date Due: | **MAY 27, 2025** |

**Pay Online: Payitstlouis.com**
**Pay-By-Phone 314-408-6887**
**Download the PayIt St. Louis App**

 App Store    Google Play

There will be a nominal fee charged for these services.

**Gregory F.X. Daly**
**Collector of Revenue**
**P.O. Box 66787**
**St. Louis, MO 63166-6787**

| SUMMARY OF CHARGES | |
|---|---|
| Prior Balance – Water Service | **$.00** |
| Water Service | **$213.04** |
| Prior Balance – Refuse Service | **$.00** |
| Refuse Service | **$.00** |
| | **$213.04** |
| City Hall Restoration Fund | |
| Reparations Fund | |
| Midwest Land Dev. | |
| Forest Park Fund | **\*AUTO PAY\*** |
| | **DO NOT PAY** |
| AMOUNT PAID | |

0010734120002214240000000000000000213040000213047



## MISSOURI AMERICAN WATER
### WE KEEP LIFE FLOWING™

**Page 1 of 4**
676255493243

## Statement

**Service Address:**

JARED ENTERPRISES
7005 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5601

Account No. **1017-220015976309**

| | |
|---|---|
| Total Amount Due: | **$129.76** |
| Payment Due By: | **May 27, 2025** |

| | |
|---|---|
| Billing Date: | May 02, 2025 |
| Service Period: | May 02 to Jun 02 (32 Days) |

## THANK YOU FOR BEING OUR CUSTOMER

### Important Account Messages

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

- Tired of buying stamps and writing checks? Enroll in Auto Pay and your bill will be paid on time, every time directly from your bank account. To enroll, register or log on to My Account at amwater.com/myaccount.

### Account Summary — *See page 3 for Account Detail*

| | |
|---|---|
| Prior Billing: | $129.76 |
| Payments - Thank You! | $129.76 |
| **Balance Forward:** | **$0.00** |
| Service Related Charges: | $124.22 |
| Pass Through Charges: | $0.29 |
| Taxes: | $5.25 |
| Total Amount Due: | $129.76 |

### For more information, visit www.missouriamwater.com

View your account information or pay your bill **anytime at:** www.amwater.com/MyAccount

**Pay by Phone\*:** Pay anytime at 1-855-748-6066

**Customer Service:** 1-866-430-0820
M-F 7:00am to 7:00pm — Emergencies 24/7

**MISSOURI AMERICAN WATER**
PO BOX 6029
CAROL STREAM, IL 60197-6029

---

Please return bottom portion with your payment. DO NOT send cash. Retain upper portion for your records.   001965/003944 VE4U7H ETM1C00001 1   (VE4U7H001001966010210

## MISSOURI AMERICAN WATER
### WE KEEP LIFE FLOWING™

P.O. BOX 91623
RANTOUL, IL 61866-8623

Service to: 7005 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5601

Account No. **1017-220015976309**

| | |
|---|---|
| Total Amount Due: | **$129.76** |
| Payment Due By: | **May 27, 2025** |

Amount Enclosed  $  **Paid Electronically on Due Date**

001965 1 MB 0.617      001966/003944 7 02 VE4U7H 002
JARED ENTERPRISES
2870 S INGRAM MILL RD STE A
SPRINGFIELD MO 65804-4127

MISSOURI AMERICAN WATER
PO BOX 6029
CAROL STREAM, IL 60197-6029

00010172200159763090000000000000012976015



## Account Detail

Account No. 1017-220015976309

Service To: 7005 CHIPPEWA ST FIRE ST LOUIS, MO 63119-5601

| | |
|---|---|
| Prior Billing | 129.76 |
| Payments | -129.76 |
| Total payments as of Apr 24. Thank you! | -129.76 |
| **Balance Forward** | **0.00** |

Service Related Charges - 05/02/25 to 06/02/25

| | | |
|---|---|---|
| Fire Service | | 124.22 |
| Private Fire Service Charge 8' | (1 x $124.22) | 124.22 |
| **Total Service Related Charges** | | **124.22** |
| Pass Through Charges | | 0.29 |
| Fire Primacy Fee | (1 x $0.29) | 0.29 |
| Taxes | | 5.25 |
| State Sales Tax | | 5.25 |
| **Total Current Period Charges** | | **129.76** |

**Total Amount Due** ➡ **$129.76**

## Understanding Your Bill

**The information below defines some of the new terms you may find on your bill:**

- **Service Related Charges:** This section includes charges for services related to water (or wastewater) service. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Surcharges:** Surcharges are used to recover changes to costs that occur between ratemaking cycles. Common surcharges include Purchased Water, Consolidated Expenses, Conservation, Intervenor Compensation and Payment Assistance.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month

- **Still have questions?** We are here to help. Our customer Service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

**Para obtener asistencia con la traducción de su factura, comuníquese con nuestro Centro de Servicio al Cliente, de lunes a viernes de 7 a.m. a 7 p.m.**

For more information about your charges and rates, please visit: https://amwater.com/moaw/rates





# MISSOURI AMERICAN WATER

### WE KEEP LIFE FLOWING™

**Service Address:**

JARED ENTERPRISES
7077 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5672

## THANK YOU FOR BEING OUR CUSTOMER

### Important Account Messages

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

- Tired of buying stamps and writing checks? Enroll in Auto Pay and your bill will be paid on time, every time directly from your bank account. To enroll, register or log on to My Account at amwater.com/myaccount.

## Statement

**Account No. 1017-220015976316**

| Total Amount Due: | **$139.47** |
|---|---|
| Payment Due By: | **May 27, 2025** |

| Billing Date: | May 02, 2025 |
|---|---|
| Service Period: | May 02 to Jun 02 (32 Days) |

## Account Summary — *See page 3 for Account Detail*

| | |
|---|---|
| Prior Billing: | $139.47 |
| Payments - Thank You! | $139.47 |
| **Balance Forward:** | **$0.00** |
| Service Related Charges: | $124.22 |
| Pass Through Charges: | $0.29 |
| Taxes: | $14.96 |
| Total Amount Due: | $139.47 |

**For more information, visit www.missouriamwater.com**

View your account information or pay your bill
**anytime at:** www.amwater.com/MyAccount

**Pay by Phone\*:** Pay anytime at 1-855-748-6066

**Customer Service:** 1-866-430-0820
M-F 7:00am to 7:00pm — Emergencies 24/7

**MISSOURI AMERICAN WATER**
PO BOX 6029
CAROL STREAM, IL 60197-6029

Please return bottom portion with your payment. DO NOT send cash. Retain upper portion for your records. ✂  001963/003940 VE4U7H ETM1C00001 1  (VE4U7H001001964010210

---

# MISSOURI AMERICAN WATER

### WE KEEP LIFE FLOWING™

P.O. BOX 91623
RANTOUL, IL 61866-8623

Service to: 7077 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5672

001963 1 MB 0.617    001964/003940 7 02 VE4U7H 002
JARED ENTERPRISES
2870 S INGRAM MILL RD STE A
SPRINGFIELD MO  65804-4127



**Account No. 1017-220015976316**

| Total Amount Due: | **$139.47** |
|---|---|
| Payment Due By: | **May 27, 2025** |

| Amount Enclosed | $ | **Paid Electronically on Due Date** |
|---|---|---|

MISSOURI AMERICAN WATER
PO BOX 6029
CAROL STREAM, IL 60197-6029

0001017220015976316000000000000013947010



MISSOURI
AMERICAN WATER

WE KEEP LIFE FLOWING™

## Account Detail      Account No. 1017-220015976316

Service To: 7077 CHIPPEWA ST FIRE  ST LOUIS, MO 63119-5672

| | |
|---|---|
| Prior Billing | 139.47 |
| Payments | -139.47 |
| Total payments as of Apr 24. Thank you! | -139.47 |
| **Balance Forward** | **0.00** |
| Service Related Charges - 05/02/25 to 06/02/25 | |
| Fire Service | 124.22 |
| Private Fire Service Charge 8'    (1 x $124.22) | 124.22 |
| **Total Service Related Charges** | **124.22** |
| Pass Through Charges | 0.29 |
| Fire Primacy Fee          (1 x $0.29) | 0.29 |
| Taxes | 14.96 |
| State Sales Tax | 5.25 |
| City Gross Receipts Tax | 9.71 |
| **Total Current Period Charges** | **139.47** |

## Total Amount Due ➡        $139.47

## Understanding Your Bill

**The information below defines some of the new terms you may find on your bill:**

- **Service Related Charges:** This section includes charges for services related to water (or wastewater) service. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Surcharges:** Surcharges are used to recover changes to costs that occur between ratemaking cycles. Common surcharges include Purchased Water, Consolidated Expenses, Conservation, Intervenor Compensation and Payment Assistance.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month

- **Still have questions?** We are here to help. Our customer Service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

**Para obtener asistencia con la traducción de su factura, comuníquese con nuestro Centro de Servicio al Cliente, de lunes a viernes de 7 a.m. a 7 p.m.**

For more information about your charges and rates, please visit:
https://amwater.com/moaw/rates





wastewater +

P.O. Box 437
St. Louis, MO  63166-0437

Go Paperless



1-866-281-5737    1-314-768-6260    msdprojectclear.org

4394 ***********************AUTO**MIXED AADC 630 042519 EFT
**CHIPPEWA CENTER LLC**
**JARED ENTERPRISES INC**
2870 S INGRAM MILL RD STE A
SPRINGFIELD, MO 65804-4127

## YOUR ACCOUNT INFORMATION

| Account Number | 1152076-4 |
|---|---|
| Service Address | 7059 CHIPPEWA ST |
| Service Period | 02/28/25 - 03/31/25 |
| Bill Date | 04/25/25 |

## YOUR BILL AT A GLANCE

| | |
|---|---|
| Previous Balance | 161.18 |
| Payments - 04/15/25 - *Thank You!* | -161.18 |
| Adjustments | 0.00 |
| Late Fees | 0.00 |
| Outstanding Balance | 0.00 |
| Current Charges | $173.54 |
| **TOTAL AMOUNT DUE** | **$173.54** |
| **DUE DATE** | **05/15/25** |
| Delinquent After | 05/20/25 |

## CUSTOMER MESSAGES

*DO NOT PAY.* The balance due will be deducted from your bank account.

## GENERAL MESSAGES

Tired of all the paper? Sign up for electronic billing today to receive email
notifications when your bill is ready for viewing. To enroll, visit
https://msdprojectclear.org.

## DETAIL OF CURRENT CHARGES

| Premise Type | Commercial |
|---|---|
| Return Volume Factor | |
| 22 ccfs @ 1.00 = 22 ccfs | |
| Wastewater User Charges | |
| Base Charge (1 @ 30.14) (02/28/25-03/31/25) | 30.14 |
| Volume Charge (22 ccfs @ 6.18) | 135.96 |
| MSD Compliance Charge | |
| Tier 1 (1 @ 7.44) (02/28/25-03/31/25) | 7.44 |
| **TOTAL CURRENT CHARGES** | **$173.54** |

▽ Please detach and return this coupon with your payment to ensure proper credit to your account. ▽     *Page 1 of 1*



wastewater +

P.O. Box 437
St. Louis, MO  63166-0437

| **TOTAL AMOUNT DUE** | **$173.54** |
|---|---|
| **DUE DATE** | **05/15/25** |
| Delinquent After | 05/20/25 |

**AMOUNT ENCLOSED:**     **DO NOT PAY**

Help MSD
*Go Green*
*View and Pay
Your Bill Online
for FREE!*

msdprojectclear.org

| Account Number | 1152076-4 |
|---|---|
| Service Address | 7059 CHIPPEWA ST |
| Service Period | 02/28/25 - 03/31/25 |
| Bill Date | 04/25/25 |

For Billing Address Changes or to Sign Up for SmartPay,
Check Box and Complete Reverse.

