**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN SIGNATURE, INC., *et al.*,[1] | ) | Case No. 25-12105 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 610** |

**CERTIFICATION OF NO OBJECTION REGARDING FIRST MONTHLY
APPLICATION FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES
LLP, AS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION,
FOR THE PERIOD FROM NOVEMBER 22, 2025 THROUGH DECEMBER 31, 2025**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading has been received to the *First Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtors and Debtors in Possession, for the Period from November 22, 2025 Through December 31, 2025* (the "Application") [Docket No. 610] filed on March 13, 2026. The undersigned further certifies that the Court's docket in these cases has been reviewed and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the notice of the Application, objections to the Application were to be filed and served no later than April 3, 2026 at 4:00 p.m. (prevailing Eastern Time).

Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

4899-2923-4846.1 03721.00001

[Docket No. 333] entered on January 6, 2026, the Debtors are authorized to pay Pachulski Stang Ziehl & Jones LLP $1,730,274.00, which represents 80% of the fees ($2,162,842.50), and $37,200.18, which represents 100% of the expenses requested in the Application, for the period from November 22, 2025 through December 31, 2025, upon the filing of this certification and without the need for entry of a Court order approving the Application.


Dated: April 7, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**


/s/ Laura Davis Jones
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware  19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: ljones@pszjlaw.com
           dbertenthal@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*

4899-2923-4846.1 03721.00001                    2