**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN SIGNATURE, INC., *et al.*,[1] | ) Case No. 25-12105 (JKS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**DEBTORS' WITNESS AND EXHIBIT LIST FOR**
**HEARING ON APRIL 16, 2026 AT 10:00 A.M. (ET)**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby submit this witness and exhibit list in connection with the hearing scheduled for **April 16, 2026 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable J. Kate Stickles at the United States Bankruptcy Court for the District of Delaware, located at 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801 (the "Hearing"), at which time the following motion (the "Motion") is currently scheduled to be heard:

1. *Motion of Chippewa Center, LLC for Immediate Payment of Post-Petition Amounts Pursuant to 11 U.S.C. § 365(d)(3)* [Docket No. 661] (the "Chippewa Admin Expense Claim Motion").

**WITNESSES**

The Debtors do not designate any persons as witnesses in connection with the Hearing. The Debtors reserve the right to cross-designate all witnesses designated by other parties and reserve the right to call any necessary rebuttal or impeachment witnesses.

**EXHIBITS**

The Debtors designates the following exhibit that may be used at the Hearing:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162).  The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

| Exhibit No. | Document Description | Docket No. |
|---|---|---|
| 1. | Chippewa Center, LLC Lease | N/A |

The Debtors reserve the right to object to the entry into evidence of any exhibit, including the exhibit listed above.  The Debtors reserve the right to use any exhibit listed by any other party. The Debtors also reserve the right to amend, shorten, or supplement this witness and exhibit list prior to the Hearing.

Dated: April 14, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@pszjlaw.com
         dbertenthal@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*