**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN SIGNATURE, INC., *et al.*,[1] | ) | Case No. 25-12105 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket Nos. 108, 259, 290, 520, 675** |

**CERTIFICATION OF COUNSEL REGARDING
ORDER (I) AUTHORIZING THE SALE AND ASSUMPTION
AND ASSIGNMENT OF LEASE AND (II) GRANTING RELATED RELIEF (STORE
NOS. 68 (TAYLOR, MI; LANDLORD: SRL CROSSINGS AT TAYLOR) AND 86
(INDIANAPOLIS, IN; LANDLORD: KRG CASTLETON CROSSING, LLC)**

The undersigned counsel for the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies that:

1.      On November 26, 2025, the Debtors filed the *Motion of the Debtors for Entry of Orders (I)(A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter Into (I) Stalking Horse Asset Purchase Agreement and (II) Stalking Horse Agency Agreement and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [Docket No. 108].

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162).  The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

4898-4033-0406.4 03721.00001

2.      On December 29, 2025, the Court entered the *Order (I) Approving Bid Procedures and Bid Protections in Connection with Motion to Approve (A) Stalking Horse Asset Purchase Agreement and (B) Stalking Horse Agency Agreement; (II) Scheduling Bid Deadlines and the Auction; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief* [Docket No. 259] (the "Bid Procedures Order").

3.      The Debtors declared ASI Purchaser LLC (and together with any applicable designee, the "Stalking Horse Buyer") as the Successful Bidder for the Debtors' assets pursuant to the terms of the Stalking Horse Purchase Agreement [Docket No. 344].

4.      On January 2, 2026, the Debtors filed the *Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts* [Docket No. 290] (the "Cure Notice").  The Cure Notice sets forth a list of executory contracts and unexpired leases that may be assumed and assigned to the Stalking Horse Buyer as part of the sale of the Aggregate Assets, along with proposed Cure Amounts.

5.      On February 6, 2026, the Court entered the *Order Approving Sale of All or Substantially All of Debtors' Assets and Granting Related Relief* [Docket No. 520] (the "Sale Order").[2]  The Sale Order, among other things, approved the Debtors' entry into the Stalking Horse APA and provides for the potential assumption and assignment of certain of the Debtors' executory contracts and unexpired leases pursuant to the Designation Rights.  Pursuant to the Designation Rights, the Stalking Horse Bidder may request assumption by the applicable Debtor(s) and assignment to the Stalking Horse Bidder's designee of the Debtors' Leases and Potential Assigned Agreements Primarily Related to such Lease (as these terms are defined in the Stalking Horse APA).

---

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Sale Order.

4898-4033-0406.4 03721.00001

6.      On April 9, 2026, the Debtors filed the *Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts* [Docket No. 675] (the "Taylor/New Carrollton/Indianapolis Assumption/Assignment Notice") with respect to those certain unexpired leases of nonresidential real property located at (i) 23859 Eureka Road, Taylor, MI 48180 with SRL Crossings at Taylor (the "Taylor Landlord") (Store # 68) (the "Taylor Lease"), (ii) 8301 Annapolis Road, New Carrollton, MD 20784 with Decar Realty LLC (the "New Carrollton Landlord") (Store #74) (the "New Carrollton Lease"), and (iii) 5450 East 82nd Street, Indianapolis, IN 46250 with KRG Castleton Crossing LLC (the "Indianapolis Landlord", together with the Taylor Landlord, and the New Carrollton Landlord, the "Landlords") (Store #86) (the "Indianapolis Lease").  On the same date, the Debtors served the Landlords with the Taylor/New Carrollton/Indianapolis Assumption/Assignment Notice.

7.      Copies of the proposed Lease Assignment Agreement and Lease Assignment Order (each as defined in the Taylor/New Carrollton/Indianapolis Assumption/Assignment Notice) are attached to the Taylor/New Carrollton/Indianapolis Assumption/Assignment Notice as Exhibit A and Exhibit B respectively.  As set forth in the Lease Assignment Agreement, Burlington Coat Factory of Texas, Inc. ("Burlington Texas") is the proposed assignee of the Taylor Lease and Burlington Coat Factory Warehouse Corporation (together with Burlington Texas, the "Assignees") is the proposed assignee of the Indianapolis Lease.

8.      Pursuant to the Taylor/New Carrollton/Indianapolis Assumption/Assignment Notice, any objections to the assumption and assignment of the Taylor/New Carrollton/Indianapolis Leases (on any basis other than the Cure Costs that arose prior to the Cure Cost Objection Deadline) were required to be filed no later than April 23, 2026, which is ten (10)

3

4898-4033-0406.4 03721.00001

business days after the date of service of the Taylor/New Carrollton/Indianapolis Assumption/Assignment Notice.

9.     The New Carrollton Landlord filed an objection [Docket No. 711] to the Taylor/New Carrollton/Indianapolis Assumption/Assignment Notice.  The Debtors, the Assignee and the Purchaser are continuing to attempt to resolve the objections of the New Carrollton Landlord.  The New Carrollton Lease has been deleted from the Lease Assignment Agreement and the Lease Assignment Order.

10.    The Indianapolis Landlord raised informal objections regarding certain terms of the Lease Assignment Agreement and Lease Order and the amount of the Cure Costs.  Counsel for the Debtors, the Indianapolis Landlord, the Purchaser, and the Assignee engaged in discussions and resolved all of the objections of the Indianapolis Landlord.  The parties have agreed to a form of Lease Assignment Order and Lease Assignment Agreement.

11.    As the objection deadline with respect to the Taylor/New Carrollton/Indianapolis Assumption/Assignment Notice has passed and any formal and informal objections of the Indianapolis Landlord has been resolved, all parties request entry of the revised Lease Assignment Order so that the contemplated transaction can be promptly closed.

12.    Accordingly, the Debtors request that the form of Lease Assignment Order attached hereto as **Exhibit A** be entered at the Court's earliest convenience.

4

13.     Attached as **Exhibit B** hereto is a redline of the Lease Assignment Order and Lease Assignment Agreement marked to show changes from the filed version.

Dated:  April 29, 2026                    **PACHULSKI STANG ZIEHL & JONES LLP**

                                          */s/ Laura Davis Jones*
                                          Laura Davis Jones (DE Bar No. 2436)
                                          David M. Bertenthal (CA Bar No. 167624)
                                          919 North Market Street, 17th Floor
                                          P.O. Box 8705
                                          Wilmington, Delaware  19899 (Courier 19801)
                                          Telephone:  (302) 652-4100
                                          Facsimile:   (302) 652-4400
                                          Email: ljones@pszjlaw.com
                                                 dbertenthal@pszjlaw.com

                                          *Counsel to the Debtors and Debtors in Possession*

5

4898-4033-0406.4 03721.00001