**Exhibit A**

**Leases**

**Store No. 107 (Orland Park, IL):**

Agreements Comprising Lease:

Agreement of Lease, dated as of June 10, 2002, as subsequently amended, supplemented or otherwise modified (including, without limitation, by related assignments, renewals and estoppels) from time to time.

Landlord:  JLP-Orland Park, LLC, an Ohio limited liability company

Cure Costs:

1. Undisputed Buyer Cure Costs: $606,000.00
2. Disputed Buyer Cure Costs: $0.00
3. Undisputed Excess Cure Costs: $0.00
4. Disputed Excess Cure Costs: $0.00

**Store No. 406 (Tampa, FL):**

Agreements Comprising Lease:

Agreement of Lease, dated as of May 12, 2003, as subsequently amended, supplemented or otherwise modified (including, without limitation, by related assignments, renewals and estoppels) from time to time.

Landlord:  JLPK-Dale Mabry, LLC, a Delaware limited liability company

Cure Costs:

1. Undisputed Buyer Cure Costs: $128,470.45
3. Disputed Buyer Cure Costs: $0.00
4. Undisputed Excess Cure Costs: $0.00
5. Disputed Excess Cure Costs: $0.00