# Exhibit 3

**Fill in this information to identify the case:**

Debtor  American Signature, Inc.

United States Bankruptcy Court for the: _____ District of Delaware
(State)

Case number  25-12105  _____

Modified Official Form 410
# Proof of Claim
04/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies or any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| Part 1: | Identify the Claim |
| --- | --- |

| 1. | **Who is the current creditor?** | Brixmor/IA Regency Park SC, LLC |
| --- | --- | --- |
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor  _____ |

| 2. | **Has this claim been acquired from someone else?** | ☑ No |
| --- | --- | --- |
| | | ☐ Yes.  From whom?  _____ |

| 3. | **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Brixmor/IA Regency Park SC, LLC<br>c/o Barclay Damon LLP<br>Attn: Scott L. Fleischer<br>1270 Avenue of the Americas, Suite 2310<br>New York, NY 10020, USA<br><br>Contact phone  212-784-5810<br>Contact email  sfleischer@barclaydamon.com<br><br>Uniform claim identifier (if you use one):<br>— — — — — — — — — — — — — — — — — — — — — — — — | **Where should payments to the creditor be sent?** (if different)<br><br><br><br><br>Contact phone  _____<br>Contact email  _____ |
| --- | --- | --- | --- |

| 4. | **Does this claim amend one already filed?** | ☑ No |
| --- | --- | --- |
| | | ☐ Yes.  Claim number on court claims registry (if known) _____  Filed on ____/____/____<br>MM / DD / YYYY |

| 5. | **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No |
| --- | --- | --- |
| | | ☐ Yes. Who made the earlier filing?  _____ |

Official Form 410                                    **Proof of Claim**

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?**

$ _See summary page_ . **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_Post-petition rent and charges -- see attached claim_

**9. Is all or part of the claim secured?**

☑ No

☐ Yes.   The claim is secured by a lien on property.

**Nature or property:**

☐ Real estate: If the claim is secured by the debtor's principle residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amount should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☐ No

☑ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes**.** *Check all that apply:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☑ Other. Specify subsection of 11 U.S.C. § 507(a)(_2_) that applies. | $_13,544.39_____ |

\* Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment.

13. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.

$_____

---

**Part 3:**  **Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgement that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date ___03/26/2026___
MM / DD / YYYY

___/s/Scott L. Fleischer___
Signature

**Print the name of the person who is completing and signing this claim:**

Name ___Scott L. Fleischer___
First name               Middle name               Last name

Title ___Partner___

Company ___Barclay Damon LLP, as attorneys___
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address

Contact phone _____   Email _____

---

Official Form 410 **Proof of Claim**

25121052603260000000000010

# Verita (KCC) ePOC Electronic Claim Filing Summary

For phone assistance: Domestic (877) 726-6511 | International (424) 236-7251

| | |
|---|---|
| **Debtor:**<br>    25-12105 - American Signature, Inc.<br>**District:**<br>    District of Delaware | |
| **Creditor:**<br>    Brixmor/IA Regency Park SC, LLC<br>    c/o Barclay Damon LLP<br>    Attn: Scott L. Fleischer<br>    1270 Avenue of the Americas, Suite 2310<br><br>    New York, NY, 10020<br>    USA<br>    **Phone:**<br>    212-784-5810<br>    **Phone 2:**<br><br>    **Fax:**<br><br>    **Email:**<br>    sfleischer@barclaydamon.com | **Has Supporting Documentation:**<br>    Yes, supporting documentation successfully uploaded<br>**Related Document Statement:**<br><br>**Has Related Claim:**<br>    No<br>**Related Claim Filed By:**<br><br>**Filing Party:**<br>    Authorized agent |
| **Other Names Used with Debtor:** | **Amends Claim:**<br>    No<br>**Acquired Claim:**<br>    No |
| **Basis of Claim:**<br>    Post-petition rent and charges -- see attached claim | **Last 4 Digits:**    **Uniform Claim Identifier:**<br>    No |
| **Total Amount of Claim:**<br>    13,544.39 plus -- see attached clai | **Includes Interest or Charges:**<br>    No |
| **Has Priority Claim:**<br>    Yes | **Priority Under:**<br>    11 U.S.C. §507(a)(2): 13,544.39 |
| **Has Secured Claim:**<br>    No<br>**Amount of 503(b)(9):**<br>    No<br>**Based on Lease:**<br>    Yes<br>**Subject to Right of Setoff:**<br>    No | **Nature of Secured Amount:**<br>**Value of Property:**<br>**Annual Interest Rate:**<br>**Arrearage Amount:**<br>**Basis for Perfection:**<br>**Amount Unsecured:** |
| **Submitted By:**<br>    Scott L. Fleischer on 26-Mar-2026 10:07:49 a.m. Pacific Time<br>**Title:**<br>    Partner<br>**Company:**<br>    Barclay Damon LLP, as attorneys | |

