| **UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE** | **ADMINISTRATIVE EXPENSE PROOF OF CLAIM FORM** |
|---|---|

**Administrative Expense Claim Request**

Debtor against which claim is asserted: (check one)

☒ American Signature, Inc. (Case No. 25-12105)   ☐ ASI Elston LLC (Case No. 25-12100)
☐ American Signature Home Inc. (Case No. 25-12102)   ☐ ASI POLARIS LLC (Case No. 25-12107)
☐ American Signature USA Inc. (Case No. 25-12103)   ☐ ASI Pure Promise Insurance LLC (Case No. 25-12108)
☐ American Signature Woodbridge LLC (Case No. 25-12104)   ☐ ASI Thomasville LLC (Case No. 25-12101)
☐ ASI - LaPorte LLC (Case No. 25-12106)

**NOTE:** This Administrative Expense Claim Request form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of these cases through March 24, 2026, pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY.**

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Eric Moore, as class claimant for the proposed class

Name, email, and address where notices should be sent:

William "Jack" Simpson, Esquire
Simpson, PLLC
100 Parkgate Dr. Ext., Ste. 205
Tupelo, MS 38801

Email: jack@simpson-pllc.com

Telephone number: (662) 913-7811

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:_____**
(*If known*)

Filed on:_____

Name and address where payment should be sent (if different from above):

Telephone number: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your administrative claim. Attach copy of statement giving particulars.

**IMPORTANT:** Please list the name and address of any property related to your claim (if applicable).

Property Name:_____

Property Address:_____

**1. Basis for Claim:** Violation of WARN Act (see attached)
(See instruction #1 on reverse side.)

**2. Last four digits of any number by which creditor identifies Debtor:**_____

**3. TOTAL AMOUNT OF ADMINISTRATIVE EXPENSE CLAIM:**

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

$ Undetermined
**(Total)**

**4. BRIEF DESCRIPTION OF CLAIM (attach any additional information):**
See attached.

**5. Credits:** The amount of all payments on this claim has been credited for the purpose of making this administrative expense proof of claim.

**6. Supporting Documents:** Attached are copies of any documents that support the administrative expense claim.

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your administrative expense proof of claim, enclose a stamped, self-addressed envelope and copy of this administrative expense proof of claim, or you may view your claim information by visiting the website of the Claims Agent (www.veritaglobal.net/americansignature).

**THIS SPACE IS FOR COURT USE ONLY.**

**IF SENT BY MAIL, HAND DELIVERY, OR OVERNIGHT COURIER, SEND TO:**

**American Signature Claims Processing Center**
**c/o KCC dba Verita**
**222 N. Pacific Coast Highway, Suite 300**
**El Segundo, CA 90245**

Please see instructions on back of Administrative Expense Proof of Claim

**Date:**
04/30/2026

/s/ William "Jack" Simpson

**Signature:** the person filing this administrative expense claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this administrative expense claim and state address and telephone number if different from the notice address above.

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR ADMINISTRATIVE EXPENSE PROOF OF CLAIM FORM

The instructions and definitions below are general explanations of the law. In certain circumstances, there may be exceptions to these general rules.

## ITEMS TO BE COMPLETED IN ADMINISTRATIVE EXPENSE PROOF OF CLAIM FORM

**Court, Name of Debtor, and Case Number:**
Select the bankruptcy Debtor's name, and the bankruptcy case number.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. *See* Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

1. **Basis for Claim:**
State the type of debt for which the administrative expense proof of claim is being filed.

2. **Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the Debtor's account or other number used by the creditor to identify the Debtor.

3. **Total Amount of Administrative Expense Claim:**
Fill in the applicable amounts of the entire administrative expense proof of claim. If interest or other charges in addition to the principal amount of the administrative expense proof of claim are included, check the appropriate place on the form and attach an itemization of interest and charges.

4. **Brief Description of Claim**
Describe the Administrative Expense Claim including, but not limited to, the actual and necessary costs and expenses of operating one or more of the Debtors' estates or any actual and necessary costs and expenses of operating one or more of the Debtors' businesses.

5. **Credits:**
An authorized signature on this administrative expense proof of claim serves as an acknowledgement that when calculating the amount of the administrative expense proof of claim, the creditor gave the Debtor credit for any payments received toward the debt.

6. **Supporting Documents:** You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

7. **Date and Signature:**
The individual completing this administrative expense proof of claim must sign and date it. FRBP 9011. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

## _____DEFINITIONS_____

**Name of Debtor and Case Number:**
A complete list of Debtors with corresponding case numbers is listed above. You MUST select the specific Debtor against which your claim is being asserted and the case number of the Debtor's bankruptcy case. If you are asserting claims against more than one Debtor, you MUST file a separate administrative expense proof of claim for each Debtor.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the Debtor on the date of the bankruptcy filing.

**Administrative Expense Claim**
Any right to payment constituting a cost or expense of administration of any of the Reorganized Cases allowed under sections 503(b) and 507(a)(1) of the Bankruptcy Code, including, without limitation, any actual and necessary costs and expenses of operating one or more of the Debtors' Estates, any actual and necessary costs and expenses of operating one or more of the Debtors' businesses, and any fees or charges assessed against one or more of the Debtors' Estates, any actual and necessary costs and expenses of operating one or more of the Debtors' businesses, and any fees or charges assessed against one or more of the Estates of the Debtors under section 1930 of chapter 123 of title 28 of the United States Code.

**Administrative Expense Creditor**
An Administrative Expense Creditor is any person, corporation, or other entity to whom the Debtor owes a debt for an administrative expense.

**Administrative Expense Proof of Claim**
A form telling the Bankruptcy Court how much the Debtor owes a creditor for administrative expenses.

**Submitting Administrative Expense Proof of Claim**
Submit a signed original claim request with any attachments via United States mail, overnight courier service or hand delivery to:

**American Signature Claims Processing Center**
**c/o KCC dba Verita**
**222 N. Pacific Coast Highway, Suite 300**
**El Segundo, CA 90245**

Submission by facsimile or email will not be accepted.

## _____INFORMATION_____

**Acknowledgement of Filing a Claim**
To receive acknowledgment of your filing, enclose a stamped self-addressed envelope and a copy of this administrative expense proof of claim or you may view your claim information by visiting the website of the Claims Agent (www.veritaglobal.net/americansignature).

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the Debtors. These entities do not represent the bankruptcy court or the Debtors. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.