**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN SIGNATURE, INC., *et al.*,[1] | Case No. 25-12105 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 686** |

**CERTIFICATE OF NO OBJECTION REGARDING FOURTH MONTHLY APPLICATION OF GOODWIN PROCTER LLP FOR COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL ON BEHALF OF AND AT THE SOLE DIRECTION OF THE CONFLICTS COMMITTEE OF THE BOARD OF DIRECTORS OF AMERICAN SIGNATURE, INC. FOR THE PERIOD MARCH 1, 2026 TO MARCH 31, 2026**

The undersigned hereby certifies that he has received no answer, objection, or any other responsive pleading with respect to the *Fourth Monthly Application of Goodwin Procter LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel on Behalf of and at the Sole Direction of the Conflicts Committee of the Board of Directors of American Signature, Inc., for the Period March 1, 2026 to March 31, 2026* [Docket No. 686] (the "Application") of Goodwin Procter LLP (the "Applicant"). The undersigned further certifies that he has reviewed the Court's docket in these cases and no formal answer, objection, or other response to the Application appears thereon.[2] The Application was filed with the Court on the date listed on Exhibit A.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

[2] Pursuant to the Interim Compensation Order, parties have twenty-one (21) days after the date of service to object to the Application.

Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 333] (the "Interim Compensation Order") entered January 6, 2026, the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this Certificate of No Objection without the need for entry of a Court order approving the Application.

Dated: May 6, 2026
Wilmington, Delaware

Respectfully Submitted,

*/s/ Sheridan T. Hill, II*
L. Katherine Good (No. 5101)
Gregory J. Flasser (No. 6154)
Sheridan T. Hill, II (No. 7605)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: kgood@potteranderson.com
gflasser@potteranderson.com
shill@potteranderson.com

- and -

Kizzy L. Jarashow (admitted *pro hac vice*)
Stacy Dasaro (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
Tel: (212) 813-8800
Facsimile: (212) 355-3333
Email: kjarashow@goodwinlaw.com
sdasaro@goodwinlaw.com

*Special Counsel to the Conflicts Committee of the Debtors' Board of Directors*

# EXHIBIT A

**American Signature, Inc., *et al*.**
**Case No. 25-12105 (JKS)**

Professional Fees and Expenses
Monthly Fee Application

| **Applicant & Docket No.** | **Time Period Covered** | **Fees & Expenses Requested in Application** | **Fees & Expenses Allowed/Awarded** | **Date Application Filed** | **Objection Deadline** |
|---|---|---|---|---|---|
| Goodwin Procter LLP<br><br>[Docket No. 686] | 03/01/2026-03/31/2026 | $17,285.50 (Fees)<br><br>$303.85 (Expenses) | $13,828.40 (Fees at 80%)<br><br>$303.85 (Expenses at 100%) | 04/10/2026 | 05/01/2026 |