**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN SIGNATURE, INC., *et al.*,[1] | ) Case No. 25-12105 (JKS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON MAY 12, 2026 AT 10:00 A.M. EASTERN TIME**

> **This proceeding will be conducted in-person.  All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.  Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.  Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

**RESOLVED MATTER**

1.     **Synchrony Stay Motion** – Motion of Synchrony Bank for Adequate Protection and Stay Relief in Connection with Credit Card Program [Filed: 1/21/26] (Docket No. 399).

Response Deadline:  February 4, 2026 at 4:00 p.m. Eastern Time.

Responses Received:  None.

Related Documents:

a)  Declaration of Corey Fitzgerald [Filed: 1/21/26] (Docket No. 401).

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162).  The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

Status:  This matter has been resolved.  The parties have entered into the *Stipulation Between the Debtors and Synchrony Bank* (the "Stipulation").  On April 29, 2026, the Debtors filed a motion seeking approval of the Stipulation [Docket No. 740].  See matter #6 below.

**ADJOURNED MATTER**

2.    **Chippewa Center Admin Claim Motion** – Motion of Chippewa Center, LLC for Immediate Payment of Post-Petition Amounts Pursuant to 11 U.S.C. § 365(d)(3) [Filed: 4/2/26] (Docket No. 661).

Response Deadline:  April 9, 2026 at 4:00 p.m. Eastern Time.  Extended to April 10, 2026 for the Debtors.

Responses Received:

a)   Debtors' Objection and Reservation of Rights to Motion of Chippewa Center, LLC for Immediate Payment of Post-Petition Amounts [Filed: 4/10/26] (Docket No. 687).

Related Documents:

a)   Debtors' Witness and Exhibit List for Hearing on April 16, 2026 at 10:00 a.m. (ET) [Filed: 4/14/26] (Docket No. 692).

Status:  This matter has been adjourned to the June 25, 2026 omnibus hearing date at 1:00 p.m. Eastern Time.

**COC MATTERS**

3.    **3080 & 3232 Alum Creek Drive Admin Claim Motion** – Motion of 3080 & 3232 Alum Creek Drive LLC for Entry of an Order Compelling the Debtors' Immediate Payment of Post-Petition Lease Obligations [Filed: 4/2/26] (Docket No. 659).

Response Deadline:  April 9, 2026 at 4:00 p.m. Eastern Time.  Extended to April 10, 2026 for the Debtors.

Responses Received:

a)   Debtors' Objection and Reservation of Rights to Motion of 3080 & 3232 Alum Creek Drive LLC for Immediate Payment of Post-Petition Lease Obligations [Filed: 4/10/26] (Docket No. 688).

Replies Filed:

a)   Reply of 3080 & 3232 Alum Creek Drive LLC in Support of Its Motion for Entry of an Order Compelling the Debtors' Immediate Payment of Post-Petition Lease Obligations [Filed: 5/7/26] (Docket No. 785).

b)   Declaration of Robert Moriarty [Filed: 5/7/26] (Docket No. 786).

Related Documents: None.

Status: This matter has been resolved. Movant will file a proposed order under certification of counsel reflecting the settlement between movant and Debtors. No hearing will be necessary unless the Court has any questions.

4. **PeopleReady's Admin Claim Motion** – PeopleReady, Inc.'s Request for Allowance and Payment of Administrative Claim [File: 4/24/26] (Docket No. 722).

Response Deadline: May 5, 2026 at 4:00 p.m. Eastern Time. Extended for the Debtors to May 7, 2027 at 12:00 p.m. Eastern Time.

Responses Received: Informal comments from the Debtors.

Related Documents:

a) Certification of Counsel Regarding Order Granting PeopleReady, Inc.'s Request for Allowance of Administrative Claim [File: 5/7/26] (Docket No. 788).

Status: This matter has been resolved. A revised proposed order has been filed under certification of counsel. Movant requests entry of the order attached to the certification of counsel. No hearing will be necessary unless the Court has any questions.

## MATTERS GOING FORWARD

5. **Exclusivity Extension Motion** – Motion of Debtors for Entry of an Order Extending Exclusive Periods to File and Solicit a Plan [Filed: 3/19/26] (Docket No. 624).

Response Deadline: April 3, 2026 at 4:00 p.m. Eastern Time. Extended to May 7, 2026 for the Official Committee of Unsecured Creditors ("Committee"). Extended for the Office of the United States Trustee ("UST").

Responses Received: None as of the date hereof.

Related Documents: None.

Status: This matter will go forward.

6. **9019 Motion with Synchrony Bank** – Debtors' Motion for Approval of Settlement By and Between Debtors and Synchrony Bank [File: 4/29/26] (Docket No. 740).

Response Deadline: May 11, 2026 at 9:00 a.m. Eastern Time.

Responses Received: None as of the date hereof.

Related Documents:

a) Debtors' Motion for Entry of an Order Shortening Notice and Scheduling Expedited Hearing on Debtors' Motion for Approval of Settlement By and Between Debtors and Synchrony Bank [Filed: 4/29/26] (Docket No. 742).

b) [Signed] Order Shortening Notice and Scheduling Expedited Hearing on Debtors' Motion for Approval of Settlement By and Between Debtors And Synchrony Bank [Filed: 4/30/26] (Docket No. 747).

c) Notice of Hearing Regarding Debtors' Motion for Approval of Settlement By and Between Debtors and Synchrony Bank [Filed: 4/30/26] (Docket No. 751).

Status:  This matter will go forward.

7.    **Tariff Refund Sale Motion** – Motion of Debtors for Entry of an Order (I) Authorizing the Private Sale of IEEPA Tariff Refund Claims to Vectigal LLC and (II) Granting Related Relief [File: 4/30/26] (Docket No. 768).

Response Deadline:  May 11, 2026 at 9:00 a.m. Eastern Time.

Responses Received:  None as of the date hereof.

Related Documents:

a) Debtors' Motion for Entry of an Order (I) Shortening Notice and Scheduling an Expedited Hearing on the Motion of the Debtors to Sell the IEEPA Tariff Refund Claims, and (III) Granting Related Relief [Filed: 4/30/26] (Docket No. 769).

b) Certification of Counsel Regarding Order (I) Shortening Notice and Scheduling an Expedited Hearing on IEEPA Tariff Refund Sale Motion, (II) Limiting Notice of IEEPA Tariff Refund Sale Motion, and (III) Granting Related Relief [Filed: 5/1/26] (Docket No. 772).

c) [Signed] Order (I) Shortening Notice and Scheduling an Expedited Hearing on IEEPA Tariff Refund Sale Motion, (II) Limiting Notice of IEEPA Tariff Refund Sale Motion, and (III) Granting Related Relief [Filed: 5/1/26] (Docket No. 773).

d) Notice of Hearing Regarding Motion of Debtors for Entry of an Order (I) Authorizing the Private Sale of IEEPA Tariff Refund Claims to Vectigal LLC and (II) Granting Related Relief [Filed: 5/1/26] (Docket No. 774).

Status:  This matter will go forward.

Dated: May 8, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware  19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@pszjlaw.com
        dbertenthal@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*