**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN SIGNATURE, INC., *et al.*,[1] | Case No. 25-12105 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 722** |

**ORDER GRANTING PEOPLEREADY, INC.'S REQUEST FOR ALLOWANCE
OF ADMINISTRATIVE CLAIM**

Upon consideration of PeopleReady, Inc.'s Request for Allowance and Payment of Administrative Claim (the "Request")[2] for entry of an order (the "Order") seeking allowance and payment of an Administrative Claim for postpetition temporary staffing services pursuant to 11 U.S.C. §§ 503(a), 503(b), and 507(a)(2); and the Court having jurisdiction over this matter under 11 U.S.C. § 1334 and this being a core proceeding under 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Request in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that notice of the Request and opportunity for a hearing on the Request were appropriate under the circumstances and no other notice need be provided; and the Court having reviewed the Request and having heard the statements in support of the relief requested therein at any hearing before this Court (a "Hearing"); and this Court having determined that the legal and factual bases set forth in the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

[2] Capitalized terms used but not defined herein shall have the meaning given them in the Request.

- 2 -

Request and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Request is GRANTED in part as set forth herein.

2.      PeopleReady shall have an Administrative Claim in the amount of $1,272,395.42 for the postpetition temporary staffing services provided under the Agreement through March 31, 2026, as set forth in the invoices summarized in Exhibit B to the Request.

3.      This Order shall be binding upon (i) the Debtors, whether or not a plan is confirmed or this case is dismissed or converted, (ii) any liquidating trustee, plan administrator, distribution agent, and/or any other person appointed to pay Administrative Claims pursuant to any chapter 11 plan confirmed in this case; and/or (iii) any chapter 7 trustee appointed or elected in this case.

4.      This Order is without prejudice to any other claims of PeopleReady against the Debtors and their estates.

///

///

///

///

///

///

///

///

///

//

- 2 -

- 3 -

5.      The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: May 8th, 2026**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**

4925-4960-4777.1