**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN SIGNATURE, INC., *et al.*,[1] | Case No. 25-12105 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 768** |

**Hearing Date: May 28, 2026 at 10:00 a.m. (ET)**

**NOTICE OF RESCHEDULED HEARING REGARDING MOTION OF DEBTORS FOR ENTRY OF AN ORDER (I) AUTHORIZING THE PRIVATE SALE OF IEEPA TARIFF REFUND CLAIMS TO VECTIGAL LLC AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on April 30, 2026, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Debtors for Entry of an Order (I) Authorizing the Private Sale of IEEPA Tariff Refund Claims to Vectigal LLC and (II) Granting Related Relief* (the "Motion") [Docket No. 768] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). A copy of the Motion was previously served upon you.

**PLEASE TAKE FURTHER NOTICE** on May 1, 2026, the Debtors filed the *Notice of Hearing Regarding Motion of Debtors for Entry of an Order (I) Authorizing the Private Sale of IEEPA Tariff Refund Claims to Vectigal LLC and (II) Granting Related Relief* [Docket No. 774] scheduling, *inter alia*, the Motion for hearing on May 12, 2026 at 10:00 a.m. prevailing Eastern Time.

---

[1]   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

2

**PLEASE TAKE FURTHER NOTICE** THAT THE MOTION HAS BEEN RESCHEDULED FOR HEARING ON **MAY 28, 2026 AT 10:00 A.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE J. KATE STICKLES, UNITED STATES BANKRUPTCY JUDGE FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, FIFTH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

Dated:  May 12, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*

Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  302-652-4100
Facsimile:   302-652-4400
Email: ljones@pszjlaw.com
       dbertenthal@pszjlaw.com

*Counsel for the Debtors and Debtors in Possession*

2