**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN SIGNATURE, INC., *et al.*,[1] | Case No. 25-12105 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 675** |

Hearing Date: May 18, 2026 at 3:00 p.m. (ET)

**NOTICE OF HEARING REGARDING NOTICE OF POTENTIAL
ASSUMPTION AND ASSIGNMENT OF EXECUTORY
CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNTS**

**PLEASE TAKE NOTICE** that on April 9, 2026, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts* (the "Notice") [Docket No. 675] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  A copy of the Notice was previously served upon you.

**PLEASE TAKE FURTHER NOTICE** THAT THE NOTICE HAS BEEN SCHEDULED FOR HEARING WITH RESPECT TO ASSUMPTION AND ASSIGNMENT OF THE LEASE RELATING TO STORE NO. 74 (NEW CARROLLTON, MD).

**PLEASE TAKE FURTHER NOTICE** THAT THE HEARING WILL BE HELD ON **MAY 18, 2026 AT 3:00 P.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE J. KATE STICKLES, UNITED STATES BANKRUPTCY JUDGE FOR THE DISTRICT OF

---

[1]   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

DELAWARE, 824 MARKET STREET, FIFTH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

Dated: May 12, 2026 **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*

Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  302-652-4100
Facsimile:   302-652-4400
Email: ljones@pszjlaw.com
         dbertenthal@pszjlaw.com

*Counsel for the Debtors and Debtors in Possession*

4909-1576-9515.2 03721.00001