**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| AMERICAN SIGNATURE, INC., *et al.*,[1] | ) Case No. 25-12105 (JKS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON MAY 18, 2026 AT 3:00 P.M. EASTERN TIME**

> **This proceeding will be conducted in-person.  All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.  Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.  Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

**MATTER GOING FORWARD**

1.  **Notice of Assumption and Assignment** – Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Filed: 4/9/26] (Docket No. 675).

    Response Deadline:  April 23, 2026.

    Responses Received:

    a)  Supplemental Objection and Reservation of Rights of Kimco Pennsylvania Trust, JLPK-Dale Mabry LLC and Kimco Realty OP LLC to the First Notice of Assumption

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162).  The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

4916-0756-5995.1 03721.00001

and Assignment of Certain Executory Contract and/or Unexpired Leases [Filed: 4/22/26] (Docket No. 708).

b) Objection and Reservation of Rights of Decar Realty LLC to the Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases [Filed: 4/23/26] (Docket No. 711).

c) Reply in Support of Debtors' Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases [Filed: 5/13/26](Docket No. 808).

Related Documents:

a) Order Approving Sale of All or Substantially All of Debtors' Assets and Granting Related Relief [Filed: 2/6/26] (Docket No. 520).

b) Certification of Counsel Regarding Order (I) Authorizing the Sale and Assumption and Assignment of Lease and (II) Granting Related Relief (Store Nos. 68 (Taylor, MI; Landlord: SRL Crossings At Taylor) and 86 (Indianapolis, IN; Landlord: KRG Castleton Crossing, LLC) [Filed: 4/29/26] (Docket No. 734).

c) [Signed] Order (I) Authorizing the Sale and Assumption and Assignment of Leases and (II) Granting Related Relief (Store Nos. 68 (Taylor, MI; Landlord: SRL Crossings at Taylor) and 86 (Indianapolis, IN; Landlord: KRG Castleton Crossing, LLC) [Filed: 4/29/26] (Docket No. 739).

d) Notice of Hearing Regarding Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Filed: 5/12/26] (Docket No. 806).

Status:  This matter will go forward only as to the response of Decar Realty LLC regarding the assumption and assignment of the lease of Store No. 74 (New Carrollton, MD).  An order has been entered on the remaining leases listed on the notice of assumption and assignment resolving all other responses.

Dated: May 14, 2026          **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware  19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@pszjlaw.com
      dbertenthal@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*