**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| AMERICAN SIGNATURE, INC. *et al.*[1] | ) | Case No. 25-12105 (JKS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### JOINT EXHIBIT LIST OF DEBTORS AND BURLINGTON STORES, INC. FOR HEARING ON MAY 18, 2026 AT 3:00 P.M. (ET)

The above-captioned debtors and debtors-in-possession (the "Debtors") and Burlington Stores, Inc.[2] ("Burlington"), hereby jointly submits this Exhibit List for the hearing to be held on May 18, 2026, at 3:00 p.m. (ET) (the "Hearing") with respect to the following matters and any related matters going forward at the Hearing:

1.      Debtors' *Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts* [Docket No. 675];

2.      *Objection and Reservation of Rights of Decar Realty LLC to the First Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases* [Docket No. 440];

3.      *Objection and Reservation of Rights of Decar Realty LLC to the First Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases* [Docket No. 711];

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235

[2]  Burlington Stores, Inc. is the parent of the designated Assignee, Burlington Coat Factory Warehouse Corporation, for the subject lease.

4.       Debtors' *Reply in Support of Debtors' Notice of Assumption and Assignment of Certain Executory Contract and/or Unexpired Leases* [Docket No. 808]; and

5.       *Burlington Stores, Inc.'s Reply to Objection and Reservation of Rights of Decar Realty LLC to the First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases* [Docket No. 811].

### EXHIBITS

The Debtors and Burlington designate the following exhibits that may be used at the Hearing and note that the parties have stipulated to their admissibility at Docket No. 819:

| Exhibit | Description | Docket No. |
|---|---|---|
| 1. | December 8, 1993 Lease agreement between Decar Realty LLC and Debtor American Signature Home, Inc. | 819-1 |
| 2. | September 9, 2009 Lease Agreement between Decar Realty, LLC and Forman Mills, Inc | 819-2 |
|  | Any document filed in the above-captioned chapter 11 cases |  |
|  | Any document offered or relied upon by any other party |  |
|  | Rebuttal exhibits as necessary |  |

### RESERVATION OF RIGHTS

The Debtors and Burlington reserve (a) the right to amend and/or supplement this Exhibit List at any time prior to the Hearing and add witnesses and/or exhibits, as applicable, and (b) the right to use additional exhibits for purposes of rebuttal or impeachment and to further supplement the foregoing Exhibit List as appropriate.  The Debtors and Burlington also reserve the right to rely upon and use as evidence (a) exhibits included on the exhibit list of any other parties in interest, and (b) any pleading, hearing transcript, or other document filed with the Court in the above-captioned matter.

2

Dated:  May 15, 2026
Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  302-652-4100
Facsimile:   302-652-4400
Email:  ljones@pszjlaw.com
dbertenthal@pszjlaw.com
ecorma@pszjlaw.com

*Counsel for the Debtors and Debtors in Possession*

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Marcy J. McLaughlin Smith*
Matthew P. Ward (DE Bar No. 4471)
Marcy J. McLaughlin Smith (DE Bar No. 6184)
Michael Barber (DE Bar No. 7158)
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email:  matthew.ward@wbd-us.com
marcy.smith@wbd-us.com
michael.barber@wbd-us.com

-and-

**JACKSON WALKER LLP**
Kristhy M. Peguero (DE Bar No. 4903)
Victoria Argeroplos (TX Bar No. 24105799)
William Farmer (TX Bar No. 24127156)
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone: (713) 752-4200
Email:  kpeguero@jw.com
vargeroplos@jw.com
wfarmer@jw.com

*Co-Counsel for Burlington Stores, Inc.*