**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN SIGNATURE, INC., *et al.*, | Case No. 25-12105-JKS |
| Debtors.[1] | (Jointly Administered) |
| | **RE: D.I. 771** |

**NOTICE OF WITHDRAWAL OF REQUEST FOR
PAYMENT OF ADMINISTRATIVE EXPENSES**

Synchrony Bank ("**Synchrony**") hereby withdraws its Request for Payment of Administrative Expenses [D.I. 771] (the "**Request**") in accordance with the Order Approving Settlement by and Between Debtors and Synchrony Bank [D.I. 804], which addressed the administrative expenses sought in the Request.

Dated: June 16, 2026
      Wilmington, Delaware

**ESBROOK P.C.**

*/s/ Scott J. Leonhardt*
Scott J. Leonhardt (#4885)
800 N. King Street, Suite 301
Wilmington, DE 19801
Phone: (302) 650-7540
Email: scott.leonhardt@esbrook.com

-and-

DAVID WRIGHT TREMAINE LLP
Hugh McCullough
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Phone: (206) 622-3150
Email: hughmccullough@dwt.com

*Counsel for Synchrony Bank*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.