**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMERICAN SIGNATURE, INC., et al,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 25-12105 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 741** |

**ORDER ALLOWING ADMINISTRATIVE EXPENSE**
**CLAIM OF POWERHOUSE RETAIL SERVICES, LLC**

Upon consideration of the *Application of Powerhouse Retail Services, LLC for Allowance and Payment of Administrative Expense Claim* (the "Application"); the Court having determined that granting the relief requested in the Application is appropriate; it appearing that due and adequate notice of the Application has been given, and that no other further notice is necessary; and after due deliberation and sufficient cause appearing therefore; it is hereby **ORDERED**, that:

1.      The Application is GRANTED to the extent set forth herein.

2.      Powerhouse Retail Services, LLC ("Powerhouse") is allowed an administrative expense claim pursuant to 11 U.S.C. § 503(b) in the amount not less than $157,142.12, composed of the following amounts:

   a.   $117,963.60 for the amounts detailed in **Exhibit B** to the Motion; and

   b.   $39,178.52 for the amounts referenced in footnote 2 of the Motion and summarized in **Exhibit C** to the Motion.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235

3.      The Debtors are hereby ordered to pay the full amount of Powerhouse's claim within 30 days of this Order.

4.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: June 23, 2026

U.S. Bankruptcy Judge, J. Kate Stickles