**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| AMERICAN SIGNATURE, INC., *et al.*,[1] | Case No. 25-12105 (JKS) |
| Debtors. | (Jointly Administered) |
| AMERICAN SIGNATURE, INC., | |
| Plaintiff, | Adv. Proc. No. 26-50231 (JKS) |
| v. | |
| UNITERS NORTH AMERICA, LLC, | |
| Defendant. | |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JUNE 25, 2026 AT 1:00 P.M. EASTERN TIME**

> **This proceeding will be conducted in-person.  All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.  Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.  Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

---

[1]   The debtors in these Chapter 11 Cases, along with the last four digits of each debtor's federal tax identification number, are American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI - Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162).  The debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

[2]   **Amended items appear in bold.**

4932-0506-6422.2 03721.00001

## RESOLVED MATTERS

1. **Onix Admin Expense Claim Request** – Administrative Expense Claim and Request for Payment of Onix Networking Corp. [File: 4/30/26] (Docket No. 745).

   Response Deadline:  May 14, 2026 at 4:00 p.m. Eastern Time.

   Responses Received:  Informal comments from the Debtors.

   Related Documents:

   a) Certification of Counsel Regarding Administrative Expense Claim and Request for Payment of Onix Networking Corp. [Filed: 6/8/26] (Docket No. 875).

   b) [Signed] Order for the Allowance and Payment of an Administrative Claim [Filed: 6/8/26] (Docket No. 876).

   Status:  The order has been entered.  No hearing will be necessary.

2. **Granite Admin Expense Claim Motion** – Motion of Granite Telecommunications, LLC, for Entry of an Order Allowing and Directing Payment of Administrative Expense Claim Through April 6, 2026 [File: 4/30/26] (Docket No. 766).

   Response Deadline:  May 13, 2026 at 4:00 p.m. Eastern Time.

   Responses Received:  None.

   Related Documents:

   a) Certificate of No Objection Regarding Motion of Granite Telecommunications, LLC, for Entry of an Order Allowing and Directing Payment of Administrative Expense Claim Through April 6, 2026 [Filed: 5/18/26] (Docket No. 827).

   b) [Signed] Order Granting Motion of Granite Telecommunications, LLC, for Entry of an Order Allowing and Directing Payment of Administrative Expense Claim Through April 6, 2026 [Filed: 5/19/26] (Docket No. 836).

   Status:  The order has been entered.  No hearing will be necessary.

3. **Factory Mutual Motion for Relief from Stay** – Factory Mutual Insurance Company's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 [Filed: 5/27/26] (Docket No. 857).

   Response Deadline:  June 15, 2026 at 4:00 p.m. Eastern Time.

   Responses Received:  None.

Related Documents:

a) Certification of No Objection Regarding Factory Mutual Insurance Company's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 [Filed: 6/17/26] (Docket No. 885).

b) [Signed] Order Granting Factory Mutual Insurance Company's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 [Filed: 6/23/26] (Docket No. 894).

Status:  The order has been entered.  No hearing will be necessary.

4. **9019 Motion with Uniters** – Plaintiff's Motion for Approval of Settlement By and Between American Signature, Inc. and Uniters North America, LLC [Filed: 5/29/26] (Docket No. 863) (Adv. Docket No. 4).

Response Deadline:  June 18, 2026 at 4:00 p.m. Eastern Time.

Responses Received:  None.

Related Documents:

a) Certification of No Objection Regarding Plaintiff's Motion for Approval of Settlement By and Between American Signature, Inc. and Uniters North America, LLC [Filed: 6/22/26] (Docket No. 891) (Adv. Docket No. 6).

b) [Signed] Order Approving Settlement By and Between American Signature, Inc. and Uniters North America, LLC [Filed: 6/22/26] (Docket No. 892) **(Adv. Docket No. 8)**.

Status:  The order has been entered.  No hearing will be necessary.

5. **Belden Admin Expense Claim Motion** – Motion of Belden Park Delaware LLC for Allowance and Immediate Payment of Administrative Expense Claims Pursuant to 11 U.S.C. §§ 503(a), 503(b)(1)(A), and 365(d)(3) [Filed: 6/4/26] (Docket No. 871).

Response Deadline:  June 18, 2026 at 4:00 p.m. Eastern Time.

Responses Received:  None.

Related Documents:

a) Certification of Counsel with Respect to Order Granting Motion of Belden Park Delaware LLC for Allowance and Immediate Payment of Administrative Expense Claims Pursuant to 11 U.S.C. §§ 503(a), 503(b)(1)(A), and 365(d)(3) [Filed: 6/22/26] (Docket No. 890).

b) [Signed] Order Granting Motion of Belden Park Delaware LLC for Allowance and Immediate Payment of Administrative Expense Claims Pursuant to 11 U.S.C. §§ 503(a), 503(b)(1)(A), and 365(d)(3) [Filed: 6/23/26] (Docket No. 893).

