**PART 1**
**CASH RECEIPTS & DISBURSEMENTS (UNAUDITED)**

*$ in Actuals*

| Debtor name: | American Signature, Inc. |
|---|---|
| Case number: | 25-12105 |

| Line Item | Current Period |
|---|---|
| **Cash Beginning of Month** | **14,827,662** |
| **RECEIPTS** | |
| Cash Receipts | 3,532,257 |
| DIP Draws | - |
| **Total Receipts** | **3,532,257** |
| **DISBURSEMENTS** | |
| Payroll, Payroll Taxes & Benefits | 965 |
| Letter of Credit Draws | 5,599,743 |
| Other Operating Disbursements | 4,650,815 |
| **Total Disbursements** | **10,251,523** |
| **Net Cash Flow** | |
| (Receipts Less Disbursements) | (6,719,266) |
| **End of Month Cash** | **8,108,397** |

**PART 2**
**BALANCE SHEET (UNAUDITED)**

*$ in Actuals*

| Debtor name: | American Signature, Inc. |
|---|---|
| Case number: | 25-12105 |

| Line Item | Current Period |
|---|---|
| **Assets** | |
| Cash | 6,871,996 |
| Restricted Cash | 1,236,401 |
| Receivables from Affiliates | - |
| Accounts Receivable - Trade | - |
| Accounts Receivable - Other | 9,157,314 |
| Inventory - at Cost | - |
| Prepaid Expenses | - |
| **Total Current Assets** | **17,265,710** |
| Investments | - |
| Note Receivable | - |
| PP&E | - |
| Right of Use Asset | - |
| Construction-in-Progress | - |
| **Total Long Term Assets** | **-** |
| **Total Assets** | **17,265,710** |
| **Liabilities & Equity** | |
| Current Maturities - Long Term Debt | - |
| Short Term Lease Liability | - |
| A P - Trade (Pre Petition) | 136,231,104 |
| A P - Trade (Post Petition) | 1,821,573 |
| Accrued Expenses (Pre Petition) | 21,632,716 |
| Accrued Expenses (Post Petition) | 7,222,195 |
| Customer Deposits | 12,660,202 |
| **Total current Liabilities** | **179,567,790** |
| Mortgages & Notes Payable | - |
| Long Term Lease Liability | - |
| Long Term Obligations | 990,000 |
| **Total Long Term Liabilities** | **990,000** |
| **Total Liabilities** | **180,557,790** |
| **Total Equity** | **(163,292,080)** |
| **Total Liabilities & Equity** | **$17,265,710** |

**PART 4**
**INCOME STATEMENT (UNAUDITED)**

*$ in Actuals*

| Debtor name: | American Signature, Inc. |
|---|---|
| Case number: | 25-12105 |

| Line Item | Current Period |
|---|---|
| Gross income/sales (net of returns and allowances) | - |
| Cost of goods sold (inclusive of depreciation, if applicable) | - |
| **Gross profit** | **-** |
| | |
| Selling Expenses | - |
| General and Administrative Expenses | 2,082,589 |
| Other Expenses | 417,994 |
| Depreciation | - |
| Interest Expense | - |
| Taxes (local, state, and federal) | - |
| Reorganization Items | (4,883,520) |
| **Profit (loss)** | **2,382,938** |

**BANK ACCOUNTS**

*$ in Actuals*

| Debtor name: | | | | | American Signature, Inc. |
|---|---|---|---|---|---|
| **Case number:** | | | | | **25-12105** |
| **Holder** | **Bank Name** | **Account Type** | **Account Number (last 4 digits)** | **Status** | **Period Ending Bank Balance** |
| American Signature, Inc. | The Huntington National Bank | Store Deposit | 7460 | Open | - |
| American Signature, Inc. | The Huntington National Bank | Sunrise | 7473 | Open | 5,015.90 |
| American Signature, Inc. | The Huntington National Bank | Concentration | 7457 | Open | 6,250,322.37 |
| American Signature, Inc. | The Huntington National Bank | KKSG | 7512 | Open | - |
| American Signature, Inc. | The Huntington National Bank | Great Prairie GL | 7509 | Open | 0.20 |
| American Signature, Inc. | The Huntington National Bank | Customer Refunds | 7486 | Open | 616,657.21 |
| American Signature, Inc. | The Huntington National Bank | AP | 7538 | Open | - |
| American Signature, Inc. | PNC Bank | Money Market Account for Letters of Credit | 0668 | Open | 1,236,400.92 |
| American Signature, Inc. | The Huntington National Bank | ASI Payroll | 7525 | Open | - |
| American Signature, Inc. | Alex Brown | Investment Account | A495 | Closed | |
| American Signature, Inc. | Alex Brown | ARS Account | Y370 | Transferred | |
| American Signature, Inc. | Morgan Stanley | Investment Account | 1087 | Closed | |
| **Total** | | | | | **$8,108,396.60** |