**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN SIGNATURE INC., *et al.*[1] | Case No. 25-12105 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: August 26, 2026 at 4:00 p.m. (EST)**<br>**Hearing Date: September 10, 2026 at 2:30 p.m. (EST)** |

**AMENDED NOTICE OF MOTION OF WORLDPAY, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

**PLEASE TAKE NOTICE** that on July 9, 2026, Worldpay, LLC f/k/a Vantiv, LLC, by and through its undersigned counsel, filed the *Motion of Worldpay, LLC for Allowance and Payment of Administrative Expense Claim* [Dkt. No. 931] (the "Motion") with United States Bankruptcy Court for the District of Delaware (the "Court"). **You have previously been served a copy of the Motion**.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court on or before **August 26, 2026 at 4:00 p.m. (ET) (the "Objection Deadline")**. At the same time, you must also serve a copy of the response upon undersigned counsel.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion is scheduled for **September 10, 2026 at 2:30 p.m. (ET) (the "Hearing")** before the Honorable J. Kate Stickles, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN CONNECTION WITH SUCH PLEADINGS WITHOUT FURTHER NOTICE OR HEARING.**

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43219.

Dated: July 27, 2026
Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Carl N. Kunz, III*
Carl N. Kunz, III (DE Bar No. 3201)
3205 Avenue North Blvd., Suite 100
Wilmington, DE 19803
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com

-and-

**ARNALL GOLDEN GREGORY LLP**
Frank N. White, Esq. (*pro hac vice* forthcoming)
171 17th Street NW, Suite 2100
Atlanta, GA 30363
Telephone: (404) 873-8744
Facsimile: (404) 873-8745
Email: frank.white@agg.com

*Attorneys for Worldpay, LLC f/k/a/ Vantiv, LLC*