**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 25-12105 (JKS) |
| AMERICAN SIGNATURE, INC., *et al.*, | (Jointly Administered) |
| Debtors. | |
| | **Re: D.I. No.:_832** |

**ORDER GRANTING MOTION OF WANDA L. HENDERSON
FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTION 362(D) OF
THE BANKRUPTCY CODE**

Upon consideration of the Motion of Wanda L. Henderson (the "Movant")

for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code

(the "Motion"), it is hereby ORDERED that:

1. The Motion is Granted.

2. Movant is granted relief from the Automatic Stay for cause shown and is

permitted to commence and prosecute the State Court Action against the Debtors and

any other individuals or entities, including any subsequent appeals, and may enforce any

judgment, including any alternative dispute resolution award or settlement obtained in the

State Court Action solely against the Debtors' applicable insurance policies.

3. Movant disclaims any right to payment from the Debtors' bankruptcy

estates on account of any claims asserted in the State Court Action and/or any proof of

claim filed in the Debtors' bankruptcy cases.

4. This Order shall become effective immediately upon entry by the Court and

is not subject to the fourteen-day stay provided in Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

5.     This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

**Dated: July 30th, 2026**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

2