**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AMERICAN SIGNATURE, INC., *et al.*, | ) | Case No. 25-12105 (JKS) |
| | ) | |
| *Debtors*. | ) | (Jointly Administered) |
| | ) | Related to Docket No. 932 |

**ORDER GRANTING MOTION OF CREDITOR/LANDLORD, MLRP ARMY TRAIL TRADE CENTER LLC FOR RELIEF FROM THE AUTOMATIC STAY**

This matter came before the Court on the *Motion of Creditor/Landlord, MLRP ARMY TRAIL TRADE CENTER LLC* (the "*Movant*") *for Relief from the Automatic Stay* (the "*Motion*"). Movant seeks relief from the automatic stay imposed by 11 U.S.C. § 362(a) to allow MLRP to exercise any and all state law remedies under its Lease[1] with Debtor, American Signature, Inc. (the "*Debtor*"). The Court finds that notice of the Motion and the hearing thereof, to the extent needed, were properly served. The Court, after considering to the extent appropriate the pleadings, the evidence, and arguments of counsel, hereby finds that such Motion should be granted. It is therefore,

ORDERED, ADJUDGED AND DECREED that, for cause shown, the Motion is **GRANTED** and the automatic stay is hereby modified pursuant to section 362(d) of the Bankruptcy Code to authorize Movant to apply and set off the Security Deposit against the balance due for the MLRP Claim.

**Dated: July 30th, 2026**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] Undefined capitalized terms used herein shall have the same meaning as ascribed in the Motion.