**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| AMERICAN SIGNATURE, INC., *et al.*, | Case No. 25-12105 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 873** |

**ORDER GRANTING MOTION OF FREEPOINT ENERGY**
**SOLUTIONS LLC FOR LEAVE TO FILE LATE REQUEST**
**FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

The Court has considered the *Motion of Freepoint Energy Solutions LLC for Leave to File Late Request for Payment of Administrative Expense Claim* (the "Motion") filed by Freepoint Energy Solutions LLC ("Freepoint"). The Court has jurisdiction to consider the Motion, and the Court finds that proper and adequate notice of the Motion has been provided. The Court finds and determines that the legal and factual bases set forth in the Request establish good cause for the relief granted herein.

Accordingly, it is hereby ORDERED that:

1. The Motion is granted.

2. Freepoint's Administrative Claim is deemed timely and allowed in the amount of $21,922.11.

3. Freepoint's Administrative Claim shall be paid at such time as, and in a manner consistent with, the payment of similarly situated allowed administrative expense claims.

**Dated: July 31st, 2026**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE