**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN SIGNATURE, INC., *et al.*,[1] | ) | Case No. 25-12105 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket No. 939** |

**ORDER (I) AUTHORIZING THE DEBTORS TO REDACT AND FILE UNDER SEAL
THE GOOGLE CLAIMS SALE MOTION AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion to Seal")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"):  (a) authorizing the Debtors to redact and file under seal certain commercially sensitive information contained in the *Motion of Debtors for Entry of an Order (I) Authorizing the Private Sale of Certain Google Claims to Buyer and (II) Granting Related Relief* (the "Google Claims Sale Motion"); (b) directing that the redacted portions of the Google Claims Sale Motion shall remain under seal and confidential and not be made available to anyone, without the prior written consent of the Debtors and the Buyer, except to (i) this Court, (ii) the U.S. Trustee, (iii) counsel to the Committee, and (iv) any other party as may be ordered by the Court or agreed to by the Debtors, in each case under appropriate confidentiality agreements satisfactory to the Debtors and Buyer that preserve the confidentiality of the Confidential Information; and (c) granting related relief, all as more fully set forth in the Motion to Seal; and the United States District Court for the District of Delaware having

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162).  The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

[2]   Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion to Seal.

4922-0264-8508.6 03721.00001

jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion to Seal in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion to Seal is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors' notice of the Motion to Seal and opportunity for a hearing on the Motion to Seal were appropriate under the circumstances and no other notice need be provided; and the Court having reviewed the Motion to Seal and having determined that the legal and factual bases set forth in the Motion to Seal establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Seal is GRANTED as set forth herein.

2. The Debtors are authorized to file the Google Claims Sale Motion under seal. The Confidential Information shall remain confidential and shall not be made available to anyone, other than as provided in paragraph 3 of this Order, without prior written consent of the Debtors and the Buyer or further order of the Court.

3. The Debtors are authorized to cause the Confidential Information to be served on and made available, on a confidential basis, to: (a) the Court, (b) the U.S. Trustee, (c) counsel to the Committee (on a confidential and professional eyes only basis), and (d) any other party as may

be ordered by the Court or agreed to by the Debtors and the Buyer, pursuant to appropriate confidentiality agreements satisfactory to the Debtors and Buyer that preserve the confidentiality of the Confidential Information (and any information derived therefrom).

4.      The Debtors and any party authorized to receive the Confidential Information pursuant to this Order shall, subject to Local Rule 9018-1(d) and without further order of the Court: (a) redact specific references to the information set forth therein from pleadings filed on the public docket maintained in these chapter 11 cases; and (b) not use or refer to the information contained in the Confidential Information in any hearing unless appropriate safeguards have been put in place to protect the confidentiality of the information.

5.      Notice of the Motion to Seal as provided therein shall be deemed good and sufficient notice of such Motion to Seal, and the requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

6.      This Order is without prejudice to the rights of any party in interest to seek to unseal and make public any portion of the material filed under seal.

7.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion to Seal.

8.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: July 31st, 2026**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

4922-0264-8508.6 03721.00001                    3