**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN SIGNATURE, INC., *et al.*,[1] | Case No. 25-12105 (JKS) |
| | (Jointly Administered) |
| Debtors. | |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 4, 2026 AT 1:00 P.M. EASTERN TIME**

> **This proceeding will be conducted in-person.  All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.  Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.  Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

**RESOLVED MATTERS**

1.      **Henderson Motion for Relief from Stay** – Motion of Wanda L. Henderson for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [Filed: 5/19/26] (Docket No. 832).

Response Deadline:  June 2, 2026 at 4:00 p.m. Eastern Time.  Extended for the Debtors.

Responses Received:  None.

---

[1]     The debtors in these Chapter 11 Cases, along with the last four digits of each debtor's federal tax identification number, are American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI - Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162).  The debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

[2]     **Amended items appear in bold.**

Related Documents:

a) Certificate of No Objection Regarding Motion of Wanda L. Henderson for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [Filed: 7/27/26] (Docket No. 966).

b) [Signed] Order Granting Motion of Wanda L. Henderson for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [Filed: 7/30/26] (Docket No. 975).

Status:  The order has been entered.  No hearing will be necessary.

2. **MLRP Stay Motion** – Motion of Creditor/Landlord, MLRP Army Trail Trade Center LLC for Relief from the Automatic Stay [Filed: 7/9/26] (Docket No. 932).

Response Deadline:  July 23, 2026 at 4:00 p.m. Eastern Time.  Extended for the Debtors.

Responses Received:

a) Informal comments from the Debtors.

Related Documents:

a) Certification of Counsel with Respect to Order Granting Motion of Creditor/Landlord, MLRP Army Trail Trade Center LLC for Relief from the Automatic Stay [Filed: 7/29/26] (Docket No. 974).

b) [Signed] Order Granting Motion of Creditor/Landlord, MLRP Army Trail Trade Center LLC for Relief from the Automatic Stay [Filed: 7/30/26] (Docket No. 978).

Status:  The order has been entered.  No hearing will be necessary.

3. **Exclusivity Extension Motion** – Debtors' Motion to Further Extend Exclusive Periods to File and Solicit a Plan [Filed: 7/20/26] (Docket No. 946).

Response Deadline:  July 28, 2026 at 4:00 p.m. Eastern Time.

Responses Received:  None.

Related Documents:

a) Certification of No Objection Regarding Debtors' Motion to Further Extend Exclusive Periods to File and Solicit a Plan [Filed: 7/29/26] (Docket No. 973).

b) [Signed] Order Further Extending Exclusive Periods to File and Solicit a Plan [Filed: 7/30/26] (Docket No. 976).

Status:  The order has been entered.  No hearing will be necessary.

**ADJOURNED MATTER**

4.      **Worldpay Admin Expense Claim Application** – Motion of Worldpay, LLC for Allowance and Payment of Administrative Expense Claim [Filed: 7/9/26] (Docket No. 931).

Response Deadline:  July 23, 2026 at 4:00 p.m. Eastern Time.  Extended for the Debtors to August 26, 2026 at 4:00 p.m. Eastern Time.

Responses Received:  None as of the date hereof.

Related Documents:

a)  Amended Notice of Motion of Worldpay, LLC for Allowance and Payment of Administrative Expense Claim [Filed: 7/27/26] (Docket No. 967).

Status:  This matter has been adjourned to the hearing scheduled for September 10, 2026 at 2:30 p.m. Eastern Time.

**CNO/COC MATTERS**

5.      **Chippewa Center Admin Expense Claim Motion** – Motion of Chippewa Center, LLC for Immediate Payment of Post-Petition Amounts Pursuant to 11 U.S.C. § 365(d)(3) [Filed: 4/2/26] (Docket No. 661).

Response Deadline:  April 9, 2026 at 4:00 p.m. Eastern Time.  Extended to April 10, 2026 for the Debtors.

Responses Received:

a)  Debtors' Objection and Reservation of Rights to Motion of Chippewa Center, LLC for Immediate Payment of Post-Petition Amounts [Filed: 4/10/26] (Docket No. 687).

Related Documents:

a)  Debtors' Witness and Exhibit List for Hearing on April 16, 2026 at 10:00 a.m. (ET) [Filed: 4/14/26] (Docket No. 692).

Status:  This matter has been settled.  A revised proposed order will be submitted under certification of counsel.  No hearing will be necessary unless the Court has any questions.

6.      **Freepoint Motion for Leave** – Motion of Freepoint Energy Solutions LLC for Leave to File Late Request for Payment of Administrative Expense Claim [Filed: 6/5/26] (Docket No. 873).

Response Deadline:  June 18, 2026 at 4:00 p.m. Eastern Time.  Extended for the Debtors to June 23, 2026 at 12:00 p.m.

Responses Received:  None.

Related Documents:

a) **Certification of Counsel Regarding Motion of Freepoint Energy Solutions LLC for Leave to File Late Request for Payment of Administrative Expense Claim [Filed: 7/31/26] (Docket No. 984).**

b) **[Signed] Order Granting Motion of Freepoint Energy Solutions LLC for Leave to File Late Request for Payment of Administrative Expense Claim [Filed: 7/31/26] (Docket No. 985).**

Status:  **The order has been entered.  No hearing will be necessary.**

7.   **Google Claims Sale Motion** – Motion of Debtors for Entry of an Order (I) Authorizing the Private Sale of Certain Google Claims and Participation Interests to Buyer and (II) Granting Related Relief [Filed: 7/15/26] (SEALED Docket No. 937) (REDACTED Docket No. 938).

