### SIGN-IN SHEET

| CASE NAME   American Signature, Inc. | COURTROOM #6 |
|---|---|
| CASE NUMBER: 25-12105 JKS | DATE: 8/4/2026 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| TIM CAIRNS | PSZJ LLP | DEBTORS |
| Carol Thompson | Cole Schotz | Committee |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

<u>1:00 PM</u>

**25-12105-JKS American Signature, Inc.**

| Party | Firm | Representing | Time | Via | Participant |
|---|---|---|---|---|---|
| Jason Adams | Kelley Drye & Warren LLP | Official Committee of Unsecured Creditors | 1:00 PM | Zoom(Video and Audio) | yes |
| Joseph Barbarito | | Debtors | 1:00 PM | Zoom(Video and Audio) | yes |
| Jane Benefield | | | 1:00 PM | Zoom(Video and Audio) | yes |
| David Bertenthal | Pachulski Stang Ziehl & Jones LLP | Debtors | 1:00 PM | Zoom(Video and Audio) | yes |
| Zev Bomrind | Pachulski Stang Ziehl & Jones LLP | Debtors | 1:00 PM | Zoom(Video and Audio) | yes |
| Becky Brothman | Ballard Spahr LLP | | 1:00 PM | Zoom(Video and Audio) | yes |
| Timothy Cairns | Pachulski Stang Ziehl & Jones LLP | Debtors | 1:00 PM | Zoom(Video and Audio) | yes |
| Michael Canale | | Debtors | 1:00 PM | Zoom(Video and Audio) | yes |
| Connie Choe | Kelley Drye & Warren LLP | Official Committee of Unsecured Creditors | 1:00 PM | Zoom(Video and Audio) | yes |
| Edward Corma | Pachulski Stang Ziehl & Jones LLP | Debtors | 1:00 PM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Steve Coulombe | | Debtors | 1:00 PM | Zoom(Video and Audio) | yes |
| Karen Dine | Pachulski Stang Ziehl & Jones LLP | Debtors | 1:00 PM | Zoom(Video and Audio) | yes |
| Bob Duffy | | Debtors | 1:00 PM | Zoom(Video and Audio) | yes |
| Uday Gorrepati | | | 1:00 PM | Audio Only | no |
| Angela K. Herring | Wachtell, Lipton, Rosen & Katz | ASI Purchaser LLC | 1:00 PM | Zoom(Video and Audio) | yes |
| Laura Davis Jones | Pachulski Stang Ziehl & Jones LLP | Debtors | 1:00 PM | Zoom(Video and Audio) | yes |
| Teresa Kohl | | Debtors | 1:00 PM | Zoom(Video and Audio) | yes |
| Cia Mackle | Pachulski Stang Ziehl & Jones LLP | Debtors | 1:00 PM | Zoom(Video and Audio) | yes |
| Chris McAvinn | | Debtors | 1:00 PM | Zoom(Video and Audio) | yes |
| Maeghan McLoughlin | Kelley Drye & Warren LLP | Official Committee of Unsecured Creditors | 1:00 PM | Zoom(Video and Audio) | yes |
| Theresa Mistretta | Potter Anderson & Corroon | | 1:00 PM | Zoom(Video and Audio) | yes |
| Rudy Morando | | Debtors | 1:00 PM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Margaret A. Vesper | Ballard Spahr | | 1:00 PM | Zoom(Video and Audio) | yes |
| J. Scott Victor | | Debtors | 1:00 PM | Zoom(Video and Audio) | yes |
| Craig Warznak | | Debtors | 1:00 PM | Zoom(Video and Audio) | yes |
| Karina Yee | Pachulski Stang Ziehl & Jones LLP | Debtors | 1:00 PM | Zoom(Video and Audio) | yes |
| Tamara Zapata | Kelley Drye and Warren | Creditors' Committee | 1:00 PM | Zoom(Video and Audio) | yes |
| David Zubkis | | | 1:00 PM | Audio Only | no |