**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN SIGNATURE, INC., *et al.*,[1] | ) | Case No. 25-12105 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 789** |

**ORDER DENYING WITHOUT PREJUDICE MOTION FOR
RELIEF FROM STAY FILED BY MARLENE DALEY**

The Court having considered claimant Marlene Daley's motion for relief from

stay (the "Stay Motion") [Docket No. 789]; and after a hearing on the Stay Motion; and after due

deliberation thereon; IT IS HEREBY

ORDERED that, for the reasons stated on the record in open court at the hearing

on August 4, 2026, the Stay Motion is denied without prejudice.

**Dated: August 13th, 2026**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162).  The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

DE:4911-1034-1317.1 03721.00001