**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| AMERICAN SIGNATURE, INC., *et al.*,[1] | ) | Case No. 25-12105 (JKS) |
| Debtors. | ) | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Michael Villa, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On August 24, 2026, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Sixth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtors and Debtors in Possession, for the Period from May 1, 2026 Through May 31, 2026** [Docket No. 1024]

Furthermore, on August 24, 2026, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit B**; and via First Class Mail upon the service list attached hereto as **Exhibit C**:

- **Order Approving Stipulation Between the Debtors and Everest Technologies Inc. Settling Administrative Claim** [Docket No. 1025]

Dated: August 26, 2026

*/s/ Michael Villa*
Michael Villa
Verita
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43219.

# Exhibit A

**Exhibit A**
**Fee Application Parties Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to the Prepetition Term Agent & PNC Bank, National Association | Blank Rome LLP | Attn Stanley B. Tarr, Regina Stango Kelbon, Lawrence R. Thomas III | regina.kelbon@blankrome.com; stanley.tarr@blankrome.com; lorenzo.thomas@blankrome.com |
| Counsel to the DIP Agent, Prepetition ABL Agent & Second Avenue Capital Partners, LLC | Choate, Hall & Stewart LLP | Attn John F. Ventola, Esq., Jonathan D. Marshall, Esq., and Lucas B. Barrett, Esq. | jventola@choate.com; jmarshall@choate.com; lbarrett@choate.com |
| Counsel to the Official Committee of Unsecured Creditors | Cole Schotz P.C. | Justin Alberto, Stacy L. Newman, Carol E. Thompson | jalberto@coleschotz.com; snewman@coleschotz.com; cthompson@coleschotz.com |
| Counsel to the Official Committee of Unsecured Creditors | Cole Schotz P.C. | Seth Van Aalten, Sarah A. Carnes | svanaalten@coleschotz.com; scarnes@coleschotz.com |
| Counsel to the Prepetition Term Agent & PNC Bank, National Association | Goldberg Kohn Ltd. | Attn Randall L. Klein, Zachary J. Garrett, Eva D. Gadzheva | randall.klein@goldbergkohn.com; zachary.garrett@goldbergkohn.com; eva.gadzheva@goldbergkohn.com |
| Counsel to the Conflicts Committee | Goodwin Procter LLP | Attn Kizzy L. Jarashow, Esq. and Stacy Dasaro, Esq. | kjarashow@goodwinlaw.com; sdasaro@goodwinlaw.com |
| Counsel to the Official Committee of Unsecured Creditors | Kelley Drye & Warren LLP | Eric R. Wilson, Jason R. Adams, Maeghan J. McLoughlin | ewilson@kelleydrye.com; jadams@kelleydrye.com; mmcloughlin@kelleydrye.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Malcolm M. Bates, Esq. | malcolm.m.bates@usdoj.gov |
| Counsel to the Debtors and Debtors-in-Possession | Pachulski Stang Ziehl & Jones LLP | Laura Davis Jones, David M. Bertenthal | ljones@pszjlaw.com; dbertenthal@pszjlaw.com |
| Counsel to the Conflicts Committee | Potter Anderson & Corroon LLP | Attn L. Katherine Good, Esq. | kgood@potteranderson.com |
| Counsel to the DIP Agent, Prepetition ABL Agent & Second Avenue Capital Partners, LLC | Richards, Layton & Finger, P.A. | Attn Daniel J. DeFranceschi, Esq., John H. Knight, Esq. | defranceschi@RLF.com; Knight@RLF.com |

