IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: AMERICAN SIGNATURE, INC., et al., Debtors.

Chapter 11

Case No. 25-12105 (JKS)
(Jointly Administered)

CERTIFICATE OF NO OBJECTION REGARDING CLAIMANT MARLENE DALEY'S MOTION FOR EXAMINATION AND PRODUCTION OF DOCUMENTS PURSUANT TO BANKRUPTCY RULE 2004

The undersigned Pro Se Claimant, Marlene Daley, hereby certifies to this Court as follows:

1. On August 10, 2026, the Claimant filed and served the Motion for Examination and Production of Documents Pursuant to Bankruptcy Rule 2004 (the "Motion").

2. Pursuant to the Notice of Motion, responses or objections to the Motion were required to be filed and served on or before August 27, 2026.

3. A review of the Court's official docket confirms that no objection, responsive pleading, or request for a hearing has been filed by the Debtors or any other party in interest.

4. Accordingly, no objection or opposition to the Motion remains on the docket, and the matter is ripe for the Court's consideration.

5. On Saturday, September 12, 2026, almost 5 weeks after the formal objection deadline had passed, Counsel for the Debtors sent an informal email requesting a retroactive extension of time to respond.

6. On Monday, September 14, 2026, the Claimant offered a reasonable one-week courtesy extension or an informal production of the requested documents. Counsel for the Debtors declined the timeline, citing an out-of-office conflict. As of the time of this filing, no formal objection or motion for an extension of time has been submitted to the Court, and the matter remains uncontested on the official docket.

WHEREFORE, the Claimant respectfully requests that the Court enter the attached Proposed Order granting the Motion at its earliest convenience.

Dated: September 14, 2026

Respectfully submitted,

By: ___________________________

Marlene Daley, Pro Se Claimant
Phone 954-945-1299
Email: Daleymarlene@yahoo.com
Address: c/o Nicola Johnson
925 Canterbury Rd NE Apt 1253
Atlanta GA 30324

CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2026, a true and correct copy of the foregoing Certificate of No Objection and the attached Proposed Order was served via electronic mail upon Lead Corporate Counsel Timothy P. Cairns and the parties of record listed on the Master Service List.

By: ___________________________

Marlene Daley, Pro Se Claimant

EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:
AMERICAN SIGNATURE, INC., et al.,
Debtors.

Chapter 11
Case No. 25-12105 (JKS)
(Jointly Administered)

## ORDER GRANTING CLAIMANT MARLENE DALEY'S MOTION FOR EXAMINATION AND PRODUCTION OF DOCUMENTS PURSUANT TO BANKRUPTCY RULE 2004

Upon consideration of the Motion for Examination and Production of Documents Pursuant to Bankruptcy Rule 2004 (the "Motion") filed by Pro Se Claimant Marlene Daley; and the Court finding that due and proper notice was given; and no objections having been filed; and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Debtors are directed to produce to the Claimant, within fourteen (14) days of the entry of this Order, all documents set forth in Schedule A of the Motion, specifically including the full declaration pages, primary, excess, and umbrella policies, and coverage limits for the Debtors' Employment Practices Liability Insurance (EPLI) and Directors and Officers (D&O;) insurance.

Dated: ________________, 2026
Wilmington, Delaware

______________________________

HONORABLE J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE