September 30, 2026

2025 OCT 20 A 8:42

VIA CERTIFIED MAIL

Stephen L. Grant,
Clerk of Court United States Bankruptcy Court for the District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE 19801

In re: American Signature, Inc., et al., Case No. 25-12105 (JKS)
Re: Documents for Filing Related to Docket No. 1005

Dear Mr. Grant:

I am appearing pro se as a creditor/movant in the above-captioned Chapter 11 proceeding. Enclosed please find the original and one copy of the following documents for filing on the official court docket:

1. NOTICE OF FILING OF EXHIBIT "A" IN SUPPORT OF MOTION FOR EXAMINATION AND PRODUCTION OF DOCUMENTS PURSUANT TO BANKRUPTCY RULE 2004 (Please link this exhibit directly to my original Rule 2004 Motion at Docket No. 1005).

2. (PROPOSED) ORDER AUTHORIZING PRODUCTION OF DOCUMENTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 (Please lodge this with the Chambers of Honorable Judge J. Kate Stickles relative to Docket No. 1005).

Please file the originals on the docket. I have also enclosed a self-addressed, stamped envelope and an extra copy of each document. Kindly date-stamp the extra copies upon receipt and return them to me for my personal records. Thank you for your administrative assistance with this matter.

Respectfully submitted,

Marlene Daley

Marlene Daley, Pro Se
Address: c/o Nicola Johnson
925 Canterbury Rd NE Apt 1253
Atlanta GA 30324
Phone:954-945-1299
Email: Daleymarlene@yahoo.com

cc: Timothy P. Cairns, Esq. & Debtors' Legal Team (via Electronic Mail)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN SIGNATURE, INC., et al., | ) | Case No. 25-12105 (JKS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Related Docket No.: 1005 |
| | ) | |

NOTICE OF FILING OF EXHIBIT "A" IN SUPPORT OF MOTION FOR EXAMINATION AND PRODUCTION OF DOCUMENTS PURSUANT TO BANKRUPTCY RULE 2004

PLEASE TAKE NOTICE that Marlene Daley, pro se, hereby files Exhibit "A" in support of her Motion for Examination and Production of Documents Pursuant to Federal Rule of Bankruptcy Procedure 2004 (Docket No. 1005). Exhibit "A" consists of a true and correct copy of an electronic mail communication from Timothy P. Cairns (Counsel for the Debtors) dated September 14, 2026, wherein Debtors' counsel explicitly agreed to provide the requested insurance policies.

Dated: September 30, 2026

Respectfully submitted,

[signature]

Marlene Daley, Pro Se
Address: c/o Nicola Johnson
925 Canterbury Rd NE Apt 1253
Atlanta GA 30324
Phone: 954-945-1299
Email: Daleymarlene@yahoo.com

EXHIBIT A

Timothy P. Cairns
From:tcairns@pszjlaw.com

To: Marlene Daley

Cc: Laura Davis Jones,David Bertenthal,Mary F. Caloway,jadams@pszjlaw.com,jalberto@coleschotz.comand 1 more...

Mon, Sep 14 at 4:45 PM

Marlene,

FYI, we expect to be able to provide you with the insurance policies you requested this week.

Best,

Tim

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| **AMERICAN SIGNATURE, INC.**, *et al.*, | ) | Case No. 24-11840 (JKS)<br>(Jointly Administered) |
| Debtors. | ) | **Related Docket No.:** _______ |

**ORDER AUTHORIZING PRODUCTION OF DOCUMENTS**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

Upon consideration of the Motion for Examination and Production of Documents Pursuant to Federal Rule of Bankruptcy Procedure 2004 (the "Motion") filed by Marlene Daley, *pro se*; and the Court having jurisdiction to consider the Motion; and due and proper notice having been given; and it appearing that good cause exists for the entry of this Order;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. Pursuant to Federal Rule of Bankruptcy Procedure 2004, the Debtors (or their designated representatives) shall, within fourteen (14) calendar days of the entry of this Order, produce and deliver to Marlene Daley via electronic mail at ____________________________________ complete and unredacted copies of the following:

   a. All policy agreements and declaration pages for any Employment Practices Liability Insurance (EPLI) policies in effect during the relevant period of Movant's employment and separation;

   b. All policy agreements and declaration pages for any Directors & Officers (D&O;) Liability insurance policies potentially covering Movant's asserted employment-related claims; and

   c. The names, addresses, claim numbers, and direct contact information of the insurance carriers and designated claims adjusters/administrators associated with each such policy.

3. The materials produced pursuant to this Order shall be used solely for the purpose of evaluating, prosecuting, and liquidating Movant's asserted claims against the Debtors within these Chapter 11 proceedings, and shall be treated as strictly confidential, if designated as such by the Debtors, subject to further order of this Court.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: October ____, 2026
Wilmington, Delaware

____________________________________________
**HONORABLE J. KATE STICKLES**
UNITED STATES BANKRUPTCY JUDGE