**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MARELLI AUTOMOTIVE LIGHTING USA LLC, *et al.*,[1] | ) | Case No. 25-11034 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 1073** |

### CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 1073

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection, or other responsive pleading to the *Second Monthly Fee Application of Selendy Gay PLLC, Attorneys for the Special Committee of Marelli Holdings Co., Ltd., for the Period from August 1, 2025, Through and Including August 31, 2025* [Docket No. 1073] (the "Application") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") on October 9, 2025.  Pursuant to the Application, objections to the Application were to be filed and served no later than 4:00 p.m. (prevailing Eastern Time) on October 30, 2025.

The undersigned further certifies that, as of the date hereof, she has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Application appears thereon.

Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 477], the Debtors are now authorized to pay 80% ($662,154.00) of requested fees

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli.  The location of Marelli Automotive Lighting USA LLC's principal place of business is 26555 Northwestern Highway, Southfield, Michigan 48033.

4938-6677-1318.1 54509.00001

($827,692.50) and 100% of requested expenses ($4,568.40) on an interim basis without further

order of the Court.


Dated:    October 31, 2025
          Wilmington, Delaware


| | |
|---|---|
| */s/ Laura Davis Jones* | */s/ Kelley A. Cornish* |
| **PACHULSKI STANG ZIEHL & JONES LLP** | **SELENDY GAY PLLC** |
| Laura Davis Jones (DE Bar No. 2436) | Kelley A. Cornish (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | Faith E. Gay (admitted *pro hac vice*) |
| Edward A. Corma (DE Bar No. 6718) | Claudia Tobler (admitted *pro hac vice*) |
| 919 North Market Street, 17th Floor | Kayleigh Yerdon (admitted *pro hac vice*) |
| P.O. Box 8705 | 1290 Avenue of the Americas |
| Wilmington, Delaware 19899 (Courier 19801) | New York, NY 10104 |
| Telephone:    (302) 652-4100 | Telephone:    (212) 390-9000 |
| Facsimile:    (302) 652-4400 | Email:    kcornish@selendygay.com |
| Email:    ljones@pszjlaw.com | fgay@selendygay.com |
| tcairns@pszjlaw.com | ctobler@selendygay.com |
| ecorma@pszjlaw.com | kyerdon@selendygay.com |

*Co-Counsel for the Debtors and Debtors in Possession*

*Counsel for the Special Committee of Marelli Holdings Co., Ltd.*