**Metropolitan St. Louis Sewer District**
P.O. Box 437
St. Louis, MO  63166-0437

Please include your Account Number on your check.
Please make checks payable to:
**Metropolitan St. Louis Sewer District**

000 39751243 11520764 0000000000 0000000000



# MISSOURI AMERICAN WATER

### WE KEEP LIFE FLOWING™

**Service Address:**

JARED ENTERPRISES
7005 CHIPPEWA ST DETCK
ST LOUIS, MO 63119-5601

## THANK YOU FOR BEING OUR CUSTOMER

### Important Account Messages

- The water use on your last bill was estimated. If your bill appears to be higher than normal, it could be because this bill is based on an actual meter reading, which would capture any water use that may not have been previously billed.

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

For more information, visit www.missouriamwater.com

 **View your account information or pay your bill anytime at:** www.amwater.com/MyAccount

**Pay by Phone\*:** Pay anytime at 1-855-748-6066

**Customer Service:** 1-866-430-0820
M-F 7:00am to 7:00pm – Emergencies 24/7

**MISSOURI AMERICAN WATER**
PO BOX 6029
CAROL STREAM, IL 60197-6029

---

**Statement**

702500072233

**Account No. 1017-220015976293**

| Total Amount Due: | **$1,490.67** |
|---|---|
| Payment Due By: | **April 30, 2025** |

| | |
|---|---|
| **Billing Date:** | April 08, 2025 |
| **Service Period:** | Mar 06 to Apr 03 (29 Days) |
| **Total Gallons:** | 184,300 |

### Account Summary — *See page 3 for Account Detail*

| | |
|---|---|
| Prior Billing: | $0.00 |
| Payments: | $0.00 |
| **Balance Forward:** | **$0.00** |
| Service Related Charges: | $1,430.24 |
| Taxes: | $60.43 |
| Total Amount Due: | $1,490.67 |

---

Please return bottom portion with your payment. DO NOT send cash. Retain upper portion for your records.

002123/006400 VC4S7J ETM1C00001 1        (VC4S7J0010021280103100

**Account No. 1017-220015976293**

| Total Amount Due: | **$1,490.67** |
|---|---|
| Payment Due By: | **April 30, 2025** |

# MISSOURI AMERICAN WATER

### WE KEEP LIFE FLOWING™

P.O. BOX 91623
RANTOUL, IL 61866-8623

Service to: 7005 CHIPPEWA ST DETCK
ST LOUIS, MO 63119-5601

| Amount Enclosed | $ | **Paid Electronically on Due Date** |
|---|---|---|



002123 1 MB 0.617        002128/006400 9 03 VC4S7J 002
JARED ENTERPRISES
2870 S INGRAM MILL RD STE A
SPRINGFIELD MO  65804-4127

MISSOURI AMERICAN WATER
PO BOX 6029
CAROL STREAM, IL 60197-6029

0001017220015976293000000000000149067015

MISSOURI
# AMERICAN WATER

WE KEEP LIFE FLOWING™

Case 25-12105-JKS    Doc 661-5    Filed 04/02/26    Page 105 of 139

Page 3 of 6
702500072233

## Meter Reading and Usage Summary

| Meter No. | Measure | Size | From Date | To Date | Previous Read | Current Read | Meter Units | Billing Units | Total Gallons |
|-----------|---------|------|-----------|---------|---------------|--------------|-------------|---------------|---------------|
| 27226559 | 100 gal | 3/4" | 03/06/2025 | 04/03/2025 | 16,205 (E) | 18,048 (A) | 1,843 | 1,843.00 | 184,300 |

A = Actual    E = Estimate                    1 Billing Unit = 100 gallons                    Total Gallons: 184,300

### Billed Usage History (graph shown in 100 gallons)

Account Type:

Fire Service

184,300 gallons = usage for this period

0 gallons = usage for same period last year



Average
daily use for
this period is:
(29 days)

**6,355**
gallons

Year to Date Billed Usage: 422,600 gallons

## Account Detail

Account No. 1017-220015976293

Service To: 7005 CHIPPEWA ST DETCK ST LOUIS, MO 63119-5601

| | |
|---|---|
| Prior Billing | 0.00 |
| Payments | 0.00 |
| **Balance Forward** | **0.00** |

Service Related Charges – 03/06/25 to 04/03/25



| | | |
|---|---|---|
| Fire Service | | 1,430.24 |
| Fire Usage Charge | (1,843 x $0.77604) | 1,430.24 |
| **Total Service Related Charges** | | **1,430.24** |
| Taxes | | 60.43 |
| State Sales Tax | | 60.43 |
| **Total Current Period Charges** | | **1,490.67** |

Total Amount Due ➡ **$1,490.67**

## Understanding Your Bill

**The information below defines some of the new terms you may find on your bill:**

- **Service Related Charges:** This section includes charges for services related to water (or wastewater) service. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Surcharges:** Surcharges are used to recover changes to costs that occur between ratemaking cycles. Common surcharges include Purchased Water, Consolidated Expenses, Conservation, Intervenor Compensation and Payment Assistance.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month

- **Still have questions?** We are here to help. Our customer Service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

**Para obtener asistencia con la traducción de su factura, comuníquese con nuestro Centro de Servicio al Cliente, de lunes a viernes de 7 a.m. a 7 p.m.**



For more information about your charges and rates, please visit:
https://amwater.com/moaw/rates

# M I S S O U R I
# AMERICAN WATER
P.O. Box 2798, Camden, NJ 08101

04/08/2025

008919 1 MB 0.617        08926/008919/009792 15 01 VC4S7H 004

JARED ENTERPRISES
2870 S INGRAM MILL RD STE A
SPRINGFIELD MO  65804-4127

**For Service To:**

Account Number:  1017-220015976293

Service Address:  7005 Chippewa St DETCK
St Louis, MO 63119-5601

Dear Missouri American Water Customer:

We appreciate your business and the opportunity to continue serving you, your neighbors and our local communities.

One of our responsibilities as your water service provider is to give you all the information you need to manage your water use, and to alert you when we notice something out of the ordinary. When we obtained your most recent meter reading, we noticed that your water use is considerably higher than normal.

There could be many reasons for unusually high water use, including short-term visitors, seasonal usage, or potential leaks.  We suggest that you check your property for possible leaks or problems which could cause unusually high water use. If you determine that the source of the high water use is the result of a broken service line or internal plumbing problem, we encourage you to take steps as soon as possible to prevent recurring high bills.

We offer a Leak Detection Kit and other useful information for identifying high water use on our website, www.amwater.com. Many leaks are not noticeable but can contribute to unexpected water use. If you cannot determine the reason for your higher water use, please call our customer service center between the hours of 7am and 7pm at the number below.

Sincerely,

Missouri American Water Customer Service





# MISSOURI AMERICAN WATER
### WE KEEP LIFE FLOWING™

**Service Address:**

JARED ENTERPRISES
7005 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5601

## THANK YOU FOR BEING OUR CUSTOMER

## Important Account Messages

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

- Tired of buying stamps and writing checks? Enroll in Auto Pay and your bill will be paid on time, every time directly from your bank account. To enroll, register or log on to My Account at amwater.com/myaccount.

For more information, visit www.missouriamwater.com

**View your account information or pay your bill** anytime at: www.amwater.com/MyAccount

**Pay by Phone\*:** Pay anytime at 1-855-748-6066

**Customer Service:** 1-866-430-0820
M-F 7:00am to 7:00pm – Emergencies 24/7

**MISSOURI AMERICAN WATER**
PO BOX 6029
CAROL STREAM, IL 60197-6029

---

**Page 1 of 6**
612506667332

## Statement

Account No. **1017-220015976309**

| Total Amount Due: | **$129.76** |
|---|---|
| Payment Due By: | **April 24, 2025** |

| Billing Date: | April 02, 2025 |
|---|---|
| Service Period: | Apr 02 to May 01 (30 Days) |

## Account Summary -- *See page 3 for Account Detail*

| | |
|---|---|
| Prior Billing: | $129.76 |
| Payments - Thank You! | $129.76 |
| **Balance Forward:** | **$0.00** |
| Service Related Charges: | $124.22 |
| Pass Through Charges: | $0.29 |
| Taxes: | $5.25 |
| Total Amount Due: | $129.76 |

---



~ Please return bottom portion with your payment. DO NOT send cash. Retain upper portion for your records. ~    002599/007809 VC4RPA ETM1C00001 1    (VC4RPA0010026000103

---

# MISSOURI AMERICAN WATER
### WE KEEP LIFE FLOWING™

*P.O. BOX 91623*
*RANTOUL, IL 61866-8623*

Service to: 7005 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5601



002599 1 MB 0.617       002600/007809 10 03 VC4RPA 002
JARED ENTERPRISES
2870 S INGRAM MILL RD STE A
SPRINGFIELD MO  65804-4127

Account No. **1017-220015976309**

| Total Amount Due: | **$129.76** |
|---|---|
| Payment Due By: | **April 24, 2025** |

| Amount Enclosed | $ | **Paid Electronically on Due Date** |
|---|---|---|

MISSOURI AMERICAN WATER
PO BOX 6029
CAROL STREAM, IL 60197-6029

0001017220015976309000000000000012976015



**MISSOURI**
**AMERICAN WATER**

WE KEEP LIFE FLOWING™

## Account Detail

Account No. 1017-220015976309

Service To: 7005 CHIPPEWA ST FIRE  ST LOUIS, MO 63119-5601

| | |
|---|---:|
| Prior Billing | 129.76 |
| Payments | -129.76 |
| Total payments as of Mar 26. Thank you! | -129.76 |
| **Balance Forward** | **0.00** |

Service Related Charges - 04/02/25 to 05/01/25

| | | |
|---|---|---:|
| Fire Service | | 124.22 |
| Private Fire Service Charge 8' | (1 x $124.22) | 124.22 |
| **Total Service Related Charges** | | **124.22** |
| Pass Through Charges | | 0.29 |
| Fire Primacy Fee | (1 x $0.29) | 0.29 |
| Taxes | | 5.25 |
| State Sales Tax | | 5.25 |
| **Total Current Period Charges** | | **129.76** |

**Total Amount Due** ➡ **$129.76**

## Understanding Your Bill

**The information below defines some of the new terms you may find on your bill:**

- **Service Related Charges:** This section includes charges for services related to water (or wastewater) service. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:**  This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Surcharges:** Surcharges are used to recover changes to costs that occur between ratemaking cycles. Common surcharges include Purchased Water, Consolidated Expenses, Conservation, Intervenor Compensation and Payment Assistance.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month

- **Still have questions?** We are here to help. Our customer Service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

**Para obtener asistencia con la traducción de su factura, comuníquese con nuestro Centro de Servicio al Cliente, de lunes a viernes de 7 a.m. a 7 p.m.**

For more information about your charges and rates, please visit:
https://amwater.com/moaw/rates





**MISSOURI AMERICAN WATER**

WE KEEP LIFE FLOWING™

**Statement**

Account No. **1017-220015976316**

| Total Amount Due: | **$139.47** |
|---|---|
| Payment Due By: | **April 24, 2025** |

**Service Address:**

JARED ENTERPRISES
7077 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5672

Billing Date: April 02, 2025
Service Period: Apr 02 to May 01 (30 Days)

## THANK YOU FOR BEING OUR CUSTOMER

### Important Account Messages

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

- Tired of buying stamps and writing checks? Enroll in Auto Pay and your bill will be paid on time, every time directly from your bank account. To enroll, register or log on to My Account at amwater.com/myaccount.