VN: B3415BA732F5552A7404B68553F91D3B

**UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE**

**ADMINISTRATIVE EXPENSE PROOF OF CLAIM FORM**

**Administrative Expense Claim Request**

Debtor against which claim is asserted: (check one)

☒ American Signature, Inc. (Case No. 25-12105)
☐ American Signature Home Inc. (Case No. 25-12102)
☐ American Signature USA Inc. (Case No. 25-12103)
☐ American Signature Woodbridge LLC (Case No. 25-12104)
☐ ASI - LaPorte LLC (Case No. 25-12106)

☐ ASI Elston LLC (Case No. 25-12100)
☐ ASI POLARIS LLC (Case No. 25-12107)
☐ ASI Pure Promise Insurance LLC (Case No. 25-12108)
☐ ASI Thomasville LLC (Case No. 25-12101)

**THIS SPACE IS FOR COURT USE ONLY.**

**NOTE:** This Administrative Expense Claim Request form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of these cases through March 24, 2026, pursuant to 11 U.S.C. § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Brixmor/IA Regency Park SC, LLC

Name, email, and address where notices should be sent:

Brixmor/IA Regency Park SC, LLC
c/o Barclay Damon LLP
Attn: Scott L. Fleischer
1270 Avenue of the Americas, Suite 2310
New York, NY 10020

Email: sfleischer@barclaydamon.com

Telephone number: (212) 784-5810

Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:_____**
(*If known*)

Filed on:_____

Name and address where payment should be sent (if different from above):

Telephone number: _____

Check this box if you are aware that anyone else has filed a proof of claim relating to your administrative claim. Attach copy of statement giving particulars.

**IMPORTANT:** Please list the name and address of any property related to your claim (if applicable).

Property Name: Regency Park Shopping Center

Property Address: 9400 Atlantic Boulevard, Jacksonville, FL

**1. Basis for Claim:** Post-petition rent and charges due and owing under lease of non-residential real property located at Regency Park Shopping Center, Jacksonville, Florida, plus any and all rent and charges that accrue or come due on or after 11/22/2025, plus indemnity obligations and amounts subject to rights of setoff and/or recoupment, plus attorneys' fees. See attached itemization, Summary of Lease, and portions of lease.

**2. Last four digits of any number by which creditor identifies Debtor:**_____

**3. TOTAL AMOUNT OF ADMINISTRATIVE EXPENSE CLAIM:**

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**$13,544.39 plus any and all additional rent and charges that accrue or come due on or after 11/22/2025, plus indemnity obligations and amounts subject to rights of setoff and/or recoupment, plus attorneys' fees.**

**4. BRIEF DESCRIPTION OF CLAIM (attach any additional information):**

Post-petition rent and charges due and owing under lease of non-residential real property located at Regency Park Shopping Center, Jacksonville, Florida, plus any and all rent and charges that accrue or come due on or after 11/22/2025, plus indemnity obligations and amounts subject to rights of setoff and/or recoupment, plus attorneys' fees. See attached itemization, Summary of Lease, and portions of lease.

**5. Credits:** The amount of all payments on this claim has been credited for the purpose of making this administrative expense proof of claim.
**6. Supporting Documents:** Attached are copies of any documents that support the administrative expense claim.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your administrative expense proof of claim, enclose a stamped, self-addressed envelope and copy of this administrative expense proof of claim, or you may view your claim information by visiting the website of the Claims Agent (www.veritaglobal.net/americansignature).

**THIS SPACE IS FOR COURT USE ONLY.**

**IF SENT BY MAIL, HAND DELIVERY, OR OVERNIGHT COURIER, SEND TO:**

**American Signature Claims Processing Center**
**c/o KCC dba Verita**
**222 N. Pacific Coast Highway, Suite 300**
**El Segundo, CA 90245**
Please see instructions on back of Administrative Expense Proof of Claim

**Date:**
03 / 26 / 2026

*S Fleis*

Brixmor/IA Regency Park SC, LLC, by Barclay Damon LLP, its attorneys
By: Scott L. Fleischer, Partner
**Signature:** the person filing this administrative expense claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this administrative expense claim and state address and telephone number if different from the notice address above.