Status:  The order has been entered.  No hearing will be necessary.

6.      **Pretrial Conference (American Signature, Inc. v. Uniters North America, LLC, Adv. Case No. 26-50231)** – Complaint [File: 4/8/26] (Docket No. 1).

Response Deadline:  May 27, 2026.

Responses Received:  None.

Related Documents:

a)  Summons and Notice of Pretrial Conference in an Adversary Proceeding [Filed: 4/27/26] (Docket No. 3).

b)  Plaintiff's Motion for Approval of Settlement By and Between American Signature, Inc. and Uniters North America, LLC [Filed: 5/29/26] (Docket No. 863) (Adv. Docket No. 4).

c)  Certification of No Objection Regarding Plaintiff's Motion for Approval of Settlement By and Between American Signature, Inc. and Uniters North America, LLC [Filed: 6/22/26] (Docket No. 891) (Adv. Docket No. 6).

d)  [Signed] Order Approving Settlement By and Between American Signature, Inc. and Uniters North America, LLC [Filed: 6/22/26] (Docket No. 892) (Adv. Docket No. TBD).

Status:  An order granting the 9019 motion has been entered resolving this matter.  No pretrial conference will be necessary.

**ADJOURNED MATTERS**

7.      **Freepoint Motion for Leave** – Motion of Freepoint Energy Solutions LLC for Leave to File Late Request for Payment of Administrative Expense Claim [Filed: 6/5/26] (Docket No. 873).

Response Deadline:  June 18, 2026 at 4:00 p.m. Eastern Time.  Extended for the Debtors to June 23, 2026 at 12:00 p.m.

Responses Received:  None as of the date hereof.

Related Documents:  None as of the date hereof.

Status:  This matter has been adjourned to the next omnibus hearing date.

8.      **Henderson Motion for Relief from Stay** – Motion of Wanda L. Henderson for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [Filed: 5/19/26] (Docket No. 832).

Response Deadline:  June 2, 2026 at 4:00 p.m. Eastern Time.  Extended for the Debtors.

Responses Received:  None.

Related Documents: None.

Status:  This matter has been adjourned to the next omnibus hearing date.

**MATTER FOR WHICH COC HAS BEEN FILED**

9.      **Powerhouse Admin Expense Claim Application** – Application of Powerhouse Retail Services, LLC for Allowance and Payment of Administrative Expense Claim [File: 4/29/26] (Docket No. 741).

Response Deadline:  May 13, 2026 at 4:00 p.m. Eastern Time.

Responses Received:  Informal response from the Debtors.

Related Documents:

a)  Certification of Counsel Regarding Application of Powerhouse Retail Services, LLC for Allowance and Payment of Administrative Expense Claim [Filed: 6/18/26] (Docket No. 887).

b)  **[Signed] Order Allowing Administrative Expense Claim of Powerhouse Retail Services, LLC [Filed: 6/23/26] (Docket No. 897).**

Status:  **The order has been entered.  No hearing will be necessary.**

**MATTERS GOING FORWARD**

10.     **Chippewa Center Admin Expense Claim Motion** – Motion of Chippewa Center, LLC for Immediate Payment of Post-Petition Amounts Pursuant to 11 U.S.C. § 365(d)(3) [Filed: 4/2/26] (Docket No. 661).

Response Deadline:  April 9, 2026 at 4:00 p.m. Eastern Time.  Extended to April 10, 2026 for the Debtors.

Responses Received:

a)  Debtors' Objection and Reservation of Rights to Motion of Chippewa Center, LLC for Immediate Payment of Post-Petition Amounts [Filed: 4/10/26] (Docket No. 687).

Related Documents:

a)  Debtors' Witness and Exhibit List for Hearing on April 16, 2026 at 10:00 a.m. (ET) [Filed: 4/14/26] (Docket No. 692).

Status:  **This matter has been adjourned to the next omnibus hearing date.**

11.   **SHI Motion to Compel** – SHI International Corp.'s Motion to Compel Assumption or Rejection of Executory Contract Under 11 U.S.C. § 365(d)(2), or in the Alternative, for Relief from the Automatic Stay Under 11 U.S.C. § 362(d) [Filed: 5/14/26] (Docket No. 810).

Response Deadline:  May 28, 2026 at 4:00 p.m. Eastern Time.  Extended for the Debtors to June 17, 2026.

Responses Received:  None.

Related Documents: None.

Status:  **This matter has been resolved.  Movant will submit an agreed order under certification of counsel.  No hearing will be necessary.**

Dated: June 24, 2026                    **PACHULSKI STANG ZIEHL & JONES LLP**


*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware  19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: ljones@pszjlaw.com
         dbertenthal@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*