Response Deadline:  July 29, 2026 at 4:00 p.m. Eastern Time.  Extended for the Office of the United States Trustee (the "UST") to July 31, 2026.

Responses Received:  None.

Related Documents:

a)  Debtors' Motion for Entry of an Order (I) Shortening Notice and Scheduling an Expedited Hearing on Motion of Debtors for Entry of an Order (A) Authorizing the Private Sale of Certain Google Claims and Participation Interests to Buyer and (B) Debtors' Motion Authorizing the Debtors to Redact and File Under Seal the Google Claims Sale Motion and (II) Granting Related Relief [Filed: 7/15/26] (Docket No. 940).

b)  [Signed] Modified Order (I) Shortening Notice and Scheduling an Expedited Hearing on Motion of Debtors for Entry of an Order (A) Authorizing the Private Sale of Certain Google Claims and Participation Interests to Buyer and (B) Debtors' Motion Authorizing the Debtors to Redact and File Under Seal the Google Claims Sale Motion and (II) Granting Related Relief [Filed: 7/17/26] (Docket No. 943).

c)  Notice of Hearing on (A) Motion of Debtors for Entry of an Order (I) Authorizing the Private Sale of Certain Google Claims and Participation Interests to Buyer and (II) Granting Related Relief, and (B) Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Redact and File Under Seal the Google Claims Sale Motion and (II) Granting Related Relief [Filed: 7/17/26] (Docket No. 945).

d)  Certification of No Objection Regarding Motion of Debtors for Entry of an Order (I) Authorizing the Private Sale of Certain Google Claims and Participation Interests to Buyer and (II) Granting Related Relief [Filed: 7/31/26] (Docket No. 981).

e) **[Signed] Order (I) Authorizing the Private Sale of Certain Google Claims and Participation Interests to Buyer and (II) Granting Related Relief [Filed: 7/31/26] (Docket No. 986).**

Status: **The order has been entered. No hearing will be necessary.**

8. **Motion to Redact and Seal Google Claims Sale Motion** – Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Redact and File Under Seal the Google Claims Sale Motion and (II) Granting Related Relief [Filed: 7/15/26] (Docket No. 939).

Response Deadline: July 29, 2026 at 4:00 p.m. Eastern Time. Extended for the UST to July 31, 2026.

Responses Received: None.

Related Documents:

a) Debtors' Motion for Entry of an Order (I) Shortening Notice and Scheduling an Expedited Hearing on Motion of Debtors for Entry of an Order (A) Authorizing the Private Sale of Certain Google Claims and Participation Interests to Buyer and (B) Debtors' Motion Authorizing the Debtors to Redact and File Under Seal the Google Claims Sale Motion and (II) Granting Related Relief [Filed: 7/15/26] (Docket No. 940).

b) [Signed] Modified Order (I) Shortening Notice and Scheduling an Expedited Hearing on Motion of Debtors for Entry of an Order (A) Authorizing the Private Sale of Certain Google Claims and Participation Interests to Buyer and (B) Debtors' Motion Authorizing the Debtors to Redact and File Under Seal the Google Claims Sale Motion and (II) Granting Related Relief [Filed: 7/17/26] (Docket No. 943).

c) Notice of Hearing on (A) Motion of Debtors for Entry of an Order (I) Authorizing the Private Sale of Certain Google Claims and Participation Interests to Buyer and (II) Granting Related Relief, and (B) Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Redact and File Under Seal the Google Claims Sale Motion and (II) Granting Related Relief [Filed: 7/17/26] (Docket No. 945).

d) Certification of No Objection Regarding Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Redact and File Under Seal the Google Claims Sale Motion and (II) Granting Related Relief [Filed: 7/31/26] (Docket No. 982).

e) **[Signed] Order (I) Authorizing the Debtors to Redact and File Under Seal the Google Claims Sale Motion and (II) Granting Related Relief [Filed: 7/31/26] (Docket No. 987).**

Status: **The order has been entered. No hearing will be necessary.**

**MATTER GOING FORWARD**

9.    **Daley Stay Motion** – Motion for Relief from Stay Filed By Marlene Daley [Filed: 5/8/26] (Docket No. 789).

    Response Deadline:  July 28, 2026 at 4:00 p.m. Eastern Time.

    Responses Received:

a)    Debtors' Objection to the Motion of Marlene Daley for Relief from the Automatic Stay in These Cases [Filed: 7/28/26] (Docket No. 971).

    Related Documents:

a)    Notice of Filing Fee(s) Due Re: Docket # 789 [Filed: 5/8/26] (Docket No. 790).

b)    Notice of Hearing Regarding Motion for Relief from Stay Filed By Marlene Daley [Filed: 7/17/26] (Docket No. 944).

    Status:  This matter will go forward.


Dated:  August 4, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware  19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@pszjlaw.com
      dbertenthal@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*