# Exhibit B

**Exhibit B**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to DDRTC Heritage Pavilion, LLC | Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. | J. David Folds | dfolds@bakerdonelson.com |
| Counsel to Broadstone AVF Michigan, LLC, Federal Realty OP LP, FR Montrose Crossing, LLC, Lakeview Plaza (Orland), LLC, SCF RC Funding IV LLC, and STORE SPE AVFII 2017-2, LLC | Ballard Spahr LLP | Craig S. Ganz, Michael S. Myers, Joel F. Newell | ganzc@ballardspahr.com; myersm@ballardspahr.com; newellj@ballardspahr.com |
| Counsel to Broadstone AVF Michigan, LLC, Federal Realty OP LP, FR Montrose Crossing, LLC, Lakeview Plaza (Orland), LLC, SCF RC Funding IV LLC, and STORE SPE AVFII 2017-2, LLC, and Target Cast LLC d/b/a Assembly | Ballard Spahr LLP | Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper, Erin L. Williamson | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com; williamsone@ballardspahr.com |
| Counsel to BRE Retail Residual NC Owner L.P., Brixmor Holdings 10 SPE, LLC, Brixmor Operating Partnership 2, LLC, and Brixmor/IA Regency Park SC, LLC | Barclay Damon LLP | Attn: Scott L. Fleischer | sfleischer@barclaydamon.com |
| Counsel to Kin Properties Inc., Alisue LLC and Diajeff LLC | Bayard, P.A. | Ericka F. Johnson, Steven D. Adler | ejohnson@bayardlaw.com; sadler@bayardlaw.com |
| Counsel to MSC Mediterranean Shipping Company S.A. and MSC Mediterranean Shipping Company (USA) Inc. | Benesch, Friedlander, Coplan & Aronoff LLP | Kevin M. Capuzzi, Esq. | kcapuzzi@beneschlaw.com |
| Counsel to the Prepetition Term Agent & PNC Bank, National Association | Blank Rome LLP | Attn Stanley B. Tarr, Regina Stango Kelbon, Lawrence R. Thomas III | regina.kelbon@blankrome.com; stanley.tarr@blankrome.com; lorenzo.thomas@blankrome.com |
| Counsel to NEST International, Inc. | Brown & Connery, LLP | Attn: Donald K. Ludman | dludman@brownconnery.com |
| Counsel to Park Associates LP | Campbell & Levine, LLC | Katherine L. Hemming, Esquire | khemming@camlev.com |
| Counsel to the DIP Agent, Prepetition ABL Agent & Second Avenue Capital Partners, LLC | Choate, Hall & Stewart LLP | Attn John F. Ventola, Esq., Jonathan D. Marshall, Esq., and Lucas B. Barrett, Esq. | jventola@choate.com; jmarshall@choate.com; lbarrett@choate.com |
| Counsel to Furniture Care Protection, Inc. | Ciardi Ciardi & Astin | John D. McLaughlin, Jr. | jmclaughlin@ciardilaw.com |
| Counsel to Utica Park Place Owner, LLC and Canton Corners Shopping Center, L.L.C. | Clark Hill PLC | Audrey L. Hornisher | ahornisher@clarkhill.com |
| Counsel to Utica Park Place Owner, LLC and Canton Corners Shopping Center, L.L.C. | Clark Hill PLC | Karen M. Grivner | kgrivner@clarkhill.com |
| Counsel to Utica Park Place Owner, LLC and Canton Corners Shopping Center, L.L.C. | Clark Hill PLC | Kenny Chiaghana | kchiaghana@clarkhill.com |
| Counsel to the Official Committee of Unsecured Creditors | Cole Schotz P.C. | Justin Alberto, Stacy L. Newman, Carol E. Thompson | jalberto@coleschotz.com; snewman@coleschotz.com; cthompson@coleschotz.com |
| Counsel to the Official Committee of Unsecured Creditors | Cole Schotz P.C. | Seth Van Aalten, Sarah A. Carnes | svanaalten@coleschotz.com; scarnes@coleschotz.com |
| Counsel to Belden Park Delaware, LLC | David Neumann, LLC | David M. Neumann | dneumann@dneumann.com |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Department | attorney.general@state.de.us |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Counsel to Duval County Tax Collector | Duval County Tax Collector | Laura Boeckman, Assistant General Counsel | lboeckman@coj.net |
| Counsel to SB360 Capital Partners, LLC | Ellenoff Groussman & Schole LLP | Maura I. Russell | mrussell@egsllp.com |
| Top 30 & Committee of Unsecured Creditor | Everest Technologies, Inc. | Attn: Kapil (Bob) Malik | Ar@Everesttech.com; bmalik@everesttech.com |