**Account Summary** — *See page 3 for Account Detail*

| Prior Billing: | $139.47 |
|---|---|
| Payments - Thank You! | $139.47 |
| **Balance Forward:** | **$0.00** |
| Service Related Charges: | $124.22 |
| Pass Through Charges: | $0.29 |
| Taxes: | $14.96 |
| Total Amount Due: | $139.47 |

For more information, visit www.missouriamwater.com

 **View your account information or pay your bill anytime at:** www.amwater.com/MyAccount

 **Pay by Phone\*:** Pay anytime at 1-855-748-6066

 **Customer Service:** 1-866-430-0820
M-F 7:00am to 7:00pm – Emergencies 24/7

✉ **MISSOURI AMERICAN WATER**
PO BOX 6029
CAROL STREAM, IL 60197-6029

~ Please return bottom portion with your payment. DO NOT send cash. Retain upper portion for your records. ~   002601/007815 VC4RPA ETM1C00001 1   (VC4RPA0010026020103

---

**MISSOURI AMERICAN WATER**

WE KEEP LIFE FLOWING™



*P.O. BOX 91623
RANTOUL, IL 61866-8623*

Service to: 7077 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5672

002601 1 MB 0.617     002602/007815 10 03 VC4RPA 002
JARED ENTERPRISES
2870 S INGRAM MILL RD STE A
SPRINGFIELD MO  65804-4127

Account No. **1017-220015976316**

| Total Amount Due: | **$139.47** |
|---|---|
| Payment Due By: | **April 24, 2025** |

Amount Enclosed   $   **Paid Electronically on Due Date**

MISSOURI AMERICAN WATER
PO BOX 6029
CAROL STREAM, IL 60197-6029

0001017220015976316000000000000013947010

**MISSOURI**
**AMERICAN WATER**

WE KEEP LIFE FLOWING™

## Account Detail

Account No. 1017-220015976316

Service To: 7077 CHIPPEWA ST FIRE ST LOUIS, MO 63119-5672

| | |
|---|---|
| Prior Billing | 139.47 |
| Payments | -139.47 |
| Total payments as of Mar 26. Thank you! | -139.47 |
| **Balance Forward** | **0.00** |

Service Related Charges - 04/02/25 to 05/01/25

| | | |
|---|---|---|
| Fire Service | | 124.22 |
| Private Fire Service Charge 8' | (1 x $124.22) | 124.22 |
| **Total Service Related Charges** | | **124.22** |
| Pass Through Charges | | 0.29 |
| Fire Primacy Fee | (1 x $0.29) | 0.29 |
| Taxes | | 14.96 |
| State Sales Tax | | 5.25 |
| City Gross Receipts Tax | | 9.71 |
| **Total Current Period Charges** | | **139.47** |

**Total Amount Due** ➡ **$139.47**

## Understanding Your Bill

**The information below defines some of the new terms you may find on your bill:**

- **Service Related Charges:** This section includes charges for services related to water (or wastewater) service. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Surcharges:** Surcharges are used to recover changes to costs that occur between ratemaking cycles. Common surcharges include Purchased Water, Consolidated Expenses, Conservation, Intervenor Compensation and Payment Assistance.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month

- **Still have questions?** We are here to help. Our customer Service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

**Para obtener asistencia con la traducción de su factura, comuníquese con nuestro Centro de Servicio al Cliente, de lunes a viernes de 7 a.m. a 7 p.m.**

For more information about your charges and rates, please visit:
https://amwater.com/moaw/rates



002601/007916 VC4RPA ETM1C00001 1        (VC4RPA001002602020310(



Metropolitan St. Louis Sewer District
*Go Paperless and Pay Online for FREE with* SMARTPAY



P.O. Box 437
St. Louis, MO  63166-0437

wastewater + stormwater

| Contact MSD | CUSTOMER SERVICE | 24 HOUR EMERGENCY SERVICE | @ ONLINE |
|---|---|---|---|
| | 1-866-281-5737 | 1-314-768-6260 | msdprojectclear.org |

4372 ***********************AUTO**MIXED AADC 630 032719 EFT

**CHIPPEWA CENTER LLC**
**JARED ENTERPRISES INC**
2870 S INGRAM MILL RD STE A
SPRINGFIELD, MO 65804-4127

## YOUR ACCOUNT INFORMATION

| **Account Number** | **1152076-4** |
|---|---|
| Service Address | 7059 CHIPPEWA ST |
| Service Period | 01/31/25 -02/28/25 |
| Bill Date | 03/27/25 |

## YOUR BILL AT A GLANCE

| Previous Balance | 173.54 |
|---|---|
| Payments - 03/18/25 - *Thank You!* | -173.54 |
| Adjustments | 0.00 |
| Late Fees | 0 |
| Outstanding Balance | 0.00 |
| Current Charges | $161.18 |
| **TOTAL AMOUNT DUE** | **$161.18** |
| **DUE DATE** | **04/16/25** |
| Delinquent After | 04/21/25 |

*A Late Charge of 0.75% per month will be applied to your Principal Balance if not paid by Delinquency Date.*

*For a Detailed Charge Details and more information, please see the back of this bill.*

## CUSTOMER MESSAGES

**\*DO NOT PAY.\*** The balance due will be deducted from your bank account.

## GENERAL MESSAGES

Please see the insert for the annual notice about wastewater overflows in the St. Louis region.

Tired of all the paper? Sign up for electronic billing today to receive email notifications when your bill is ready for viewing. To enroll, visit https://msdprojectclear.org.

## DETAIL OF CURRENT CHARGES

| Premise Type | Commercial |
|---|---|
| Return Volume Factor | |
| 20 ccfs @ 1.00 = 20 ccfs | |
| Wastewater User Charges | |
| Base Charge (1 @ 30.14) (01/31/25-02/28/25) | 30.14 |
| Volume Charge (20 ccfs @ 6.18) | 123.60 |
| MSD Compliance Charge | |
| Tier 1 (1 @ 7.44) (01/31/25-02/28/25) | 7.44 |
| **TOTAL CURRENT CHARGES** | **$161.18** |

*Page 1 of 1*

▼ Please detach and return this coupon with your payment to ensure proper credit to your account. ▼

---



Metropolitan St. Louis Sewer District

P.O. Box 437
St. Louis, MO  63166-0437

wastewater + stormwater

| **TOTAL AMOUNT DUE** | **$161.18** |
|---|---|
| **DUE DATE** | **04/16/25** |
| Delinquent After | 04/21/25 |

**AMOUNT ENCLOSED:**     **DO NOT PAY**

*Help MSD* **Go Green** *View and Pay Your Bill Online for FREE!* SMARTPAY

msdprojectclear.org

| **Account Number** | **1152076-4** |
|---|---|
| Service Address | 7059 CHIPPEWA ST |
| Service Period | 01/31/25 -02/28/25 |
| Bill Date | 03/27/25 |

☐ For Billing Address Changes or to Sign Up for SmartPay, Check Box and Complete Reverse.

PLEASE REMIT TO:

**Metropolitan St. Louis Sewer District**
P.O. Box 437
St. Louis, MO  63166-0437

Please include your Account Number on your check.
Please make checks payable to:
**Metropolitan St. Louis Sewer District**

00⬚ 39751243 11520764 0000000000 0000000000



# MISSOURI AMERICAN WATER

## WE KEEP LIFE FLOWING™

Page 1 of 6
663756205276

## Statement

Account No. **1017-220015976309**

| Total Amount Due: | **$129.76** |
| --- | --- |
| Payment Due By: | **March 26, 2025** |

**Service Address:**

JARED ENTERPRISES
7005 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5601

| Billing Date: | March 04, 2025 |
| --- | --- |
| Service Period: | Mar 04 to Apr 01 (29 Days) |

## THANK YOU FOR BEING OUR CUSTOMER

### Important Account Messages

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

- Tired of buying stamps and writing checks? Enroll in Auto Pay and your bill will be paid on time, every time directly from your bank account. To enroll, register or log on to My Account at amwater.com/myaccount.

### Account Summary — *See page 3 for Account Detail*

| | |
| --- | --- |
| Prior Billing: | $129.76 |
| Payments - Thank You! | $129.76 |
| **Balance Forward:** | **$0.00** |
| Service Related Charges: | $124.22 |
| Pass Through Charges: | $0.29 |
| Taxes: | $5.25 |
| Total Amount Due: | $129.76 |

For more information, visit www.missouriamwater.com

View your account information or pay your bill anytime at: www.amwater.com/MyAccount

Pay by Phone*: Pay anytime at 1-855-748-6066

Customer Service: 1-866-430-0820
M-F 7:00am to 7:00pm — Emergencies 24/7

**MISSOURI AMERICAN WATER**
PO BOX 6029
CAROL STREAM, IL 60197-6029

002211/006803 VC4P39 ETM1C00001 1        (VC4P3900100221601031(

Account No. **1017-220015976309**

| Total Amount Due: | **$129.76** |
| --- | --- |
| Payment Due By: | **March 26, 2025** |

# MISSOURI AMERICAN WATER

## WE KEEP LIFE FLOWING™

P.O. BOX 91623
RANTOUL, IL 61866-8623

Service to: 7005 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5601

| Amount Enclosed | $ | Paid Electronically on Due Date |
| --- | --- | --- |

002211 1 MB 0.617        02211/002211/006803 9 03 VC4P39 003
JARED ENTERPRISES
2870 S INGRAM MILL RD STE A
SPRINGFIELD MO 65804-4127

MISSOURI AMERICAN WATER
PO BOX 6029
CAROL STREAM, IL 60197-6029

0001017220015976309000000000000012976015



**MISSOURI**
**AMERICAN WATER**

WE KEEP LIFE FLOWING"

## Account Detail

Account No. 1017-220015976309

Service To: 7005 CHIPPEWA ST FIRE ST LOUIS, MO 63119-5601

| | |
|---|---|
| Prior Billing | 129.76 |
| Payments | -129.76 |
| Total payments as of Feb 26. Thank you! | -129.76 |
| **Balance Forward** | **0.00** |

Service Related Charges - 03/04/25 to 04/01/25

| | | |
|---|---|---|
| Fire Service | | 124.22 |
| Private Fire Service Charge 8' | (1 x $124.22) | 124.22 |
| **Total Service Related Charges** | | **124.22** |
| Pass Through Charges | | 0.29 |
| Fire Primacy Fee | (1 x $0.29) | 0.29 |
| Taxes | | 5.25 |
| State Sales Tax | | 5.25 |
| **Total Current Period Charges** | | **129.76** |

**Total Amount Due** ➡ **$129.76**

## Understanding Your Bill

**The information below defines some of the new terms you may find on your bill:**

- **Service Related Charges:** This section includes charges for services related to water (or wastewater) service. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Surcharges:** Surcharges are used to recover changes to costs that occur between ratemaking cycles. Common surcharges include Purchased Water, Consolidated Expenses, Conservation, Intervenor Compensation and Payment Assistance.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month

- **Still have questions?** We are here to help. Our customer Service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

Para obtener asistencia con la traducción de su factura, comuníquese con nuestro Centro de Servicio al Cliente, de lunes a viernes de 7 a.m. a 7 p.m.

For more information about your charges and rates, please visit:
https://amwater.com/moaw/rates



# MISSOURI AMERICAN WATER

**WE KEEP LIFE FLOWING™**

## Statement

Account No. **1017-220015976316**

| Total Amount Due: | **$139.47** |
|---|---|
| Payment Due By: | **March 26, 2025** |

**Service Address:**

JARED ENTERPRISES
7077 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5672

| Billing Date: | March 04, 2025 |
|---|---|
| Service Period: | Mar 04 to Apr 01 (29 Days) |

## THANK YOU FOR BEING OUR CUSTOMER

### Important Account Messages

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

- Tired of buying stamps and writing checks? Enroll in Auto Pay and your bill will be paid on time, every time directly from your bank account. To enroll, register or log on to My Account at amwater.com/myaccount.