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**Brixmor/IA Regency Park SC, LLC**
**Tenant:  American Signature Inc. - Store #416**
**Location:  Regency Park Shopping Center, Jacksonville, FL**

| GL Date | Bill Code | Name - Remark | Total Amount Due | Pre-Petition Portion thru 11/21/25 | Post-Petition Portion 11/22/25-2/28/26 |
|---|---|---|---|---|---|
| 12/31/2024 | STX | Duval, FL | ($260.19) | ($260.19) | |
| 12/31/2024 | RRET | RRET 01/01/24-12/31/24 | ($6,437.08) | ($6,437.08) | |
| 8/25/2025 | STX | Duval, FL | $262.78 | $262.78 | |
| 8/25/2025 | RCAM | RCAM/RINS 8/1/24-7/31/25 | $6,551.31 | $6,551.31 | |
| 8/25/2025 | RINS | RCAM/RINS 8/1/24-7/31/25 | $956.71 | $956.71 | |
| 10/14/2025 | LATE | Generated Fee or Interest | $2,379.88 | $2,379.88 | |
| 11/1/2025 | AMR | Annual Minimum Rent | $37,366.67 | $26,156.67 | $11,210.00 |
| 11/1/2025 | CAM | CAM (Escrow / Deposit) | $5,254.70 | $3,678.29 | $1,576.41 |
| 11/1/2025 | INS | Insurance | $1,255.31 | $878.72 | $376.59 |
| 11/1/2025 | RETX | Real Estate Tax (Escrow) | $3,720.91 | $2,604.64 | $1,116.27 |
| 12/15/2025 | STX | Duval, FL | ($18.80) | | ($18.80) |
| 12/15/2025 | RRET | RRET 01/01/25-12/31/25 | ($716.09) | | ($716.09) |
| | | **TOTAL** | **$50,316.11** | **$36,771.72** | **$13,544.39** |

| GL Date | Bill Code | Remark | Monthly Charges | Months | Total |
|---|---|---|---|---|---|
| 3/3/2026 | FCAM | FB CAM thru 02/28/26 | $6,181.78 | | $6,181.78 |
| 3/10/2026 | FRET | FB RET thru 2/28/2026 | $91.77 | | $91.77 |
| 3/17/2026 | FINS | FB INS thru 2/28/2026 | $873.48 | | $873.48 |
| 3/2026-4/2026 | AMR | Annual Minimum Rent | $37,366.67 | 2 | $74,733.34 |
| 3/2026-4/2026 | CAM | CAM (Escrow / Deposit) | $5,254.70 | 2 | $10,509.40 |
| 3/2026-4/2026 | INS | Insurance | $1,255.31 | 2 | $2,510.62 |
| 3/2026-4/2026 | RETX | Real Estate Tax (Escrow) | $3,720.91 | 2 | $7,441.82 |
| | | Total Future Rent | $54,744.62 | 2 | $102,342.21 |
| 3/18/2026 | BACK | TBB-21761 - SIGNSOURCE, see attached invoice | $3,028.10 | | $3,028.10 |
| | | **TOTAL** | | | **$105,370.31** |

## SUMMARY OF LEASE

Name of Shopping Center:       Regency Park Shopping Center

Location of Shopping Center:    9400 Atlantic Boulevard
Jacksonville, Florida

Landlord:                Brixmor/IA Regency Park SC, LLC

Tenant:                  American Signature, Inc.

D/B/A:                  American Signature Furniture

Store No.:              416

Documents:

Lease Agreement dated February 27, 2004

Lease Extension Agreement dated November 3, 2014

Lease Extension Agreement No. 2 dated July 25, 2018

Lease Extension Agreement No. 3 dated March 12, 2019

Due to its voluminous nature, a complete copy of the lease document referenced above is not attached.  A complete copy is available upon request to claimant's attorneys, Barclay Damon LLP, Attn:  Scott L. Fleischer, Esq., 1270 Avenue of the Americas, Suite 2310, New York, New York 10020, email: sfleischer@barclaydamon.com.

LEASE AGREEMENT 2/27/04

*114004*
*(199)*

LANDLORD:

NEW PLAN EXCEL REALTY TRUST, INC.
1120 Avenue of the Americas, 12th Floor
New York, NY 10036

TENANT:

AMERICAN SIGNATURE, INC.
1800 Moler Road
Columbus, Ohio 43207

PREMISES:

Space No. 36, Approx. 47,200 s.f., Regency
Park Shopping Center, Jacksonville, FL

REVISED:
2/4/2004

114001AmericanSignatureLi.rtf
ND/raj

## LEASE AGREEMENT

THIS LEASE AGREEMENT is made as of the ___ day of _____, 200__, between New Plan Excel Realty Trust, Inc., a Maryland corporation (the "Landlord"), having a business address at 1120 Avenue of the Americas, 12th Floor, New York, NY 10036, Attention: Office of General Counsel and AMERICAN SIGNATURE, INC., an Ohio corporation (the "Tenant"), having a business address at 1800 Moler Road, Columbus, Ohio 43207.