**Exhibit B**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Sir Barton Place, LLC a KY limited liability company, WPG Legacy, LLC., and Tempur World, LLC and its affiliates | FBT Gibbons LLP | Christopher Viceconte | cviceconte@fbtgibbons.com |
| Florida Attorney General | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Counsel for Sir Barton Place, LLC, a KY liability limited company | Frost Brown Todd LLP | Adam R. Kegley | akegley@fbtlaw.com |
| Counsel to Tempur World, LLC & its affiliates | Frost Brown Todd LLP | Ronald E. Gold, Esq. Erin P. Severini, Esq Joy Kleisinger, Esq. | rgold@fbtlaw.com; eseverini@fbtlaw.com; jkleisinger@fbtlaw.com |
| Georgia Attorney General | Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |
| Counsel to Tempur World, LLC & its affiliates & Sir Barton Place, LLC, a KY liability limited company | Gibbons P.C. | John S. Mairo, Esq. | jmairo@gibbonslaw.com |
| Counsel to the Prepetition Term Agent & PNC Bank, National Association | Goldberg Kohn Ltd. | Attn Randall L. Klein, Zachary J. Garrett, Eva D. Gadzheva | randall.klein@goldbergkohn.com; zachary.garrett@goldbergkohn.com; eva.gadzheva@goldbergkohn.com |
| Counsel to the Conflicts Committee | Goodwin Procter LLP | Attn Kizzy L. Jarashow, Esq. and Stacy Dasaro, Esq. | kjarashow@goodwinlaw.com; sdasaro@goodwinlaw.com |
| Top 30 & Committee of Unsecured Creditor | H317 Logistics LLC | Attn: Douglas H. Lynn, Jr. | Brenda.Dlynn@gmail.com; dlynnjr@mac.com |
| Counsel to Nancy C. Millan, Hillsborough County Tax Collector | Hillsborough County Tax Collector | Brian T. FitzGerald | fitzgeraldb@hcfl.gov; stroupj@hcfl.gov; leema@hcfl.gov |
| Top 30 & Committee of Unsecured Creditor | Holland House | Attn: Matthew Laux | Kevin.Vanmeter@Hollandhousefurniture.com; matt.laux@hthackney.com |
| Illinois Attorney General | Illinois Attorney General | Attn Bankruptcy Department | bankruptcy_notices@ilag.gov |
| Indiana Attorney General | Indiana Attorney General | Attn Bankruptcy Department | info@atg.in.gov |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Counsel to Burlington Stores, Inc. | Jackson Walker LLP | Kristhy M. Peguero, Victoria Argeroplos | kpeguero@jw.com; vargeroplos@jw.com |
| Counsel to Burlington Stores, Inc. | Jackson Walker LLP | William Farmer | wfarmer@jw.com |
| Counsel to the Official Committee of Unsecured Creditors | Kelley Drye & Warren LLP | Eric R. Wilson, Jason R. Adams, Maeghan J. McLoughlin | ewilson@kelleydrye.com; jadams@kelleydrye.com; mmcloughlin@kelleydrye.com |
| Kentucky Attorney General | Kentucky Attorney General | Attn Bankruptcy Department | attorney.general@ag.ky.gov |
| Counsel to Kin Properties Inc., Alisue LLC and Diajeff LLC | Kin Properties Inc. | Paul B. Bernstein, General Counsel | pbernstein@kinproperties.com; Landlord@Kinproperties.com |
| Attorneys for PREIT Services, LLC, as agent for PR Financing Limited Partnership | Kurtzman Steady, LLC | Jeffrey Kurtzman, Esquire | kurtzman@kurtzmansteady.com |
| Counsel to Wanda L. Henderson | Law Office of Gary J. Boynton | Gary J. Boynton, Esquire | docs@garyjboynton.com; denyse@garyjboynton.com |
| Top 30 & Committee of Unsecured Creditor | Man Wah MCO | Attn: Gabriel Natale | Chris@Manwahgroup.com; gabrielegnatale@gmail.com |
| Manatee County Tax Collectors | Manatee County Tax Collector | Ken Burton, Jr., Tax Collector, Michelle Leeson, Paralegal, Collections Specialist, CFCA | legal@taxcollector.com |
| Maryland Attorney General | Maryland Attorney General | Attn Bankruptcy Department | oag@oag.state.md.us |
| Counsel to Park Associates LP | Metz Lewis Brodman Must O'Keefe | Justin M. Tuskan, Esquire | JTuskan@metzlewis.com |
| Counsel to Prince George's County, Maryland | Meyers, Rodbell, & Rosenbaum, P.A. | Nicole C. Kenworthy | bdept@mrrlaw.net |
| Miami-Dade Office of the Tax Collector | Miami-Dade Office of the Tax Collector | Legal Services Division | NikolasRogers@mdctaxcollector.gov; MDTCBKC@mdctaxcollector.gov |
| Michigan Attorney General | Michigan Attorney General | Attn Bankruptcy Department | miag@michigan.gov |
| Counsel to SB360 Capital Partners, LLC & ASI Purchaser LLC | Morris, Nichols, Arsht & Tunnell LLP | Derek C. Abbott, Luke Brzozowski | dabbott@morrisnichols.com; lbrzozowski@morrisnichols.com |
| New York Attorney General | New York Attorney General | Attn Bankruptcy Department | letitia.james@ag.ny.gov |
| North Carolina Attorney General | North Carolina Attorney General | Attn Bankruptcy Department | ncago@ncdoj.gov |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Malcolm M. Bates, Esq. | malcolm.m.bates@usdoj.gov |