### Account Summary — *See page 3 for Account Detail*

| | |
|---|---|
| Prior Billing: | $139.47 |
| Payments - Thank You! | $139.47 |
| **Balance Forward:** | **$0.00** |
| Service Related Charges: | $124.22 |
| Pass Through Charges: | $0.29 |
| Taxes: | $14.96 |
| Total Amount Due: | $139.47 |

For more information, visit www.missouriamwater.com

View your account information or pay your bill
**anytime at:** www.amwater.com/MyAccount

**Pay by Phone*:** Pay anytime at 1-855-748-6066

**Customer Service:** 1-866-430-0820
M-F 7:00am to 7:00pm — Emergencies 24/7

**MISSOURI AMERICAN WATER**
PO BOX 6029
CAROL STREAM, IL 60197-6029

002210/006800 VC4P39 ETM1C00001 1     (VC4P39001002215010310

---

# MISSOURI AMERICAN WATER

**WE KEEP LIFE FLOWING™**

*P.O. BOX 91623*
*RANTOUL, IL 61866-8623*

Service to: 7077 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5672

Account No. **1017-220015976316**

| Total Amount Due: | **$139.47** |
|---|---|
| Payment Due By: | **March 26, 2025** |

| Amount Enclosed | $ | **Paid Electronically on Due Date** |
|---|---|---|



002210 1 MB 0.617     02210/002210/006800 9 03 VC4P39 003
JARED ENTERPRISES
2870 S INGRAM MILL RD STE A
SPRINGFIELD MO  65804-4127

MISSOURI AMERICAN WATER
PO BOX 6029
CAROL STREAM, IL 60197-6029

0001017220015976316000000000000013947010

**MISSOURI**
## AMERICAN WATER

WE KEEP LIFE FLOWING™

## Account Detail          Account No. 1017-220015976316
Service To: 7077 CHIPPEWA ST FIRE  ST LOUIS, MO 63119-5672

| | |
|---|---|
| Prior Billing | 139.47 |
| Payments | -139.47 |
| Total payments as of Feb 26. Thank you! | -139.47 |
| **Balance Forward** | **0.00** |
| Service Related Charges - 03/04/25 to 04/01/25 | |
| Fire Service | 124.22 |
| Private Fire Service Charge 8'    (1 x $124.22) | 124.22 |
| **Total Service Related Charges** | **124.22** |
| Pass Through Charges | 0.29 |
| Fire Primacy Fee                      (1 x $0.29) | 0.29 |
| Taxes | 14.96 |
| State Sales Tax | 5.25 |
| City Gross Receipts Tax | 9.71 |
| **Total Current Period Charges** | **139.47** |

## Total Amount Due          ➡          **$139.47**

## Understanding Your Bill

**The information below defines some of the new terms you may find on your bill:**

- **Service Related Charges:** This section includes charges for services related to water (or wastewater) service. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Surcharges:** Surcharges are used to recover changes to costs that occur between ratemaking cycles. Common surcharges include Purchased Water, Consolidated Expenses, Conservation, Intervenor Compensation and Payment Assistance.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month

- **Still have questions?** We are here to help. Our customer Service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

**Para obtener asistencia con la traducción de su factura, comuníquese con nuestro Centro de Servicio al Cliente, de lunes a viernes de 7 a.m. a 7 p.m.**

For more information about your charges and rates, please visit:
https://amwater.com/moaw/rates





wastewater +

Metropolitan St. Louis
Sewer District

P.O. Box 437
St. Louis, MO  63166-0437

**Go Paperless**
and Pay Online

1-866-281-5737    1-314-768-6260    msdprojectclear.org

4367 ************************AUTO**MIXED AADC 630 022619 EFT

**CHIPPEWA CENTER LLC**
**JARED ENTERPRISES INC**
2870 S INGRAM MILL RD STE A
SPRINGFIELD, MO 65804-4127

### YOUR ACCOUNT INFORMATION

| Account Number | 1152076-4 |
| --- | --- |
| Service Address | 7059 CHIPPEWA ST |
| Service Period | 12/31/24 - 01/31/25 |
| Bill Date | 02/26/25 |

### YOUR BILL AT A GLANCE

| | |
| --- | --- |
| Previous Balance | 148.82 |
| Payments - 02/19/25 - *Thank You!* | -148.82 |
| Adjustments | 0.00 |
| Late Fees | 0.00 |
| Outstanding Balance | 0.00 |
| Current Charges | $173.54 |
| **TOTAL AMOUNT DUE** | **$173.54** |
| **DUE DATE** | **03/18/25** |
| Delinquent After | 03/24/25 |

## CUSTOMER MESSAGES

**\*DO NOT PAY.\*** The balance due will be deducted from your bank account.

## GENERAL MESSAGES

MSD's NEW 2024 Popular Annual Financial Report (PAFR) is now available!
Eco-friendly download online at
https://msdprojectclear.org/about/fiscal-investor-relations/annual-reports/. Hard copy
available upon request via email billingquest@stlmsd.com, or by mail: MSD, PAFR
Request, 2350 Market Street, St. Louis, MO 63103.

Tired of all the paper? Sign up for electronic billing today to receive email
notifications when your bill is ready for viewing. To enroll, visit
https://msdprojectclear.org.

## DETAIL OF CURRENT CHARGES

| | |
| --- | --- |
| Premise Type | Commercial |
| Return Volume Factor | |
| 22 ccfs @ 1.00 = 22 ccfs | |
| Wastewater User Charges | |
| Base Charge (1 @ 30.14) (12/31/24-01/31/25) | 30.14 |
| Volume Charge (22 ccfs @ 6.18) | 135.96 |
| MSD Compliance Charge | |
| Tier 1 (1 @ 7.44) (12/31/24-01/31/25) | 7.44 |
| **TOTAL CURRENT CHARGES** | **$173.54** |

▽ Please detach and return this coupon with your payment to ensure proper credit to your account. ▽

*Page 1 of 1*



wastewater +

Metropolitan St. Louis
Sewer District

P.O. Box 437
St. Louis, MO  63166-0437

| **TOTAL AMOUNT DUE** | **$173.54** |
| --- | --- |
| **DUE DATE** | **03/18/25** |
| Delinquent After | 03/24/25 |

**AMOUNT ENCLOSED:**    **DO NOT PAY**

*Help MSD*
**Go Green**
*View and Pay
Your Bill Online
for FREE!*

msdprojectclear.org

### Account Number    1152076-4

| Service Address | 7059 CHIPPEWA ST |
| --- | --- |
| Service Period | 12/31/24 - 01/31/25 |
| Bill Date | 02/26/25 |

For Billing Address Changes or to Sign Up for SmartPay,
Check Box and Complete Reverse.

**Metropolitan St. Louis Sewer District**
P.O. Box 437
St. Louis, MO  63166-0437

Please include your Account Number on your check.
Please make checks payable to:
**Metropolitan St. Louis Sewer District**

000 39751243 11520764 0000000000 0000000000




# OFFICE OF THE COLLECTOR OF REVENUE
## CITY OF ST. LOUIS

**1200 MARKET STREET, ROOM 12**
**ST. LOUIS, MO 63103**
\*ESTIMATED CONSUMPTION\*

000127

| | |
|---|---|
| Statement Date: | 02/06/2025 |
| Account Number: | 1073412-221424 |
| Service Address: | 7059 CHIPPEWA ST |
| Cycle/Route: | 13/16 |
| | $354.52 |
| Date Due: | FEBRUARY 21, 2025 |
| Delinquent On: | FEBRUARY 27, 2025 |

CHIPPEWA CENTER LLC
JARED ENTERPRISES INC
2870 S INGRAM MILL RD STE A
SPRINGFIELD MO   65804

---

## City of St. Louis Water Division

Water Division Service Questions – (314) 771-2255
Collector of Revenue – (314) 622-3628

| DESCRIPTION | QUANTITY | | | AMOUNT |
|---|---|---|---|---|
| METER READING | | WATER CHARGE | | 200.66 |
| PRESENT | 8831210.00 | READY CHARGE | | 106.58 |
| PREVIOUS | 8823310.00 | SALES TAX | | 29.74 |
| | ---------- | GROSS RECEIPTS TAX | | 12.29 |
| TOTAL | 79.00 | NATURAL RESOURCE CHARGE | | 5.25 |

| Cycle Bill: | SEPTEMBER 30, 2024 – JANUARY 17, 2025 | $354.52 |
|---|---|---|

## City of St. Louis Refuse Division

Refuse Division Service Questions – (314) 622-4800
Collector of Revenue – (314) 622-3628

| Units Billed | Months Billed | Solid Waste Services Fee @ $14/unit/month |
|---|---|---|
| 0 | | |

| Cycle Bill: | $.00 |
|---|---|

## Notes

FOR ONLINE ACCOUNT INFORMATION LOG ON TO WWW.STLWATER.COM.
YOU ARE ENROLLED IN DIRECT DEBIT. YOUR BANK ACCOUNT WILL BE DEBITED.
THE MOST RECENT CONSUMER CONFIDENCE REPORT IS NOW AVAILABLE.
SEE THE BACK OF THIS BILL FOR INFORMATION ON OBTAINING YOUR COPY.

| FEBRUARY 21, 2025 | | | $354.52 |
|---|---|---|---|

Please retain this portion for your records.

Please return this portion with your payment.

| Name: | CHIPPEWA CENTER LLC |
|---|---|
| Account Number: | 1073412-221424 |
| Service Address: | 7059 CHIPPEWA ST |
| Cycle/Route: | 13/16 |
| Date Due: | FEBRUARY 21, 2025 |

**Pay Online: Payitstlouis.com**
**Pay-By-Phone 314-408-6887**
**Download the PayIt St. Louis App**

App Store | Google Play

There will be a nominal fee charged for these services.

**Gregory F.X. Daly**
**Collector of Revenue**
**P.O. Box 66787**
**St. Louis, MO 63166-6787**

| SUMMARY OF CHARGES | |
|---|---|
| Prior Balance – Water Service | $.00 |
| Water Service | $354.52 |
| Prior Balance – Refuse Service | $.00 |
| Refuse Service | $.00 |
| | $354.52 |
| City Hall Restoration Fund | |
| Reparations Fund | |
| Midwest Land Dev. | |
| Forest Park Fund | \*AUTO PAY\* |
| | ~~DO NOT PAY~~ |
| AMOUNT PAID | |

001073412000221424000000000000000354520000354528



# MISSOURI AMERICAN WATER

**WE KEEP LIFE FLOWING™**

**Service Address:**

JARED ENTERPRISES
7077 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5672

## THANK YOU FOR BEING OUR CUSTOMER

### Important Account Messages

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

- Tired of buying stamps and writing checks? Enroll in Auto Pay and your bill will be paid on time, every time directly from your bank account. To enroll, register or log on to My Account at amwater.com/myaccount.

For more information, visit www.missouriamwater.com

**View your account information or pay your bill anytime at:** www.amwater.com/MyAccount

**Pay by Phone\*:** Pay anytime at 1-855-748-6066

**Customer Service:** 1-866-430-0820
M-F 7:00am to 7:00pm – Emergencies 24/7

**MISSOURI AMERICAN WATER**
PO BOX 6029
CAROL STREAM, IL 60197-6029

**Statement**

Page 1 of 6
628755747456

**Account No. 1017-220015976316**

| Total Amount Due: | $139.47 |
|---|---|
| Payment Due By: | February 26, 2025 |

| Billing Date: | February 04, 2025 |
|---|---|
| Service Period: | Feb 04 to Mar 03 (28 Days) |

## Account Summary — *See page 3 for Account Detail*

| | |
|---|---|
| Prior Billing: | $139.47 |
| Payments - Thank You! | $139.47 |
| **Balance Forward:** | **$0.00** |
| Service Related Charges: | $124.22 |
| Pass Through Charges: | $0.29 |
| Taxes: | $14.96 |
| Total Amount Due: | $139.47 |

---

Please return bottom portion with your payment. DO NOT send cash. Retain upper portion for your records.   002743/008239 VC4KKT ETM1C00002 1   (VC4KKT001002744010310



# MISSOURI AMERICAN WATER

**WE KEEP LIFE FLOWING™**



P.O. BOX 91623
RANTOUL, IL 61866-8623

Service to: 7077 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5672



002743 1 MB 0.617        02743/002743/008239 11 03 VC4KKT 003
JARED ENTERPRISES
2870 S INGRAM MILL RD STE A
SPRINGFIELD MO  65804-4127

**Account No. 1017-220015976316**

| Total Amount Due: | $139.47 |
|---|---|
| Payment Due By: | February 26, 2025 |

| Amount Enclosed | $ | Paid Electronically on Due Date |
|---|---|---|

MISSOURI AMERICAN WATER
PO BOX 6029
CAROL STREAM, IL 60197-6029

0001017220015976316000000000000013947010

## Messages from Missouri American Water

- ***IMPORTANT WATER QUALITY MESSAGE: Your annual Water Quality Report can be viewed electronically at www.amwater.com/ccr/stlouisregion.pdf If you prefer a paper copy to be sent to you, please contact our Customer Service Center at 866-430-0820.