### SECTION 1. LEASED PREMISES:

**1.01(a)**    Landlord hereby leases to Tenant, and Tenant hereby rents from Landlord, approximately 47,200 square feet of leasable space within a shopping center known as Regency Park Shopping Center located in Jacksonville, Florida and outlined in red on the site plan attached to this Lease as Exhibit "A" and hereby made a part hereof (the "Site Plan") (together with all improvements now or to be constructed thereon and all easements, rights, privileges and interests appurtenant thereto, (collectively the "Leased Premises"). The Leased Premises constitute a portion of Regency Park Shopping Center (as the same may be enlarged or expanded, the "Center") located in Jacksonville, Duval County, Florida and contains approximately 334,405 square feet of leasable space. The real property comprising the Center is more particularly described on the Exhibit "B" attached hereto and hereby made a part hereof. Landlord represents and warrants to Tenant that the Leased Premises and Center are as of the Commencement Date (defined in Section 3.01 below) substantially as shown on the Site Plan.

**1.01(b)**    The square footage specified in Section 1.01(a) may be verified and confirmed by either party prior to the Rent Commencement Date (defined in Section 3.03 below). If the square footage of the Leased Premises is less than or greater than the size specified in this section, Base Rent (defined in Section 4.01 below) and other charges shall be proportionately adjusted, but the foregoing shall not be construed as permitting a material variance in dimensions or area.

**1.02**    Landlord grants to Tenant, its customers, agents, employees, licensees, invitees and subtenants, a non-exclusive easement in common with the other tenants of the Center for the use of all parking areas, driveways, sidewalks, service areas and other areas intended for the non-exclusive use of the tenants of the Center (collectively referred to as the "Common Areas"). Landlord hereby covenants and agrees that Landlord shall not grant any party other than tenants of the Center and their customers, agents, employees, licensees, invitees and subtenants a right to utilize the parking areas in the Center, and Landlord shall use commercially reasonable efforts to restrict the use of the parking areas to such parties.

**1.03**    The Landlord covenants that the Center is or shall be developed in accordance with the Site Plan and that it shall be used as a primarily retail shopping center ("primarily" defined as sixty five percent [65%] or more of the total gross leasable area). The Landlord shall not take or consent to any action which materially and negatively affects access to, visibility of, parking for or use of the Leased Premises or which results in a material and negative modification to the Site Plan without the prior written consent of the Tenant. Notwithstanding the foregoing, no modification or replacement to the Center shall make any reduction of parking spaces, to that portion of the Center indicated on the Site Plan as the "Protected Area". In performing any construction work, repairs or maintenance in the Center permitted under this Lease after Tenant has taken physical possession of the Leased Premises, Landlord shall use good faith, commercially reasonable efforts to prevent any interference with parking for, access to or visibility or use of the Leased Premises or the business of Tenant or any subtenant or licensee of Tenant.

### SECTION 2. LANDLORD AND TENANT'S WORK:

**2.01(a)**    Prior to delivery of possession of the Leased Premises to Tenant, except as otherwise set forth in the Lease, the Landlord shall replace the roof of the Premises (the "Landlord's Work"). Landlord agrees to deliver the Leased Premises to Tenant with Landlord's Work completed on or before the date that is sixty (60) days from the date of full execution of this Lease by all parties (the

IN WITNESS WHEREOF the parties hereto have executed this Lease in multiple copies, each to be considered an original hereof, on this _____ day of _February_, _2004_; and by his/her execution hereof each of the signatories on behalf of the respective parties hereby warrants and represents to the other that he/she is duly authorized to execute this Lease on behalf of such party.

WITNESSES

LANDLORD:
NEW PLAN EXCEL REALTY TRUST
a(n) _____

By: _____
Name: Charles A. Carver
Title: Senior Vice President, Florida Region

WITNESSES

TENANT:
**AMERICAN SIGNATURE, INC.,**
an Ohio corporation

By: _____
Name: Edward L. Cornell
Title: S.V.P. & CFO

STATE OF _Florida_  :
                    : ss.
COUNTY OF _Orange_  :

The foregoing instrument was acknowledged before me this _27th_ day of _February_, 200_4_, by _Charles A. Carver_, _____ of _New Plan Excel Realty Trust_, a(n) _____, for and on behalf of said _corporation_.

ANGELA M. FRIZZELLE
MY COMMISSION # DD 251476
EXPIRES: September 18, 2007
1-800-3-NOTARY   FL Notary Discount Assoc. Co.

Notary Public

STATE OF OHIO      :
                   : ss.
COUNTY OF FRANKLIN :

The foregoing instrument was acknowledged before me this _19th_ day of _February_, 200_4_ by _Edward C. Cornell_, _SVP & CFO_ of AMERICAN SIGNATURE, INC., an Ohio corporation, for and on behalf of said corporation.

REBECCA A. BURICH
Notary Public, State of Ohio
My Commission Expires
July 1, 2007

Notary Public

114001AmericanSignatureLi.rtf
ND/taj Revised 01/23/04

27