**Exhibit B**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Kimco Realty Corporation, KIR Brandon 011, LLC, Weingarten Nostat, LLC, JLPK-DALE MABRY, LLC, WRI Camp of Creek Marketplace II, LLC, Kimco of Pennsylvania Trust, & Mstreet Turner Hill, LLC | Offit Kurman, P.A. | Brian J. McLaughlin, Esquire | brian.mclaughlin@offitkurman.com |
| Pennsylvania Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |
| Counsel to the Conflicts Committee | Potter Anderson & Corroon LLP | Attn L. Katherine Good, Esq. | kgood@potteranderson.com |
| Counsel to Market Square Owner, LLC | Rashti and Mitchell, Attorneys at Law | Timothy T. Mitchell, Donna Kaye Rashti | tim@rashtiandmitchell.com; dkrm@aol.com; donna@rashtiandmitchell.com |
| Committee of Unsecured Creditor | Realty Income Corp. | Attn: Mike DiGiacomo | mdigiacomo@realtyincome.com |
| Counsel to the DIP Agent, Prepetition ABL Agent & Second Avenue Capital Partners, LLC | Richards, Layton & Finger, P.A. | Attn Daniel J. DeFranceschi, Esq., John H. Knight, Esq. | defranceschi@RLF.com; Knight@RLF.com |
| Top 30 & Committee of Unsecured Creditor | Riverside Furniture Corp | Attn: Beth Brown | smora@riverside-furniture.com; bbrown@riverside-furniture.com |
| Counsel to Powerhouse Retail Services, LLC and PH FM, LLC | Robinson & Cole LLP | Evan M. Lazerowitz | elazerowitz@rc.com |
| Counsel to Powerhouse Retail Services, LLC and PH FM, LLC | Robinson & Cole LLP | Jamie L. Edmonson | jedmonson@rc.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Counsel to Landlord & Interested Party, Simon Property Group, L.P. | Simon Property Group, L.P. | Catherine M. Martin, Esq. | cmartin@simon.com |
| South Carolina Attorney General | South Carolina Attorney General | Attn Bankruptcy Department | bankruptcy@scag.gov |
| Counsel to Balgot Realty Corp. | Spero Law Office | Joseph B. Spero, Esquire | sperofirm@sperolawoffice.com |
| Counsel to Etkin & Co., Lexington Realty International, SBV-Holland LLC & G&I IX Empire Thruway Plaza, LLC | Stark & Stark, P.C. | Joseph H. Lemkin, Thomas S. Onder | jlemkin@stark-stark.com; tonder@stark-stark.com |
| Counsel to Gardner White Furniture Co., Inc. | Stevenson & Bullock, P.L.C | Charles D. Bullock, Esq., Elliot Crowder, Esq. | cbullock@sbplclaw.com; ecrowder@sbplclaw.com |
| Counsel to Kin Properties Inc., Alisue LLC and Diajeff LLC | Tayman Lane Chaverri LLP | Jeffrey Rhodes | jrhodes@tlclawfirm.com |
| Top 30 & Committee of Unsecured Creditor | Tempur World, LLC | Attn: Leila O'Carra | Accts.Receivable@Tempurpedic.com; Leila.ocarra@tempursealy.com |