### HOW TO PAY YOUR BILL? YOU'VE GOT OPTIONS!

We're making it easier than ever to pay your bill. Pay online through your MyWater account or visit amwater.com/billpay. For other ways to pay, please visit the **Billing & Payment** page under the **Customer Service & Billing** menu on our website. If you're not registered for MyWater, sign up today at **amwater.com/mywater**.



**CUSTOMER SERVICE: 1-866-430-0820**
HOURS: M-F, 7am-7pm • Emergencies: 24/7
TTY/TDD FOR THE HEARING IMPAIRED : 711
(and then reference Customer Service number listed above)

### SERVICES

- **Go Paperless:** Save time. Save money. Sign up for **Paperless Billing** and **Auto Pay** on MyWater at amwater.com/mywater. Not registered? Log in and be sure to have your account number handy.

- **Water Quality:** We take water quality seriously. When it comes to complying with federal drinking water standards, we consistently score better than the industry average. For a copy of the annual water quality report for your area, visit missouriamwater.com. Under Water Quality, select Water Quality Reports.

- **$H_2O$ Help To Others:** $H_2O$ Help to Others is an emergency assistance program created by Missouri American Water and Missouri's Community Action Agencies. Missouri American Water partners with Community Action Agencies in our service area to provide a program that helps provide supplemental funding to Missouri American Water customers who would otherwise have trouble paying their bills. $H_2O$ Help to Others is supported by contributions from Missouri American Water and voluntary contributions from customers.

### EXPLANATION OF OTHER TERMS

- **Payment by Check:** Paying by check authorizes American Water to send the information from your check electronically to your bank for payment. The transaction will appear on your bank statement. The physical check will not be presented to your financial institution or returned to you.

- **Estimated Bill:** This occurs when we are unable to read your water meter. Estimated Bills are calculated based on your usage during the prior year's same billing period. You also have the option to self-report your meter read by calling our Customer Service Center. Once we are able to read your meter successfully, your bill will correct any over/underestimates.

- **Disputes:** If you have questions or complaints about your bill, please call us at 1-866-430-0820 before the due date. If your bill is unusually high, it may indicate that there is a leak in your plumbing. For tips on how to detect leaks and use water wisely, visit us online. You'll find helpful tools under the Water & Wastewater Information menu. Every drop counts!

- **Rates:** A detailed listing of charges that make up your bill is available upon request by contacting Customer Service or visiting us online at missouriamwater.com. Under Customer Service & Billing, select Your Water and Sewer Rates.

- **Correspondence:** Please send written correspondence to PO Box 2798, Camden, NJ 08101. Be sure to include your name, account number, service address, mailing address and phone number including area code. Please do not send correspondence with your payment, as it may delay processing your payment and correspondence.

---

**H2O HELP TO OTHERS PROGRAM** - lend a hand to customers in need

☐ I'm adding a one time contribution of $_____ with my payment.

☐ I'd like to add a recurring contribution to each bill of $_____. I understand this amount will be added to each bill.

---

### Address Change(s)

Name _____

Address _____

City _____

State _____  Zip Code _____

(_____) _____  ☐ Mobile Number

Phone Number

E-mail Address _____

## Other ways to pay your bill

| ✓ Auto Pay | Online | In Person |
|---|---|---|
| Save time and money. Enroll in Auto Pay, and your bill will be paid on time, every time, directly from your bank account on the due date. No stamps required! | With My Account, you can pay your bill anytime, anywhere. Registration is fast and easy. Visit www.amwater.com/MyAccount or pay without registration at www.amwater.com/billpay (fee may apply). | We have agreements with several authorized payment locations in our service areas. Visit our website to find one near you. |



**MISSOURI**
**AMERICAN WATER**

WE KEEP LIFE FLOWING™

## Account Detail

Account No. 1017-220015976316
Service To: 7077 CHIPPEWA ST FIRE  ST LOUIS, MO 63119-5672

| | |
|---|---|
| Prior Billing | 139.47 |
| Payments | -139.47 |
| Total payments as of Jan 27. Thank you! | -139.47 |
| **Balance Forward** | **0.00** |

Service Related Charges - 02/04/25 to 03/03/25

| | |
|---|---|
| Fire Service | 124.22 |
| Private Fire Service Charge 8'   (1 x $124.22) | 124.22 |
| **Total Service Related Charges** | **124.22** |
| Pass Through Charges | 0.29 |
| Fire Primacy Fee   (1 x $0.29) | 0.29 |
| Taxes | 14.96 |
| State Sales Tax | 5.25 |
| City Gross Receipts Tax | 9.71 |
| **Total Current Period Charges** | **139.47** |

**Total Amount Due** ➡ **$139.47**

## Understanding Your Bill

**The information below defines some of the new terms you may find on your bill:**

- **Service Related Charges:** This section includes charges for services related to water (or wastewater) service. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Surcharges:** Surcharges are used to recover changes to costs that occur between ratemaking cycles. Common surcharges include Purchased Water, Consolidated Expenses, Conservation, Intervenor Compensation and Payment Assistance.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month

- **Still have questions?** We are here to help. Our customer Service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

**Para obtener asistencia con la traducción de su factura, comuníquese con nuestro Centro de Servicio al Cliente, de lunes a viernes de 7 a.m. a 7 p.m.**

For more information about your charges and rates, please visit:
https://amwater.com/moaw/rates



<This page is intentionally left blank and reserved for future messages>

# MISSOURI AMERICAN WATER

## WE KEEP LIFE FLOWING™

**Statement**

Account No. **1017-220015976309**

| Total Amount Due: | **$129.76** |
|---|---|
| Payment Due By: | **February 26, 2025** |

**Service Address:**

JARED ENTERPRISES
7005 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5601

| Billing Date: | February 04, 2025 |
|---|---|
| Service Period: | Feb 04 to Mar 03 (28 Days) |

## THANK YOU FOR BEING OUR CUSTOMER

### Important Account Messages

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

- Tired of buying stamps and writing checks? Enroll in Auto Pay and your bill will be paid on time, every time directly from your bank account. To enroll, register or log on to My Account at amwater.com/myaccount.

### Account Summary — *See page 3 for Account Detail*

| | |
|---|---|
| Prior Billing: | $129.76 |
| Payments - Thank You! | $129.76 |
| **Balance Forward:** | **$0.00** |
| Service Related Charges: | $124.22 |
| Pass Through Charges: | $0.29 |
| Taxes: | $5.25 |
| Total Amount Due: | $129.76 |

For more information, visit www.missouriamwater.com

**View your account information or pay your bill anytime at:** www.amwater.com/MyAccount

**Pay by Phone\*:** Pay anytime at 1-855-748-6066

**Customer Service:** 1-866-430-0820
M-F 7:00am to 7:00pm – Emergencies 24/7

**MISSOURI AMERICAN WATER**
PO BOX 6029
CAROL STREAM, IL 60197-6029

Please return bottom portion with your payment. DO NOT send cash. Retain upper portion for your records.   002740/008230 VC4KKT ETM1C00002 1   (VC4KKT001002741010310

---

# MISSOURI AMERICAN WATER

## WE KEEP LIFE FLOWING™



P.O. BOX 91623
RANTOUL, IL 61866-8623

Account No. **1017-220015976309**

| Total Amount Due: | **$129.76** |
|---|---|
| Payment Due By: | **February 26, 2025** |

Service to: 7005 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5601

| Amount Enclosed | $ | **Paid Electronically on Due Date** |
|---|---|---|

002740 1 MB 0.617     02740/002740/008230 11 03 VC4KKT 003
JARED ENTERPRISES
2870 S INGRAM MILL RD STE A
SPRINGFIELD MO  65804-4127

MISSOURI AMERICAN WATER
PO BOX 6029
CAROL STREAM, IL 60197-6029

0001017220015976309000000000000012976015

## Messages from Missouri American Water

- ***IMPORTANT WATER QUALITY MESSAGE: Your annual Water Quality Report can be viewed electronically at www.amwater.com/ccr/stlouisregion.pdf If you prefer a paper copy to be sent to you, please contact our Customer Service Center at 866-430-0820.



**HOW TO PAY YOUR BILL? YOU'VE GOT OPTIONS!**

We're making it easier than ever to pay your bill. Pay online through your MyWater account or visit **amwater.com/billpay**. For other ways to pay, please visit the **Billing & Payment** page under the **Customer Service & Billing** menu on our website. If you're not registered for MyWater, sign up today at **amwater.com/mywater**.

**CUSTOMER SERVICE: 1-866-430-0820**
HOURS: M-F, 7am-7pm • Emergencies: 24/7
TTY/TDD FOR THE HEARING IMPAIRED : 711
(and then reference Customer Service number listed above)

### SERVICES

- **Go Paperless:** Save time. Save money. Sign up for **Paperless Billing** and **Auto Pay** on MyWater at amwater.com/mywater. Not registered? Log in and be sure to have your account number handy.

- **Water Quality:** We take water quality seriously. When it comes to complying with federal drinking water standards, we consistently score better than the industry average. For a copy of the annual water quality report for your area, visit    missouriamwater.com. Under Water Quality, select Water Quality Reports.

- **H₂O Help To Others:** H₂O Help to Others is an emergency assistance program created by Missouri American Water and Missouri's Community Action Agencies. Missouri American Water partners with Community Action Agencies in our service area to provide a program that helps provide supplemental funding to Missouri American Water customers who would otherwise have trouble paying their bills. H₂O Help to Others is supported by contributions from Missouri American Water and voluntary contributions from customers.

### EXPLANATION OF OTHER TERMS

- **Payment by Check:** Paying by check authorizes American Water to send the information from your check electronically to your bank for payment. The transaction will appear on your bank statement. The physical check will not be presented to your financial institution or returned to you.

- **Estimated Bill:** This occurs when we are unable to read your water meter. Estimated Bills are calculated based on your usage during the prior year's same billing period. You also have the option to self-report your meter read by calling our Customer Service Center. Once we are able to read your meter successfully, your bill will correct any over/underestimates.

- **Disputes:** If you have questions or complaints about your bill, please call us at 1-866-430-0820  before the due date. If your bill is unusually high, it may indicate that there is a leak in your plumbing. For tips on how to detect leaks and use water wisely, visit us online. You'll find helpful tools under the Water & Wastewater Information menu. Every drop counts!

- **Rates:** A detailed listing of charges that make up your bill is available upon request by contacting Customer Service or visiting us online at missouriamwater.com. Under Customer Service & Billing, select Your Water and Sewer Rates.

- **Correspondence:** Please send written correspondence to PO Box 2798, Camden, NJ 08101. Be sure to include your name, account number, service address, mailing address and phone number including area code. Please do not send correspondence with your payment, as it may delay processing your payment and correspondence.

---

H2O HELP TO OTHERS PROGRAM - lend a hand to customers in need

☐ I'm adding a one time contribution of $_____ with my payment.

☐ I'd like to add a recurring contribution to each bill of $_____. I understand this amount will be added to each bill.