| Tennessee Attorney General | Tennessee Attorney General | Attn Bankruptcy Department | agattorneys@ag.tn.gov |
| Counsel to creditor Sylvester Frink | The Roseman Law Firm | Stephanie L. Roseman | stephanie@krosemanlaw.com |
| Counsel to Gregory Camarco and Marcy D. Cellentani ("The Landlord") | The Rosner Law Group LLC | Frederick B. Rosner, Esq. | rosner@teamrosner.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Virginia Attorney General | Virginia Attorney General | Attn Bankruptcy Department | mailoag@oag.state.va.us |
| Counsel to ASI Purchaser LLC | Wachtell, Lipton, Rosen & Katz | Amy R. Wolf, Emil A. Kleinhaus, Scott K. Charles, Neil M. Snyder, Angela K. Herring | ARWolf@wlrk.com; EAKleinhaus@wlrk.com; SKCharles@wlrk.com; NMSnyder@wlrk.com; AKHerring@wlrk.com |
| West Virginia Attorney General | West Virginia Attorney General | Attn Bankruptcy Department | consumer@wvago.gov |
| Counsel to Gardner White Furniture Co., Inc. | Whiteford, Taylor & Preston, LLP | David W. Gaffey, Esq. | dgaffey@whitefordlaw.com |
| Counsel to Gardner White Furniture Co., Inc. | Whiteford, Taylor & Preston, LLP | Marc J. Phillips, Esq. | mphillips@whitefordlaw.com |
| Counsel to Gregory Camarco and Marcy D. Cellentani ("The Landlord") | Wilentz, Goldman & Spitzer, P.A. | David H. Stein, Esq., Andrew Broome, Esq. | dstein@wilentz.com; abroome@wilentz.com |
| Counsel to The Huntington National Bank | Womble Bond Dickinson (US) LLP | Matthew P. Ward, Michael Barber | matthew.ward@wbd-us.com; michael.barber@wbd-us.com |

# Exhibit C

**Exhibit C**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd, Suite 100 | | | Dover | DE | 19904 |
| Georgia Attorney General | Georgia Attorney General | Attn Bankruptcy Department | 40 Capital Square, SW | | | Atlanta | GA | 30334-1300 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Missouri Attorney General | Missouri Attorney General | Attn Bankruptcy Department | Supreme Court Bldg | 207 W. High St. | P.O. Box 899 | Jefferson City | MO | 65101 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Malcolm M. Bates, Esq. | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 |
| Ohio Attorney General | Ohio Attorney General | Attn Bankruptcy Department | 50 E. Broad Street 17th Fl | | | Columbus | OH | 43215 |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St, Suite 20-100 | | New York | NY | 10004-2616 |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard, Ste 520 | Philadelphia | PA | 19103 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 |