Address Change(s)

Name _____

Address _____

City _____

State _____    Zip Code _____

(_____) _____    ☐ Mobile Number

Phone Number

E-mail Address _____

## Other ways to pay your bill

**✓ Auto Pay**

Save time and money. Enroll in Auto Pay, and your bill will be paid on time, every time, directly from your bank account on the due date. No stamps required!

**☐ Online**

With My Account, you can pay your bill anytime, anywhere. Registration is fast and easy. Visit www.amwater.com/MyAccount or pay without registration at www.amwater.com/billpay  (fee may apply).

**In Person**

We have agreements with several authorized payment locations in our service areas. Visit our website to find one near you.


**MISSOURI**
**AMERICAN WATER**
WE KEEP LIFE FLOWING"

## Account Detail        Account No. 1017-220015976309
Service To: 7005 CHIPPEWA ST FIRE  ST LOUIS, MO 63119-5601

| | |
|---|---|
| Prior Billing | 129.76 |
| Payments | -129.76 |
| Total payments as of Jan 27. Thank you! | -129.76 |
| **Balance Forward** | **0.00** |
| Service Related Charges - 02/04/25 to 03/03/25 | |
| Fire Service | 124.22 |
| Private Fire Service Charge 8'    (1 x $124.22) | 124.22 |
| **Total Service Related Charges** | **124.22** |
| Pass Through Charges | 0.29 |
| Fire Primacy Fee    (1 x $0.29) | 0.29 |
| Taxes | 5.25 |
| State Sales Tax | 5.25 |
| **Total Current Period Charges** | **129.76** |

**Total Amount Due** ➡ **$129.76**

## Understanding Your Bill

**The information below defines some of the new terms you may find on your bill:**

- **Service Related Charges:** This section includes charges for services related to water (or wastewater) service. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Surcharges:** Surcharges are used to recover changes to costs that occur between ratemaking cycles. Common surcharges include Purchased Water, Consolidated Expenses, Conservation, Intervenor Compensation and Payment Assistance.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month

- **Still have questions?** We are here to help. Our customer Service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

**Para obtener asistencia con la traducción de su factura, comuníquese con nuestro Centro de Servicio al Cliente, de lunes a viernes de 7 a.m. a 7 p.m.**

For more information about your charges and rates, please visit:
https://amwater.com/moaw/rates



<This page is intentionally left blank and reserved for future messages>



## MISSOURI AMERICAN WATER
### WE KEEP LIFE FLOWING™

**Service Address:**
JARED ENTERPRISES
7005 CHIPPEWA ST DETCK
ST LOUIS, MO 63119-5601

## THANK YOU FOR BEING OUR CUSTOMER

### Important Account Messages

- The water use on your last bill was estimated. If your bill appears to be higher than normal, it could be because this bill is based on an actual meter reading, which would capture any water use that may not have been previously billed.

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

**Statement**

Page 1 of 6
675005439549

**Account No. 1017-220015976293**

| Total Amount Due: | **$1,917.81** |
|---|---|
| Payment Due By: | **March 3, 2025** |

| Billing Date: | February 07, 2025 |
|---|---|
| Service Period: | Jan 03 to Feb 05 (34 Days) |
| Total Gallons: | 238,300 |

### Account Summary — *See page 3 for Account Detail*

| | |
|---|---|
| Prior Billing: | -$9.62 |
| Payments: | $0.00 |
| **Balance Forward:** | **-$9.62** |
| Service Related Charges: | $1,849.30 |
| Taxes: | $78.13 |
| Total Amount Due: | $1,917.81 |

For more information, visit www.missouriamwater.com

**View your account information or pay your bill anytime at:** www.amwater.com/MyAccount

**Pay by Phone\*:** Pay anytime at 1-855-748-6066

**Customer Service:** 1-866-430-0820
M-F 7:00am to 7:00pm — Emergencies 24/7

**MISSOURI AMERICAN WATER**
PO BOX 6029
CAROL STREAM, IL 60197-6029

*Please return bottom portion with your payment. DO NOT send cash. Retain upper portion for your records*

*KR. I am calling water company to ck for leaks*

002053/006178 VC4KZ3 ETM1C00001 1    (VC4KZ30010020550103100)

**Account No. 1017-220015976293**

| Total Amount Due: | **$1,917.81** |
|---|---|
| Payment Due By: | **March 3, 2025** |

## MISSOURI AMERICAN WATER
### WE KEEP LIFE FLOWING™

P.O. BOX 91623
RANTOUL, IL 61866-8623

**Service to:** 7005 CHIPPEWA ST DETCK
ST LOUIS, MO 63119-5601

**Amount Enclosed $   Paid Electronically on Due Date**



002053 1 MB 0.617      02053/002053/006178 9 03 VC4KZ3 002
JARED ENTERPRISES
2870 S INGRAM MILL RD STE A
SPRINGFIELD MO  65804-4127

MISSOURI AMERICAN WATER
PO BOX 6029
CAROL STREAM, IL 60197-6029

0001017220015976293000000000001917810018

## Messages from Missouri American Water

- ***IMPORTANT WATER QUALITY MESSAGE: Your annual Water Quality Report can be viewed electronically at www.amwater.com/ccr/stlouisregion.pdf If you prefer a paper copy to be sent to you, please contact our Customer Service Center at 866-430-0820.



**HOW TO PAY YOUR BILL? YOU'VE GOT OPTIONS!**

We're making it easier than ever to pay your bill. Pay online through your MyWater account or visit amwater.com/billpay. For other ways to pay, please visit the Billing & Payment page under the Customer Service & Billing menu on our website. If you're not registered for MyWater, sign up today at amwater.com/mywater.

**CUSTOMER SERVICE: 1-866-430-0820**
HOURS: M-F, 7am-7pm  •  Emergencies: 24/7
TTY/TDD FOR THE HEARING IMPAIRED : 711
(and then reference Customer Service number listed above)

### SERVICES

- **Go Paperless:** Save time. Save money. Sign up for **Paperless Billing** and **Auto Pay** on MyWater at amwater.com/mywater. Not registered? Log in and be sure to have your account number handy.

- **Water Quality:** We take water quality seriously. When it comes to complying with federal drinking water standards, we consistently score better than the industry average. For a copy of the annual water quality report for your area, visit missouriamwater.com. Under Water Quality, select Water Quality Reports.

- **$H_2O$ Help To Others:** $H_2O$ Help to Others is an emergency assistance program created by Missouri American Water and Missouri's Community Action Agencies. Missouri American Water partners with Community Action Agencies in our service area to provide a program that helps provide supplemental funding to Missouri American Water customers who would otherwise have trouble paying their bills. $H_2O$ Help to Others is supported by contributions from Missouri American Water and voluntary contributions from customers.

### EXPLANATION OF OTHER TERMS

- **Payment by Check:** Paying by check authorizes American Water to send the information from your check electronically to your bank for payment. The transaction will appear on your bank statement. The physical check will not be presented to your financial institution or returned to you.

- **Estimated Bill:** This occurs when we are unable to read your water meter. Estimated Bills are calculated based on your usage during the prior year's same billing period. You also have the option to self-report your meter read by calling our Customer Service Center. Once we are able to read your meter successfully, your bill will correct any over/underestimates.

- **Disputes:** If you have questions or complaints about your bill, please call us at 1-866-430-0820 before the due date. If your bill is unusually high, it may indicate that there is a leak in your plumbing. For tips on how to detect leaks and use water wisely, visit us online. You'll find helpful tools under the Water & Wastewater Information menu. Every drop counts!

- **Rates:** A detailed listing of charges that make up your bill is available upon request by contacting Customer Service or visiting us online at missouriamwater.com. Under Customer Service & Billing, select Your Water and Sewer Rates.

- **Correspondence:** Please send written correspondence to PO Box 2798, Camden, NJ 08101. Be sure to include your name, account number, service address, mailing address and phone number including area code. Please do not send correspondence with your payment, as it may delay processing your payment and correspondence.

---

**H2O HELP TO OTHERS PROGRAM** - lend a hand to customers in need

☐ I'm adding a one time contribution of $_____ with my payment.

☐ I'd like to add a recurring contribution to each bill of $_____. I understand this amount will be added to each bill.

---

**Address Change(s)**



Name

Address

City

State                    Zip Code

☐ Mobile Number

(        )
Phone Number

E-mail Address

## Other ways to pay your bill

✓ **Auto Pay**     ☐ **Online**     **In Person**

**Auto Pay** — Save time and money. Enroll in Auto Pay, and your bill will be paid on time, every time, directly from your bank account on the due date. No stamps required!

**Online** — With My Account, you can pay your bill anytime, anywhere. Registration is fast and easy. Visit www.amwater.com/MyAccount or pay without registration at www.amwater.com/billpay (fee may apply).

**In Person** — We have agreements with several authorized payment locations in our service areas. Visit our website to find one near you.



# MISSOURI AMERICAN WATER
WE KEEP LIFE FLOWING™

## Meter Reading and Usage Summary

| Meter No. | Measure | Size | From Date | To Date | Previous Read | Current Read | Meter Units | Billing Units | Total Gallons |
|---|---|---|---|---|---|---|---|---|---|
| 27226559 | 100 gal | 3/4" | 01/03/2025 | 02/05/2025 | 13,822 (E) | 16,205 (A) | 2,383 | 2,383.00 | 238,300 |

A = Actual    E = Estimate          1 Billing Unit = 100 gallons          Total Gallons:    238,300

### Billed Usage History (graph shown in 100 gallons)

**Account Type:** Fire Service

■ 238,300 gallons = usage for this period

▒ 0 gallons = usage for same period last year



E = Estimate

Average daily use for this period is: (34 days)

**7,009** gallons

Year to Date Billed Usage:    238,300 gallons

## Account Detail          Account No. 1017-220015976293

Service To: 7005 CHIPPEWA ST DETCK ST LOUIS, MO 63119-5601

| | |
|---|---|
| Prior Billing | -9.62 |
| Payments | 0.00 |
| **Balance Forward** | **-9.62** |
| Service Related Charges – 01/03/25 to 02/05/25 | |
| Fire Service | 1,849.30 |
| Fire Usage Charge          (2,383 x $0.77604) | 1,849.30 |
| **Total Service Related Charges** | **1,849.30** |
| Taxes | 78.13 |
| State Sales Tax | 78.13 |
| **Total Current Period Charges** | **1,927.43** |

Total Amount Due ➡ **$1,917.81**

## Understanding Your Bill

**The information below defines some of the new terms you may find on your bill:**

- **Service Related Charges:** This section includes charges for services related to water (or wastewater) service. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Surcharges:** Surcharges are used to recover changes to costs that occur between ratemaking cycles. Common surcharges include Purchased Water, Consolidated Expenses, Conservation, Intervenor Compensation and Payment Assistance.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month

- **Still have questions?** We are here to help. Our customer Service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

**Para obtener asistencia con la traducción de su factura, comuníquese con nuestro Centro de Servicio al Cliente, de lunes a viernes de 7 a.m. a 7 p.m.**



For more information about your charges and rates, please visit:
https://amwater.com/moaw/rates

&lt;This page is intentionally left blank and reserved for future messages&gt;



Metropolitan St. Louis
Sewer District

P.O. Box 437
St. Louis, MO 63166-0437



*Go Paperless*
*and Pay Online*
*for FREE with*



| Contact MSD | CUSTOMER SERVICE | 24 HOUR EMERGENCY SERVICE | @ ONLINE |
|---|---|---|---|
| | 1-866-281-5737 | 1-314-768-6260 | msdprojectclear.org |

4311 ************************AUTO**MIXED AADC 630 012919 EFT
**CHIPPEWA CENTER LLC**
**JARED ENTERPRISES INC**
2870 S INGRAM MILL RD STE A
SPRINGFIELD, MO 65804-4127

*For additional Charge Details and more information, please see the back of this bill.*

## YOUR ACCOUNT INFORMATION

| Account Number | 1152076-4 |
|---|---|
| Service Address | 7059 CHIPPEWA ST |
| Service Period | 11/30/24 -12/31/24 |
| Bill Date | 01/29/25 |

## YOUR BILL AT A GLANCE

| | |
|---|---|
| Previous Balance | 44.56 |
| Payments - 01/22/25 - *Thank You!* | -44.56 |
| Adjustments | 0.00 |
| Late Fees | 0.00 |
| Outstanding Balance | 0.00 |
| Current Charges | $148.82 |
| **TOTAL AMOUNT DUE** | **$148.82** |
| **DUE DATE** | **02/18/25** |
| Delinquent After | 02/24/25 |

*A Late Charge of 6.75% per month will be applied to your Principal Balance if not paid by Delinquency Date.*

## CUSTOMER MESSAGES

**\*DO NOT PAY.\*** The balance due will be deducted from your bank account.

## GENERAL MESSAGES

Tired of all the paper? Sign up for electronic billing today to receive email notifications when your bill is ready for viewing. To enroll, visit https://msdprojectclear.org.

## DETAIL OF CURRENT CHARGES

| Premise Type | Commercial |
|---|---|
| Return Volume Factor | |
| 18 ccfs @ 1.00 = 18 ccfs | |
| Wastewater User Charges | |
| Base Charge (1 @ 30.14) (11/30/24-12/31/24) | 30.14 |
| Volume Charge (18 ccfs @ 6.18) | 111.24 |
| MSD Compliance Charge | |
| Tier 1 (1 @ 7.44) (11/30/24-12/31/24) | 7.44 |
| **TOTAL CURRENT CHARGES** | **$148.82** |

▽ Please detach and return this coupon with your payment to ensure proper credit to your account. ▽      *Page 1 of 1*



Metropolitan St. Louis
Sewer District

P.O. Box 437
St. Louis, MO 63166-0437

| Account Number | 1152076-4 |
|---|---|
| Service Address | 7059 CHIPPEWA ST |
| Service Period | 11/30/24 -12/31/24 |
| Bill Date | 01/29/25 |

| **TOTAL AMOUNT DUE** | **$148.82** |
|---|---|
| **DUE DATE** | **02/18/25** |
| Delinquent After | 02/24/25 |

**AMOUNT ENCLOSED:**      **DO NOT PAY**

*Help MSD*
**Go Green**
*View and Pay*
*Your Bill Online*
*for FREE!*

SMARTPAY

msdprojectclear.org

☐ For Billing Address Changes or to Sign Up for SmartPay, Check Box and Complete Reverse.

PLEASE REMIT TO:

**Metropolitan St. Louis Sewer District**
P.O. Box 437
St. Louis, MO 63166-0437

Please include your Account Number on your check.
Please make checks payable to:
**Metropolitan St. Louis Sewer District**

000 39751243 11520764 0000000000 0000000000

## HOW YOUR BILL IS CALCULATED

### WASTEWATER USER CHARGE

Wastewater User Charges are for sewer service to your home or business. This charge covers MSD's cost for collecting and treating the "used" water that gets disposed of in your sinks, toilets, tubs, and floor drains. This wastewater travels through miles of pipes to one of MSD's seven wastewater treatment plants, where it is treated to regulatory standards and safely returned to our region's waterways.

Your Wastewater User Charges consist of a Base Charge and a Volume Charge. All customers pay the same Base Charge. The Volume Charge is measured in one hundred cubic feet of water and is listed on your bill as CCFs. One CCF of water is equal to about 750 gallons of water. The Volume Charge varies, depending on how much water you use.

As sewer flows are not metered, MSD must estimate how much wastewater your property produces based on your water usage. MSD obtains your water usage from the company that provides your water service and calculates your bill according to the Premise Type identified under the "Detail of Current Charges" on the front of your bill. (The Premise Type refers to the type of account you have with MSD – Residential, Multi-Unit, or Commercial).

### STORMWATER SERVICE CHARGE

Stormwater Service Charges no longer appear on your regular monthly bill. Instead, charges to fund MSD's stormwater utility, including stormwater system operation and maintenance, rehabilitation, and limited construction of infrastructure and other capital improvements will appear on your annual property tax.

Please visit msdprojectclear.org for additional information.

### CUSTOMER ASSISTANCE PROGRAM

This program is offered to qualified owners and tenants of single family and multi-unit properties (up to six units) who receive sewer service from MSD. Through an application process, eligible MSD customers receive a rate reduction equal to 50% of their current monthly charges for wastewater and stormwater services. To obtain an application, call **1-866-281-5737** or visit **msdprojectclear.org.**

### PREMISE TYPES

#### Residential Metered and Multi-Unit Winter Averaging Premises

MSD uses the water meter reading from the winter quarter to calculate the monthly Wastewater User Charges portion of your bill. The winter quarter is when the least amount of water is used inside your home and does not include activities such as watering your lawn, washing a car, or filling a swimming pool. Thus, the winter quarter reading best reflects a customer's true use of the sewer system.

#### Residential and Multi-Unit Unmetered Premises

Since many accounts do not have water meters to measure water usage, a different method is used to determine sewer usage. MSD bases the sewer usage on the number of rooms, toilets, baths, and showers in your home or apartment building. This is the same method used by your water provider to determine your water usage.

#### Commercial and Multi-Unit Quarterly Averaging Premises

MSD uses the quarterly water meter readings to calculate the monthly Wastewater User Charges portion of your bill. Commercial bills also contain a compliance charge that is based on a tiered rate structure. The tiered rate reflects the actual cost to enforce regulatory requirements to inspect and sample commercial discharges to the sewer system.

An Extra Strength Surcharge may also be assessed on the bill if the average concentration of the wastewater discharge is above normal levels. The threshold for Suspended Solids and Biochemical Oxygen Demand is 300 mg/L. Chemical Oxygen Demand is substituted if the BOD/COD ratio is equal to or less than 0.35.

For commercial premises, where part of the metered water is not discharged to the sewer system, customers may apply for a credit that reflects the proportional use of the sewer system. This is shown on the bill as a Returned Volume Factor.

## CONTACT US

**Please Send Written Correspondence to:**
Metropolitan St. Louis Sewer District
Attention: Accounts Receivable
2350 Market Street
St. Louis, MO 63103-2555

**Cashier hours:**        8:30 - 4:30  Monday - Friday

**Call Us:**
Billing Inquiries or Pay-by-Phone:     **(866) 281-5737**
24-Hour Emergency Service:         **(314) 768-6260**

**Email Us:**
Billing Inquiries:          **BillingQuest@stlmsd.com**
Service Requests:          **CustomerSvc@stlmsd.com**

**Find us Online or on Social Media:**
**msdprojectclear.org**

   

 This Paper uses 30% Post-Consumer Recycled Fiber

### NEW BILLING INFORMATION

*Please Print Clearly*

*Name*

*Street Address*

*City, State, Zip Code*

*Home Phone Number*          *Cell Phone Number*

*e-Mail Address*

### SIGN UP FOR FREE SMARTPAY

 I hereby authorize MSD and my financial institution to automatically deduct the total amount of my sewer bill from my checking/savings account each month. I understand that MSD and my financial institution reserve the right to terminate this authorization and my participation therein. If I change my banking information or choose to terminate the authorization, I will immediately notify MSD.

**Account Type:**
☐ *Checking*

*Signature*          *Date*   ☐ *Savings*

*Second Signature (if applicable)*          *Date*

**Please mail this bill stub with current payment.**

*Phone Number*

# MISSOURI AMERICAN WATER

### WE KEEP LIFE FLOWING™

**Service Address:**

JARED ENTERPRISES
7005 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5601

## THANK YOU FOR BEING OUR CUSTOMER



### Important Account Messages

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

- Tired of buying stamps and writing checks? Enroll in Auto Pay and your bill will be paid on time, every time directly from your bank account. To enroll, register or log on to My Account at amwater.com/myaccount.

## Statement

Page 1 of 6
630005680317

**Account No. 1017-220015976309**

| Total Amount Due: | $129.76 |
| --- | --- |
| Payment Due By: | January 27, 2025 |

| Billing Date: | January 03, 2025 |
| --- | --- |
| Service Period: | Jan 03 to Feb 03 (32 Days) |

### Account Summary — *See page 3 for Account Detail*

| | |
| --- | --- |
| Prior Billing: | $129.76 |
| Payments - Thank You! | $129.76 |
| **Balance Forward:** | **$0.00** |
| Service Related Charges: | $124.22 |
| Pass Through Charges: | $0.29 |
| Taxes: | $5.25 |
| Total Amount Due: | $129.76 |

---

For more information, visit www.missouriamwater.com

**View your account information or pay your bill**
anytime at: www.amwater.com/MyAccount

**Pay by Phone\*:** Pay anytime at 1-855-748-6066

**Customer Service:** 1-866-430-0820
M-F 7:00am to 7:00pm – Emergencies 24/7

**MISSOURI AMERICAN WATER**
PO BOX 6029
CAROL STREAM, IL 60197-6029

*Please return bottom portion with your payment. DO NOT send cash. Retain upper portion for your records.*

040635/121938 VC4H4A ETM1C00016 1    (VC4H4A0010406400103100)

---

**Account No. 1017-220015976309**

| Total Amount Due: | $129.76 |
| --- | --- |
| Payment Due By: | January 27, 2025 |

# MISSOURI AMERICAN WATER
### WE KEEP LIFE FLOWING™

P.O. BOX 91623
RANTOUL, IL 61866-8623

Service to: 7005 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5601

| Amount Enclosed | $ | Paid Electronically on Due Date |
| --- | --- | --- |



040635 1 AB 0.588    40635/040635/121938 156 03 VC4H4A 01
JARED ENTERPRISES
2870 S INGRAM MILL RD STE A
SPRINGFIELD MO  65804-4127

MISSOURI AMERICAN WATER
PO BOX 6029
CAROL STREAM, IL 60197-6029

0001017220015976309000000000000012976015

# Messages from Missouri American Water



**RING IN THE NEW YEAR.**
**BRING ON THE SAVINGS.**

We're here to help you ring in the new year and save time, money and water all year long.

REMINDER: Sign up for **MyWater** at amwater.com/mywater. If you are already enrolled, make sure your contact information is up to date.

RESOLUTION: Visit us online for easy tips to save water inside and outside your home.

---

**CUSTOMER SERVICE: 1-866-430-0820**
HOURS: M-F, 7am-7pm • Emergencies: 24/7
TTY/TDD FOR THE HEARING IMPAIRED : 711
(and then reference Customer Service number listed above)

## SERVICES

- **Go Paperless:** Save time. Save money. Sign up for **Paperless Billing** and **Auto Pay** on MyWater at amwater.com/mywater. Not registered? Log in and be sure to have your account number handy.

- **Water Quality:** We take water quality seriously. When it comes to complying with federal drinking water standards, we consistently score better than the industry average. For a copy of the annual water quality report for your area, visit missouriamwater.com. Under Water Quality, select Water Quality Reports.

- **$H_2O$ Help To Others:** $H_2O$ Help to Others is an emergency assistance program created by Missouri American Water and Missouri's Community Action Agencies. Missouri American Water partners with Community Action Agencies in our service area to provide a program that helps provide supplemental funding to Missouri American Water customers who would otherwise have trouble paying their bills. $H_2O$ Help to Others is supported by contributions from Missouri American Water and voluntary contributions from customers.

## EXPLANATION OF OTHER TERMS

- **Payment by Check:** Paying by check authorizes American Water to send the information from your check electronically to your bank for payment. The transaction will appear on your bank statement. The physical check will not be presented to your financial institution or returned to you.

- **Estimated Bill:** This occurs when we are unable to read your water meter. Estimated Bills are calculated based on your usage during the prior year's same billing period. You also have the option to self-report your meter read by calling our Customer Service Center. Once we are able to read your meter successfully, your bill will correct any over/underestimates.

- **Disputes:** If you have questions or complaints about your bill, please call us at 1-866-430-0820 before the due date. If your bill is unusually high, it may indicate that there is a leak in your plumbing. For tips on how to detect leaks and use water wisely, visit us online. You'll find helpful tools under the Water & Wastewater Information menu. Every drop counts!

- **Rates:** A detailed listing of charges that make up your bill is available upon request by contacting Customer Service or visiting us online at missouriamwater.com. Under Customer Service & Billing, select Your Water and Sewer Rates.

- **Correspondence:** Please send written correspondence to PO Box 2798, Camden, NJ 08101. Be sure to include your name, account number, service address, mailing address and phone number including area code. Please do not send correspondence with your payment, as it may delay processing your payment and correspondence.

---



**H2O HELP TO OTHERS PROGRAM - lend a hand to customers in need**

☐ I'm adding a one time contribution of $_____ with my payment.

☐ I'd like to add a recurring contribution to each bill of $_____. I understand this amount will be added to each bill.

## Address Change(s)

Name

Address

City

State                              Zip Code
                                   ☐ Mobile Number
(_____)
Phone Number

E-mail Address

## Other ways to pay your bill

✓ **Auto Pay**    ☐ **Online**    **In Person**

**Auto Pay:** Save time and money. Enroll in Auto Pay, and your bill will be paid on time, every time, directly from your bank account on the due date. No stamps required!

**Online:** With My Account, you can pay your bill anytime, anywhere. Registration is fast and easy. Visit www.amwater.com/MyAccount or pay without registration at www.amwater.com/billpay (fee may apply).

**In Person:** We have agreements with several authorized payment locations in our service areas. Visit our website to find one near you.

**MISSOURI**
## AMERICAN WATER

WE KEEP LIFE FLOWING™

## Account Detail          Account No. 1017-220015976309
Service To: 7005 CHIPPEWA ST FIRE ST LOUIS, MO 63119-5601

| | |
|---|---|
| Prior Billing | 129.76 |
| Payments | -129.76 |
| Total payments as of Dec 26. Thank you! | -129.76 |
| **Balance Forward** | **0.00** |
| Service Related Charges - 01/03/25 to 02/03/25 | |
| Fire Service | 124.22 |
| Private Fire Service Charge 8'     (1 x $124.22) | 124.22 |
| **Total Service Related Charges** | **124.22** |
| Pass Through Charges | 0.29 |
| Fire Primacy Fee     (1 x $0.29) | 0.29 |
| Taxes | 5.25 |
| State Sales Tax | 5.25 |
| **Total Current Period Charges** | **129.76** |
| Total Amount Due | **$129.76** |

## Understanding Your Bill

**The information below defines some of the new terms you may find on your bill:**

- **Service Related Charges:** This section includes charges for services related to water (or wastewater) service. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Surcharges:** Surcharges are used to recover changes to costs that occur between ratemaking cycles. Common surcharges include Purchased Water, Consolidated Expenses, Conservation, Intervenor Compensation and Payment Assistance.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month

- **Still have questions?** We are here to help. Our customer Service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

**Para obtener asistencia con la traducción de su factura, comuníquese con nuestro Centro de Servicio al Cliente, de lunes a viernes de 7 a.m. a 7 p.m.**

For more information about your charges and rates, please visit:
https://amwater.com/moaw/rates



<This page is intentionally left blank and reserved for future messages>

# MISSOURI AMERICAN WATER

## WE KEEP LIFE FLOWING™

**Statement**

Page 1 of 6
630005680318

Account No. **1017-220015976316**

| | |
|---|---|
| Total Amount Due: | **$139.47** |
| Payment Due By: | **January 27, 2025** |

**Service Address:**

JARED ENTERPRISES
7077 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5672

| | |
|---|---|
| **Billing Date:** | January 03, 2025 |
| **Service Period:** | Jan 03 to Feb 03 (32 Days) |

## THANK YOU FOR BEING OUR CUSTOMER

### Important Account Messages

- Want more convenience and less clutter? Try paperless billing. We send an email when your bill is available for viewing and include an option to pay. It's simple to sign up, just register or log into My Account at amwater.com/myaccount and make the selection for paperless billing.

- Tired of buying stamps and writing checks? Enroll in Auto Pay and your bill will be paid on time, every time directly from your bank account. To enroll, register or log on to My Account at amwater.com/myaccount.

### Account Summary — *See page 3 for Account Detail*

| | |
|---|---|
| Prior Billing: | $139.47 |
| Payments - Thank You! | $139.47 |
| **Balance Forward:** | **$0.00** |
| Service Related Charges: | $124.22 |
| Pass Through Charges: | $0.29 |
| Taxes: | $14.96 |
| Total Amount Due: | $139.47 |

For more information, visit www.missouriamwater.com

**View your account information or pay your bill anytime at:** www.amwater.com/MyAccount

**Pay by Phone\*:** Pay anytime at 1-855-748-6066

**Customer Service:** 1-866-430-0820
M-F 7:00am to 7:00pm — Emergencies 24/7

**MISSOURI AMERICAN WATER**
PO BOX 6029
CAROL STREAM, IL 60197-6029

Please return bottom portion with your payment. DO NOT send cash. Retain upper portion for your records.

040630/121923 VC4H4A ETM1C00016 1          (VC4H4A0010406350103100)

---

# MISSOURI AMERICAN WATER

## WE KEEP LIFE FLOWING™

P.O. BOX 91623
RANTOUL, IL 61866-8623

Service to: 7077 CHIPPEWA ST FIRE
ST LOUIS, MO 63119-5672

Account No. **1017-220015976316**

| | |
|---|---|
| Total Amount Due: | **$139.47** |
| Payment Due By: | **January 27, 2025** |

| | | |
|---|---|---|
| Amount Enclosed | $ | **Paid Electronically on Due Date** |



040630 1 AB 0.588        40630/040630/121923 156 03 VC4H4A 01
JARED ENTERPRISES
2870 S INGRAM MILL RD STE A
SPRINGFIELD MO  65804-4127

MISSOURI AMERICAN WATER
PO BOX 6029
CAROL STREAM, IL 60197-6029

0001017220015976316000000000000013947010

# Messages from Missouri American Water



**RING IN THE NEW YEAR. BRING ON THE SAVINGS.**

We're here to help you ring in the new year and save time, money and water all year long.

REMINDER: Sign up for **MyWater** at amwater.com/mywater. If you are already enrolled, make sure your contact information is up to date.

RESOLUTION: Visit us online for easy tips to save water inside and outside your home.

## CUSTOMER SERVICE: 1-866-430-0820
HOURS: M-F, 7am-7pm • Emergencies 24/7
TTY/TDD FOR THE HEARING IMPAIRED : 711
(and then reference Customer Service number listed above)

## SERVICES

- **Go Paperless:** Save time. Save money. Sign up for **Paperless Billing** and **Auto Pay** on MyWater at amwater.com/mywater. Not registered? Log in and be sure to have your account number handy.

- **Water Quality:** We take water quality seriously. When it comes to complying with federal drinking water standards, we consistently score better than the industry average. For a copy of the annual water quality report for your area, visit missouriamwater.com. Under Water Quality, select Water Quality Reports.

- **$H_2O$ Help To Others:** $H_2O$ Help to Others is an emergency assistance program created by Missouri American Water and Missouri's Community Action Agencies. Missouri American Water partners with Community Action Agencies in our service area to provide a program that helps provide supplemental funding to Missouri American Water customers who would otherwise have trouble paying their bills. $H_2O$ Help to Others is supported by contributions from Missouri American Water and voluntary contributions from customers.

## EXPLANATION OF OTHER TERMS

- **Payment by Check:** Paying by check authorizes American Water to send the information from your check electronically to your bank for payment. The transaction will appear on your bank statement. The physical check will not be presented to your financial institution or returned to you.

- **Estimated Bill:** This occurs when we are unable to read your water meter. Estimated Bills are calculated based on your usage during the prior year's same billing period. You also have the option to self-report your meter read by calling our Customer Service Center. Once we are able to read your meter successfully, your bill will correct any over/underestimates.

- **Disputes:** If you have questions or complaints about your bill, please call us at 1-866-430-0820 before the due date. If your bill is unusually high, it may indicate that there is a leak in your plumbing. For tips on how to detect leaks and use water wisely, visit us online. You'll find helpful tools under the Water & Wastewater Information menu. Every drop counts!

- **Rates:** A detailed listing of charges that make up your bill is available upon request by contacting Customer Service or visiting us online at missouriamwater.com. Under Customer Service & Billing, select Your Water and Sewer Rates.

- **Correspondence:** Please send written correspondence to PO Box 2798, Camden, NJ 08101. Be sure to include your name, account number, service address, mailing address and phone number including area code. Please do not send correspondence with your payment, as it may delay processing your payment and correspondence.

---



**H2O HELP TO OTHERS PROGRAM** - lend a hand to customers in need

☐ I'm adding a one time contribution of $_____ with my payment.

☐ I'd like to add a recurring contribution to each bill of $_____. I understand this amount will be added to each bill.

## Address Change(s)

Name _____

Address _____

City _____

State _____    Zip Code _____

(_____) _____    ☐ Mobile Number

Phone Number

E-mail Address _____

## Other ways to pay your bill

**Auto Pay**

Save time and money. Enroll in Auto Pay, and your bill will be paid on time, every time, directly from your bank account on the due date. No stamps required!

**Online**

With My Account, you can pay your bill anytime, anywhere. Registration is fast and easy. Visit www.amwater.com/MyAccount or pay without registration at www.amwater.com/billpay (fee may apply).

**In Person**

We have agreements with several authorized payment locations in our service areas. Visit our website to find one near you.

**MISSOURI**
**AMERICAN WATER**

WE KEEP LIFE FLOWING™

## Account Detail    Account No. 1017-220015976316

Service To: 7077 CHIPPEWA ST FIRE ST LOUIS, MO 63119-5672

| | |
|---|---|
| Prior Billing | 139.47 |
| Payments | -139.47 |
| Total payments as of Dec 26. Thank you! | -139.47 |
| **Balance Forward** | **0.00** |
| Service Related Charges – 01/03/25 to 02/03/25 | |
| Fire Service | 124.22 |
| Private Fire Service Charge 8'   (1 x $124.22) | 124.22 |
| **Total Service Related Charges** | **124.22** |
| Pass Through Charges | 0.29 |
| Fire Primacy Fee   (1 x $0.29) | 0.29 |
| Taxes | 14.96 |
| State Sales Tax | 5.25 |
| City Gross Receipts Tax | 9.71 |
| **Total Current Period Charges** | **139.47** |

**Total Amount Due** ➡ **$139.47**

## Understanding Your Bill

**The information below defines some of the new terms you may find on your bill:**

- **Service Related Charges:** This section includes charges for services related to water (or wastewater) service. If applicable, credits and debits for correction to previously billed charges are itemized in this section.

- **Fees and Adjustments:** This section provides details related to additional charges or adjustments for the service period referenced. Fees, when applicable, would include items such as service activation and late payment charges.

- **Surcharges:** Surcharges are used to recover changes to costs that occur between ratemaking cycles. Common surcharges include Purchased Water, Consolidated Expenses, Conservation, Intervenor Compensation and Payment Assistance.

- **Billing Units:** One billing unit equals 100 gallons of water used. If the meter serving your property measures your water use in cubic feet or a different unit of measure, we convert the usage to gallons to make it easier to understand.

- **Average Daily Use:** The gallons shown in the water droplet above represent your average daily water use for the current billing period. Tracking the amount of water you use can help you manage your overall water use from month to month

- **Still have questions?** We are here to help. Our customer Service representatives are available M–F, 7 a.m. to 7 p.m. More information on understanding your bill and charges can also be found on our website. See the link below.

**Para obtener asistencia con la traducción de su factura, comuníquese con nuestro Centro de Servicio al Cliente, de lunes a viernes de 7 a.m. a 7 p.m.**

For more information about your charges and rates, please visit:
https://amwater.com/moaw/rates



<This page is intentionally left blank and reserved for future messages>